# United States District Court

__Southern__ DISTRICT OF __Texas__

Antelma Dominguez Perez et al

v.

Janet Reno. et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-96-116

United States District Court
Southern District of Texas
FILED

AUG 5 1996

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

E.M. Trominski
2102 Teege
Harlingen, Tx. 78550

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga
402 E. Harrison 2nd Fl.
Harlingen, Tx 78550

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

JUL 1 8 1996
DATE

_Gabriel Mendieta_
BY DEPUTY CLERK

1037

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/19/96 |
| NAME OF SERVER (PRINT) Lisa J. Brodyaga | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. s agent Place where served: INS 2102 Teege, Harlingen, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Phyllis Hath, Secretary Phyllis Hall

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/19/96
      Date

Signature of Server: Lisa J. Brodyaga

Address of Server: 402 E. Harrison, Harlingen Tx 78550

1) As to who may serve a summons see R___ of the Federal Rules of Civil Procedure.