# United States District Court

SOUTHERN DISTRICT OF TEXAS

Antelma Dominguez Perez et al

v.

Janet Reno, et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-90-116

TO: (Name and Address of Defendant)

Hon. Janet Reno, US Attorney General
10th + Constitution NW
Wash. DC 20530

United States District Court
Southern District of Texas
FILED

AUG 5 1996

Michael N. Milby
Clerk of Court

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga
402 E. Harrison, 2nd Fl.
Harlingen, Tx 78550

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

JUL 18 1996

CLERK                                    DATE

_Gabriel Mendieta_
BY DEPUTY CLERK

1036

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/19/96 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lisa S. Brodyaga | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail, Return Receipt Requested mailed 7/19/96

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/19/96
Date

Signature of Server: Lisa S. Brodyaga

Address of Server: 402 E. Harrison
Harlingen, Tx 78550

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write "Return Receipt Requested" on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

3. Article Addressed to:
Hon. Janet Reno
10th & Constitution NW
Department of Justice
Wash. DC 20530
JUL 23 1996

4a. Article Number
P O72 264 988

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Charles R. Leonard

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994    Domestic Return Receipt