UNITED STATES DISTICT COU
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 4 1996

Michael N. Milby

| | |
|---|---|
| ANTELMA DOMINGUEZ PEREZ et al ) | |
| ) | |
| v. ) | C.A. No. B-96-116 |
| ) | |
| JANET RENO, et al. ) | |
| ) | |

PETITIONERS' EXHIBIT "A" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS AND OTHER RELIEF

1996

CERTIFICATE OF SERVICE

I certify that copies of the attached were served, first class postage prepaid, on Nancy Masso, AUSA, P.O. Box 1671, Brownsville, Texas 78522; and Ken Muir and Lisa Putnam, SAUSAs, P.O. Box 1711, Harlingen, Texas 78551, this 1st day of September, 1996.

[signature]

1024

LAW OFFICES OF LISA S. BRODYAGA
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226

September 1, 1996

Immigration and Naturalization Service
2102 Teege
Harlingen, Texas 78550

Re: Antelma Perez Alcaraz
    A73 221 302
    Mario Guadalupe Salinas Grimaldo
    A90 396 216
    Armando Boone Gomez
    A27 651 143 and
    Patricia Boone Gomez
    A27 651 114

*Dominguez-Perez et al v. Reno et al,*
C.A. B-96-116, Southern District of Texas, Brownsville Division

Gentlepersons:

Thank you for the notices, dated August 28, 1996, setting interviews for all of the named plaintiffs in the above-captioned class action for September 11, 1996. Unfortunately, I have previously scheduled INS interviews on the date and in the time frame in which the interviews were set, which cannot be rescheduled without serious prejudice to the clients. Copies are enclosed.

Moreover, the brief interval between the notices and the interview date does not provide adequate time to clarify the need for all the witnesses and evidence requested in your notices. There are also significant questions as to the need for, and purpose of, many of the requests. I would therefore like to obtain clarification of which witnesses (and evidence) are actually required, and for what purpose, before the interviews are rescheduled.

1. Antelma Perez Alcaraz

In the case of Ms. Perez, you advise as follows:

> WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW:
>
> Additional evidence of Mother's U.S. citizenship, proof of common law marriage, proof of mother's one year physical presence in the U.S. prior to applicant's birth, affidavits, **Jesus Cavazos, Hilda Montelongo, Josephine Martinez must appear.**

1025

In the first place, please explain why you are requesting "additional evidence of Mother's U.S. citizenship." Her mother was issued a court ordered birth certificate, which states on its face that it was "Approved by Border Patrol." I am at a loss why you would consider additional evidence of her citizenship necessary or appropriate, and would appreciate being informed precisely what type of additional evidence you are requesting, and why.

You also ask for "proof of common law marriage." Please be advised that Ms. Perez Alcaraz' mother was never *legally* married, common law or otherwise, to her father. Her parents cohabited briefly, in an "union libre" in Cuernavaca, Morelos, Mexico, where common law marriages are not recognized. As stated in her Declaration, provided herewith, this is what she recalls having told the INS Examiner at the first interview. It is also consistent with the information provided in response to our FOIA request.

You further request additional evidence that her Mother was physically present in the U.S. for at least one year prior to her birth. Since her Mother has previously been examined, under oath, on this point, and since she has provided corroborating evidence, in the form of a school "family census" form, showing that she had resided *in that school district for two years before she entered the first grade*, this request seems highly unusual.

Similarly, you advise that Jesus Cavazos, Hilda Montelongo, and Josephine Martinez "must appear." Since these individuals only provided corroborating affidavits, demonstrating that prior to Ms. Perez Alcaraz' birth, her mother resided in the U.S. *far in excess of the one-year statutory period*, their presence seems wholly unnecessary. The demand that they appear is also highly unusual in such cases, and provides a further indication that Ms. Perez Alcaraz' application is being afforded excessive scrutiny, as a result of her participation in the instant litigation.

It would therefore be appreciated if you would, prior to rescheduling her interview, explain the basis for these requests.

