# United States District Court

SOUTHERN _____ DISTRICT OF __TEXAS__

Antelma Dominguez Perez et al

v.

Janet Reno, et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-96-116

United States District Court
Southern District of Texas
FILED

SEP 1 _ 1996

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

US Attorney
910 TRAVIS   SUITE 1500
P O Box 61129
Houston, Tx  77002

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga
402 E. Harrison, 2nd Fl.
Harlingen, Tx  78550

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

JUL 1 8 1996

CLERK                                                    DATE

_[signature]_
BY DEPUTY CLERK

1018

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9-13-96 |
|---|---|
| NAME OF SERVER (PRINT) Mary Kenney | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By mailing a copy of the summons and complaint by certified mail, return receipt requested to the U.S. Attorney on August 13, 1996. See attached return receipt dated August 20, 1996.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 13, 1996     [signature]
　　　　　　　　Date　　　　　　　Signature of Server

2311 N. Flores, San Antonio, TX 78212
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Z 205 585 279

**Receipt for Certified Mail**

SSN

No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

| | |
|---|---|
| Sent to US Atty | |
| P O Box 61129 | |
| Houston, Texas 77002 | |
| Postage | $1.24 |
| Certified Fee | 1.10 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $3.44 |
| Postmark or Date | 08-13-96 |

PS Form 3800, March 1993

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

US ATTORNEY
P O BOX 61129
HOUSTON   TX   77002

4a. Article Number
Z 205 585 279

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
AUG 20 1996

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991   DOMESTIC RETURN RECEIPT

1020