THE HONORABLE JOHN WM. BLACK, JUDGE PRESIDING

United States District Court
Southern District of Texas
FILED

9-23-96

Michael N. Milby, Clerk

CIVIL ACTION NO. B-96-116              DATE & TIME: SEPTEMBER 23, 1996 @ 9:30 A.M.

| ANTELMA DOMINGEZ-PEREZ, ET AL | PLAINTIFF(S) COUNSEL | LIZA BRODYAGA AND THELMA GARCIA |

VS

| JANET RENO, ET AL | DEFENDANT(S) COUNSEL | ERNESTO MOLINA-CIVIL DIVISION DEPT. OF JUSTICE |

---

ERO: GABRIEL MENDIETA-CLERK-LEONEL T. GARZA-LAW CLERK: PAUL GONZLEZ
COUNSEL PRESENT FOR HEARING (PRELIMINARY INJUNCTION): LIZA BRODYAGA AND THELMA GARCIA FOR PLTFS
ERNESTO MOLINA FOR DEFENDANTS. ARGUMENTS OF COUNSEL. HEARING NOT CONCLUCED AND IS RE-SCHEDULED
FOR NOVEMBER 15, 1996 AT 10:00 A.M. Ms. BRODYAGA IS ALLOWED TO AMENND HER COMPLAINT WITHOUT
WRITTEN REQUEST.

1017