# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

ANTELMA DOMINGUEZ-PEREZ, ET AL

V.

JANET RENO, ET AL

**NOTICE**

CASE NUMBER: B-96-116

United States District Court
Southern District of Texas
FILED
SEP 23 1996
Michael N. Milby, Clerk

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

[X] TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE U.S. District Court<br>500 East 10th Street<br>Brownsville, Texas 78520 | ROOM NO.<br>Courtroom No. 2 -Second Floor |
|---|---|
| | DATE AND TIME<br>November 15, 1996 @ 10: A.M. |

TYPE OF PROCEEDING

PRELIMINARY INJUNCTION HEARING

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Michael N. Milby
U.S. MAGISTRATE OR CLERK OF COURT

September 23, 1996
DATE

(BY) DEPUTY CLERK Leonel T. Garza

To: Liza Brodyaga, 402 East Harrison, 2nd Floor, Harlingen, Texas 78550

Ernesto Molina, P.O. Box 878, Ben Franklin Station, Washington, D. C. 20044