IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 24 1996

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO. B-96-116 |
| JANET RENO, et. al., ) | |
| Defendants. ) | |

**PLAINTIFFS' (OPPOSED) MOTION FOR CLASS CERTIFICATION
WITH INCORPORATED POINTS AND AUTHORITIES**

Come Plaintiffs, by and through the undersigned, and, pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure, respectfully move this Court to certify the instant proceeding as a class action. Plaintiffs seek to represent the class consisting of all people who have pending or will have pending an N-600 application for a Certificate of U.S. Citizenship, with the I.N.S. District Office in Harlingen, Texas, and who have been unable or will be unable to obtain provisional employment authorization, and original or duplicate social security cards, during the period of time that their N-600 applications are pending.

In support of this motion, Plaintiffs would show as follows:

1. That the class is so numerous that joinder of all members is impracticable. On information and belief, Plaintiffs assert that there are, at any given point in time, at least 50, and probably many more, members of the class. In addition, the membership of the class is constantly changing, as new persons file N-600 applications, and the cases of others are resolved.

2. There are questions of law and fact common to all class members. All class members have been or will be harmed by



Defendants' policies and practices, which violate Plaintiffs' rights under the Fifth Amendment of the United States Constitution, the Social Security Act, the Immigration and Nationality Act, and the Administrative Procedure Act.

3. The claims of the named Plaintiffs are typical of the claims of the class. The named Plaintiffs have been denied, for significant periods of time, in some cases exceeding five years, the ability to obtain provisional employment authorization, while their N-600 applications were pending with INS, and the right to obtain original or duplicate social security cards, which cards are necessary to engage in a number of lawful activities, including the ability to lawfully obtain employment in the United States.

4. The representative Plaintiffs will fairly and adequately protect the interests of the class because they have received the same treatment as the members of the class, have no conflict with the members of the class, and are represented by competent and experienced counsel.

5. Defendants have acted or refused to act on grounds generally applicable to the class, thereby making final injunctive relief and/or corresponding declaratory relief appropriate with respect to the class as a whole. Defendants apply to all members of the class the policies and practices which Plaintiffs challenge herein.

6. On the morning of October 17, 1996, Plaintiffs' counsel called Ernesto Molina, counsel for Defendants. As he was not in the office, she left a message with his voice mail, stating that she intended to file the instant motion on Friday, October 18, 1996, and that she assumed he would oppose the motion. As of 10:00 a.m., on October 18, 1996, he had not returned her call. It is therefore assumed that Defendants oppose the instant motion.

WHEREFORE, Plaintiffs respectfully request that they be certified



as representatives of the class as defined above, and that this action proceed as a class action under Rules 23(a) and 23(b)(2), Federal Rules of Civil Procedure.

Respectfully Submitted,

LISA BRODYAGA
402 E. Harrison, 2nd floor
Harlingen, TX  78550
(210) 421-3226

MARY KENNEY
LYNN COYLE
Lawyers' Committee for Civil Rights
Under Law of Texas
Immigrant and Refugee Rights Project
2311 N. Flores
San Antonio, TX  78212
(210) 736-1503

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first class postage prepaid to Ernesto Molina, Esq., OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, this 18th day of October, 1996.



3