United States District Court
Southern District of Texas
FILED

NOV 15 1996

Michael N. Milby, Clerk

THE HONORABLE JOHN WM. BLACK

PRELIMINARY INJUNCTION HEARING

CIVIL ACTION NO. B-96-116      DATE & TIME: 11-15-96 AT 10:00 A.M.

ANTELMA DOMINGUEZ-PEREZ,        PLAINTIFF(S)   LISA BRODYAGA
ET AL.                          COUNSEL         MARY A. KENNEY

VS.

JANET RENO, ET AL.              DEFENDANT(S)   ERNESTO MOLINA
                                COUNSEL

---

A preliminary injunction hearing was held. Attorneys Lisa Brodyaga, Ernesto Molina and Kenneth Muir appeared.

The following rulings were made:

1. Defendants to respond to class certification Motion by December 10, 1996.

2. INS is reviewing regulations to determine whether or not existing regulations would permit the issuance of temporary work permits to those whose applications for certificates of citizenship are pending.

3. In the event that a hearing of preliminary injunctive relief is necessary, it will be held in January 1997.

4. The Court denied defendants request to stay discovery.

5. The Court indicted its view that the addition of new parties rendered the government's Motion to Dismiss moot.

925