IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ,       )
MARIO GUADALUPE SALINAS        )
    GRIMALDO,                  )
PATRICIA BOONE-GOMEZ, and      )
ARMANDO BOONE-GOMEZ,           )
                               )
        Plaintiffs,            )
                               )
    v.                         )        No. B-96-116
                               )
JANET RENO, in her official    )
capacity as Attorney General   )
of the United States,          )
DORIS MEISSNER, in her         )
official capacity as           )
Commissioner of the            )
Immigration and                )
Naturalization Service,        )
E. M. TROMINSKI, in his        )
official capacity as           )
District Director of the       )
Immigration and                )
Naturalization Service         )
District Office in             )
Harlingen, Texas, and          )
SHIRLEY S. CHATER, in her      )
official capacity as           )
Commissioner of Social         )
Security,                      )
                               )
        Defendants.            )
_____)

United States District Court
Southern District of Texas
FILED

DEC 3 1996

Michael N. Milby
Clerk of Court

## DEFENDANTS' MOTION FOR CLARIFICATION OF TIME LIMITS REGARDING THE PLEADINGS AND MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING OR MOTION

1.  Defendants Janet Reno, Doris Meissner, E.M. Trominski, and
Shirley Chater ("Defendants") respectfully request clarification
of the timing for response to the pleadings and request an
enlargement of time to file a responsive pleading or motion.

2.  On October 18, 1996, Defendants submitted its Motion to
Dismiss for Lack of Jurisdiction.  Under Fed. R. Civ. P.



2

12(a)(4)(A), the motion obviated the need to file an answer to the complaint within the sixty days prescribed by the rules. Moreover, the defendants are afforded ten days after learning of the Court's decision on their motion to dismiss to file a responsive pleading.  Fed. R. Civ. P. 12(a)(4)(A).

3.    On November 15, 1996, the Court issued its decision on the Motion to Dismiss for Lack of Jurisdiction.  Thus, the due date for an answer or motion would be ten days thereafter, or December 2, 1996.  Defendants request confirmation of this due date.

4.    On November 14, 1996, Defendants received Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief ("Plaintiffs' Amended Complaint").  Plaintiffs' Amended Complaint removed two of the original named plaintiffs, added seven more plaintiffs, and added an additional cause of action.  Under Fed. R. Civ. P. 15, the response to an amended pleading is due "within the time remaining for response to the original pleading, or within 10 days after service of the amended pleading whichever period may be longer. . . ."  Fed. R. Civ. P. 15.  Ten days after service of the Plaintiffs' Amended Complaint is November 29, 1996.  Because the due date for a response to the original complaint is December 2, 1996, as discussed in paragraph 3, above, the proper due date for an answer or dispositive motion to Plaintiffs' Amended Complaint is December 2, 1996.  Defendants request confirmation of this due date.

921

3

5.    On November 15, 1996, Defendants were served with Plaintiffs' Request for Default, Immediate Class Certification, and Rule 11 Sanctions.

6.    On October 15, 1996, Defendants' received Plaintiffs' First Set of Requests for Admissions.  Generally, requests for admissions are too early if they precede the pre-trial discovery conference unless the court orders the discovery to be conducted. Fed. R. Civ. P. 26(d).  After such order, the Defendants are afforded thirty days to respond.  Fed. R. Civ. P. 36(a).  On November 15, 1996, the Court directed Defendants to respond to Plaintiffs' First Request for Admissions.  Thus, Defendants have until December 16, 1996, to respond.  Defendants request confirmation of this due date.

7.    On November 15, 1996, the Court ordered that the Defendants had until December 10, 1996, to respond to Plaintiffs' Motion for Class Certification.  Defendants request confirmation of this due date.

**REQUEST FOR ENLARGEMENT OF TIME**

8.    Presently, the Defendants are called upon to respond to the request for discovery, the request for sanctions, and the request for class certification.  In order to adequately respond to these requests, and in order to adequately address the court's concerns regarding the availability of work authorization for the plaintiffs as discussed at the hearing on November 15, 1996, Defendants respectfully request an enlargement of time of three weeks to file a responsive pleading or motion.  The requested

4

time would make such answer or dispositive motion due on December 23, 1996.

10.   The instant enlargement is not sought for the purposes of delay.   Rather, it is sought in order to address the concerns of the court and respond to the amended pleading filed by plaintiffs.

11.   On November 27, 1996, Lisa Brodyaga, attorney for the plaintiffs, was called to discuss this motion, but she could not be reached.

Respectfully submitted,

FRANK HUNGER
Assistant Attorney General
Civil Division

BRENDA E. ELLISON
Senior Litigation Counsel


ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344

Dated:  November 29, 1996     ATTORNEYS FOR RESPONDENT

923

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 1996, one copy of Defendants' Motion for Clarification of Time Limits Regarding the Pleadings and Motion for Enlargement of Time to File a Responsive Pleading or Motion was served on plaintiffs by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

Lisa S. Brodyaga, Esquire
402 E. Harrison, 2nd Floor
Harlingen, TX  78550

ERNESTO H. MOLINA, JR.
Attorney
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044
(202) 616-4860

924