IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. B-96-116 |
| JANET RENO, et al., | ) ) | |
| Defendants. | ) ) ) | |

United States District Court
Southern District of Texas
FILED

DEC 10 1996

Michael N. Milby
Clerk of Court

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION**

1.  Defendants Janet Reno, Doris Meissner, E. M. Trominski, and Shirley Chater ("Defendants") respectfully request the Court to deny Plaintiffs' Motion for Class Certification because they do not satisfy the requirements of Fed. R. Civ. P. 23(a) or 23(b)(1).

Respectfully submitted,

FRANK HUNGER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Senior Litigation Counsel

ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344

Dated: October 17, 1996          ATTORNEYS FOR RESPONDENT

30

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Opposition to Plaintiffs' Motion for Class Certification and **Memorandum** in Support of Defendants' Opposition to Motion for Certification of Class was mailed to counsel for Plaintiffs, certified mail, return receipt requested, at:

Lisa S. Brodyaga, Esq.
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

Thelma O. Garcia, Esq.
301 E. Madison
Harlingen, Texas 78550

Served on this the 10th day of December, 1996.

_____
Ernesto H. Molina, Jr.
Attorney for Defendants
(with permission)

908