IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 12 1996

Michael N. Milby, Clerk

ANTELMA DOMINGUEZ-PEREZ, )
MARIO GUADALUPE SALINAS )
   GRIMALDO, )
PATRICIA BOONE-GOMEZ, and )
ARMANDO BOONE-GOMEZ, )
                              )
       Petitioners, )
                              ) No. B-96-116
v. )
                              )
JANET RENO, in her official )
capacity as Attorney General )
of the United States, )
DORIS MEISSNER, in her )
official capacity as )
Commissioner of the )
Immigration and )
Naturalization Service, )
E. M. TROMINSKI, in his )
official capacity as )
District Director of the )
Immigration and )
Naturalization Service )
District Office in )
Harlingen, Texas, and )
SHIRLEY S. CHATER, in her )
official capacity as )
Commissioner of Social )
Security, )
                              )
       Defendants. )

**ORDER**

Upon consideration of the Defendants' Motion for Clarification of Time Limits Regarding the Pleadings and Motion for Enlargement of Time to File a Responsive Pleading or Motion, and the response filed by defendants, it is:

ORDERED, that Defendants' Motion for Clarification of Time Limits Regarding the Pleadings and Motion for Enlargement of Time to File a Responsive Pleading or Motion be, and the same hereby is GRANTED; and it is CERTIFIED that the Defendants' response to

874

Plaintiffs' Motion for Class Certification is due on December 10, 1996; it is CERTIFIED that Defendants' response to Plaintiffs' First Set of Requests for Admission is due on December 16, 1996; and it is CERTIFIED that Defendants' response to Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief was originally due December 2, 1996; but it is further ORDERED that the Defendants be granted an additional three weeks to file its response to Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief, thereby making such response due on December 23, 1996.

Done at Brownsville, Texas, this 12TH day of DEC, 1996

_____
JUDGE PRESIDING

877