**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

DEC 18 1996

Michael N. Milby
Clerk of Court

ANTELMA DOMINGUEZ-PEREZ, et. al.   )
                            )
     Plaintiffs,             )
                            )    CIVIL ACTION NO. B-96-116
JANET RENO, et. al.            )
                            )
     Defendants,            )

**NOTICE OF FILING OF PLAINTIFFS' EXHIBITS "C" THROUGH "I"**

Come Plaintiffs, by and through the undersigned, and respectfully
notify the Court and opposing counsel of the filing of Exhibits "C"
"D" "E" "F" "G" "H" and "I" in support of their pending motion for
class certification.

Respectfully submitted,

LISA BRODYAGA
402 E. Harrison, 2nd floor
Harlingen, TX  78550
(21) 421-3226

MARY KENNEY
LYNN COYLE
Lawyers' Committee for Civil Rights
Under Law of Texas
2311 N. Flores
San Antonio, TX  78212
(210) 736-1503

810

THELMA GARCIA
301 E. Madison
Harlingen, Texas 78550
(210) 421-3226


## CERTIFICATE OF SERVICE

I certify that copies of the foregoing, and of Plaintiffs' Exhibits "C" "D" "E" "F" "G" "H" and "I" were mailed, first-class postage prepaid, to Ernesto Molina, Jr., Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on Dec. 16, 1996.

811

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**


| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. B-96-116 |
| JANET RENO, et. al. | ) | |
| | ) | |
| Defendants, | ) | |


**PLAINTIFFS' EXHIBIT "C"**

812

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
June 27, 1995

Social Security Administration
Harlingen, Texas  78550

Re:  Mario Salinas-Grimaldo                HAND DELIVERED
     A90 396 216 and
     21 585 514

Gentlepersons:

Enclosed please find some documents demonstrating that Mario
Salinas-Grimaldo is a derivative United States citizen, i.e., a
United States citizen by birth, by virtue of the fact that his
father is a United States citizen, who resided in the United States
for the requisite period of time prior to the birth of his son,
Mario.  See, 8 USC Section 1401.

The documents enclosed are as follows:

1.  A letter dated May 8, 1978, regarding the first attempt of the
father of Mario Salinas to obtain certificates of citizenship for
his children, including Mario.  The applications were at that time
denied, due to inadequate proof of the birth in the United States
of Raul Salinas-Garcia, the father of Mario.

2.  A decision by INS, dated July 14, 1994, denying the request of
Raul Salinas-Garcia for a certificate of citizenship through his
U.S. citizen mother, insofar as he was born prior to 1924, but
finding that he was born in Rio Grande City, Texas, and February 3,
1928, and is therefore a U.S. citizen.

3.  A copy of the certificate of citizenship given to Mario's older
brother, Raul Salinas-Grimaldo, on January 30, 1995.  As the
younger brother of Raul, it therefore follows that Mario also
derived United States citizenship through his father, and

4.   A copy of the N-600, application for certificate of
citizenship, recently filed on behalf of Mr. Salinas with INS in
Harlingen, Texas.

On the basis of these documents, we would be very appreciative if

813

you would provide Mr. Salinas with a duplicate social security card, replacing the one that he lost. It should be noted that his prior card was lawfully obtained; the account is lawfully in his name, and there have been no allegations of fraud or any form of abuse by Mr. Salinas of his social security card, or account.

Sincerely,


Lisa S. Brodyaga
Attorney at Law

814

ADMINISTRACION DE SEGURO SOCIAL

Form Approved OMB No. 0960-0066

Solicitud Para Una Tarjeta de Seguro Social (Application for a Social Security Card)

INSTRUCCIONES
- Sírvase leer "Cómo completar esta solicitud" en las página 2.
- Puede escribir a máquina o en letra de molde usando tinta azul o negra. NO USE LAPIZ.
- Después que haya completado esta solicitud, llévela a mandela por correo con los documentos requeridos a la oficina de Seguro Social más cercana.
- Si usted está completando esta solicitud para otra persona, responda a las preguntas según conciernen a esa persona. Firme luego su nombre en las línea correspondiente al número 16.

**1 NOMBRE**
Cómo deber aparecer en su tarjeta
*Mario Guadalupe Salinas*
PRIMER NOMBRE · SEGUNDO NOMBRE · APELLIDO

NOMBRE COMPLETO AL NACER
*Mario Guadalupe Salinas - Grimaldo*
PRIMER NOMBRE · SEGUNDO NOMBRE · APELLIDO

OTROS NOMBRES USADOS

**2 DIRECCION POSTAL**
NO ABREVIE
CALLE, NUMERO DE APARTAMENTO, CASILLA, RUTA RURAL
*Texas*
CIUDAD · ESTADO · ZONA POSTAL

**3 CIUDADANIA** (Marque Sólo Uno)
[✓] Ciudadano de EE. UU.
[ ] Extranjero legalizado con permiso para trabajar
[ ] Residente legal sin permiso para trabajar
[ ] Estudiante extranjero con permiso restringido para trabajar
[ ] Extranjero legalizado condicionalmente con permiso para trabajar
[ ] Otro (instrucciones en página 2)

**4 SEXO**
[✓] Hombre  [ ] Mujer

**5 RAZA/DESCRIPCION ETNICA** (Marque solo uno) (Voluntario)
[ ] Asiático, asiático americano, o de las Islas del Pacífico
[✓] Hispano
[ ] Negro (No hispano)
[ ] Indio norteamericano o nativo de Alaska
[ ] Blanco (No hispano)

**6 FECHA DE NACIMIENTO**  *66*
MES · DIA · AÑO

**7 LUGAR DE NACIMIENTO** (No Abrevie)
*Camargo   Tam   Mexico*
CIUDAD · ESTADO O PAIS EXTRANJERO · FCI
Uso de oficina solamente

**8 NOMBRE DE SOLTERA DE LA MADRE**
*Guadalupe Grimaldo Rivera*
PRIMER NOMBRE · SEGUNDO NOMBRE COMPLETO · APELLIDO AL NACER

**9 NOMBRE DEL PADRE**
*Raul Salinas Garcia*
PRIMER NOMBRE · SEGUNDO NOMBRE COMPLETO · APELLIDO AL NACER

**10** La persona en la pregunta 1 ¿ha recibido antes un número de Seguro Social?
[✓] Sí (Si la respuesta es "SI" conteste las preguntas 11-13)  [ ] No (Si la respuesta es "No" pase a la pregunta 14)  [ ] Desconocido (Si no lo sabe, pase a la pregunta 14)

**11** Indique el número de Seguro Social asignado a la persona cuyo nombre aparece en la pregunta 1.
*5 1 4*

**12** Indeque el nombre que aparece en la tarjeta de Seguro Social emitida más recientemente a la persona en la pregunta 1.
*Mario   6   Salinas*
PRIMER NOMBRE · SEGUNDO NOMBRE · APELLIDO

**13** Indique cualquier fecha de nacimiento diferente que haya sido usada en una solicitud anterior para una tarjeta.
MES · DIA · AÑO

**14 FECHA DE HOY**  *6-27-95*
MES · DIA · AÑO

**15 NUMERO DE TELEFONO DONDE LE PODAMOS LLAMAR DURANTE EL DIA**
CODIGO

Dar deliberadamente (o inducir a que se dé) información falsa en esta solicitud es un crimen castigable con multa, prisión o ambas.

