4.   The respondent's father, Raul Salinas-Garcia (A24 827 235), was determined by the Harlingen District Director in a decision dated July 14, 1994, to be a citizen of the United States by birth.

5.   The respondent's older brother, Raul Salinas-Grimaldo (A36 588 593), was determined to be a citizen of the United States by decision of the Harlingen District Director and issued Certificate of Citizenship No. AA656115, on January 30, 1995.

6.   Since on or about June 22, 1995, the respondent has had pending an Application for Certificate of Citizensip (Form N-600).

7.   The Service is in the process of adjudicating the respondent's application, under his other Service A-file (A21 585 514).  His application is, *inter alia*, strongly supported by the Service's determination that his father and older sibling are both United States citizens.

WHEREFORE, PREMISES CONSIDERED, the parties jointly move that the Service be granted time to adjudicate the respondent's pending Application for Certificate of Citizenship, that until the administrative adjudication is concluded there is no need for these deportation proceedings to move toward a final decision, and, thus, there are appropriate circumstances for this case to be administratively closed.

845

Respectfully submitted,

Dated:   July 10, 1995.

John D. Carte
INS Counsel
Immig. & Natz. Service
P.O. Box 1711
Harlingen, Texas   78551

Lisa Brodyaga   by permission
Lisa Brodyaga
Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

3

## CERTIFICATE OF CONFERENCE

On July 10, 1995, and on several occassions prior thereto, the respondent's counsel of record, Lisa Brodyaga, and I had conversations regarding this case and joint motion. Attorney Brodyaga and I agreed that I would prepare the above joint motion requesting that this case be administratively closed for the reasons stated therein. On this date attorney Brodyaga specifically granted me permission to sign her name to this Joint Motion to Adminstratively Close Deportation Proceedings.


Dated:  July 10, 1995.

John D. Carte
INS Counsel

4

847

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon

the respondent's counsel of record by depositing it in the U.S.

mail, postage prepaid, addressed to:

> Lisa Brodyaga, Esq.
> 402 E. Harrison, 2nd Floor
> Harlingen, Texas 78550

on this ___11___ day of July, 1995.

Legal Clerk
Immig. & Natz. Service

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**


**ANTELMA DOMINGUEZ-PEREZ, et. al.**    )
                                        )
    **Plaintiffs,**                     )
                                        )    **CIVIL ACTION NO. B-96-116**
**JANET RENO, et. al.**                 )
                                        )
    **Defendants,**                     )


**PLAINTIFFS' EXHIBIT "F"**


849

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
July 1, 1995

Social Security Administration
320 E. Jackson
Harlingen, Texas  78550

Attn:  Mario Gonzalez, Branch Manager

Re:  Application of Mario Guadalupe Salinas-Grimaldo
     SS# ██████ 2514 for duplicate Social Security card.

Dear Mr. Gonzalez:

Thank you for your prompt reply of June 28, 1995, to the hand
delivered letter, application, and supporting documents, which I
delivered to your office last week.

I notice that you again reference a procedure whereby a different
individual will review the application.  As I mentioned earlier, we
must exhaust all "review" procedures, (i.e., "exhausted our
remedies"), before we would be able to seek judicial intervention,
so please take this letter as a request for such a review.

Thank you for your attention.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
July 25, 1995

Social Security Administration
320 E. Jackson
Harlingen, Texas  78550

Attn:  Mario Gonzalez, Branch Manager

Re:  Applications of
     Mario Guadalupe Salinas-Grimaldo, SS# ⬛⬛⬛⬛ 2514, and
     Perfecto Arreola-Zuniga, SS# ⬛⬛⬛⬛ 3477
     for duplicate Social Security cards.

Dear Mr. Gonzalez:

As I do further research on this issue, it seems that we should be
entitled to a hearing before an Administrative Law Judge on the
issue of whether the documentation provided by these two
individuals in support of their claims to be United States citizens
was adequate. It also appears that 20 CFR Sec. 422.107(d) permits
the use of _any_ documentary evidence in support of the applicant's
claim to U.S. citizenship, not just the examples listed therein.

Since you have not yet responded to my letter of July 1, 1995,
please take this letter as a request for further review of _both_
applications, [1] in the form of an administrative hearing.  If
administrative hearings are not available for this type of
application, please advise me of this fact.

Thank you for your attention.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

_____

[1]   Mr. Arreola's request was denied by you on October 12,
1994.

851

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
August 7, 1995

Social Security Administration
320 E. Jackson
Harlingen, Texas  78550

Attn:  Mario Gonzalez, Branch Manager

Re:  Applications of
     Mario Guadalupe Salinas-Grimaldo, SS# ██████ 2514, and
     Perfecto Arreola-Zuniga, SS#█████ 3477
     for duplicate Social Security cards.

Dear Mr. Gonzalez:

This will confirm the telephone message that you left on my
recorder recently, advising me that there is no further review
available in these cases, and that the applicants are not entitled
to hearings before an Administrative Law Judge.

