IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
et al., )
)
        Plaintiffs, )
) No. B-96-116
    v. )
)
JANET RENO, et al., )
)
        Defendants. )
_____)

United States District Court
Southern District of Texas
FILED

DEC 23 1996

Michael N. Milby, Clerk

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSIVE PLEADING OR MOTION**

1.    Defendants Janet Reno, Doris Meissner, E.M. Trominski, and Shirley Chater ("Defendants") respectfully request an enlargement of time to file a responsive pleading or motion for two weeks.

2.    Presently, a response to the Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief was due on December 23, 1996. Originally, the response was due on December 2, 1996, but an enlargement of time was requested, making the due date December 23, 1996.

3.    The instant enlargement is not sought for the purposes of delay. Rather, it is sought in order to address the concerns of the court and respond to the amended pleading filed by plaintiffs and adequately address the claims of all ten plaintiffs.

797

2

4.   On December 23, 1996, Lisa Brodyaga, attorney for the plaintiffs, was called to discuss this motion, but she could not be reached.

Respectfully submitted,

FRANK HUNGER
Assistant Attorney General
Civil Division

PHILEMINA MCNEILL JONES
Assistant Director

_Ernesto H. Molina, Jr. By Kenhmin (SAUSA)_
_(with Permission)_
ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344

Dated:  December 23, 1996     ATTORNEYS FOR RESPONDENT

798

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 1996, one copy of Defendants' Motion for Enlargement of Time to File a Responsive Pleading  was served on plaintiffs by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

    Lisa S. Brodyaga, Esquire
    402 E. Harrison, 2nd Floor
    Harlingen, TX  78550


    ERNESTO H. MOLINA, JR.
    Attorney
    Civil Division
    Office of Immigration Litigation
    United States Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, D.C.   20044
    (202) 616-9344

799