JAN 7 1997

United States District Court
Southern District of Texas
FILED

JAN 0 2 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
et al., )
 )
       Petitioners, )
 )   No. B-96-116
    v. )
 )
JANET RENO, et al., )
 )
       Defendants. )
_____)

## ORDER

Upon consideration of the Defendants' Motion for Enlargement of Time to File a Responsive Pleading or Motion, and the response filed by defendants, it is:

ORDERED, that Defendants' Motion for Enlargement of Time to File a Responsive Pleading or Motion be, and the same hereby is GRANTED; and it is further ORDERED that the Defendants be granted an additional two weeks to file its response to Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief, thereby making such response due on January 6, 1997.

Done at Brownsville, Texas,
this 2nd day of JAN, 1997.

_____
JUDGE PRESIDING

793