IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 7 1997

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| JANET RENO, et al. | ) ) ) |
| Defendants. | ) ) ) ) |

No. B-96-116

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FOR FAILURE TO STATE A CLAIM

1.   Defendants Janet Reno, Doris Meissner, E. M. Trominski, and Shirley Chater ("Defendants") respectfully request the Court to dismiss the above entitled action as raised by Plaintiffs Antelma Dominguez-Perez, Cecilia de la Cruz, Juan Guadalupe de la Cruz, Abel de la Cruz, Francisca de la Cruz, and Luis Alberto de la Cruz pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction because their claims have become moot as is discussed in the accompanying Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim.

2.   Defendants respectfully request the Court to dismiss the above entitled action as raised by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction because plaintiffs, as individuals and as a purported class, lack standing to bring the instant action as is discussed in the accompanying Points and Authorities in Support

788

2

of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim.

3.    Defendants respectfully request the Court to dismiss the above entitled action as raised by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction because plaintiffs, as individuals and as a purported class,  have claims which are not ripe for adjudication as is discussed in the accompanying Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim.

4.    Defendants respectfully request the Court to dismiss the above entitled action as raised by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction because plaintiffs, as individuals and as a purported class, have failed to exhaust their remedies as is discussed in the accompanying Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim.

5.    Defendants respectfully request the Court to dismiss the above entitled action as raised by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction because plaintiffs, as individuals and as a purported class, have brought suit under the Administrative Procedures Act in the absence of a final administrative order as is discussed in the accompanying Points and Authorities in

3

Support of Defendants' Motion to Dismiss for Lack of Jurisdiction
and for Failure to State a Claim.

6.   Defendants respectfully request the Court to dismiss the
above entitled action as raised by plaintiffs pursuant to Federal
Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter
jurisdiction because plaintiffs, as individuals and as a
purported class, have failed to establish the Court's
jurisdiction under the Administrative Procedures Act or the
Social Security Act, as is discussed in the accompanying Points
and Authorities in Support of Defendants' Motion to Dismiss for
Lack of Jurisdiction and for Failure to State a Claim.

7.   Defendants respectfully request the Court to dismiss the
above entitled action as raised by Plaintiffs pursuant to Federal
Rule of Civil Procedure Rule 12(b)(6) for failure to state a
claim because Plaintiffs, as individuals and as a purported
class, have failed to state claims on which relief can be granted

///
///
///
///
///
///
///
///
///
///

4

as is discussed in the accompanying Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim as is discussed in the accompanying Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim.

Respectfully submitted,

FRANK HUNGER
Assistant Attorney General
Civil Division

BRENDA E. ELLISON
Senior Litigation Counsel

KEN MUIR
Special Assistant U.S. Attorney

ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344
Dated:   January 6, 1997        ATTORNEYS FOR RESPONDENT

791

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 1997, one copy of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim and Points and Authorities in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim was served on plaintiffs by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

        Lisa S. Brodyaga, Esquire
        402 E. Harrison, 2nd Floor
        Harlingen, TX  78550

        ERNESTO H. MOLINA, JR.
        Attorney
        Civil Division
        Office of Immigration Litigation
        United States Department of Justice
        P.O. Box 878
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 616-9344

792