41

and where the applicant is informed as to how a defective application might be cured is far more effective. Moreover, the individualized attention given to applicants assures improved customer service, providing a greater benefit to society-at-large.

On the whole, the considerations favor the side of the Defendants. Due Process does not require multiple layers of review. 8 C.F.R. § 274a.2(b)(1)(v). It may require only informal procedures with no interceding layers of administrative review. See, e.g., Smith v. Organization of Foster Families, 431 U.S. 81 (1977).

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

786

**42**

**CONCLUSION**

For the foregoing reasons, the complaint should be dismissed for lack of subject matter jurisdiction and for failure to state a claim.

Respectfully submitted,

FRANK HUNGER
Assistant Attorney General
Civil Division

BRENDA E. ELLISON
Senior Litigation Counsel
Office of Immigration Litigation

KEN MUIR
Special Assistant U.S. Attorney

ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344
ATTORNEYS FOR DEFENDANTS

DATED: January 6, 1997

787