IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
et al., )
 )
      Plaintiffs, )
 )     No. B-96-116
v. )
 )
JANET RENO, et al., )
 )
      Defendants. )
 )

United States District Court
Southern District of Texas
FILED

JAN 21 1997

Michael N. Milby
Clerk of Court

**DEFENDANTS' (OPPOSED) MOTION FOR LEAVE OF COURT
TO FILE DEFENDANTS' MOTION TO DISMISS FOR LACK
OF JURISDICTION AND FOR FAILURE TO STATE A
CLAIM OUT OF TIME**

1.  Defendants Janet Reno, Doris Meissner, E.M. Trominski, and Shirley Chater ("Defendants") respectfully request leave of Court to file Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim out of time.

2.  The original due date for the motion to dismiss was December 23, 1996.

3.  On December 23, 1996, Defendants requested an enlargement of time to file its responsive pleading or motion to dismiss of two weeks.

4.  The Court granted the enlargement of time on January 2, 1997, giving the Defendants until January 6, 1997 to file thier responsive pleading or motion.  That order, however, was not received by Defendants until January 10, 1997.  Attachment A.

5.  The Defendants believed that the Court's decision on the motion for enlargement of time was still pending, but proceeded to file their Motion to Dismiss on January 7, 1997.

733

2

6. The late filing was inadvertent and was not intended for the purposes of delay.

7. Attorney for Plaintiffs Lisa Brodyaga was called to discuss this motion, but an agreement could not be reached.

### CONCLUSION

Therefore, Defendants request that the Court grant its motion to file Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim one day out of time.

        Respectfully submitted,

        FRANK HUNGER
        Assistant Attorney General
        Civil Division

        PHILEMINA MCNEILL JONES
        Assistant Director

        _____
        ERNESTO H. MOLINA, JR.
        Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        Post Office Box 878
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 616-9344

Dated: January 17, 1997        ATTORNEYS FOR RESPONDENT

Attachment A

735

United States District Court
Southern District of Texas
FILED

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 0 2 1997

Michael N. Milby, Clerk

ANTELMA DOMINGUEZ-PEREZ, )
et al., )
 )
　　　Petitioners, )
 )  No. B-96-116
v. )
 )
JANET RENO, et al., )
 )
　　　Defendants. )

## ORDER

Upon consideration of the Defendants' Motion for Enlargement of Time to File a Responsive Pleading or Motion, and the response filed by defendants, it is:

ORDERED, that Defendants' Motion for Enlargement of Time to File a Responsive Pleading or Motion be, and the same hereby is GRANTED; and it is further ORDERED that the Defendants be granted an additional two weeks to file its response to Plaintiffs' First Amended Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief, thereby making such response due on January 6, 1997.

Done at Brownsville, Texas, this 2nd day of JAN , 1997.

_____
JUDGE PRESIDING

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
　　Deputy Clerk

736  39-74-1305

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | ) ) ) |
| Petitioners, | ) ) No. B-96-116 |
| v. | ) ) |
| JANET RENO, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of the Defendants' Motion for Leave of Court to File Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim Out of Time, and the response filed by defendants, it is:

ORDERED, that Defendants' Motion for Leave of Court to File Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim Out of Time be, and the same hereby is GRANTED; and it is further ORDERED that the Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim is accepted as filed.

Done at Brownsville, Texas,

this _____ day of _____, 1997.

_____
JUDGE PRESIDING

737

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 1997, one copy of Defendants' Motion for Leave of Court to File Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim was served on plaintiffs by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

>Lisa S. Brodyaga, Esquire
>402 E. Harrison, 2nd Floor
>Harlingen, TX  78550

>ERNESTO H. MOLINA, JR.
>Attorney
>Civil Division
>Office of Immigration Litigation
>United States Department of Justice
>P.O. Box 878
>Ben Franklin Station
>Washington, D.C.   20044
>(202) 616-9344

738