IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
et al.,                  )
                         )
        Petitioners,     )
                         )    No. B-96-116
    v.                   )
                         )
JANET RENO, et al.,      )
                         )
        Defendants.      )
_____)

United States District Court
Southern District of Texas
FILED

FEB 24 1997

Michael N. Milby
Clerk of Court

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR HEARING**

Defendants hereby oppose Plaintiffs' Request for Hearing with Respect to Defendants' Motion to File Out of Time, Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, and Plaintiffs' Request for Default and Rule 11 Sanctions. Such request is unnecessary, as the issues were fully developed in the filings before the Court on the dates of their submissions. Moreover, Plaintiffs' request appears to be another opportunity for them to submit further argument to the Court on the above issue.

Plaintiffs' complaint that Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim was not a proper filing is meritless. While they may remind the Court that they requested the Defendants be granted an extension of time to file only a responsive pleading in the form of an answer, the Court's order of January 2, 1997, clearly indicated that the Defendants' were granted an extension to file a "response." Court's Order of January 2, 1997. The Court did not preclude the filing of a motion to dismiss in lieu of an answer, and the

Federal Rules of Civil Procedure permit such a response. Fed. R. Civ. P. 12(a)(4). Accordingly, the Defendants' motion to dismiss was an appropriate response.

Moreover, Plaintiffs' suggestion that a hearing regarding default and Rule 11 sanctions is necessary to get the case moving is unfounded. Despite the pending motions (class certification, motion to dismiss, extensions, sanctions, etc.) the litigation is progressing. The parties are currently conducting discovery. The litigation is moving forward without the need for a hearing.

Finally, Plaintiffs' suggest that they should be permitted the opportunity at a hearing to reply to Defendants' opposition to the motion for class certification. The need for a reply at a hearing is unfounded. The filings are before the Court, and the Court is presently considering them. For Plaintiffs' to ask that they now be permitted yet another opportunity to address the pending motion more than two months after its submission to the Court is unnecessary, especially where Plaintiffs elected not to reply to the Defendants' opposition to the motion for class certification.

## CONCLUSION

For the reasons stated above, the Court should deny Plaintiffs' (Opposed) Request for Hearing with Respect to Defendants' Motion to File Out of Time, Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, and Plaintiffs' Request for Default and Rule 11 Sanctions.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

PHILEMINA MCNEILL JONES
Assistant Director

_____
Ernesto H. Molina, Jr.
Attorney
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044
(202) 616-9344

Dated:  February 21, 1997         Attorneys for Defendants

613

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 1997, one copy of Defendants' Opposition to Plaintiffs' Request for Hearing was served on Plaintiffs by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

    Lisa S. Brodyaga, Esquire
    402 E. Harrison, 2nd Floor
    Harlingen, TX  78550

                                ERNESTO H. MOLINA, JR.
                                Attorney
                                Civil Division
                                Office of Immigration Litigation
                                United States Department of Justice
                                P.O. Box 878
                                Ben Franklin Station
                                Washington, D.C.  20044
                                (202) 616-4860

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., <br>     Petitioners, <br><br> v. <br><br> JANET RENO, et al., <br><br>     Defendants. | No. B-96-116 |

## ORDER

Upon consideration of the Plaintiffs' (Opposed) Request for Hearing with Respect to Defendants' Motion to File Out of Time, Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, and Plaintiffs' Request for Default and Rule 11 Sanctions, and the response filed by Defendants, it is:

ORDERED, that Plaintiffs' (Opposed) Request for Hearing with Respect to Defendants' Motion to File Out of Time, Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, and Plaintiffs' Request for Default and Rule 11 Sanctions be, and the same hereby is DENIED.

Done at Brownsville, Texas,

this _____ day of _____, 1997.

 

_____
JUDGE PRESIDING

615