**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 1 8 1997

Michael N. Milby
Clerk of Court

ANTELMA DOMINGUEZ-PEREZ, et. al.   )
                                        )
     Plaintiffs,                )
                                        )     CIVIL ACTION NO. B-96-116
JANET RENO, et. al.               )
                                        )
     Defendants,               )

## NOTICE OF FILING OF PLAINTIFFS' "M"

Come Plaintiffs, by and through the undersigned, and respectfully file their Exhibit "M" demonstrating that four of the De La Cruz siblings performed the futile act of requesting social security cards, and were denied, on the basis that they could not provide the requested form of proof of their United States citizenship.

Respectfully submitted,

LISA S. BRODYAGA
402 E. Harrison, 2nd floor
Harlingen, TX  78550
(210) 421-3226
MARY KENNEY
LYNN COYLE
THELMA GARCIA

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Ernesto Molina, Jr., Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on March 10, 1997.



589

**DEPARTMENT ⌐F HEALTH & HUMAN SERV.∪ES**

Social Security Administration

_Jose Guadalupe De La Cruz_

320 East Jackson St.
Harlingen, Texas 78550

## SOCIAL SECURITY DENIAL NOTICE

WE ARE UNABLE TO PROCESS YOUR APPLICATION FOR A SOCIAL
SECURITY NUMBER BECAUSE:

____ ✓    YOU HAVE NOT PROVIDED EVIDENCE OF YOUR AGE,
IDENTITY, AND/OR U.S. CITIZENSHIP OR LAWFUL ALIEN
STATUS, AS REQUESTED.

____    YOU HAVE NOT APPEARED FOR AN IN PERSON INTERVIEW,
AS REQUESTED.

____    YOUR RECORDS INDICATE THAT YOU ARE AN ALIEN WHO IS
NOT PERMITTED TO WORK IN THE UNITED STATES, AND
YOU HAVE REQUESTED A SOCIAL SECURITY CARD FOR
EMPLOYMENT.

____    THE DOCUMENT(S) YOU PRESENTED COULD NOT BE
VERIFIED BY THE AGENCY THAT ISSUED IT.  IF YOU
BELIEVE THIS IS NOT CORRECT, YOU SHOULD CONTACT
THE ISSUING AGENCY TO OBTAIN CERTIFIED PROOF.

____    YOU ARE NOT A U.S. CITIZEN OR PERMANENT RESIDENT
ALIEN AND DO NOT MEET IRS CRITERIA TO BE CLAIMED
AS A DEPENDENT.

____    YOU DO NOT HAVE A VALID NEED FOR A NON-WORK SOCIAL
SECURITY NUMBER. (A DOCUMENT FROM THE ENTITY
REQUIRING A SOCIAL SECURITY NUMBER MUST BE
PRESENTED.)

____    YOU DO NOT MEET THE IRS CRITERIA FOR A SOCIAL
SECURITY NUMBER AND YOU DO NOT HAVE RESIDENT ALIEN
STATUS FROM IN&S: REFER TO SECTION 205(C) OF THE
SOCIAL SECURITY ACTS.

____    YOU ARE A TAXPAYER'S NON-RESIDENT SPOUSE WITH NO
TAXABLE INCOME OF YOUR OWN.

____    A PARENT/GDN OF YOUR STUDENT HAS REQUESTED A
SOCIAL SECURITY CARD TO ATTEND SCHOOL. TEA HAS
ISSUED GUIDE-LINES FOR ALTERNATIVE ENUMERATION. WE
ARE UNABLE TO COMPLY WITH THE REQUEST.

IF YOU ARE ABLE TO PROVIDE THE NECESSARY EVIDENCE, NOW
OR AT ANY LATER TIME, OR IF YOUR STATUS IS CHANGED TO
PERMIT YOU TO WORK IN THE UNITED STATES, PLEASE CONTACT
ANY SOCIAL SECURITY OFFICE.  THE PEOPLE THERE WILL BE
GLAD TO ASSIST YOU WITH A NEW APPLICATION FOR A SOCIAL
SECURITY CARD.

## DEPARTMENT OF HEALTH & HUMAN SERVICES

Social Security Administration

Abel De La Cruz

320 East Jackson St.
Harlingen, Texas 78550

## SOCIAL SECURITY DENIAL NOTICE

WE ARE UNABLE TO PROCESS YOUR APPLICATION FOR A SOCIAL
SECURITY NUMBER BECAUSE:

✓_____   YOU HAVE NOT PROVIDED EVIDENCE OF YOUR AGE,
         IDENTITY, AND/OR U.S. CITIZENSHIP OR LAWFUL ALIEN
         STATUS, AS REQUESTED.

_____   YOU HAVE NOT APPEARED FOR AN IN PERSON INTERVIEW,
        AS REQUESTED.

_____   YOUR RECORDS INDICATE THAT YOU ARE AN ALIEN WHO IS
        NOT PERMITTED TO WORK IN THE UNITED STATES, AND
        YOU HAVE REQUESTED A SOCIAL SECURITY CARD FOR
        EMPLOYMENT.

_____   THE DOCUMENT(S) YOU PRESENTED COULD NOT BE
        VERIFIED BY THE AGENCY THAT ISSUED IT.  IF YOU
        BELIEVE THIS IS NOT CORRECT, YOU SHOULD CONTACT
        THE ISSUING AGENCY TO OBTAIN CERTIFIED PROOF.

_____   YOU ARE NOT A U.S. CITIZEN OR PERMANENT RESIDENT
        ALIEN AND DO NOT MEET IRS CRITERIA TO BE CLAIMED
        AS A DEPENDENT.

_____   YOU DO NOT HAVE A VALID NEED FOR A NON-WORK SOCIAL
        SECURITY NUMBER. (A DOCUMENT FROM THE ENTITY
        REQUIRING A SOCIAL SECURITY NUMBER MUST BE
        PRESENTED.)

_____   YOU DO NOT MEET THE IRS CRITERIA FOR A SOCIAL
        SECURITY NUMBER AND YOU DO NOT HAVE RESIDENT ALIEN
        STATUS FROM IN&S: REFER TO SECTION 205(C) OF THE
        SOCIAL SECURITY ACTS.

_____   YOU ARE A TAXPAYER'S NON-RESIDENT SPOUSE WITH NO
        TAXABLE INCOME OF YOUR OWN.

_____   A PARENT/GDN OF YOUR STUDENT HAS REQUESTED A
        SOCIAL SECURITY CARD TO ATTEND SCHOOL. TEA HAS
        ISSUED GUIDE-LINES FOR ALTERNATIVE ENUMERATION. WE
        ARE UNABLE TO COMPLY WITH THE REQUEST.

IF YOU ARE ABLE TO PROVIDE THE NECESSARY EVIDENCE, NOW
OR AT ANY LATER TIME, OR IF YOUR STATUS IS CHANGED TO
PERMIT YOU TO WORK IN THE UNITED STATES, PLEASE CONTACT
ANY SOCIAL SECURITY OFFICE.  THE PEOPLE THERE WILL BE
GLAD TO ASSIST YOU WITH A NEW APPLICATION FOR A SOCIAL
SECURITY CARD.


591

# DEPARTMENT OF HEALTH & HUMAN SERVICES

**Social Security Administration**

*Francisca De La Cruz*

320 East Jackson St.
Harlingen, Texas 78550

## SOCIAL SECURITY DENIAL NOTICE

WE ARE UNABLE TO PROCESS YOUR APPLICATION FOR A SOCIAL
SECURITY NUMBER BECAUSE:

✓＿＿＿＿   YOU HAVE NOT PROVIDED EVIDENCE OF YOUR AGE,
IDENTITY, AND/OR U.S. CITIZENSHIP OR LAWFUL ALIEN
STATUS, AS REQUESTED.

＿＿＿＿   YOU HAVE NOT APPEARED FOR AN IN PERSON INTERVIEW,
AS REQUESTED.

＿＿＿＿   YOUR RECORDS INDICATE THAT YOU ARE AN ALIEN WHO IS
NOT PERMITTED TO WORK IN THE UNITED STATES, AND
YOU HAVE REQUESTED A SOCIAL SECURITY CARD FOR
EMPLOYMENT.

＿＿＿＿   THE DOCUMENT(S) YOU PRESENTED COULD NOT BE
VERIFIED BY THE AGENCY THAT ISSUED IT.  IF YOU
BELIEVE THIS IS NOT CORRECT, YOU SHOULD CONTACT
THE ISSUING AGENCY TO OBTAIN CERTIFIED PROOF.

＿＿＿＿   YOU ARE NOT A U.S. CITIZEN OR PERMANENT RESIDENT
ALIEN AND DO NOT MEET IRS CRITERIA TO BE CLAIMED
AS A DEPENDENT.

＿＿＿＿   YOU DO NOT HAVE A VALID NEED FOR A NON-WORK SOCIAL
SECURITY NUMBER. (A DOCUMENT FROM THE ENTITY
REQUIRING A SOCIAL SECURITY NUMBER MUST BE
PRESENTED.)

