IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 1997

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., | § § § |
| Plaintiffs, | § § |
| v. | §  CA NO. B-96-116 |
| | § |
| JANET RENO, et. al., | § § § |
| Defendants. | § § |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENT TO THEIR MOTION FOR CLASS CERTIFICATIONN

Come now the plaintiffs and request leave of this Court to file the attached Supplement to Plaintiffs' Motion for Class Certification. As grounds for this motion, plaintiffs would state the following:

1. On October 18, 1996, plaintiffs filed their Motion for Class Certification. Points and Authorities in support of this motion were filed on November 7, 1996. On that same day, plaintiffs also filed an Amended complaint which included an Amended Class Definition.

2. At a hearing on November 15, 1996, this Court set a deadline for defendants to reply to plaintiffs' motion for class certification. At that time, the Court also denied plaintiffs' request for leave to file a response to defendants' reply.

2. On December 10, 1996, defendants' filed their opposition to plaintiffs' class certification motion, claiming that plaintiffs met none of the requirements of Rule 23 of the Federal Rules of

Civil procedure. Shortly, thereafter, defendants filed answers to plaintiffs' first set of discovery. These answers directly related to plaintiffs' motion for class certification and refuted defendants' claim that plaintiffs failed to demonstrate the numerosity requirement.

3. Since that time, plaintiffs have discovered other documents which also specifically support their claim of numerosity.

4. Plaintiffs have requested a hearing on their Motion for Class Certification. This request was objected to by defendants, who erroneously alleged that plaintiffs "elected not to reply to Defendants' opposition to the motion." Defendants' opposition to plaintiffs' request for a hearing at 2.

5. Plaintiffs now request the opportunity to file a supplement to their motion for class certification to provide the Court with the newly discovered evidence that relates to numerosity; to provide the Court with an affidavit from counsel demonstrating that they are sufficiently qualified to represent a class; and to rebut certain of defendants' claims in opposition to the motion.

6. Plaintiffs have not unduly delayed in filing this request. Discovery has been ongoing, and it is only very recently that defendants informed the plaintiffs that they had no documents to produce in response to a request by the plaintiffs. Plaintiffs had expected documents that would be material to their motion and were thus waiting for defendants' response before filing this

Supplement.

7. The additional evidence obtained by the plaintiffs subsequent to their motion provides good cause to support the filing of the attached Supplement.

WHEREFORE, for all of the reasons stated, plaintiffs respectfully request that this Court grant their motion and allow them to file the attached Supplement.

Respectfully submitted,

MARY A. KENNEY
LYNN COYLE
Lawyers' Committee for Civil
Rights Under Law of Texas
Immigrant and Refugee Rights
Project
2311 N. Flores Street
San Antonio, Texas 78212-3817
(210) 736-1503
FAX 736-3958

LISA BRODYAGA
402 E. Harrison, 2nd
Harlingen, Texas 78550
(210) 421-3226

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/27/97, a true and correct copy of the foregoing document was sent via U.S. certified mail, return receipt requested to the following:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P O Box 878, Ben Franklin Station
Washington, DC  20044

_____
MARY A. KENNEY

588