```
PSXIAJ43                PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O        11:00:43
                    REPORTING PERIOD: MONTH 03 YR 92
```

| WORKLOAD SUMMARY | | *----------------COMPLETED----------------* | | |
|---|---|---|---|---|
| | | | *-------DENIED------* | |
| | | APPROVED | FRAUD | OTHER | RETURNED |
| | | (G) | (H) | (I) | (J) |

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 71 | | 39 | |
| 160B | N-400 NATZ. - CHILD | 2 | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 26 | | 10 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5       <ENTER>
        PREV      REFRESH      RETURN      HELP         SAVE
```

401

```
PSXIAJ44              F__ ADJUDICATIONS/NATURALIZA___NS              09/09/95
          G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O       11:00:48
                  REPORTING PERIOD: MONTH 03 YR 92
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 700 | 87 | 239 |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 191 | 40 | 9? |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 425 | 17 | 79 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

402

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 700 | 117 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 191 | 32 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 425 | 27 | |
| 166 | N-300 DECL. INTENT | | 1 | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| PF2 | PF3 | PF4 | PF5 | <ENTER> |
| PREV | REFRESH | RETURN | HELP | SAVE |

403

404

PSXIAJ43 H..S ADJUDICATIONS/NATURALIZA..ONS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 11:01:27
REPORTING PERIOD: MONTH 04 YR 92

| WORKLOAD SUMMARY | | COMPLETED | | | |
| --- | --- | --- | --- | --- | --- |
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 106 | | 25 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 8 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 52 | | 3 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV  PF3 REFRESH  PF4 RETURN  PF5 HELP  <ENTER> SAVE

PSXIAJ43                HLG   DJUDICATIONS/NATURALIZATI S              09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O       11:01:27
                      REPORTING PERIOD: MONTH 04 YR 92

WORKLOAD SUMMARY                    *----------------COMPLETED----------------*
                                      *-------DENIED------*
                              APPROVED       FRAUD       OTHER      RETURNED
                                (G)           (H)         (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 106 | | 25 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 8 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 52 | | 3 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

           PF2          PF3          PF4          PF5        <ENTER>
           PREV        REFRESH      RETURN        HELP        SAVE

405

PSXIAJ44                    PA. ADJUDICATIONS/NATURALIZAT...NS                    09/09/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O    11:01:32
                        REPORTING PERIOD: MONTH 04 YR 92


WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 686 | 99 | 22 |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 213 | 25 | 10 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 397 | 24 | 6 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |


        PF2          PF3          PF4          PF5      <ENTER>
        PREV       REFRESH       RETURN        HELP       SAVE


406

```
PSXIAJ41                    PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
                G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        11:01:47
                       REPORTING PERIOD: MONTH 05 YR 92
```

```
WORKLOAD SUMMARY                          BEGIN     *-----RECEIVED-------*
                                         PENDING    INITIAL    RESUBMITED
                                           (A)        (B)         (C)


160A  N-400 NATZ.                          686        72
160B  N-400 NATZ. - CHILD                    1
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.                 213        31           2
162   N-643 CITZ. ADPTD. CHILD               1
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.         397        12
166   N-300 DECL. INTENT                     1
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


         PF2         PF3         PF4         PF5       <ENTER>
         PREV      REFRESH      RETURN       HELP        SAVE
```

407

```
PSXIAJ43                PAS ADJUDICATIONS/NATURALIZATIONS            09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O      11:01:59
                    REPORTING PERIOD: MONTH 05 YR 92
```

| | WORKLOAD SUMMARY | *---------------COMPLETED---------------* | | | |
| | | *-------DENIED------* | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|------|---------------------------|------|------|------|------|
| 160A | N-400 NATZ. | 101 | | 3 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 10 | | 5 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 14 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5       <ENTER>
        PREV       REFRESH     RETURN       HELP        SAVE
```

408

PSXIAJ44            PA... ADJUDICATIONS/NATURALIZATI..NS          09/09/95
           G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O      11:02:04
                    REPORTING PERIOD: MONTH 05 YR 92

WORKLOAD SUMMARY

|      |                            | OTHER DISP. (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|------|----------------------------|-----------------|-----------------|-------------------|--------------------|
| 160A | N-400 NATZ.                |                 | 654             | 84                | 32                 |
| 160B | N-400 NATZ. - CHILD        |                 | 1               |                   |                    |
| 160C | N-400 NATZ. - MLTRY. SVC.  |                 |                 |                   |                    |
| 161  | N-600 CLAIM TO CITZ.       |                 | 231             | 7                 | 7.                 |
| 162  | N-643 CITZ. ADPTD. CHILD   |                 | 1               |                   |                    |
| 163  | N-644 PSTHMS. CITZ.        |                 |                 |                   |                    |
| 164  | N-470 PRSVTN. RSDNC.       |                 |                 |                   |                    |
| 165  | N-565 RPLC. NATZ./CITZ.CERT. |               | 395             |                   | 3.                 |
| 166  | N-300 DECL. INTENT         |                 | 1               |                   |                    |
| 167  | N-336 APP. NATZ.RVW.       |                 |                 |                   |                    |
| 168  | DENOVO NATZ. HRNGS.        |                 |                 |                   |                    |
| 169  | RSRVD/N-400 NATZ. FRONTLOG |                 |                 |                   |                    |

        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE

409

