```
PSXIAJ41                PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O      17:45:56
                    REPORTING PERIOD: MONTH 04 YR 93
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 1357 | 119 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 250 | 23 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 75 | 28 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2         PF3         PF4         PF5       <ENTER>
        PREV       REFRESH     RETURN       HELP        SAVE
```

410

```
PSXIAJ43            PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O    17:46:06
                    REPORTING PERIOD: MONTH 04 YR 93
```

WORKLOAD SUMMARY                    *---------------COMPLETED---------------*
                                    *-------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 206 | | 28 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 22 | | 17 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 49 | | 2 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2           PF3           PF4           PF5         <ENTER>
        PREV        REFRESH       RETURN         HELP          SAVE
```

471

```
PSXIAJ44                 PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O        17:46:11
                      REPORTING PERIOD: MONTH 04 YR 93
```

WORKLOAD SUMMARY

|  |  | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. |  | 1242 | 190 | 210 |
| 160B | N-400 NATZ. - CHILD |  |  |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |  |
| 161 | N-600 CLAIM TO CITZ. |  | 234 | 49 | 4 |
| 162 | N-643 CITZ. ADPTD. CHILD |  | 1 |  |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  | 1 |  |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  | 52 | 29 | 21 |
| 166 | N-300 DECL. INTENT |  | 1 |  |  |
| 167 | N-336 APP. NATZ.RVW. |  |  |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |  |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

472

```
PSXIAJ41                    PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O         17:46:26
                        REPORTING PERIOD: MONTH 05 YR 93
```

| | | | BEGIN | *-----RECEIVED-------* | |
|---|---|---|---|---|---|
| | | | PENDING | INITIAL | RESUBMITED |
| | | | (A) | (B) | (C) |
| 160A | N-400 | NATZ. | 1242 | 111 | |
| 160B | N-400 | NATZ. - CHILD | | 1 | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 | CLAIM TO CITZ. | 234 | 21 | |
| 162 | N-643 | CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 | PSTHMS. CITZ. | | | |
| 164 | N-470 | PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | 52 | 20 | |
| 166 | N-300 | DECL. INTENT | 1 | | |
| 167 | N-336 | APP. NATZ.RVW. | | | |
| 168 | | DENOVO NATZ. HRNGS. | | | |
| 169 | | RSRVD/N-400 NATZ. FRONTLOG | | | |

**WORKLOAD SUMMARY**

```
        PF2         PF3         PF4         PF5        <ENTER>
        PREV       REFRESH     RETURN       HELP         SAVE
```

473

```
PSXIAJ43              PAS ADJUDICATIONS/NATURALIZATIONS          09/08/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O    17:46:35
                       REPORTING PERIOD: MONTH 05 YR 93
```

WORKLOAD SUMMARY                    *----------------COMPLETED----------------:
                                       *-------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 181 | | 56 | |
| 160B | N-400 NATZ. - CHILD | 1 | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 10 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 11 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

474

```
PSXIAJ44              PA  ADJUDICATIONS/NATURALIZAT  NS          09/08/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O    17:46:40
                    REPORTING PERIOD: MONTH 05 YR 93
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1116 | 218 | 143 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 243 | 12 | 10 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 61 | 8 | 6 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

(The HOURS header spans the OFFICER (M) and CLERICAL (N) columns: *-------HOURS-------)

```
        PF2        PF3         PF4         PF5      <ENTER>
        PREV     REFRESH     RETURN       HELP        SAVE
```

475

```
PSXIAJ41                PA_ ADJUDICATIONS/NATURALIZAT_ONS          09/08/95
            G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     17:47:05
                      REPORTING PERIOD: MONTH 06 YR 93
```

| | | | BEGIN | *-----RECEIVED-------* | |
|---|---|---|---|---|---|
| | | | PENDING (A) | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 | NATZ. | 1116 | 106 | |
| 160B | N-400 | NATZ. - CHILD | | | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 | CLAIM TO CITZ. | 243 | 30 | |
| 162 | N-643 | CITZ. ADPTD. CHILD | 1 | 1 | |
| 163 | N-644 | PSTHMS. CITZ. | | | |
| 164 | N-470 | PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | 61 | 15 | |
| 166 | N-300 | DECL. INTENT | 1 | | |
| 167 | N-336 | APP. NATZ.RVW. | | | |
| 168 | DENOVO | NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 | NATZ. FRONTLOG | | | |

```
        PF2        PF3        PF4        PF5       <ENTER>
        PREV     REFRESH     RETURN     HELP         SAVE
```

