XIAJ42
BAS APPLICATIONS/NATURALIZATIONS
Case 1:96-cv-00116   Document 42-4   Filed in TXSD on 04/01/1997   Page 1 of 40
08/09/95
G-22.3 (REV.10/..) SCR 2 OF 4 OFFICE HLG .. .VITY O
09:36:22

REPORTING PERIOD: MONTH 03 YR 94

```
                              *-----------RELOCATED------------*
RKLOAD SUMMARY                 *--------SENT--------*
                                      TRANSFER'D   PROCESSING
                        RECEIVED         OUT        COMPLETED
                          (D)            (E)           (F)

50A  N-400 NATZ.              2
 0B  N-400 NATZ. - CHILD
 0C  N-400 NATZ. - MLTRY. SVC.
 1   N-600 CLAIM TO CITZ.      1
 2   N-643 CITZ. ADPTD. CHILD
 3   N-644 PSTHMS. CITZ.
 4   N-470 PRSVTN. RSDNC.
 5   N-565 RPLC. NATZ./CITZ.CERT.
 6   N-300 DECL. INTENT
 7   N-336 APP. NATZ.RVW.
 8   DENOVO NATZ. HRNGS.
 9   RSRVD/N-400 NATZ. FRONTLOG
```

```
      PF2        PF3         PF4         PF5      <ENTER>
      PREV     REFRESH     RETURN       HELP       SAVE
```

511

Case 1:96-cv-00116 Document 42-4 Filed in TXSD on 04/01/1997 Page 2 of 40

ORKLOAD SUMMARY　　　　　　　　　　　*----------------COMPLETED----------------*
　　　　　　　　　　　　　　　　　　　　　*------DENIED------*

| | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|
| 60A  N-400 NATZ. | 148 | 1 | 60 | |
| 60B  N-400 NATZ. - CHILD | | | | |
| 60C  N-400 NATZ. - MLTRY. SVC. | | | | |
| 61   N-600 CLAIM TO CITZ. | 35 | | | |
| 62   N-643 CITZ. ADPTD. CHILD | | | | |
| 63   N-644 PSTHMS. CITZ. | | | | |
| 64   N-470 PRSVTN. RSDNC. | | | | |
| 65   N-565 RPLC. NATZ./CITZ.CERT. | 18 | | 1 | |
| 66   N-300 DECL. INTENT | | | | |
| 67   N-336 APP. NATZ.RVW. | | | | |
| 68   DENOVO NATZ. HRNGS. | | | | |
| 69   RSRVD/N-400 NATZ. FRONTLOG | | | | |

　　　　PF2　　　　　PF3　　　　　PF4　　　　　PF5　　　　<ENTER>
　　　　PREV　　　　REFRESH　　　RETURN　　　　HELP　　　　SAVE

512

```
    ..  .G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O       09:36:33
                    REPORTING PERIOD: MONTH 03 YR 94
```

ORKLOAD SUMMARY

|  |  | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 60A | N-400 NATZ. | | 758 | 158 | 21' |
| 50B | N-400 NATZ. - CHILD | | | | |
| 50C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 51 | N-600 CLAIM TO CITZ. | | 304 | 57 | 7: |
| 52 | N-643 CITZ. ADPTD. CHILD | | | 2 | |
| 53 | N-644 PSTHMS. CITZ. | | | | |
| 54 | N-470 PRSVTN. RSDNC. | | | | |
| 5 | N-565 RPLC. NATZ./CITZ.CERT. | | 87 | 10 | 2( |
| 6 | N-300 DECL. INTENT | | | | |
| 7 | N-336 APP. NATZ.RVW. | | | | |
| 8 | DENOVO NATZ. HRNGS. | | | | |
| 9 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5      <ENTER>
        PREV       REFRESH      RETURN        HELP        SAVE
```

513

Case 1:96-cv-00116   Document 42-4   Filed in TXSD on 04/01/1997   Page 4 of 40

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 758 | 143 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 304 | 13 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 87 | 22 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2          PF3          PF4          PF5       <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

514

PSXIAJ4X Case 1:96-cv-00116 Document 42-4 Filed in TXSD on 04/01/1997 Page 5 of 40 09/09/95

