PSXIAJ43 PA. ADJUDICATIONS/NATURALIZAT. NS 09/09/95

G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:03:45

REPORTING PERIOD: MONTH 01 YR 95

| WORKLOAD SUMMARY | | *----------------COMPLETED--------------- | | | |
|---|---|---|---|---|---|
| | | | *-------DENIED------* | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 84 | 1 | 16 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 21 | | 7 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 32 | | 2 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:03:50

REPORTING PERIOD: MONTH 01 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 2200 | 181 | 15[illegible] |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 305 | 25 | 1[illegible] |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 37 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 40 | 17 | [illegible] |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV　PF3 REFRESH　PF4 RETURN　PF5 HELP　<ENTER> SAVE

PSXIAJ41 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:04:06
REPORTING PERIOD: MONTH 02 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 2200 | 247 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 305 | 33 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 37 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 40 | 14 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

554

555

PSXIAJ42 ADJUDICATIONS/NATURALIZATION INS 09/09/95

G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:04:13

REPORTING PERIOD: MONTH 02 YR 95

WORKLOAD SUMMARY

| | | | *-----------RELOCATED------------* | |
|---|---|---|---|---|
| | | | *--------SENT--------* | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 143 | 3 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ43 PA. ADJUDICATIONS/NATURALIZAT. NS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:04:18
REPORTING PERIOD: MONTH 02 YR 95

WORKLOAD SUMMARY

| | | COMPLETED | | | |
|---|---|---|---|---|---|
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 113 | | 20 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 27 | | 4 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

REPORTING PERIOD: MONTH 02 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 2454 | 126 | 9. |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 307 | 27 | 2: |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 37 | | ( |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 54 | | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PSXIAJ41 PA: ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:04:38
REPORTING PERIOD: MONTH 03 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 2454 | 607 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 307 | 33 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 37 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 54 | 15 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

P... ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:04:45
REPORTING PERIOD: MONTH 03 YR 95

WORKLOAD SUMMARY

| | | | *----------RELOCATED----------* | |
|---|---|---|---|---|
| | | | *--------SENT--------* | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 861 | 3 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PSXIAJ43 ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:04:50
REPORTING PERIOD: MONTH 03 YR 95

| WORKLOAD SUMMARY | | COMPLETED | | | |
|---|---|---|---|---|---|
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 504 | | 47 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 5 | | 7 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

561

PSXIAJ4 ... NATURALIZATIONS/NATURALIZA... 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:04:56
REPORTING PERIOD: MONTH 03 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 3368 | 202 | 39 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 328 | 17 | 1 |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 37 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 69 | 1 | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

Case 1:96-cv-00116 Document 42-5 Filed in TXSD on 04/01/1997 Page 12 of 34

REPORTING PERIOD: MONTH 04 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 3368 | 962 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 328 | 37 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 37 | 26 | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 69 | | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

REPORTING PERIOD: MONTH 04 YR 95

WORKLOAD SUMMARY

| | | *------------RELOCATED------------* | | |
|---|---|---|---|---|
| | | | *---------SENT---------* | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 3 | | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 2 | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ49 ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:05:38
REPORTING PERIOD: MONTH 04 YR 95

| WORKLOAD SUMMARY | | COMPLETED | | | |
|---|---|---|---|---|---|
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 273 | 3 | 50 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 16 | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 16 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PSXIAJ44 P. ADJUDICATIONS/NATURALIZA. NS 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:05:45
REPORTING PERIOD: MONTH 04 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 4007 | 253 | 32 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 351 | 14 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 53 | 10 | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PSXIAJ41 P...DJUDICATIONS/NATURALIZA... 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:06:01
REPORTING PERIOD: MONTH 05 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 4007 | 1234 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 351 | 40 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 53 | 12 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

FSXIAJ42 P... ADJUDICATIONS/NATURALIZAT... NS 09/09/95

G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:06:07

REPORTING PERIOD: MONTH 05 YR 95

WORKLOAD SUMMARY

| | | | *-----------RELOCATED------------* | |
|---|---|---|---|---|
| | | | *---------SENT---------* | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 3 | | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:06:13
REPORTING PERIOD: MONTH 05 YR 95

WORKLOAD SUMMARY

| | | COMPLETED | | | |
|---|---|---|---|---|---|
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 762 | 5 | 21 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 12 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV　PF3 REFRESH　PF4 RETURN　PF5 HELP　<ENTER> SAVE

PSXIAJ44 PAS ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:06:18
REPORTING PERIOD: MONTH 05 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS------- OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 4456 | 703 | 28 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 377 | 17 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 65 | 4 | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV | PF3 REFRESH | PF4 RETURN | PF5 HELP | <ENTER> SAVE

