44

United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-96-116 |
| JANET RENO, ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL      ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFFS' MOTION TO COMPEL

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 6, 1998 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 28, 1998

TO:     MS. ELISABETH BRODYAGA
        MS. MARY A. KENNEY
        MR. KENNETH MUIR