

United States District Court
Southern District of Texas
ENTERED
AUG 0 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG ___ 1998
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

ANTELMA DOMINGUEZ-PEREZ, ET AL. §
§
VS. § CIVIL ACTION NO. B-96-116
§
JANET RENO, ET AL. §

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION TO COMPEL**

| | |
|---|---|
| PLACE: | ROOM NO.: |
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **500 E. 10TH STREET** | |
| **BROWNSVILLE, TEXAS** | |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **AUGUST 6, 1998 AT 1:30 P.M.** | **AUGUST 21, 1998 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 4, 1998

FAX TO:  MS. ELISABETH BRODYAGA
         MS. MARY A. KENNEY
         MR. KENNETH MUIR