
United States District Court
Southern District of Texas
FILED

AUG 21 1998

Michael N. Milby, Clerk of Court

## THE HONORABLE JOHN WM. BLACK

## HEARING ON PLAINTIFFS' MOTION TO COMPEL

CIVIL ACTION NO. B-96-116            DATE & TIME: 08-21-98 AT 2:00 P.M.

ANTELMA DOMINGUEZ-PEREZ,             PLAINTIFF(S)  LISA BRODYAGA
ET AL.                               COUNSEL       MARY A. KENNEY

VS.

JANET RENO, ET AL.                   DEFENDANT(S)  ERNESTO MOLINA
                                     COUNSEL

---

Attorneys Lisa Brodyaga, Mary Kenney and Ernesto Molina appeared before Magistrate Judge John Wm. Black for a hearing on Plaintiff's Motion to Compel.

ERO was Gabriel Mendieta, CSO was Allen Fry and Deputy Clerk was Leonel Garza.

Judge Black has ordered that this hearing is continued until August 24, 1998 at 2:00. All attorneys will be prepared to continue at that time.

327