47

United States District Court
Southern District of Texas
ENTERED

AUG 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 21 1998

Michael N. Milby
Clerk of Court

ANTELMA DOMINGUEZ-PEREZ, §
et. al., §
 §
Plaintiffs, §
v. § CA NO. B-96-116
 §
JANET RENO, §
et. al., §
 §
Defendants. §

United States District Court
Southern District of Texas
FILED

AUG 21 1998

Michael N. Milby, Clerk of Court

## ORDER

Upon consideration of the plaintiffs' Motion for Leave to File a Supplement to their Motion for Class Certification, and the response filed by the defendants, it is

ORDERED that plaintiffs' Motion is GRANTED and that plaintiffs' Supplement to their Motion for Class Certification, which was attached to their Motion, is hereby considered filed with this Court.

Done at Brownsville, Texas,

DATE: 21 AUG 98

_____
Judge

1