United States District Court
Southern District of Texas
FILED

AUG 24 1998

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFFS' MOTION TO COMPEL

*ordered to continue on 8-24-98*

| | |
|---|---|
| CIVIL ACTION NO. B-96-116 | DATE & TIME: 08-24-98 AT 2:00 P.M. |
| ANTELMA DOMINGUEZ-PEREZ, ET AL. | PLAINTIFF(S) LISA BRODYAGA<br>COUNSEL MARY A. KENNEY<br>LYNN COYLE |
| VS. | |
| JANET RENO, ET AL. | DEFENDANT(S) KENNETH MUIR<br>COUNSEL Ernesto Molina |

---

HEARING CONTINUED FROM FRIDAY, AUGUST 21, 1998. COUNSEL PRESENT: LISA BRODYAGA AND LYNN COYLE FOR PLAINTIFFS AND ERNESTO MOLINA FOR THE U.S. GOVERNMENT.

GOVT'S WIT.: 1. IVONNE HOLLENBECK-INS. EMPLOYEE AT THE HGN. OFFICE.

COURT ORDERS MR. MOLINA TO PRODUCE CERTAIN RECORDS (STATS) BY SEPTEMBER 4, 1998.

COURT ADJOURNS HEARING AT 3:00 P.M.  ATTACHED IS A LIST OF MOTIONS THAT HAVE BEEN RULED ON AND ARE TO BE DELETED FROM THE SYSTEM AS PENDING MOTIONS.

325