49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 10 1998

Michael N. Milby, Clerk of Court

ANTELMA DOMINGUEZ-PEREZ, et. al.,    )
                                     )
          Plaintiffs,                )
                                     )
     v.                              )    C.A. No. B-96-116
                                     )
JANET RENO, et. al.                  )
                                     )
          Defendants.                )

UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE,
PLAINTIFFS MARIO SALINAS GRIMALDO, MARIA DEL ROSARIO
GUTIERREZ DE LIMAS, DIANA MARIA GONZALEZ DE SANTOS, AND
ANTELMA DOMINGUEZ-PEREZ BY ORDER OF THE COURT

Come now the Plaintiffs, by and through their attorneys, and file
this Unopposed Motion to Dismiss Plaintiffs Mario Salinas-
Grimaldo, Maria Del Rosario Gutierrez de Limas, Diana Maria
Gonzalez de Santos and Antelma Dominguez-Perez, pursuant to Rule
41(a)(1)(ii) of the Federal Rules of Civil Procedure. [1]    As
grounds for this motion, the plaintiffs state the following:

_____

[1]    While Rule 41(a)(1) discusses the dismissal of "an
action" it has been found to be the appropriate rule for dismissal
of a party. Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.,
474 F. 2d 250, 253-55 (5th Cir. 1973) (plaintiff is entitled to a
dismissal against one defendant under Rule 41(a)(1), "even though
the action against another defendant would remain pending"). See
also, Oswalt v. Scripto, 616 F. 2d. 191 (5th Cir. 1980); 5 J.
Moore, J. Lucas, J. Wicker, Moore's Federal Practice §41.06-1, at
41-86 to 41-88 (2d ed. 1992) (The "better view" holds that Rule 41
permits dismissal "whether it is fewer than all defendants against
whom dismissal is sought to be taken, or fewer than all the
plaintiffs who seek to withdraw from the action.").

1)  This action for injunctive relief was brought by Mario Salinas-Grimaldo, Antelma Dominguez-Perez, Maria Del Rosario Gutierrez de Limas, Diana Maria Gonzalez de Santos, and other named Plaintiffs, individually and on behalf of a similarly situated class;

2)  Plaintiffs' were unable to obtain timely responses to Defendants' discovery requests from Plaintiffs Mario Salinas-Grimaldo (who was incarcerated) and Maria del Rosario Gutierrez de Limas (who failed to maintain contact with Plaintiffs' counsel);

3)  Plaintiff Diana Maria Gonzalez de Santos was issued a Certificate of Citizenship, rendering her claim moot;

4)  Plaintiff Antelma Dominguez-Perez was issued a Certificate of Citizenship, and she was able to immigrate her husband and children, rendering her claims moot;

5)  The dismissal of Plaintiffs Mario Salinas-Grimaldo, Maria del Rosario Gutierrez de Limas, Diana Maria Gonzalez de Santos and Antelma Dominguez-Perez does not affect the claims of the other six named plaintiffs and does not affect the claims of the class; and,

4)  Mr. Ernesto Molina was contacted by Plaintiffs' counsel and stated that he did not oppose this motion.

WHEREFORE, Plaintiffs pray that this court issue an order dismissing without prejudice Plaintiffs Mario Salinas-Grimaldo,

Maria del Rosario Gutierrez de Limas, Diana Maria Santos de Gonzalez and Antelma Dominguez-Perez.

Respectfully submitted,

Lisa Brodyaga
402 E. Harrison, 2nd floor
Harlingen, Texas, 78550
phone:  (956) 421-3226
fax:  (956) 421-3423

CERTIFICATE OF SERVICE

I hereby certify that on the 10'ʰ day of September 1998, a copy of the foregoing document has been mailed to:

Ernesto Molina, Jr.
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C.  20044



324