IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**SEP 1 8 1998**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ,<br>     et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | B-96-116 |
| JANET RENO, et al. | ) | |
| | ) | |
| Defendents. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned, Ernesto H. Molina, Jr., is substituting as attorney-in-charge for the Defendants in the above-referenced cause in the stead of Special Assistant United States Attorney Kenneth M. Muir.

Respectfully submitted,

*Ernesto H. Molina, Jr.  by Qui M. Fe*
*with permission*

ERNESTO H. MOLINA, JR. Attorney
U.S. Department of Justice
Office of Immigration Litigation
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
(202) 616-9344

*320*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was mailed via First Class mail to the following:

Lisa S. Brodyaga, Esquire
402 E. Harrison, 2nd Floor
Harlingen, TX  78550

on this __17th__ day of __September__, 1998.


LISA M. PUTNAM
Special Assistant United States Attorney

321