United States District Court
Southern District of Texas
FILED

DEC 09 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al<br>    Petitioners | |
| v. | No. CA B-96-116 |
| JANET RENO, et al<br>    Respondents. | |

PETITIONERS' NOTICE OF INTENT TO RESPOND TO OBJECTIONS
FILED BY RESPONDENTS TO UNITED STATE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Come Petitioners herein, and respectfully advise the Court of their intent to respond to the objections filed by Respondents to the United States Magistrate Judge's Report and Recommendation. It is anticipated that Petitioners' response will be completed no later than Monday, December 21, 1998, and hopefully, sooner.

Respectfully Submitted,

Lisa S. Brodyaga
Attorney for Petitioners
402 E. Harrison, 2nd Floor
Harlingen, TX 78550

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to Ernesto Molina, Jr., OIL, P.O. Box 878 Ben Franklin Sta., Wash. D.C. 20044, this 9th day of December, 1998.