
54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANET RENO, et. al. ) <br> Defendants. ) <br> _____ ) | C.A. No. B-96-116 |

NOTICE OF FILING
PLAINTIFFS' EXHIBIT "M" IN SUPPORT OF
UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Come Plaintiffs, by and through the undersigned, and respectfully file Exhibit "M" in support of the United States Magistrate Judge's Report and Recommendation herein, demonstrating that fee paid appeals were properly filed by Plaintiffs Cecelia, Jose Guadalupe, Abel, Francisca, and Luis Alberto de la Cruz-Perez, (the "de la Cruz siblings"), and Graciela Alvarez de Zuniga, as provided by 8 CFR §103.3(a)(2)(i), which mandates, in relevant part, as follows:

> The affected party shall file the complete appeal including any supporting brief with the office where the unfavorable decision was made within 30 days after service of the decision.

The failure of Respondent Trominski to forward said appeals to the Administrative Appeals Unit for adjudication, as required by 8 CFR §103.3(a)(2)(iv), cannot be attributed to the Plaintiffs herein.

Respectfully Submitted,

*Lisa S. Brodyaga*
Lisa S. Brodyaga
Attorney at Law

258

402 E. Harrison, 2nd Floor  
Harlingen, Texas 78550  
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Ernesto H. Molina, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Washington, D.C. 20044, this 10th day of December, 1998.

_____  
Lisa S. Brodyaga

U.S. Department of Justice  
Immigration and Naturalization Service

Notice of Appeal to Commissioner

---

IMPORTANT: SEE INSTRUCTIONS ON REVERSE  
SUBMIT SINGLE COPY TO:  
IMMIGRATION AND NATURALIZATION SERVICE

FEE STAMP

In the Matter of:  
Cecilia DE LA CRUZ Perez, Et al

File No. A72 016 713

1. I hereby appeal to the Commissioner from the decision, dated __November 19, 1996__ _____, in the above entitled case.

2. I __am__ _____ filing a written brief or a written statement with the above Service office within the time allowed for such filing.  
   (am)    (am not)

3. Briefly, state reasons for this appeal.

   Please see attached statement

APPELLANT (OR ATTORNEY OR REPRESENTATIVE)

Name: __Robert H. Crane__  
(Type or Print)

Signature: /s/ Robert H. Crane

Address: __901 East Sixth Street__  
(Number)    (Street)

__December 04, 1996__      __Weslaco,__      __TX__    __78596__  
(Date)    (City)    (State)    (Zip Code)

Form I-290B  
(Rev. 10-3-83)N

260

A 72 016 713

UNITED STATES DEPARTMENT OF JUSTICE
ADMINISTRATIVE APPEALS UNIT
425 Eye Street N.W., Room 2209
Washington, D.C. 20536

| IN THE MATTER OF THE APPLICATIONS FOR CERTIFICATES OF CITIZENSHIP | |
|---|---|
| CECILIA DE LA CRUZ PEREZ, | FILE NO: A 72 016 713 |
| JOSE GUADALUPE DE LA CRUZ PEREZ, | FILE NO: A 72 016 714 |
| ABEL DE LA CRUZ PEREZ, | FILE NO: A 72 016 715 |
| FRANCISCA DE LA CRUZ PEREZ, and | FILE NO: A 72 016 716 |
| LUIS ALBERTO DE LA CRUZ PEREZ, | FILE NO: A 72 016 717 |
| APPLICANTS | Harlingen |

STATEMENT IN SUPPORT OF APPEAL

ON BEHALF OF APPLICANT:   ROBERT H. CRANE
                          ATTORNEY AT LAW
                          JONES & CRANE, ATTORNEYS
                          P.O. BOX 1045
                          WESLACO, TX  78596

STATEMENT OF FACTS

Applicants claim to have acquired citizenship at birth under the provisions of Section 309(c) of the Immigration and Nationality Act.

Applicants are all the natural children of ELVIA PEREZ-ESTRADA, a native born citizen of the United States. Their mother never married their father, JOSE GUADALUPE DE LA CRUZ-MARTINEZ. Applicants were all born in the State of Tamaulipas, in Mexico, between 1973 and 1985.

