

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 1998

Michael N. Milby
Clerk of Court

ANTELMA DOMINGUEZ-PEREZ, et. al., )
    Plaintiffs, )
    )
v. )  C.A. No. B-96-116
    )
JANET RENO, et. al. )
    Defendants. )

NOTICE OF FILING
PLAINTIFFS' EXHIBIT "N" IN SUPPORT OF
UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Come Plaintiffs, by and through the undersigned, and respectfully file Exhibit "N" in support of the United States Magistrate Judge's Report and Recommendation herein, further demonstrating that on August 31, 1995, the husband of Plaintiff Dominguez was issued employment authorization on the basis of his application for adjustment of status. *See also*, Defendants' acknowledgment of the truth of Request for Admission No. 2, filed December 18, 1996, as Plaintiffs' Exhibit "J."

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga
Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Ernesto H. Molina, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Washington, D.C. 20044, this 10th day of December, 1998.

_____
Lisa S. Brodyaga



U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE                    DATE: 08/31/95
                                                          TIME: 10:59

**** RECEIPT NO: HLG A 95 335 0032          **** ALIEN NO: A073763600
     THE ABOVE RECEIPT AND ALIEN NUMBER MUST ACCOMPANY ALL INQUIRIES!

RECEIVED $70.00 IN THE FORM OF C
FROM:
JOSE           LUIS PEREZ

APPLICANT:
JOSE           LUIS PEREZ

FORM: I765                                         REF NO:

G 711 EDP 1                                              INITIAL ISSUE


257