#57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., § | |
| Plaintiffs, § | |
| § | Civil Action No. B-96-116 |
| v. § | |
| § | |
| JANET RENO, et. al., § | |
| Defendants. § | |

## FINAL ORDER

The Court, having reviewed the Report and Recommendation filed by Magistrate Judge John Wm. Black on November 10, 1998, and having conducted a de novo review of this case is of the opinion that the Report and Recommendation should be **ADOPTED** subject to the Court being available to address the defendants' concerns regarding fraudulent applications on an individual basis and that these permits are not to be construed as permanent but merely temporary work authorizations pending the final adjudication of Plaintiffs' N-600 Applications. The Court recognizes that the defendants did briefly state other reasons for the disparate treatment but feels that such reasons do not warrant a different result.

**IT IS THEREFORE ORDERED** that subject to the above limitations Defendants' Motions to Dismiss [28-1, 49-1] be **DENIED**;

Plaintiffs' Motion for Class Certification [10-1] be **GRANTED**;

Plaintiffs' Petition for Writ of Habeas Corpus be **GRANTED**; and

Plaintiffs' Complaint for Declaratory and Injunctive Relief be **GRANTED**.

It follows that Defendants' Motion to Hold in Abeyance the Court's Determination of

Plaintiff's Motion for Class Certification [14-1] is rendered **MOOT**.

DONE this __26th__ day of February, 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge