United States District Court
Southern District of Texas
FILED

MAR 2 5 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al
    Petitioners

v.                                         No. CA B-96-116

JANET RENO, et al
    Respondents.

PETITIONERS' PROVISIONAL OPPOSITION TO DEFENDANTS' MOTION TO
ALTER OR AMEND JUDGMENT PURSUANT TO FED. R.CIV.P. 59(e)
AND OPPOSED MOTION TO HOLD MOTION TO AMEND IN ABEYANCE WHILE
THE PARTIES DISCUSS A POSSIBLE AGREED ORDER

Come Petitioners herein, and respectfully file the instant (provisional) opposition to Defendants' Motion to Alter Or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). Simultaneously, Petitioners would request that said motion be held in abeyance, while the Parties discuss whether an agreement can be reached.

Petitioners would first note that Defendants' motion contains no certificate of consultation, as required by Local Rule 6(A)(4), asserting that the movant has conferred with opposing counsel, and that counsel "cannot agree" about the disposition of the motion. In fact, Petitioners are open to negotiating the issues raised therein, and consider that an amended order might be appropriate (such as, for example, to make explicit the necessity of filing an application for employment authorization, and specifying that such applications be adjudicated in the "same manner" as applications from similarly situated applicants for adjustment of status).

However, when the undersigned contacted INS, counsel for INS informed her, after consultation with his superiors, as follows:

225

(1) that INS opposes the request to hold its motion to alter or amend in abeyance, pending negotiations, and (2) that while INS would receive written suggestions made by Petitioners, and forward them to the appropriate superiors, they were not willing to engage in what is typically considered "negotiations," in the sense of permitting direct contact with anyone in a position to compromise or settle any issues.

Notwithstanding the cumbersome nature of the procedure proposed by INS, Petitioners intend to prepare and submit a proposed, Amended Order for INS' consideration. For this reason, Petitioners would request that INS' motion not be denied at this time, so that if the parties can agree on any amendments, an amended order could be issued, and, hopefully, an appeal be avoided.

Respectfully Submitted,

Lisa S. Brodyaga
Attorney for Petitioners
402 E. Harrison, 2nd Floor
Harlingen, TX 78550

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to Ernesto Molina, Jr., OIL, P.O. Box 878 Ben Franklin Sta., Wash. D.C. 20044, this 22nd day of March, 1999.