6C

United States District Court
Southern District of Texas
FILED

MAR 2 9 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al    |
      Petitioners                      |
                                    |
v.                                  |    No. CA B-96-116
                                    |
JANET RENO, et al                   |
      Respondents.                     |

---

PETITIONERS' SUPPLEMENTAL REPLY TO DEFENDANTS' MOTION TO
ALTER OR AMEND JUDGMENT PURSUANT TO FED. R.CIV.P. 59(e)
AND SUPPLEMENT TO MOTION TO HOLD MOTION TO AMEND IN ABEYANCE
WHILE THE PARTIES DISCUSS A POSSIBLE AGREED ORDER

Come Petitioners herein, and respectfully file the instant
supplemental reply to Defendants' Motion to Alter Or Amend Judgment
Pursuant to Fed. R. Civ. P. 59(e).    Petitioners would also
supplement their request that said motion be held in abeyance for
a reasonable period of time, (of approximately one month, or until
April 26, 1999), while the Parties attempt to reach an agreement.

Petitioners have prepared two versions of an Amended Final Order.
The first presupposes an agreement between the parties, and, in
accordance with the procedures requested by INS, has been sent to
them for their review.    In the (likely) event that no agreement is
reached, however, Petitioners have prepared a second version,
submitted herewith, which does not presuppose such an agreement,
but which clarifies certain aspects of the initial order, and
places the procedures to be followed by class members in the same
posture as those followed by other groups.

In their motion to amend or alter judgment, Defendants objected to
the supposed lack of a requirement that class members file

182

applications for employment authorization, and either pay the required fee, or request a fee waiver. Petitioners consider that this requirement was implicit in the Courts Order, and have no objection to an amendment which would make it explicit.

Far more problematic is Defendants opposition to the fact that, in its Final Order, this Honorable Court made itself available to address their concerns about fraud on a case-by-case basis, and requested, instead, that they be given *absolute* discretion to grant or deny applications for employment authorization from class members. It is Petitioners' position that this would be inappropriate, since Defendants have long had such discretion, and have exercised it in favor of refusing even to *consider* such applications from class members.

Moreover, this request goes far beyond anything set forth in their Objections to the United States Magistrate Judge's Report and Recommendation, wherein they only complained, (at page 32), that the proposed injunction was excessive, and that "[a]t most, an appropriate injunction would only require the INS to provide temporary work authorization to N-600 applicants in the same manner in which it is afforded to aliens." *Id.*

Providing class members with temporary work authorization "in the same manner" as afforded to other applicants is a much broader concept than the grant of absolute discretion which INS now seeks. The "manner" in which applications are adjudicated, for example, in the case of applicants for adjustment of status, is that they are routinely granted, in the absence of clear evidence that the applicant is not eligible for the underlying relief sought, e.g., an applicant for adjustment of status in whose case there exists a prior drug conviction, or similar disqualifying factor. Should

2

183

Defendants adopt a different procedure for applications based on a pending N-600, an Order requiring that they be adjudicated "in the same manner" as similar applications from aliens, Petitioners could return to Court, to seek enforcement. [1]

Such an Order would eliminate the necessity of tying up the resources of this Honorable Court, each time INS proposed to deny a specific application, because it showed, on its face, that the applicant was not eligible for a Certificate of Citizenship. If the Order were administered in good faith by Defendants, there would be no need to return to Court. Moreover, in the event of an appeal, such an Order would also be completely defensible, since this is all that INS requested in its Objections to the Magistrate's Report and Recommendation. *See, Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

In support of this proposed amendment, Petitioners submit herewith, (as Petitioners Exhibit "O"), Defendants' Second Supplemental Responses to Plaintiffs' Requests For Production of Documents, and 8 (of 1229) pages of documents submitted therewith. Specifically, included are pages 0816, 0818, 0820, 0822, 0824, 0826, and 0828, which show the total number of N-600 applications adjudicated by the Harlingen District Office between October 1991, and July 1998, broken down as to applications approved, applications denied for fraud, and applications denied for other reasons. They show that of the total of 2,757 N-600 applications adjudicated during that period, only 34 (less than 1.25%), were denied for fraud. [2]

_____

[1]  In the experience of Petitioners' counsel, such disputes are extremely rare, and can usually be resolved amicably, by determining the validity, or lack thereof, of INS' concerns.

[2]  The relatively high number of denials for other reasons reflects the inexact nature of N-600 applications, which depend on

3

184

Also included is page 0840, apparently the only page submitted regarding the adjudication by the Harlingen District Office of applications for employment authorization, (I-765s). This document is for the month of November, 1992, and shows that only five of a total of 120 applications for employment authorization adjudicated during that period were denied, for any reason.

INS is also incorrect in its assertion that complete justice can be rendered without an order against Apfel or the Social Security Administration. As previously noted [3] EADs from INS would not necessarily entitle N-600 applicants to social security cards. The governing regulations do not authorize issuance of social security cards to persons claiming U.S. citizenship who present employment authorization from INS. 20 CFR §422.107(d). 20 CFR §422.107(a) only governs issuance of social security cards to *non-citizens*, and would not provide a basis for class members to seek such cards.

Plaintiffs consider that there is no merit to the other amendments requested in Defendants' Motion to Alter or Amend Judgment.

Respectfully Submitted,



---

a showing that the U.S. citizen parent[s] resided in the United States for specific periods of time prior to the birth of the applicant. *See, e.g.,* 8 U.S.C. §§ 1401, 1409. The denial of such an application does not mean, therefore, that the applicant is not a United States citizen, but only that he or she has been unable to prove it to the satisfaction of INS. *See, e.g.,* 8 U.S.C. §1453.

[3]   *See,* Response to Defendants' Objections to United States Magistrate Judge's Report and Recommendation, at pages 4-5.

185

Lisa S. Brodyaga
Attorney for Petitioners
402 E. Harrison, 2nd Floor
Harlingen, TX 78550
(956) 421-3226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, and Proposed Order, were mailed to Ernesto Molina, Jr., Attorney, OIL, P.O. Box 878 Ben Franklin Sta., Wash. D.C. 20044, this 29th day of March, 1999.

