**NATURALIZATION REPORT**
** PRELIMINARY DATA **
OFFICE LEVEL SUMMARY
OFFICE = HARLINGEN TX, DISTRICT = HARLINGEN TX
DATE: 09/02/98
REPORTING PERIOD: OCT 1996 TO AUG 1997

ACTIVITY = D

| | BEGIN PENDING (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | TRANSFERS OUT (E) | SVC CTR PROCSSNG CMPLTD (F) | OATHS ADMIN/ APPRVD (G) | DENIED FRAUD (H) | DENIED OTHER (I) | RETRND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 TOTAL CITZNSHP (160A-167) | 7127 | 26209 | 0 | 432 | 891 | 0 | 5450 | 7 | 1784 | 0 | 0 | 25636 | 6010 | 7657 |
| 160A N-400 NATZ | 6443 | 24901 | 0 | 380 | 861 | 0 | 4710 | 1 | 1532 | 0 | 0 | 24620 | 5068 | 7004 |
| 160B N-400 CHILD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160C N-400 MIL SVC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 161 N-600 CLM CITZ | 480 | 879 | 0 | 34 | 11 | 0 | 475 | 0 | 210 | 0 | 0 | 697 | 805 | 466 |
| 162 N-643 ADP CHLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| 163 N-644 POSTHUM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-565 R.N/C.C | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| 165 N-470 PRS RES | 200 | 369 | 0 | 18 | 19 | 0 | 265 | 6 | 62 | 0 | 0 | 255 | 133 | 195 |
| 166 N-300 DCL INT | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 167 N-336 REQ HRG | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 0 | 2 |
| RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**MISC PROCESSING**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170A I-89 PROB RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170B I-290B/MOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170C EOIR-29/MOTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170D I-485 PEN FEE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170E N-648 DISAB EX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170F DE NO NTZ HRG | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170G HTAS ISSUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 |
| 170H NATZ COURT ACT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 171I FINGERPRINTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170J MISC LEGAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170K RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170L RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**EVIDENCE REQS**

| | EVID REQS INITIATED | RESPONSES RECEIVED |
|---|---|---|
| | 0 | 0 |

**N-400 PROCESSING**

| | | |
|---|---|---|
| 173A AWAIT TSF FROM SVC CTR | 0 | 0 |
| 173B GRANTED AWAITING OATH | 0 | 0 |
| 173C REVOKED | 0 | 0 |
| 173D RESERVED | 0 | 0 |

**FRONTLOGS**

| | | |
|---|---|---|
| 174A I-485 | 0 | 0 |
| 174B N-400 | 0 | 0 |
| 174C RESERVED | 0 | 0 |
| 174D RESERVED | 0 | 0 |

```
                                          NATURALIZATION REPORT              ** PRELIMINARY DATA **         DATE: 09/02/98
                                          OFFICE LEVEL SUMMARY               REPORTING PERIOD: OCT 1997 TO JUL 1998
                                    OFFICE = HARLINGEN TX, DISTRICT = HARLINGEN TX

ACTIVITY = 0
```

| | BEGIN PENDING (A) | INITIAL RECPTS (B) | REOPEN (C) | TRANSFERS IN (D) | TRANSFERS OUT (E) | SVC CTR PROCSSING CMPLTD (F) | DATNS ADMIN/ APPRVD (G) | DENIED FRAUD (H) | DENIED OTHER (I) | RETRND (J) | NACS ADJUST (K) | END PENDING (L) | HOURS OFFICER (M) | HOURS CLERICAL (N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **160 TOTAL CITZNSHP (160A-167)** | 25622 | 4923 | 0 | 86 | 60 | 0 | 4303 | 96 | 1142 | 0 | 0 | 25030 | 6772 | 6550 |
| 160A N-400 NATZ | 24647 | 3731 | 0 | 68 | 58 | 0 | 3189 | 72 | 940 | 0 | 0 | 24187 | 5895 | 5712 |
| 160B N-600 CHILD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160C N-400 MIL SVC | 0 | 26 | 0 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 161 N-600 CLM CITZ | 699 | 811 | 0 | 12 | 1 | 0 | 554 | 24 | 171 | 0 | 0 | 772 | 673 | 581 |
| 162 N-643 ADP CHLD | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 3 | 3 |
| 163 N-644 POSTHUM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 164 N-470 PRS RES | 3 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| 165 N-565 R.N/C.C | 265 | 323 | 0 | 1 | 1 | 0 | 514 | 0 | 20 | 0 | 0 | 54 | 183 | 228 |
| 166 N-360 DCL INT | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 167 N-336 REQ HRG | 7 | 30 | 0 | 2 | 0 | 0 | 19 | 0 | 9 | 0 | 0 | 9 | 18 | 26 |
| 160 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**MISC PROCESSING**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170A I-89 PROB RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170B I-290B/MOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170C EOIR-29/MOTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170D I-485 PEN FEE | 0 | 1445 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170E N-648 DISAB EX | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 32 | 4 |
| 170F DE ND NTZ HRG | 6 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 0 | 1 | 15 | 0 |
| 170G NTAS ISSUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170H NATZ COURT ACT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 |
| 170J FINGERPRINTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170K MISC LEGAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170L RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170 RESERVED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**N-400 PROCESSING**

| | EVIDENCE REQS | EVID REQS INITIATED | | | | | | | | | RESPONSES RECEIVED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 EVIDENCE REQS | 0 | 3598 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1237 | 2361 | 0 | 0 |

| | AWAIT TSF FROM SVC CTR | GRANTED AWAITING OATH | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 180A AWAIT TSF FROM SVC CTR | 0 | 0 | | | | | | | | | | | | |
| 175B GRANTED AWAITING OATH | 409 | 0 | | | | | | | | | | | | |
| 170C REVOKED | 0 | 0 | | | | | | | | | | | | |
| 100D RESERVED | 0 | 0 | | | | | | | | | | | | |

