IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| JANET RENO, et al., | ) ) |
| Defendants. | ) ) ) |

United States District Court
Southern District of Texas
FILED

APR 02 1999

Michael N. Milby
Clerk of Court

**DEFENDANTS' REPLY TO PETITIONERS'
PROVISIONAL OPPOSITION TO DEFENDANTS'
MOTION TO ALTER OR AMEND JUDGMENT PURSUANT
TO FED. R. CIV. P. 59(e) AND RESPONSE TO
OPPOSED MOTION TO HOLD MOTION TO AMEND
IN ABEYANCE WHILE THE PARTIES
DISCUSS A POSSIBLE AGREED ORDER**

Defendants Janet Reno, Doris Meissner, E. M. Trominski, and Kenneth S. Apfel ("Defendants") hereby reply to plaintiffs' provisional opposition to defendants' motion to alter or amend judgment and oppose plaintiffs' motion to hold in abeyance defendants' motion to alter or amend. In support of their reply and opposition, defendants, through undersigned counsel respond as follows:

1. While plaintiffs allege that defendants failed to comply with Local Rule 6(a)(4) in filing their motion to alter or amend judgment, they are incorrect. Local Rule 6(a)(4) specifically addresses "Pretrial Motions." A motion under Fed. R. Civ. P. 59(e) is a post-trial motion. Indeed, the court has

1

177

already issued a decision on the merits of the case. Thus, Local Rule 6(a)(4) does not apply.

2. Moreover, even if Local Rule 6(a)(4) does apply, defendants' failure to comply with the rule is excusable neglect in light of the misleading title of Local Rule 6.

3. Plaintiffs also misstate the nature of their attorney's contact with the attorney for defendants. While it is correct that defendants did oppose the plaintiffs' motion, plaintiffs mischaracterize other statements made by defendants' attorney. Defendants' attorney did not state that defendants were not open to what are "typically considered 'negotiations.'" Rather, defendants' attorney specifically informed the attorney for plaintiffs that she should reduce her proposals into writing, and that such written suggestions would be taken to defendants for their consideration. When plaintiffs' attorney asked whether there was anyone she could speak with directly (apparently other than defendants' attorney), defendants' attorney indicated there was not. In the meantime, defendants' attorney suggested that plaintiffs also respond to defendants' motion to alter or amend the judgment in order not to delay the resolution of defendants' motion.

4. It bears mentioning that since the time of plaintiffs' attorneys' contact with defendants' attorney some four days prior to the preparation of the instant response, plaintiffs have submitted no such proposals and have not attempted further communication with defendants' attorney.

178

## Conclusion

For the foregoing reasons, the court should deny plaintiffs' motion to hold defendants' motion to alter or amend in abeyance and grant defendants' motion to alter or amend.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director
Office of Immigration Litigation

_____
ERNESTO H. MOLINA, JR.
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
(202) 616-9344

Date:  April 1, 1999        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 1999, one copy of Defendants' Reply to Petitioners' Provisional Opposition to Defendants' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) and Response to Motion to Hold Motion to Amend in Abeyance While the Parties Discuss a Possible Agreed Order was served on plaintiffs by depositing it in the Department of Justice Mail Room for same-day deliver addressed as follows:

> Lisa S. Brodyaga
> 402 E. Harrison, 2nd Floor
> Harlingen, TX  78550
>
> Lynn Coyle
> 2311 N. Flores
> San Antonio, TX  78212

_____
ERNESTO H. MOLINA
Attorney for Defendants

180

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
et al., )
 )
    Plaintiffs, )
 ) No. B-96-116
v. )
 )
JANET RENO, et al., )
 )
    Defendants. )

**ORDER**

    Upon consideration of Petitioners' Motion to Hold Motion to Amend in Abeyance While the Parties Discuss a Possible Agreed Order and the response filed by defendants, it is:

    ORDERED, that Petitioners' Provisional Opposition to Defendants' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) and Motion to Hold Motion to Amend in Abeyance While the Parties Discuss a Possible Agreed Order be, and the same hereby is DENIED.

Done at Brownsville, Texas,
this _____ day of _____, 1999.

                                    Filemon B. Vela
                                    United States Distict Judge

181