IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 07 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| JANET RENO, et al., | ) ) |
| Defendants. | ) ) ) |

**JOINT MOTION TO HOLD THE COURT'S DECISION ON
DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT PURSUANT
TO FED. R. CIV. P. 59(e) IN ABEYANCE PENDING
PARTIES' NEGOTIATION OF POSSIBLE SETTLEMENT**

Plaintiffs and Defendants hereby request that the Court hold in abeyance its decision on Defendants' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) ("the 59(e) motion") pending the parties' negotiation of possible settlement of some or all outstanding issues. The parties request that the Court abate any decision regarding the 59(e) motion until the parties

///
///
///
///
///
///
///
///

approach the Court indicating that either a partial or complete settlement has been reached or until either party informs the Court that no such settlement could be reached.

|  |  |
|---|---|
| /s/ Lisa S. Brodyaga | Respectfully submitted,<br>/s/ |
| LISA BRODYAGA<br>402 E. Harrison St.<br>2nd Floor<br>Harlingen, Texas 78550<br>(956) 421-3326<br>Attorney for Plaintiffs | ERNESTO H. MOLINA, JR.<br>Attorney<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-9344<br>Attorney for Defendants |

Date: June 4, 1999

176