63

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., § § | |
| Plaintiffs, § | |
| § | Civil No. B-96-116 |
| vs. § | |
| § | |
| JANET RENO, et.al., § | |
| Defendants § | |

ORDER

Before this Court is the parties' Joint Motion to Hold the Court's Decision on Defendants' Motion to Alter or Amend Judgment in Abeyance Pending Parties' Negotiation of Possible Settlement. It is the opinion of this Court that said motion should be and is hereby **GRANTED**.

It is further ORDERED that for docket maintenance purposes, Defendants' Motion to Alter or Amend Judgment [58-1,2] is considered **DISMISSED**. Said motion may be reurged in the event that a settlement is not reached.

DONE this 21st day of July, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge