IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-MOLINA et al. | § § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL NO. B-96-116 |
| | § | |
| JANET RENO, et al. | § | |
| Defendants | | |

### PLAINTIFF'S ADVISORY TO THE COURT

Plaintiff's counsel Lynn Coyle hereby informs the Court that effective February 14, 2003, attorney Javier N. Maldonado will assume the responsibility of attorney-in-charge in this matter. Ms. Coyle will be taking leave from her employment and is not expected to return to work until sometime in May 2003. Mr. Maldonado can be reached at the following address and telephone number:

Javier N. Maldonado
Texas Lawyers' Committee
118 Broadway, Suite 502
San Antonio, Texas 78205
Tel. (210) 277-1603, ext. 307
Fax (210) 225-3958

1

Respectfully submitted,

JAVIER N. MALDONADO
Texas Bar No. 00794216
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF TEXAS
Immigrant and Refugee Rights Project
118 Broadway, Suite 502
San Antonio, TX 78205
Phone: 210-277-1603
Fax: 210-225-3958

LISA BRODYAGA
Texas Bar No. 03052800
17891 Landrum Park Road
San Benito, Texas 78586
Phone: (956) 421-3226
Fax: (956) 421-3423

BY: _____
JAVIER N. MALDONADO
ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I certify that on February 14, 2003, a copy of the foregoing document was sent via U.S. mail certified, return receipt requested to the following:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878  Ben Franklin Station
Washington, DC  20044

Cheri L. Jones
Special Assistant U.S Attorney
Southern District of Texas
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, Texas  78551

_____
Javier N. Maldonado