65

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, <br> ET. AL. <br><br> PLAINTIFFS, <br><br> v. <br><br> TOM RIDGE, SECRETARY OF DEPARTMENT <br> OF HOMELAND SECURITY; EDUARDO <br> AGUIRRE, ACTING DIRECTOR OF THE BUREAU <br> OF CITIZENSHIP AND IMMIGRATION <br> SERVICES; ALFONSO DE LEON, INTERIM <br> DISTRICT DIRECTOR OF BUREAU OF CITIZENSHIP <br> AND IMMIGRATION SERVICES, HARLINGEN, <br> TEXAS; JO ANNE B. BARNHART, <br> COMMISSIONER OF SOCIAL SECURITY <br> ADMINISTRATION, <br> DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § NO. CA B-96-116 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## PLAINTIFFS' MOTION TO LIFT ORDER HOLDING CASE IN ABEYANCE

Plaintiffs hereby request that this Court lift its Order dated July 22, 1999, holding the case in abeyance. In support thereof, Plaintiffs note as follows:

1. On February 26, 1999, this Court entered a Final Order granting Plaintiffs' Motion For Class Certification, Plaintiffs' Petition for Writ of Habeas Corpus, and Plaintiffs' Complaint for Declaratory and Injunctive Relief and denying Defendants' Motion to Dismiss.

2. On March 12, 1999, Defendants filed a Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). Plaintiffs' filed a timely response, in which they addressed Defendants' concerns. In the interim, Defendants expressed an interest in negotiating a nationwide settlement. Relying in good faith on Defendants' expression of willingness to negotiate, Plaintiffs agreed to file a Joint Motion to Hold the Court's Decision on Defendants' Motion

to Alter or Amend Judgment in Abeyance Pending Parties' Negotiation of Possible Settlement.

3.   Plaintiffs have made several attempts over the past few years to reach an agreement on a nationwide settlement, or alternatively, an agreed amended final order applicable only to the class as originally certified, but no agreement could be reached. Presently, Defendants are following the Court's February 26, 1999 Order, and are issuing employment authorization documents in a timely fashion to N-600 applicants in the Harlingen district office.

4.   Along with this request, Plaintiffs are also filing a Motion to Enter Final Amended Order to clarify the original Final Order dated February 26, 1999, and to reflect the manner in which the Final Order is currently being implemented.

For all of the reasons stated above, Plaintiffs ask that this Court lift its earlier order holding the case in abeyance.

Respectfully submitted,

LISA BRODYAGA (Attorney in charge)
Refugio Del Rio Grande
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Federal ID: 1178
Texas Bar No: 03052800

LYNN COYLE
Lawyers' Committee for Civil Rights Under Law of Texas
Immigrant and Refugee Rights Project
109 N. Oregon, Suite 302
El Paso, TX 79901
(915) 532-3370
Fax (915) 532-3983
Illinois Bar No. 6204053

BY: _____
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first class postage prepaid, to Ernesto H. Molina, Jr. Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on July 2?, 2003.

_____
Lisa Brodyaga

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al
     Petitioners

v.                                     No. CA B-96-116

JANET RENO, et al
     Respondents.

CERTIFICATE OF CONSULTATION WITH RESPECT TO
PLAINTIFFS' MOTION TO LIFT ORDER HOLDING CASE IN ABEYANCE
AND MOTION TO ENTER AMENDED FINAL ORDER

I, Lisa Brodyaga, hereby certify that on July 21, 2003, I spoke with Ernesto Molina, Jr., attorney for Respondents in the instant case. He stated that he had no opposition to returning the case to the active docket, with the understanding that the Government would be re-urging its motion to amend the judgment, under Rule 59(e), F.R.Civ.Proc., but that he did oppose Plaintiffs' motion to enter amended final order.

Respectfully submitted,

LISA BRODYAGA (Attorney-in-charge)
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Federal ID: 1178
Texas Bar No: 03052800

LYNN COYLE
Lawyers' Committee for Civil Rights Under Law of Texas
Immigrant and Refugee Rights Project
109 N. Oregon, Suite 302
El Paso, TX 79901
(915) 532-3370
Fax (915) 532-3983
Illinois Bar No. 6204053


BY: _____
        Attorney for Plaintiffs


### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first class
postage prepaid, to Ernesto H. Molina, Jr. Attorney, OIL, Box 878,
Ben Franklin Station, Washington, D.C. 20044, on July 21, 2003.


Lisa Brodyaga

2