IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, ET. AL. | § § § |
| PLAINTIFFS, | § § § |
| V. | § § |
| TOM RIDGE, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; EDUARDO AGUIRRE, ACTING DIRECTOR OF THE BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES; ALFONSO DE LEON, INTERIM DISTRICT DIRECTOR OF BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, HARLINGEN, TEXAS; JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, DEFENDANTS. | § § § § No. CA B-96-116 § § § § § § § § |

**MOTION TO ENTER AMENDED FINAL ORDER**

Plaintiffs, by and through the undersigned counsel, and move this Court to enter a final amended order. In support of this motion, Plaintiffs would show as follows:

1. On February 26, 1999, this Court entered a Final Order granting Plaintiffs' Motion For Class Certification, Plaintiffs' Petition for Writ of Habeas Corpus, and Plaintiffs' Complaint for Declaratory and Injunctive Relief and denying Defendants' Motion to Dismiss.

2. On March 12, 1999, Defendants filed a Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(e). Plaintiffs filed a timely response, addressing Defendants' concerns. In the interim, Defendants expressed an interest in negotiating a nationwide settlement. Relying in good faith on this expression of a willingness to negotiate, Plaintiffs agreed to file a Joint Motion to Hold the Court's Decision on Defendants' Motion to

Alter or Amend Judgment in Abeyance Pending Parties' Negotiation of Possible Settlement.

3. Plaintiffs made several attempts over the past couple of years to reach an agreement on a nationwide settlement, or, in the alternative, an agreed amended final order applicable only to the class as originally certified, but no agreement could be reached. At this time, Defendants are following the Court's February 26, 1999 Order and are issuing employment authorization documents in a timely fashion, to N-600 applicants in the Harlingen DHS district office.

4. Along with this motion, Plaintiffs are also filing a Motion to Lift Order Holding Case in Abeyance. Plaintiffs ask that the order be lifted holding the case in abeyance and that the Court's original order be clarified to facilitate its implementation. The Court's Final Order dated February 26, 1999, should be clarified to make explicit the requirement that in order to obtain employment authorization documents, ("EADs"), applicants for Certificates of Citizenship must file separate applications, on the Form I-765, and either pay the prescribed fee, or request that the fee be waived in the same manner as other applicants for such documents.

5. Furthermore, Plaintiffs request that the Final Order specify that applications for EADs based on pending applications for Certificates of Citizenship be adjudicated in the same manner and in the same time frame as applications for EADs based on pending applications for other forms of status in the United States, i.e., that such applications are granted in the absence of clear evidence that the applicant is ineligible for the underlying benefit sought, and are scheduled as soon as pertinent checks of computer data bases have been conducted. Any problems with fraudulent applications can be adequately addressed by Defendants in the same manner as such problems are addressed with respect to those whose applications for EADs are based on other claims for immigration benefits, without the need for Court intervention on

a case-by-case basis.[1] These practices are currently being followed by the Harlingen DHS district office in implementing the Court's Final Order.

For all of the reasons stated above, Plaintiffs request that the Court enter a final amended order.

Respectfully submitted,

*Lisa S. Brodyaga*

LISA BRODYAGA (Attorney-in-charge)
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Federal ID: 1178
Texas Bar No: 03052800

LYNN COYLE
Lawyers' Committee for Civil Rights Under Law of Texas
Immigrant and Refugee Rights Project
109 N. Oregon, Suite 302
El Paso, TX 79901
(915) 532-3370
Fax (915) 532-3983
Illinois Bar No. 6204053

BY: _____
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed, first class postage prepaid, to Ernesto H. Molina, Jr. Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, this ____ day of July 2003.

Lisa Brodyaga

---

   1.   It should be noted that Defendants have not felt the need to invoke the Court's assistance, during the four years that the current Order has been in effect.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al
    Petitioners

v.                                 No. CA B-96-116

JANET RENO, et al
    Respondents.

CERTIFICATE OF CONSULTATION WITH RESPECT TO
PLAINTIFFS' MOTION TO LIFT ORDER HOLDING CASE IN ABEYANCE
AND MOTION TO ENTER AMENDED FINAL ORDER

I, Lisa Brodyaga, hereby certify that on July 21, 2003, I spoke with Ernesto Molina, Jr., attorney for Respondents in the instant case. He stated that he had no opposition to returning the case to the active docket, with the understanding that the Government would be re-urging its motion to amend the judgment, under Rule 59(e), F.R.Civ.Proc., but that he did oppose Plaintiffs' motion to enter amended final order.

Respectfully submitted,

*[signature: Lisa S. Brodyaga]*

LISA BRODYAGA (Attorney-in-charge)
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Federal ID: 1178
Texas Bar No: 03052800

LYNN COYLE
Lawyers' Committee for Civil Rights Under Law of Texas
Immigrant and Refugee Rights Project
109 N. Oregon, Suite 302
El Paso, TX 79901
(915) 532-3370
Fax (915) 532-3983
Illinois Bar No. 6204053

BY: _____
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed, first class postage prepaid, to Ernesto H. Molina, Jr. Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on July 21, 2003.

Lisa Brodyaga

2