

U.S. Department of Justice

Civil Division

DVB:EHM:ehm
39-74-1305

202-616-9344

United States District Court
Southern District of Texas
FILED

SEP - 3 2004

Michael N. Milby
Clerk of Court

*Washington, D.C. 20530*

September 2, 1999

via Federal Express

Office of the Clerk
United States District Court
Southern District of Texas
500 E. 10th Street, Room 105
Brownsville, Texas 78520

    Re:   Antelma Dominguez-Perez, et al. v. Janet Reno, et al.
           No. B-96-116 (S.D. Tex.); A90 396 216, A73 221 302,
           A27 651 144, A27 651 143

To Whom It May Concern:

    This letter is provided in response to an order of the Court in the above-captioned case dated August 19, 2004. The order instructs the parties to advise the Court of what motions remain pending before the Court.

    In addition to those motions noted in the letter of Plaintiffs dated August 21, 2004, the Defendants submit that Defendants' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) should be deemed pending. The motion was originally filed with the Court on March 12, 1999. By joint motion of the parties, the adjudication of the motion was held in abeyance while the parties negotiated a possible settlement. By order dated July 19, 1999, the Court granted they abeyance and dismissed the 59(e) motion with leave to re-urge the motion in the event the parties did not settle the matter.

///

///

///

-2-

   Because the parties have not settled the matter, the Defendants hereby re-urge Defendants' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e), and the motion should be considered to be pending before the Court.

            Sincerely,

            ERNESTO H. MOLINA, JR.
            Attorney
            Office of Immigration Litigation
            Civil Division
            P.O. Box 878
            Ben Franklin Station
            Washington, D.C. 20044

Enclosures

cc: Ms. Lisa Brodyaga, Esquire
   402 E. Harrison, 2nd Floor
   Harlingen, Texas 78550