AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED
SEP 16 2004
Michael N. Milby, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ -PEREZ

V.

JANET RENO, ET AL

## NOTICE OF HEARING

CASE NUMBER: CA B-96-116

TYPE OF CASE:

■ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO. |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM #6**<br>**BEFORE JUDGE ANDREW S. HANEN** |
| | DATE AND TIME: **September 21, 2004 @ 9:30 a.m.** |

TYPE OF PROCEEDING

**HEARING ON PENDING MOTIONS**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Michael N. Milby, Clerk

September 16, 2004
DATE

BY: [signature]
Irma A. Soto, Deputy Clerk

TO: All counsel of record