UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C
Southern District of Te
FILED

SEP 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § § § | |
| Petitioners, | § § | |
| v. | § § | Case No. B-96-116 |
| JANET RENO, et al., | § § | |
| Respondents. | § § | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS

Javier N. Maldonado and David Antón Armendáriz hereby enter their appearance as co-counsel for Petitioners' Antelma Dominguez-Perez et al., substituting for Mary A. Kenney, in the above-captioned cause. Ms. Kenney is no longer employed with the Texas Lawyers' Committee for Civil Rights Under Law.

Mr. Maldonado and Mr. Armendariz are both active members in good standing of the Supreme Court of the State of Texas and the bar of the United States District Court for the Southern District of Texas. In addition, the undersigned attorneys hereby advise the Court, the respondents, and the respondents' attorney of counsel's new business address and contact information. Mr. Maldonado's and Mr. Armendáriz's new address, telephone number and facsimile number are:

Texas Lawyers' Committee for Civil Rights Under Law
118 Broadway, Suite 502
San Antonio, Texas 78205
Tel.: (210) 277-1603
Fax.: (210) 225-3958

Respectfully submitted,

*[signature]*

JAVIER MALDONADO
(jmaldonado@txlawyerscommittee.org)
S.D. Bar No. 20113
Texas Bar No. 00794216
TEXAS LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS UNDER LAW
118 Broadway, Ste. 502
San Antonio, TX 78212
phone: (210) 277-1603
fax:     (210) 225-3958

*[signature]*

DAVID ANTÓN ARMENDÁRIZ
(darmendariz@txlawyerscommittee.org)
S.D. Bar No. 37615
Texas Bar No. 24031708
TEXAS LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS UNDER LAW
118 Broadway, Ste. 502
San Antonio, TX 78212
phone: (210) 277-1603
fax:     (210) 225-3958

LISA S. BRODYAGA
Fed. ID:  1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone:  (956) 421-3226
Fax:     (956) 421-3423

## CERTIFICATE OF SERVICE

I, Javier N. Maldonado, certify that on this 22nd day of September, 2004, a true and correct copy of this Notice of Substitution of Counsel and Change of Address together with a copy of this certificate was sent via U.S. certified mail to the following:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878  Ben Franklin Station
Washington, DC  20044

Cheri L. Jones
Special Assistant U.S Attorney
Southern District of Texas
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, Texas  78551

JAVIER N. MALDONADO