CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED
SEP 27 2004
Michael N. Milby, Clerk



Mary A Kenney
2311 N Flores
San Antonio TX 78212-3817

78212373208/3510



RETURN NOT DELIVERABLE

B96CV116

Hasler
$00.370
Mailed From 77002
09/17/2004
US POSTAGE



United States Courts
Southern District of Texas
FILED
SEP 24 2004
Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P O Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Mary A Kenney
2311 N Flores
San Antonio TX 78212-3817

---

Case: 1:96-cv-00116   Instrument: 71   (1 pages)
Date: Sep 16, 2004
Control: 040916197
FAX number: 210-736-3958 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Co
Southern District of Tex
FILED
SEP 16 2004
Michael N. Milby, Clerk of

ANTELMA DOMINGUEZ -PEREZ

**NOTICE OF HEARING**

V.

JANET RENO, ET AL

CASE NUMBER:   CA B-96-116

TYPE OF CASE:

■ CIVIL   ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | ROOM NO. THIRD FLOOR COURTROOM #6<br>BEFORE JUDGE ANDREW S. HANEN<br>DATE AND TIME: September 21, 2004 @ 9:30 a.m. |
|---|---|

TYPE OF PROCEEDING

**HEARING ON PENDING MOTIONS**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

Michael N. Milby, Clerk

September 16, 2004
DATE

BY: *Irma A. Soto*
Irma A. Soto, Deputy Clerk

TO:   All counsel of record