IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, ET. AL. § § § Plaintiffs, § § v. § § TOM RIDGE, Secretary of Department § Of Homeland Security; EDUARDO § AGUIRRE, Acting Director of the Bureau § of Citizenship and Immigration § Services; ALFONSO DE LEON, Interim § District Director Of Bureau of Citizenship § and Immigration Services, Harlingen, § Texas; JO ANNE B. BARNHART, § Commissioner of Social Security § Administration, § Defendants. § | No. CA B-96-116 |

**NOTICE OF FILING OF AGREED ORDER**

Plaintiffs hereby advise this Honorable Court of the filing of a proposed agreed Order, containing two changes from that which was shown to the Court on October 4, 2004; to wit, the correction of a typographical error with respect to the section of law involved, and elimination of the agreement with respect to attorneys fees, to which Defendants apparently did not intend to agree at the October 4, 2004 status conference. The issue of attorneys fees will therefore remain outstanding.

Respectfully submitted,

*[signature]*

LISA BRODYAGA (Attorney-in-charge)
Refugio Del Rio Grande

17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Federal ID: 1178
Texas Bar No: 03052800

Javier Dominguez
Lawyers' Committee for Civil Rights Under Law of Texas
118 Broadway St., Ste. 302
San Antonio Texas 78205
(210) 227-1603
(210) 225-3958

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with the proposed Order, was mailed, first class postage prepaid, to Ernesto H. Molina, Jr. Attorney, OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on October 26, 2004.

_____
Lisa Brodyaga