# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DOMINGUEZ-PEREZ, et al. | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-96-116 |
| | § | |
| TOM RIDGE, SECRETARY OF | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, ET AL. | § | |
|     Defendants. | § | |

## ORDER

On the 28th day of October, 2004, the court signed the Agreed Amended Final Order submitted by the parties. That being the case, the Motion to Enter Amended Final Order [Docket No. 66] is hereby denied as moot.

Signed this 28th day of October, 2004.

Andrew S. Hanen
United States District Judge