United States District Court
Southern District of Texas
FILED

NOV 2 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,          )
  Petitioners/Plaintiffs,                  )
                                )
v.                                         )  CA No. B-96-116
                                )
TOM RIDGE, Secretary of Department         )
  of Homeland Security; EDUARDO AGUIRRE,    )
  Acting Director of the Bureau of          )
  Citizenship and Immigration Services;     )
ALFONSO DE LEON, Interim District Director )
  of Bureau of Citizenship and Immigration  )
  Services, Harlingen, Texas, and           )
JO ANNE B. BARNHART, Commissioner of the   )
  Social Security Administration,           )
  Respondents/Defendants.                   )
_____)

PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

Petitioners/Plaintiffs (hereinafter, "Plaintiffs"), by and through
counsel, and pursuant to 28 U.S.C. §2412(d) move this Court for an
Order mandating that Respondents/Defendants (hereinafter,
"Defendants"), pay Plaintiffs' attorneys' fees, costs and expenses
incurred in prosecuting the case at bar, and in support thereof,
would show the following:

1. Plaintiffs brought and prosecuted this action against Defendants
pursuant to 28 U.S.C. §§1331, 1361, 2201, 2202 and 2241; 42 U.S.C.
§§405(c)(8) and 405(g); and 5 U.S.C. §701, et seq., as well as the
Fifth Amendment of the U.S. Constitution.

2. Plaintiffs are individuals, none of whose net worth has ever
exceeded two million dollars, ($2,000,000). *See,* Exhibit A. *See
also,* Exhibits B, C, D, and E.

3.    This Court's Amended Final Order of October 29, 2004
constitutes a judgment that is final and not appealable.

4. Plaintiffs prevailed herein.  As a result of this litigation the
named Plaintiffs secured individual relief.  The Court certified a
class and granted injunctive relief, establishing a process for
N-600 applicants in the Harlingen district office of the U.S.
Citizenship and Immigration Services to apply for and obtain
employment authorization documents.   This process remedies the
prior illegal practices and policies challenged herein, and is the
basis for this Court's October 29, 2004, Amended Final Order.

5. Defendants were not substantially justified in this litigation,
and no special circumstances make an award of attorneys' fees,
costs and expenses unjust as to Defendants.

6.  Plaintiffs seek compensation for 610.3 hours of attorney time,
in the amount of $80,531.95. The undersigned reasonably expended
303.1 hours of attorney time, and a $5.00 filing fee. Exhibit B.
Plaintiffs' co-counsel Javier N. Maldonado reasonably expended 42.8
hours of attorney time, Exhibit C.   Former co-counsel Lynn Coyle
and Mary Kenney reasonably expended 154.2 hours and 110.2 hours,
respectively, of attorney time, Exhibits D and E.

7.  The rate at which Plaintiffs' attorneys; Lisa Brodyaga, Javier
N. Maldonado, Lynn Coyle and Mary Kenney, should be awarded
attorneys' fees is $75 per hour for time before March 1996, and
$125 per hour thereafter, as provided by 28 U.S.C. §2412(d), plus
a cost of living increase for each year thereafter.   Exhibit F.

8.  Plaintiffs request that attorneys' fees and costs be awarded in
their entirety against all Defendants, jointly and severally,
pursuant to 28 U.S.C. §2412(d)(1)(A) and (d)(2)(A)(ii).

2

9. In support of this Motion, Plaintiffs rely on the pleadings and supplemental papers on file herein, the accompanying declarations of Lisa S. Brodyaga, Javier N. Maldonado, Mary A. Kenney and Lynn Coyle with attached time and expense records, the affidavits of Attorneys Jodi Goodwin and Lionel Perez, Exhibit G, and the accompanying Memorandum in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Expenses, submitted herewith.

10. In the event that this Motion is contested or disputed by the Defendants, Plaintiffs request the opportunity for a hearing at which to present live testimony and additional evidence in support of the award of attorneys' fees, costs and expenses they seek.

11.   On November 23, 2004, the undersigned spoke with Ernesto Molina, Jr., Attorney for Defendants herein, who stated that the Government was opposed to the instant motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an order directing the Defendants herein to pay Plaintiffs the sums of $80,531.95 in attorneys' fees and $5.00 in costs incurred herein.

Respectfully submitted,

LISA BRODYAGA (Attorney-in-charge)
Refugio Del Rio Grande
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fax (956) 421-3423
Texas Bar No: 03052800

3

Javier Dominguez and David Armendariz,
Lawyers' Committee for Civil Rights Under Law of Texas
118 Broadway St., Ste. 302
San Antonio Texas 78205
(210) 227-1603
(210) 225-3958 (fax)

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with Exhibits, was mailed,
first class postage prepaid, to Ernesto H. Molina, Jr. Attorney,
OIL, Box 878, Ben Franklin Station, Washington, D.C. 20044, on
November 26, 2004.

_____
Lisa S. Brodyaga

4