UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al.,<br>  Petitioners/Plaintiffs,<br><br>v.<br><br>TOM RIDGE, Secretary of Department<br>  of Homeland Security; EDUARDO AGUIRRE,<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>ALFONSO DE LEON, Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>JO ANNE B. BARNHART, Commissioner of the<br>  Social Security Administration,<br>  Respondents/Defendants. | CA No. B-96-116 |

EXHIBIT "B" IN SUPPORT OF

PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,<br>    **Petitioners/Plaintiffs**,<br><br>v.<br><br>**TOM RIDGE**, Secretary of Department<br>  of Homeland Security; **EDUARDO AGUIRRE**,<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>**ALFONSO DE LEON**, Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>**JO ANNE B. BARNHART**, Commissioner of the<br>  Social Security Administration,<br>    **Respondents/Defendants**. | CA No. B-96-116 |

**DECLARATION OF LISA S. BRODYAGA**

I, Lisa S. Brodyaga, declare under penalty of perjury as follows:

I am an attorney at law, and have been licensed to practice in the State of Texas since 1978. I have been certified in the field of immigration and nationality law by the Texas Board of Legal Specialization since 1981. I have won several national awards, and frequently speak about habeas corpus and other aspects of federal litigation at immigration and nationality law conferences. Most of my work is *pro bono*, as an unpaid attorney for Refugio Del Rio Grande, a 501(c)(3) non-profit corporation devoted to furthering the rights of asylum-seekers and other immigrants. I am admitted to practice, *inter alia,* in the U.S. District Court for the Southern District of Texas, the Fifth and Ninth Circuit Courts of Appeals, and the Supreme Court of the United States. Since 1988, I have handled approximately 150 immigration cases in the Southern District of Texas, all of which were on behalf of low-income or indigent immigrants, or individuals whose claim to U.S. citizenship

was challenged by the Government.[1] In the last ten years, I have also handled more than thirty such cases, some of which involved multiple immigrants, at the Fifth Circuit, either on appeal from a judgment in District Court, or on petition for review from the Board of Immigration Appeals.

Attached hereto and incorporated herein is my time log, derived from contemporaneous records. It accurately reflects the time I expended on behalf of the plaintiffs herein, from June of 1995, when the problem was first identified in the context of the denial by the Social Security Administration of the application for a replacement Social Security card by Plaintiff Mario Salinas-Grimaldo, through the present. In all, I devoted at least 303.1 hours to the instant litigation. Also attached is an accurate (if incomplete) expense statement, covering filing fees and mileage for Lynn Coyle, Mary Kenney and myself, primarily for court hearings.

The hours and expenses I incurred in this case were reasonable and necessary, given the litigation and settlement positions taken by Defendants. There was no unnecessary duplication of effort or expenses, and the time reflected was the minimum necessary for the development of this case, including presentation of the matter before this Court, and out of court activities such as developing strategy, conducting discovery, preparing pleadings, gathering evidence, and conducting settlement negotiations. It does *not* include work done on behalf of individual class members other than the named plaintiffs, in helping them obtain employment authorization documents or Social Security numbers.[2]

---

[1] I have also represented a few criminal defendants, on appointment by the Court, and mostly in immigration-related cases.

[2] For example, there have been instances after the entry of the initial Final Judgment when applications by class-members for

I am also familiar with the financial situation of the named Plaintiffs, and many unnamed class members. I can attest to a moral certainty that none of the Plaintiffs named either in the initial, or the first amended petition and complaint, has ever had a net worth which even approaches two million dollars. Nor, to the best of my knowledge and belief, has any unnamed class member on whose behalf I have sought interim employment authorization documents over the years ever had a net worth of that order of magnitude. In fact, other than one British national for whom I obtained a treaty-investor visa, [3] I would be astonished to learn that any client I have represented, either in the name of the non-profit corporations with which I have been associated, or in my private practice, has ever had a net worth close to that amount.

Further declarant sayeth not.

_____
Lisa S. Brodyaga
November 24, 2004

---

employment authorization were not being processed, apparently as a result of personnel changes in INS. While time spent corresponding with Defendants about the problem is included, the time devoted to resolving the problem for individual class members is not.

