```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

ANTELMA DOMINGUEZ-PEREZ, et al.,            )
  Petitioners/Plaintiffs,                   )
                                                   )
v.                                           ) CA No. B-96-116
                                                   )
TOM RIDGE, Secretary of Department           )
 of Homeland Security; EDUARDO AGUIRRE,      )
 Acting Director of the Bureau of            )
 Citizenship and Immigration Services;       )
ALFONSO DE LEON, Interim District Director   )
 of Bureau of Citizenship and Immigration    )
 Services, Harlingen, Texas, and             )
JO ANNE B. BARNHART, Commissioner of the     )
 Social Security Administration,             )
  Respondents/Defendants.                   )
_____)

EXHIBIT "C" IN SUPPORT OF

PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § § § | |
| Petitioners/Plaintiffs, | § § | |
| v. | § § | Case No. B-96-116 |
| TOM RIDGE, Secretary of Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Services; ALFONSO DE LEON, Interim District Director of Bureau of Citizenship and Immigration Services, Harlingen, Texas; JO ANNE B. BARNHART, Commissioner of Social Security Administration, | § § § § § § § § § § § | |
| Respondents/Defendants. | § | |

## DECLARATION OF JAVIER N. MALDONADO

**Javier N. Maldonado**, under penalty of perjury pursuant to 28 U.S.C. § 1746, does hereby state the following:

1. My name is Javier N. Maldonado. I am of sound mind and am competent in all ways to testify to the matters stated in this declaration. I am over the age of twenty-one, and I have personal knowledge that the statements in this affidavit are true and correct.

2. I was admitted to the practice of law in the State of Texas in November 1995 and have been admitted to practice before the United States District Courts for the Southern, Western, and Northern Districts of Texas and the Court of Appeals for the Fifth Circuit. I received a Bachelor of Arts degree from Columbia University in 1990 and a Juris Doctor degree from Columbia University School of Law in 1995.

3. I am the Executive Director of the Texas Lawyers' Committee for Civil Rights Under Law of Texas and served as co-counsel the above-captioned case. I have extensive experience in federal class action impact litigation on issues affecting immigrants and refugees in Texas.

1

4.     The chronology attached as Exhibit C reflects my daily time records, kept contemporaneously as work on this case was performed. Through the present, I have devoted 42.8 hours to the development and litigation of this action.

6.     The legal fees and expenses incurred in this case are reasonable and necessary for the type of services rendered. There was no unnecessary duplication of effort or expenses in the litigation activities involved in this action. The time reflected in the attached chronology is the minimum necessary for the development of this case through all stages, including the strategy required for successful presentation of the matter before this Court, preparation of motions, briefs, evidence and pleadings. Due to my experience in federal litigation, I did not spend unnecessary time on issues and evidence not relevant to this action.

7.     I am familiar with the financial situation of the named Petitioners in this case, and to the best of my knowledge and belief, none has a net worth of more than two (2) million dollars.

I verify under penalty of perjury that the foregoing is true and correct.

JAVIER N. MALDONADO

Executed on this 24th day of November, 2004.

