```
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

ANTELMA DOMINGUEZ-PEREZ, et al.,             )
  Petitioners/Plaintiffs,                    )
                                             )
v.                                           )  CA No. B-96-116
                                             )
TOM RIDGE, Secretary of Department           )
 of Homeland Security; EDUARDO AGUIRRE,      )
 Acting Director of the Bureau of            )
 Citizenship and Immigration Services;       )
ALFONSO DE LEON, Interim District Director   )
 of Bureau of Citizenship and Immigration    )
 Services, Harlingen, Texas, and             )
JO ANNE B. BARNHART, Commissioner of the     )
 Social Security Administration,             )
  Respondents/Defendants.                    )
                                                )

EXHIBIT "D" IN SUPPORT OF

PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § § § | | |
| Petitioners/Plaintiffs, § | | |
| § | | |
| v. § | Case No. B-96-116 | |
| § | | |
| TOM RIDGE, Secretary of Department § of Homeland Security; EDUARDO § AGUIRRE, Acting Director of the Bureau § of Citizenship and Immigration Services; § ALFONSO DE LEON, Interim District § Director of Bureau of Citizenship and § Immigration Services, Harlingen, Texas; § JO ANNE B. BARNHART, Commissioner § of Social Security Administration, § § Respondents/Defendants. § | | |

## DECLARATION OF LYNN COYLE

I, Lynn Coyle, declare and say:

1.  While employed with the Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee"), I was co-counsel in this litigation. I represented the Petitioners/Plaintiffs in this case in my capacity as an attorney with the Texas Lawyers' Committee, a non-profit law firm.

2.  I am an attorney admitted to practice in the federal district courts for the Southern, Western, and Northern Districts of Texas, and the Fifth Circuit Court of Appeals.

3.  I have been practicing law since 1991 and have handled numerous cases in federal court, including acting as lead or co-counsel in five other cases filed as class actions in Texas.

4.  My federal litigation experiences include the following cases:

1

<u>Cedillo-Perez, et al. v. Adams, et al.</u>, C.A. No. H-94-2461 (S.D.Tx. Houston);

<u>Berhea, et al. v. Reno, et al.</u>, C.A. No. H-96-1093 (S.D.Tx. Houston);

<u>Rodriguez, et al. v. Neeley, et al.</u>, C.A. No. MO-96-CA-085 (W.D.Tx. Midland);

<u>Murillo, et al. v. Musegades, et al.</u>, C.A. No. EP-92-CA-319 (W.D.Tx. El Paso);

<u>Aparicio, et al. v. Blakeway, et al.</u>, C.A. No. SA-00-CV-434 (W.D.Tx. San Antonio)

5. Attached hereto and incorporated herein as part of Exhibit F is my time log, which accurately reflects the reasonable time expended and costs and expenses incurred by myself on behalf of the plaintiffs in this case.

6. The time and expenses listed in Exhibit F include the time period from three months prior to the filing of this lawsuit through July, 2003. On July 22, 1999, the Court held the case in abeyance pending the parties'' negotiation of a possible settlement. In December, 2003, I resigned from the Texas Lawyers'' Committee and other attorneys took over the case. Through July 2003, I devoted **154.2** hours to the development and litigation of this action.

7. The hours and expenses incurred in this case are reasonable and necessary for the type of services rendered. There was no unnecessary duplication of effort or expenses in the litigation activities involved in this action. The time reflected in the attached chronology is the minimum necessary for the development of this case through all stages, including the strategy required for successful presentation of the matter before this Court, discovery, and the preparation of motions, briefs, evidence and pleadings. Due to my experience in federal litigation, I did not spend unnecessary time on issues and evidence not relevant to this action. My records reflect a contemporaneous account of the time expended.

8. I am familiar with the financial situation of the named Petitioners in this case, and to the best of my knowledge and belief, none has a net worth of more than two (2) million dollars.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 19th day of November, 2004.

_____
LYNN COYLE

## Dominguez-Perez v. Reno, CA No. B-96-116

### Time Sheet for Lynn Coyle

| Date | Task | Time |
|---|---|---|
| 4/09/96 | Research claim under Equal Protection, APA, SSA, Habeas | 6.0 |
| 4/11/96 | Continue legal research | 5.5 |
| 4/12/96 | Draft Petition/Complaint | 7.25 |
| 4/13/96 | Revise and edit complaint | 5.5 |
| 4/22/96 | Work on complaint with Lisa | 7.0 |
| 9/12/96 | P/C with L Brodyaga and M Kenney re discovery | .3 |
| 9/24/96 | Consult with L Brodyaga on Request for Admissions | .75 |
| 10/08/96 | P/C with L Brodyaga on Request for Admissions | .5 |
| 10/09/96 | Review, draft and edit request for admissions | 2.5 |
| 11/08/96 | Review suppl. In support of class cert | .75 |
| 11/18/96 | P/C with M Kenney re default motion | .3 |
