```
           UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION
```

ANTELMA DOMINGUEZ-PEREZ, et al.,           )
  Petitioners/Plaintiffs,                  )
                                                        )
v.                                         ) CA No. B-96-116
                                                        )
TOM RIDGE, Secretary of Department         )
  of Homeland Security; EDUARDO AGUIRRE,   )
  Acting Director of the Bureau of         )
  Citizenship and Immigration Services;    )
ALFONSO DE LEON, Interim District Director )
  of Bureau of Citizenship and Immigration )
  Services, Harlingen, Texas, and          )
JO ANNE B. BARNHART, Commissioner of the   )
  Social Security Administration,          )
    Respondents/Defendants.                )
                                                        )

```
            EXHIBIT "F" IN SUPPORT OF

          PETITIONERS/PLAINTIFFS' MOTION
     FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES
```

## CALCULATING THE COST OF LIVING ADJUSTMENT ("COLA")

Cost of living adjustments to awards under the Equal Access to Justice Act, ("EAJA"), as provided by 28 U.S.C. §2412(d)(2)(A)(ii), are determined by reference to the Consumer Price Index for All Urban Consumers (CPI-U),[1] as of the particular year in which the legal services were rendered. *See, Perales v. Casillas,* 950 F.2d 1066, 1076 (5th Cir. 1992).

EAJA was enacted in October of 1981, and originally set a maximum statutory hourly rate for attorneys fees of $75.00. EAJA was amended in March of 1996 to increase the maximum statutory rate from $75.00 to $125.00 per hour. There, fee awards of $75.00 per hour for services rendered prior to March of 1996 are adjusted against the CPI-U rate for October, 1981, when EAJA was enacted, and fee awards of $125.00 per hour for services rendered after March of 1996 are adjusted against the CPI-U rate for march of 1996, when EAJA was amended.

Thus, the formulas for determining the amount by which to adjust an EAJA fee award to reflect a cost of living increase are as follows:

Pre March 1996 hours:
   $75 x <u>(CPI-U average for year when services provided)</u>
         (93.4, which is the October 1981 CPI-U)

Post March 1996 hours:
   $125 x <u>(CPI-U average for year when services provided)</u>
         (155.7, which is the March 1996 CPI-U

The EAJA fees that should be awarded in the instant case totaled $80,531.95, for 610.3 hours, as summarized on the attached pages.

---

[1] The CPI-U index can be obtained from the website of the U.S. Department of Labor, Bureau of Labor Statistics, at <u>http://www.bls.gov/data/</u>.

| Month | Brodyaga Hours | Maldonado Hours | Coyle Hours | Kenney Hours | Total Hours | CPI-U yearly avg. | COLA rate | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Jun-95 | 2.2 | | | | | | | |
| Jul-95 | 4.3 | | | | | | | |
| Aug-95 | 0.5 | | | | | | | |
| Nov-95 | 3 | | | | | | | |
| 1995 Totals | 10 | | | | 10 | 152.4 | 122.38 | 1223.77 |
| Apr-96 | 7.2 | | 31.25 | | | | | |
| Jun-96 | 2.8 | | | 0.3 | | | | |
| Jul-96 | 11 | | | 2.1 | | | | |
| Aug-96 | 3.5 | | | | | | | |
| Sep-96 | 15.7 | | 1.05 | 1.3 | | | | |
| Oct-96 | 18.2 | | 3 | 1 | | | | |
| Nov-96 | 23.2 | | 1.05 | 1 | | | | |
| Dec-96 | 14.5 | | 1 | 1.5 | | | | |
| 1996 Totals | 96.1 | | 37.35 | 7.2 | 140.65 | 156.4 | 125.56 | 17660.29 |
| Jan-97 | 27 | | 7 | 17.7 | | | | |
| Feb-97 | 26.3 | | 2.9 | 31.1 | | | | |
| Mar-97 | 11.5 | | 1.7 | 29.4 | | | | |
| Apr-97 | 13.4 | | 75.3 | 9.1 | | | | |
| May-97 | | | 0.4 | 0.6 | | | | |
| Nov-97 | 0.2 | | | | | | | |
| 1997 Totals | 78.4 | | 87.3 | 87.9 | 253.6 | 160.5 | 128.85 | 32677.26 |
| Jun-98 | | | | 1.5 | | | | |
| Jul-98 | 2.5 | | 4.3 | 0.8 | | | | |
| Aug-98 | 20.3 | | 12.5 | 9.5 | | | | |
| Sep-98 | 10.5 | | | 1.6 | | | | |
| Nov-98 | 4.4 | | 0.5 | 0.4 | | | | |
| Dec-98 | 14.3 | | 1.5 | 0.1 | | | | |
| 1998 Totals | 52 | | 18.8 | 13.9 | 84.7 | 163 | 130.86 | 11083.90 |
| Feb-99 | 0.2 | | 0.25 | | | | | |
| Mar-99 | 12.8 | | 0.5 | 0.9 | | | | |
| Apr-99 | 0.7 | | | 0.1 | | | | |
| Jun-99 | 3.6 | | | | | | | |
| Jul-99 | | | | 0.1 | | | | |
| Aug-99 | | | 0.1 | 0.1 | | | | |
| 1999 Totals | 17.3 | | 0.85 | 1.2 | 19.35 | 166.6 | 133.75 | 2588.08 |
| Feb-00 | 1.2 | | | | | | | |
| 2000 Totals | 1.2 | | | | 1.2 | 172.2 | 138.25 | 165.90 |
| Jan-02 | | 0.5 | | | | | | |
| Apr-02 | 2.7 | | 0.6 | | | | | |
| May-02 | | 0.5 | 2.5 | | | | | |
| Jun-02 | 1.4 | | 2.7 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jul-02 | 1 | | 1 | | | | | |
| 2002 Totals | 5.1 | 1 | 6.8 | | 12.9 | 179.9 | 144.43 | 1863.13 |
| Mar-03 | | 0.4 | | | | | | |
| Apr-03 | 0.8 | 0.9 | | | | | | |
| May-03 | | 0.2 | | | | | | |
| Jun-03 | | 0.2 | 0.3 | | | | | |
| Jul-03 | 2.9 | 0.5 | 2.8 | | | | | |
| 2003 Totals | 3.7 | 2.2 | 3.1 | | 9 | 184 | 147.72 | 1329.48 |
| Aug-04 | 0.6 | | | | | | | |
| Sep-04 | 3.5 | 6 | | | | | | |
| Oct-04 | 6.3 | 1.1 | | | | | | |
| Nov-04 | 28.9 | 32.5 | | | | | | |
| 2004 Totals | 39.3 | 39.6 | | | 78.9 | 188.5 | 151.33 | 11940.15 |
| | | | | | | | | |
| Final Totals | 303.1 | 42.8 | 154.2 | 110.2 | 610.3 | | | 80531.95 |