UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al.,<br>　Petitioners/Plaintiffs,<br><br>v.<br><br>TOM RIDGE, Secretary of Department<br>　of Homeland Security; EDUARDO AGUIRRE,<br>　Acting Director of the Bureau of<br>　Citizenship and Immigration Services;<br>ALFONSO DE LEON, Interim District Director<br>　of Bureau of Citizenship and Immigration<br>　Services, Harlingen, Texas, and<br>JO ANNE B. BARNHART, Commissioner of the<br>　Social Security Administration,<br>　Respondents/Defendants. | )<br>)<br>)<br>) CA No. B-96-116<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

EXHIBIT "G" IN SUPPORT OF

PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § | |
| Petitioners, | § § | Case No.: CA B-96-116 |
| vs. | § § | |
| JOHN ASHCROFT, et. al., | § | |
| Respondents, | § | |

### DECLARATION OF JODI GOODWIN

Jodi Goodwin, under penalty of perjury pursuant to 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney licensed in the state of Texas and admitted to the federal bar of the Southern District of Texas and the Fifth Circuit Court of Appeals. I have been practicing law since 1995 and focus on immigration, criminal defense, and federal civil immigration-related litigation.

2. Attached hereto is my curriculum vitae showing my relevant experience and background.

3. I am aware of the work done by Plaintiffs' counsel, Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee") and Lisa Brodyaga, for the above captioned case, wherein the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants (for certificates of citizenship) within the Harlingen district office of the U.S. Citizenship and Immigration Services to apply for and obtain employment authorization documents and social security cards.

4. I am familiar with the complicated legal issues involved in this type of federal, civil rights, immigration-related litigation, which include jurisdictional, habeas corpus, and class action issues. I am also familiar with the reasonable and customary rates, charges and costs for providing legal services of this type.

5. Since I began doing this type of work, I have been charging clients an hourly rate, consistent with the local market hourly rate for such legal services, as follows:

| Year | Amount |
|---|---|
| 1999 | $175.00 |
| 2000 | $175.00 |
| 2001 | $175.00 |
| 2002 | $225.00 |
| 2003 | $225.00 |
| 2004 | $225.00 |

Signed:

*/s/ Jodi Goodwin*

Jodi Goodwin

SUBSCRIBED AND SWORN before me this 23rd day of November 2004.

*/s/ Notary*

Notary Public in and for the State of Texas

My commission expires: 10/06/07

MA DOLORES REYNA
Notary Public, State of Texas
My Commission Expires
10-06-2007

2

**Curriculum Vitae**

| | |
|---|---|
| Personal: | Jodi Goodwin<br>17853 Mulberry CR<br>Lyford, Texas 78569<br>956-743-5605 |
| Professional: | Law Office of Jodi Goodwin<br>1322 East Tyler Avenue<br>Harlingen, Texas 78550<br>956-428-7212<br>956-428-7360 (fax)<br>jodigoodwin@sbcglobal.net |
| Licenses: | Texas Supreme Court (1995)<br>United States District Court for the Southern District of Texas (1996)<br>Fifth Circuit Court of Appeals (1997) |
| Education: | Juris Doctorate, St. Mary's University School of Law, San Antonio, Texas (1995)<br>Bachelor of Arts, University of Texas, Austin, Texas (1991) |
| Practice Areas: | Immigration & Nationality Law: including immigrant and nonimmigrant visas (family and business), citizenship, removal, and employer sanctions<br><br>Criminal Defense (focusing on immigration related crimes and criminal aliens)<br><br>Federal Civil Litigation |
| Experience: | Law Office of Jodi Goodwin, 1996 to present<br>United States Department of Justice, Executive Office for Immigration Review, 1995-1996<br>Shivers & Shivers, Attorneys at Law, 1995<br>St. Mary's University Immigration and Human Rights Clinic, 1993-1995<br>Texas Rural Legal Aid, Inc., 1993-1995<br>Federal District Court, Western District of Texas, San Antonio Division, 1994<br>Mexican American Legal Defense and Education Fund (MALDEF), 1993 |
| Associations: | State Bar of Texas, Committee on Laws Relating to Immigration and Nationality<br>Cameron County Bar Association<br>American Bar Association<br>American Immigration Lawyers Association (AILA), Texas Chapter Chair<br>Supreme Court of Texas, Unauthorized Practice of Law Committee |

