UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., <br>   Petitioners/Plaintiffs, <br><br> v. <br><br> TOM RIDGE, Secretary of Department <br>  of Homeland Security; EDUARDO AGUIRRE, <br>  Acting Director of the Bureau of <br>  Citizenship and Immigration Services; <br> ALFONSO DE LEON, Interim District Director <br>  of Bureau of Citizenship and Immigration <br>  Services, Harlingen, Texas, and <br> JO ANNE B. BARNHART, Commissioner of the <br>  Social Security Administration, <br>   Respondents/Defendants. | CA No. B-96-116 |

ORDER GRANTING
PETITIONERS/PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS FEES AND COSTS

Before the Court is the motion of Petitioners/Plaintiffs herein for an award of attorneys fees and costs, in the amount of $80,531.95 and $5.00 respectively. Upon consideration of same, the response of the Government, and the record as a whole, the Court concludes that said motion should be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Respondents/Defendants herein, jointly and severally, are obligated and shall pay to the attorneys for Plaintiffs/Petitioners, the prevailing parties herein, the amount of $80,536.95, in fees and costs.

DONE this _____ Day of _____, 2005
at Brownsville, Texas.

                                                HON. ANDREW S. HANEN
                                                JUDGE PRESIDING