CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED

DEC 01 2004

Michael N. Milby, Clerk

[Addressee:]
Lawyers' Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116  Instrument: 75  (3 pages)
Date: Oct 21, 2004

LAWY311  78212@2005 1N  22 11/11/04
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD

Brownsville