CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED
NOV 2 2 2004
Michael N. Milby, Clerk

Michael N. Milb

Mary A Kenney
Lawyers Committee for Civil Rights
2310 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116  Instrument: 76  (1 pages)

LAWY311

782122005 1N 22 11/11/04
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD

$00.370

78212+3817 31