CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED

DEC 01 2004

Michael N. Milby, Clerk

Mary A Kenney
Lawyers Committee for Civil Rights
231 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116   Instrument: 76   (1 pages)

77208/1010
78212+3817





LAWY311  78212£2005 1N 22 11/11/04
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD

United States Courts
Southern District of Texas
FILED
NOV 24 2004
Michael N. Milby, Clerk

Brownsville