CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116  Instrument: 77  (1 pages)

United States District Court
Southern District of Texas
RECEIVED

DEC 01 2004

Michael N. Milby, Clerk

LAWY311   7821220011 1N   19 11/08/04
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

United States Courts
Southern District of Texas
FILED
NOV 22 2004
Michael N. Milby, Clerk of Court

Brownsville