IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, )
   et al, )
                            )
       Plaintiffs, )
                            )   No. B-96-116
v. )
                            )
TOM RIDGE, et al., )
       Defendants. )
                            )

## ORDER

Upon consideration of Petitioners/Plaintiffs' Motion for Award of Attorneys Fees, Costs and Expenses, and the response thereto, it is hereby:

ORDERED, that Petitioners/Plaintiffs' Motion for Award of Attorneys Fees, Costs and Expenses is DENIED.

Done at Brownsville, Texas,

this _____ day of _____, 2004


                                         HON. ANDREW S. HANEN
                                         U.s. District Court Judge