IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGEZ-PEREZ, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No.  B-96-116 |
| § | |
| TOM RIDGE, ET AL., § | |
| § | |
| § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF APPEAL

Tom Ridge et al., defendants (Tom Ridge, Eduardo Aguirre, Alfonso De Leon, and Jo Anne B. Barnhart), appeal to the United States Court of Appeals for the Fifth Circuit, from the Amended Final Order entered in this case on October 29, 2004 (docket entry no. 75) and the Report and Recommendations of the Magistrate entered in this case on November 10, 1998 (docket entry no. 51).

Respectfully submitted,

By: _____, w/ permission
For: ALISON DRUCKER
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-4867
Facsimile:     (202) 616 4948

## *Certificate of Service*

      A copy of the forgoing was served upon Ms. Brodyaga, counsel for Ms. Domingez-Perez, on December 22, 2004, via certified mail addressed to:

Elisabeth Lisa S. Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

For: Alison Drucker
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation