UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

Decemeber 22, 2004

Mr. Charles R. Fulbruge, III, Clerk                Re:   DOMINGUEZ-PEREZ
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                          VS    RIDGE, ET AL
New Orleans, Louisiana 70130

                                                         CA B-96-116

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ___ HAS/ __x__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is  ANDREW S. HANEN

[X] Court reporter assigned to this case is  BARBARA BARNARD; HEATHER HALL

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

                                            Very Truly Yours,

                                            MICHAEL N. MILBY, CLERK

                                            BY: _____
                                            Rebecca Pinales, Deputy Clerk

cc: Elisabeth Lisa S. Brodyaga
    Mary A Kenny
    Ernesto H. Molina, Jr
    Kenneth MacLean Muir
    Alison Druker
    File