UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

January 21, 2005

Mr. Charles R. Fulbruge, III, Clerk      Re: <u>DOMINGUEZ-PEREZ, ET AL</u>
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102     VS   <u>RENO, ET AL</u>
New Orleans, Louisiana 70130

          <u>CA B-96-116</u>

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of _4_ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ __X__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is__ANDREW S. HANEN_____

[X] Court reporter assigned to this case is <u>BARBARA BARNARD</u>

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

        Very Truly Yours,

        MICHAEL N. MILBY, CLERK

        BY: _____
        Rebecca Pinales, Deputy Clerk

cc: Elisabeth Lisa S. Brodyaga
    Mary A. Kenny
    Ernesto Molina, Jr
    Alison Druker
    File