2. Mario Guadalupe Salinas-Grimaldo

Unfortunately, Mr. Salinas was not granted an interview at the same time that others who filed N-600s simultaneously with his were interviewed, and he is currently detained. As has been previously discussed with your attorneys, the grant of a Certificate of Citizenship to his older brother, Raul, leaves no outstanding factual issues in his case, and all that should be required is his

signature. It would therefore be appreciated if the interview could be waived, and arrangements made for me, or an INS or Probation Officer, to obtain the required signatures. Please advise whether you would be open to such a procedure.

3. Armando and Patricia Boone-Gomez

In the cases of Armando and Patricia Boone-Gomez, you request that their U.S. citizen father attend the interview. However, according to the most recent information which I have, he is still in prison. (*See*, file of his wife, Dora Alicia Bernal de Boone, A70 431 005).

However, once again, I am at a loss to understand why you would need him to be present, since he appeared, and provided testimony under oath, at the initial interview, in November of 1990, and again, with the additional evidence of physical presence requested, in January of 1991. From the information obtained through the Freedom of Information Act, it is my understanding that, following this second interview, the applications were recommended for denial solely on the basis that his citizenship was in question. After lengthy litigation, that issue was definitively resolved, with the approval of the I-130 filed on behalf of his wife, Dora Alicia Bernal de Boone, on December 16, 1994. As in the case of the evidence and witnesses requested in the case of Ms. Perez Alcaraz, the demand that he appear seems to be totally without basis.

It would therefore be appreciated if, prior to rescheduling these interviews, you explain why his presence is required.

I look forward to your early reply.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

Encl/ As stated

cc: Nancy Masso, AUSA
    Ken Muir & Lisa Putnam, SAUSAs
    Mary Kenney & Lynn Coyle, LCCRLT

1027

UNITED STATES DEPARTMENT JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

[                              ]                              File: A73 221 302    RM

Antelma Perez Alcaraz                                        Date: August 28, 1996
c/o Lisa S. Brodyaga
402 E. Harrison, 2nd Floor
[Harlingen, Texas 78550                         ]

**CC: Antelma Perez Alcaraz**

Please appear at 12:45 PM. on   September 11, 1996.
at   2102 Teege Avenue
     Harlingen, Texas

for an interview on the application(s) filed by you for Certificate(s) of Citizenship in behalf of Yourself.

If you cannot appear at that time, please notify this office by return mail, using the reverse side of this letter.

**WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW:**

**\*THIS INTERVIEW MAY BE VIDEOTAPED BY THE SERVICE\***

☒This Letter.

☒Original of each document for which you have already submitted a photocopy with your application.

☒Any other papers which have a bearing on the case. If return of original is desired, bring original and photocopy.

☒Passport and any other document relating to your entry into the United States.

☒Alien Registration Card, if any.

☒ Additional evidence of Mother's U.S. Citizenship, proof of common law marriage, proof of mothers one year physical presence in the U.S. prior to applicants birth, affidavits,
**Jesus Cavazos, Hilda Montelongo, Josephine Martinez must appear.**
THE FOLLOWING PERSON(S) SHOULD ALSO APPEAR AT THE INTERVIEW:

☐Your father   ☐Your mother   ☐Both parents   ☐ Either parent

☐Your husband   ☐Child(ren) in whose behalf application was filed

☐ A witness (preferably an older close relative) who lives in this area and is acquainted both with you and with the person through whom you claim citizenship.

NOTE: Every witness who appears in your behalf, including a parent or husband to whom a Certificate of Naturalization or Citizenship has been issued, must bring that Certificate with him.