**16 SU FIRMA**
*Mario 6 Salinas*

**17 SU PARENTESCO CON LA PERSONA EN LA PREGUNTA 1 ES:**
[✓] La misma persona  [ ] Padre natural o adoptivo  [ ] Representante legal  [ ] Otro (Especifique)

| NO ESCRIBA BAJO ESTA LINEA (PARA USO DEL SEGURO SOCIAL SOLAMENTE) | | | | | | |
|---|---|---|---|---|---|---|
| NPN | | DOC | NTI | CAN | | ITV |
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL

DATE

*815*

Form SS-5-SP (9-89)

| | |
|---|---|
| **SI USTED ES UN CIUDADANO DE LOS ESTADOS UNIDOS NACIDO FUERA DE ESTE PAIS** | Si usted e  iudadano de los Estados Unidos  o nació fuera de los Estados Unidos, necesitamos ver el documento consular de nacimiento (FS-240 o FS-545) si usted lo tiene. También necesitamos ver una prueba de identificación. Vea en la página 2 ejemplos de documentos de identidad que aceptaremos.<br><br>Si usted no tiene su documento consular de nacimiento, nosotros necesitamos entonces ver su certificado de nacimiento del país extranjero y una de las siguientes identificaciones: tarjeta de identificación de ciudadanía de los EE.UU., pasaporte emitido por los Estados Unidos, Certificado de Ciudadanía o Certificado de Naturalización. Recuerde que debe mostrarnos los documentos originales. |
| **SI USTED NO ES CIUDADANO DE LOS ESTADOS UNIDOS** | Si usted no es ciudadano de los Estados Unidos, usted debe mostrarnos su certificado de nacimiento o pasaporte y los documentos que el Servicio de Inmigración y Naturalización (INS) le dio. Nosotros necesitamos ver los documentos originales, no fotocopias. Documentos del INS son: Tarjeta de Registro de Extranjero (Formulario I-151 o I-551) o Formulario I-94. Como estos documentos no deben ser enviados por correo, usted debe hacer la solicitud personalmente.<br><br>Aún si usted no está autorizado para trabajar en este país, nosotros podemos emitir una tarjeta de Seguro Social si usted está aquí legalmente y la necesita por cualquier otra razón. Su tarjeta indicará que usted no puede trabajar y si lo hace, nosotros notificaremos al INS. |
| **SI USTED NECESITA UNA TARJETA PARA UN NIÑO O ALGUNA OTRA PERSONA** | Si usted solicita una tarjeta para un niño o alguna otra persona, usted necesita mostrar el certificado original de nacimiento de esa persona o una copia certificada. También debe tener un documento que muestre la identidad de esa persona. Por ejemplo, para un niño, podríamos aceptar una cuenta médica o de hospital, un informe escolar o cualquier otro documento que pruebe la identidad del niño. Para un adulto, vea en la página 2 ejemplos de documentos de identidad que aceptaremos.<br><br>**Si usted firma la solicitud, nosotros también necesitamos algún tipo de identificación suya.** Vea en la página 2 ejemplos de documentos que aceptaremos. Esté seguro de contestar en la solicitud las preguntas que conciernen al niño. |

## LA LEY DE REDUCCION DE PAPELEO. LA LEY DE CONFIDENCIALIDAD Y SU SOLICITUD

La Ley de Seguro Social (Secciones 205(c) y 702) nos permite obtener la información que se pide en esta solicitud. Nosotros usamos esta información para asignar a usted su número de Seguro Social o para emitir su tarjeta. Usted no tiene que dar esta información, pero si no lo hace, nosotros no podemos emitir un número de Seguro Social ni tampoco una tarjeta para usted. Sin este número, usted podría perder beneficios de Seguro Social en el futuro y no podría obtener trabajo.

Nosotros damos la información en esta solicitud sin su consentimiento sólo en ciertas ocasiones explicadas en el Registro Federal. Por ejemplo, nosotros debemos dar esta información si la ley Federal nos lo requiere, si su Congresista o Senador necesita esta información para contestar preguntas hechas sobre usted o si el Departamento de Justicia la necesita para investigar y procesar violaciones de la ley de Seguro Social.

Podremos usar también la información que usted nos dé cuando comparemos los registros mediante computadoras. Programas comparables comparan nuestros registros con los de otras agencias de gobierno Federal, Estatal o local. Muchas agencias podrán usar programas comparables para averiguar o probar que una persona califica para beneficios pagados por el gobierno Federal. La ley nos permite hacer esto aún cuando usted no esté de acuerdo con ello. Si desea más factores respecto a la Ley de Confidencialidad, comuníquese con cualquier oficina de Seguro Social.

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115–0018
Approval Expires 7/31/85

FEE STAMP

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

(Print or type) _Mario Guadulupe Salinas Grimaldo_ (Full, True Name, without Abbreviations) Date _6/20/95_

(Maiden name, if any) _(Same)_

(No. and Street Address, and, if appropriate, "In care of")

_1x_ (City) (State) (ZIP Code)

(Telephone Number)

ALIEN REGISTRATION
No. _A21 585 514_
_A90 396 216_

**(SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)**

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in _Camargo  Tamps  Mx_ on _5/31/66_
(City) (State or country) (Month) (Day) (Year)

(2) My personal description is: Sex _M_; complexion _Med_; color of eyes _Br_; color of hair _Bl_; height _5_ feet _4_ inches; weight _180_ pounds; visible distinctive marks _Scar right forearm_. Marital status: ☐ Single; ☐ Married; ☒ Divorced; ☐ Widow(er).

(3) I arrived in the United States at _Hidalgo, Tx (?)_ on _~ 1977_
(City and State) (Month) (Day) (Year)
under the name _Mario Salinas - Grimaldo_ by means of _auto_
(Name of ship or other means of arrival)

☐ on U.S. Passport No. _____ issued to me at _____ on _____;
(Month) (Day) (Year)
☐ on an Immigrant Visa. ☒ Other (specify) _Local card (?)_

**(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.**

(a) My last permanent foreign residence was _____
(City) (Country)

(b) I took the ship or other conveyance to the United States at _____
(City) (Country)

(c) I was coming to _____ at _____
(Name of person in the United States) (City and State where this person was living)

(d) I traveled to the United States with _____
(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

**(5)** Have you been out of the United States since you first arrived? ☒ Yes ☐ No. If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| ~ 1990 | ~ 1990 | _Deported - returned immediately_ | |
| _Various other brief departures_ | | | |

**(6)** I _have not_ filed a petition for naturalization.
(have) (have not)
*(If "have", attach full explanation.)*

**TO THE APPLICANT.—Do not write between the double lines below. Continue on next page.**

| ARRIVAL RECORDS EXAMINED | ARRIVAL RECORD FOUND |
|---|---|
| Card index ......... | Place .......... Date .......... |
| Index books ......... | Name .......... |
| Manifests ......... | |
| ......... | Manner .......... |
| ......... | Marital status .......... Age .......... |
| | (Signature of person making search) |

Form N-600 (Rev. 5-5-83)N    (1)    _816_

(7) I claim United States citizens  through my (*check whichever applicable*)  father; ☐ mother; ☐ both parents;

☐ adoptive parent(s)          ☐ husband

(8) My father's name is _Raul Salinas - Garcia_ ; he was born on ████ 1928
at _Rio Grande, Texas_ ; and resides at ████ Tx
(City) (State or country. If dead, write "dead" and date of death.)
He became a citizen of the United States by ☒ birth; ☐ naturalization on _____
(Month) (Day) (Year)
in the _____ Certificate of Naturalization No. _____
(Name of court, city, and State)
☐ through his parent(s), and _____ issued Certificate of Citizenship No. A or AA _____
(was) (was not)
(If known) His former Alien Registration No. was _A24 827 235_
He _has not_ lost United States citizenship. (*If citizenship lost, attach full explanation.*)
(has) (has not)
He resided in the United States from _birth_ to _present_ from _____ to _____ ; from _____ to _____ ;
(Year) (Year) (Year) (Year) (Year) (Year)
from _____ to _____ ; from _____ to _____ ; I am the child of his _1st_ marriage.
(Year) (Year) (1st, 2d, 3d, etc.)