Thank you for your attention.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

852

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et. al.    )
                                    )
        Plaintiffs,                 )
                                    )    CIVIL ACTION NO. B-96-116
JANET RENO, et. al.                 )
                                    )
        Defendants,                 )

PLAINTIFFS' EXHIBIT "G"

P53

# SOCIAL SECURITY ADMINISTRATION
## Application for a Soci   Security Card

Form Approved
OMB No 0960-0066

| INSTRUCTIONS | • Please read "How To Complete This Form" on page 2.<br>• Print or type using black or blue ink. DO NOT USE PENCIL.<br>• After you complete this form, take or mail it along with the required documents to your nearest Social Security office.<br>• If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16. |
|---|---|

**1 NAME**
To Be Shown On Card

FIRST *Anthelma Perez - Alcaraz*   FULL MIDDLE NAME   LAST

FULL NAME AT BIRTH
IF OTHER THAN ABOVE

FIRST *AnThelma Dominguez - Alcaraz*   FULL MIDDLE NAME   LAST

OTHER NAMES USED

**2 MAILING ADDRESS**
Do Not Abbreviate

STREET ADDRESS, APT. NO., PO BOX, RURAL ROUTE NO

CITY *Texas*   STATE   ZIP CODE

**3 CITIZENSHIP**
(Check One)

[X] US Citizen  [ ] Legal Alien Allowed To Work  [ ] Legal Alien Not Allowed To Work  [ ] Foreign Student Allowed Restricted Employment  [ ] Conditionally Legalized Alien Allowed To Work  [ ] Other (See Instructions On Page 2)

**4 SEX**

[ ] Male  [X] Female

**5 RACE/ETHNIC DESCRIPTION**
(Check One Only—Voluntary)

[ ] Asian, Asian-American Or Pacific Islander  [X] Hispanic  [ ] Black (Not Hispanic)  [ ] North American Indian Or Alaskan Native  [ ] White (Not Hispanic)

**6 DATE OF BIRTH**
MONTH DAY YEAR  ▓/6/

**7 PLACE OF BIRTH**
(Do Not Abbreviate)
CITY *Cuernavaca Morelos Mexico*   STATE OR FOREIGN COUNTRY

Office Use Only   FCI

**8 MOTHER'S MAIDEN NAME**
First *Josefina Alcaraz*   FULL MIDDLE NAME   LAST NAME AT HER BIRTH

**9 FATHER'S NAME**
First *Marcelino Dominguez*   FULL MIDDLE NAME   LAST

**10** Has the person in item 1 ever received a Social Security number before?

[ ] Yes (If "yes", answer questions 11-13)   [X] No (If "no", go on to question 14.)   [ ] Don't Know (If "don't know", go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1.

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

FIRST   MIDDLE   LAST

**13** Enter any different date of birth if used on an earlier application for a card.
MONTH DAY YEAR

**14 TODAY'S DATE**  ▶ 11/21/95
MONTH DAY YEAR

**15 DAYTIME PHONE NUMBER** ▶   AREA CODE

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH

**16 YOUR SIGNATURE**

▶ *Anthelma D. Perez*

**17 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**

[ ] Self  [ ] Natural Or Adoptive Parent  [ ] Legal Guardian  [ ] Other (Specify)

---

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

| NPN | | DOC | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEW-ING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL

DATE

Form SS-5 (9/89) 5/88 edition may be used until supply is exhausted

854

**IF YOU ARE A UNITED STATES CITIZEN BORN OUTSIDE THE U.S.**

If you are a United States citizen who was born outside the U.S., we need to see your consular report of birth (FS-240 or FS-545), if you have one. We also need to see one form of identification. See page 2 for examples of identity documents we will accept.

If you do not have your consular report of birth, we will need to see your foreign birth certificate and one of the following: a U.S. Citizen ID card, U.S. passport, Certificate of Citizenship, or a Certificate of Naturalization. Remember, you must show us the original documents.

**IF YOU ARE NOT A U.S. CITIZEN**

If you are not a U.S. citizen, you must show us your birth certificate or passport, and the documents given to you by the Immigration and Naturalization Service (INS). **We must see original documents, not photocopies.** Examples of INS documents are: your Alien Registration Receipt Card (Form I-151 or I-551) or Form I-94. Because these documents should not be mailed, you should apply in person.

Even though you may not be authorized to work in this country, we can issue you a Social Security card if you are here legally and need it for some other reason. Your card will be marked to show that you cannot work, and if you do, we will notify INS.

**IF YOU NEED A CARD FOR A CHILD OR SOMEONE ELSE**

If you apply for a card for a child or someone else, you need to show us that person's original or certified birth certificate and one more document showing the person's identity. For example, for a child we will accept a doctor or hospital bill, a school record or any similar document that shows the child's identity. For an adult, see page 2 for examples of identity documents we will accept.

**Also, if you sign the form, we need to see some kind of identification for you.** Please see the list on page 2 for examples of documents we will accept. Be sure to answer the questions on the application form as they apply to the person needing the card.

## THE PAPERWORK/PRIVACY ACT AND YOUR APPLICATION

The Social Security Act (sections 205(c) and 702) allows us to collect the facts we ask for on this form. We use most of these facts to assign you a Social Security number or to issue you a card. You do not have to give us these facts, but without them we cannot issue you a Social Security number or a card. Without a number, you could lose Social Security benefits in the future and you might not be able to get a job.

We give out the facts on this form without your consent only in certain situations that are explained in the Federal Register. For example, we must give out this information if Federal law requires us to, if your Congressman or Senator needs the information to answer questions you ask them, or if the Justice Department needs it to investigate and prosecute violations of the Social Security Act.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it. If you would like more facts about the Privacy Act, get in touch with any Social Security office.