＿＿＿＿   YOU DO NOT MEET THE IRS CRITERIA FOR A SOCIAL
SECURITY NUMBER AND YOU DO NOT HAVE RESIDENT ALIEN
STATUS FROM IN&S: REFER TO SECTION 205(C) OF THE
SOCIAL SECURITY ACTS.

＿＿＿＿   YOU ARE A TAXPAYER'S NON-RESIDENT SPOUSE WITH NO
TAXABLE INCOME OF YOUR OWN.

＿＿＿＿   A PARENT/GDN OF YOUR STUDENT HAS REQUESTED A
SOCIAL SECURITY CARD TO ATTEND SCHOOL. TEA HAS
ISSUED GUIDE-LINES FOR ALTERNATIVE ENUMERATION. WE
ARE UNABLE TO COMPLY WITH THE REQUEST.

IF YOU ARE ABLE TO PROVIDE THE NECESSARY EVIDENCE, NOW
OR AT ANY LATER TIME, OR IF YOUR STATUS IS CHANGED TO
PERMIT YOU TO WORK IN THE UNITED STATES, PLEASE CONTACT
ANY SOCIAL SECURITY OFFICE.  THE PEOPLE THERE WILL BE
GLAD TO ASSIST YOU WITH A NEW APPLICATION FOR A SOCIAL
SECURITY CARD.

592

# DEPARTMENT ⊙f HEALTH & HUMAN SERVICES

### Social Security Administration

Luis Alberto De La Cruz

320 East Jackson St.
Harlingen, Texas 78550

## SOCIAL SECURITY DENIAL NOTICE

WE ARE UNABLE TO PROCESS YOUR APPLICATION FOR A SOCIAL
SECURITY NUMBER BECAUSE:

____✓____  YOU HAVE NOT PROVIDED EVIDENCE OF YOUR AGE,
IDENTITY, AND/OR U.S. CITIZENSHIP OR LAWFUL ALIEN
STATUS, AS REQUESTED.

_____  YOU HAVE NOT APPEARED FOR AN IN PERSON INTERVIEW,
AS REQUESTED.

_____  YOUR RECORDS INDICATE THAT YOU ARE AN ALIEN WHO IS
NOT PERMITTED TO WORK IN THE UNITED STATES, AND
YOU HAVE REQUESTED A SOCIAL SECURITY CARD FOR
EMPLOYMENT.

_____  THE DOCUMENT(S) YOU PRESENTED COULD NOT BE
VERIFIED BY THE AGENCY THAT ISSUED IT.  IF YOU
BELIEVE THIS IS NOT CORRECT, YOU SHOULD CONTACT
THE ISSUING AGENCY TO OBTAIN CERTIFIED PROOF.

_____  YOU ARE NOT A U.S. CITIZEN OR PERMANENT RESIDENT
ALIEN AND DO NOT MEET IRS CRITERIA TO BE CLAIMED
AS A DEPENDENT.

_____  YOU DO NOT HAVE A VALID NEED FOR A NON-WORK SOCIAL
SECURITY NUMBER. (A DOCUMENT FROM THE ENTITY
REQUIRING A SOCIAL SECURITY NUMBER MUST BE
PRESENTED.)

_____  YOU DO NOT MEET THE IRS CRITERIA FOR A SOCIAL
SECURITY NUMBER AND YOU DO NOT HAVE RESIDENT ALIEN
STATUS FROM IN&S: REFER TO SECTION 205(C) OF THE
SOCIAL SECURITY ACTS.

_____  YOU ARE A TAXPAYER'S NON-RESIDENT SPOUSE WITH NO
TAXABLE INCOME OF YOUR OWN.

_____  A PARENT/GDN OF YOUR STUDENT HAS REQUESTED A
SOCIAL SECURITY CARD TO ATTEND SCHOOL. TEA HAS
ISSUED GUIDE-LINES FOR ALTERNATIVE ENUMERATION. WE
ARE UNABLE TO COMPLY WITH THE REQUEST.

IF YOU ARE ABLE TO PROVIDE THE NECESSARY EVIDENCE, NOW
OR AT ANY LATER TIME, OR IF YOUR STATUS IS CHANGED TO
PERMIT YOU TO WORK IN THE UNITED STATES, PLEASE CONTACT
ANY SOCIAL SECURITY OFFICE.  THE PEOPLE THERE WILL BE
GLAD TO ASSIST YOU WITH A NEW APPLICATION FOR A SOCIAL
SECURITY CARD.

593

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

| INSTRUCTIONS | |
|---|---|
| | • Please read "How To Complete This Form" on page 2. |
| | • Print or type using black or blue ink. DO NOT USE PENCIL. |
| | • After you complete this form, take or mail it along with the required documents to your nearest Social Security office. |
| | • If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16. |

**1 NAME**
To Be Shown On Card

*Luis* (FIRST)  *Alberto* (FULL MIDDLE NAME)  *De La Cruz* (LAST)

**FULL NAME AT BIRTH IF OTHER THAN ABOVE**

FIRST   FULL MIDDLE NAME   LAST

**OTHER NAMES USED**

**2 MAILING ADDRESS**
Do Not Abbreviate

STREET ADDRESS, APT. NO, PO BOX, RURAL ROUTE NO.

CITY   STATE   ZIP CODE

**3 CITIZENSHIP**
(Check One)

☐ U.S. Citizen  ☐ Legal Alien Allowed To Work  ☐ Legal Alien Not Allowed To Work  ☐ Foreign Student Allowed Restricted Employment  ☐ Conditionally Legalized Alien Allowed To Work  ☒ Other (See Instructions On Page 2)

**4 SEX**  ☒ Male  ☐ Female

*I believe I am a US citizen + have an N-600 pending with INS (see attached)*

**5 RACE/ETHNIC DESCRIPTION**
(Check One Only—Voluntary)

☐ Asian, Asian-American Or Pacific Islander  ☒ Hispanic  ☐ Black (Not Hispanic)  ☐ North American Indian Or Alaskan Native  ☐ White (Not Hispanic)

**6 DATE OF BIRTH**

[blacked out] 85   **7 PLACE OF BIRTH** (Do Not Abbreviate)  *Ramirez Tamaulipas Mex* (CITY / STATE OR FOREIGN COUNTRY)  FCI   Office Use Only

MONTH DAY YEAR

**8 MOTHER'S MAIDEN NAME**  *Elvia* (FIRST)  (FULL MIDDLE NAME)  *Perez Estrada* (LAST NAME AT HER BIRTH)

**9 FATHER'S NAME**  *Guadalupe* (FIRST)  (FULL MIDDLE NAME)  *De la Cruz* (LAST)

**10** Has the person in item 1 ever received a Social Security number before?

☐ Yes (If "yes", answer questions 11-13.)  ☒ No (If "no", go on to question 14.)  ☐ Don't Know (If "don't know", go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1.

☐☐☐ – ☐☐ – ☐☐☐☐

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

FIRST   MIDDLE   LAST

**13** Enter any different date of birth if used on an earlier application for a card.

MONTH   DAY   YEAR

**14 TODAY'S DATE** *3-3-97*   **15 DAYTIME PHONE NUMBER**
MONTH DAY YEAR   AREA CODE

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**16 YOUR SIGNATURE**  *Luis alberto de la cruz*

**17 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**
☒ Self  ☐ Natural Or Adoptive Parent  ☐ Legal Guardian  ☐ Other (Specify)

---

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

| NPN | | DOC | | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

| EVIDENCE SUBMITTED | SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW |
|---|---|
| | DATE |
| 594 | DCL  DATE |

Form SS-5 (9/89)

3

| | |
|---|---|
| **IF YOU ARE A UNITED STATES CITIZEN BORN OUTSIDE THE U.S.** | It you are a United States citizen wno was born outside the U.S., we need to see your consular report of birth (FS-240 or FS-545), if you have one. We also need to see one form of identification. See page 2 for examples of identity documents we will accept.<br><br>If you do not have your consular report of birth, we will need to see your foreign birth certificate and one of the following: a U.S. Citizen ID card, U.S. passport, Certificate of Citizenship, or a Certificate of Naturalization. Remember, you must show us the original documents. |
| **IF YOU ARE NOT A U.S. CITIZEN** | If you are not a U.S. citizen, you must show us your birth certificate or passport, and the documents given to you by the Immigration and Naturalization Service (INS). **We must see original documents, not photocopies.** Examples of INS documents are:  your Alien Registration Receipt Card (Form I-151 or I-551) or Form I-94. Because these documents should not be mailed, you should apply in person.<br><br>Even though you may not be authorized to work in this country, we can issue you a Social Security card if you are here legally and need it for some other reason. Your card will be marked to show that you cannot work, and if you do, we will notify INS. |
| **IF YOU NEED A CARD FOR A CHILD OR SOMEONE ELSE** | If you apply for a card for a child or someone else, you need to show us that person's original or certified birth certificate and one more document showing the person's identity. For example, for a child we will accept a doctor or hospital bill, a school record or any similar document that shows the child's identity. For an adult, see page 2 for examples of identity documents we will accept.<br><br>**Also, if you sign the form, we need to see some kind of identification for you.** Please see the list on page 2 for examples of documents we will accept. Be sure to answer the questions on the application form as they apply to the person needing the card. |

## THE PAPERWORK/PRIVACY ACT AND YOUR APPLICATION

The Social Security Act (sections 205(c) and 702) allows us to collect the facts we ask for on this form. We use most of these facts to assign you a Social Security number or to issue you a card  You do not have to give us these facts, but without them we cannot issue you a Social Security number or a card. Without a number, you could lose Social Security benefits in the future and you might not be able to get a job.