```
PSXIAJ41                    PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O         11:05:54
                    REPORTING PERIOD: MONTH 06 YR 92
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 654 | 49 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 231 | 25 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 395 | 34 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
         PF2        PF3        PF4        PF5      <ENTER>
         PREV     REFRESH    RETURN      HELP        SAVE
```

410

```
PSXIAJ43                    PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O         11:06:13
                       REPORTING PERIOD: MONTH 06 YR 92
```

| WORKLOAD SUMMARY | | *----------------COMPLETED----------------* | | |
|---|---|---|---|---|
| | | | *-------DENIED------* | |
| | APPROVED | FRAUD | OTHER | RETURNED |
| | (G) | (H) | (I) | (J) |
| 160A  N-400 NATZ. | 96 | | 13 | |
| 160B  N-400 NATZ. - CHILD | | | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | | | | |
| 161   N-600 CLAIM TO CITZ. | 18 | | 18 | |
| 162   N-643 CITZ. ADPTD. CHILD | | | | |
| 163   N-644 PSTHMS. CITZ. | | | | |
| 164   N-470 PRSVTN. RSDNC. | | | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 20 | | 2 | |
| 166   N-300 DECL. INTENT | | | | |
| 167   N-336 APP. NATZ.RVW. | | | | |
| 168   DENOVO NATZ. HRNGS. | | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH      RETURN        HELP          SAVE
```

411

```
FSXIAJ44              P..  .DJUDICATIONS/NATURALIZA.. .S          09/09/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O     11:06:19
                      REPORTING PERIOD: MONTH 06 YR 92
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 594 | 143 | 103 |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 220 | 37 | 58 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 407 | 16 | 49 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

412

```
PSXIAJ41                 PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O         11:06:56
                    REPORTING PERIOD: MONTH 07 YR 92
```

| WORKLOAD SUMMARY | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|
| 160A  N-400 NATZ. | 594 | 200 | |
| 160B  N-400 NATZ. - CHILD | 1 | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | | | |
| 161   N-600 CLAIM TO CITZ. | 220 | 34 | |
| 162   N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163   N-644 PSTHMS. CITZ. | | | |
| 164   N-470 PRSVTN. RSDNC. | | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 407 | 24 | |
| 166   N-300 DECL. INTENT | 1 | | |
| 167   N-336 APP. NATZ.RVW. | | | |
| 168   DENOVO NATZ. HRNGS. | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | |

```
         PF2          PF3          PF4          PF5       <ENTER>
         PREV       REFRESH      RETURN        HELP         SAVE
```

413

```
PSXIAJ43                  PAS ADJUDICATIONS/NATURALIZATIONS                09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O           11:07:39
                      REPORTING PERIOD: MONTH 07 YR 92
```

| WORKLOAD SUMMARY | *---------------COMPLETED----------------* | | | |
| | | *-------DENIED------* | | |
| | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|
| 160A  N-400 NATZ. | 102 | | 34 | |
| 160B  N-400 NATZ. - CHILD | | | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | | | | |
| 161   N-600 CLAIM TO CITZ. | 11 | | 7 | |
| 162   N-643 CITZ. ADPTD. CHILD | | | | |
| 163   N-644 PSTHMS. CITZ. | | | | |
| 164   N-470 PRSVTN. RSDNC. | | | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 36 | | | |
| 166   N-300 DECL. INTENT | | | | |
| 167   N-336 APP. NATZ.RVW. | | | | |
| 168   DENOVO NATZ. HRNGS. | | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
          PF2          PF3          PF4          PF5        <ENTER>
          PREV       REFRESH      RETURN         HELP         SAVE
```