474

```
PSXIAJ43              PAS ADJUDICATIONS/NATURALIZATIONS           09/09/95
           G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O   10:52:24
                    REPORTING PERIOD: MONTH 06 YR 93
```

WORKLOAD SUMMARY                    *----------------COMPLETED----------------
                                     *-------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 47 | | 45 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 12 | | 8 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 18 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
         PF2         PF3         PF4         PF5       <ENTER>
         PREV      REFRESH     RETURN       HELP        SAVE
```

473

```
PSXIAJ44                  PAS ADJUDICATIONS/NATURALIZATIONS            09/08/95
             G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O       17:47:23
                      REPORTING PERIOD: MONTH 06 YR 93
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* | |
|---|---|---|---|---|---|
| | | | | OFFICER (M) | CLERICAL (N) |
| 160A | N-400 NATZ. | | 1130 | 109 | 166 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 253 | 22 | 9 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 58 | 16 | 7 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

479

```
PSXIAJ41              PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
            G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     17:47:41
                    REPORTING PERIOD: MONTH 07 YR 93
```

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 1130 | 123 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 253 | 19 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 58 | 16 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2         PF3         PF4         PF5       <ENTER>
        PREV      REFRESH     RETURN       HELP         SAVE
```

480

```
PSXIAJ42                 PAS ADJUDICATIONS/NATURALIZATIONS                09/09/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O          10:53:34
                     REPORTING PERIOD: MONTH 07 YR 93
```

|  |  | RECEIVED (D) | RELOCATED | SENT |
|---|---|---|---|---|
| WORKLOAD SUMMARY |  |  | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. |  | 3 |  |
| 160B | N-400 NATZ. - CHILD |  |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |
| 161 | N-600 CLAIM TO CITZ. |  |  |  |
| 162 | N-643 CITZ. ADPTD. CHILD |  |  |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  |  |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  |  |  |
| 166 | N-300 DECL. INTENT |  |  |  |
| 167 | N-336 APP. NATZ.RVW. |  |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |

```
        PF2            PF3           PF4           PF5        <ENTER>
        PREV          REFRESH       RETURN         HELP         SAVE
```

481

PSXIAJ43                  PAS ADJUDICATIONS/NATURALIZATIONS                  09/08/95
              G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O         17:47:56
                      REPORTING PERIOD: MONTH 07 YR 93

WORKLOAD SUMMARY                        *----------------COMPLETED----------------*
                                          *-------DENIED------*
                                  APPROVED      FRAUD       OTHER     RETURNED
                                    (G)          (H)         (I)        (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 113 | | 16 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 17 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 17 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

          PF2          PF3          PF4          PF5       <ENTER>
          PREV        REFRESH      RETURN        HELP        SAVE

482

```
PSXIAJ44              PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O    10:53:55
                      REPORTING PERIOD: MONTH 07 YR 93
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1121 | 126 | 160 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 253 | 28 | 28 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 57 | 10 | 17 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3          PF4          PF5       <ENTER>
        PREV      REFRESH      RETURN       HELP         SAVE
```

483

```
PSXIAJ41                    PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O         17:48:19
                          REPORTING PERIOD: MONTH 08 YR 93
```

| | WORKLOAD SUMMARY | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| | | | *-----RECEIVED-------* | |
| 160A | N-400 NATZ. | 1121 | 115 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 253 | 26 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 57 | 20 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
         PF2          PF3          PF4          PF5        <ENTER>
         PREV        REFRESH       RETURN       HELP         SAVE
```