```
                                 *----------RELOCATED------------*
WORKLOAD SUMMARY                 *--------SENT--------*
                                      TRANSFER'D  PROCESSING
                        RECEIVED         OUT      COMPLETED
                          (D)            (E)         (F)
```

| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 4 | | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | 1 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
          PF2         PF3         PF4         PF5      <ENTER>
          PREV      REFRESH     RETURN       HELP       SAVE
```

515

PSXIAJ43 Case 1:96-cv-00116  F Document 424  Filed NATXSD.DDA 04/01/1997   Page 6 of 40  09/09/95

WORKLOAD SUMMARY                        *---------------COMPLETED---------------*
                                          *------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 75 | | 4 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 17 | | 1 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 14 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

516

REPORTING PERIOD: MONTH 04 YR 94

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 826 | 76 | 129 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 298 | 9 | 38 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 95 | 8 | 33 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

517

PSXIAJ41 Case 1:96-cv-00116 P.Document 424-1 Filed 04/01/1997 Page 8 of 40 09/09/95

G-22.3 (REV. 10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     09:52:19
REPORTING PERIOD: MONTH 05 YR 94

```
WORKLOAD SUMMARY                    BEGIN    *-----RECEIVED-------*
                                    PENDING    INITIAL   RESUBMITED
                                      (A)        (B)        (C)


160A   N-400 NATZ.                    826        485
160B   N-400 NATZ. - CHILD
160C   N-400 NATZ. - MLTRY. SVC.
161    N-600 CLAIM TO CITZ.           298         28
162    N-643 CITZ. ADPTD. CHILD
163    N-644 PSTHMS. CITZ.
164    N-470 PRSVTN. RSDNC.                        1
165    N-565 RPLC. NATZ./CITZ.CERT.    95         26
166    N-300 DECL. INTENT
167    N-336 APP. NATZ.RVW.
168    DENOVO NATZ. HRNGS.
169    RSRVD/N-400 NATZ. FRONTLOG


       PF2         PF3         PF4         PF5       <ENTER>
       PREV      REFRESH     RETURN       HELP         SAVE
```

518

Case 1:96-cv-00116   Document 42   Filed in TXSD on 04/01/1997   Page 9 of 40   09/09/95

WORKLOAD SUMMARY

|  |  |  | *-----------RELOCATED-------------* |  |
|  |  |  |  | *--------SENT---------* |
|  |  | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
|------|-------------------------------|------|------|------|
| 160A | N-400 NATZ. | 1 | 1 |  |
| 160B | N-400 NATZ. - CHILD |  |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  |  |  |
| 161  | N-600 CLAIM TO CITZ. | 4 |  |  |
| 162  | N-643 CITZ. ADPTD. CHILD |  |  |  |
| 163  | N-644 PSTHMS. CITZ. |  |  |  |
| 164  | N-470 PRSVTN. RSDNC. |  |  |  |
| 165  | N-565 RPLC. NATZ./CITZ.CERT. | 1 |  |  |
| 166  | N-300 DECL. INTENT |  |  |  |
| 167  | N-336 APP. NATZ.RVW. |  |  |  |
| 168  | DENOVO NATZ. HRNGS. |  |  |  |
| 169  | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |

```
        PF2         PF3         PF4         PF5      <ENTER>
       PREV       REFRESH     RETURN       HELP       SAVE
```