570

PSXIAJ41 PA ADJUDICATIONS/NATURALIZAT NS 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:06:31
REPORTING PERIOD: MONTH 06 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 4456 | 1037 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 377 | 36 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 65 | 34 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV | PF3 REFRESH | PF4 RETURN | PF5 HELP | <ENTER> SAVE

PSXIAJ42 P. ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:06:37
REPORTING PERIOD: MONTH 06 YR 95

WORKLOAD SUMMARY

| | | RECEIVED (D) | *-----------RELOCATED------------* *---------SENT---------* TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 3 | | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 1 | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ43 PA ADJUDICATIONS/NATURALIZAT NS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:06:42
REPORTING PERIOD: MONTH 06 YR 95

WORKLOAD SUMMARY

| | | *---COMPLETED--- | | | |
|---|---|---|---|---|---|
| | | | *---DENIED---* | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 264 | | 46 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 4 | | 5 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 14 | | 1 | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

PSXIAJ44 PAS ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:06:49
REPORTING PERIOD: MONTH 06 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *-------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 5186 | 283 | 281 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 404 | 8 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 85 | 8 | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ41 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:07:04
REPORTING PERIOD: MONTH 07 YR 95

| WORKLOAD SUMMARY | | BEGIN PENDING (A) | *-----RECEIVED-------* INITIAL (B) | RESUBMITED (C) |
|---|---|---|---|---|
| 160A | N-400 NATZ. | 5186 | 719 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 404 | 29 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 85 | 10 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

PSXIAJ42 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95

G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:07:11

REPORTING PERIOD: MONTH 07 YR 95

WORKLOAD SUMMARY

| | | RELOCATED | | |
|---|---|---|---|---|
| | | | SENT | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 4 | 10 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ43 PA ADJUDICATIONS/NATURALIZAT NS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:07:16
REPORTING PERIOD: MONTH 07 YR 95

WORKLOAD SUMMARY

| | | COMPLETED | | | |
|---|---|---|---|---|---|
| | | | DENIED | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 308 | | 61 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | 3 | | 2 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 8 | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PSXIAJ44 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:07:22
REPORTING PERIOD: MONTH 07 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | *--------HOURS-------* OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 5530 | 219 | 24[illegible] |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 428 | 11 | [illegible] |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 87 | 8 | [illegible] |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

PSXIAJ41 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 1 OF 4 OFFICE HLG ACTIVITY O 10:07:39
REPORTING PERIOD: MONTH 08 YR 95

| WORKLOAD SUMMARY | | BEGIN | *-----RECEIVED-------* | |
|---|---|---|---|---|
| | | PENDING | INITIAL | RESUBMITTED |
| | | (A) | (B) | (C) |
| 160A | N-400 NATZ. | 5530 | 822 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | 428 | 30 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | 87 | 9 | |
| 166 | N-300 DECL. INTENT | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

PF2 PREV    PF3 REFRESH    PF4 RETURN    PF5 HELP    <ENTER> SAVE

PS..IAJ42 P ADJUDICATIONS/NATURALIZATION 09/09/95
G-22.3 (REV.10/91) SCR 2 OF 4 OFFICE HLG ACTIVITY O 10:07:47
REPORTING PERIOD: MONTH 08 YR 95

WORKLOAD SUMMARY

| | | | *-----------RELOCATED------------* | |
|---|---|---|---|---|
| | | | *--------SENT--------* | |
| | | RECEIVED (D) | TRANSFER'D OUT (E) | PROCESSING COMPLETED (F) |
| 160A | N-400 NATZ. | 6 | 19 | |
| 160B | N-400 NATZ. - CHILD | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | |
| 161 | N-600 CLAIM TO CITZ. | | | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | |
| 163 | N-644 PSTHMS. CITZ. | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | |
| 166 | N-300 DECL. INTENT | | | |
| 167 | N-336 APP. NATZ.RVW. | | | |
| 168 | DENOVO NATZ. HRNGS. | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | |

| PF2 | PF3 | PF4 | PF5 | <ENTER> |
|---|---|---|---|---|
| PREV | REFRESH | RETURN | HELP | SAVE |

PSXIAJ43 PA. DJUDICATIONS/NATURALIZAT. JS 09/09/95
G-22.3 (REV.10/91) SCR 3 OF 4 OFFICE HLG ACTIVITY O 10:07:52
REPORTING PERIOD: MONTH 08 YR 95

| WORKLOAD SUMMARY | | *----------------COMPLETED----------------* | | | |
|---|---|---|---|---|---|
| | | | *-------DENIED------* | | |
| | | APPROVED (G) | FRAUD (H) | OTHER (I) | RETURNED (J) |
| 160A | N-400 NATZ. | 203 | | 19 | |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | | 7 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | | | |
| 166 | N-300 DECL. INTENT | | | | |
| 167 | N-336 APP. NATZ.RVW. | | | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV | PF3 REFRESH | PF4 RETURN | PF5 HELP | <ENTER> SAVE