The District Director found that applicants had failed to establish by a preponderance of the evidence that their mother was born in the United States and failed to prove that their mother had satisfied the physical presence requirements of Section 309(c).

Evidence of record regarding the birth facts of applicant's mother consists of:

(1) A delayed Texas birth certificate registered March 28, 1974, showing birth in Brownsville, Texas, on July 9, 1954. This

document lists three supporting documents: a baptismal record from Brownsville, a certificate of a Mexican school record, and an affidavit of registrant's mother.

(2) A Mexican birth certificate registered November 10, 1954, showing that the father of applicant's birth appeared and registered her claiming birth in Matamoros, Mexico, on July 9, 1954.

(3) Baptismal record of applicant's mother showing baptism in Brownsville, Texas on March 20, 1955, claiming birth in Brownsville, Texas on July 9, 1954.

(4) Four affidavits including the affidavit of Bertha Perez who claims to have been physically present and assisted in the birth.

(5) Letter of November 2, 1994, to the Examinations Supervisor for the Harlingen, Texas district of the Immigration and Naturalization Service, from Cora D. Tekach, attorney, requesting that Bertha Perez be interviewed in her home in Brownsville due to her advanced age of 85 years and "sickly" health.

(6) Interview notes of 6-9-94 by INS examiner who interviewed Felix Perez, son of Bertha Perez, including his explanation of why she could not come to be interviewed at Harlingen. There was no response to the request.

(7) Baptismal record of two siblings born and baptized in Brownsville, Texas in 1957 through 1959.

(8) Certificate of school record, dated March 15, 1974, in the Spanish language, noting that in 1961 when registered for school attendance in Matamoros, Mexico, the place of birth of ELVIA PEREZ ESTRADA was written to be Brownsville, Texas.

(9) Birth records for the applicants registered in 1970's and 1980's showing their mother's nationality to be "Norteamericana", meaning U. S. citizen, or noting place of birth in Brownsville, Texas.

Evidence of the mother's period of physical presence in the United States prior to the birth of the applicants is contained in the affidavits and in the baptismal records referred to above.

ARGUMENT

The District Director's finding that applicants have not shown by a preponderance of the evidence that their mother was born in Brownsville, Texas, is error. While it is true that the earliest record stating place of birth is the Mexican birth registration, it precedes by only a few months the child's baptismal record in March, 1955. It is contradicted by consistent representations made throughout their mother's life as to her place of birth as shown by

262

all of the remaining evidence of record. It is further weakened by the fact that it is not itself a timely birth registration, occurring several months after birth, and by the fact that it was recorded only by the father who was not married to the mother.

Applicant's have met their burden of proof by a preponderance of the credible evidence of record as to both their mother's birth in Brownsville, Texas, and as to the required period of their mother's presence in the United States prior to their birth.

RESPECTFULLY SUBMITTED this 4th day of December, 1996.

Robert H. Crane,
Attorney for Petitioner

```
        I N S
    DISTRICT OFFICE
    HARLINGEN TX


    12/09/9[?]

    *#0170*#
    CECILIA DELAOR Z TER
    [?]
    ATN/16715 #
    [?]           1[?].[?]
    [?]           [?].[?]
    [?]
    CHECK         1[?]1.[?]0

              1 ITEMS

    9676 001    14[?]1
    THANK YOU
```

264



| U.S. Department of Justice | Notice of Appeal to the |
|---|---|
| Immigration and Naturalization Service | Administrative Appeals Unit (AAU) |

**Important:** See instructions on other side.

Fee Stamp

In the Matter of:
Motion to Re-open Application for Certificate of Citizenship (Form N-600)
Graciela ALVAREZ de Zuniga, Movant

File Number:
A22 923 849

1. I am filing an appeal from the decision dated:

   August 19, 1998

**Person Filing Appeal**

SIGNATURE ―――――――

Name  Robert H. Crane, Attorney at Law

Address  P.O. Box 1045
         Number          Street
         Weslaco         Texas
         City      State      ZIP Code

Date  September 13, 1998

2. Please check the one block which applies:

   ☐ I am *not* submitting a separate brief or evidence.

   ☑ I am submitting a separate brief and/or evidence with this form.