186

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al  |
     Petitioners            |
                             |
v.                            |     No. CA B-96-116
                             |
JANET RENO, et al          |
     Respondents.        |
_____

EXHIBIT "O" IN SUPPORT OF

PETITIONERS' SUPPLEMENTAL REPLY TO DEFENDANTS' MOTION TO
ALTER OR AMEND JUDGMENT PURSUANT TO FED. R.CIV.P. 59(e)
AND SUPPLEMENT TO MOTION TO HOLD MOTION TO AMEND IN ABEYANCE
WHILE THE PARTIES DISCUSS A POSSIBLE AGREED ORDER

187

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ,  )
et al.,                   )
                          )
        Plaintiffs,       )
                          )     No. B-96-116
    v.                    )
                          )
JANET RENO, et al.        )
                          )
        Defendants.       )
_____  )

DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS'
REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendants hereby make their third written response to Plaintiffs' Requests for Production of Documents.

### OBJECTIONS

Defendants do not waive any objection to any portion of any request for production of documents by not setting it out at this time.

1.  General Objections

Defendants continue to raise the general objections as discussed in Defendants' First Responses to Plaintiffs' Requests for Production of Documents.  Moreover, defendants object to the extent that any discovery is sought beyond materials specifically sought through a proper discovery request, the materials specifically itemized for production during the hearing before Magistrate Judge Black on August 24, 1998, and materials which

188

3.   **Produce all documents that you made or kept or that are in your possession that describe any aspect of data processing system(s) that is(are) used to record or keep track of any of the following:**

1)   the number of N-600 application filed;
2)   the number of N-600 applications pending;
3)   the name or any other information regarding N-600 applicants;
4)   the adjudication or status of specific N-600 applications;

**Response:**

Pursuant to the agreement reached before Magistrate Judge Black, the following documents are produced:

Subpart 1

*   WORKLOAD SUMMARY SHEET G-22.3
    (Revised 9/20/91) . . . . . . . . . . . . . . . . 810
*   WORKLOAD SUMMARY SHEET G-22.3
    (Revised 9/11/97) . . . . . . . . . . . . . . . . 813

Subpart 2

*   WORKLOAD SUMMARY SHEET G-22.3
    (Revised 9/20/91) . . . . . . . . . . . . . . . . 810
*   WORKLOAD SUMMARY SHEET G-22.3
    (Revised 9/11/97) . . . . . . . . . . . . . . . . 813

Subpart 3

No such documents were found

Subpart 4

No such documents were found

4

*189.*

4.    Produce all documents that you made or kept or that are in your possession that describe any aspect of any data processing system(s) that could be used to access any or all of the following:

    1)    the status of a specified N-600 application;

    2)    the identities or other personal information, including, but not limited to, dates and places of birth, addresses, and telephone numbers, of individual who have filed N-600 applications within the past five years;

    3)    the identities or other personal information, including, but not limited to, dates and places of birth, addresses, and telephone numbers, of individuals whose N-600 applications have been granted within the past five years.

**Response:**

No such documents were found.

5.    Produce all documents that you made or kept concerning how the individuals(s) responsible for generating or maintaining information regarding the filing, status, or adjudication of N-600 applications is(are) to enter such information in the system(s).

**Response:**

- MEMORANDUM:  Adjudications-Related G-22 Report Format for FY 98 . . . . . . . . . . . . . . . . . . . . 5
- INSPECTIONS ACTIVITY WORKLOAD RECORDS (9/24/97) . . . . . . . . . . . . . . . . . . . . 29
- INSPECTIONS ACTIVITY WORKLOAD . . . . . . . . . . . 62
- EXAMINATIONS ACTIVITY (FY 98 10/07/97) . . . . . . 95
- EXAMINATIONS ACTIVITY . . . . . . . . . . . . . . 117
- PERFORMANCE ANALYSIS SYSTEM . . . . . . . . . . . 139

5

*190*

6.   **Produce all documents you made or kept or in your possession that evidence, explain, or describe how information regarding the N-600 applications of anyone who is or has been a named plaintiff herein was recorded or entered in any data processing system(s), what such information was recorded, when it was recorded, and by whom.**

**Response:**

No such documents were found.

*191*

7.    Produce all documents that you made or kept or that are in
your possession describing reports or summaries that can be
generated from your data processing system(s) which would
reflect any or all of the following information:

1)    the number of N-600 applications filed during any given
period of time;

2)    the number of N-600 applications pending during a given
period of time;

3)    the identity of or other information relating to N-600
applicants whose applications were filed, are pending
or have been adjudicated;

4)    information regarding the status or adjudication of N-
600 applications filed;

5)    information regarding whether an appeal had been taken
from the denial of a particular N-600 application; and

6)    information regarding whether any appeal taken from the
denial of a given N-600 application has been forwarded
for adjudication.

**Response:**

Subpart 1

- MEMORANDUM:  Adjudications-Related G-22 Report Format
  for FY 98 . . . . . . . . . . . . . . . . . . . . . . . .5
- INSPECTIONS ACTIVITY WORKLOAD RECORDS
  (9/24/97) . . . . . . . . . . . . . . . . . . . . . . . 29
- INSPECTIONS ACTIVITY WORKLOAD . . . . . . . . . . . . . 62
- EXAMINATIONS ACTIVITY (FY 98 10/07/97) . . . . . . 95
- EXAMINATIONS ACTIVITY . . . . . . . . . . . . . . . .117
- PERFORMANCE ANALYSIS SYSTEM . . . . . . . . . . . . .139

Subpart 2

- MEMORANDUM:  Adjudications-Related G-22 Report Format
  for FY 98 . . . . . . . . . . . . . . . . . . . . . . . .5
- INSPECTIONS ACTIVITY WORKLOAD RECORDS
  (9/24/97) . . . . . . . . . . . . . . . . . . . . . . . 29
- INSPECTIONS ACTIVITY WORKLOAD . . . . . . . . . . . . . 62
- EXAMINATIONS ACTIVITY (FY 98 10/07/97) . . . . . . 95
- EXAMINATIONS ACTIVITY . . . . . . . . . . . . . . . .117
- PERFORMANCE ANALYSIS SYSTEM . . . . . . . . . . . . .139

192

Subpart 3

    No such documents were found

Subpart 4

    No such documents were found

Subpart 5

    No such documents were found

Subpart 6

    No such documents were found

8

*193*

8.   Produce all documents that you made or kept or that are in
     your possession that describe how often reports or summaries
     are generated at the Harlingen INS District Office
     containing any or all of the following information:

     1)   the number of N-600 applications filed in a given time
          period;
     2)   the number of N-600 applications pending at a given
          point in time;
     3)   the number of N-600 applications adjudicated during a
          given period of time;
     4)   the status of N-600 applications pending with the
          Harlingen INS District Office during a given period of
          time;
     5)   the status of any appeals which are pending from the
          denial of N-600 applications;

**Response:**

No such documents were found

9

*194.*

**Subpart 2**

- NATURALIZATION REPORT
  Reporting Period:  Oct 1991 to Aug 1992 . . . . . . 816
- NATURALIZATION REPORT
  Reporting Period:  Oct 1992 to Aug 1993 . . . . . . 818
- NATURALIZATION REPORT
  Reporting Period:  Oct 1993 to Aug 1994 . . . . . . 820
- NATURALIZATION REPORT
  Reporting Period:  Oct 1994 to Aug 1995 . . . . . . 822
- NATURALIZATION REPORT
  Reporting Period:  Oct 1995 to Aug 1996 . . . . . . 824
- NATURALIZATION REPORT
  Reporting Period:  Oct 1996 to Aug 1997 . . . . . . 826
- NATURALIZATION REPORT
  Reporting Period:  Oct 1997 to Jul 1998 . . . . . . 828

**Subpart 3**

- NATURALIZATION REPORT
  Reporting Period:  Oct 1991 to Aug 1992 . . . . . . 816
- NATURALIZATION REPORT
  Reporting Period:  Oct 1992 to Aug 1993 . . . . . . 818
- NATURALIZATION REPORT
  Reporting Period:  Oct 1993 to Aug 1994 . . . . . . 820
- NATURALIZATION REPORT
  Reporting Period:  Oct 1994 to Aug 1995 . . . . . . 822
- NATURALIZATION REPORT
  Reporting Period:  Oct 1995 to Aug 1996 . . . . . . 824
- NATURALIZATION REPORT
  Reporting Period:  Oct 1996 to Aug 1997 . . . . . . 826
- NATURALIZATION REPORT
  Reporting Period:  Oct 1997 to Jul 1998 . . . . . . 828

**Subpart 4**

- NATURALIZATION REPORT
  Reporting Period:  Oct 1991 to Aug 1992 . . . . . . 816
- NATURALIZATION REPORT
  Reporting Period:  Oct 1992 to Aug 1993 . . . . . . 818
- NATURALIZATION REPORT
  Reporting Period:  Oct 1993 to Aug 1994 . . . . . . 820
- NATURALIZATION REPORT
  Reporting Period:  Oct 1994 to Aug 1995 . . . . . . 822
- NATURALIZATION REPORT
  Reporting Period:  Oct 1995 to Aug 1996 . . . . . . 824
- NATURALIZATION REPORT
  Reporting Period:  Oct 1996 to Aug 1997 . . . . . . 826
- NATURALIZATION REPORT
  Reporting Period:  Oct 1997 to Jul 1998 . . . . . . 828

11



**Subpart 5**

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1228.

**Subpart 6**

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1228.

**Subpart 7**

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1228.

*196*

10.  **Produce all documents that you made or kept or that are in your possession relating to N-600 applications reflecting, for the month of March in the years (or fiscal years) 1996, 1995, 1994, 1993, and 1992, any or all of the following information:**

   1)  **the number of N-600 applications that were filed;**
   2)  **the number of N-600 applications adjudicated;**
   3)  **the number of N-600 applications which were denied;**
   4)  **the number of N-600 applications which were granted;**
   5)  **the number of denials of N-600 applications from which appeals were taken**
   6)  **the number of appeals from denials of N-600 applications which were granted, and**
   7)  **the number of appeals from denials of N-600 applications which were denied.**

**Response:**

   Objection.  Subparts 5, 6, and 7 are objected to as going beyond the scope of discoverable information for issues raised by the complaint.  The complaint raises issues as to the propriety of regulations providing work authorization to N-600 applicants. No documents were found as to subparts 5, 6, and 7.
   As for subparts 1 through 4, your request has been interpreted as a request for reports by month for each year since 1992.  The reports directly responsive to your specific request are paginated as noted below.  For an index of all months, please see Attachment A.
   Pursuant to the agreement reached before Magistrate Judge Black, the following documents are produced:

**Subpart 1**

   •   WORKLOAD SUMMARY: Adjudications
       Handwritten entries
       Reporting Period: 3/92 . . . . . . . . . . . . . . . 832
   •   WORKLOAD SUMMARY: Adjudications
       Computer output
       Reporting Period: 03/1992 . . . . . . . . . . . 850
   •   WORKLOAD SUMMARY: Adjudications
       Handwritten entries
       Reporting Period: 3/93 . . . . . . . . . . . . . . . 887
   •   WORKLOAD SUMMARY: Adjudications
       Computer output
       Reporting Period: 03/1993 . . . . . . . . . . . 906
   •   WORKLOAD SUMMARY: Adjudications
       Handwritten entries

13

*197*

```
                    Reporting Period:  3/94 . . . . . . . . . . .  944
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1994  . . . . . . . . . .  961
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1995  . . . . . . . . . .  1009
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1995  . . . . . . . . . .  1030
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/96 . . . . . . . . . . .  1072
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1996  . . . . . . . . . .  1090
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/97 . . . . . . . . . . .  1138
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1997  . . . . . . . . . .  1155
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/98 . . . . . . . . . . .  1196
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1998  . . . . . . . . . .  1208
```

**Subpart 2**

```
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/92 . . . . . . . . . . .  832
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1992  . . . . . . . . . .  850
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/93 . . . . . . . . . . .  887
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1993  . . . . . . . . . .  906
       •    WORKLOAD SUMMARY: Adjudications
            Handwritten entries
            Reporting Period:  3/94 . . . . . . . . . . .  944
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
            Reporting Period:  03/1994  . . . . . . . . . .  961
       •    WORKLOAD SUMMARY: Adjudications
            Computer output
```

*198*

```
                  Reporting Period:  03/1995 . . . . . . . . . .  1009
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1995 . . . . . . . . . .  1030
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/96 . . . . . . . . . . .  1072
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1996 . . . . . . . . .  1090
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/97 . . . . . . . . . . .  1138
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1997 . . . . . . . . .  1155
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/98 . . . . . . . . . . .  1196
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1998 . . . . . . . . .  1208
```