**FRONTLOGS**

| | | |
|---|---|---|
| 171A I-485 | 0 | |
| 170B N-400 | 0 | |
| 170C RESERVED | 0 | |
| 170D RESERVED | 0 | |

FORM G-22.3      PAGE: 1      (REV. 10/01/97)                                  REQUESTED BY: PATRICIA DE

0828

223

# Workload Summary Adjudications

Instructions: AM 2308

| Office or Activity | Suboffice | Code |
|---|---|---|
| | | |

Reporting Period Month/Year: 11/92

| | | BEGIN PENDING | RECEIVED | | | RELOCATED | | COMPLETED | | | | OTHER DISPOSITION | END PENDING | HOURS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B Initial | C Resubmitted | D Received | E Transfer'd Out (Sent) | F Initial Processing Completed (Sent) | G Approved | H Fraud (Denied) | I Other (Denied) | J Returned | K | L | M Officer | N Clerical |
| Total Adjudications (sum of lines 131 through 152 +160 through 169) | | | | | | | | | | | | | | 0840 | |
| 131A I-485 Adjustment/Registration | | 569 | 84 | | | | | 61 | | 3 | | | 589 | 742 | 193.2 |
| 131B I-485 Asylee Adjustment | | 4 | | | | | | | | | | | 4 | 1 | |
| 132 Refugee Adjustment | | | | | | | | | | | | | | | |
| 133 I-526 Immigrant Investor Pet. | | | | | | | | | | | | | | | |
| 134 I-130 Pet. for Spouse/Fiance(e) | | 339 | 49 | | | | | 31 | 1 | 1 | | | 356 | 303 | 39 |
| 134 I-130 Pet. for Other Relative | | 145 | 18 | | | | | 13 | | | | | 150 | 15.2 | 21 |
| 135A I-360 Pet. for Amerasian | | | | | | | | | | | | | | | |
| 135B I-360 Pet. for Widow | | | | | | | | | | | | | | | |
| 135C I-360 Special Immigrant Pet. | | | | | | | | | | | | | | | |
| 136A I-140 Immigrant Worker Pet. | | | | | | | | | | | | | | | |
| 136B I-140 Hong Kong | | | | | | | | | | | | | | | |
| 137A I-129 NI Worker Extension of Stay | | | 1 | | | | | 1 | | | | | | 1 | |
| 137B I-129 NI Worker Change of Status | | | | | | | | | | | | | | | |
| 137C I-129/S New/Amend NI Worker Clas | | | | | | | | | | | | | | | |
| 138 RESERVED | | | | | | | | | | | | | | | |
| 139A I-539 Other NI Change of Status | | 3 | 8 | | | | | 7 | | 2 | | | 1 | 9 | |
| 139B I-539 Other NI Extension of Stay | | | | | | | | 9 | | | | | | | |
| 140 I-90 Replacement Alien Card | | | | | | | | | | | | | | | |
| 141A I-131 Reentry Permit/Refugee Doc. | | 1 | | | | | | 1 | | | | | 1 | | |
| 141B I-131 Advance Parole | | | | | | | | | | | | | | | |
| 142 I-102 Replace/Initial NI Arr. Doc. | | | | | | | | | | | | | | | |
| 143 I-724 NI Exclusion Waiver | | | | | | | | | | | | | | | |
| 144 I-724 Other Exclusion Waiver | | | | | | | | | | | | | | | |
| 145 RESERVED | | | | | | | | | | | | | | | |
| 146 I-17 School Approval | | | | | | | | | | | | | | | |
| 147 I-765 Temp. Employment Auth. | | 168 | 61 | | | | | 115 | | 5 | | | 109 | 33 | 82 |
| 148A I-751 Remove Cond. | | 99 | | | | | | 34 | | 3 | | | 53 | 41.3 | |
| 148B I-751 Remove Cond./Spouse Waiver | | 37 | | | | | | | | | | | 37 | | |
| 148C I-752 Remove Cond./Investor | | | | | | | | | | | | | | | |
| 149 I-817 Family Fairness-Unity | | 5 | | | | | | | | | | | 5 | 1 | |
| 150 I-821 Temporary Protected Status | | | | | | | | | | | | | | | |
| 151 I-175/190 Border Crossing Card | | | | | | | | | | | | | | | |
| 152 RESERVED | | | | | | | | | | | | | | | |
| I-824 Action on Approved App./Pet. | | | | | | | | | | | | | 184.1 | 224 | |

9-20-91 (DRAFT) 208.1