[3] Because she was in urgent need of someone who could file an immigration-related petition for habeas corpus, and at that time I was the only such person in the Valley, I made an exception in that case to my otherwise inflexible rule against taking cases involving the business or investment side of immigration law, *i.e.*, cases where the clients tend to have significant financial resources.

3

**TIME SHEET:   C.A. B-96-116, Lisa S. Brodyaga**

**1995**

JUNE
27th   Accompany Mario Salinas to SS Office                1.3
       write and deliver letter                             .7
28th    Review denial                                       .2

JULY
14th   Letter to SSA                                        .7
20th   Discuss suit with Antelma Perez                      .6
25th   Research, further letter to SSA                     2.8
          Letter to INS re Antelma Perez                    .2

AUGUST
7th   Review status, Letter to SSA                          .5

NOVEMBER
21st   Discuss suit with Antelma Perez                     2.3
         Go to Social Security Office with her
28th   Letter to Janet Reno                                 .7

**1996**

APRIL
9th      Discuss collaboration w/ Lynn Coyle                .2
22nd    Work on complaint with Lynn                        7.0

JUNE
12th   Letter to Trominski & others                        2.8
       Discuss suit with Antelma Perez, Mary Kenney

JULY
13th   Discuss participation in suit w/ Elida Gomez         .2
17th   Review FAX from Lynn                                 .5
18th   Finish & file complaint                             8.0
19th   Serve Trominski & Reno, send copies to Lynn         1.3
22nd    Discuss complaint with Mary Kenney,
          Call Antelma                                      .3
25th    Organize files of named Plaintiffs,                 .7
          Discuss service w/ Mary Kenney

AUGUST
23-30th   Work w/ Bob Crane and Diana Gonzalez             3.5

SEPTEMBER
1st   Review interview notices, files, send reply          2.5
5th    Review and call Kenneth Muir re letter of 9/1        .2

```
11th   Discuss cases with Rene Moreno, INS                      .6
12th   Discuss discovery with Lynn & Mary,
       Call Molina, draft letter to Magistrate                 1.0
18th   work on requests for admissions                          .8
20th   Meet & prepare Antelma & sister                         3.5
       review fax from Lynn                                     .7
23rd   Prep & Hearing                                          2.0
       Travel to and from hearing,                             1.4
24th   Consult w/ Lynn re requests for admissions,
       work on req for admissions                              2.5
30th   Attempt to get confirmation of appointments              .5

OCTOBER
2nd    conversation w/ Molina, attempt to locate Boone          .3
7th    Attempt to get Ms. Perez interviewed,                   1.0
8th    Discuss discovery with Lynn, talk to Molina,
       draft letter, requests for admission                    3.5
12th   Finish requests for admission,
       Confer w/ Mary Kenney re discovery                      2.7
16th 17th  Motion for class certification                      2.5
18th   Work on Motion for class certification                  1.5
       begin research P&A
24th   File motion for class cert                              1.5
26th   work on P&A, class cert                                 2.8
27th   Look at new plaintiffs                                  1.5
31st   review D's motion to dismiss, fax from Mary
       Begin research on Ds' motion to dismiss                  .9

NOVEMBER
4th    Start work on 1st amended petition                      2.2
5th    Continue petition, reply to motion to dismiss,
       P&A for class cert                                      4.0
6th    Finish above                                            6.3
7th    File above                                              1.2
12th   consult w/ Plaintiffs, Bob Crane, re hearing            2.8
14th   prepare for hearing                                     1.5
15th   request for default, prep witnesses, hearing            4.5
       Strategize w/Bob Crane, TOG,                             .7

DECEMBER
6th    Review & reply to Motion for clarification, etc.        2.3
13th   Review Opposition to Motion for Class cert               .5
16th   Review answers to first set of req. for admission
       Prepare second set of requests for admission,
          Exh. C through I, needed for class cert              7.7
17th   Amend second set of requests for admission,
          Exh. J, prepare running list of exhibits             2.5
18th   File Exhibit J                                          1.5
```