**Dominguez-Perez v. Reno, CA No. B-96-116**

**Time Sheet for Javier N. Maldonado**

| Date | Description | Hours |
|---|---|---|
| 1/08/02 | P/C with L Coyle re status of settlement | .5 |
| 5/31/02 | P/C with L Coyle re settlement & next steps | .5 |
| 3/07/03 | P/C with L Brodyaga re amended order | .1 |
| 3/09/03 | P/C with L Brodyaga re negotiations | .1 |
| 3/18/03 | P/C with E Molina re status of settlement | .1 |
| 3/31/03 | P/C with L Brodyaga re amended order | .1 |
| 4/01/03 | P/C with L Brodyaga re ltr to E Molina | .1 |
|  | P/C with E Molina re amended order lft msg | .1 |
| 4/07/03 | P/C with E Molina re amended order lft msg | .1 |
| 4/10/03 | P/C with E Molina re amended order | .1 |
| 4/11/03 | P/C with L Brodyaga re amended order | .1 |
| 4/16/03 | P/C with L Brodyaga re amended order | .1 |
| 4/22/03 | P/C with E Molina re settlement lft msg | .1 |
| 4/28/03 | P/C with E Molina re settlement lft msg | .1 |
| 4/29/03 | P/C with E Molina re settlement lft msg | .1 |
| 5/05/03 | P/C with E Molina re motion to lift stay lft msg | .1 |
| 5/09/03 | P/C with E Molina re re motion to lift stay lft msg | .1 |
| 6/09/03 | P/C with L Coyle re motion to lift stay | .2 |
| 7/18/03 | P/C with L Coyle re motion to lift stay | .2 |
| 7/21/03 | Review final motion and proposed order | .3 |
| 9/21/04 | Prepare for hearing; review pleadings | .7 |

1

| Date | Description | Hours |
|---|---|---|
| 9/21/04 | Hrg before court | .5 |
| | P/C with L Brodyaga re next steps | .2 |
| 9/22/04 | Motion of Substitution of counsel | 3.0 |
| | Review CFR on EADs | .6 |
| 9/28/04 | Review prior proposed amended order & negotiations | 1.0 |
| 10/04/04 | P/C w/L Brodyaga re hrg & proposed order | .3 |
| 10/20/04 | Emil L Brodyaga re status of agreed judgment | .1 |
| 10/25/04 | P/C w/L Brodyaga re motion to compel or for status hrg | .2 |
| 10/26/04 | Exchange email re agreed order | .3 |
| | P/C/ with L Brodyaga re agreed order | .2 |
| 11/02/04 | Review amended final order | .2 |
| | Email L Brodyaga re next steps for EAJA application | .2 |
| | Research reqt of final judgment | 1.0 |
| | Draft motion & proposed final judgment | .5 |
| | Email L Brodyaga re draft motion for final judgment | .2 |
| 11/03/04 | Email L Brodyaga re filing EAJA application | .1 |
| 11/04/04 | Email to L Brodyaga re strategy on EAJA application and recent activity in case | .2 |
| 11/05/04 | Review emails fr L Brodyaga re activity in case | .2 |
| 11/08/04 | Email L Brodyaga re relevant pleadings for EAJA application | .2 |
| 11/09/04 | Review pleading litigation | .5 |
| | P/C with L Brodyaga re EAJA application | .3 |
| 11/10/04 | Email fr L Brodyaga re EAJA requirements | .1 |

2

|  |  |  |
|---|---|---|
|  | Email M Van Der Hout re EAJA & supporting affidavits | .1 |
|  | Email L Brodyaga & D Armendariz re specifics of affidavit | .1 |
| 11/12/04 | Review email fr L Brodyaga re EAJA requirements | .1 |
| 11/15/04 | Legal research for fees motion EAJA requirements | 3.0 |
|  | Email fr M Kenney re US attys fee matrix | .3 |
|  | Email to T Real re EAJA application | .2 |
|  | Email L Brodyaga re EAJA application | .2 |
|  | Email L Joaquin & R Fischer & R Rubin re EAJA application and requirements | .3 |
| 11/16/04 | Email J Goodwin re affidavit | .2 |
|  | Email L Brodyaga re Pltfs' financial status | .2 |
|  | P/C with L Brodyaga re affidavits from clients | .2 |
|  | P/C with Mario Salinas re affidavit | .5 |
|  | Draft M Salinas affidavit | .5 |
|  | Research & draft motion & memo | 4.0 |
|  | Email L Joaquin & review sample affidavits | .3 |
|  | P/C with L Brodyaga re COLA enhancement | .2 |
|  | Email T Real re EAJA rqts' of finality & 30 day clock | .2 |
| 11/17/04 | Research & draft motion, memo & related affidavits for fees | 5.0 |
|  | Email M Kenney re fees affidavit | .1 |
| 11/18/04 | Draft motion & memo re fees | 3.0 |
|  | Email & respond to emails fr L Brodyaga re fees application | .5 |

3

|  |  |  |
|---|---|---|
|  | Conf/w D Armendariz re affidavit | .2 |
|  | Email L Coyle re hrs & affidavit | .2 |
|  | P/C with M Kenney re fees affidavit | .3 |
|  | P/C with L Brodyaga re EAJA application | .2 |
| 11/19/04 | Draft motion for fees & memo of law & email L Brodyaga re affidavits | 3.0 |
|  | P/C with L Brodyaga re EAJA application | .2 |
| 11/22/04 | Calculate EAJA fees | 5 |
|  | P/C, emails with L Brodyaga re EAJA application | .5 |
|  | **TOTAL** | **42.8** |

4