| 12/17/96 | Review def's opposition to class cert | .5 |
| 12/16/96 | Review def's response to request for admissions | .5 |
| 1/03/97 | Draft Pltf's first request for production | 3.0 |
| 1/08/97 | Review def's motion to dismiss | 1.0 |
| 1/09/97 | P/C with L Brodyaga regarding discovery | .5 |
| 1/22/97 | Review/edit Pltf's Response to Motion to Dismiss | 1.5 |
| 1/27/97 | Review def's response to Pltfs' request for admissions | .5 |
| 1/31/97 | P/C with M Kenney re Defs' Motion to Dismiss | .5 |
| 2/05/97 | Review/edit Pltf's suppl to response to | |

1

|          | Motion to Dismiss | 2.0 |
|----------|-------------------|-----|
| 2/06/97  | Review def's response to Pltf's request for default and sanctions | .5 |
| 2/13/97  | P/C with L Brodyaga and M Kenney re discovery | .4 |
| 3/02/97  | P/C with M Kenney re objection to Defs' hearing motion | .1 |
| 3/12/97  | Review M Kenney memo on class cert | .5 |
| 3/13/97  | P/C with M Kenney re class cert | .1 |
| 3/24/97  | Review def's discovery requests | 1.0 |
| 4/01/97  | P/C with MK re Defs' discovery responses | .3 |
| 4/04/97  | P/C with M Kenney re responses to defs' discovery | .5 |
| 4/11/97  | P/C with M Kenney re responses to defs' discovery | .3 |
| 4/13/97  | Travel to Harlingen start preparing discovery responses | 7.5 |
| 4/14/97  | Meet with Pltf's to prepare discovery responses | 8.0 |
| 4/15/97  | Meet with Pltf's and review files in preparation of discovery responses | 8.0 |
| 4/16/97  | Travel from Harlingen to San Antonio related to discovery responses | 5.0 |
| 4/17/97  | Review files to Prepare responses to def's discovery | 12.0 |
| 4/18/97  | Continue reviewing files to prepare responses to discovery | 8.0 |
| 4/19/97  | Continue drafting responses to discovery | 2.5 |
| 4/22/97  | P/C with M Kenney re discovery | .1 |
| 4/25/97  | Revise/edit discovery responses | 2.5 |
| 4/26/97  | Continue revising/editing discovery responses | 3.0 |
| 4/28/97  | P/C with M Kenney re Pltfs' discovery responses | .1 |
| 4/29/97  | P/C with M Kenney re Pltfs' discovery responses | .5 |

| Date | Description | Hours |
|---|---|---|
| 4/29/97 | Continue drafting, revising, editing discovery responses | 9.0 |
| 4/30/97 | Final revisions/edits of discovery responses | 8.0 |
| 5/19/97 | P/C with M Kenney re discovery responses | .2 |
| 5/22/97 | P/C with M Kenney re discovery responses | .2 |
| 7/15/98 | Research motion to compel | 1.5 |
| 7/16/98 | Draft motion to compel | 1.5 |
| 7/16/98 | P/C with M Kenney and L Brodyaga re motion to compel | .3 |
| 7/18/98 | P/C with M Kenney re motion to compel | .1 |
| 7/19/98 | Revise/edit motion to compel | .5 |
| 7/20/98 | P/C with M Kenney re motion to compel | .2 |
| 7/21/98 | P/C with M Kenney re motion to compel | .2 |
| 8/18/98 | P/C with M Kenney re motion to compel | .5 |
| 8/24/98 | Travel to Harlingen and attend hearing on motion to compel | 12.0 |
| 11/17/98 | Review Mag's report and recommendation | .5 |
| 12/22/98 | Review def's objections to R & R | 1.5 |
| 2/26/99 | Review Judge Vela's order | .25 |
| 3/12/99 | Review def's motion to alter or amend judgment | .5 |
| 8/17/99 | P/C with M Kenney re settlement | .1 |
| 4/18/02 | P/C with E Molina re settlement agreement | .2 |
| 4/19/02 | P/C with E Molina re settlement agreement | .2 |
| 4/26/02 | P/C with E Molina re settlement agreement | .2 |
| 5/01/02 | P/C with E Molina re settlement agreement | .2 |

| Date | Description | Time |
|---|---|---|
| 5/10/02 | P/C with M Kenney re proposed regs | .2 |
| 5/13/02 | P/C with E Molina re settlement agreement | .2 |
| 5/14/02 | P/C with E Molina re settlement agreement | .2 |
| 5/17/02 | P/C with E Molina re settlement | .3 |
| 5/21/02 | P/C with E Molina re amended order | .3 |
| 5/23/02 | P/C with E Molina re settlement | .2 |
| 5/24/02 | P/C with E Molina re settlement | .2 |
| 5/28/02 | P/C with E Molina settlement | .2 |
| 5/31/02 | P/C with E Molina re settlement | .5 |
| 6/07/02 | P/C with E Molina re settlement | .75 |
| 6/12/02 | P/C with L Brodyaga re phone discussion w/E Molina | .75 |
| 6/18/02 | P/C with E Molina re settlement | .1 |
| 6/18/02 | P/C with L Brodyaga re settlement | .5 |
| 6/25/02 | P/C with E Molina re settlement | .3 |
| 6/26/02 | P/C with E Molina re settlement | .1 |
| 6/26/02 | P/C with L Brodyaga re settlement | .2 |
| 7/01/02 | P/C with L Brodyaga re settlement | .2 |
| 7/10/02 | P/C with L Brodyaga re settlement | .2 |
| 7/11/02 | P/C with L Brodyaga re settlement | .6 |
| 6/09/03 | P/C with J Maldonado re motion to lift stay | .2 |
| 6/23/03 | P/C with J Maldonado re motion to lift stay | .1 |
| 7/07/03 | P/C with L Brodyaga re motion to lift stay | .5 |
| 7/17/03 | Draft motion to lift stay and proposed final order | 1.5 |

4

| | | |
|---|---|---|
| 7/18/03 | P/C with J Maldonado re motion to lift stay | .1 |
| 7/21/03 | P/C with J Maldonado re motion to lift stay | .2 |
| 7/21/03 | Finalize motion to lift stay and final order | .5 |
| | **TOTAL** | **154.2** |