Lectures:  Club de Comercio (Chamber of Commerce), Guadalajara, Jalisco, Mexico, March 1996
Topic - "Immigration Aspects of Doing Business in the United States"

CAREINTRA, Guadalajara, Jalisco, Mexico, March 1997
Topic - " Immigration Aspects of Doing Business in the United States"

Texas Chapter of AILA, Spring Conference, April 1997
Topics - "Criminal Aliens and the Immigration Laws"
"Cancellation of Removal"

Cameron County Bar Association, Bar Luncheon, April 1997
Topic - "Criminal Offenses and the Immigration Law: When the Plea is not a Bargain"

Rio Employer's Association, Spring Workshop, May 1997
Topic - "Immigration Law and the Employer: A Review and Analysis of Recent Changes"

Universidad Panamericana sede Guadalajara, Post-Graduate Program in Law, Guadalajara, Jalisco, Mexico, October 1997
Topic - "Derecho Corporativo Comparado" (Comparative Corporate Law)

Universidad Panamericana sede Guadalajara, Post-Graduate Program in Law, Guadalajara, Jalisco, Mexico, October 1998
Topic - "Derecho Corporativo Comparado" (Comparative Corporate Law)

Texas Chapter of AILA, Fall Conference, December 1998
Topic - "Aggravated Felons and Detention: Life After the Transition Period Custody Rules"

Texas Criminal Defense Lawyers Association, December 1998
Topic - "Immigration Implications in a Criminal Case: A Practical Guide to Representing Alien Defendants."

Texas Criminal Defense Lawyers Association, Hits the Beach, South Padre Island, July, 1999
Topic - "When the Plea is not a Bargain: Banishment and Deportation"

University of Texas Immigration Law Conference, October 1999
Topic - "Adjustment of Status: Section 245(i)"

Texas Chapter AILA, Fall Conference, November 1999
Topic - "Border Crossing Issues"

Texas Chapter AILA, Spring Conference, April 2000
Topic - "Relief for the Criminal Alien"

Hidalgo County Bar Association, Criminal Law Workshop, May 2000
Topic - "Representing Criminal Aliens: A Guidebook"

Rio Education Foundation, Employment Law Seminar: An Update, February 2001
Topic - "I-9 Compliance and Employer Sanctions"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al | § | |
| Petitioners, | § | Case No.: CA B-96-116 |
| Vs. | § | |
| JOHN ASHCROFT, et al., | § | |
| Respondents | § | |

### DECLARATION OF LIONEL PEREZ

Lionel Perez, under penalty of perjury pursuant to 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney licensed in the state of Texas.

2. I am aware of the work done by Plaintiffs' counsel, Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee") and Lisa Brodyaga, for the above captioned case, wherein the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants (for certificates of citizenship) within the Harlingen district office of the U.S. Citizenship Services to apply for and obtain employment authorization documents and social security cards.

3. I am familiar with the complicated legal issues involved in this type of federal, civil rights, immigration-related litigation, which include jurisdictional, habeas corpus, and class action issues. I also familiar with the reasonable and reasonable and customary rates, charges and cots for providing legal services of this type.

4. Since I began doing this type of work, I have been charging clients an hourly rate, consistent with the local market hourly rate for such legal services, as follows:

   1996 - $175.00
   1997 - $175.00
   1998 - $200.00
   1999 - $200.00

> 2000 - $225.00
> 2001 - $225.00
> 2002 - $250.00
> 2003 - $250.00
> 2004 - $250.00

Signed: _____
LIONEL PEREZ

SUBSCRIBED AND SWORN before me this the 24th day of November, 2004, by LIONEL PEREZ.

_____
Notary Public, State of Texas

My Commission Expires: _____28, 2008