Very Truly Yours,

yh

E. M. Trominski
District Director

1028

UNITED STATES DEPARTMENT JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

[                                           ]                                              File: A90 396 216      RM

Mario Guadalupe Salinas Grimaldo                                       Date: August 28, 1996
C/O Lisa Brodyaga
402 E. Harrison, 2nd Floor
[Harlingen, Texas 78550                                        ]

**CC: Mario Guadalupe Salinas Grimaldo**

Please appear at <u>1:30 PM</u>. on <u>   September 11, 1996.   </u>
at     2102 Teege Avenue
       Harlingen, Texas

for an interview on the application(s) filed by you for Certificate(s) of Citizenship in behalf of <u>Yourself.</u>

If you cannot appear at that time, please notify this office by return mail, using the reverse side of this letter.

**WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW:**

**\*THIS INTERVIEW MAY BE VIDEOTAPED BY THE SERVICE\***

☒ This Letter.

☒ Original of each document for which you have already submitted a photocopy with your application.

☒ Any other papers which have a bearing on the case. If return of original is desired, bring original and photocopy.

☒ Passport and any other document relating to your entry into the United States.

☒ Alien Registration Card, if any.

☐

**THE FOLLOWING PERSON(S) SHOULD ALSO APPEAR AT THE INTERVIEW:**

☐ Your father   ☐ Your mother   ☐ Both parents   ☐ Either parent

☐ Your husband   ☐ Child(ren) in whose behalf application was filed

☐ A witness (preferably an older close relative) who lives in this area and is acquainted both with you and with the person through whom you claim citizenship.

NOTE: Every witness who appears in your behalf, including a parent or husband to whom a Certificate of Naturalization or Citizenship has been issued, must bring that Certificate with him.

Very Truly Yours,

yh

E. M. Trominski
District Director

1029

UNITED STATES DEPARTMENT JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

[                                    ]                                    File: A27 651 143        RM

Armando Boone Gomez                                                Date: August 28, 1996
C/O Lisa Brodyaga
402 E. Harrison, 2nd Floor
[Harlingen, Texas 78550                            ]

**CC: Armando Boone Gomez**

Please appear at <u>2:15 PM</u>. on <u>September 11, 1996.</u>
at    2102 Teege Avenue
       Harlingen, Texas

for an interview on the application(s) filed by you for Certificate(s) of Citizenship in behalf of <u>Yourself.</u>

If you cannot appear at that time, please notify this office by return mail, using the reverse side of this letter.

**WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW:**

**\*THIS INTERVIEW MAY BE VIDEOTAPED BY THE SERVICE\***

☒ This Letter.

☒ Original of each document for which you have already submitted a photocopy with your application.

☒ Any other papers which have a bearing on the case. If return of original is desired, bring original and photocopy.

☒ Passport and any other document relating to your entry into the United States.

☒ Alien Registration Card, if any.

☐

**THE FOLLOWING PERSON(S) SHOULD ALSO APPEAR AT THE INTERVIEW:**

☒ Your father   ☐ Your mother   ☐ Both parents   ☐ Either parent

☐ Your husband   ☐ Child(ren) in whose behalf application was filed

☐ A witness (preferably an older close relative) who lives in this area and is acquainted both with you and with the person through whom you claim citizenship.

NOTE: Every witness who appears in your behalf, including a parent or husband to whom a Certificate of Naturalization or Citizenship has been issued, must bring that Certificate with him.

Very Truly Yours,

yh

E. M. Trominski
District Director

1030

**UNITED STATES DEPARTMENT   JUSTICE**

IMMIGRATION AND NATURALIZATION SERVICE

[                    ]                                        File: A27 651 144    RM

Patricia Boone Gomez                                         Date: August 28, 1996
C/O Lisa Brodyaga
402 E. Harrison, 2nd Floor
[Harlingen, Texas 78550                       ]

**CC: Patricia Boone Gomez**

Please appear at <u>3:00 PM</u>. on <u>September 11, 1996.</u>
at    2102 Teege Avenue
      Harlingen, Texas

for an interview on the application(s) filed by you for Certificate(s) of Citizenship in behalf of <u>Yourself.</u>

If you cannot appear at that time, please notify this office by return mail, using the reverse side of this letter.

**WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW:**

**\*THIS INTERVIEW MAY BE VIDEOTAPED BY THE SERVICE\***

☒This Letter.