(9) My mother's present name is _Guadalupe Salinas_ ; her maiden name was _Guadalupe Grimaldo_
she was born on ████ 37 ; at _Camargo, Tamps MX_ ; she resides
(Month) (Day) (Year) (City) (State or country)
at ████ Tx She became a citizen of the United States
(Street address, city, and State or country. If dead, write "dead" and date of death.)
by ☐ birth; ☐ naturalization under the name of _N/A_

on _____ in the _____
(Month) (Day) (Year) (Name of court, city, and State)
Certificate of Naturalization No. _____ ; ☐ through her parent(s), and _____ issued Certificate
(was) (was not)
of Citizenship No. A or AA _____ (If known) Her former Alien Registration No. was _____
She _____ lost United States citizenship. (*If citizenship lost, attach full explanation.*)
(has) (has not)
She resided in the United States from _1979_ to _Present_ ; from _____ to _____ ; from _____ to _____ ; from _____
(approx) (Year) (Year) (Year) (Year) (Year) (Year)
to _____ ; from _____ to _____ ; I am the child of her _2nd_ marriage.
(Year) (Year) (Year) (1st, 2d, 3d, etc.)
(10) My mother and my father were married to each other on _11/19/62_ at _Camargo Tamps Mx_
(Month) (Day) (Year) (City) (State or country)

(11) If claim is through adoptive parent(s) :
I was adopted on _____ in the _____
(Month) (Day) (Year) (Name of Court)
at _____ by my _____
(City or town) (State) (Country) (mother, father, parents)
who were not United States citizens at that time.
(12) My _father_ served in the Armed Forces of the United States from _approx 1946_
(father) (mother) (Date)
to _approx 1947_ and _was_ honorably discharged.
(Date) (was) (was not)
(13) I _have not_ lost my United States citizenship. (*If citizenship lost, attach full explanation.*)
(have) (have not)
(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| Birth Certificate (in A file) | Mario Guadalupe Salinas - Grimaldo |
| Death Certificate | Aurelio Villarreal Peña |
| Marriage Certificate | Parents |
| Certificate of Citizenship | Raul Salinas - Grimaldo |
| Letter from INS | Re: fist N-600 |
| Birth Certificate | Raul Salinas - Garcia |

**(15)** Fill in this block if your brother, sister, mother or father ever applied to the Immigration Service for a certificate of citizenship.

| NAME OF RELATIVE | RELATIONSHIP | Date of Birth | WHEN APPLICATION SUBMITTED | CERTIFICATE NO. AND FILE NO., IF KNOWN, AND LOCATION OF OFFICE |
|---|---|---|---|---|
| Raul Salinas-Grimaldo | Brother | 10/31/60 | 11/2/94 | AA 656 115 A# 36 588 593 |
| See attached for names, A# etc of other siblings who applied in ± 1977. | | | | |

**(16)** Fill in this block only if you are now or ever have been a married woman. I have been married .......... time(s), as follows:

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|---|
| N/A | | | | |

**(17)** Fill in this block only if you claim citizenship through a husband. *(Marriage must have occurred prior to September 22, 1922.)*
Name of citizen husband ..... N/A ..... ; he was born on ..... (Month) (Day) (Year)
(Give full and complete name)
at ..... ; and resides at ..... (Street address, city, and State or country. If dead, write
(City)          (State or country)
"dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on ..... (Month) (Day) (Year)
in the ..... Certificate of Naturalization No. ..... ;
(Name of court, city, and State)
☐ through his parent(s), and ..... issued Certificate of Citizenship No. A or AA .....
(was)  (was not)
He ..... since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
(has)  (has not)
I am of the ..... race. Before my marriage to him, he was married ..... time(s), as follows:
(1, 2, 3, etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| | | | |
| | | | |

**(18)** Fill in this block only if you claim citizenship through your stepfather. *(Applicable only if mother married U.S. Citizen prior to September 22, 1922.)*
The full name of my stepfather is ..... N/A ..... ; he was born on ..... (Month) (Day) (Year)
at ..... ; and resides at ..... (Street address, city, and State or country. If dead, write
(City)          (State or country)
"dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on ..... (Month) (Day) (Year)
in the ..... Certificate of Naturalization No. ..... ;
(Name of court, city, and State)
☐ through his parent(s), and ..... issued Certificate of Citizenship No. A or AA .....
(was)  (was not)
He ..... since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
(has)  (has not)
He and my mother were married to each other on ..... at ..... 
(Month)  (Day)  (Year)          (City and State or country)
My mother is of the ..... race. She ..... issued Certificate of Citizenship No. A .....
(was)  (was not)
Before marrying my mother, my stepfather was married ..... time(s), as follows:
(1, 2, 3, etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| | | | |
| | | | |

**(19)** I _have_ previously applied for a certificate of citizenship on _1977_, at _Harlingen, Tx_
(have)  (have not)                    (Date)                    (Office)

**(20)** Signature of person preparing form, if other than applicant. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.
SIGNATURE: _R Bodrunga_
ADDRESS: _402 E. Harrison Harlingen Tx_   DATE: _6/20/95_

(SIGN HERE) _Mario G Salinas_
(Signature of applicant or parent or guardian)

(3)  P17

# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
## REGISTRO CIVIL

No. DE CONTROL

FOLIO   N? 258012

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE _____ TAMAULIPAS
Y COMO DIRECTOR DEL REGISTRO CIVIL DEL ESTADO CERTIFICO QUE EN EL LIBRO No ___ UNO ___
DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA  158 ____ SE ENCUENTRA ASENTADA
EL ACTA No. ___ 158 _____ LEVANTADA POR EL C. OFICIAL _____ DEL REGISTRO CIVIL
_____ RODOLFO D.OLIVARES _____
RESIDENTE EN _____ CD.CAMARGO  TAMAULIPAS _____
EN LA CUAL CONTIENEN LOS SIGUIENTES DATOS:

### FECHA DE REGISTRO:11 DE JUNIO DE 1966

## ACTA DE NACIMIENTO

NOMBRE _____ MARIO GUADALUPE SALINAS GRIMALDO
FECHA DE NACIMIENTO ▓▓▓▓▓▓▓▓ 1966
PRESENTADO:         VIVO [X]      MUERTO [ ]      MASCULINO [X]      FEMENINO [ ]
LUGAR DE NACIMIENTO  CD.CAMARGO TAMAULIPAS

COMPARECIO:    EL PADRE [ ]    LA MADRE [X]    AMBOS [ ]    PERSONA DISTINTA [ ]    REGISTRADO [ ]

## PADRES

NOMBRE _____ RAUL SALINAS
NACIONALIDAD _____ NORTEAMERICANA _____ EDAD __ 38 __ AÑOS
NOMBRE _____ GUADALUPE GRIMALDO
NACIONALIDAD _____ MEXICANA _____ EDAD __ 29 __ AÑOS

## ABUELOS

ABUELO PATERNO ____ GUADALUPE SALINAS ____ NACIONALIDAD  NO SE ANOTA
ABUELA PATERNA ____ REGINA GARCIA ____ NACIONALIDAD  NO SE ANOTA
ABUELO MATERNO ____ ANTONIO GRIMALDO ____ NACIONALIDAD  NO SE ANOTA
ABUELA MATERNA ____ MANUELA RIVERA ____ NACIONALIDAD  NO SE ANOTA

## TESTIGOS

NOMBRE _____ GREGORIO MORENO _____ EDAD __ 60 __ AÑOS
NACIONALIDAD _____ NO SE ANOTA
NOMBRE _____ ESTEBAN PEÑA _____ EDAD __ 29 __ AÑOS
NACIONALIDAD _____ NO SE ANOTA
No. DE CERTIFICADO DE NACIMIENTO _____ C.U.R.P. _____

### TESTIGOS PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE _____
PARENTESCO _____ EDAD ____ AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO __ 31 __ DEL
CODIGO CIVIL VIGENTE EN EL ESTADO, EN LA CIUDAD DE ___ CAMARGO _____
XXXXXXXXX ESTADO DE TAMAULIPAS  A LOS __ 20 __ DIAS DEL MES DE
___ JUNIO ___ DE  1995  DOY FE
OFICIAL DEL REGISTRO CIVIL.