We estimate that it will take you about 8 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on how long it takes to complete this form or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0066), Washington, D.C. 20503. **Do not send completed forms or information concerning your claim to these offices.**

★ U S GPO 1992-0-332-182

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVIC

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115–0018

**FEE STAMP**

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

(Print or type)    Antelma Perez-Alcaraz    nee DOMINGUEZ

Date __JULY 12, 1994__

(Full, True Name, without Abbreviations)    (Maiden name, if any)

(Apartment number, Street address, and, if appropriate, "in care of")

_____ Texas _____
(City)    (County)    (State)    (ZIP Code)

NONE
(Telephone Number)

**ALIEN REGISTRATION**
No. A 73 221 307

412 - 7359

**(SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)**

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in Cuernavaca Cuernavaca Morelos ..... 1961
(City)    (State or country)    (Month) (Day) (Year)

(2) My personal description is: Sex Female, complexion Light, color of eyes Brown; color of hair Brown;
height 5' feet 4" inches; weight 120 pounds; visible distinctive marks None
Marital status: ☐ Single; ☒ Married; ☐ Divorced; ☐ Widow(er).

(3) I arrived in the United States at N/A on N/A
(City and State)    (Month) (Day) (Year)

under the name N/A by means of N/A
(Name of ship or other means of arrival)

☐ on U.S. Passport No. N/A issued to me at N/A on 3 NA 81 9 1992
☐ on an Immigrant Visa. ☐ Other (specify) N/A    (Month) (Day) (Year)

**(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.**
(a) My last permanent foreign residence was N/A
(City)    (Country)
(b) I took the ship or other conveyance to the United States at N/A
(City)    (Country)
(c) I was coming to N/A at N/A
(Name of person in the United States)    (City and State where this person was living)
(d) I traveled to the United States with N/A
(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

**(5) Have you been out of the United States since you first arrived?** ☐ Yes ☒ No. If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

**(6)** I __have not__ filed a petition for naturalization. On behalf of their Child. JA
(have) (have not)
*(If "have", attach full explanation.)*

**TO THE APPLICANT.—Do not write between the double lines below. Continue on next page.**

| ARRIVAL RECORDS EXAMINED | ARRIVAL RECORD FOUND |
|---|---|
| Card index ............................. | Place ............ Date ............ |
| Index books ............................. | Name ............ |
| Manifests ............................. | |
| ............................. | Manner ............ |
| ............................. | Marital status ............ Age ............ |
| | 815 (Signature of person making search) |

Form N-600 (Rev. 04/11/91) Y

(CONTINUE HERE)

(7) I claim United States citi:   ip through my (*check whichever applicab.*)  □ father;  ☒ mother;  □ both parents;

□ adoptive parent(s)      □ husband

(8) My father's name is   MARCELINO DOMINGUEZ   ; he was born on  ██████  1938
                                                                  (Month) (Day) (Year)
at  Cuernavaca   Morelos   Mexico   ; and resides at  ███████████████ Morelo.
      (City)        (State or country)            (Street address, city, and State or country. If dead, write
"dead" and date of death.)   He became a citizen of the United States by □ birth; □ naturalization on  N/A  NONE 3
                                                                                                    (Month) (Day) (Year)
in the  N/A   Certificate of Naturalization No.  N/A  Mot 4
        (Name of court, city, and State)

□ through his parent(s), and  N/A   issued Certificate of Citizenship No. A or AA  N/A  None 5
                              (was) (was not)

(If known) His former Alien Registration No. was  N/A   NONE 6

He  N/A   lost United States citizenship. (*If citizenship lost, attach full explanation.*)
    (has) (has not)

He resided in the United States from  N/A  N/A  UNKN 7 from  N/A  to  N/A  from  N/A  to
                                       (Year) (Year)              (Year)   (Year)      (Year)
from  N/A  to  N/A  ; from  N/A  to  N/A  ; I am the child of his  N/A  COMMON-LAW MARRIAGE
      (Year)   (Year)        (Year)   (Year)                       (1st, 2d, 3d, etc.) marriage  CLAIMED

(9) My mother's present name is  Josefina ALCARAZ   ; her maiden name was

she was born on  ██████ 1942   ; at  GALVESTAN RANCH   TEXAS   USA   ; she resides
                 (Month) (Day) (Year)    (City)         (State or country)
at  ████████ ████████ Texas  ██████   She became a citizen of the United States
    (Street address, city, and State or country. If dead, write "dead" and date of death.)
by ☒ birth; □ naturalization under the name of  N/A

on  N/A   in the  N/A   None 5
    (Month) (Day) (Year)         (Name of court, city, and State)
Certificate of Naturalization No.  N/A  ; □ through her parent(s), and  N/A None  issued Certificate
                                                                        (was) (was not)
of Citizenship No. A or AA  N/A   (If known) Her former Alien Registration No. was  N/A

She  Has Not  lost United States citizenship. (*If citizenship lost, attach full explanation.*)
     (has) (has not)

✓ She resided in the United States from  1942  to  1960 from  1965  1994 from _____ to _____; from _____
                                         (Year)   (Year)      (Year)  (Year)     (Year)   (Year)      (Year)
to _____; from _____ to _____; I am the child of her  1st  COMMON-LAW MARRIAGE
   (Year)       (Year)   (Year)                           (1st, 2d, 3d, etc.) marriage

(10) My mother and my father were married to each other on  9/15/1960  at  Cuernavaca Morelos Mexico
                                          Common Law           (Month) (Day) (Year)   (City)    (State or country)

(11) If claim is through adoptive parent(s):
     I was adopted on  N/A   in the  N/A
                        (Month) (Day) (Year)           (Name of Court)
at  N/A   by my  N/A
    (City or town) (State) (Country)          (mother, father, parents)
who were not United States citizens at that time.