We give out the facts on this form without your consent only in certain situations that are explained in the Federal Register. For example, we must give out this information if Federal law requires us to, if your Congressman or Senator needs the information to answer questions you ask them, or if the Justice Department needs it to investigate and prosecute violations of the Social Security Act.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government  The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices  If you want to learn more about this, contact any Social Security Office

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number

We estimate that it will take you about 8 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg , Baltimore, MD 21235-0001. Send only comments relating to our "time it takes" estimate to the office listed above. **All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.**

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

| INSTRUCTIONS | • Please read "How To Complete This Form" on page 2.<br>• Print or type using black or blue ink. DO NOT USE PENCIL.<br>• After you complete this form, take or mail it along with the required documents to your nearest Social Security office.<br>• If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16. |

**1 NAME**
To Be Shown On Card

*Francisca* — FIRST    FULL MIDDLE NAME    *De La Cruz* — LAST

FULL NAME AT BIRTH IF OTHER THAN ABOVE — FIRST   FULL MIDDLE NAME   LAST

OTHER NAMES USED

**2 MAILING ADDRESS**
Do Not Abbreviate

STREET ADDRESS, APT. NO., PO BOX, RURAL ROUTE NO.

CITY    STATE    ZIP CODE

**3 CITIZENSHIP**
(Check One)

☐ U.S. Citizen   ☐ Legal Alien Allowed To Work   ☐ Legal Alien Not Allowed To Work   ☐ Foreign Student Allowed Restricted Employment   ☐ Conditionally Legalized Alien   ☑ Other (See Instructions On Page 2)

**4 SEX**

☐ Male   ☑ Female

*I believe I am a U.S. citizen and have an N-600 pending with INS (see attached)*

**5 RACE/ETHNIC DESCRIPTION**
(Check One Only—Voluntary)

☐ Asian, Asian-American Or Pacific Islander   ☑ Hispanic   ☐ Black (Not Hispanic)   ☐ North American Indian Or Alaskan Native   ☐ White (Not Hispanic)

**6 DATE OF BIRTH**   ~~80~~ 7   MONTH DAY YEAR

**7 PLACE OF BIRTH** (Do Not Abbreviate)   *Control Tamaulipas Mex*   CITY   STATE OR FOREIGN COUNTRY

Office Use Only   FCI

**8 MOTHER'S MAIDEN NAME**   *Elvia* — FIRST   FULL MIDDLE NAME   *Perez Estrada* — LAST NAME AT HER BIRTH

**9 FATHER'S NAME**   *Guadalupe* — FIRST   FULL MIDDLE NAME   *De La Cruz* — LAST

**10** Has the person in item 1 ever received a Social Security number before?

☐ Yes (If "yes", answer questions 11-13.)   ☑ No (If "no", go on to question 14.)   ☐ Don't Know (If "don't know", go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1.

☐☐☐ – ☐☐ – ☐☐☐☐

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

FIRST    MIDDLE    LAST

**13** Enter any different date of birth if used on an earlier application for a card.   MONTH DAY YEAR

**14 TODAY'S DATE** ▶ *3-3-97*   MONTH DAY YEAR

**15 DAYTIME PHONE NUMBER** ▶ AREA CODE

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**16 YOUR SIGNATURE** ▶ *Francisca de la Cruz*

**17 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**

☑ Self   ☐ Natural Or Adoptive Parent   ☐ Legal Guardian   ☐ Other (Specify)

---

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

| NPN | | DOC | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL   DATE

*595*

| IF YOU ARE A UNITED STATES CITIZEN BORN OUTSIDE THE U.S. | If you are a United States citizen who was born outside the U.S., we need to see your consular report of birth (FS-240 or FS-545), if you have one. We also need to see one form of identification. See page 2 for examples of identity documents we will accept. |
|---|---|
| | If you do not have your consular report of birth, we will need to see your foreign birth certificate and one of the following: a U.S. Citizen ID card, U.S. passport, Certificate of Citizenship, or a Certificate of Naturalization. Remember, you must show us the original documents. |

| IF YOU ARE NOT A U.S. CITIZEN | If you are not a U.S. citizen, you must show us your birth certificate or passport, and the documents given to you by the Immigration and Naturalization Service (INS). **We must see original documents, not photocopies.** Examples of INS documents are: your Alien Registration Receipt Card (Form I-151 or I-551) or Form I-94. Because these documents should not be mailed, you should apply in person. |
|---|---|
| | Even though you may not be authorized to work in this country, we can issue you a Social Security card if you are here legally and need it for some other reason. Your card will be marked to show that you cannot work, and if you do, we will notify INS. |

| IF YOU NEED A CARD FOR A CHILD OR SOMEONE ELSE | If you apply for a card for a child or someone else, you need to show us that person's original or certified birth certificate and one more document showing the person's identity. For example, for a child we will accept a doctor or hospital bill, a school record or any similar document that shows the child's identity. For an adult, see page 2 for examples of identity documents we will accept. |
|---|---|
| | **Also, if you sign the form, we need to see some kind of identification for you.** Please see the list on page 2 for examples of documents we will accept. Be sure to answer the questions on the application form as they apply to the person needing the card. |

## THE PAPERWORK/PRIVACY ACT AND YOUR APPLICATION

The Social Security Act (sections 205(c) and 702) allows us to collect the facts we ask for on this form. We use most of these facts to assign you a Social Security number or to issue you a card. You do not have to give us these facts, but without them we cannot issue you a Social Security number or a card. Without a number, you could lose Social Security benefits in the future and you might not be able to get a job.

We give out the facts on this form without your consent only in certain situations that are explained in the Federal Register. For example, we must give out this information if Federal law requires us to, if your Congressman or Senator needs the information to answer questions you ask them, or if the Justice Department needs it to investigate and prosecute violations of the Social Security Act.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

We estimate that it will take you about 8 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. **Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.**

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

**INSTRUCTIONS**

- Please read "How To Complete This Form" on page 2.
- Print or type using black or blue ink. DO NOT USE PENCIL.
- After you complete this form, take or mail it along with the required documents to your nearest Social Security office.
- If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16.

**1 NAME**
To Be Shown On Card

▶ _Abel_    _DE_    _La Cruz_
FIRST     FULL MIDDLE NAME     LAST

**FULL NAME AT BIRTH IF OTHER THAN ABOVE**

FIRST     FULL MIDDLE NAME     LAST

**OTHER NAMES USED**

**2 MAILING ADDRESS**
Do Not Abbreviate

STREET ADDRESS, APT. NO., PO BOX, RURAL ROUTE NO.

CITY     STATE     ZIP CODE

**3 CITIZENSHIP** (Check One)

[ ] U.S. Citizen   [ ] Legal Alien Allowed To Work   [ ] Legal Alien Not Allowed To Work   [ ] Foreign Student Allowed Restricted Employment   [ ] Conditionally Legalized Alien   [✓] Other (See Instructions On Page 2)

_I believe I am a US citizen + have an N-600 pending with INS (see attached)_

**4 SEX**   [✓] Male   [ ] Female

**5 RACE/ETHNIC DESCRIPTION** (Check One Only—Voluntary)

[ ] Asian, Asian-American Or Pacific Islander   [✓] Hispanic   [ ] Black (Not Hispanic)   [ ] North American Indian Or Alaskan Native   [ ] White (Not Hispanic)

**6 DATE OF BIRTH**   _77_
MONTH DAY YEAR

**7 PLACE OF BIRTH** (Do Not Abbreviate)   _Control Tamaulipas Mex_
CITY     STATE OR FOREIGN COUNTRY

Office Use Only   FCI

**8 MOTHER'S MAIDEN NAME**   _Elvia_    _Perez Estrada_
FIRST     FULL MIDDLE NAME     LAST NAME AT HER BIRTH

**9 FATHER'S NAME**   _Guadalupe_    _De La_    _Cruz_
FIRST     FULL MIDDLE NAME     LAST

**10** Has the person in item 1 ever received a Social Security number before?

[ ] Yes (If "yes", answer questions 11-13.)   [✓] No (If "no", go on to question 14.)   [ ] Don't Know (If "don't know", go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1.