414

```
PSXIAJ44                  PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O         11:07:46
                      REPORTING PERIOD: MONTH 07 YR 92
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------ OFFICER (M) | CLERICAL (N) |
|------|-----------------------|---|-----|-----|-----|
| 160A | N-400 NATZ. | | 658 | 152 | 16? |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 236 | 38 | 39 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 395 | 27 | 18 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5       <ENTER>
        PREV      REFRESH      RETURN      HELP        SAVE
```

414

Case 1:96-cv-00116    Document 42-2    Filed in TXSD on 04/01/1997    Page 16 of 40

| WORKLOAD SUMMARY | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|
| 160A  N-400 NATZ. | 658 | 455 | |
| 160B  N-400 NATZ. - CHILD | 1 | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | | | |
| 161   N-600 CLAIM TO CITZ. | 236 | 21 | |
| 162   N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163   N-644 PSTHMS. CITZ. | | | |
| 164   N-470 PRSVTN. RSDNC. | | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 395 | 21 | |
| 166   N-300 DECL. INTENT | 1 | | |
| 167   N-336 APP. NATZ.RVW. | | | |
| 168   DENOVO NATZ. HRNGS. | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

415

PSXIAJ43                    PAS ADJUDICATIONS/NATURALIZATIONS                    09/09/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O          11:08:14
                        REPORTING PERIOD: MONTH 08 YR 92


WORKLOAD SUMMARY                          *----------------COMPLETED----------------*
                                              *-------DENIED------*
                              APPROVED        FRAUD         OTHER        RETURNED
                                (G)            (H)           (I)           (J)
160A  N-400 NATZ.                106                          42
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.        31                           7
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.   23
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


           PF2          PF3          PF4          PF5        <ENTER>
           PREV       REFRESH      RETURN        HELP         SAVE


416

WORKLOAD SUMMARY

|       |                           | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|-------|---------------------------|------|------|------|------|
| 160A  | N-400 NATZ.               |      | 965  | 180  | 109  |
| 160B  | N-400 NATZ. - CHILD       |      | 1    |      |      |
| 160C  | N-400 NATZ. - MLTRY. SVC. |      |      |      |      |
| 161   | N-600 CLAIM TO CITZ.      |      | 219  | 56   | 34   |
| 162   | N-643 CITZ. ADPTD. CHILD  |      | 1    |      |      |
| 163   | N-644 PSTHMS. CITZ.       |      |      |      |      |
| 164   | N-470 PRSVTN. RSDNC.      |      |      |      |      |
| 165   | N-565 RPLC. NATZ./CITZ.CERT. |   | 393  | 20   | 21   |
| 166   | N-300 DECL. INTENT        |      | 1    |      |      |
| 167   | N-336 APP. NATZ.RVW.      |      |      |      |      |
| 168   | DENOVO NATZ. HRNGS.       |      |      |      |      |
| 169   | RSRVD/N-400 NATZ. FRONTLOG |     |      |      |      |

PF2        PF3          PF4          PF5        <ENTER>
PREV       REFRESH      RETURN       HELP        SAVE

417

```
PSXIAJ41                  PAS ADJUDICATIONS/NATURALIZATI.. S              09/09/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        11:08:45
                    REPORTING PERIOD: MONTH 09 YR 92
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 965 | 410 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 219 | 22 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 393 | 15 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH      RETURN        HELP          SAVE
```

448

```
PSXIAJ42              PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
           G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O      11:08:55
                 REPORTING PERIOD: MONTH 09 YR 92
```

|  |  | RECEIVED (D) | RELOCATED TRANSFER'D OUT (E) | SENT PROCESSING COMPLETED (F) |
|---|---|---|---|---|
| 160A | N-400 NATZ. |  | 37 |  |
| 160B | N-400 NATZ. - CHILD |  |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |
| 161 | N-600 CLAIM TO CITZ. |  | 19 |  |
| 162 | N-643 CITZ. ADPTD. CHILD |  |  |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  |  |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  | 302 |  |
| 166 | N-300 DECL. INTENT |  |  |  |
| 167 | N-336 APP. NATZ.RVW. |  |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |

WORKLOAD SUMMARY

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV       REFRESH     RETURN      HELP        SAVE
```