484

```
PSXIAJ43              F    ADJUDICATIONS/NATURALIZA. ONS           09/09/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O     10:55:24
                    REPORTING PERIOD: MONTH 08 YR 93
```

| | WORKLOAD SUMMARY | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| | | *---------------COMPLETED---------------* | | | |
| | | | *-------DENIED------* | | |
| 160A | N-400 NATZ. | 149 | | 29 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 16 | | 5 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 18 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV      REFRESH      RETURN       HELP       SAVE
```

485

```
PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O          17:48:37
                       REPORTING PERIOD: MONTH 08 YR 93
```

WORKLOAD SUMMARY

|      |                           | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|------|---------------------------|-----------------|-----------------|------------|------------|
| 160A | N-400 NATZ.               |                 | 1058            | 173        | 141        |
| 160B | N-400 NATZ. - CHILD       |                 |                 |            |            |
| 160C | N-400 NATZ. - MLTRY. SVC. |                 |                 |            |            |
| 161  | N-600 CLAIM TO CITZ.      |                 | 258             | 31         | 48         |
| 162  | N-643 CITZ. ADPTD. CHILD  |                 | 2               |            |            |
| 163  | N-644 PSTHMS. CITZ.       |                 |                 |            |            |
| 164  | N-470 PRSVTN. RSDNC.      |                 | 1               |            |            |
| 165  | N-565 RPLC. NATZ./CITZ.CERT. |              | 59              | 9          | 32         |
| 166  | N-300 DECL. INTENT        |                 | 1               |            |            |
| 167  | N-336 APP. NATZ.RVW.      |                 |                 |            |            |
| 168  | DENOVO NATZ. HRNGS.       |                 |                 |            |            |
| 169  | RSRVD/N-400 NATZ. FRONTLOG |                |                 |            |            |

```
          PF2            PF3            PF4            PF5         <ENTER>
          PREV          REFRESH        RETURN         HELP          SAVE
```

486

```
PSXIAJ41              PAS ADJUDICATIONS/NATURALIZATIONS          09/08/95
           G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O    17:48:52
                     REPORTING PERIOD: MONTH 09 YR 93
```

| | WORKLOAD SUMMARY | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| | | | *-----RECEIVED-------* | |
| 160A | N-400 NATZ. | 1058 | 89 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 258 | 22 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 59 | 26 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

487

```
PSXIAJ42                 PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O       17:49:04
                  REPORTING PERIOD: MONTH 09 YR 93
```

|   |   | RECEIVED (D) | *-----------RELOCATED-----------* |  |
|---|---|---|---|---|
|   |   |   | *--------SENT--------* | |
| WORKLOAD SUMMARY | | | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | | 1 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 3 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2           PF3           PF4           PF5        <ENTER>
        PREV        REFRESH        RETURN         HELP         SAVE
```

488

Case 1:96-cv-00116    Document 42-3    Filed in TXSD on 04/01/1997    Page 19 of 40

```
PSXIAJ43                 PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
            G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O        17:49:10
                        REPORTING PERIOD: MONTH 09 YR 93
```

WORKLOAD SUMMARY                         *---------------COMPLETED----------------*
                                         *-------DENIED------*
                              APPROVED      FRAUD       OTHER       RETURNED
                                (G)          (H)         (I)          (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 191 | | 19 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 21 | | 8 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 14 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE
```

489

PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATIONS                    09/08/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O                 17:49:16
                          REPORTING PERIOD: MONTH 09 YR 93


WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 936 | 204 | 227 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 251 | 25 | 58 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 2 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 68 | 17 | 47 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |


          PF2          PF3          PF4          PF5        <ENTER>
          PREV       REFRESH      RETURN        HELP          SAVE


490

WORKLOAD SUMMARY                      BEGIN    *-----RECEIVED-------*
                                     PENDING    INITIAL   RESUBMITED
                                       (A)        (B)        (C)

160A  N-400 NATZ.                      936        100
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.             251         20
162   N-643 CITZ. ADPTD. CHILD          2
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.              1
165   N-565 RPLC. NATZ./CITZ.CERT.      68         19
166   N-300 DECL. INTENT                1
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG

          PF2        PF3        PF4        PF5      <ENTER>
          PREV     REFRESH     RETURN     HELP       SAVE

491