519

Case 1:96-cv-00116   Document 42   Filed in TXSD on 04/01/1997   Page 10 of 40

WORKLOAD SUMMARY

| | | | *---------------COMPLETED---------------* | | | |
|---|---|---|---|---|---|---|
| | | | | *-------DENIED------* | | |
| | | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 | NATZ. | 107 | | 16 | |
| 160B | N-400 | NATZ. - CHILD | | | | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 | CLAIM TO CITZ. | 9 | | 10 | |
| 162 | N-643 | CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 | PSTHMS. CITZ. | | | | |
| 164 | N-470 | PRSVTN. RSDNC. | | | | |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | 56 | | | |
| 166 | N-300 | DECL. INTENT | | | | |
| 167 | N-336 | APP. NATZ.RVW. | | | | |
| 168 | | DENOVO NATZ. HRNGS. | | | | |
| 169 | | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
    PF2         PF3         PF4         PF5      <ENTER>
    PREV      REFRESH     RETURN       HELP        SAVE
```

520

PSXIAJ44          P.  ADJUDICATIONS/NATURALIZA.  1S          09/09/95
          G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O          09:53:02
                    REPORTING PERIOD: MONTH 05 YR 94

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| | | | | *------HOURS------* | |
| 160A | N-400 NATZ. | | 1188 | 126 | 205 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 311 | 17 | 13 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 1 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 66 | 34 | 25 |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV        REFRESH      RETURN        HELP        SAVE
```

521

```
P^XIAJ41               PA. .DJUDICATIONS/NATURALIZA1. .S          09/09/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O     09:53:32
                      REPORTING PERIOD: MONTH 06 YR 94
```

| | | BEGIN | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | WORKLOAD SUMMARY | PENDING (A) | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 1188 | 205 | |
| 160B | N-400 NATZ. - CHILD | | 1 | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | 3 | |
| 161 | N-600 CLAIM TO CITZ. | 311 | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 1 | 21 | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 66 | 11 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH      RETURN        HELP         SAVE
```

522

PSXIAJ42          P. DUUDICATIONS/NATURALIZAT  S              09/09/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O        10:20:26
                    REPORTING PERIOD: MONTH 06 YR 94

```
                                    *-----------RELOCATED------------*
WORKLOAD SUMMARY                        *--------SENT--------*
                                        TRANSFER'D  PROCESSING
                          RECEIVED        OUT       COMPLETED
                            (D)           (E)          (F)
160A   N-400 NATZ.                1
160B   N-400 NATZ. - CHILD
160C   N-400 NATZ. - MLTRY. SVC.
161    N-600 CLAIM TO CITZ.       1
162    N-643 CITZ. ADPTD. CHILD
163    N-644 PSTHMS. CITZ.
164    N-470 PRSVTN. RSDNC.
165    N-565 RPLC. NATZ./CITZ.CERT.
166    N-300 DECL. INTENT
167    N-336 APP. NATZ.RVW.
168    DENOVO NATZ. HRNGS.
169    RSRVD/N-400 NATZ. FRONTLOG


          PF2          PF3          PF4          PF5      <ENTER>
          PREV        REFRESH      RETURN        HELP       SAVE
```

523

```
PSXIAJ43    ..           PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
               G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O      09:58:59
                      REPORTING PERIOD: MONTH 06 YR 94
```

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|

WORKLOAD SUMMARY *----------------COMPLETED----------------*
*-------DENIED------*

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 76 | | 22 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 18 | | 12 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 28 | | 1 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5        <ENTER>
        PREV      REFRESH     RETURN       HELP         SAVE
```

524

G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O        09:59:06
REPORTING PERIOD: MONTH 06 YR 94

WORKLOAD SUMMARY

| | | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------* OFFICER (M) | CLERICAL (N) |
|------|-------|-------------------------|------|------|------|------|
| 160A | N-400 | NATZ. | | 1296 | 78 | 193 |
| 160B | N-400 | NATZ. - CHILD | | 1 | | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | 3 | | |
| 161 | N-600 | CLAIM TO CITZ. | | 282 | 27 | 26 |
| 162 | N-643 | CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 | PSTHMS. CITZ. | | | | |
| 164 | N-470 | PRSVTN. RSDNC. | | 22 | 16 | 13 |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | | 48 | | |
| 166 | N-300 | DECL. INTENT | | | | |
| 167 | N-336 | APP. NATZ.RVW. | | | | |
| 168 | | DENOVO NATZ. HRNGS. | | | | |
| 169 | | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
        PF2         PF3         PF4         PF5      <ENTER>
        PREV       REFRESH     RETURN      HELP        SAVE
```

525