PSXIAJ44 PA ADJUDICATIONS/NATURALIZATIONS 09/09/95
G-22.3 (REV.10/91) SCR 4 OF 4 OFFICE HLG ACTIVITY O 10:07:58
REPORTING PERIOD: MONTH 08 YR 95

WORKLOAD SUMMARY

| | | OTHER DISP. (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|
| 160A | N-400 NATZ. | | 6117 | 334 | 369 |
| 160B | N-400 NATZ. - CHILD | | | | |
| 160C | N-400 NATZ. - MLTRY. SVC. | | | | |
| 161 | N-600 CLAIM TO CITZ. | | 451 | 16 | |
| 162 | N-643 CITZ. ADPTD. CHILD | | | | |
| 163 | N-644 PSTHMS. CITZ. | | | | |
| 164 | N-470 PRSVTN. RSDNC. | | 63 | | |
| 165 | N-565 RPLC. NATZ./CITZ.CERT. | | 96 | | |
| 166 | N-300 DECL. INTENT | | 1 | | |
| 167 | N-336 APP. NATZ.RVW. | | 11 | | |
| 168 | DENOVO NATZ. HRNGS. | | | | |
| 169 | RSRVD/N-400 NATZ. FRONTLOG | | | | |

PF2 PREV PF3 REFRESH PF4 RETURN PF5 HELP <ENTER> SAVE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ANTELMA DOMINGUEZ-PEREZ,** | § | |
| **et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CA NO. B-96-116** |
| | § | |
| **JANET RENO,** | § | |
| **et. al.,** | § | |
| | § | |
| **Defendants.** | § | |

**EXHIBIT L**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ANTELMA DOMINGUEZ-PEREZ, et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CA NO. B-96-116** |
| | § | |
| **JANET RENO, et. al.,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION**

1) My name is Mary A. Kenney. I am an attorney admitted to practice in the Federal District Courts for the Southern, Western and Northern Districts of Texas, the Northern and Southern Districts of West Virginia, and the Fourth Circuit Court of Appeals. I am the Director of the Lawyers' Committee for Civil Rights Under Law of Texas, Immigrant and Refugee Rights Project.

2) The Lawyers' committee for civil rights Under Law of Texas is a statewide, non-profit, legal project dedicated exclusively to advocating on behalf of immigrants and refugees in Texas.

3) I have been practicing law since 1983 and have handled numerous cases in federal court, including acting as lead or co-counsel in six other cases filed as class actions in Texas and West Virginia within the last six years.

4) My federal litigation experiences includes the following cases:

Cedillo-Perez, et. al. v. Adams, et. al., CA No. H-94-2461 (S.D. Tx.-Houston);

Berhea, et. al. v. Reno, et. al., CA No. H-96-1093 (S.D. Tx.-Houston);

Rodriguez, et. al. v. Neeley, et. al., CA No. MO-96-CA-085 (W.D. Tx.-Midland);

Murillo, et. al. v. Musegades, et. al., CA No. EP-92-CA-319 (B) (W.D. Tx.-El Paso):

Cordero, et. al. v. Trominski, et. al., CA No. M-92-087 (S.D. Tx.-McAllen);

Boring, et. al. v. Sullivan, et. al., CA No. 2:91-0429 (S.D. W. Virginia); and

Kennedy, et. al. v. Sullivan, et. al., CA Nos. 92-2303 and 92-2304 (4th Cir. 1992).

5) Lisa Brodyaga is also counsel in this case. She is an immigration attorney who is licensed to practice in the Southern district of Texas and the fifth circuit court of appeals. She has handled dozens of federal court cases, including numerous class actions before this Court.

6) My co-counsel Lynn Coyle is a staff attorney with the Lawyers' Committee for Civil Rights Under Law of Texas. She has been licensed as an attorney since 1991. Throughout this entire time, she has limited her practice to immigration law, first as an attorney with an immigrants' legal services project in Chicago, and more recently with the Lawyers' Committee.

7) I and my co-counsel will fairly and competently represent the interests of the proposed classes. Neither named plaintiffs, my co-counsel or I have any conflict with the members of the proposed classes.

8) My co-counsel and I have resources adequate to prosecute this lawsuit as a class action.

I declare, under penalty of perjury, that the above is true and correct.

Date: 3·26·97

Mary A. Kenney