   ☐ I am sending a brief and/or evidence *to the AAU* within 30 days.

   ☐ I need _____ days to submit a brief and/or evidence to the AAU. *(May be granted only for good cause shown. Explain in a separate letter.)*

☑ I am an attorney or representative, and I ............... represent:

   Graciela Alvarez de Zuniga
   *Person and/or organization for whom you are appearing*

You must attach a Notice of Entry of Appearance ...............
(Form G-28) if you are an attorney or representative and did not submit such a form before.

3. Briefly, state the reason(s) for this appeal:
   Please see attached "Appeal of Decision on Motion to Re-Open"

*Filed at HCO*
*9-17-98*
*chk # 19186*

Form I-290B (Rev. 01/04/91) N

265

A 22 923 849

UNITED STATES DEPARTMENT OF JUSTICE
ADMINISTRATIVE APPEALS UNIT
425 Eye Street N.W.
Washington, D.C. 20536

IN THE MATTER OF THE APPLICATION
FOR CERTIFICATE OF CITIZENSHIP

GRACIELA ALVAREZ DE ZUNIGA,            FILE NUMBER: A 22 923 849
     APPLICANT                                         Harlingen

APPEAL OF DENIAL OF
MOTION TO RE-OPEN AND RECONSIDER

ON BEHALF OF APPLICANT:    ROBERT H. CRANE
                           ATTORNEY AT LAW
                           JONES & CRANE, ATTORNEYS
                           P.O. BOX 1045
                           WESLACO, TX 78596

INTRODUCTION

On August 19, 1998, the District Director, denied Movant's application for certificate of citizenship which was treated as a Motion to Reopen an earlier application which had been denied but not appealed. Movant files this appeal of the Service decision pursuant to the regulations at 8 C.F.R. §103.5(a)(6).

Applicant claims to have derived citizenship at birth as the daughter of a United States citizen mother, born abroad out of wedlock, as provided by Section 309(c) of the Immigration and Nationality Act, which provides:

"(C) Notwithstanding the provision of subsection (a) of this section, a person born, after December 23, 1952, outside the United States and out of wedlock shall be held to have acquired at birth the nationality status of his mother, if the mother had the nationality of the United States at the time of such person's birth, and if the mother had previously been physically present in the United States or one of its outlying possessions for a continuous period of one year."

The District Director denied Movant's application/motion based on a finding that applicant had failed to establish by a preponderance of the evidence that the parents of the applicant were

266

not legally married.

Both of the parents of the applicant are now deceased. However, in 1979, in an earlier proceeding at which the mother was present, an INS examining officer determined based on an interview that applicant's parents were married – although no marriage certificate was presented and neither the date of the marriage nor the exact place of the marriage was determined.

The District Director's decision states that "the first application indicated that the marriage occurred either in Merida, Yucatan or Matamoros, Tamaulipas." Prior to the decision, this information was not provided to the applicant nor her attorney. However, the applicant, through her attorney, had offered to obtain certification of the non-existence of the alleged marriage and was told that the Service would not rely upon such independently obtained certifications. The Service was therefore requested at various times, including by letter on January 2, 1998, [copy attached to this Motion bearing INS date-received stamp of January 8, 1996], to initiate its own record check "in Mexico" to resolve the issue. Receipt of this request was acknowledge in March, 1998.

Applicant urges that this matter be remanded to the District Director with specific instructions that Applicant be permitted to supplement the record with official certifications from the custodians of the marriage records of Merida, Yucatan and of Matamoros, Tamaulipas, that the alleged marriage does not appear in their records or, in the alternative, the District Director request verification of such records through the usual investigative resources of the Service; and that the District Director then enter a new decision in this matter.

RESPECTFULLY SUBMITTED on September 13, 1998.

_____
Robert H. Crane,
Attorney for Movant



```
            I N S
        DISTRICT OFFICE
        HARLINGEN, TX.


09/18/98

**0070**
GRACIELA ALVAREZ Z #
A22923849 #
MOTION TO REOPEN
                110.00
SUBTTL          110.00
CK 19186 #
CHECK    110.00

          1  ITEMS

     0423 001    14:03
     THANK YOU
```

268