## Subpart 3

```
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/92 . . . . . . . . . . .  832
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1992 . . . . . . . . .  850
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/93 . . . . . . . . . . .  887
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1993 . . . . . . . . .  906
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
             Reporting Period:  3/94 . . . . . . . . . . .  944
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1994 . . . . . . . . .  961
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1995 . . . . . . . . .  1009
       •     WORKLOAD SUMMARY: Adjudications
             Computer output
             Reporting Period:  03/1995 . . . . . . . . .  1030
       •     WORKLOAD SUMMARY: Adjudications
             Handwritten entries
```

199

```
                 Reporting Period:  3/96 . . . . . . . . . . . 1072
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1996 . . . . . . . . . 1090
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/97 . . . . . . . . . . . 1138
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1997 . . . . . . . . . 1155
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/98 . . . . . . . . . . . 1196
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1998 . . . . . . . . . 1208
```

**Subpart 4**

```
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/92 . . . . . . . . . . . 832
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1992 . . . . . . . . . 850
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/93 . . . . . . . . . . . 887
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1993 . . . . . . . . . 906
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/94 . . . . . . . . . . . 944
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1994 . . . . . . . . . 961
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1995 . . . . . . . . . 1009
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1995 . . . . . . . . . 1030
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
                 Reporting Period:  3/96 . . . . . . . . . . . 1072
       •         WORKLOAD SUMMARY: Adjudications
                 Computer output
                 Reporting Period:  03/1996 . . . . . . . . . 1090
       •         WORKLOAD SUMMARY: Adjudications
                 Handwritten entries
```

16



Reporting Period:  3/97 . . . . . . . . . . . . .  1138
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  03/1997  . . . . . . . . . .  1155
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  3/98 . . . . . . . . . . . .  1196
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  03/1998  . . . . . . . . . .  1208

## Subpart 5

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1229

## Subpart 6

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1229

## Subpart 7

No such documents exist.  However, pursuant to the agreement reached by the parties before Magistrate Black, the information has been gathered and is organized for plaintiffs' convenience in the chart produced at page 1229

201

11. **Produce all documents that you made or kept or that are in your possession concerning any communication between the Harlingen INS District Office and any INS office in Washington, D.C. or an agent of the INS regarding how information relating to the filing or processing of N-600 applications is to be recorded at the local district office.**

**Response:**

Defendants object to this request insofar as it seeks information which is subject to the attorney/client, work product, or deliberative process privileges.  Without waving any objections, no such documents were found.

12. **Produce all documents describing the name(s) of the person(s) responsible for recording, inputting or maintaining information regarding the filing or processing of N-600 applications.**

**Response:**

No such documents were found.

13. **Produce all documents that you made or kept or that are in your possession that describe the period of time (for example, a fiscal year starting in the month of October) which is used to collect or assess information regarding N-600 applications.**

**Response:**

No such documents were found.

14. **Produce all documents regarding the job description of the person or persons responsible for recording, inputting or maintaining information regarding the filing or processing of N-600 applications.**

**Response:**

Objection.  The request is vague and ambiguous.  It is also objected to as going beyond the scope of discoverable information for issues raised by the complaint.  The complaint raises issues as to the propriety of regulations providing work authorization to N-600 applicants.  No such documents were found



## CONCLUSION

Should you have any questions regarding the foregoing responses, please call Ernesto H. Molina at the number listed below.

Submitted by,

FRANK HUNGER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director
Office of Immigration Litigation

ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344
Dated:   September 3, 1998    ATTORNEYS FOR RESPONDENT

19



**ATTACHMENT A**

204

## INDEX OF MONTHLY REPORTS

- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  1/92 . . . . . . . . . . . . 830
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  2/92 . . . . . . . . . . . . 831
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  3/92 . . . . . . . . . . . . 832
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  4/92 . . . . . . . . . . . . 833
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  5/92 . . . . . . . . . . . . 834
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  6/92 . . . . . . . . . . . . 835
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  7/92 . . . . . . . . . . . . 836
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  8/92 . . . . . . . . . . . . 837
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  9/92 . . . . . . . . . . . . 838
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  10/92 . . . . . . . . . . . . 839
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  11/92 . . . . . . . . . . . . 840
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  12/92 . . . . . . . . . . . . 841
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  01/1992 . . . . . . . . . . . 842
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  02/1992 . . . . . . . . . . . 846
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  03/1992 . . . . . . . . . . . 850
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  04/1992 . . . . . . . . . . . 854
- WORKLOAD SUMMARY: Adjudications

i

205

```
          Computer output
          Reporting Period:  05/1992  . . . . . . . . . .  858
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  06/1992  . . . . . . . . . .  862
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  07/1992  . . . . . . . . . .  866
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  08/1992  . . . . . . . . . .  869
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  09/1992  . . . . . . . . . .  872
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  10/1992  . . . . . . . . . .  876
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  11/1992  . . . . . . . . . .  879
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  12/1992  . . . . . . . . . .  882
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  1/93 . . . . . . . . . . . .  885
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  2/93 . . . . . . . . . . . .  886
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  3/93 . . . . . . . . . . . .  887
   •      WORKLOAD SUMMARY:  Adjudications
          Computer output
          Reporting Period:  04/1993  . . . . . . . . . .  888
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  5/93 . . . . . . . . . . . .  892
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  6/93 . . . . . . . . . . . .  893
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  7/93 . . . . . . . . . . . .  894
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  8/93 . . . . . . . . . . . .  895
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
          Reporting Period:  9/93 . . . . . . . . . . . .  896
   •      WORKLOAD SUMMARY:  Adjudications
          Handwritten entries
```