2

**1997**

JANUARY
1st  Prepare Plaintiffs' Opposition to Defendants'
     Motion for Enlargement of Time to File a
     Responsive Pleading or Motion                              2.3
2nd  File same                                                  1.5
9th Consult w/ Lynn Coyle re discovery                           .5
10th review and file motion for default                         3.7
20th  Research Govt's second motion to dismiss                  4.0
21st-23rd Work on Plaintiffs' Opposition to Defendants'
     (Second) Motion to Dismiss, for Lack of Jurisdiction
     and Failure to State a Claim and Renewed Call for
     Entry of Default, and Rule 11 Sanctions, with Exhibit    12.2
24th Finish & file same                                         2.8

FEBRUARY
2nd  Work on Ps' Opposition to Defendants' Motion
     to File out of Time, Defendants' Motion to Dismiss
     Lack of Jurisdiction and Failure to State a Claim
     Prepare Plaintiffs' (Opposed) Request for Hearing on
     Defendants' Motions to File out of Time, to Dismiss
     for Lack of Jurisdiction and Failure to State a Claim
     and Ps' Request for Default and Rule 11 Sanctions        7.5
3rd     Finish and file everything                            4.7
7th  Review Supp to Ps' Response to Ds' Motion to Dismiss  2.2
12th-13th  Review Req. for Prod, etc., calls &
        letter to Molina                                      4.3
13th Tel. conf. w/ Mary & Lynn re document request             .6
     Fax D's 1st Responses to P's Requests for Ad to Lynn
14th Review & Fax D's 2nd Responses to Lynn               .5
15th  Research (standing)                                     1.7
27th  Start motion for preliminary injunction                 2.0
27th  Prepare Plaintiffs' Reply to Defendants' Opposition
      to Plaintiffs' Request for Hearing, Etc.                2.8

MARCH
3rd-10th Help De La Cruz siblings w/ SS appls,                5.5
10th  Update Exhibit list, review pleadings              2.5
15th Review memo from Mary                                .2
16th  Letter to Mary                                      .2
18th prepare and file Ps' Exhibit "M"                    2.5
24th Review suppl to motion for class cert.               .6

APRIL
2nd Review D's Supp. Response to req. for Prod. &         .3
    Fax to Lynn
4th Telephone conf. w/ Mary Kenney re discovery           .5

3

```
11th  Telephone conf. w/ Mary re discovery                     .3
16th - 20th  Work on Req for Admission & Interrogs           12.0
26th  Consult w/ Mario Salinas re status                       .3

NOVEMBER
29th  review withdrawal of appeal Gonzalez de Santos
      Fax from Bob Crane                                       .2
```

**1998**

```
JULY

16TH  tel. conf w/ Mary & Lynn re motion to compel             .3
21st  review motion to compel, make notes                     2.2

AUGUST
21st  Prepare & attend hearing, motion to compel              6.0
24th  Continue hearing                                        4.5
24th-30th Draft Proposed Magistrates R&R                      9.8

SEPTEMBER
10th  Work on Motion to Dismiss certain Ps                    1.5
      And Notice of Filing of Proposed U.S. Magistrate
      Judge's Report and Recommendation; file same            2.5
29th-30th  Prepare Declarations of Mendez family,
      and Plaintiffs' Opposed Motion for Prompt Judgment,
      and in the Alternative, to Amend Petition to Add New
      Named Plaintiffs, and for Preliminary Injunction        6.5

NOVEMBER
12th-13th  Review Magistrates R&R                              .4
28th-29th  Review & research D's Objs to R&R                  4.0

DECEMBER
1st to 8th  Research, make notes, re D's Obj. to R&R          5.0
9th   Prepare & file Notice of Intent                         1.7
10th  Prepare & file Exhibits M & N                           3.3
21st  Prepare Response to Defendants' Objections to U.S.
      Magistrate Judge's Report and Recommendation            2.5
      File response to objections, travel                     1.8
```

**1999**

```
FEBRUARY
28th  Review Judge Vela's Order                                .2
```

```
MARCH
13th-14th  Review Ds' Motion to Alter or Amend        1.9
22nd   Prepare provisional opposition to motion       1.5
       Consult w/ Mary about opposition                .1
27th-28th  Prepare proposed Amended Order             3.8
28th-29th  Prepare & file Ps' Suppl Reply to Motion
           to Amend and Exhibit O                     5.5

APRIL
3rd-4th  Review Defendants' Reply to Ps' Provisional
         Opposition to Motion to Alter or Amend        .7

JUNE
3rd  discuss w/ Molina possible settlement,
     Joint Motion to Hold Case in abeyance            2.0
7th  File joint motion (travel)                       1.6
```