☒Original of each document for which you have already submitted a photocopy with your application.

☒Any other papers which have a bearing on the case. If return of original is desired, bring original and photocopy.

☒Passport and any other document relating to your entry into the United States.

☒Alien Registration Card, if any.

☐

**THE FOLLOWING PERSON(S) SHOULD ALSO APPEAR AT THE INTERVIEW:**

☒Your father   ☐Your mother   ☐Both parents   ☐ Either parent

☐Your husband   ☐Child(ren) in whose behalf application was filed

☐ A witness (preferably an older close relative) who lives in this area and is acquainted both with you and with the person through whom you claim citizenship.

NOTE: Every witness who appears in your behalf, including a parent or husband to whom a Certificate of Naturalization or Citizenship has been issued, must bring that Certificate with him.

Very Truly Yours,

yh

E. M. Trominski
District Director

```
FROM:  US DEPARTMENT OF JUSTICE
       US IMMIGRATION AND NATURALIZATION
       ASYLUM OFFICE
       P.O. BOX 670626
       HOUSTON, TX  77267-0262
```
TOPS FORM 5061

NAME: JOSE URBINA                                           DATE: 8/22/96
A-NUMBER: 74665509    *** INTERVIEW RESCHEDULE NOTICE ***   FORM: I-589

YOU AND YOUR FAMILY MEMBERS ON YOUR FORM I-589 HAVE BEEN RESCHEDULED BY THE INS FOR INTERVIEW AS SHOWN BELOW. FAILURE WITHOUT GOOD CAUSE TO APPEAR FOR INTERVIEW OR TO PROVIDE A COMPETENT INTERPRETER WILL RESULT IN IMMEDIATE REFERRAL TO AN IMMIGRATION JUDGE AND YOU WILL BE INELIGIBLE FOR EMPLOYMENT AUTHORIZATION. THIS RESCHEDULING WILL NOT INTERRUPT THE 150-DAY PERIOD BEFORE YOU CAN APPLY FOR EMPLOYMENT AUTHORIZATION, 8 CFR 208.7. AS OF 8/22/96, YOUR CASE WAS PENDING 115 DAYS. WE REGRET ANY INCONVENIENCE THIS MAY CAUSE.

INTERVIEW DATE: 9/11/96
TIME: 13:30

```
TO:   LISA BRODYAGA                AT:
      C/O REFUGIO DEL RIO GRANDE
      402 E HARRISON, 2ND             2102 TEEGE ROAD

      HARLINGEN, TX  78550            HARLINGEN, TX  78550
```

```
FROM: US DEPARTMENT OF JUSTICE
      US IMMIGRATION AND NATURALIZATION
      ASYLUM OFFICE
      P.O. BOX 670626
      HOUSTON, TX  77267-0262
```
TOPS FORM 5061

NAME: SULMA CARTAGENA                                       DATE: 8/22/96
A-NUMBER: 74665508    *** INTERVIEW RESCHEDULE NOTICE ***   FORM: I-589

YOU AND YOUR FAMILY MEMBERS ON YOUR FORM I-589 HAVE BEEN RESCHEDULED BY THE INS FOR INTERVIEW AS SHOWN BELOW. FAILURE WITHOUT GOOD CAUSE TO APPEAR FOR INTERVIEW OR TO PROVIDE A COMPETENT INTERPRETER WILL RESULT IN IMMEDIATE REFERRAL TO AN IMMIGRATION JUDGE AND YOU WILL BE INELIGIBLE FOR EMPLOYMENT AUTHORIZATION. THIS RESCHEDULING WILL NOT INTERRUPT THE 150-DAY PERIOD BEFORE YOU CAN APPLY FOR EMPLOYMENT AUTHORIZATION, 8 CFR 208.7. AS OF 8/22/96, YOUR CASE WAS PENDING 115 DAYS. WE REGRET ANY INCONVENIENCE THIS MAY CAUSE.