MA.OFICIAL DEL REGISTRO CIVIL.
NOMBRE                                    FIRMA

SELLO DE LA OFICIALIA
DEL REGISTRO CIVIL

OFICIALIA DEL REGISTRO CIVIL
CD. CAMARGO, TAM.

COTEJO: TERE BARRADAS.



DELAYED CERTIFICATE OF BIRTH    2/4     CERTIFICATE NO. 253340

STATE OF TEXAS

| NAME | (a) First RAUL | (b) Middle | (c) Last SALINAS | DATE OF BIRTH 1928 |

COLOR OR RACE: White   SEX: Male   CITY OR TOWN OF BIRTH: Rio Grande City   COUNTY OF: STARR   COUNTY, TEXAS

FULL NAME OF FATHER: GUADALUPE SALINAS   STATE OR COUNTY OF FATHER'S BIRTH: TEXICO

MAIDEN NAME OF MOTHER: REGINA GARCIA   STATE OR COUNTY OF MOTHER'S BIRTH: TEXAS

PRESENT ADDRESS OF REGISTRANT: Texas

September 21st 72   Signature of Notary Pub. Bertha B. Barrera   June 1, 73

DO NOT WRITE BELOW THIS LINE

| | TYPE OF DOCUMENT | PLACE OF BIRTH | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
|---|---|---|---|---|---|
| SUPPORTING DOCUMENT 1 | Cert. of Baptismal Record, Immaculate Conception Church | 1928 Rio Grande City,Tex | Pastor, Rio Grande City,Texas — Regina Garcia | 5-14-1970 | 7-14-1928 |
| | | | NAME OF FATHER: Guadalupe Salinas | | |
| SUPPORTING DOCUMENT 2 | Cert. Copy of Marriage Record | Rio Grande City,Tex | Gilberto Pedraza, N. P., Hidalgo County, Texas — Regina Garcia | 9-25-1972 | 12-19-1962 |
| | 34 years | | NAME OF FATHER: Guadalupe Salinas Rec'd | | |
| SUPPORTING DOCUMENT 3 | Afft. of Mother, Regina G. Salinas, | Rio Grande City,Tex Texas | Gilberto Pedraza, N. P., Hidalgo County, Texas — Regina Garcia | 10-2-1972 | 9-25-1972 |
| | 1928 | | NAME OF FATHER: Guadalupe Salinas | | |
| SUPPORTING DOCUMENT 4 | | Rio Grande City,Tex | Regina Garcia | | |

STATE REGISTRAR'S CERTIFICATION   STATE REGISTRAR   EVIDENCE REVIEWED BY   DATE FILED OCT 4 1972

STATE OF TEXAS
COUNTY OF TRAVIS

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT PHOTOGRAPHIC COPY OF THE ORIGINAL CERTIFICATE FILED IN THE BUREAU OF VITAL STATISTICS, TEXAS DEPARTMENT OF HEALTH, AUSTIN, TEXAS

ISSUED

STATE REGISTRAR



# THE UNITED STATES OF AMERICA

## DEPARTMENT OF JUSTICE

No. AA 656115

## CERTIFICATE OF CITIZENSHIP

*ORIGINAL.*

I. N. S. Registration No. A36 588 593

*Personal description of holder as of date of issuance of this certificate:* Sex MALE ; date of birth 1960 ;

country of birth MEXICO ; complexion color of eyes ;

height 5 feet inches ; color of hair ; visible distinctive marks NONE ;

Marital status MARRIED

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Beit known, that RAUL SALINAS GRIMALDO

now residing at MISSION, TEXAS

having applied to the Commissioner of Immigration and Naturalization for recognition of

citizenship status, and the Immigration and Naturalization Service having found that such person became a citizen of the United States of America, on OCTOBER 31, 1960

and is now in the United States.

Now therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, the certificate of citizenship is issued this 30th

day of January

Ninety-Five nineteen hundred

and and the seal of the Immigration

of Service of Justice is hereunto affixed.

Seal

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE WITHOUT LAWFUL AUTHORITY.

FORM N-560 (REV. 11-67)

820



Nº 13244

CERTIFICADO

MUNICIPIO DE _____ CIUDAD CAMARGO, TAMAULIPAS _____

EN NOMBRE DE LA REPUBLICA DE MEXICO Y COMO OFICIAL DEL REGISTRO
DEL ESTADO CIVIL DE ESTE LUGAR, HAGO SABER A LOS QUE LA PRESENTE
VIEREN Y CERTIFICO:

QUE EN EL LIBRO DE MATRIMONIOS No._____ UNO _____ DEL AÑO
DE ___1962___ Y A FOJAS_____ 90 _____ SE ENCUENTRA UN ACTA DEL
TENOR SIGUIENTE:

## A C T A   D E   M A T R I M O N I O

En ___Ciudad Camargo,___ Estado de Tamaulipas.

a las___11 once horas___ del día ___19 diecinueve___

de ___Noviembre___ de mil novecientos ___Sesenta y dos___

Comparecen ante mí

___Manuel Guerra Jr.___ Oficial del Registro Civil

para contraer matrimonio bajo el régimen de ___Sociedad Legal___

los señores: RAUL SALINAS G. Y GUADALUPE GRIMALDO

de acuerdo con la solicitud y documentos, que presentaron con fecha

___DE HOY___ los cuales contienen los siguientes datos:

| DEL CONTRAYENTE | DE LA CONTRAYENTE |
|---|---|
| Edad 34 años | 25 años |
| Ocupación Jornalero | Labores del Hogar |
| Domicilio Mission, Texas | C. Camargo, Tamps. |
| Estado Civil Soltero | Viuda |
| Origen Rio Grande, Texas | Cd. Camargo, Tamps. |
| Nacionalidad Norteamericana | Mexicana |

### P A D R E S   D E L   C O N T R A Y E N T E

| Nombres Guadalupe Salinas | Regina García |
|---|---|
| Ocupación Agricultor | Labores del Hogar |
| Origen Cong. Ochoa, Tamps. | Alice, Texas. |
| Domicilio Reynosa, Tamps. | Mission, Texas |

### P A D R E S   D E   L A   C O N T R A Y E N T E

| Nombres Antonio Grimaldo | Manuela Rivera |
|---|---|
| Ocupación Agricultor | Labores del Hogar |
| Origen Dolores Hdgo., Gto. | C. Camargo, Tamps. |
| Domicilio el mismo | el mismo |

### T E S T I G O S   D E   E S T E   A C T O

| Nombres Mauro Manzano | Antonio Cantu |
|---|---|
| Edad 62 años | 37 años |
| Estado Civil Casado | Casado |
| Ocupación Agricultor | Jornalero |
| Domicilio C. Camargo, Tamps. | C. Camargo, Tamps. |
| Prentesco Tio de la Contrayente | Ninguno |

| Nombres Sergio Villarreal | Gregorio Moreno |
|---|---|
| Edad 48 años | 56 años |
| Estado Civil Casado | Casado |
| Ocupación Empleado Mpal. | Empleado Municipal |
| Domicilio C. Camargo, Tam. | C. Camargo, Tamps. |
| Parentesco Ninguno | Ninguno. |

820.