(12) My  N/A   served in the Armed Forces of the United States from  N/A None 7
         (father) (mother)                                            (Date)
to  N/A   and  N/A   honorably discharged.
    (Date)          (was) (was not)

(13) I  N/A  lost my United States citizenship. (*If citizenship lost, attach full explanation.*)
        (have) (have not)

(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| Birth Certificate | Josefina ALCARAZ |
| Birth Certificate | Antelma DOMINGUEZ-Alcaraz |
|  |  |
|  |  |
|  |  |

(2)  856

**(15)** Fill in this block if your brother, sister, mother or father ever applied to the Immigration Service for a certificate of citizenship.

| Name of Relative | Relationship | Date of Birth | When Application Submitted | Certificate No. and File No., if Known, and Location of Office |
|---|---|---|---|---|
| N/A | | | | |
| N/A | | | | |
| N/A | | | | |
| N/A | | | | |

**(16)** Fill in this block only if you are now or ever have been a married woman. I have been married _____ time(s), as follows: (1, 2, 3, etc.)

| Date Married | Name of Husband | Citizenship of Husband | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|---|
| 07-20-82 | Jose Luis PEREZ-Sosa | Mexican | N/A | N/A |

**(17)** Fill in this block only if you claim citizenship through a husband. *(Marriage must have occurred prior to September 22, 1922.)*
Name of citizen husband ............ N/A ............; he was born on ......... N/A ...... (Month) (Day) (Year)
at ......... N/A ......... (City) (State or country); and resides at ......... N/A ......... (Street address, city, and State or country. If dead, write "dead" and date of death.)
......... N/A ......... He became a citizen of the United States by ☐ birth; ☐ naturalization on ... N/A ... (Month) (Day) (Year)
in the ......... N/A ......... (Name of court, city, and State) Certificate of Naturalization No. ... N/A ...;
☐ through his parent(s), and ... N/A ... (was) (was not) issued Certificate of Citizenship No. A or AA ... N/A ...
He ... N/A ... (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
I am of the ... N/A ... race. Before my marriage to him, he was married ... N/A ... time(s), as follows: (1, 2, 3, etc.)

| Date Married | Name of Wife | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

**(18)** Fill in this block only if you claim citizenship through your stepfather. *(Applicable only if mother married U.S. Citizen prior to September 22, 1922.)*
The full name of my stepfather is ......... N/A .........; he was born on ... N/A ... (Month) (Day) (Year)
at ......... N/A ......... (City) (State or country); and resides at ......... N/A ......... (Street address, city, and State or country. If dead, write "dead" and date of death.)
......... N/A ......... He became a citizen of the United States by ☐ birth; ☐ naturalization on ... N/A ... (Month) (Day) (Year)
in the ......... N/A ......... (Name of court, city, and State) Certificate of Naturalization No. ... N/A ...;
☐ through his parent(s), and ... N/A ... (was) (was not) issued Certificate of Citizenship No. A or AA ... N/A ...
He ... N/A ... (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
He and my mother were married to each other on ... N/A ... (Month) (Day) (Year) at ... N/A ... (City and State or country)
My mother is of the ......... N/A ......... race. She ... (was) (was not) issued Certificate of Citizenship No. A .........
Before marrying my mother, my stepfather was married ......... N/A ......... time(s), as follows: N/A (1, 2, 3, etc.)

| Date Married | Name of Wife | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

**(19)** I _have not_ (have) (have not) previously applied for a certificate of citizenship on ... N/A ... (Date), at ... N/A ... (Office)

**(20)** Signature of person preparing form, if other than applicant. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

SIGNATURE: *E M Coll...*

ADDRESS: 101 West Jackson
Harlingen Texas

DATE: 07/12/94

807

(SIGN HERE) *[signature]* (Signature of applicant or parent or guardian)

**APPLICANT.—Do not fill in or sign anything on this page**

## AFFIDAVIT

I, the ........................................................, do swear
that I know and understand the contents of this application,
signed by me, and of attached supplementary pages num-
bered (——)to (——), inclusive; that the same are true to the
best of my knowledge and belief; and that corrections num-
bered ( / ) to ( /3 ) were made by me or at my request.

(Applicant, parent, guardian)

*Antelma Perez*

(Signature of applicant, parent, guardian)

Subscribed and sworn to before me upon examination of the
applicant (parent, guardian) at ......................................
........................., this ...28... day of ...November..., 19.94...
and continued solely for: 1). additional evidence
of M's U.S. citizenship (2) applicant to
appear for interview (3) additional
evidence of M's one year continuous
phy. presence.

*Irene Morris*

(Officer's Signature and Title)

## REPORT AND RECOMMENDATION ON APPLICATION

On the basis of the documents, records, and persons examined, and the identification upon personal appearance of the underage
beneficiary, I find that all the facts and conclusions set forth under oath in this application are ........ ... true and correct; that the
applicant did ........... derive or acquire United States citizenship on ................................................, through

(Month)      (Day)      (Year)

and that (s)he _____ been expatriated since that time. I recommend that this application be _____ and that
_____ Certificate of citizenship be _____ issued in the name of _____
(has) (has not)                                                                                                      (granted) (denied)
(A)    (AA)
In addition to the documents listed in Item 14, the following documents and records have been examined:

R/W A73 221 303

| Person Examined | Address | Relationship to Applicant | Date Testimony Heard |
|---|---|---|---|
| ....................... | ....................... | ....................... | ....................... |
|  | ....................... |  |  |
| ....................... | ....................... | ....................... | ....................... |
|  | ....................... |  |  |

Supplementary Report(s) No.(s) ........... ......................... Attached.
Date _____, 19_____.