☐☐☐ – ☐☐ – ☐☐☐☐

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

FIRST     MIDDLE     LAST

**13** Enter any different date of birth if used on an earlier application for a card.
MONTH     DAY     YEAR

**14 TODAY'S DATE**   ▶ _3-3-97_
MONTH DAY YEAR

**15 DAYTIME PHONE NUMBER** ▶
AREA CODE

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**16 YOUR SIGNATURE**

✱ ▶ _Abel DE La Cruz_

**17 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**

[✓] Self   [ ] Natural Or Adoptive Parent   [ ] Legal Guardian   [ ] Other (Specify)

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

| NPN | | DOC | | NTI | CAN | | ITV |
|-----|--|-----|--|-----|-----|--|-----|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL     DATE

_596_

Form SS-5 (9/89)

3

| | |
|---|---|
| **IF YOU ARE A UNITED STATES CITIZEN BORN OUTSIDE THE U.S.** | If you are a United States citizen who was born outside the U.S., we need to see your consular report of birth (FS-240 or FS-545), if you have one. We also need to see one form of identification. See page 2 for examples of identity documents we will accept. |

If you do not have your consular report of birth, we will need to see your foreign birth certificate and one of the following: a U.S. Citizen ID card, U.S. passport, Certificate of Citizenship, or a Certificate of Naturalization. Remember, you must show us the original documents.

| | |
|---|---|
| **IF YOU ARE NOT A U.S. CITIZEN** | If you are not a U.S. citizen, you must show us your birth certificate or passport, and the documents given to you by the Immigration and Naturalization Service (INS). **We must see original documents, not photocopies.** Examples of INS documents are: your Alien Registration Receipt Card (Form I-151 or I-551) or Form I-94. Because these documents should not be mailed, you should apply in person. |

Even though you may not be authorized to work in this country, we can issue you a Social Security card if you are here legally and need it for some other reason. Your card will be marked to show that you cannot work, and if you do, we will notify INS.

| | |
|---|---|
| **IF YOU NEED A CARD FOR A CHILD OR SOMEONE ELSE** | If you apply for a card for a child or someone else, you need to show us that person's original or certified birth certificate and one more document showing the person's identity. For example, for a child we will accept a doctor or hospital bill, a school record or any similar document that shows the child's identity. For an adult, see page 2 for examples of identity documents we will accept. |

**Also, if you sign the form, we need to see some kind of identification for you.** Please see the list on page 2 for examples of documents we will accept. Be sure to answer the questions on the application form as they apply to the person needing the card.

## THE PAPERWORK/PRIVACY ACT AND YOUR APPLICATION

The Social Security Act (sections 205(c) and 702) allows us to collect the facts we ask for on this form. We use most of these facts to assign you a Social Security number or to issue you a card. You do not have to give us these facts, but without them we cannot issue you a Social Security number or a card. Without a number, you could lose Social Security benefits in the future and you might not be able to get a job.

We give out the facts on this form without your consent only in certain situations that are explained in the Federal Register. For example, we must give out this information if Federal law requires us to, if your Congressman or Senator needs the information to answer questions you ask them, or if the Justice Department needs it to investigate and prosecute violations of the Social Security Act.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security Office.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

We estimate that it will take you about 8 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. **Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.**

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

| INSTRUCTIONS | • Please read "How To Complete This Form" on page 2. |
|---|---|
| | • Print or type using black or blue ink. DO NOT USE PENCIL. |
| | • After you complete this form, take or mail it along with the required documents to your nearest Social Security office. |
| | • If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16. |

**1 NAME**
To Be Shown On Card

▶ *José* FIRST   *Guadalupe* FULL MIDDLE NAME   *De La Cruz* LAST

**FULL NAME AT BIRTH IF OTHER THAN ABOVE**

FIRST   FULL MIDDLE NAME   LAST

**OTHER NAMES USED**

**2 MAILING ADDRESS**
Do Not Abbreviate

▶ ▓▓▓▓▓▓▓
STREET ADDRESS, APT. NO., PO BOX, RURAL ROUTE NO.

CITY ▓▓▓▓▓   STATE   ZIP CODE ▓▓▓

**3 CITIZENSHIP** (Check One)

[ ] U.S. Citizen   [ ] Legal Alien Allowed To Work   [ ] Legal Alien Not Allowed To Work   [ ] Foreign Student Allowed Restricted Employment   [ ] Conditionally Legalized Alien Allowed To Work   [✓] Other (See Instructions On Page 2)

**4 SEX**   [✓] Male   [ ] Female

*I believe I am a US citizen & have an N-600 pending with INS (see attached)*

**5 RACE/ETHNIC DESCRIPTION** (Check One Only—Voluntary)

[ ] Asian, Asian-American Or Pacific Islander   [✓] Hispanic   [ ] Black (Not Hispanic)   [ ] North American Indian Or Alaskan Native   [ ] White (Not Hispanic)

**6 DATE OF BIRTH**   ▓▓ / *74*
MONTH DAY YEAR

**7 PLACE OF BIRTH** (Do Not Abbreviate)   *Control* CITY   *Tamaulipas MEX* STATE OR FOREIGN COUNTRY   FCI

Office Use Only

**8 MOTHER'S MAIDEN NAME**   *Elvia* FIRST   FULL MIDDLE NAME   *Perez Estrada* LAST NAME AT HER BIRTH

**9 FATHER'S NAME**   *Guadalupe* FIRST   FULL MIDDLE NAME   *De La Cruz* LAST

**10** Has the person in item 1 ever received a Social Security number before?

[ ] Yes (If "yes", answer questions 11-13.)   [✓] No (If "no", go on to question 14.)   [ ] Don't Know (If "don't know", go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1.

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

FIRST   MIDDLE   LAST

**13** Enter any different date of birth if used on an earlier application for a card.   MONTH   DAY   YEAR

**14 TODAY'S DATE** ▶ *3 - 3 - 97*
MONTH DAY YEAR

**15 DAYTIME PHONE NUMBER** ▶ ( )
AREA CODE

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**16 YOUR SIGNATURE**

▶ *J. Guadalupe De La Cruz. P*

**17 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**

[✓] Self   [ ] Natural Or Adoptive Parent   [ ] Legal Guardian   [ ] Other (Specify)

| DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY) | | | | | |
|---|---|---|---|---|---|
| NPN | | DOC | NTI | CAN | ITV |
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |
| EVIDENCE SUBMITTED | | | | SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW | |
| | | | *597* | | DATE |
| | | | | DCL | DATE |

Form SS-5 (9/89)

3

| **IF YOU ARE A UNITED STATES CITIZEN BORN OUTSIDE THE U.S.** | It you are a United States citizen wno was born outside the U.S., we need to see your consular report of birth (FS-240 or FS-545), if you have one. We also need to see one form of identification. See page 2 for examples of identity documents we will accept. |
|---|---|

If you do not have your consular report of birth, we will need to see your foreign birth certificate and one of the following: a U.S. Citizen ID card, U.S. passport, Certificate of Citizenship, or a Certificate of Naturalization. Remember, you must show us the original documents.

| **IF YOU ARE NOT A U.S. CITIZEN·** | If you are not a U.S. citizen, you must show us your birth certificate or passport, and the documents given to you by the Immigration and Naturalization Service (INS). **We must see original documents, not photocopies.** Examples of INS documents are: your Alien Registration Receipt Card (Form I-151 or I-551) or Form I-94. Because these documents should not be mailed, you should apply in person. |
|---|---|

Even though you may not be authorized to work in this country, we can issue you a Social Security card if you are here legally and need it for some other reason. Your card will be marked to show that you cannot work, and if you do, we will notify INS.

| **IF YOU NEED A CARD FOR A CHILD OR SOMEONE ELSE** | If you apply for a card for a child or someone else, you need to show us that person's original or certified birth certificate and one more document showing the person's identity. For example, for a child we will accept a doctor or hospital bill, a school record or any similar document that shows the child's identity. For an adult, see page 2 for examples of identity documents we will accept. |
|---|---|

**Also, if you sign the form, we need to see some kind of identification for you.** Please see the list on page 2 for examples of documents we will accept. Be sure to answer the questions on the application form as they apply to the person needing the card.

## THE PAPERWORK/PRIVACY ACT AND YOUR APPLICATION

The Social Security Act (sections 205(c) and 702) allows us to collect the facts we ask for on this form. We use most of these facts to assign you a Social Security number or to issue you a card. You do not have to give us these facts, but without them we cannot issue you a Social Security number or a card. Without a number, you could lose Social Security benefits in the future and you might not be able to get a job.

We give out the facts on this form without your consent only in certain situations that are explained in the Federal Register. For example, we must give out this information if Federal law requires us to, if your Congressman or Senator needs the information to answer questions you ask them, or if the Justice Department needs it to investigate and prosecute violations of the Social Security Act.

We may also use the information you give us when we match records by computer Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security Office

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number

We estimate that it will take you about 8 minutes to complete this form This includes the time it will take you to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.