```
PSXIAJ43                 PAS ADJUDICATIONS/NATURALIZATIONS               09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O         11:09:02
                     REPORTING PERIOD: MONTH 09 YR 92
```

| | WORKLOAD SUMMARY | *---------------COMPLETED---------------* | | | |
| | | | *-------DENIED------* | | |
| | | APPROVED | FRAUD | OTHER | RETURNED |
| | | (G) | (H) | (I) | (J) |
| 160A | N-400 NATZ. | 101 | | 30 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 26 | | 6 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 15 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
          PF2          PF3          PF4          PF5        <ENTER>
          PREV       REFRESH      RETURN        HELP          SAVE
```

420

```
PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATIONS                 09/09/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O            11:09:08
                      REPORTING PERIOD: MONTH 09 YR 92
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1207 | | |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 190 | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 91 | | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

421

```
PSXIAJ41                PAS ADJUDICATIONS/NATURALIZATIONS          09/09/95
             G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O   11:09:53
                    REPORTING PERIOD: MONTH 10 YR 92
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 1207 | 354 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 190 | 50 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 91 | 18 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2        PF3        PF4        PF5       <ENTER>
        PREV      REFRESH    RETURN     HELP        SAVE
```

422

PSXIAJ43                    PAS ADJUDICATIONS/NATURALIZATIONS                09/09/95
           G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O            11:10:03
                     REPORTING PERIOD: MONTH 10 YR 92


WORKLOAD SUMMARY                    *----------------COMPLETED----------------*
                                     *-------DENIED------*
                          APPROVED        FRAUD          OTHER        RETURNED
                            (G)            (H)            (I)           (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 131 | | 20 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 6 | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 25 | | 1 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |


            PF2          PF3          PF4          PF5        <ENTER>
            PREV       REFRESH      RETURN        HELP          SAVE

423

Case 1:96-cv-00116    Document 42-2    Filed in TXSD on 04/01/1997    Page 25 of 40

WORKLOAD SUMMARY

|       |                           | OTHER DISP. (K) | END PENDING (L) | *------HOURS------*  OFFICER (M) | CLERICAL (N) |
|-------|---------------------------|-----------------|-----------------|---------------------------------|--------------|
| 160A  | N-400 NATZ.               |                 | 1410            | 124                             | 310          |
| 160B  | N-400 NATZ. - CHILD       |                 | 1               |                                 |              |
| 160C  | N-400 NATZ. - MLTRY. SVC. |                 |                 |                                 |              |
| 161   | N-600 CLAIM TO CITZ.      |                 | 234             | 18                              | 8            |
| 162   | N-643 CITZ. ADPTD. CHILD  |                 | 1               |                                 |              |
| 163   | N-644 PSTHMS. CITZ.       |                 |                 |                                 |              |
| 164   | N-470 PRSVTN. RSDNC.      |                 | 1               |                                 |              |
| 165   | N-565 RPLC. NATZ./CITZ.CERT. |              | 83              | 16                              | 10           |
| 166   | N-300 DECL. INTENT        |                 | 1               |                                 |              |
| 167   | N-336 APP. NATZ.RVW.      |                 |                 |                                 |              |
| 168   | DENOVO NATZ. HRNGS.       |                 |                 |                                 |              |
| 169   | RSRVD/N-400 NATZ. FRONTLOG |                |                 |                                 |              |

```
        PF2        PF3        PF4        PF5      <ENTER>
        PREV     REFRESH     RETURN     HELP       SAVE
```

424

Case 1:96-cv-00116     Document 42-2     Filed in TXSD on 04/01/1997     Page 26 of 40

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 1410 | 245 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 234 | 16 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 83 | 20 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV      REFRESH      RETURN      HELP        SAVE
```

425

```
PSXIAJ43                PAS ADJUDICATIONS/NATURALIZATIONS            09/09/95
         G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O       11:10:47
                   REPORTING PERIOD: MONTH 11 YR 92
```

WORKLOAD SUMMARY                  *----------------COMPLETED----------------*
                                     *-------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 199 | | 142 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 6 | | 5 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 3 | | 2 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
         PF2          PF3          PF4          PF5       <ENTER>
         PREV       REFRESH      RETURN        HELP         SAVE
```

426

```
PSXJAJ44                 PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
           G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O         11:10:53
                    REPORTING PERIOD: MONTH 11 YR 92
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* | |
|---|---|---|---|---|---|
| | | | | OFFICER (M) | CLERICAL (N) |
| 160A | N-400 NATZ. | | 1314 | 209 | 334 |
| 160B | N-400 NATZ. - CHILD | | 1 | 1 | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 239 | 21 | 6 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 98 | 3 | 1 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2        PF3         PF4         PF5       <ENTER>
        PREV     REFRESH      RETURN      HELP         SAVE
```

427