```
PSXIAJ42              PAS ADJUDICATIONS/NATURALIZATIONS              09/08/95
          G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O       17:49:39
                     REPORTING PERIOD: MONTH 10 YR 93
                              *----------RELOCATED------------*
WORKLOAD SUMMARY                   *--------SENT--------*
                                   TRANSFER'D    PROCESSING
                       RECEIVED       OUT        COMPLETED
                          (D)         (E)           (F)
160A  N-400 NATZ.               206            1
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.       74
162   N-643 CITZ. ADPTD. CHILD                 1
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.                     1
165   N-565 RPLC. NATZ./CITZ.CERT.             2
166   N-300 DECL. INTENT                       1
167   N-336 APP. NATZ.RVW.         5
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


        PF2           PF3           PF4           PF5       <ENTER>
        PREV        REFRESH        RETURN         HELP        SAVE
```

492

```
PSXIAJ42               PAS ADJUDICATIONS/NATURALIZATIONS          09/08/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O   17:49:39
                     REPORTING PERIOD: MONTH 10 YR 93
```

|  |  | *----------RELOCATED-----------* |  |  |
|---|---|---|---|---|
| WORKLOAD SUMMARY |  |  | *--------SENT--------* |  |
|  |  |  | TRANSFER'D | PROCESSING |
|  |  | RECEIVED | OUT | COMPLETED |
|  |  | (D) | (E) | (F) |
| 160A | N-400 NATZ. | 206 | 1 |  |
| 160B | N-400 NATZ. - CHILD |  |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |
| 161 | N-600 CLAIM TO CITZ. | 74 |  |  |
| 162 | N-643 CITZ. ADPTD. CHILD |  | 1 |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  | 1 |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  | 2 |  |
| 166 | N-300 DECL. INTENT |  | 1 |  |
| 167 | N-336 APP. NATZ.RVW. | 5 |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |

```
          PF2           PF3           PF4           PF5      <ENTER>
          PREV         REFRESH       RETURN         HELP       SAVE
```

493

Case 1:96-cv-00116   Document 42-3   Filed in TXSD on 04/01/1997   Page 24 of 40

WORKLOAD SUMMARY                        *----------------COMPLETED----------------*
                                             *-------DENIED------*
                                   APPROVED    FRAUD      OTHER     RETURNED
                                      (G)       (H)        (I)        (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 135 | 1 | 44 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 10 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 16 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH       RETURN        HELP         SAVE

494

Case 1:96-cv-00116   Document 42-3   Filed in TXSD on 04/01/1997   Page 25 of 40

WORKLOAD SUMMARY

| | | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* |  |
|---|---|---|---|---|---|---|
| | | | | | OFFICER (M) | CLERICAL (N) |
| 160A | N-400 | NATZ. | | 1061 | 162 | 164 |
| 160B | N-400 | NATZ. - CHILD | | | | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 | CLAIM TO CITZ. | | 333 | 33 | 51 |
| 162 | N-643 | CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 | PSTHMS. CITZ. | | | | |
| 164 | N-470 | PRSVTN. RSDNC. | | | | |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | | 69 | 10 | 45 |
| 166 | N-300 | DECL. INTENT | | | | |
| 167 | N-336 | APP. NATZ.RVW. | | 5 | | |
| 168 | | DENOVO NATZ. HRNGS. | | | | |
| 169 | | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

495

PSXIAJ41                PAS  DJUDICATIONS/NATURALIZATIONS            09/08/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     17:50:05
                    REPORTING PERIOD: MONTH 11 YR 93


WORKLOAD SUMMARY                        BEGIN     *-----RECEIVED-------*
                                       PENDING    INITIAL    RESUBMITED
                                         (A)        (B)         (C)


| | | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 1061 | 87 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 333 | 30 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 69 | 20 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | 5 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |


          PF2         PF3         PF4         PF5       <ENTER>
          PREV       REFRESH      RETURN      HELP       SAVE


496

PSXIAJ4L Case 1:96-cv-00116  PDocument 42-CATIONS/NATRALIZA04/01/1997   Page 27 of 40 09/08/95