```
PSXIAJ41                      PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
                 G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        09:59:26
                        REPORTING PERIOD: MONTH 07 YR 94
```

| | | BEGIN PENDING (A) | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | | INITIAL (B) | RESUBMITED (C) |
| 160A | N-400 NATZ. | 1296 | 208 | |
| 160B | N-400 NATZ. - CHILD | 1 | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | 3 | | |
| 161 | N-600 CLAIM TO CITZ. | 282 | 34 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 22 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 48 | 31 | |
| 166 | N-300 DECL. INTENT | | 1 | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

WORKLOAD SUMMARY

```
        PF2         PF3          PF4          PF5        <ENTER>
        PREV      REFRESH       RETURN        HELP         SAVE
```

526

Case 1:96-cv-00116    Document 42-4    Filed in TXSD on 04/01/1997    Page 17 of 40

|         |                           | *----------RELOCATED----------* | | |
|         |                           | RECEIVED (D) | *--------SENT--------* | |
|         |                           |              | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
|---------|---------------------------|-------------|------------|-----------|
| WORKLOAD SUMMARY | | | | |
| 160A | N-400 NATZ. | 3 | 2 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 1 | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

```
          PF2          PF3          PF4          PF5        <ENTER>
          PREV       REFRESH      RETURN        HELP         SAVE
```

527

WORKLOAD SUMMARY                    *----------------COMPLETED----------------*
                                       *-------DENIED------*
                                 APPROVED      FRAUD        OTHER      RETURNED
                                   (G)          (H)          (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 232 | 5 | 29 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 14 | | 7 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 13 | | 3 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

         PF2           PF3           PF4           PF5        <ENTER>
         PREV        REFRESH        RETURN         HELP         SAVE

528

ADJUDICATIONS/NATURALIZAT
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O       09:59:47
REPORTING PERIOD: MONTH 07 YR 94

WORKLOAD SUMMARY

|  |  | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. |  | 1239 | 118 | 274 |
| 160B | N-400 NATZ. - CHILD |  | 1 |  |  |
| 160C | N-400 NATZ. - MLTRY. SVC. |  | 3 |  |  |
| 161 | N-600 CLAIM TO CITZ. |  | 295 | 27 | 23 |
| 162 | N-643 CITZ. ADPTD. CHILD |  |  |  |  |
| 163 | N-644 PSTHMS. CITZ. |  |  |  |  |
| 164 | N-470 PRSVTN. RSDNC. |  | 22 |  |  |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. |  | 62 | 10 | 6 |
| 166 | N-300 DECL. INTENT |  | 1 |  |  |
| 167 | N-336 APP. NATZ.RVW. |  |  |  |  |
| 168 | DENOVO NATZ. HRNGS. |  |  |  |  |
| 169 | RSRVD/N-400 NATZ. FRONTLOG |  |  |  |  |

```
     PF2        PF3         PF4         PF5      <ENTER>
     PREV      REFRESH     RETURN       HELP       SAVE
```

529

NATURALIZATION/NATURALIZATION

```
          G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O    10:00:04
                   REPORTING PERIOD: MONTH 08 YR 94
```

| WORKLOAD SUMMARY | BEGIN PENDING (A) | *-----RECEIVED-------* | |
| | | INITIAL (B) | RESUBMITED (C) |
| --- | --- | --- | --- |
| 160A  N-400 NATZ. | 1239 | 474 | |
| 160B  N-400 NATZ. - CHILD | 1 | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | 3 | | |
| 161   N-600 CLAIM TO CITZ. | 295 | 18 | |
| 162   N-643 CITZ. ADPTD. CHILD | | | |
| 163   N-644 PSTHMS. CITZ. | | | |
| 164   N-470 PRSVTN. RSDNC. | 22 | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 62 | 36 | |
| 166   N-300 DECL. INTENT | 1 | | |
| 167   N-336 APP. NATZ.RVW. | | | |
| 168   DENOVO NATZ. HRNGS. | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | |

```
      PF2         PF3         PF4         PF5        <ENTER>
      PREV      REFRESH      RETURN       HELP         SAVE
```

530