Reporting Period: 10/93 . . . . . . . . . . . . . 897
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 11/93 . . . . . . . . . . . . . 898
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 12/93 . . . . . . . . . . . . . 899
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 01/1993 . . . . . . . . . . . . 900
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 02/1993 . . . . . . . . . . . . 903
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 03/1993 . . . . . . . . . . . . 906
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 04/1993 . . . . . . . . . . . . 909
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 05/1993 . . . . . . . . . . . . 912
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 06/1993 . . . . . . . . . . . . 915
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 07/1993 . . . . . . . . . . . . 919
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 08/1993 . . . . . . . . . . . . 923
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 09/1993 . . . . . . . . . . . . 926
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 10/1993 . . . . . . . . . . . . 930
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 11/1993 . . . . . . . . . . . . 934
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 12/1993 . . . . . . . . . . . . 938
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 1/94 . . . . . . . . . . . . . 942
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 2/94 . . . . . . . . . . . . . 943
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 3/94 . . . . . . . . . . . . . 944

iii

- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 4/94 . . . . . . . . . . . 945
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 5/94 . . . . . . . . . . . 946
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 6/94 . . . . . . . . . . . 947
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 7/94 . . . . . . . . . . . 948
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 8/94 . . . . . . . . . . . 949
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 9/94 . . . . . . . . . . . 950
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 10/94 . . . . . . . . . . 951
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 11/94 . . . . . . . . . . 952
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period: 12/94 . . . . . . . . . . 953
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 01/1994 . . . . . . . . . 954
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 02/1994 . . . . . . . . . 957
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 03/1994 . . . . . . . . . 961
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 04/1994 . . . . . . . . . 965
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 05/1994 . . . . . . . . . 970
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 06/1994 . . . . . . . . . 974
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 07/1994 . . . . . . . . . 978
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period: 08/1994 . . . . . . . . . 982
- WORKLOAD SUMMARY: Adjudications

iv

```
         Computer output
         Reporting Period:  09/1994  . . . . . . . . . . .  986
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  10/1994  . . . . . . . . . . .  990
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  11/1994  . . . . . . . . . . .  993
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  12/1994  . . . . . . . . . . .  997
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  01/1995  . . . . . . . . . .  1001
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  02/1995  . . . . . . . . . .  1005
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  03/1995  . . . . . . . . . .  1009
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  4/95 . . . . . . . . . . . .  1013
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  5/95 . . . . . . . . . . . .  1014
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  6/95 . . . . . . . . . . . .  1015
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  7/95 . . . . . . . . . . . .  1016
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  8/95 . . . . . . . . . . . .  1017
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  9/95 . . . . . . . . . . . .  1018
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  10/95  . . . . . . . . . . .  1019
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  11/95  . . . . . . . . . . .  1020
  •      WORKLOAD SUMMARY: Adjudications
         Handwritten entries
         Reporting Period:  12/95  . . . . . . . . . . .  1021
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
         Reporting Period:  01/1995  . . . . . . . . . .  1022
  •      WORKLOAD SUMMARY: Adjudications
         Computer output
```

v

209

Reporting Period:  02/1995 . . . . . . . . . . .  1026
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  03/1995 . . . . . . . . . . .  1030
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  04/1995 . . . . . . . . . . .  1034
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  05/1995 . . . . . . . . . . .  1038
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  06/1995 . . . . . . . . . . .  1042
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  07/1995 . . . . . . . . . . .  1046
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  08/1995 . . . . . . . . . . .  1050
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  09/1995 . . . . . . . . . . .  1054
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  10/1995 . . . . . . . . . . .  1058
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  11/1995 . . . . . . . . . . .  1062
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period:  12/1995 . . . . . . . . . . .  1066
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  1/96 . . . . . . . . . . .  1070
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  2/96 . . . . . . . . . . .  1071
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  3/96 . . . . . . . . . . .  1072
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  4/96 . . . . . . . . . . .  1073
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  5/96 . . . . . . . . . . .  1074
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  6/96 . . . . . . . . . . .  1075
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period:  7/96 . . . . . . . . . . .  1076

vi

210

- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  8/96 . . . . . . . . . . . . .  1077
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  9/96 . . . . . . . . . . . . .  1078
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  10/96  . . . . . . . . . . . .  1079
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  11/96  . . . . . . . . . . . .  1080
- WORKLOAD SUMMARY: Adjudications
  Handwritten entries
  Reporting Period:  12/96  . . . . . . . . . . . .  1081
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  03/1996 . . . . . . . . . . .  1090
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  04/1996 . . . . . . . . . . .  1094
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  05/1996 . . . . . . . . . . .  1098
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  06/1996 . . . . . . . . . . .  1102
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  07/1996 . . . . . . . . . . .  1106
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  08/1996 . . . . . . . . . . .  1110
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  09/1996 . . . . . . . . . . .  1114
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  10/1996 . . . . . . . . . . .  1118
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  11/1996 . . . . . . . . . . .  1122
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  12/1996 . . . . . . . . . . .  1126
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  01/1997 . . . . . . . . . . .  1130
- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  02/1997 . . . . . . . . . . .  1134
- WORKLOAD SUMMARY: Adjudications

vii

211

Handwritten entries
Reporting Period: 3/97 . . . . . . . . . . . 1138
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 4/97 . . . . . . . . . . . 1139
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 5/97 . . . . . . . . . . . 1140
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 6/97 . . . . . . . . . . . 1141
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 7/97 . . . . . . . . . . . 1142
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 8/97 . . . . . . . . . . . 1143
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 9/97 . . . . . . . . . . . 1144
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 10/97 . . . . . . . . . . 1145
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 11/97 . . . . . . . . . . 1146
• WORKLOAD SUMMARY: Adjudications
Handwritten entries
Reporting Period: 12/97 . . . . . . . . . . 1147
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 01/1997 . . . . . . . . . 1148
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 02/1997 . . . . . . . . . 1152
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 03/1997 . . . . . . . . . 1155
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 04/1997 . . . . . . . . . 1158
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 05/1997 . . . . . . . . . 1162
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 06/1997 . . . . . . . . . 1166
• WORKLOAD SUMMARY: Adjudications
Computer output
Reporting Period: 07/1997 . . . . . . . . . 1170
• WORKLOAD SUMMARY: Adjudications
Computer output