**2000**

```
FEBRUARY
11th  Letter to Trominski, re EADs to N-600 applicants  1.0
24th  Review response                                    .2
```

**2002**

```
APRIL
8th - 10th  Discuss w/ Lynn, Ernesto Molina, re
     Settlement                                          .4
14th  draft motion to lift stay, proposed Order         2.0
18th  revise motion to lift stay, proposed Order         .2
      Discuss settlement possib. w/ Lynn Coyle           .1

JUNE
12th Discuss negotiations w/ Molina w/ Lynn              .7
18th settlement discussions w/ Lynn                      .5
26th more settlement discussions w/ Lynn                 .2

JULY
1st Discussions w/ Lynn re settlement                    .2
10th More discussions w/ Lynn re settlement              .2
11th More discussions w/ Lynn re settlement              .6
```

**2003**

```
APRIL
11th review fax from Molina                              .6
     discuss amended order w/Javier
     prepare & send partial time sheet to Javier
```

```
16th  discuss amended order w/ Javier                            .1
23rd  review Javier's letter to Molina                           .1

JULY
7th   discuss motion to lift stay w/ Lynn                        2.9
21st  talk to Molina re motion return case to active
      Docket, Government re-urge Rule 59 motion
      Prepare certificate of consultation,
      file motion & cert. (travel)
```

**2004**

```
AUGUST
29th  Review Order of 8/19, review file, prepare response        .6

SEPTEMBER
21st  Status conf, travel                                        2.3
28th  Prepare amended Order, letter to Molina                    .9
28th - Oct. 3rd, various calls, messages, to Molina              .3

OCTOBER
4th   Status conference, travel, prepare 2nd
      amended order, Consult w/ Javier & David,
      send by overnight mail to Molina (travel)                  3.4
17th  fax letter to Molina re Amended order                      .3
18th - 22nd various calls to Molina, left messages               .2
22nd  Fax follow-up letter to Molina re amended order
25th  consult w/ Javier re amended order                         .2
26th  talk to Molina, email exchanges & tel. w/ Javier,
      make changes to Amended Order, Prepare notice
      of filing, file in Brownsville, (travel)
      Mail copies to Molina                                      2.2

NOVEMBER
2nd   consult w/ Javier re motion to enter final Judgment,
      Draft motion, proposed order
      Call Molina, research EAJA vis a vis final judgment        .8
3rd   e/mail exchange w/ Javier re EAJA app.                     .1
4th   e/mail exch. w/Javier re EAJA, Molina's silence            .3
8th   e/mail exchange w/Javier re EAJA                           .2
9th   Tel. conv. w/Javier re EAJA
10th  e/mail exchange w/ Javier, research re EAJA                .5
12th  e/mail exchange w/Javier re EAJA                           .1
15th  contact Antelma, Mario, Mario's sister, e-mail
      w/ Javier, look for documents, try to contact
      Bob Crane, research EAJA issues                            2.4
```

6

```
16th  consult w/ Javier, review documents, research
      which plaintiffs can count                                1.1
17th  try to contact Crane, Antelma
      E-mails & Tel. w/ Javier & David re EAJA                   .7
18th  get info for Antelma's affidavit, e/mail
      Exchange a tel w/ Javier re EAJA                           .6
19th  go to Harlingen, (wait for and) meet with Antelma
      & Jose Luis Perez, Get signatures on affidavit            1.4
20th  work on EAJA motion                                       5.7
21st  work on EAJA motion                                       4.9
22nd  work on EAJA motion, email & tel. Javier, try
      To contact Mario, Jodi, Bob Crane & Lionel Perez
      Re affidavits                                             3.6
23rd  work on affidavit, time sheet                             1.0
24th  review time sheets of Mary, Lynn, Javier,
      finalize affid, time sheet, get Jodi's & Lionel's
      affids .(Travel), start putting package together          2.5
26th  finish putting motion together, file                      3.0
```

7