INTERVIEW DATE: 9/11/96
TIME: 11:00

```
TO:   LISA BRODYAGA                AT:
      C/O REFUGIO DEL RIO GRANDE
      402 E HARRISON, 2ND             2102 TEEGE ROAD

      HARLINGEN, TX  78550            HARLINGEN, TX  78550
```

1031

## DECLARATION OF JOSEFINE ALCARAZ

I, Josefine Alcaraz, do hereby declare under penalty of perjury of the laws of the United States as follows:

I am a native-born United States citizen. I was born November 5, 1942, at the Galveston Ranch, in Cameron County, Texas. In 1982, I obtained a Court ordered delayed birth certificate.

In late 1960 and early 1961, I had a brief liason with a Mexican national, by the name of Marcelino Dominguez, who resided in Cuernavaca, Morelos, Mexico. From this union, a daughter was born, Anthelma Dominguez-Alcaraz. Mr. Dominguez and I never lived together as husband and wife, either in Texas, Tamaulipas, or any other jurisdiction where common-law marriages are recognized. In 1964, he married Teresa Garcia, with whom he has several children.

When I was intervewied regarding the application for derivative citizenship for my daughter, Anthelma, I was asked if I was or had been married to Mr. Dominguez. As I recall, I told the Examiner that our relationship was an "union libre," by which I meant that we were never legally married. It has always been my understanding that our relationship was not a legal marriage.

Further Declarant sayeth not.

*Josefine Alcaraz*

1032

DECLARATION OF MARCELINO DOMINGUEZ

I, Marcelino Dominguez-Ramirez, hereby declare under penalty of perjury of the laws of the United States:

I am a native and citizen of Mexico. I was born and raised in Cuernavaca, Morelos, Mexico.

From late 1960 to early 1961, I had a brief association with Josefina alcaraz, when she was in Cuernavaca. A daughter was born of this union, Anthelma Dominguez-Alcaraz. Ms Alcaraz and I never lived together as man and wife, whether in Texas, Tamaulipas, or any other jurisdiction where common law marriages are recognized. In 1964, I married Teresa Garcia, with whom I have several children.

I has always been my understanding that my relationship with Ms. Alcaraz was not a legal marriage, and for this reason I considered myself free to enter into marriage with Ms. Garcia.

Further Declarant sayeth not.


/S/
_____
M. Dominguez

CERTIFICATE OF TRANSLATOR

I hereby certify that I am competent in the English and Spanish languages, and that the above is a true and correct translation of the Spanish original, which I received in the attached envelope.

_____
Lisa S. Brodyaga
September 1, 1996

1033

## DECLARACION DE MARCELINO DOMINGUEZ

Yo, Marcelino Dominguez-Ramirez, declaro lo siguiente, bajo pena de perjurio de las leyes de los Estados Unidos:

Soy nativo y ciudadano de Mexico. Naci y fui criado en Cuernavaca, Morelos, Mexico.

A fines de 1960 y a comienzos de 1961, tuve una breve asociacion con Josefina Alcaraz, cuando ella estaba en Cuernavaca. Una hija nacio de esa union, Anthelma Dominguez-Alcaraz. La Sra. Alcaraz y yo nunca vivimos juntos como marido y mujer, sea en Texas, Tamaulipas, o en ninguna otra jurisdiccion donde se reconocen matrimonios por ley comun. En 1964, contraje matrimonio con Teresa Garcia, con la que tengo varios hijos.

Siempre he entendido que mi relacion con la Sra. Alcaraz no era un matrimonio legal, y por esta razon me considere libre de contraer matrimonio con la Sra. Garcia.

El declarante no dijo nada mas.

*[signature]*

1034



Lisa Brodyaga
REFUGIO DEL RIO GRANDE
P.O. BOX 3566
HARLINGEN, TEXAS 78551
U.S.A.

MARCELINO DOMINGUEZ
CALLE E. ZAPATA #2
COL ATLACOMULCO
CP 62560
JIUTEPEC, MORELOS
MEXICO

1035