821

Se dió lectura en voz alta a la Solicitud de Matrimonio, Certificados Médicos de Salud, diligencias practicadas y demás documentos y previa protesta de decir verdad, interrogué a los testigos acerca de si los contrayentes son las mismas personas a que se refiere la solicitud, habiendo contestado afirmativamente, expresando además que les consta que no tienen impedimento legal para casarse

Enseguida pregunté a los señores:     RAUL SALINAS GARCIA Y GUADALUPE
GRIMALDO RIVERA.

si es su voluntad en unirse en matrimonio y estando conformes y habiendo llenado los requisitos que establece el Código Civil del Estado, vigente, los declaré unidos en nombre de la Ley y de la Sociedad.  Leída esta acta a las personas que en ella intervinieron, la ratifican y firman los que saben para constancia.
Doy Fe  El Oficial del Registro Civil Manuel
Guerra Jr., Raul Salinas, Guadalupe Grimaldo, Mauro Manzano,  ,
Antonio Cantu, Sergio Villarreal, Gregorio Moreno, " Rubricas"

MARGINALES. NOMBRES DE LOS CONTRAYENTES:    RAUL SALINAS GARCIA Y
GUADALUPE GRIMALDO RIVERA.                Acta No        90
                              Recibo de Pago Núm.    6038

ES COPIA FIEL Y CORRECTA SACADA DE SU ORIGINAL QUE SE ENCUENTRA
ASENTADA EN EL LIBRO FOLIO BAJO EL NUMERO QUE ARRIBA SE INDICA.

SUFRAGIO EFECTIVO. NO REELECCION.
Cd. Camargo, Tam., 9 de Feb. de 1979
EL OFICIAL DEL REGISTRO CIVIL.

Oficina del Registro Civil     MA. DEL SOCORRO IBARRA TAÑEZ.
LA SECRETARIA Tam.

IMELDA SAENZ MENDEZ

128

## Michoacán de Ocampo

Año de 1977

Como Juez del Registro Civil de este lugar, certifico ser cierto que en el libro Núm. SIETE del Registro Civil que es a mi cargo, a fojas 141 frente tomo 2o. — — — — — — — se encuentra asentada una acta del tenor siguiente:

### Acta de Defunción PARTIDA 680

En la ciudad de Uruapan, Estado de Michoacán, a las 9 nueve horas = = = = = = = = = minutos del día 14 catorce del mes de septiembre de 19 === mil novecientos sesenta y uno. ante mí Eduardo Martínez López Juez del Registro Civil, comparece el señor Miguel Mendoza Ruíz y exhibe un certificado del médico Guillermo Muñoz R. en el que se hace constar el fallecimiento de l señor AURELIO VILLARREAL PEÑA. ocurrido a las 2 horas 30 minutos del día de ayer de = = = = = = = = = = = = = = de = = = = = = = = = = = = = por fractura de base de craneo con los siguientes datos:

#### GENERALES DEL FINADO:

Edad: 35 treinta y cinco años        Domicilio: Infiernillo, Mich.
Estado Civil: casado                 Nombre del Padre: Genaro Villarreal vive
Origen: Guerrero Tamaulipas
Vecindad: Infiernillo, Mich.         Nombre de la Madre: Rafael Peña. fina
Ocupación: operador duptor
Nacionalidad: mexicana               Nombre de la cónyuge: Isabel Rico

#### GENERALES DEL COMPARECIENTE:

Edad: 35 treinta y cinco años        Ocupación: carpintero
Domicilio: Trans. Aldama 2           Nacionalidad: mexicana

#### TESTIGOS:

Nombres: Manuela pineda              Ofelia campos
Edad: 21 veintiun años               36 treinta y seis años
Ocupación: empleada                  Empleada
Parentesco: Ninguno                  Ninguno
Nacionalidad: mexicana               Mexicana

Leída la presente acta, la ratificaron y firmaron los que supieron. Doy fé y de que el cadáver a que se refiere esta acta fué inhumado en la primera Aislado del panteón Municipal de esta ciudad. Una firma ilegible.

vuelta.

822

Miguel Mendoza.- M. Pineda A.- Ofelia Campos B.- RUBRICADOS.- Mar
nal que dice: Estados Unidos Mexicanos.- Poder Ejecutivo del Esta
Michoacán de Ocampo.- partida 680 seicientos ochenta.- Villarrea
Peña Aurelio.- Fractura de base de craneo.- 35 años.- ES COPIA FI
MENTE TOMADA DE SU ORIGINAL QUE CERTIFICO Y SE EXPIDE A SOLICITUD
INTERESADO PARA LOS FINES LEGALES QUE LE CONVENGA EN LA CIUDAD DE
PAN, MICHOACAN, A LOS VEINTICUATRO DIAS DEL MES DE MARZO DE MIL NO
CIENTOS SETENTA Y SIETE. - - - - - - - - - - - - - - - - -

El Juez del Registro Civil P.M. de L.

OTILIA GUZMAN NAVARRETE.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
Federal Building
727 E. Durango Blvd., Suite A301
San Antonio, Texas 78206

May 8, 1978

A21 585 512 - Raul
A21 585 513 - Marco
A21 585 514 - Mario
A21 585 515 - Luis
A21 585 516 - Jose
Mr. Raul Salinas                    A21 585 517 - Maria
133 Slabaugh                        A21 585 518 - Juan
Mission, TX   78572
                                         SALINAS

Dear Mr. Salinas:

This will acknowledge your letter of recent date concerning
the applications for certificates of citizenship for your
children listed above.

A hearing was conducted on these applications at Hidalgo, Texas,
on June 14, 1977.  At the time of the hearing you were requested
to submit to this office conclusive evidence showing exactly when
and where you were living in the United States prior to the births
of your children.

You may submit affidavits, census records, school records, church,
and employment records; or if you have witnesses who can testify
to your residence in the United States before the births of your
children, please advise of their names and addresses.  We must also
have conclusive proof of your birth in the United States.

                          Sincerely,

                          William T. Jarmon
                          Asst. District Director
                          for Citizenship

823

**NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE**

| In re: *Mario G. Salinas - Grimaldo* | DATE *5/26/95* |
|---|---|
| | FILE No. *90 596 216* |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME *Same* | [ ] Petitioner    [ ] Applicant |
|---|---|
| | [ ] Beneficiary    [ ] |
| ADDRESS  (Apt. No.)  *40 INS*    (Number & Street)    (City)    (State)    (ZIP Code) | |

| NAME | [ ] Petitioner    [ ] Applicant |
|---|---|
| | [ ] Beneficiary    [ ] |
| ADDRESS  (Apt. No.)    (Number & Street)    (City)    (State)    (ZIP Code) | |

**Check Applicable Item(s) below:**

[**] 1.  I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____ Texas _____ (Name of Court) _____ and am not under a

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2.  I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3.  I am associated with _____ ,
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

[ ] 4.  Others (Explain fully.)

| SIGNATURE  *Lisa S. Brodyaga* | COMPLETE ADDRESS  402 E. Harrison, 2nd Floor  Harlingen, Texas 78550 |
|---|---|
| NAME (Type or Print)  Lisa S. Brodyaga | TELEPHONE NUMBER  (210) 421-3226 |

I declare under penalty of perjury of the laws of the United States that I am the person is the subject of the requested record and that the foregoing is true and correct.

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:  Lisa S. Brodyaga, Esq.