_____
(Officer's Signature and Title)

I do ............ concur in the recommendation.

Date ........................................, 19......

....................................................
(Signature of District Director or Officer in Charge)

(4)

858



*En nombre de la República de México y como Oficial del Estado Civil de este lugar, hago saber a los que la presente vieren, y Certifico que en el Libro Núm ___07___ del Registro Civil que es a mi cargo, a la foja ___32___ se encuentran asentados los datos siguientes, lo que*

**PODER EJECUTIVO**

**SECRETARIA DE PROGRAMACION Y FINANZAS**

*Certifico :*                                              17007

ESTADO LIBRE Y SOBERANO DE MORELOS
CERTIFICADO DE DATOS DE NACIMIENTO

CURP

| OFICIALIA | LIBRO No | ACTA No | LOCALIDAD | | FECHA DE REGISTRO | | |
|---|---|---|---|---|---|---|---|
| | | | | | DIA | MES | AÑO |
| 01 | 07 | 2829 | CENTRO | | 25 | 09 | 61 |

| MUNICIPIO | ENTIDAD FEDERATIVA |
|---|---|
| CUERNAVACA | MORELOS |

**DATOS DEL REGISTRADO**

| ANTELMA | DOMINGUEZ | ALCARAZ |
|---|---|---|
| NOMBRE (S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

| MEXICANA | FEMENINO |
|---|---|
| NACIONALIDAD | SEXO |

**LUGAR Y FECHA DE NACIMIENTO**

| LOCALIDAD | MUNICIPIO | ENTIDAD | PAIS | FECHA |
|---|---|---|---|---|
| CUERNAVACA | CUERNAVACA | MORELOS | MEXICO | 26-06-61 |

**DATOS DE LOS PADRES**

| MARCELINO | DOMINGUEZ | |
|---|---|---|
| NOMBRE (S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

| MEXICANA |
|---|
| NACIONALIDAD |

| JOSEFINA | ALCARAZ | |
|---|---|---|
| NOMBRE (S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

| MEXICANA |
|---|
| NACIONALIDAD |

LANC.

El suscrito Oficial del Registro Civil Num. ___01___ de éste Municipio Certifica que los datos de la presente corresponden en todas sus letras, números y signos con su original que tuve a la vista. Certificación que se expide en: ___CUERNAVACA    MORELOS___
El C. Oficial No. ___01___ del Registro Civil.

SELLO DEL REGISTRO CIVIL

Oficialía del Registro Civil Cuernavaca, Mor.

LIC. WIENFER ... NUEVA BERNAL    21-06-94
FIRMA DEL OFICIAL DEL REGISTRO CIVIL          FECHA DE EXPEDICION

859

Case 1:22-cv-00116    Document 2-4    Filed in TXSD on 09/08/2022    Page 17 of 33

## FAMILY CENSUS BLANK

FOR WHITE SCHOLASTICS ONLY

Independent | School District: _Goliad_ | _Converse_ County

| LAST NAME | FIRST NAME | BIRTHDAY | | | | | |
|---|---|---|---|---|---|---|---|
| | | Mo. | Day | Yr. | | | |
| Murray | Josephine | 11 | 5 | 6? | 2? | | |

## FAMILY CENSUS BLANK

Independent | School District: _____ | _____ County

| LAST NAME | FIRST NAME | BIRTHDAY | | | | | |
|---|---|---|---|---|---|---|---|
| | | Mo. | Day | Yr. | | | |
| Aldape | Roberto | 6 | 4 | 35 | | | |
| | Agustin | 7 | 3 | 38 | | | |
| | Arturo | 7 | 24 | 40 | | | |

## FAMILY CENSUS BLANK

FOR WHITE SCHOLASTICS ONLY

Independent | School District: _Goliad_ | _Converse_ County

| LAST NAME | FIRST NAME | BIRTHDAY | | | | | |
|---|---|---|---|---|---|---|---|
| | | Mo. | Day | Yr. | | | |
| Albee | David | 7 | 11 | 33 | | | |
| | Louis | 5 | 2 | 35 | | | |
| | Fred | 3 | 29 | 39 | | | |

860



CERTIFICATION OF VITAL RECORD

# TEXAS DEPARTMENT OF HEALTH
## BUREAU OF VITAL STATISTICS

STATE OF TEXAS

COURT ORDER DELAYED CERTIFICATE OF BIRTH

FILE NO. **406205**

| | | | | | |
|---|---|---|---|---|---|
| **REGISTRANT** [Person whose birth is being registered] | 1. NAME (a) First — Josephine | (b) Middle | (c) Last — Alcaraz | 2. DATE OF BIRTH — 1942 | |
| | 3. COLOR OR RACE — White | 4. SEX — Female | 5a. CITY OR TOWN OF BIRTH — Galveston Ranch | 5b. COUNTY OF BIRTH — Cameron | COUNTY, TEXAS |
| **FATHER** | 6. FULL NAME (a) First — Encarnacion | (b) Middle | (c) Last — Alcaraz | 7. STATE OR COUNTRY OF FATHER'S BIRTH — Mexico | |
| **MOTHER** | 8. MAIDEN NAME (a) First — Antonia | (b) Middle | (c) Last — Perez | 9. STATE OR COUNTRY OF MOTHER'S BIRTH — Mexico | |

| | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
|---|---|---|---|---|
| **SUPPORTING DOCUMENT 1.** | Affidavit to Birth Facts | Encarnacion Alcaraz | 7/15/82 | 7/15/82 |
| | DATE OF BIRTH — 11/5/42 | PLACE OF BIRTH — Galveston Ranch | FULL NAME OF MOTHER — Antonia Perez | NAME OF FATHER — Encarnacion Alcaraz |
| **SUPPORTING DOCUMENT 2.** | TYPE OF DOCUMENT — Family Census Blank | BY WHOM ISSUED AND SIGNED — Cameron County Independent School District | DATE ISSUED — 7/15/82 | DATE ORIGINAL ENTRY — 9/1/50 |
| | DATE OF BIRTH — 11/5/42 | PLACE OF BIRTH — Galveston Ranch | FULL NAME OF MOTHER — Antonia Perez | NAME OF FATHER — Encarnacio Alcaraz |
| **SUPPORTING DOCUMENT 3.** | TYPE OF DOCUMENT | | DATE ISSUED | DATE ORIGINAL ENTRY |
| | DATE OF BIRTH | PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER |
| **SUPPORTING DOCUMENT 4.** | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
| | DATE OF BIRTH | PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER |
| **QUALIFYING INFORMATION** | Approved by Border Patrol | | | |

TEXAS DEPARTMENT OF HEALTH
FILED AUG 4 1982
BU.... OF VITAL STATISTICS

**COURT ORDER**

No. ___ In the County Court of ___ Cameron ___ County, Texas

On this day came on to be heard the petition for a delayed certificate of birth for the above-named registrant and after considering the evidence submitted in support of such registration and finding that Rule 51a, Article 4477, R. C. S., as amended, has in all things been complied with, and that therefore such petition should be granted, it is the order of this Court that this delayed certificate of birth be and the same is hereby established for said registrant.

Date July 16, 1982

_Ray Ramón_ County Judge

Cameron County, Texas

VS-173, REV. 1/60

E245201

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Chapter 678, Health & Safety Code, 1989.

ISSUED JUL 0 8 1992

_Richard B Bays_
RICHARD B BAYS
STATE REGISTRAR

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.



# AFFIDAVIT TO BIRTH FACTS

**INSTRUCTIONS.** THIS AFFIDAVIT MUST BE MADE BY A PERSON WHO HAS KNOWLEDGE OF THE DATE OF BIRTH, PLACE OF BIRTH, AND PARENTAGE OF THE REGISTRANT (PERSON WHOSE BIRTH CERTIFICATE IS TO BE FILED OR AMENDED.) THE AFFIDAVIT MUST BE MADE BY AN OLDER BLOOD RELATIVE OR OTHER PERSON WHO KNEW ABOUT THE BIRTH AT THE TIME THE BIRTH OCCURRED.

| 1. FULL NAME OF REGISTRANT | | 2. DATE OF BIRTH |
|---|---|---|
| Josefina Alcaraz | | ▀▀▀▀▀▀ ⬛, 1942 |

| 3. PLACE OF BIRTH |
|---|
| Galveston Ranch, Cameron County, Texas |

| 4. NAME OF FATHER | 5. MAIDEN NAME OF MOTHER |
|---|---|
| Encarnacion Alcaraz | Antonia Perez |

| 6. NUMBER OF YEARS YOU HAVE KNOWN REGISTRANT | 7. YOUR RELATIONSHIP TO REGISTRANT (IF NOT RELATED, SO STATE) |
|---|---|
| since birth | I am her father |

IF YOU ARE NOT CLOSELY RELATED TO THE REGISTRANT, STATE REASON WHY YOU HAVE KNOWLEDGE OF INFORMATION SHOWN ABOVE.

I, THE UNDERSIGNED, DO SOLEMNLY SWEAR THAT THE ABOVE INFORMATION GIVEN BY ME IS TRUE AND CORRECT TO THE BEST OF MY KNOW-LEDGE AND BELIEF.

_(signature)_
SIGNATURE OF AFFIANT

Nueva Italia, Michoacan Mexico
(STREET ADDRESS, CITY, AND STATE)

SUBSCRIBED AND SWORN TO BEFORE ME THIS  15th  DAY OF  July  19 82

_(signature)_
SIGNATURE

NOTARY PUBLIC IN AND FOR  Cameron  COUNTY,  Texas

Texas Department of Health
BUREAU of VITAL STATISTICS
VS-125/175.1, REV.1/60

862

Dear Sir:

I, Mr. Jorge A. Montenegro, declare I have known Mrs. Josephine Alcaraz through her friendship with my wife since the 1950s. She as far as I know been in the U.S. since at least then.

I live in Los Indios since before 1952 and still do.

Thank You,

*Mr. Jorge A. Montenegro*

Mr. Jorge A. Montenegro

Notary for the State of Texas, came before me Mr. Jorge A. Montenegro.

License Expires: 06-15-95

Date: 7/19/94

*Diana G. Munoz*

Diana G. Munoz
P.O. Box 4743
Brownsville, Texas   78521

863

Dear Sir:

I, Mrs. Josephina Martinez, declare Mrs. Josephine Alcaraz was my classmate at the Los Indios School in 1946 and thereafter for a few years.