FROM

**U.S. DEPARTMENT OF JUSTICE**
IMMIGRATION AND NATURALIZATION SERVICE

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115-0018

FEE STAMP

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

(*Print or type*)  Luis Alberto DELA CRUZ-Perez              see   N/A

(Full, True Name, without Abbreviations)                        (Maiden name, if any)

(Apartment number, Street address, and, if appropriate, "in care of")

_____
(City)          (County)          (State)          (ZIP Code)

NONE
(Telephone Number)

ALIEN REGISTRATION
No. ...............................

Date   06-23-92

### (SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in .... Est. Ramirez , Tamps. ..., Mexico ...... on .......... 85 ..
(City)                    (State or country)                  (Day)   (Year)

(2) My personal description is: Sex  male  ; complexion  med-dark , color of eyes  BROWN ..; color of hair  black ..;
height .......... feet  47¾  inches; weight  59  pounds; visible distinctive marks ...... NONE ..............
.......... Marital status: ☒ Single;   ☐ Married;   ☐ Divorced;   ☐ Widow(er).

(3) I arrived in the United States at   near Brownsville , Texas   USA   on   May, 1992 .....
(City and State)                                    (Month) (Day) (Year)

under the name ....... N/A ............. by means of .....
(Name of ship or other means of arrival)

☐ on U.S. Passport No. .................... issued to me at ...................... on .........................
(Month)  (Day)  (Year)

☐ on an Immigrant Visa.   ☐ Other (specify) ..............................

**(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.**

(a) My last permanent foreign residence was ....................................
(City)                          (Country)

(b) I took the ship or other conveyance to the United States at  N/A ....................
(City)                          (Country)

(c) I was coming to ........................... at ....................
(Name of person in the United States)     (City and State where this person was living)

(d) I traveled to the United States with ....................................
(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

**(5)** Have you been out of the United States since you first arrived?   ☐ Yes   ☒ No.   If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| | | | |
| | NONE | | |
| | | | |

**(6)** I  have not  filed a petition for naturalization.
(have)  (have not)

(*If "have", attach full explanation.*)

**TO THE APPLICANT.—Do not write between the double lines below.   Continue on next page.**

| **ARRIVAL RECORDS EXAMINED** | **ARRIVAL RECORD FOUND** |
|---|---|
| Card index ........................... | Place ........... Date .... .... |
| Index books ........................... | Name ................... |
| Manifests ........................... | |
| ........................... | Manner ................... |
| ........................... | Marital status ........... Age .... |
| ........................... | ........................... |
| | (Signature of person making search) |

Form N-600 (Rev. 8-5-83)N                                    (1)

598

FROM

(7) I claim United States citizenship through my (check whichever applicable) ☐ father; XX mother; ☐ both parents;

☐ adoptive parent(s)    ☐ husband

(8) My father's name is ..................................................; he was born on ..........................
(Month)  (Day)  (Year)
at ..................................... ; and resides at .....................................
(City)                    (State or country)                    (Street address, city, and State or country. If dead, write "dead" and date of death.)
.......................... He became a citizen of the United States by ☐ birth; ☐ naturalization on ..........................
(Month)  (Day)  (Year)
in the ..................................... ...................... Certificate of Naturalization No. ..........................
(Name of court, city, and State)

☐ through his parent(s), and ................ issued Certificate of Citizenship No. A or AA ..........................
(Year)  (was not)

(If known) His former Alien Registration No. was ..........................

He ................ lost United States citizenship. (If citizenship lost, attach full explanation.)
(has) (has not)

He resided in the United States from ............ to ............; from ............ to ............; from ............ to ............;
(Year)  (Year)                    (Year)  (Year)                    (Year)  (Year)
from ............ to ............; from ............ to ............ I am the child of his ............ marriage.
(Year)  (Year)                    (Year)  (Year)                              (1st, 2d, 3d, etc.)

(9) My mother's present name is  Elvia PEREZ-Estrada  ; her maiden name was ........ SAME ..........................

she was born on ...... ██-5A ; at  Brownsville,  Texas  USA  ; she resides
(Month)  (Day)  (Year)              (City)              (State or country)
at .......... ██████████████ .......... She became a citizen of the United States
(Street address, city, and State or country. If dead, write "dead" and date of death.)
by ☒ birth; ☐ naturalization under the name of ..........................

on .......... in the ..........................
(Month)  (Day)  (Year)                    (Name of court, city, and State)

Certificate of Naturalization No. .................. ; ☐ through her parent(s), and ................ issued Certificate
(Year)  (was not)

of Citizenship No. A or AA .................. (If known) Her former Alien Registration No. was ..........................

She has not lost United States citizenship. (If citizenship lost, attach full explanation.)
(has) (has not)                          From 1960 to present only goes back and forth
She resided in the United States from  birth to 1959  ; from ............ to ............; from ............
(Year)  (Year)              (Year)  (Year)                    (Year)
to ............; from ............ to ............ I am the child of her  N/A  marriage.  NATURAL CHILD
(Year)              (Year)  (Year)                    (1st, 2d, 3d, etc.)

(10) My mother and my father were married to each other on  N/A  at  NEVER MARRIED
(Month) (Day) (Year)              (City)  (State or country)

(11) If claim is through adoptive parent(s):

I was adopted on .......................... in the ..........................
(Month)  (Day)  (Year)                    (Name of Court)

at .......................... by my ..........................
(City or town)  (State)  (Country)                    (mother, father, parents)

who were not United States citizens at that time.

(12) My ................ served in the Armed Forces of the United States from ..........................
(father)  (mother)                    (Date)

to .......................... and ................ honorably discharged.
(Date)              (was) (was not)

(13) I  have not  lost my United States citizenship. (*f citizenship lost, attach full explanation.)
(have)(have not)

(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| birth certificate of | Luis Alberto DELA CRUZ-Perez |
| birth certificate of | Elvia PEREZ-Estrada |
| baptismal certificate of | Elvia PEREZ-Estrada |
| photographs of | Luis Alberto DELA CRUZ-Perez |
| form G-28 for | Luis Alberto DELA CRUZ-Perez |

copies of birth certificates of younger brother and sister of Elvia will be presented
at time of hearing.

(2)

FROM

**(15)** Fill in this block if your brother, sister, mother or father ever applied to the Immigration Service for a certificate of citizenship.

| NAME OF RELATIVE | RELATIONSHIP | Date of Birth | WHEN APPLICATION SUBMITTED | CERTIFICATE No. AND FILE No., IF KNOWN, AND LOCATION OF OFFICE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

**(16)** Fill in this block only if you are now or ever have been a married woman. I have been married _____ time(s), as follows: _____ (1, 2, 3, etc.)

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | | |
| | | | | |

**(17)** Fill in this block only if you claim citizenship through a husband. *(Marriage must have occurred prior to September 22, 1922.)*
Name of citizen husband ............................................... (Give full and complete name); he was born on .............. (Month) (Day) (Year)
at N/A (City) ................................ (State or country); and resides at .......................................... (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by □ birth; □ naturalization on .............. (Month) (Day) (Year)
in the ...................................... (Name of court, city, and State) ...................... Certificate of Naturalization No. ...................................;
□ through his parent(s), and ............................ (was) (was not) issued Certificate of Citizenship No. A or AA ...................................
He .............. (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
I am of the ................ race. Before my marriage to him, he was married ............ time(s), as follows: (1, 2, 3, etc.)
N/A

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| | N/A | | |

**(18)** Fill in this block only if you claim citizenship through your stepfather. *(Applicable only if mother married U.S. Citizen prior to September 22, 1922.)*
The full name of my stepfather is ...................................; he was born on .............. (Month) (Day) (Year)
at N/A (City) ................................; and resides at .......................................... (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by □ birth; □ naturalization on .............. (Month) (Day) (Year)
in the ...................................... (Name of court, city, and State) ...................... Certificate of Naturalization No. ...................................;
□ through his parent(s), and ............................ (was) (was not) issued Certificate of Citizenship No. A or AA ...................................
He .............. (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
He and my mother were married to each other on .............. (Month) (Day) (Year) at .............. (City and State or country)
My mother is of the ...................... race. She .............. (was) (was not) issued Certificate of Citizenship No. A ...................................
Before marrying my mother, my stepfather was married ............ time(s), as follows: (1, 2, 3, etc.)
N/A

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| NONE | | | |

**(19)** I have not (have) (have not) previously applied for a certificate of citizenship on _____, at _____ (Date) (Office)

**(20)** Signature of person preparing form, if other than applicant. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Signature
Kolaura Reed
JONES & CRANE
Attorneys-At-Law
P.O. Drawer 1045
Weslaco, Texas 78596

| DATE: |
|---|
| 06-23-92 |

(Sign Here) ............................ (Signature of applicant or parent or guardian)

(2)

599

FROM                                                                            P 9

DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115-0018

FEE STAMP

*(Print or type)* ..Jose Guadalupe DELA CRUZ-Perez........  Date ..06-23-92..
              *(Full, True Name, without Abbreviation)*          née ..N/A..
                                                                    *(Maiden name, if any)*

..............................................................................
*(Apartment number, Street address, and if appropriate, "in care of")*

....(City).......... ....(County).......... ....(State).......... ....(ZIP Code)....
     NONE
              *(Telephone Number)*

ALIEN REGISTRATION
No. ..................