```
PSXIAJ41                 PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O         11:11:11
                   REPORTING PERIOD: MONTH 12 YR 92
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 1314 | 230 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 239 | 14 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 98 | 28 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2        PF3        PF4        PF5       <ENTER>
        PREV      REFRESH    RETURN      HELP        SAVE
```

428

```
PSXIAJ43              PAS ADJUDICATIONS/NATURALIZATIONS            09/09/95
          G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O      11:11:21
                    REPORTING PERIOD: MONTH 12 YR 92
```

| | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|
| WORKLOAD SUMMARY | *---------------COMPLETED---------------* | | | |
| | *------DENIED------* | | | |
| 160A  N-400 NATZ. | 206 | | 29 | |
| 160B  N-400 NATZ. - CHILD | | | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | | | | |
| 161   N-600 CLAIM TO CITZ. | 18 | | 9 | |
| 162   N-643 CITZ. ADPTD. CHILD | | | | |
| 163   N-644 PSTHMS. CITZ. | | | | |
| 164   N-470 PRSVTN. RSDNC. | | | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 49 | | | |
| 166   N-300 DECL. INTENT | | | | |
| 167   N-336 APP. NATZ.RVW. | | | | |
| 168   DENOVO NATZ. HRNGS. | | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

459

Case 1:96-cv-00116    Document 42-2    Filed in TXSD on 04/01/1997    Page 31 of 40

WORKLOAD SUMMARY

|  |  | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* |  |
|--|--|--|--|--|--|
|  |  |  |  | OFFICER (M) | CLERICAL (N) |
| 160A | N-400 NATZ. |  | 1309 | 207 | 223 |
| 160B | N-400 NATZ. - CHILD |  | 1 |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |  |
| 161 | N-600 CLAIM TO CITZ. |  | 226 | 32 | 18 |
| 162 | N-643 CITZ. ADPTD. CHILD |  | 1 |  |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  | 1 |  |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  | 77 | 34 | 13 |
| 166 | N-300 DECL. INTENT |  | 1 |  |  |
| 167 | N-336 APP. NATZ.RVW. |  |  |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |  |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|--|--|--|--|--|
| PREV | REFRESH | RETURN | HELP | SAVE |

460

```
PSXIAJ11                  PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O       17:42:31
                        REPORTING PERIOD: MONTH 01 YR 93
```

| | | BEGIN<br>PENDING<br>(A) | *-----RECEIVED-------*<br>INITIAL<br>(B) | <br>RESUBMITED<br>(C) |
|---|---|---|---|---|
WORKLOAD SUMMARY

| | | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 1309 | 242 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 226 | 8 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 77 | 8 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH       RETURN        HELP         SAVE
```

441

PSXIAJ43                   PAJ ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O        17:44:13
                      REPORTING PERIOD: MONTH 01 YR 93

WORKLOAD SUMMARY                        *---------------COMPLETED---------------*
                                         *-------DENIED------*
                              APPROVED      FRAUD        OTHER      RETURNED
                               (G)          (H)          (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 101 | | 12 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 9 | | 1 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 37 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

           PF2           PF3          PF4          PF5        <ENTER>
           PREV        REFRESH       RETURN        HELP         SAVE

4c2

```
PSXIAJ44                  PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O       17:44:19
                        REPORTING PERIOD: MONTH 01 YR 93
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1438 | 103 | 154 |
| 160B | N-400 NATZ. - CHILD | | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 224 | 29 | 9 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 48 | 23 | 6 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
          PF2          PF3          PF4          PF5       <ENTER>
          PREV       REFRESH      RETURN        HELP         SAVE
```

443

FSXIAJ41                    PAS ADJUDICATIONS/NATURALIZATIONS                 09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     17:44:47
                          REPORTING PERIOD: MONTH 02 YR 93

WORKLOAD SUMMARY                          BEGIN      *-----RECEIVED-------*
                                         PENDING      INITIAL   RESUBMITED
                                           (A)          (B)        (C)


160A  N-400 NATZ.                          1438         278
160B  N-400 NATZ. - CHILD                     1
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.                  224          29
162   N-643 CITZ. ADPTD. CHILD                1
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.                     1
165   N-565 RPLC. NATZ./CITZ.CERT.           48          19
166   N-300 DECL. INTENT                       1
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