```
                      G-22.3 (REV. 10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O        17:50:14
                           REPORTING PERIOD: MONTH 11 YR 93
                                     *-----------RELOCATED------------*
WORKLOAD SUMMARY                           *--------SENT--------*
                                      TRANSFER'D  PROCESSING
                          RECEIVED       OUT      COMPLETED
                            (D)          (E)         (F)
160A  N-400 NATZ.                2                  2
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


           PF2          PF3          PF4          PF5       <ENTER>
           PREV        REFRESH      RETURN        HELP        SAVE
```

497

G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O        17:50:21
REPORTING PERIOD: MONTH 11 YR 93

WORKLOAD SUMMARY                    *---------------COMPLETED----------------*
                                         *-------DENIED------*
                              APPROVED      FRAUD       OTHER      RETURNED
                                (G)          (H)         (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 205 | | 48 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 28 | | 7 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 41 | | 5 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP         SAVE

498

PSXIAJ4 Case 1:96-cv-00116 Document 123 Filed 04/01/1997 Page 29 of 40 09/08/95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| | | | | *------HOURS------* | |
| 160A | N-400 NATZ. | | 895 | 174 | 146 |
| 160B | N-400 NATZ. - CHILD | | | 1 | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 328 | 45 | 54 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 43 | 26 | 40 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | 5 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

|  PF2 | PF3 | PF4 | PF5 | <ENTER> |
|------|-----|-----|-----|---------|
| PREV | REFRESH | RETURN | HELP | SAVE |

499

PSXIAJ4C Case 1:96-cv-00116   Document 142-3  Filed NATXSALOL24/01/1997   Page 30 of 40 09/08/95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *------RECEIVED-------* | |
| | | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 895 | 108 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 328 | 19 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 43 | 23 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | 5 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | \<ENTER\> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

500

WORKLOAD SUMMARY                        *---------------COMPLETED---------------*
                                        *-------DENIED------*
                              APPROVED      FRAUD       OTHER      RETURNED
                                (G)          (H)         (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 247 | | 55 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 8 | | 21 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 15 | | 7 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | 2 | | 3 | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

        PF2         PF3          PF4          PF5        <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE

501

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* | |
| | | | | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 701 | 239 | 169 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 318 | 39 | 57 |
| 162 | N-643 CITZ. ADPTD. CHILD | | 1 | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 44 | 17 | 32 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV      REFRESH      RETURN       HELP       SAVE
```

502

PSLIA 1                          PAS DJUDICATIONS/NATURALIZATIONS                09/09/95
            G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O          09:30:49
                        REPORTING PERIOD: MONTH 01 YR 94

WORKLOAD SUMMARY                      BEGIN      *-----RECEIVED-------*
                                      PENDING    INITIAL    RESUBMITED
                                       (A)        (B)         (C)

160A   N-400 NATZ.                      701        140
160B   N-400 NATZ. - CHILD
160C   N-400 NATZ. - MLTRY. SVC.
161    N-600 CLAIM TO CITZ.             318         12
162    N-643 CITZ. ADPTD. CHILD          1
163    N-644 PSTHMS. CITZ.
164    N-470 PRSVTN. RSDNC.
165    N-565 RPLC. NATZ./CITZ.CERT.      44         16
166    N-300 DECL. INTENT
167    N-336 APP. NATZ.RVW.
168    DENOVO NATZ. HRNGS.
169    RSRVD/N-400 NATZ. FRONTLOG

         PF2         PF3         PF4         PF5        <ENTER>
         PREV      REFRESH      RETURN       HELP         SAVE

503

WORKLOAD SUMMARY                      *---------------COMPLETED---------------*
                                          *-------DENIED------*
                              APPROVED       FRAUD       OTHER      RETURNED
                                (G)           (H)         (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 73 | | 17 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 2 | | 3 | |
| 162 | N-643 CITZ. ADPTD. CHILD | 1 | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 2 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

            PF2           PF3           PF4           PF5        <ENTER>
            PREV        REFRESH       RETURN        HELP          SAVE

504

```
PSXIAJ44                    PAS ADJUDICATIONS/NATURALIZATI. S              09/09/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O         09:31:11
                       REPORTING PERIOD: MONTH 01 YR 94
```