```
                                    *-----------RELOCATED-----------*
WORKLOAD SUMMARY                        *--------SENT--------*
                                        TRANSFER'D   PROCESSING
                         RECEIVED          OUT        COMPLETED
                           (D)             (E)           (F)
160A  N-400 NATZ.                           3
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.                  1
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


          PF2         PF3         PF4         PF5      <ENTER>
          PREV      REFRESH     RETURN       HELP       SAVE
```

531

WORKLOAD SUMMARY                          *---------------COMPLETED----------------*
                                      *-------DENIED------*
                           APPROVED      FRAUD        OTHER       RETURNED
                             (G)          (H)          (I)          (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 156 | 4 | 41 | |
| 160B | N-400 NATZ. - CHILD | 1 | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 15 | | 10 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 14 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

          PF2          PF3          PF4          PF5        <ENTER>
          PREV        REFRESH      RETURN        HELP         SAVE

532

PSXIAJ44         P.   ADJUDICATIONS/NATURALIZA<sup></sup>ONS                09/09/95
         G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O         10:00:22
                  REPORTING PERIOD: MONTH 08 YR 94


WORKLOAD SUMMARY

|      |                           | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|------|---------------------------|-----------------|-----------------|-------------|--------------|
| 160A | N-400 NATZ.               | 4               | 1505            | 184         | 12           |
| 160B | N-400 NATZ. - CHILD       |                 |                 |             |              |
| 160C | N-400 NATZ. - MLTRY. SVC. |                 | 3               |             |              |
| 161  | N-600 CLAIM TO CITZ.      |                 | 287             | 30          | 8            |
| 162  | N-643 CITZ. ADPTD. CHILD  |                 |                 |             |              |
| 163  | N-644 PSTHMS. CITZ.       |                 |                 |             |              |
| 164  | N-470 PRSVTN. RSDNC.      |                 | 22              |             |              |
| 165  | N-565 RPLC. NATZ./CITZ.CERT. |              | 84              | 9           | 8            |
| 166  | N-300 DECL. INTENT        |                 | 1               |             |              |
| 167  | N-336 APP. NATZ.RVW.      |                 |                 |             |              |
| 168  | DENOVO NATZ. HRNGS.       |                 |                 |             |              |
| 169  | RSRVD/N-400 NATZ. FRONTLOG |                |                 |             |              |

|            |            |            |            |            |
|------------|------------|------------|------------|------------|
| PF2        | PF3        | PF4        | PF5        | <ENTER>    |
| PREV       | REFRESH    | RETURN     | HELP       | SAVE       |

533

```
PSXIAJ41          ·          PAS ADJUDICATIONS/NATURALIZATIONS           09/09/95
              G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        10:00:44
                     REPORTING PERIOD: MONTH 09 YR 94
```

| WORKLOAD SUMMARY | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|
| 160A  N-400 NATZ. | 1505 | 364 | |
| 160B  N-400 NATZ. - CHILD | | | |
| 160C  N-400 NATZ. - MLTRY. SVC. | 3 | | |
| 161   N-600 CLAIM TO CITZ. | 287 | 33 | |
| 162   N-643 CITZ. ADPTD. CHILD | | | |
| 163   N-644 PSTHMS. CITZ. | | | |
| 164   N-470 PRSVTN. RSDNC. | 22 | | |
| 165   N-565 RPLC. NATZ./CITZ.CERT. | 84 | 11 | |
| 166   N-300 DECL. INTENT | 1 | | |
| 167   N-336 APP. NATZ.RVW. | | | |
| 168   DENOVO NATZ. HRNGS. | | | |
| 169   RSRVD/N-400 NATZ. FRONTLOG | | | |