viii

212

    Reporting Period:  08/1997 . . . . . . . . . . . 1174
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  09/1997 . . . . . . . . . . . 1178
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  10/1997 . . . . . . . . . . . 1182
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  11/1997 . . . . . . . . . . . 1186
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  12/1997 . . . . . . . . . . . 1190
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  01/1998 . . . . . . . . . . . 1194
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  02/1998 . . . . . . . . . . . 1195
  •   WORKLOAD SUMMARY: Adjudications
    Handwritten entries
    Reporting Period:  3/98 . . . . . . . . . . . 1196
  •   WORKLOAD SUMMARY: Adjudications
    Handwritten entries
    Reporting Period:  4/98 . . . . . . . . . . . 1197
  •   WORKLOAD SUMMARY: Adjudications
    Handwritten entries
    Reporting Period:  5/98 . . . . . . . . . . . 1198
  •   WORKLOAD SUMMARY: Adjudications
    Handwritten entries
    Reporting Period:  6/98 . . . . . . . . . . . 1199
  •   WORKLOAD SUMMARY: Adjudications
    Handwritten entries
    Reporting Period:  7/98 . . . . . . . . . . . 1200
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  01/1998 . . . . . . . . . . . 1201
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  02/1998 . . . . . . . . . . . 1204
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  03/1998 . . . . . . . . . . . 1208
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  04/1998 . . . . . . . . . . . 1212
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  05/1998 . . . . . . . . . . . 1216
  •   WORKLOAD SUMMARY: Adjudications
    Computer output
    Reporting Period:  06/1998 . . . . . . . . . . . 1220

                                ix

- WORKLOAD SUMMARY: Adjudications
  Computer output
  Reporting Period:  07/1998  . . . . . . . . . . .  1224

x

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 1998, one copy of Defendants' Second Supplemental Responses to Plaintiffs' Requests for Production of Documents was served on plaintiffs Federal Express Overnight Service, addressed as follows:

> Lisa S. Brodyaga
> 402 E. Harrison, 2nd Floor
> Harlingen, TX  78550
>
> Lynn Coyle
> 2311 N. Flores
> San Antonio, TX  78212

ERNESTO H. MOLINA, JR.
Attorney
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044
(202) 616-9344

215

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 1998, one copy of Defendants' Second Supplemental Responses to Plaintiffs' Requests for Production of Documents was served on plaintiffs Federal Express Overnight Service, addressed as follows:

Lisa S. Brodyaga
402 E. Harrison, 2nd Floor
Harlingen, TX  78550

Lynn Coyle
2311 N. Flores
San Antonio, TX  78212

ERNESTO H. MOLINA, JR.
Attorney
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044
(202) 616-9344

Case 1:96-cv-...-6 Document 60 ... on 03/29/1999 Page 36 of 40

**NATURALIZATION REPORT**
**OFFICE LEVEL SUMMARY**
** PRELIMINARY DATA **

OFFICE = HARLINGEN TX, DISTRICT = HARLINGEN TX

REPORTING PERIOD: OCT 1991 TO AUG 1992

DATE: 09/02/88

ACTIVITY = 0

| | BEGIN PENDING RECPTS (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | TRANSFERS OUT (E) | SVC CTR PROCSNG CMPLTD (F) | OATHS ADMIN/ APPRVD (G) | DENIED FRAUD (H) | DENIED OTHER (I) | RETRND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 TOTAL CITIZNSHP (160A.167) | 638 | 2390 | 193 | 0 | 0 | 0 | 1287 | 3 | 286 | 65 | 0 | 1500 | 1618 | 3203 |
| 1600 N-400 NATZ | 308 | 1627 | 141 | 0 | 0 | 0 | 857 | 0 | 201 | 53 | 0 | 965 | 1121 | 1861 |
| 160G N-400 CHILD | 4 | 7 | 0 | 0 | 0 | 0 | 5 | 0 | 1 | 1 | 0 | 1 | 0 | 2 |
| 160R N-400 MIL SVC | 102 | 341 | 26 | 0 | 0 | 0 | 181 | 3 | 73 | 11 | 0 | 219 | 340 | 767 |
| 162 N-600 CLM CITZ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 161 N-643 ADP CHLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-644 POSTHUM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 163 N-470 PRS RES | 224 | 393 | 28 | 0 | 0 | 0 | 244 | 0 | 7 | 0 | 0 | 393 | 157 | 573 |
| 165 N-565 R.N/C.C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 166 I-300 DCL INT | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 167 I-336 REG HNG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 168 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**MISC PROCESSING**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170D I-89 PROB RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170A I-290B/MOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170X EOIR-29/MOTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170D I-485 PEN FEE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170E N-648 DISAB EX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170G DE NO NTZ HRG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1731 NTAS ISSUED | 0 | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17?H NATZ COURT ACT | 0 | 537 | 0 | 0 | 0 | 343 | 0 | 0 | 0 | 0 | 174 | 135 | 16 | |
| 17?H FINGERPRINTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 | |
| 17?J MISC LEGAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17?K RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

**N-600 PROCESSING**

| | EVID REQS INITIATED | | RESPONSES RECEIVED | |
|---|---|---|---|---|
| IDENCE REQS | 0 | | 0 | |

**FROZLOGS**

| | | |
|---|---|---|
| 1734 AWAIT TSF FROM SVC CTR | 0 | |
| 1735 GRANTED AWAITING OATH | 0 | |
| 1736 REVOKED | 0 | |
| 1737 RESERVED | 0 | |