(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING  *Mario Salinas-Grimaldo* | SIGNATURE OF PERSON CONSENTING  X *Mario G. Salinas* | DATE  *5/30/95* |
|---|---|---|

(**NOTE**: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev.10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service



UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
2102 Teege Avenue
Harlingen, Texas 78550


**PROCEEDINGS UNDER SECTION 341
OF THE IMMIGRATION AND NATIONALITY ACT**


APPLICATION FOR CERTIFICATE OF CITIZENSHIP OF:      )
                                                    )
RAUL SALINAS GARCIA                                 )
A24 827 235                                         )


ON BEHALF OF APPLICANT:

>       Lisa Brodyaga, Esq.
>       402 E. Harrison
>       Harlingen, Texas 78550


**DISCUSSION OF EVIDENCE
AND
RECOMMENDATION OF DESIGNATED EXAMINER**


        This case relates to Raul Salinas Garcia, a 66 year old male,
claiming birth in Rio Grande City, Texas. Raul Salinas Garcia (the
"applicant"), filed an application for a certificate of citizenship
on November 17, 1993. The applicant claims birth in Rio Grande
City, Texas, on ██████████, 1928, as the legitimate issue of
Guadalupe Salinas, born in Mexico on ██████████, 1902, and Regina
Salinas, a United States citizen, born in Alice, Texas, on
██████████, 1906. The applicant claims not to have made an entry
because he claims to have been born in Rio Grande City, Texas. It
appears that he has made innumerable visits to Mexico after his
birth.

1



The applicant's status as a United States citizen in this proceeding is governed by the provisions of Section 1993 of the Revised Statutes of February 10, 1855. This section provides as follows.

> All children heretofore born or hereafter born out of the limits and jurisdiction of the United States whose fathers were or may be at the time of their birth citizens thereof are declared to be citizens of the United states; but the rights of citizenship shall not descend to children whose fathers never resided in the United States.

The question to be resolved is whether the applicant has acquired United States citizenship under the provisions of Section 1993 of the Revised Statutes.

### CITIZENSHIP APPLICATION OF APPLICANT'S SON

The applicant appeared on June 14, 1977, for a hearing regarding his son, Raul Salinas Grimaldo (A36 588 593), who had filed an Application for Certificate of Citizenship (Form N-600). Regarding the son's application, testimony was taken from the applicant-father and his mother, Regina Salinas de Garcia. During that hearing, various exhibits were received and marked, including the following partial list. Exhibit 1, a Texas delayed birth certificate registered on October 4, 1972, for Raul Salinas who was born in Rio Grande City, Texas, on ██████████ 1928. Exhibit 2, a Certificate of Baptism for Raul Salinas, listing his place of birth as Rio Grande City, Texas, ██████████, 1928, and baptism on July 14, 1928, at Immaculate Conception Church in Rio Grande City, Texas. Exhibit 4, the marriage certificate of Raul Salinas G. and his wife, Guadalupe Grimaldo, listing his place of origin as Rio

2

826

Grande, Texas, and his nationality as Northamerican. **Exhibit 5,** the Mexican birth certificate of applicant's son, Raul Salinas Grimaldo, born in Ciudad Camargo, Tamaulipas, Mexico, on ████ ████ 1960; this document lists Raul Salinas as the father, the nationality as Northamerican, and the domicile in Mission, Texas. **Exhibit 7,** an Examiner's Report of Testimony of Witness (Form N-341), dated June 14, 1977, of Raul Salinas [applicant], at Hidalgo, Texas, stating that he was raised in Rio Grande City, Texas, but not having lived with his mother as a child, not having ever lived in Mexico, and that his ten[1] brothers and sisters were all born in the United States. **Exhibit 16,** an Examiner's Report of Testimony of Witness (Form N-341) of Regina Garcia de Salinas [mother], born on ████████ 1906, in Alice, Texas, taken on October 26, 1978, at Hidalgo, Texas; stating she married Guadalupe Salinas on April 14, 1924, in Falfurrias, Texas; they had six boys and three girls; their oldest child, Antonio, was born in Edinburg, Texas, in 1925, followed by their second child, Vicente, born in 1926, in East Donna; Raul [applicant] was born February 3, 1928, in Rio Grande City, Texas; Maria was born in 1930, in Edinburg, Texas; Eutiquio was born in Ciudad Camargo, Tamaulipas, Mexico, in 1932; Juan Jose was born in January, 1934, in Mission Texas; Jose Adan was born in 1936, in Mission, Texas; Eva was born in 1936, in Mission, Texas; Guadalupe was born in 1940, in Elsa, Texas; she said she and her husband had lived in the United States for many years, and had one

---

[1] The applicant stated in his testimony that he had <u>ten</u> siblings, but this conflicts with the testimony of his mother in Exhibit 16, wherein she states to have had nine children.

3

827

child born in Mexico (when she went there to visit); Guadalupe, Casimiro, Vicente, and Raul were all baptized in Rio Grande City, at Immaculate Concepcion Church; Antonio was baptized at the old catholic church in McAllen; the others were baptized at Guadalupe Church in Mission; she stated that the applicant was married to Guadalupe Grimaldo, who had been married twice, but did not know the name of Guadalupe's first husband who was known to be deceased; she stated that Guadalupe had always lived in Mexico and that the applicant had always lived and worked in the United States; the applicant and Guadalupe had seven children; she had never registered the birth of the applicant in Mexico, and did not know if her husband had done so; she did not know anything about the applicant's baptismal certificate being altered in the church's records; she further stated that the applicant was born in Rio Grande City, Texas.

Because part of the supporting evidence of the son's citizenship application was a Texas delayed birth certificate filed in 1972, the original examiner requested a record check of the birth records in Ciudad Camargo, Tamaulipas, Mexico. It was then discovered that the birth of the applicant had been registered on February 15, 1928, at Ciudad Camargo, Tamaulipas, Mexico, and it listed his date of birth as ███████, 1928. The place of birth was listed as "EN ESTA CIUDAD" (IN THIS CITY). See Exhibit 14, Mexican Certificate in the applicant's file (A24 827 235). That document shows that the applicant's birth was registered by Guadalupe Salinas, his father, and witnessed by Fidencio G. Garza

4

828

and Antonio Adame.  In addition, further investigation into the baptismal certificate of the applicant revealed that the original baptismal certificate showed that the place of birth was written in black ink which was a different color of ink than the other information and it was in a different handwriting.  See Exhibit 2 and 8, Letter to Immaculate Conception Church and response.

Based upon these stated facts, the previous examiner submitted Supplementary Report No. 1, wherein he concluded that based on the more contemporaneous Mexican birth registration of the applicant, the different colored ink on the applicant's baptismal certificate, and the different handwriting thereon, the applicant and his son had failed to prove either the applicant's status as a United States citizen.

### CITIZENSHIP APPLICATIONS OF APPLICANT'S CHILDREN

Contemporaneous with the filing of the son's application for citizenship (discussed above), applications for seven of the applicant's children were filed.  On November 6, 1978, those seven Applications for Certificate of Citizenship (Forms N-600) were denied.  The denial of all applications were addressed to the applicant, as follows.

> You have failed to satisfactorily prove that you were a United States citizen at the time of you children's births.  Your Mexican birth certificate indicates that you were born in Ciudad Camargo, Tamaulipas, Mexico.  Had you satisfactorily proved your United States citizenship, additional proof of your United States physical presence would have been required, as prescribed by Section 301(a)(7)

829

of the 1952 Immigration and Nationality Act.[2]

### PENDING CITIZENSHIP APPLICATION OF THE APPLICANT

On November 23, 1993, the applicant filed an Application for Certificate of Citizenship (Form N-600) with this office.  On April 8, 1994, he appeared for an interview.  His testimony, recorded on Examiner's Report of Testimony of Witness (Form N-341), states:  he was born in Rio Grande City, Texas; he resided in the United States since his birth; he never attended school; he registered for the selective service, and produced his selective service registration card showing his registration on March 3, 1958, and his birth in the State of Texas in 1928; he had previously had some military training in San Antonio, but had never gone into active duty; he maintained that he was born in Rio Grande City, Texas, as always told to him by his mother.