Thank you,

*Mrs Josephine Martinez*

Mrs. Josephine Martinez

Notary for the State of Texas, Came before me Mrs. Josephina Martinez. License Expires: 06-15-95

Date: 1,19,94

*Diana G. Munoz*

Diana G. Munoz
P.O. Box 4743
Brownsville, Texas 78521

864

To Whom It May Concern:

I, Mrs. Hilda G. Montenegro, lifetime resident of Los Indios, Tx declare I have known Mrs. Josephine Alcaraz since childhood. She lived in the Los Indios area and attended Los Indios School District. I have known her since around 1950. She has been in the U.S. since before then and in recent years in Milwaukee and Harlingen. She is an old friend.

Thank You,

*Hilda G. Montenegro*

Mrs. Hilda G. Montenegro

Notary for the State of Texas. Came before me Mrs. Hilda G. Montenegr

License Expires: 06-15-95

Date: 7/19/94

*Diana G. Muñoz*

Diana G. Munoz
P.O. Box 4743
Brownsville, Texas  78521

865

July  1994

To Whom It May Concern:

    I, Mr. Jesus Cavazos, declare Mrs. Josephina  Alcaraz
attended Los Indios Elementary School with me as a classmate
during the 1946-48 years or longer.


Thank you,

*Jesus W. Cavazos*

Mr. JesusW. Cavazos


Notary for the State of Texas, Before came Mr. Jesus W. Cavazos.
License Expires: 06-15-95

Date: 7/19/94

*Diana G. Munoz*

Diana G. Munoz
P.O. Box 4743
Brownsville, Texas  78521

866

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**


ANTELMA DOMINGUEZ-PEREZ, et. al.   )
                             )
      Plaintiffs,           )
                             )      CIVIL ACTION NO. B-96-116
JANET RENO, et. al.            )
                             )
      Defendants,           )


**PLAINTIFFS' EXHIBIT "H"**

867

**Social Security Administration**

----------------------------------------------------------------
**Important Information**

320 E. Jackson Street
Harlingen, TX  78550
Phone: 423-5227
FAX: 412-8576
Office Hours: 9 AM to 4 PM

November 21, 1995

Mrs. Anthelma Perez-Alcaraz
1180 Hull no 3
San Benito,TX  78586

Dear Mrs. Perez-Alcaraz:

We cannot give you a Social Security card because:

You have not given us the document(s) we need to show U.S.
citizenship or lawful alien status.

You have asked for a Social Security card that you can use for
work.  However, your records show that you are an alien not
allowed to work in the U.S.

Please contact us when you can give us the documents we need.

Please contact us when your alien status changes so you can work
in the U.S.

**If You Disagree**

If you think you should get a Social Security number or card based
on what you have given us, you can ask us to review your case.
Someone who did not look at your first application will review it.

Please call, write or visit any Social Security office to ask for
a review.

**If You Have Any Questions**

If you have any questions, please call us at the number shown at
the top of this letter.  We can answer most questions over the
phone.  You also can write or visit any Social Security office.

If you do call or visit us, please have this letter with you.  It
will help us answer your questions.

Mario Gonzales
Branch Manager

868

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


ANTELMA DOMINGUEZ-PEREZ, et. al.     )
                                     )
        Plaintiffs,                  )
                                     )     CIVIL ACTION NO. B-96-116
JANET RENO, et. al.                  )
                                     )
        Defendants,                  )


PLAINTIFFS' EXHIBIT "I"


869

## LAW OFFICES OF LISA S. BRODYAGA
### 402 E. Harrison, 2nd Floor
### Harlingen, Texas 78550
### (210) 421-3226

June 12, 1996

E.M. Trominski, District Director
Immigration and Naturalization Service
2102 Teege
Harlingen, Texas 78550

Re:  Inability of N-600 applicants
     to obtain employment authorization
     and Social Security Numbers

Dear Mr. Trominski:

Although we have spoken about the problems experienced by persons
who claim acquired United States citizenship in obtaining Social
Security Numbers, and employment authorization, and although I have
been informed by the office of your District Counsel that a
solution is under consideration, there seems to be little, if any,
movement on this vital issue.

I wrote about the problem to the Office of the General Counsel of
the Social Security Administration last July, and to the Hon. Janet
Reno last November, (copies of these letters are attached, for your
consideration), but never received from either agency any
acknowledgement of my correspondence, much less, any reply,
indicating that the matter was being taken seriously.

When I was informed orally by the Office of the District Counsel a
few weeks ago that some type of resolution was being devised, I
agreed to withhold filing suit on the issue for a "reasonable"
period of time, to allow the bureaucratic processes time to reach
closure.  However, I also stated that I was unwilling to wait
indefinitely, as I have a number of clients who are being gravely
injured by their inability to obtain employment, as a direct result
of the lack of any immigration document which the Social Security
Office considers adequate to issue a Social Security Number.  It
would therefore seem appropriate to set some sort of deadline, if
only to light a fire under the various bureaucracies involved.

870

Please therefore be advised that if on or before July 15, 1996, there is no resolution to this problem, and if by that date, we are still unable to obtain documents from INS which will permit persons with properly filed N-600 applications to obtain Social Security Numbers, we will go forward with our anticipated class action lawsuit, in the Southern District of Texas.  It is our intention to sue both INS, and the Social Security Administration, as it is our opinion that both agencies are violating the law, and both could solve the problem, if the will to do so were present.  As I informed your counsel a few weeks ago, the pleadings have been drafted, subject to some minor final modifications, which we have deferred making, in light of the oral advisal from your counsel that a solution was imminent.