## (SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in Control.. ..Tampa.. ..Mexico.. on ........74.
                    *(City)*      *(State or country)*      *(Month)  (Day)  (Year)*

(2) My personal description is: Sex ..male.. ; complexion ..med dark.. color of eyes ..brown.. ; color of hair ..black.. ;
height ..5'.. feet ..7".. inches; weight ..131.. pounds; visible distinctive marks ..NONE.. .
Marital status: ☒ Single; ☐ Married; ☐ Divorced; ☐ Widow(er).

(3) I arrived in the United States at ..near Brownsville, Texas.. ..USA.. on ..May.. 1992.
                                      *(City and State)*                  *(Month) (Day) (Year)*
under the name ..N/A.. by means of ..........................
                                          *(Name of ship or other means of arrival)*

☐ on U.S. Passport No. ................. issued to me at ................. on .........
                                                                          *(Month)  (Day)  (Year)*
☐ on an Immigrant Visa.  ☐ Other (specify) ..........................

┌─────────────────────────────────────────────────────────────────────────────┐
│ (4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924. │
│ (a) My last permanent foreign residence was ..........  ..........                │
│                                              *(City)*       *(Country)*           │
│ (b) I took the ship or other conveyance to the United States at ......  ......    │
│                       N/A                                    *(City)*   *(Country)*│
│ (c) I was coming to ..............  at ..............                              │
│                    *(Name of person in the United States)*  *(City and State where this person was living)* │
│ (d) I traveled to the United States with ..............                           │
│                    *(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)* │
└─────────────────────────────────────────────────────────────────────────────┘

(5) Have you been out of the United States since you first arrived?  ☐ Yes  ☒ No.  If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |

(6) I ..have not.. filed a petition for naturalization.
        *(have)  (have not)*
*(If "have", attach full explanation.)*

**TO THE APPLICANT.—Do not write between the double lines below.  Continue on next page.**

| ARRIVAL RECORDS EXAMINED | ARRIVAL RECORD FOUND |
|---|---|
| Card Index ................. | Place ............. Date ............. |
| Index books ................. | Name ............. |
| Manifests ................. | |
| ................. | Manner ............. |
| ................. | Marital status ............. Age ............. |
| ................. | *(Signature of person making search)* |

Form N-600 (Rev. 5-5-83)N                      (1)

6 00.

(7) I claim United States citizenship through my *(check whichever applicable)* ☐ father; ☒ mother; ☐ both parents;

☐ adoptive parent(s)    ☐ husband

(8) My father's name is ..................................................; he was born on ............... (Month) (Day) (Year)

at .......................................... ; and resides at ...................................... (City) (State or country) (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on ............... (Month) (Day) (Year)

in the .......................................... Certificate of Naturalization No. ........................ (Name of court, city, and State)

☐ through his parent(s), and ........................ issued Certificate of Citizenship No. A or AA ........................

(If known) His former Alien Registration No. was ........................

He ........... (has) (has not) lost United States citizenship. *(If citizenship lost, attach full explanation.)*

He resided in the United States from ............. to ............. ; from ............. to ............. ; from ............. to ............. ; (Year) (Year) (Year) (Year) (Year) (Year)

from ............. to ............. ; from ............. to ............. ; I am the child of his ............. marriage. (Year) (Year) (Year) (Year) (1st, 2d, 3d, etc.)

(9) My mother's present name is ... **Elvia PEREZ-Estrada** ...; her maiden name was ... **same** ...;

she was born on ............. 54 ; at **Brownsville**, **Texas** **USA** ; she resides (Month) (Day) (Year) (City) (State or country)

at ................ TX .......... (Street address, city, and State or country. If dead, write "dead" and date of death.) She became a citizen of the United States

by ☒ birth; ☐ naturalization under the name of ........................

on ............. (Month) (Day) (Year) in the .......................... (Name of court, city, and State)

Certificate of Naturalization No. ........................; ☐ through her parent(s), and ........................ issued Certificate

of Citizenship No. A or AA ........................ (If known) Her former Alien Registration No. was ........................

She **has not** lost United States citizenship. *(If citizenship lost, attach full explanation.)* (has) (has not)

She resided in the United States from **birth** to **1959** from ............. to ............. ; from ............. to ............. ; from ............. (Year) (Year) (Year) (Year) from 1960 to present only goes back and forth

to ............. ; from ............. to ............. ; I am the child of her **N/A** marriage. **NATURAL CHILD** (Year) (Year) (Year) (1st, 2d, 3d, etc.) **NEVER MARRIED**

(10) My mother and my father were married to each other on **N/A** at ............. (Month) (Day) (Year) (City) (State or country)

(11) If claim is through adoptive parent(s):

I was adopted on ............. in the .......................... (Month) (Day) (Year) (Name of Court)

at .......................... by my .......................... (City or town) (State) (Country) (mother, father, parents)

who were not United States citizens at that time.

(12) My ........... (father) (mother) served in the Armed Forces of the United States from ............. (Date)

to .......................... and ........... (was) (was not) honorably discharged. (Date)

(13) I **have not** lost my United States citizenship. *(If citizenship lost, attach full explanation.)* (have) (have not)

(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| birth certificate of | Jose Guadalupe DELA CRUZ-Perez |
| baptismal certificate of | Elvia PEREZ-Estrada |
| birth certificate of | Elvia Perez Estrada |
| photographs or | Jose Guadalupe DELA CRUZ-Perez |
| form G-28 for | Jose Guadalupe DELA CRUZ-Perez |
| copies of birth certificates of younger brother and sister of Elvia will be presented | |
| at hearing. | |

**(15) Fill in this block if your brother, sister, mother or father ever applied to the Immigration Service for a certificate of citizenship.**

| NAME OF RELATIVE | RELATIONSHIP | DATE OF BIRTH | WHEN APPLICATION SUBMITTED | CERTIFICATE NO. AND FILE NO., IF KNOWN, AND LOCATION OF OFFICE |
|---|---|---|---|---|
| NONE | | | | |

**(16) Fill in this block only if you are now or ever have been a married woman. I have been married ............ time(s), as follows:** (1, 2, etc.)

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|---|
| | NONE | | | |

**(17) Fill in this block only if you claim citizenship through a husband. (Marriage must have occurred prior to September 22, 1922.)**

Name of citizen husband ............................ (Give full and complete name); he was born on ............ (Month) (Day) (Year)

at ............ (City) N/A (State or country); and resides at ............ (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on ............ (Month) (Day) (Year)

in the ............ (Name of court, city, and State) Certificate of Naturalization No. ............

☐ through his parent(s), and ............ (was) (was not) issued Certificate of Citizenship No. A or AA ............

He ............ (has) (has not) since lost United States citizenship. (If citizenship lost, attach full explanation.)

I am of the ............ race. Before my marriage to him, he was married ............ time(s), as follows: (1, 2, etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| | N/A | | |

**(18) Fill in this block only if you claim citizenship through your stepfather. (Applicable only if mother married U.S. Citizen prior to September 22, 1922.)**

The full name of my stepfather is ............ ; he was born on ............ (Month) (Day) (Year)

at ............ (City) N/A (State or country); and resides at ............ (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on ............ (Month) (Day) (Year)

in the ............ (Name of court, city, and State) Certificate of Naturalization No. ............

☐ through his parent(s), and ............ (was) (was not) issued Certificate of Citizenship No. A or AA ............

He ............ (has) (has not) since lost United States citizenship. (If citizenship lost, attach full explanation.)

He and my mother were married to each other on ............ (Month) (Day) (Year) at ............ (City and State or country)

My mother is of the ............ race. She ............ (was) (was not) issued Certificate of Citizenship No. A ............

Before marrying my mother, my stepfather was married ............ time(s), as follows: (1, 2, etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: Date Marriage Ended | How Marriage Ended (Death or divorce) |
|---|---|---|---|
| | N/A | | |

**(19) I have not** ............ (have) (have not) previously applied for a certificate of citizenship on ............ (Date), at ............ (Office)

**(20)** Signature of person preparing form. If other than applicant, I declare that this document was prepared by me at the request of the applicant and that it is based on all information of which I have any knowledge.

Signature: Yosaura Reed

JONES & CRANE
Attorneys-At-Law
P.O. Drawer 1045
Weslaco, Texas

Date: 06-23-92

(SIGN HERE) ............ (Signature of applicant or parent or guardian)

(3)

601

FROM

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115-0018

FEE STAMP

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

(Print or type)   Abel DELA CRUZ-Perez                              nee   N/A

Date .06=23=92.

(Full True Name, without Abbreviations)          (Maiden name, if any)

(Apartment number, Street address, and, if appropriate, "in care of")

(City)          (County)          (State)          (ZIP Code)

ALIEN REGISTRATION
No. ........................