          PF2           PF3           PF4           PF5        <ENTER>
          PREV        REFRESH       RETURN         HELP         SAVE


404

```
PSXIAJ43              PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O      17:44:58
                       REPORTING PERIOD: MONTH 02 YR 93
```

WORKLOAD SUMMARY

| | | *----------------COMPLETED----------------* | | |
|---|---|---|---|---|
| | | *-------DENIED------* | | |
| | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A N-400 NATZ. | 235 | | 48 | |
| 160B N-400 NATZ. - CHILD | | | | |
| 160C N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 N-600 CLAIM TO CITZ. | 2 | | 2 | |
| 162 N-643 CITZ. ADPTD. CHILD | | | | |
| 163 N-644 PSTHMS. CITZ. | | | | |
| 164 N-470 PRSVTN. RSDNC. | | | | |
| 165 N-565 RPLC. NATZ./CITZ.CERT. | 1 | | | |
| 166 N-300 DECL. INTENT | | | | |
| 167 N-336 APP. NATZ.RVW. | | | | |
| 168 DENOVO NATZ. HRNGS. | | | | |
| 169 RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2           PF3           PF4           PF5        <ENTER>
        PREV        REFRESH       RETURN         HELP          SAVE
```

4c5

PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATIONS                09/08/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O        17:45:03
                         REPORTING PERIOD: MONTH 02 YR 93


WORKLOAD SUMMARY

|        |                          | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* | |
|--------|--------------------------|-----------------|-----------------|---------|----------|
|        |                          |                 |                 | OFFICER (M) | CLERICAL (N) |
| 160A   | N-400 NATZ.              |                 | 1433            | 212     | 14       |
| 160B   | N-400 NATZ. - CHILD      |                 | 1               |         |          |
| 160C   | N-400 NATZ. - MLTRY. SVC.|                 |                 |         |          |
| 161    | N-600 CLAIM TO CITZ.     |                 | 249             | 12      | 9        |
| 162    | N-643 CITZ. ADPTD. CHILD |                 | 1               |         |          |
| 163    | N-644 PSTHMS. CITZ.      |                 |                 |         |          |
| 164    | N-470 PRSVTN. RSDNC.     |                 | 1               |         |          |
| 165    | N-565 RPLC. NATZ./CITZ.CERT. |             | 66              | 4       | 5        |
| 166    | N-300 DECL. INTENT       |                 | 1               |         |          |
| 167    | N-336 APP. NATZ.RVW.     |                 |                 |         |          |
| 168    | DENOVO NATZ. HRNGS.      |                 |                 |         |          |
| 169    | RSRVD/N-400 NATZ. FRONTLOG |               |                 |         |          |

        PF2          PF3            PF4           PF5        <ENTER>
        PREV         REFRESH        RETURN        HELP        SAVE


466

```
PSXIAJ41                 PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
           G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        17:45:24
                      REPORTING PERIOD: MONTH 03 YR 93
```

WORKLOAD SUMMARY                   BEGIN      *-----RECEIVED-------*
                                  PENDING     INITIAL    RESUBMITED
                                    (A)         (B)         (C)

| | | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 1433 | 309 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 249 | 28 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 66 | 26 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
         PF2          PF3          PF4          PF5        <ENTER>
         PREV        REFRESH      RETURN        HELP         SAVE
```

467

```
PSXIAJ43                 PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O        17:45:32
                     REPORTING PERIOD: MONTH 03 YR 93
```

| | | | APPROVED | FRAUD | OTHER | RETURNED |
|---|---|---|---|---|---|---|
WORKLOAD SUMMARY spanning `*---------------COMPLETED---------------*` and `*------DENIED------*`:

```
WORKLOAD SUMMARY                    *---------------COMPLETED---------------*
                                 *------DENIED------*
                         APPROVED      FRAUD      OTHER      RETURNED
                           (G)          (H)        (I)          (J)
160A  N-400 NATZ.          280                     105
160B  N-400 NATZ. - CHILD    1
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.   25                      2
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.   17
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

468

```
PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATIONS          09/08/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O      17:45:38
                       REPORTING PERIOD: MONTH 03 YR 93
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| | | | | *------HOURS------* | |
| 160A | N-400 NATZ. | | 1357 | 222 | 110 |
| 160B | N-400 NATZ. - CHILD | | | 1 | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 250 | 25 | 12 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 75 | 8 | 5 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3          PF4          PF5       <ENTER>
        PREV      REFRESH      RETURN        HELP         SAVE
```

469