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 751 | 115 | 167 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 325 | 15 | 34 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 58 | 3 | 31 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2           PF3           PF4           PF5        <ENTER>
        PREV        REFRESH       RETURN        HELP          SAVE
```

505

```
PSXIAJ41          PUBLICATIONS/NATURALIZA.              09/09/95
      .   .   G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O      09:35:29
                  REPORTING PERIOD: MONTH 02 YR 94
```

| WORKLOAD SUMMARY | | BEGIN<br>PENDING<br>(A) | *-----RECEIVED-------*<br>INITIAL<br>(B) | RESUBMITED<br>(C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 751 | 107 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 325 | 10 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 58 | 21 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV      REFRESH     RETURN       HELP        SAVE
```

504

G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE H∟G ACTIVITY O          09:35:43
REPORTING PERIOD: MONTH 02 YR 94

```
                                   *----------RELOCATED------------*
WORKLOAD SUMMARY                        *--------SENT--------*
                                        TRANSFER'D   PROCESSING
                          RECEIVED         OUT       COMPLETED
                            (D)            (E)          (F)
160A  N-400 NATZ.                4
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.      1
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG
```

```
         PF2         PF3         PF4         PF5      <ENTER>
         PREV      REFRESH      RETURN       HELP        SAVE
```

509

```
PSXIAJ43          P.   ADJUDICATIONS/NATURALIZAT   3          09/09/95
        G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O       09:35:49
                    REPORTING PERIOD: MONTH 02 YR 94
```

| WORKLOAD SUMMARY | | *---------------COMPLETED---------------* | | |
|---|---|---|---|---|
| | | | *-------DENIED------* | |
| | | APPROVED | FRAUD | OTHER | RETURNED |
| | | (G) | (H) | (I) | (J) |
| 160A | N-400 NATZ. | 91 | | 47 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 22 | 3 | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 15 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2           PF3           PF4           PF5        <ENTER>
        PREV        REFRESH       RETURN         HELP          SAVE
```

508

```
XIAJ44                PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
            G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O     09:35:55
                     REPORTING PERIOD: MONTH 02 YR 94
```

RKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 0A | N-400 NATZ. | | 724 | 90 | 133 |
| 0B | N-400 NATZ. - CHILD | | | | |
| 0C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 51 | N-600 CLAIM TO CITZ. | | 310 | 22 | 45 |
| 52 | N-643 CITZ. ADPTD. CHILD | | | | |
| 53 | N-644 PSTHMS. CITZ. | | | | |
| 54 | N-470 PRSVTN. RSDNC. | | | | |
| 55 | N-565 RPLC. NATZ./CITZ.CERT. | | 65 | 8 | 15 |
| 56 | N-300 DECL. INTENT | | | | |
| 57 | N-336 APP. NATZ.RVW. | | | | |
| 58 | DENOVO NATZ. HRNGS. | | | | |
| 59 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
      PF2          PF3          PF4          PF5        <ENTER>
      PREV       REFRESH      RETURN        HELP          SAVE
```

509

Case 1:96-cv-00116   Document 42-3   Filed in TXSD on 04/01/1997   Page 40 of 40

| RKLOAD SUMMARY | BEGIN PENDING (A) | *-----RECEIVED-------* |  |
| | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|
| 0A  N-400 NATZ. | 724 | 241 | |
| 0B  N-400 NATZ. - CHILD | | | |
| 0C  N-400 NATZ. - MLTRY. SVC. | | | |
| 1   N-600 CLAIM TO CITZ. | 310 | 28 | |
| 2   N-643 CITZ. ADPTD. CHILD | | | |
| 3   N-644 PSTHMS. CITZ. | | | |
| 4   N-470 PRSVTN. RSDNC. | | | |
| 5   N-565 RPLC. NATZ./CITZ.CERT. | 65 | 41 | |
| 6   N-300 DECL. INTENT | | | |
| 7   N-336 APP. NATZ.RVW. | | | |
| 8   DENOVO NATZ. HRNGS. | | | |
| 9   RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2        PF3        PF4        PF5       <ENTER>
        PREV     REFRESH     RETURN      HELP       SAVE
```

510