```
        PF2         PF3         PF4         PF5        <ENTER>
        PREV      REFRESH      RETURN       HELP         SAVE
```

534

                          REPORTING PERIOD: MONTH 09 YR 94
                              *-----------RELOCATED------------*
WORKLOAD SUMMARY                   *--------SENT--------*
                                   TRANSFER'D  PROCESSING
                          RECEIVED   OUT       COMPLETED
                            (D)      (E)         (F)
160A  N-400 NATZ.                2
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


          PF2          PF3          PF4          PF5      <ENTER>
          PREV       REFRESH      RETURN        HELP        SAVE

PSXIAJ43               PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
          G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O      10:00:57
                  REPORTING PERIOD: MONTH 09 YR 94

WORKLOAD SUMMARY                    *---------------COMPLETED---------------*
                                         *-------DENIED------*
                             APPROVED       FRAUD        OTHER      RETURNED
                               (G)           (H)          (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 108 | 4 | 33 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 10 | | 3 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 1 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

           PF2          PF3          PF4          PF5       <ENTER>
           PREV       REFRESH      RETURN        HELP         SAVE

536

PSXIAJ44          PAE ADJUDICATIONS/NATURALIZATIONS              09/09/95
          G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O     10:01:04
                   REPORTING PERIOD: MONTH 09 YR 94


WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1726 | 313 | 710 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | 3 | | |
| 161 | N-600 CLAIM TO CITZ. | | 307 | 67 | 41 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | 1 | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 22 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 94 | 2 | 15 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |


          PF2          PF3          PF4          PF5       <ENTER>
          PREV       REFRESH      RETURN       HELP         SAVE

537

G-22.3 (REV. 10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        10:01:19
REPORTING PERIOD: MONTH 10 YR 94

WORKLOAD SUMMARY                      BEGIN    *-----RECEIVED-------*
                                     PENDING    INITIAL    RESUBMITED
                                       (A)        (B)         (C)

160A   N-400 NATZ.                     1726       276
160B   N-400 NATZ. - CHILD
160C   N-400 NATZ. - MLTRY. SVC.          3
161    N-600 CLAIM TO CITZ.             307        18
162    N-643 CITZ. ADPTD. CHILD
163    N-644 PSTHMS. CITZ.
164    N-470 PRSVTN. RSDNC.             22
165    N-565 RPLC. NATZ./CITZ.CERT.      94        10
166    N-300 DECL. INTENT                1
167    N-336 APP. NATZ.RVW.                         6
168    DENOVO NATZ. HRNGS.
169    RSRVD/N-400 NATZ. FRONTLOG

          PF2        PF3        PF4        PF5      <ENTER>
          PREV     REFRESH    RETURN      HELP       SAVE

538

PSXIAJ43                  PR. .DJUDICATIONS/NATURALIZAT .S              09/09/95
         G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O         10:01:33
                    REPORTING PERIOD: MONTH 10 YR 94

WORKLOAD SUMMARY                     *----------------COMPLETED----------------*
                                     *-------DENIED------*
                              APPROVED       FRAUD          OTHER        RETURNED
                                (G)           (H)            (I)           (J)
160A  N-400 NATZ.                  97                         26
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.         12                          3
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT. 58            1            7
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


         PF2           PF3           PF4           PF5        <ENTER>
         PREV        REFRESH        RETURN         HELP         SAVE

539

PSXIAJ44 .  .           PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
              G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O      10:01:39
                    REPORTING PERIOD: MONTH 10 YR 94

WORKLOAD SUMMARY

|       |                          | OTHER DISP. (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|-------|--------------------------|-----------------|-----------------|-------------|--------------|
| 160A  | N-400 NATZ.              |                 | 1879            | 99          | 128          |
| 160B  | N-400 NATZ. - CHILD      |                 |                 |             |              |
| 160C  | N-400 NATZ. - MLTRY. SVC.|                 | 3               | 14          |              |
| 161   | N-600 CLAIM TO CITZ.     |                 | 310             |             |              |
| 162   | N-643 CITZ. ADPTD. CHILD |                 |                 |             |              |
| 163   | N-644 PSTHMS. CITZ.      |                 |                 |             |              |
| 164   | N-470 PRSVTN. RSDNC.     |                 | 22              |             |              |
| 165   | N-565 RPLC. NATZ./CITZ.CERT. |             | 38              | 19          | 4            |
| 166   | N-300 DECL. INTENT       |                 | 1               |             |              |
| 167   | N-336 APP. NATZ.RVW.     |                 | 6               |             |              |
| 168   | DENOVO NATZ. HRNGS.      |                 |                 |             |              |
| 169   | RSRVD/N-400 NATZ. FRONTLOG |               |                 |             |              |

|        |          |         |        |          |
|--------|----------|---------|--------|----------|
| PF2    | PF3      | PF4     | PF5    | <ENTER>  |
| PREV   | REFRESH  | RETURN  | HELP   | SAVE     |

540

G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O        10:01:54
REPORTING PERIOD: MONTH 11 YR 94

| | | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| | WORKLOAD SUMMARY | | *-----RECEIVED-------* | |
| 160A | N-400 NATZ. | 1879 | 135 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | 3 | | |
| 161 | N-600 CLAIM TO CITZ. | 310 | 28 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 22 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | -38 | 24 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 6 | 5 | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| PF2 | PF3 | PF4 | PF5 | <ENTER> |
| PREV | REFRESH | RETURN | HELP | SAVE |

541

PSXIAJ42                    PA.. DJUDICATIONS/NATURALIZAT...S                    09/09/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O              10:02:04
                    REPORTING PERIOD: MONTH 11 YR 94
                                   *----------RELOCATED-----------*
WORKLOAD SUMMARY                             *-------SENT--------*
                                             TRANSFER'D   PROCESSING
                                RECEIVED        OUT       COMPLETED
                                  (D)           (E)          (F)
160A   N-400 NATZ.                  2
160B   N-400 NATZ. - CHILD
160C   N-400 NATZ. - MLTRY. SVC.
161    N-600 CLAIM TO CITZ.
162    N-643 CITZ. ADPTD. CHILD
163    N-644 PSTHMS. CITZ.
164    N-470 PRSVTN. RSDNC.
165    N-565 RPLC. NATZ./CITZ.CERT.
166    N-300 DECL. INTENT
167    N-336 APP. NATZ.RVW.
168    DENOVO NATZ. HRNGS.
169    RSRVD/N-400 NATZ. FRONTLOG


         PF2          PF3          PF4          PF5       <ENTER>
         PREV       REFRESH      RETURN        HELP         SAVE


542