| | |
|---|---|
| 1740 I-485 | 0 |
| 1741 N-600 | 0 |
| 1742 RESERVED | 0 |
| 1743 RESERVED | 0 |
| 1744 RESERVED | 0 |

REQUESTED BY: PATRICIA JE

0816

217

NATURALIZATION REPORT
OFFICE LEVEL SUMMARY
OFFICE = HARLINGEN TX , DISTRICT = HARLINGEN TX

** PRELIMINARY DATA **
DATE: 09/02/98
REPORTING PERIOD: OCT 1992 TO AUG 1993

ACTIVITY = 0

| | BEGIN PENDING RECPTS (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | OUT (E) | SVC CTR PROCESSING CMPLTD (F) | OATHS ADMIN/ APPRVD (G) | DENIED FRAUD (H) | OTHER (I) | RETRND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 TOTAL CITIZNSHP (160A-167) | 1492 | 2716 | 0 | 0 | 0 | 0 | 2238 | 0 | 588 | 0 | 0 | 1379 | 2334 | 2247 |
| 160A N-400 NATZ | 1207 | 2252 | 0 | 0 | 0 | 3 | 1848 | 0 | 530 | 0 | 0 | 1058 | 1893 | 1965 |
| 160B N-400 CHILD | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160C N-400 MIL SVC | 190 | 264 | 0 | 0 | 0 | 0 | 143 | 0 | 53 | 0 | 0 | 258 | 279 | 161 |
| 161 N-600 CLM CITZ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 162 N-643 ADP CHLD | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 163 N-644 POSTHUM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-470 PRS RES | 1 | 1 | 0 | 0 | 0 | 0 | 245 | 0 | 5 | 0 | 0 | 1 | 2 | 0 |
| 165 N-565 R.W/C.C | 91 | 218 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59 | 160 | 121 |
| 166 N-300 DCL INT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 167 /-336 REQ HNG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 168 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MISSING PROCESSING | | | | | | | | | | | | | | |
| 1710-89 PROB RES | 0 | | 0 | 0 | | | | | | | | | | |
| 171A I-290B/MOTIONS | 0 | | 0 | 0 | | | | | | | | | | |
| 171B EOIR-29/MOTION | 0 | | 0 | 0 | | | | | | | | | | |
| 171C I-485 PEN FEE | 0 | | 0 | 0 | | | | | | | | | | |
| 171D N-648 DISAB EX | 0 | | 0 | 0 | | | | | | | | | | |
| 171E DE NO NTZ HRG | 0 | | 0 | 0 | | | | | | | | | | |
| 171F NTWAS ISSUED | 0 | | 0 | 0 | | | | | | | | | | |
| 171G FINGERPRINTS | 174 | | 0 | 0 | | | | | | | | 174 | | |
| 171H MISC LEGAL | 0 | | 0 | 0 | | | | | | | | | | |
| 171I NATZ COURT ACT | 0 | | 0 | 0 | | | | | | | | | | |
| 171J MISC OTHER | 0 | | 0 | 0 | | | | | | | | | | |
| 171K RESERVED | 0 | | 0 | 0 | | | | | | | | | | |
| 171L RESERVED | 0 | | 0 | 0 | | | | | | | | | | |

| M-600 PROCESSING | IDENCE REQS | EVID REQS INITIATED | | | |
|---|---|---|---|---|---|
| 172 IDENCE REQS | 0 | 0 | 0 | 0 | 0 |

| FROM LOGS | | RESPONSES RECEIVED | | | |
|---|---|---|---|---|---|
| 173 AWAIT TSF FROM SVC CTR | 0 | 0 | 0 | 0 | 0 |
| 173A AWAIT TSF FROM SVC CTR | 0 | | | | |
| 173B GRANTED AWAITING OATH | 0 | | | | |
| 173C REVOKED | 0 | | | | |
| 173D RESERVED | 0 | | | | |
| RESERVED | | | | | |

FORM G-22.3    PAGE: 1    (REV. 10/01/97)    REQUESTED BY: PATRICIA DE

0818

218

Case 1:96-cv-00016   Document 60   Filed in TXSD on 03/29/1999   Page 38 of 40

NATURALIZATION REPORT
OFFICE LEVEL SUMMARY
OFFICE = HARLINGEN TX, DISTRICT = HARLINGEN TX

** PRELIMINARY DATA **
DATE: 09/02/98
REPORTING PERIOD: OCT 1993 TO AUG 1994

ACTIVITY = 0

| | BEGIN PENDING (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | OUT (E) | SVC CTR PROCSSNG CMPLTD (F) | OATHS ADMIN APPRVD (G) | DENIED FRAUD (H) | OTHER (I) | RETMND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 TOTAL CITZNSHP (N-A 167) | 1259 | 2803 | 0 | 310 | 17 | 0 | 1959 | 14 | 476 | 0 | 4 | 1902 | 1995 | 2613 |
| 160 N-400 NATZ | 936 | 2298 | 0 | 225 | 9 | 0 | 1565 | 11 | 303 | 0 | 6 | 1505 | 1520 | 1918 |
| 160 N-400 CHILD | | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 161 N-400 MIL SVC | | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 161 N-600 CLM CITZ | 251 | 212 | 0 | 80 | 2 | 0 | 178 | 3 | 73 | 0 | | 287 | 321 | 421 |
| 162 N-643 ADP CHILD | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 |
| 163 N-644 POSTHUM | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-470 PRS RES | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-565 R.)V/C.C | 68 | 22 | 0 | 0 | 1 | 0 | 232 | 0 | 17 | 0 | | 22 | 16 | 13 |
| 165 N-300 DCL INT | 1 | 266 | 0 | 5 | 0 | 0 | 2 | 0 | 0 | 0 | | 84 | 135 | 261 |
| 165 -336 REQ HRG | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 166 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MISC PROCESSING

| | BEGIN PENDING (A) | INITIAL RECPTS (B) | REOPEN (C) | IN (D) | OUT (E) | (F) | APPRVD (G) | FRAUD (H) | OTHER (I) | RETMND (J) | ADJUST (K) | END PENDING (L) | OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171A I-89 / PROB RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171B I-290B/MOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171C EOIR-26/MOTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171D I-485 PEN FEE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171E N-648 DISAB EX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171F DE NO NTZ HRG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171G OATHS ISSUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171H NTAS ISSUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171I FINGERPRINTS | 174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 174 | 0 | 0 |
| 171J NATZ COURT ACT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171J MISC LEGAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171K RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | EVID REQS INITIATED | | RESPONSES RECEIVED |
|---|---|---|---|
| 172 'IDENCE REQS | 0 | | 0 |

N-400 PROCESSING

| | |
|---|---|
| 173U AWAIT TSF FROM SVC CTR | 0 |
| 173T GRANTED AWAITING OATH | 0 |
| 173V REVOKED | 0 |
| 173W RESERVED | |

BACKLOGS

| | |
|---|---|
| 174I I-485 | 0 |
| 174 N-400 | 0 |
| 174 RESERVED | 0 |
| 174 RESERVED | |

NATURALIZATION REPORT    ** PRELIMINARY DATA **    DATE: 09/02/98
OFFICE LEVEL SUMMARY
OFFICE = HARLINGEN TX , DISTRICT = HARLINGEN TX    REPORTING PERIOD: OCT 1994 TO AUG 1995