Also present for the interview, on April 8, 1994, was his wife Guadalupe Salinas.  Her testimony, recorded on Examiner's Report of Testimony of Witness (Form N-341), states:  she is married to the applicant; she had eight children:  the first child, Maria del Socorro, was born of her first marriage to Aurelio Villarreal; the other seven children (Raul, Marco Antonio, Mario Guadalupe, Luis Horacio, Jose Refugio, Maria Concepcion and Juan Angel) are from her second marriage, being her marriage to the applicant; her mother did not want her to marry the applicant because she did not

---

[2] The previous examiner apparently did not assess whether the physical presence requirement of the applicant, the source parent, had been satisfied.

6

830

want her daughter to leave her behind in Mexico and because her daughter would end up going back and forth between Mexico and the United States; she remembered once in 1977 that she accompanied the applicant's mother, Regina, to a hearing:  Regina came out of a hearing complaining "ESO ES LO QUE HACEN HOMBRES BORACHOS"  (THAT IS WHAT DRUNK MEN DO), referring to the fact that Regina had been told in the hearing that the applicant's birth had been registered in Mexico by her husband and showing her son's place of birth in Mexico; she said that Blas Chapa, a notary public and interpreter used by the examiner, had also helped them with their papers; she stated she had not been allowed into the hearing.

The applicant's file (A24 827 235) also contains two affidavits from the applicant's God-parents, Rosalia Rivera de Manzano and her husband, Mauro Manzo Gutierrez, both residents of Ciudad Camargo, Tamaulipas, Mexico.  The affiants stated in their affidavits:  they knew the parents of the applicant to be Guadalupe Salinas and Regina Garcia de Salinas; they had known both parents long before Raul was born, when Raul's parents were living in Rio Grande City, Texas, where Raul was born; when Raul was born, Raul's father invited the affiants to be Raul's God-parents;  they both made the trip from Camargo to Rio Grande City to baptize Raul. This examiner notes that both affiants were never interviewed; both are now deceased.

### CONSIDERATION OF THE PREVIOUS EXAMINER'S FINDINGS

As  stated  above,  the  Application for Certificate of Citizenship for the applicant's children were denied on November 6,

7

831

1978.[3]  Denial was because the applicant, as the source parent, failed to show he was a United States citizen at the time of his children's births.  The decision to deny was primarily based upon three factors:  (1) the contemporaneous Mexican birth certificate of the applicant; (2) the different color of ink used in the church's record to record the applicant's place of birth; and (3) the different handwriting on the applicant's Baptismal Certificate.

Review of Raul Salinas Grimaldo's file (A36 588 593), son of the applicant, shows that it contains no statement made by any of the witnesses or affiants stating or even suggesting that the applicant was born in Mexico.  That file contains a number of affidavits, all the affiants were elderly persons, all affidavits state that the applicant was born in Rio Grande City, Texas, on February 3, 1928.  In addition, the examiner's Supplementary Report No. 1 finds no contradicting statements made by any of the witnesses regarding the applicant's place of birth.

Review of the Mexican birth record reflects that it complies with the registration code of the State of Tamaulipas, Mexico.  The registration of the applicant's birth was done by his father, Guadalupe Salinas, and witnessed by Fidencio G. Garza and Antonio Adame.  According to the testimony given by the applicant's wife, she recalls that Fidencio G. Garza and Antonio Adame were friends of Guadalupe Salinas.

It is not uncommon to find that the birth of children born in

---

[3]  The consideration of this pending application, and its decision, is not a reopening of prior adjudications.

8

*832*

the United States to Mexican parents (usually residing in an illegal status) are subsequently registered as having been born in Mexico.  There are several reasons for this:  to obtain medical benefits from programs run by the Mexican government, so that the child may be able to attend school in Mexico, to avoid military service in the United States, to obtain property or inheritance rights in Mexico, etc.  Additionally, a parent--usually the father--based on love and attachment or pride to the native country, will register the child as having been born in Mexico.  As a consequence, when a search of birth records is conducted in Mexico and a Mexican birth record is located, the birth record will show that the registration was done by the father.[4]  The trend appears to be that the father does the registering without the mother's knowledge.  Each case is different and certainly there are numerous cases where contemporaneous registration in Mexico proves to be that the child was in fact born in Mexico.  However, in this case it appears that the applicant's father registered his birth in Mexico without the mother's knowledge.

By regulation, the burden of proof is upon the claimant to establish the claim to citizenship by a preponderance of the evidence.  8 C.F.R. Section 341(2)(c) (1994).  This cannot be accomplished by the applicant because Section 1993 of the Revised Statutes permits an acquisition of United States citizenship based only upon the citizenship of the __father__, not the mother.  __See__

---

[4]  There are other instances when the mother or both parents will jointly register the birth, but only after several years have passed and this usually involves several children.

9

<u>Villanueva-Jurado v. INS</u>, 482 F.2d 886 (5th Cir. 1973); <u>cf</u>. <u>Wachope v. U.S. Dept. of State</u>, 985 F.2d 1407 (9th Cir. 1993). The only United States citizen at the time of the applicant's birth was his <u>mother</u>, not his father.

In support of the applicant's claim to birth in the United States, are the birth certificates of his siblings born in the United States. Those births show a chain of events that suggest a pattern not inconsistent with a determination that the applicant was born in the United States. Separate from the suggested pattern is supporting evidence, including testimony. For example, the information on the applicant's selective service card (which was considered credible) is further bolstered with the applicant's current testimony, e.g., his recitation of facts relating to his reporting to the induction center. Previously, his wife, Guadalupe Salinas, appeared but was not interviewed. Her interview and testimony now is consistent with the applicant's prior testimony, it is supportive of his mother's testimony. His mother's testimony appears credible and worthy of such weight that a denial without specifically considering it appears incomplete, i.e., denial based primarily on the contemporaneous birth registration. Review of the evidence contained in various A-file's of family members and consideration of additional evidence recently presented, it is now concluded that the applicant, Raul Salinas Garcia, was born in Rio Grande City, Texas on February 3, 1928.

10

834

## CONCLUSION

Based upon the discussion, the applicant, Raul Salinas Garcia, did not acquire United States citizenship through his mother under provisions of Section 1993 at the time of his birth on February 3, 1928. The applicant was born in Rio Grande City, Texas, on February 3, 1928, and, thus, is a citizen of the United States by having been born in the United States (jus soli). It is therefore recommended that the Application for Certificate of Citizenship of the applicant, Raul Salinas Garcia, be DENIED because the requirements of Section 1993 of the Revised Statutes have not been met.

_____
District Adjudications Officer
Designated

The above findings and recommendation are hereby adopted and approved. It is ordered that the Application for Certificate of Citizenship of Raul Salinas Garcia, be, and hereby, is DENIED.

Dated: July 14, 1994.

_____
E.M. Trominski
District Director

11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


ANTELMA DOMINGUEZ-PEREZ, et. al.    )
                                    )
        Plaintiffs,                 )
                                    )        CIVIL ACTION NO. B-96-116
JANET RENO, et. al.                 )
                                    )
        Defendants,                 )


**PLAINTIFFS' EXHIBIT "D"**


836

# Social Security Administration

**Important Information**

620 E Jackson St.
Harlingen, TX 78550
Phone: 423-622
FAX: 412-65.6
Office Hours: 9:00 AM to 4:00 PM  M

June 27, 1995

Mr. MARIO GUADALUPE SALINAS
RT 10 BOX 675
MISSION TEXAS 78572

Dear Mr. SALINAS:

We are returning your request for a Social Security card along
with any document(s) you sent us.  We cannot process your
application because we do not have everything we need.  It usually
takes about 2 weeks to issue a Social Security card once we have
everything we need.

## We Need The Following

For the person shown in number 1 of the enclosed application, we
need documents that show the following:

DOCUMENTS THAT SHOW U.S. CITIZENSHIP SUCH AS A CERTIFICATE OF
NATURALIZATION (FORM N-550).  THIS IS IN ADDITION TO EVIDENCE OF
YOUR AGE AND IDENTITY.