Your prompt attention to this matter would be greatly appreciated.

Sincerely,

Lisa S. Brodyaga

cc:  Hon. Janet Reno, U.S. Attorney General
     Nancy Masso, AUSA, Brownsville, Texas
     Office of the General counsel, Social Security Administration
     Mario Gonzalez, Branch Manager, SSA, Harlingen, Texas
     Lynn Coyle, Esq.

871

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
November 28, 1995

Honorable Janet Reno,
U.S. Attorney General
10th and Constitution Avenue
Washington, D.C.  20530

Re:  Employment Authorization for N-600 applicants
      and persons in deportation and exclusion proceedings
      who claim to be United States citizens

Dear Ms Reno:

As you are doubtless aware, persons who claim U.S. citizenship, and
have N-600 applications pending, or are under deportation or
exclusion proceedings, are not generally able to obtain Social
Security numbers.  Ironically, their alien spouses may do so, by
filing an application for adjustment of status, based on the claim
to citizenship of their spouse, and obtaining employment
authorization on that basis.  This would seem to be a violation of
Equal Protection of the Laws.

I recall being told once,. (in about 1978), that INS is "not in the
business of authorizing employment to U.S. citizens."  However, it
would seem to be time to reconsider this position, given that the
inability of such persons to obtain Social Security numbers makes
it all but impossible for them to obtain lawful employment, which
is often a practical, if not legal, prerequisite to their being
able to vigorously pursue their claims to U.S. citizenship.

It would appear that, under Section 274a(h)(3)(B) of the
Immigration and Nationality Act, you possess a reserve power to
grant employment authorization, independently of the categories of
persons to whom employment is authorized by the Act.

It would be greatly appreciated if you would utilize that power to
find a means of granting employment authorization to N-600
applicants, and others who have a claim to U.S. citizenship, until
such times as said claims have been fully and finally adjudicated,
resulting either in some document demonstrating their U.S.
citizenship, or in a final order of deportation.

This request is being made on behalf of a number of current clients

872

of this office, and all others similarly situated. We are contemplating a class action lawsuit here in the Brownsville District to resolve this issue. However, if there is any possibility that the request will be granted, without litigation, we will cooperate fully in identifying those affected.

Sincerely,


Lisa S. Brodyaga
Attorney at Law

2

873

**LAW OFFICES OF LISA BRODYAGA**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
July 14, 1995

Office of the General Counsel
Social Security Administration
6401 Security Blvd.
Baltimore, MD  21235

Re:  Possible litigation to establish procedure for obtaining
     Social Security numbers, or replacement S.S. cards, for
     U.S. citizens who are in the process of obtaining
     documentation of their citizenship from INS, etc.

Gentlepersons:

We represent a number of U.S. citizens, (specifically, persons born
abroad, who derived U.S. citizenship from their U.S. citizen
parent(s)), who have applications pending with the Immigration and
Naturalization Service for Certificates of Citizenship, (form N-
600), or for U.S. Passports with the State Department.  These
clients need Social Security numbers, or in some cases, replacement
Social Security cards, while their applications are pending.  To
date, the local Social Security Office has refused to issue new
numbers, or even replacement cards, to such clients, on the grounds
that they are not permitted to make an independent evaluation of
whether the person is a U.S. citizen, but must wait until INS, or
the State Department, issues a document to that effect.  As you
must realize, this often takes many months, if not years.

As you also must know, aliens who apply for lawful permanent
residence, or many other forms of immigration status, can obtain
employment authorization from INS, and be issued Social Security
numbers, even while their applications are pending.  There is no
equivalent procedure for persons claiming U.S. citizenship.

With the advent in 1986 of employer sanctions, the absence of any
such procedure has caused ever increasing hardships for people in
this category.  It seems highly unfair that aliens seeking benefits
from the U.S. government are given more favorable treatment than
persons who are U.S. citizens by birth.

We are contemplating class action litigation, to force the
establishment of procedures by which such persons can obtain some
form of social security card, if only an annotated one, similar to

874

those given to aliens who have obtained employment authorization, but not permanent residence, from INS.

Obviously, we would much prefer that your office voluntarily establish such a procedure. We are confident that it is simply a matter of this group having fallen through the cracks, as it were. Since the problem is eventually resolved in each individual case by the issuance of the necessary certificate, it is not surprising that no-one has pressed the matter previously. However, given the current political and legal climate, the hardships experienced by such persons will only continue to escalate, so we consider that it is time to bring the matter to a head.

Your prompt attention would be greatly appreciated.

Sincerely,


Lisa S. Brodyaga
Attorney at Law

cc:  Nancy Masso, AUSA
     Office of the U.S. Attorney
     1036 E. Levee
     Brownsville, Texas 78520

2

875

P ■72 2Ь4 987

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to E. M. Trominski | |
| Street & Number 2102 Teege | |
| Post Office, State, & ZIP Code Harlingen TX 78550 | |
| Postage | $ 55 |
| Certified Fee | 110 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 110 |
| Return Receipt Showing to Whom, Date & Addressee's Address | |
| TOTAL Postage & Fees | $ 2.75 |
| Postmark or Date | |

PS Form 3800, April 1995