NONE
(Telephone Number)

**(SEE INSTRUCTIONS, BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)**

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in ..Control,...... Tampa.. ...Mexico........... on ......77 .

(City)          (State or country)          (Month) (Day) (Year)

(2) My personal description is: Sex ...male.... ; complexion med dark, color of eyes ..brown... color of hair black....;
height ....5.... feet ....6.... inches; weight ...210's......... pounds; visible distinctive marks ........NONE.........
Marital status: ☐ Single;   ☐ Married;   ☐ Divorced;   ☐ Widow(er).

(3) I arrived in the United States at ...near..Brownsville.....Texas.... USA..... on May 1992......

(City and State)          (Month) (Day) (Year)

under the name ........................................ by means of .....................................

(Name of ship or other means of arrival)

☐ on U.S. Passport No. .......N/A........... issued to me at ........................... on .................

(Month) (Day) (Year)

☐ on an Immigrant Visa.   ☐ Other (specify) ...........................

(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.

(a) My last permanent foreign residence was ........................ (City) ........................ (Country)

(b) I took the ship or other conveyance to the United States at ........................ (City) ........................ (Country)

(c) I was coming to ........................ (Name of person in the United States) ...... at ........................ (City and State where this person was living)

(d) I traveled to the United States with ........................

(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

N/A

(5) Have you been out of the United States since you first arrived?  ☐ Yes ☒No.  If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

(6) I _have not_ filed a petition for naturalization.
    (have) (have not)

(If "have", attach full explanation.)

**TO THE APPLICANT.—Do not write between the double lines below.  Continue on next page.**

| ARRIVAL RECORDS EXAMINED | ARRIVAL RECORD FOUND |
|---|---|
| Card index ........................ | Place ........................ Date ........ |
| Index books ........................ | Name ........................ |
| Manifests ........................ | |
| | Manner ........................ |
| | Marital status ........................ Age ........ |
| ........................ | |
| ........................ | (Signature of person making search) |

Form N-600 (Rev. 5-5-83)N          (1)

602

(7) I claim United States citizenship through my (check whichever applicable) ☐ father; ☒ mother; ☐ both parents;

☐ adoptive parent(s)    ☐ husband.

(8) My father's name is ..............................................; he was born on ............ ............ ............
                                                                                        (Month)  (Day)  (Year)

at ........................... ........................... ; and resides at ......................................................
        (City)              (State or country)                    (Street address, city, and State or country. If dead, write
"dead" and date of death.) ....... He became a citizen of the United States by ☐ birth; ☐ naturalization on ............ ............ ............
                                                                                                    (Month)  (Day)  (Year)

in the ................................................................    Certificate of Naturalization No. ......................
                (Name of court, city, and State)

☐ through his parent(s), and ............ ............ issued Certificate of Citizenship No. A or AA ......................
                            (was)   (was not)

(If known) His former Alien Registration No. was ......................................................................

He ............ lost United States citizenship. (If citizenship lost, attach full explanation.)
    (has)  (has not)

He resided in the United States from ............ to ............ ; from ............ to ............ ; from ............ to ............ ;
                                    (Year)      (Year)       (Year)      (Year)       (Year)      (Year)

from ............ to ............ ; from ............ to ............ ; I am the child of his ............ marriage.
     (Year)      (Year)          (Year)      (Year)                                  (1st, 2d, 3d, etc.)

(9) My mother's present name is  Elvia PEREZ-Estrada  ; her maiden name was  same  ;

she was born on  ████-54  ; at  Brownsville,    Texas    USA  ; she resides
                (Month) (Day) (Year)              (City)        (State or country)

at  ███████████████████████████████████  78520  . She became a citizen of the United States
        (Street address, city, and State or country. If dead, write "dead" and date of death.)

by ☒ birth; ☐ naturalization under the name of ......................................................................

on ............ ............ ............ in the ...........................................................................
   (Month)  (Day)  (Year)                            (Name of court, city, and State)

Certificate of Naturalization No. ........................ ; ☐ through her parent(s), and ............ ............ issued Certificate
                                                                                    (was)   (was not)

of Citizenship No. A or AA ........................ (If known) Her former Alien Registration No. was ......................

She has not lost United States citizenship. (If citizenship lost, attach full explanation.)
    (has) (has not)

She resided in the United States from birth to 1959 ; from 1960 to present only goes back and forth.
                                     (Year)  (Year)      (Year)      (Year)       (Year)      (Year)

to ............ ; from ............ to ............ ; I am the child of her  N/A  marriage. Natural Child
                      (Year)      (Year)                              (1st, 2d, 3d, etc.)

(10) My mother and my father were married to each other on  N/A  at  NEVER MARRIED
                                                            (Month) (Day) (Year)   (City)        (State or country)

(11) If claim is through adoptive parent(s):

      I was adopted on ......................................... in the ......................................
                         (Month)  (Day)  (Year)                              (Name of Court)

at ........................................... by my ......................................
       (City or town)  (State)  (Country)                          (mother, father, parents)

who were not United States citizens at that time.

(12) My ............ served in the Armed Forces of the United States from ......................................
         (father) (mother)                                                              (Date)

to ............ and ............ honorably discharged.
     (Date)        (was) (was not)

(13) I have not lost my United States citizenship. (If citizenship lost, attach full explanation.)
       (have) (have not)

(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| birth certificate of | Abel DELA CRUZ-Perez |
| photographs of | Abel DELA CRUZ-Perez |
| birth certificate of | Elvia PEREZ-Estrada |
| Baptismal Certificate | Elvia PEREZ-Estrada |
| copies of birth certificates of younger brother and sister will taken at time | |
| of hearing | |

(2)

(15) Fill in this block if your brother, x, mother or father ever applied to the Immi on Service for a certificate of citizenship.

| NAME OF RELATIVE | RELATIONSHIP | DATE OF BIRTH | WHEN APPLICATION SUBMITTED | CERTIFICATE NO. AND FILE NO., IF KNOWN, AND LOCATION OF OFFICE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

(16) Fill in this block only if you are now or ever have been a married woman. I have been married ............ time(s), as follows: (I. 2. 3. etc.)

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | | |

(17) Fill in this block only if you claim citizenship through a husband. (Marriage must have occurred prior to September 22, 1922.)
Name of citizen husband ........................ ; he was born on ........ (Month) (Day) (Year)
(Give full and complete name)
at ............ N/A ............ ; and resides at ....................
(State or country)          (Street address, city, and State or country. If dead, write
............................... He became a citizen of the United States by ☐ birth; ☐ naturalization on ........ (Month) (Day) (Year)
"dead" and date of death.)
in the ........................................ Certificate of Naturalization No. ....................
(Name of court, city, and State)
☐ through his parent(s), and ................ issued Certificate of Citizenship No. A or AA ....................
(was)     (was not)
He ............ since lost United States citizenship. (If citizenship lost, attach full explanation.)
(has)   (has not)
I am of the ................ race. Before my marriage to him, he was married ........... time(s), as follows:
(1. 2. 3. etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | |

(18) Fill in this block only if you claim citizenship through your stepfather. (Applicable only if mother married U.S. Citizen prior to September 22, 1922.)
The full name of my stepfather is ........................ ; he was born on ........ (Month) (Day) (Year)
at ............ N/A (City) ............ ; and resides at ....................
(State or country)          (Street address, city, and State or country. If dead, write
............................... He became a citizen of the United States by ☐ birth; ☐ naturalization on ........ (Month) (Day) (Year)
"dead" and date of death.)
in the ........................................ Certificate of Naturalization No. ....................
(Name of court, city, and State)
☐ through his parent(s), and ................ issued Certificate of Citizenship No. A or AA ....................
(was)     (was not)
He ............ since lost United States citizenship. (If citizenship lost, attach full explanation.)
(has)   (has not)
He and my mother were married to each other on ........ at ....................
(Month)   (Day)   (Year)          (City and State or country)
My mother is of the ................ race. She ................ issued Certificate of Citizenship No. A ....................
(was)   (was not)
Before marrying my mother, my stepfather was married ........... time(s), as follows:
(1. 2. 3. etc.)

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | |

(19) I have not previously applied for a certificate of citizenship on ............ , at ............
(have)   (have not)                                      (Date)          (Office)

(20) Signature of person presenting form, if other than applicant. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

SIGNATURE: ................
Address: Rosaura Ramirez
JONES & CRANE
Attorney-At-Law
P.O. Drawer 1045
Weslaco, Texas 78596

DATE: 06-23-92

(SIGN HERE) ........................
(Signature of applicant or parent or guardian)

(2)

603

FROM

**U.S. DEPARTMENT OF JUSTICE**
IMMIGRATION AND NATURALIZATION SERVICE

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115-0018

**FEE STAMP**

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

Date **06-23-92**

(Print or type) ....**Franciaca DELA CRUZ-Perez**............ nee .....**same**......
(Full, True Name, without Abbreviations)                    (Maiden name, if any)

................(Apartment number, Street address, and, if appropriate, "in care of")

(City)        (County)        (State)        (ZIP Code)

**NONE**
(Telephone Number)

**ALIEN REGISTRATION**
No. ...........................

**(SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)**

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in ...**Est.Ramirez**.., **Tamps.**, **Mexico**...... on .........**-89**.....
(City)        (State or country)        (Month) (Day) (Year)

(2) My personal description is: Sex ..**female**.., complexion ..**med dark**..color of eyes ..**brown**.. ; color of hair ..**black**.. ; height .........feet ..**52½**.... inches; weight ..**93**........ pounds; visible distinctive marks .........**NONE**......
.................... Marital status: **XX**Single; ☐ Married; ☐ Divorced; ☐ Widow(er).