```
PSXIAJ43              P..  DJUDICATIONS/NATURALIZATI. .S          09/09/95
           G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O    10:02:10
                   REPORTING PERIOD: MONTH 11 YR 94
```

WORKLOAD SUMMARY                      *---------------COMPLETED----------------*
                                      *-------DENIED------*
                          APPROVED       FRAUD         OTHER      RETURNED
                            (G)           (H)           (I)         (J)

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | 61 | | 33 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 27 | | 13 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 22 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
           PF2          PF3          PF4          PF5       <ENTER>
           PREV       REFRESH      RETURN        HELP        SAVE
```

543

Case 1:96-cv-00116    Document 42-4    Filed in TXSD on 04/01/1997    Page 34 of 40

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 1922 | 103 | 105 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | 3 | | |
| 161 | N-600 CLAIM TO CITZ. | | 298 | 56 | 27 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 22 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 40 | 4 | 30 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

544

Case 1:96-cv-00116   Document 42-4   Filed in TXSD on 04/01/1997   Page 35 of 40

```
WORKLOAD SUMMARY                    BEGIN     *-----RECEIVED-------*
                                   PENDING    INITIAL    RESUBMITED
                                     (A)        (B)         (C)


160A  N-400 NATZ.                    1922       339
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.         3
161   N-600 CLAIM TO CITZ.            298        41
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.             22
165   N-565 RPLC. NATZ./CITZ.CERT.     40        34
166   N-300 DECL. INTENT                1
167   N-336 APP. NATZ.RVW.             11
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


        PF2          PF3          PF4          PF5        <ENTER>
        PREV       REFRESH      RETURN        HELP          SAVE
```