ACTIVITY = 0

| | | BEGIN PENDING (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | TRANSFERS OUT (E) | SVC CTR PROCESSING CMPLTD (F) | OATHS PROCESSING ADMIN/APPRVD (G) | DENIED FRAUD (H) | DENIED OTHER (I) | RETRND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | TOTAL CITIZNSHP (LCOA-167) | 2153 | 7202 | 0 | 1030 | 36 | 0 | 3146 | 11 | 453 | 0 | 0 | 6739 | 2698 | 2459 |
| 166 | N-400 NATZ | 1726 | 6640 | 0 | 1027 | 36 | | 2840 | | 391 | | | 6117 | 2682 | 2511 |
| 167 | N-400 CHILD | 3 | 0 | 0 | | | | 3 | | | | | 0 | | |
| 168 | N-600 MIL SVC | 0 | 0 | 0 | | | | | | | | | 0 | | |
| 169 | N-600 CTN CITZ | 307 | 348 | 0 | 2 | | | 153 | 1 | 52 | | | 451 | 14 | 86 |
| 170 | N-643 ADP CHILD | 0 | 0 | 0 | | | | 0 | | | | | 0 | | |
| 171 | N-644 POSTHUM | 0 | 0 | 0 | | | | | | | | | 0 | | |
| 172 | N-565 R.N/C.C. | 22 | 41 | 0 | | | | | 1 | | | | 63 | 6 | 6 |
| 173 | N-570 DCL INT | 44 | 162 | 0 | 1 | | | 150 | | 10 | | | 65 | 76 | 56 |
| 174 | N-300 DCL INT | 1 | 0 | 0 | | | | | | | | | 1 | | |
| 175 | N-336 REQ HNG | 0 | 11 | 0 | | | | | | | | | 11 | 2 | |
| | RESERVED | 0 | 0 | 0 | | | | | | | | | 0 | | |

**MISC PROCESSING**

| | | | EVID REQS INITIATED | | | | | | RESPONSES RECEIVED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171A | I-89 PROB RES | | 0 | | | | | | | | | | | | |
| 171B | I-290B/MOTIONS | | 0 | | | | | | | | | | | | |
| 171C | EOIR-29/MOTION | | 0 | | | | | | | | | | | | |
| 171D | I-485 PEN FEE | | 0 | | | | | | | | | | | | |
| 171E | N-648 DISAB EX | | 0 | | | | | | | | | | | | |
| 171F | DE NO NTZ HRG | | 0 | | | | | | | | | | | | |
| 171G | NTAS ISSUED | | 0 | | | | | | | | | | | | |
| 171H | NATZ COURT ACT | 174 | 0 | | | | | 174 | | | | | | | 77 |
| 171I | FINGERPRINTS | | 0 | | | | | | | | | | | | |
| 171J | MISC. LEGAL | | 0 | | | | | | | | | | | | |
| 171K | RESERVED | | 0 | | | | | | | | | | | | |
| | RESERVED | | 0 | | | | | | | | | | | | |

**N-400 PROCESSING**

| | | EVIDENCE REQS | EVID REQS INITIATED | | RESPONSES RECEIVED |
|---|---|---|---|---|---|
| 172 | EVIDENCE REQS | 0 | 0 | | 0 |
| 173A | AWAIT TSF FROM SVC CTR | 0 | 0 | | 0 |
| 173B | GRANTED AWAITING OATH | 0 | 0 | | 0 |
| 173C | REVOKED | | | | |
| 173D | REVOKED | 0 | 0 | | 0 |
| 173E | RESERVED | | | | |

**FENTLOGS**

| | | | | |
|---|---|---|---|---|
| 174A | I-485 | | | |
| 174B | I-485 | | | |
| 174C | N-400 | 0 | 0 | |
| 174D | N-400 | 0 | 0 | |
| 174E | RESERVED | 0 | 0 | |
| 174F | RESERVED | | | |

0822

220

ACTIVITY = 0

**NATURALIZATION REPORT**
**OFFICE LEVEL SUMMARY**
OFFICE = HARLINGEN TX , DISTRICT = HARLINGEN TX

** PRELIMINARY DATA **
REPORTING PERIOD: OCT 1995 TO AUG 1996
DATE: 09/02/98

| | BEGIN PENDING RECPTS (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | TRANSFERS OUT (E) | SVC CTR PROCESSING CMPLTD (F) | OMINS PROCESSING ADMIN/ APPROV (G) | DENIED FRAUD (H) | OTHER (I) | RETERND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(600A-167)** | | | | | | | | | | | | | | |
| 164 TOTAL CITIZNSHP | 6905 | 8217 | 0 | 38 | 688 | 0 | 6734 | 1 | 1463 | 0 | 0 | 6384 | 5473 | 5657 |
| 165 N-400 NATZ | 6271 | 7486 | 0 | 35 | 592 | 0 | 6259 | 1 | 1270 | 0 | 0 | 5670 | 5166 | |
| 166C N-400 CHILD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 166C N-400 MIL SVC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 161 N-600 CLM CITZ | 453 | 491 | 0 | 3 | 93 | 0 | 327 | 0 | 80 | 0 | 0 | 477 | 414 | 267 |
| 162 N-643 ADP CHLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 168 N-644 POSTHUM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 169 N-79 P/S RES | 63 | 0 | 0 | 0 | 0 | 0 | 145 | 0 | 60 | 0 | 0 | 231 | 175 | 216 |
| 169B N-565 R.N/C.C | 166 | 240 | 0 | 0 | 3 | 0 | 3 | 0 | 25 | 0 | 0 | 3 | 1 | 8 |
| 169B N-300 DCL INT | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 169 N-336 REQ HRG | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MISC PROCESSING

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170A I-89 PROB RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 163 I-290B/MOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170C EOIR-29/MOTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170D I-485 PEN FEE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170E N-648 DISAB EX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170F DE NO NTZ HRG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170G NTAS ISSUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170H NATZ COURT ACT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171I FINGERPRINTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171J MISC LEGAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 172X RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 172Y RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | EVID REQS INITIATED | | | | | | | RESPONSES RECEIVED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 EVIDENCE REQS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

N-400 PROCESSING

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175A AWAIT TSF FROM SVC CTR | 0 | | | | | | | | | | | |
| 175B GRANTED AWAITING OATH | 0 | | | | | | | | | | | |
| 175C REVOKED | 0 | | | | | | | | | | | |
| 1720 RESERVED | 0 | | | | | | | | | | | |

FROM LLOGS

| | |
|---|---|
| 175X N-470 | 0 |
| 175B I-485 | 0 |
| 1730 N-400 | 0 |
| 175E RESERVED | 0 |
| 1740 RESERVED | 0 |

0824

221