## What You Should Do

Please see the enclosed list of examples of documents we can
accept.  **We must see original documents or certified copies. We
cannot accept uncertified photocopies.**

When you have the additional document(s) we need, send or bring
them to us with everything we are returning with this letter.  We
will return all documents.

NOTE:  You should not mail Immigration and Naturalization
documents.

## If You Disagree

If you think you should get a Social Security number or card based
on what you have given us, you can ask us to review your case.
Someone who did not look at your first application will review it.

See Next Page

JSA-L670

857

Page 2

Please call, write or visit any Social Security office to ask for a review.

## If You Have Any Questions

If you have any questions, please call us at the number shown on the first page of this letter. We can answer most questions over the phone. You also can write or visit any Social Security office.

If you do call or visit us, please have this letter with you. It will help us answer your questions.

Mario Gonzales
Branch Manager

Enclosure(s):
Application for a Social Security Card
Your Document(s) (if any)
Return Envelope

## ACCEPTABLE DOCUMENTS

## DOCUMENTS THAT SHOW AGE

o   Birth certificate
o   U.S. consular report of birth (Form FS-240, FS-545, or DS-1350)
o   Hospital birth record
o   Religious record showing age or date of birth

If none of these documents is available, you may use a document
from the lists below.  If you use a document from the identity
list, it must be at least one year old and show name, age or date
of birth.  If you use a document from either list to show age, you
must use a different document to show your identity and/or
citizenship or alien status.

## DOCUMENTS THAT SHOW IDENTITY (if birth record does not show
identity.)

o   Driver's license
o   U.S. government or state employee ID card
o   Passport
o   School ID card, record, or report card
o   Marriage or divorce record
o   Health insurance card (except a Medicare card)
o   Clinic, doctor, or hospital record
o   Military record
o   Court order for name change
o   Adoption record
o   Church membership or confirmation record
o   Insurance policy

We can accept other documents if they have enough information.  We
cannot accept an old Social Security card or stub as a document to
show identity.

## DOCUMENTS THAT SHOW U.S. CITIZENSHIP OR ALIEN STATUS

o   U.S. consular report of birth (Form FS-240, FS-545, or DS-1350)
o   U.S. passport
o   Certificate of Naturalization (Form N-550)
o   Certificate of Citizenship (Form N-560)
o   U.S. Citizen ID card (Form I-197)
o   Card of Identity and Registration (Form FS-225A)
o   Certificate of Identity and Registration (Form FS-225)
o   Alien Registration Receipt Card (Form I-151 or I-551)
o   U.S. Immigration Form I-94 or I-688A

**REMEMBER, we must see original documents or certified copies. We
cannot accept a photocopy unless it is certified by the official**

See Next Page

838

Page 2

**who keeps the original record.**

We may verify the documents with the agency that keeps the
original records.

NUMI        DTE:06/27/95        SSN: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        XC:        UNIT:027        PG:001

```
ACCOUNT     SSN:███████2514 ETC:0 RFN:81063402422 DOC:841 IDN:C
NAME        NAA: MARIO , GUADALUPE , SALINAS
BIRTH       DOB:██████1966 PLB: CAMARGO TAMP* , MX FCI:* SEX:M ETB:0
PARENT      MNA: GUADALUPE GRIMALDO
            FNA: RAUL SALINAS
INTERNAL    FMC:1 CYD:03/06/81
```

```
DRAMS     DTE:06/27/95     SSN:███████-2514     DOC:875     UNIT:027        PG: 001
ALIEN DEPORTATION INFORMATION
NAME:  MARIO       G SALINAS      GRIMALDO
ALIAS:
DATE OF BIRTH:    ██████66    SEX: M    PLACE OF BIRTH: MX
COUNTRY DEPORTED TO: MX    DATE DEPORTED: 05/29/85
FINAL CHARGE CODE: 02    INS FILE # : A21585514    DATE RECD IN SSA: 07/09/85
```

```
MES  REL 2.0                    MES SYSTEMS MENU                              ES
OFFICE CODE: 3Z5
       SELECT THE DESIRED FUNCTION: _____
  1 = SSN APPLICATION INTERVIEW            6 = DELETE APPLICATION
  2 = SSN BATCH INPUT                      7 = APPLICATION STATUS
  3 = PRINT APPLICATION                    8 = RESOLVE INVESTIGATE
  4 = CLEAR APPLICATION                    9 = SPECIAL INDICATORS
  5 = CHANGE APPLICATION                  10 = BIRTH RECORD REVIEW
     IF FUNCTION 1 OR 9 IS SELECTED, ENTER APPLICANT NAME AND BIRTH DATE
     IF FUNCTION 3, 4, 5, 6, OR 8 IS SELECTED, ENTER REFERENCE NUMBER
     IF FUNCTION 7 IS SELECTED, ENTER EITHER
       REFERENCE NUMBER: _____     OR
       APPLICANT NAME:
         MARIO              GUADALUPE            SALINAS
       AND BIRTH DATE (MMDDYYYY): 05311966
     IF FUNCTION 10 IS SELECTED, ENTER BIRTH STATE: _____
NO MATCHING RECORDS FOUND
```

SOCIAL SECURITY ADMINISTRATION
_____

**Important Information**

320 E Jackson St.
Harlingen, Tx  78550
Phone: 423-5227
FAX: 412-8576
Office Hours: 9 AM to 4 PM M-F.

June 28, 1995

Ms. Lisa Brodyaga For
Mr. Mario G. Salinas
402 E. Harrison Street
Harlingen, TX. 78550

Dear Ms. Brodyaga:

We cannot give you a Social Security card because:

You have not given us the document(s) we need to show U.S.
citizenship or lawful alien status.


**If You Disagree**

If you think you should get a Social Security number or card based
on what you have given us, you can ask us to review your case.
Someone who did not look at your first application will review it.

Please call, write or visit any Social Security office to ask for
a review.

**If You Have Any Questions**

If you have any questions, please call us at the number shown at
the top of this letter.  We can answer most questions over the
phone.  You also can write or visit any Social Security office.

If you do call or visit us, please have this letter with you.  It
will help us answer your questions.

Mario Gonzales
Branch Manager


cc: ADM-File

BM                                                    SSA-L676


841



SOCIAL SECURITY ADMINISTRATION
2412 E. JACKSON STREET
HARLINGEN, TX. 78550

JUN 29
PM
1995

McALLEN TX 785
JUN 29
PM
1995

Ms. Lisa Brodyaga For
Mr. Mario G. Salinas
402 E. Harrison Street
Harlingen, Tx  78550

842

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


ANTELMA DOMINGUEZ-PEREZ, et. al.   )
                                    )
     Plaintiffs,             )
                                    )    CIVIL ACTION NO. B-96-116
JANET RENO, et. al.           )
                                    )
     Defendants,            )


PLAINTIFFS' EXHIBIT "E"

843

A90 396 216

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
HARLINGEN, TEXAS

IN THE MATTER OF          )
                          )
MARIO SALINAS-GRIMALDO    )    IN DEPORTATION PROCEEDINGS
A90 396 216               )
                          )
HARLINGEN, TEXAS          )

**JOINT MOTION TO ADMINSTRATIVELY CLOSE DEPORTATION PROCEEDINGS**

TO THE HONORABLE IMMIGRATION JUDGE:

COMES NOW, the Immigration and Naturalization Service ("Service"), by and through its undersigned counsel, and the respondent's counsel of record, Lisa Brodyaga, and jointly move this Court to administratively close these deportation proceedings, and in support thereof state as follows:

1. An Order to Show Cause was issued in this case on February 7, 1994. It is alleged, *inter alia*, that the respondent is not a citizen of the United States, that he entered without inspection, and has been convicted of a controlled substance violation.

2. The case was venued from Houston, Texas to Harlingen, Texas.

3. The respondent is not now in Service custody.

844