(3) I arrived in the United States at **near Brownsville**, **Texas** USA ...... on **May 1992**......
(City and State)        (Month) (Day) (Year)

under the name .........**N/A**......... by means of ....................
(Name of ship or other means of arrival)

☐ on U.S. Passport No. ................. issued to me at .................. on ................
(Month) (Day) (Year)

☐ on an Immigrant Visa. ☐ Other (specify) ....................

**(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.**

(a) My last permanent foreign residence was ....................
(City)        (Country)

(b) I took the ship or other conveyance to the United States at ....................
**N/A**        (City)        (Country)

(c) I was coming to ....................                at ....................
(Name of person in the United States)        (City and State where this person was living)

(d) I traveled to the United States with ....................
(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

(5) Have you been out of the United States since you first arrived? ☐ Yes **XX** No. If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF AIRLINE, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PORT OF RETURN TO THE UNITED STATES |
|---|---|---|---|
| **NONE** | | | |
| | | | |
| | | | |
| | | | |

(6) I **have not** ..... filed a petition for naturalization.
(have)   (have not)

(If "have", attach full explanation.)

**TO THE APPLICANT.—Do not write between the double lines below. Continue on next page.**

| **ARRIVAL RECORDS EXAMINED** | **ARRIVAL RECORD FOUND** |
|---|---|
| Card index ................... | Place ...........  Date ...... |
| Index books ................... | Name ................... |
| Manifests ................... | |
| ................... | Manner ................... |
| ................... | Marital status ...........  Age ...... |
| | (Signature of person making search) |

Form N-600 (Rev. 5-5-83)N                    (1)

**604**

FROM

(7) I claim United States citizenship through my (check whichever applicable) ☐ father; ☒ mother; ☐ both parents;

☐ adoptive parent(s)    ☐ husband

(8) My father's name is ........................................................................; he was born on ........................................
(Month)   (Day)   (Year)

at ........................................ ........................................; and resides at ........................................
(City)   (State or country)   (Street address, city, and State or country. If dead, write

........................................ He became a citizen of the United States by ☐ birth; ☐ naturalization on ........................................
"dead" and date of death.)   (Month)   (Day)   (Year)

in the ........................................   Certificate of Naturalization No. ........................................
(Name of court, city, and State)

☐ through his parent(s), and ........................................ issued Certificate of Citizenship No. A or AA ........................................
(Year)   (was)   (was not)

(If known) His former Alien Registration No. was ........................................

He ........................................ lost United States citizenship. (If citizenship lost, attach full explanation.)
(has) (has not)

He resided in the United States from ........... to ........... ; from ........... to ........... ; from ........... to ........... ;
(Year)   (Year)   (Year)   (Year)   (Year)   (Year)

from ........... to ........... ; from ........... to ........... ; I am the child of his ........................................ marriage.
(Year)   (Year)   (Year)   (Year)   (1st, 2d, 3d, etc.)

(9) My mother's present name is Elvia PEREZ-Estrada ........................................; her maiden name was SAME ........................................;

she was born on ████-54 at Brownsville, Texas USA ; she resides
(Month) (Day) (Year)   (City)   (State or country)

at ████████████████████████████ 78520 She became a citizen of the United States
(Street address, city, and State or country. If dead, write "dead" and date of death.)

by ☒ birth; ☐ naturalization under the name of ........................................

on ........................................ N/A ........................................ in the ........................................
(Month)   (Day)   (Year)   (Name of court, city, and State)

Certificate of Naturalization No. ........................................; ☐ through her parent(s), and ........................................ issued Certificate
(was)   (was not)

of Citizenship No. A or AA ........................................ (If known) Her former Alien Registration No. was ........................................

She has not lost United States citizenship. (If citizenship lost, attach full explanation.)
(has) (has not)

from 1960 to present only goes back and forth

She resided in the United States from birth to 1959 ; from ........... to ........... ; from ........... to ........... ; from ...........
(Year)   (Year)   (Year)   (Year)   (Year)

to ........... ; from ........... to ........... ; I am the child of her N/A marriage.    NATURAL CHILD
(Year)   (Year)   (Year)   (1st, 2d, 3d, etc.)

(10) My mother and my father were married to each other on N/A at NEVER MARRIED
(Month) (Day) (Year)   (City)   (State or country)

(11) If claim is through adoptive parent(s):

I was adopted on ........................................ in the ........................................
(Month)   (Day)   (Year)   (Name of Court)

at ........................................ by my ........................................
(City or town)   (State)   (Country)   (mother, father, parents)

who were not United States citizens at that time.

(12) My ........................................ served in the Armed Forces of the United States from ........................................
(father)   (mother)   (Date)

to ........................................ and ........................................ honorably discharged.
(Date)   (was)   (was not)

(13) I have not lost my United States citizenship. (If citizenship lost, attach full explanation.)
(have)(have not)

(14) I submit the following documents with this application:

| Nature of Document | Names of Persons Concerned |
|---|---|
| birth certificate of | Francisca DELA CRUZ-Perez |
| birth certificate of | Elvia PEREZ-Estrada |
| baptismal certificate of | Elvia PEREZ-Estrada |
| photographs of | Francisca DELA CRUZ-Perez |
| form Gn28 for | Francisca DELA CRUZ-Perez |

copies of birth certificates of younger brother and sister of Elvia will presented at
time of hearing.

(2)

**(15) Fill in this block if your brother, si~~~ mother or father ever applied to the Immig~~ on Service for a certificate of citizenship.**

| NAME OF RELATIVE | RELATIONSHIP | DATE OF BIRTH | WHEN APPLICATION SUBMITTED | CERTIFICATE NO. AND FILE NO. IF KNOWN, AND LOCATION OF OFFICE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

**(16) Fill in this block only if you are now or ever have been a married woman. I have been married .......... time(s), as follows:** *(1, 2, 3, etc.)*

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | | |

**(17) Fill in this block only if you claim citizenship through a husband.** *(Marriage must have occurred prior to September 22, 1922.)*

Name of citizen husband ..................................................; he was born on .......... (Month) (Day) (Year)
at .................... (City) ..........................; and resides at .................... (State or country) (Street address, city, and State or country. If dead, write
N/A "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on .......... (Month) (Day) (Year)
in the ..................................... (Name of court, city, and State) Certificate of Naturalization No. ..........;
☐ through his parent(s), and .......... (was) (was not) .......... issued Certificate of Citizenship No. A or AA ..........
He .......... (has) (has not) .......... since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
I am of the .......... N/A .......... race. Before my marriage to him, he was married .......... time(s), as follows: *(1, 2, 3, etc.)*

| DATE MARRIED | NAME OF WIFE | | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | | |

**(18) Fill in this block only if you claim citizenship through your stepfather.** *(Applicable only if mother married U.S. Citizen prior to September 22, 1922.)*

The full name of my stepfather is ..................................................; he was born on .......... (Month) (Day) (Year)
N/A
at .................... (City) ..........................; and resides at .................... (State or country) (Street address, city, and State or country. If dead, write
"dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on .......... (Month) (Day) (Year)
in the ..................................... (Name of court, city, and State) Certificate of Naturalization No. ..........;
☐ through his parent(s), and .......... (was) (was not) .......... issued Certificate of Citizenship No. A or AA ..........
He .......... (has) (has not) .......... since lost United States citizenship. *(If citizenship lost, attach full explanation.)*
He and my mother were married to each other on .......... (Month) (Day) (Year) .......... at .......... (City and State or country)
My mother is of the .......... race. She .......... (was) (was not) .......... issued Certificate of Citizenship No. A ..........
Before marrying my mother, my stepfather was married .......... time(s), as follows: *(1, 2, 3, etc.)*

| DATE MARRIED | NAME OF WIFE | | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or divorce) |
| N/A | | | | |

**(19) I** have not **previously applied for a certificate of citizenship on ..........**, at ..........
(have)    (have not)    (Date)    (Office)

| (20) Signature of person preparing form, if other than applicant. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. | (SIGN HERE) ........................ (Signature of applicant or parent or guardian) |
|---|---|
| SIGNATURE: Regura ....... JONES & CRANE Attorneys-At-Law P.O. Drawer 1045 Westlaco, Texas 78596     DATE: 06-23-92 | |

(3)

605