546

```
PSXIAJ42              PAS ADJUDICATIONS/NATURALIZATIONS              09/09/95
              G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O    10:02:41
                        REPORTING PERIOD: MONTH 12 YR 94
                               *----------RELOCATED-----------*
WORKLOAD SUMMARY                       *--------SENT--------*
                                       TRANSFER'D  PROCESSING
                           RECEIVED       OUT      COMPLETED
                             (D)          (E)         (F)
160A  N-400 NATZ.                1
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG


          PF2          PF3          PF4          PF5      <ENTER>
          PREV        REFRESH      RETURN       HELP       SAVE
```

547

WORKLOAD SUMMARY

| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
|---|---|---|---|---|---|
| | | *---------------COMPLETED---------------* | | | |
| | | *------DENIED------* | | | |
| 160A | N-400 NATZ. | 171 | | 52 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | 3 | | | |
| 161 | N-600 CLAIM TO CITZ. | 26 | 1 | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

```
    PF2          PF3          PF4          PF5        <ENTER>
    PREV       REFRESH      RETURN        HELP          SAVE
```

548

PSXIAJ4  Case 1:96-cv-00116   Document 41   CTRTIFICATIONS (NATZ-BLK24/01/1997   Page 38 of 40 09/09/95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *------HOURS------* | |
|---|---|---|---|---|---|
| | | | | OFFICER (M) | CLERICAL (N) |
| 160A | N-400 NATZ. | | 2039 | 179 | 131 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 310 | 33 | 8 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 22 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 74 | 5 | 2 |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | 2 | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

549

PSXIAD                    ADJUDICATIONS/NATURALIZA. NS                    09/09/95
       G-22.3 (REV. 10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O           10:03:28
                    REPORTING PERIOD: MONTH 01 YR 95

WORKLOAD SUMMARY                         BEGIN      *-----RECEIVED-------*
                                        PENDING    INITIAL    RESUBMITED
                                          (A)        (B)         (C)

| | | | BEGIN PENDING (A) | INITIAL (B) | RESUBMITED (C) |
|------|-------|------------------------|------|------|--|
| 160A | N-400 | NATZ. | 2039 | 262 | |
| 160B | N-400 | NATZ. - CHILD | | | |
| 160C | N-400 | NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 | CLAIM TO CITZ. | 310 | 23 | |
| 162 | N-643 | CITZ. ADPTD. CHILD | | | |
| 163 | N-644 | PSTHMS. CITZ. | | | |
| 164 | N-470 | PRSVTN. RSDNC. | 22 | 15 | |
| 165 | N-565 | RPLC. NATZ./CITZ.CERT. | 74 | | |
| 166 | N-300 | DECL. INTENT | 1 | | |
| 167 | N-336 | APP. NATZ.RVW. | 11 | | |
| 168 | | DENOVO NATZ. HRNGS. | | | |
| 169 | | RSRVD/N-400 NATZ. FRONTLOG | | | |

        PF2        PF3        PF4        PF5       <ENTER>
        PREV     REFRESH    RETURN      HELP        SAVE

550

PSXIAJ42 Case 1:96-cv-00116 PDocumentIZATIONS/NATURALIZ04/01/1997 Page 40 of 40 09/09/95

```
                                    *----------RELOCATED------------*
WORKLOAD SUMMARY                         *--------SENT--------*
                                    TRANSFER'D  PROCESSING
                          RECEIVED    OUT       COMPLETED
                            (D)       (E)          (F)
160A  N-400 NATZ.                1        1
160B  N-400 NATZ. - CHILD
160C  N-400 NATZ. - MLTRY. SVC.
161   N-600 CLAIM TO CITZ.
162   N-643 CITZ. ADPTD. CHILD
163   N-644 PSTHMS. CITZ.
164   N-470 PRSVTN. RSDNC.
165   N-565 RPLC. NATZ./CITZ.CERT.
166   N-300 DECL. INTENT
167   N-336 APP. NATZ.RVW.
168   DENOVO NATZ. HRNGS.
169   RSRVD/N-400 NATZ. FRONTLOG
```

|  | PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|---|
|  | PREV | REFRESH | RETURN | HELP | SAVE |

551