APPEAL

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:96-cv-00116
## Internal Use Only

Dominguez-Perez, et al v. Reno, et al
Assigned to: Judge Andrew S. Hanen
Demand: $0
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/18/1996
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Antelma Antelma Dominguez-Perez**

represented by **Elisabeth Lisa S Brodyaga**
Attorney at Law
17891 Landrum Park Rd
San Benito, TX 78586
956-421-3226
Fax: 956-421-3423
Email: lisabrodyaga@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary A Kenney**
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio, TX 78212-3817
210-736-1503
Fax: 210-736-3958 fax
*TERMINATED: 09/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Guadalupe Salinas-Grimaldo**

represented by **Elisabeth Lisa S Brodyaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Boone-Gomez**      represented by    **Elisabeth Lisa S Brodyaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Armando Boone-Gomez**      represented by    **Elisabeth Lisa S Brodyaga**
*individually and on behalf of all*                              (See above for address)
*others similarly situated;*                                       *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Attorney General Janet Reno**      represented by    **Ernesto H Molina, Jr**
*in her official capacity as*                                   DOJ
*Attorney General of United States*                         Office of Immigration Litigation
Ben Franklin Station
P O Box 878
Washington, DC 20044
not supplied
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Kenneth MacLean Muir**
Immigration & Naturalization
P O Box 1711

Harlingen, TX 78551
956-389-7047
*TERMINATED: 09/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Doris Meissner**
*in her official capacity as Commissioner of the immigation and Naturalization Service (INS)*

represented by **Ernesto H Molina, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth MacLean Muir**
(See above for address)
*TERMINATED: 09/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Dist.Dir.,INS E M Trominski**
*in his official capacity as District Director of Immigration and Naturalization Service District Office in Harlingen, Texas*

represented by **Ernesto H Molina, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth MacLean Muir**
(See above for address)
*TERMINATED: 09/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Shirley S Chater**
*in her official capacity as Commissioner of Social Security*

represented by **Ernesto H Molina, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth MacLean Muir**
(See above for address)
*TERMINATED: 09/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/1996 | 1 | PETITION for writ of habeas corpus; and Complaint for Declaratory and Injunctive Relief filed FILING FEE $ 5.00 RECEIPT # 109277 (mgarza) (Entered: 07/19/1996) |
| 07/18/1996 |  | SUMMONS issued for Janet Reno, Doris Meissner, E M Trominski, Shirley S Chater (mgarza) (Entered: 07/19/1996) |
| 08/05/1996 | 2 | RETURN OF SERVICE executed as to E M Trominski 7/23/96 filed Answer due on 8/8/96 for E M Trominski (mgarza) Modified on 08/07/1996 (Entered: 08/07/1996) |
| 08/05/1996 | 3 | RETURN OF SERVICE executed as to Janet Reno 7/23/96 filed Answer due on 8/12/96 for Janet Reno (mgarza) (Entered: 08/07/1996) |
| 09/04/1996 | 4 | Petitioners' Exhibit "A" in Support of Petition for Writ of Habeas Corpus and other relief, filed. (mgarza) (Entered: 09/09/1996) |
| 09/18/1996 | 5 | RETURN OF SERVICE executed as to Shirley S Chater 8/5/96 filed Answer due on 8/25/96 for Shirley S Chater (mgarza) (Entered: 09/24/1996) |
| 09/18/1996 | 6 | RETURN OF SERVICE executed as to U.S. Atty 8/20/96 filed Answer due on 9/9/96 for U. S. Attorney. (mgarza) (Entered: 09/24/1996) |
| 09/23/1996 | 7 | Motion hearing re: Preliminary Injunction held Ct Reporter: Gabriel Mendieta, ERO before U. S. Magistrate Judge John Wm. Black. Counsel present for hearing: Liza Brodyaga and Thelma Garcia for pltfs; Ernesto Molina for dts. Arguments of counsel. Hearing not concluded and is re-scheduled for November 15,1996 at 10:00 a.m. Ms. Brodyaga is allowed to amend her complaint without written request. (mgarza) (Entered: 09/24/1996) |
| 09/23/1996 | 8 | NOTICE of preliminary injunction hearing set for November 15, 1996 at 10:00 a.m. before U. S. Magistrate Judge John Wm. Black , filed (mgarza) (Entered: 09/24/1996) |
| 10/18/1996 | 9 | MOTION to dismiss for mootness and for lack of standing with memorandum in support by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/7/96 [9-1] motion , filed. (mgarza) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 10/21/1996)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 10/24/1996 | 10 | Opposed MOTION For class certification with incorporated points and authorities by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/13/96 [10-1] motion , filed. (mgarza) (Entered: 10/29/1996)                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 11/07/1996 | 11 | First AMENDED Petition for Writ of Habeas Corpus, and complaint for Declaratory and Injunctive Relief by Antelma Dominguez-Perez , amending , filed. (mgarza) (Entered: 11/12/1996)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 11/07/1996 | 12 | OPPOSITION to [9-1] motion to dismiss for mootness and for lack of standing with memorandum in support by Antelma Dominguez-Perez , filed. (mgarza) (Entered: 11/12/1996)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 11/07/1996 | 13 | SUPPLEMENTAL Points and Authorities in Support of Plaintiffs' Motion For Class Certification by Antelma Dominguez-Perez , filed. (mgarza) (Entered: 11/12/1996)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 11/07/1996 | 14 | Opposed MOTION to hold in abeyance the Court's Determination of Plaintiffs' Motion For Class Certification pending Determination of Defendants' Motion to Dismiss and Motion to Hold Discovery in abeyance by Shirley S Chater Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/27/96 [14-1] motion , filed. (mgarza) (Entered: 11/12/1996)                                                                                                                                                                                                                                                                                                            |
| 11/15/1996 | 15 | MOTION for entry of default as to E M Trominski , and for sanctions by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 12/5/96 [15-1] motion, 12/5/96 [15-2] motion , filed. (mgarza) (Entered: 11/19/1996)                                                                                                                                                                                                                                                                                                                                                                                                        |
| 11/15/1996 | 16 | Preliminary Injunction Hearing held before John Wm. Black, U. S. Magistrate. Attorneys Lisa Brodyaga, Ernesto Molina and Kenneth Muir appeared. Defendants to respond to class certification Motion by December 10, 1996. INS is reviewing regulations to determine whether or not existing regulations would permit the issuance of temporary work permits to those whose applications for certificates of citizenship are pending. In the event that a hearing of preliminary injunctive relief is necessary, it will be held in January 1997. The court denied defendants request to stay discovery. The Court indicted its view that the addition of new parties rendered the |

| | | |
|---|---|---|
| | | government's Motion to Dismiss moot. (mgarza) (Entered: 11/19/1996) |
| 11/19/1996 | | **Terminated document [9-1] motion to dismiss for mootness and for lack of standing with memorandum in support (mgarza) (Entered: 11/19/1996) |
| 12/03/1996 | 17 | MOTION For clarifiction of time limits regarding the pleadings , and to extend time to file a responsive pleading or motion by Janet Reno Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Date 12/23/96 [17-1] motion, 12/23/96 [17-2] motion , filed. (mgarza) (Entered: 12/10/1996) |
| 12/04/1996 | 18 | RESPONSE by Janet Reno to [15-1] motion for entry of default as to E M Trominski, [15-2] motion for sanctions, [10-1] motion For class certification with incorporated points and authorities , filed. (mgarza) (Entered: 12/10/1996) |
| 12/06/1996 | 19 | REPLY to [17-1] motion For clarifiction of time limits regarding the pleadings, [17-2] motion to extend time to file a responsive pleading or motion by Armando Boone-Gomez , filed. (mgarza) (Entered: 12/10/1996) |
| 12/08/1996 | 24 | NOTICE of Filing of Plaintiffs' Exhibit "J" by Antelma Dominguez-Perez , filed (mgarza) (Entered: 12/30/1996) |
| 12/10/1996 | 20 | Opposition to [10-1] motion For class certification with incorporated points and authorities by Janet Reno , filed. (mgarza) (Entered: 12/17/1996) |
| 12/10/1996 | 21 | MEMORANDUM by Janet Reno in support of [20-1] opposition to Motion For Certification of class, filed. (mgarza) (Entered: 12/17/1996) |
| 12/12/1996 | 22 | ORDER granting [17-1] motion For clarifiction of time limits regarding the pleadings granting [17-2] motion to extend time to file a responsive pleading or motion , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (mgarza) (Entered: 12/17/1996) |
| 12/18/1996 | 23 | NOTICE of filing of Plaintiffs' Exhibits "C" through "I", by Antelma Dominguez-Perez , filed (mgarza) (Entered: 12/30/1996) |
| 12/23/1996 | 25 | MOTION to extend time to file a responsive pleading or motion by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Mary A Kenney for plaintiff Antelma Dominguez- |

| | | |
|---|---|---|
| | | Perez, Motion Docket Date 1/12/97 [25-1] motion , filed. (mgarza) (Entered: 12/30/1996) |
| 01/02/1997 | 26 | RESPONSE by Antelma Dominguez-Perez to [25-1] motion to extend time to file a responsive pleading or motion , filed. (mgarza) (Entered: 01/02/1997) |
| 01/02/1997 | 27 | ORDER granting [25-1] motion to extend time to file a responsive pleading or motion , entered; Parties given an additional two weeks to file its response thereby making such response due on 1/6/97. Parties notified. signed by Magistrate Judge John W. Black ) (mgarza) (Entered: 01/07/1997) |
| 01/07/1997 | 28 | MOTION to dismiss for lack of jurisdiction and for failure to state a claim by Janet Reno Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Docket Date 1/27/97 [28-1] motion , filed. (mgarza) (Entered: 01/07/1997) |
| 01/07/1997 | 29 | Points and Authorities in Support of Defendants' Motion to Dismiss for lack of Jurisdiction and For Failure to State a Claim, filed. (mgarza) (Entered: 01/07/1997) |
| 01/10/1997 | 30 | MOTION for entry of default as to E M Trominski , and for sanctions by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 1/30/97 [30-1] motion, 1/30/97 [30-2] motion , filed. (mgarza) (Entered: 01/14/1997) |
| 01/21/1997 | 31 | Opposed MOTION for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Kenneth MacLean Muir for defendant Janet Reno, Motion Docket Date 2/10/97 [31-1] motion , filed. (mgarza) (Entered: 02/11/1997) |
| 01/24/1997 | 32 | OPPOSITION by Armando Boone-Gomez to Defendants' [31-1] motion for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time and renewed call for entry of default, and Rule 11 Sanctions , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 33 | OPPOSITION to [30-1] motion for entry of default as to E M Trominski, [30-2] motion for sanctions by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 34 | OBJECTION to Defendants' [31-1] motion for leave to file |

| | | |
|---|---|---|
| | | Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time by Armando Boone-Gomez , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 35 | Opposed MOTION for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdiction and failure to state a claim and request for default and Rule ll Sanctions by Armando Boone-Gomez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 2/23/97 [35-1] motion , filed. (mgarza) (Entered: 02/11/1997) |
| 02/10/1997 | 36 | SUPPLEMENT to [32-1] Response to Defendants' Motion to dismiss by Armando Boone-Gomez , filed. (mgarza) (Entered: 02/11/1997) |
| 02/11/1997 | | **Added for Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno attorney Kenneth MacLean Muir (mgarza) (Entered: 02/11/1997) |
| 02/11/1997 | 37 | Corrected SUPPLEMENT to [32-1] Response to Deft's Motion to Dismiss by Plaintiffs , filed. (mgarza) (Entered: 02/11/1997) |
| 02/24/1997 | 38 | OBJECTION to [35-1] motion for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdiction and failure to state a claim and request for default and Rule ll Sanctions by E M Trominski , filed. (mgarza) (Entered: 03/05/1997) |
| 03/06/1997 | 39 | REPLY to [38-1] Defendants' Opposition to Plaintiffs' (opposed) Request for Hearing, by Armando Boone-Gomez , filed. (mgarza) (Entered: 03/07/1997) |
| 03/18/1997 | 40 | NOTICE of Filing of Plaintiffs' Exhibit "M", by Antelma Dominguez-Perez , filed (mgarza) (Entered: 03/20/1997) |
| 04/01/1997 | 41 | MOTION for leave to file supplement to their motion for class certification by Antelma Dominguez-Perez, Motion Docket Date 4/21/97 [41-1] motion , filed. (ogutierrez) (Entered: 04/08/1997) |
| 04/01/1997 | 42 | SUPPLEMENT to [17-1] motion For clarifiction of time limits regarding the pleadings by Antelma Dominguez-Perez , filed. (ogutierrez) (Entered: 07/22/1998) |
| 06/16/1998 | | CASE REFERRED to Magistrate Judge John W. Black (fmremp) (Entered: 06/16/1998) |
| 07/22/1998 | 43 | MOTION to compel by Antelma Dominguez-Perez, Motion |

| | | |
|---|---|---|
| | | Docket Date 8/11/98 [43-1] motion , filed. (fmremp) (Entered: 07/23/1998) |
| 07/28/1998 | 44 | ORDER Motion hearing set for 1:30 8/6/98 for [43-1] motion to compel , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (fmremp) (Entered: 07/29/1998) |
| 08/05/1998 | 45 | ORDER Motion hearing set for 2:00 8/21/98 for [43-1] motion to compel , terminated deadlines , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 08/05/1998) |
| 08/21/1998 | 46 | Minute entry: Regarding hearing before Judg John William Black on motion to compel. Attorneys Lisa Brodyaga, Mary Kenney and Ernesto Molina appeared. Motion hearing reset for 2:00 8/24/98 for [43-1] motion to compel , terminated deadlines Ct Reporter: ERO (ogutierrez) (Entered: 08/25/1998) |
| 08/21/1998 | 47 | ORDER granting [41-1] motion for leave to file supplement to their motion for class certification , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 08/25/1998) |
| 08/24/1998 | 48 | Minute entry: Regarding hearing b/Magistrate John William Black granting [43-1] motion to compel. Lisa Brodyaga and Lynn Coyle f/pltfs and Ernesto Molina f/ U S Govt. Hearing held; testimony of witness. Hearing adjourned at 3pm. (ogutierrez) (Entered: 08/25/1998) |
| 08/25/1998 | | Deadline updated; granting [43-1] motion to compel, granting [41-1] motion for leave to file supplement to their motion for class certification, mooting [35-1] motion for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdictionand failure to state a claim and request for default and Rule ll Sanctions mooting [31-1] motion for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time mooting [30-1] motion for entry of default as to E M Trominski mooting [30-2] motion for sanctions mooting [15-1] motion for entry of default as to E M Trominski mooting [15-2] motion for sanctions (ogutierrez) (Entered: 08/25/1998) |
| 09/10/1998 | 49 | MOTION to dismiss by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/30/98 [49-1] motion , filed. (fmremp) (Entered: 09/10/1998) |

| | | |
|---|---|---|
| 09/18/1998 | 50 | NOTICE of attorney substitution for Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno ; terminated attorney Kenneth MacLean Muir for Janet Reno, attorney Kenneth MacLean Muir for Doris Meissner, attorney Kenneth MacLean Muir for E M Trominski, attorney Kenneth MacLean Muir for Shirley S Chater and added Ernesto H Molina Jr. (ogutierrez) Modified on 09/21/1998 (Entered: 09/21/1998) |
| 11/10/1998 | 51 | REPORT AND RECOMMENDATIONS of Magistrate Judge John W. Black Re: [49-1] motion to dismiss, [10-1] motion For class certification with incorporated points and , entered. Parties ntfd. Motion no longer referred Objections to R and R due by 11/20/98 (fmremp) (Entered: 11/12/1998) |
| 11/10/1998 | | REVIEW deadline set for 11/20/98 (fmremp) (Entered: 11/12/1998) |
| 11/27/1998 | 52 | OBJECTION by Janet Reno to [51-1] report and recommendations , filed (ogutierrez) (Entered: 11/30/1998) |
| 12/09/1998 | 53 | NOTICE of intent to respond to objections filed by respondents to report and recommendation, filed (ogutierrez) (Entered: 12/09/1998) |
| 12/10/1998 | 54 | NOTICE of filing Exhibit "M" in support of Report & Recommendation by Antelma Dominguez-Perez , filed (ogutierrez) (Entered: 12/10/1998) |
| 12/10/1998 | 55 | NOTICE of filing Exhibit "N" in support of Report and Recommendation by Antelma Dominguez-Perez , filed (ogutierrez) (Entered: 12/10/1998) |
| 12/21/1998 | 56 | RESPONSE by Antelma Dominguez-Perez to [52-1] objection , filed. (fmremp) (Entered: 12/29/1998) |
| 02/26/1999 | 57 | ORDER denying [49-1] motion to dismiss denying [28-1] motion to dismiss for lack of jurisdiction and for failure to state a claim mooting [14-1] motion to hold in abeyance the Court's Determination of Plaintiffs' Motion For Class Certification pending Determination of Defendants' Motion Dismiss and Motion to Hold Discovery in abeyance granting [10-1] motion For class certification with incorporated points and authorities granting [11-1] amended complaint granting [1-1] petition , entered; Parties notified. ( signed by Judge Filemon B. Vela ) (fmremp) (Entered: 02/26/1999) |
| 02/26/1999 | | Case closed (ogutierrez) (Entered: 07/22/1999) |

| 03/12/1999 | 58 | MOTION to alter judgment, to amend by E M Trominski, Doris Meissner, Janet Reno, Motion Docket Date 4/1/99 [58-1] motion, 4/1/99 [58-2] motion, filed. (ogutierrez) (Entered: 03/15/1999) |
|---|---|---|
| 03/25/1999 | 59 | RESPONSE by Antelma Dominguez-Perez in opposition to [58-1] motion to alter judgment, [58-2] motion to amend, filed (ogutierrez) (Entered: 03/25/1999) |
| 03/29/1999 | 60 | SUPPLEMENT to [59-1] opposition response to [58-1] motion to alter judgment, and to [58-2] motion to amend by Antelma Dominguez-Perez, filed. Exhibit "O" in support attached. (ogutierrez) (Entered: 03/29/1999) |
| 04/02/1999 | 61 | REPLY by E M Trominski, Doris Meissner, Janet Reno to response to [58-1] motion to alter judgment, [58-2] motion to amend, filed (ogutierrez) (Entered: 04/06/1999) |
| 06/07/1999 | 62 | JOINT MOTION to hold the Court's decision on Deft's motion to alter/amend jgmt by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno, Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, filed (fmremp) (Entered: 06/10/1999) |
| 07/21/1999 | 63 | ORDER granting [62-1] joint motion to hold the Court's decision on Deft's motion to alter/amend jgmt, dismissing [58-1] motion to alter judgment, dismissing [58-2] motion to amend, entered Said Motion may be reurged in the event that a settlement is not reached.; Parties notified. ( signed by Judge Filemon B. Vela ) (ogutierrez) (Entered: 07/22/1999) |
| 02/20/2003 | 64 | NOTICE of Advisory to the Court by Antelma Dominguez-Perez, filed (ogutierrez) (Entered: 02/24/2003) |
| 07/21/2003 | 65 | MOTION to lift order holding case in abeyance by Antelma Dominguez-Perez, Motion Docket Date 8/10/03 [65-1] motion, filed. (ogutierrez) (Entered: 07/22/2003) |
| 07/21/2003 | 66 | MOTION to enter amended final order by Antelma Dominguez-Perez, Motion Docket Date 8/10/03 [66-1] motion, filed. (ogutierrez) (Entered: 07/22/2003) |
| 07/22/2003 | | This file has been requested from Archives in Fort Worth as of this date. (ogutierrez) (Entered: 07/22/2003) |
| 08/05/2003 | | Motion(s) no longer referred: [66-1] motion to enter amended final order, [65-1] motion to lift order holding case in abeyance |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 08/05/2003) |
| 08/05/2003 | | CASE NO LONGER REFERRED TO Magistrate Judge John W. Black (ogutierrez) (Entered: 08/05/2003) |
| 08/05/2003 | | Case reopened (lalaniz) (Entered: 04/20/2004) |
| 04/21/2004 | | In accordance with General Order 2004-2, this case will be transferred to the Hon. Judge Andrew S. Hanen (rpinales) (Entered: 04/21/2004) |
| 08/19/2004 | 67 | ORDERED, that each party shall file with the court by September 3, 2004, a letter listing any and all motions, issues and/or pleadings which need to the court's attention. If no such letters are received or if all letters indicate no pending matters, the court intends to close this file. If either side wishes to reply to the letter filed by its opposition, they may do so by letter if filed by September 17, 2004. R , entered; Parties notified. ( signed by Judge Andrew S. Hanen ) (dahumada) (Entered: 08/19/2004) |
| 08/24/2004 | 68 | MOTION to lift order holding case in abeyance by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/13/04 [68-1] motion , filed. (dahumada) (Entered: 08/24/2004) |
| 08/24/2004 | 69 | MOTION to enter amended final order by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/13/04 [69-1] motion , filed. (dahumada) (Entered: 08/24/2004) |
| 09/03/2004 | ● 70 | RESPONSE to Order dated August, 19, 2004, filed by Shirley S Chater.(mperez, ) (Entered: 09/05/2004) |
| 09/16/2004 | ● 71 | NOTICE of Hearing: Motion Hearing set for 9/21/2004 09:30 AM before Judge Andrew S. Hanen., filed. (dahumada, ) (Entered: 09/16/2004) |
| 09/21/2004 | ● | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held telephonically in chambers on 9/21/2004. Appearances: Lisa Brodyaga appeared in person for Plaintiffs; Javier Maldonaldo appeared telephonically for Plaintiffs; Ernesto Molina appeared telephonically for Defedants. (Court Reporter-Barbara Barnard). Discussion had. Court orders all counsel to get together and agree on an order. |

DC CM/ECF LIVE - US District Court-Texas Southern - Docket Report 1/21/2005   Page 13 of 15
Case 1:96-cv-00116   Document 86-2   Filed in TXSD on 01/21/2005   Page 13 of 15

| | | |
|---|---|---|
| | | Telephonic conference is set for 10/4/04 @ 10:00 a.m. Plainitff's Motion to Lift Stay 68DENIED. Motion Docket Date. (isoto, ) (Entered: 09/21/2004) |
| 09/21/2004 | ● | ***Set/Reset Hearings: Telephone Conference set for 10/4/2004 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen. (isoto, ) (Entered: 09/21/2004) |
| 09/23/2004 | ● 72 | NOTICE of attorney substitution. Attorney David Anton Armendariz, Javier N Maldonado, Elisabeth Lisa S Brodyaga added on behalf of Antelma Antelma Dominguez-Perez. Attorney Mary A Kenney terminated, filed. (dahumada, ) (Entered: 09/23/2004) |
| 09/27/2004 | ● 73 | Mail Returned Undeliverable as to Antelma Antelma Dominguez-Perez, Armando Boone-Gomez, Patricia Boone-Gomez, filed. (dahumada, ) (Entered: 09/28/2004) |
| 10/04/2004 | ● | Minute Entry for proceedings held before Judge Andrew S. Hanen. TELEPHONE CONFERENCE held on 10/4/2004. Discussion had. Parties in agreement. Ms. Brodyaga to submit order which is to be signed by all parties for the Court's consideration. Appearances:David Armendariz w/Committee for Civil Rights. Elisabeth Lisa S Brodyaga, Ernesto H Molina, Jr.(Court Reporter: Heather Hall), filed.(isoto, ) (Entered: 10/04/2004) |
| 10/04/2004 | | ***Deadlines terminated. (isoto, ) (Entered: 10/04/2004) |
| 10/08/2004 | | ***Motions terminated: 65 Motion to Lift Stay, Motion Docket Date. Telephonic conference held. Motion granted orally by the Judge. Atty to submit order at a later date. (isoto, ) (Entered: 10/08/2004) |
| 10/26/2004 | ● 74 | NOTICE of Filing Agreed Order by all parties, filed. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 10/26/2004) |
| 10/28/2004 | ● 75 | ORDER, IT IS THEREFORE ORDERED that, subject to the above limitations: Defendants' Motions to Dismiss (28-1, 49-1) be DENIED; Plaintiffs' Motion for Class Certification (10-1) be GRANTED; Plaintiffs Petition for Writ of Habeas Corpus be GRANTED; and Plaintiffs' Complaint for Declaratory and Injunctive Relief be GRANTED. It follows that Defendants' Motion to Hold in Abeyance the Court's Determination of Plaintiffs' Motion for Class Certification (14-1) is rendered |

| | | |
|---|---|---|
| | | MOOT. This Amended Final Order supersedes the Court's Final Order dated February 26, 1999.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 10/29/2004) |
| 10/28/2004 | 76 | ORDER mooting 66 Motion for Entry of Order.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 10/29/2004) |
| 11/04/2004 | 77 | ORDER denied as moot 69 Motion to Enter Amended Final Order. (Signed by Judge Andrew S. Hanen ) Parties notified. (rpinales, ) (Entered: 11/04/2004) |
| 11/22/2004 | 82 | Mail Returned Undeliverable as to Mary A. Kennedy re: 76 Order on Motion for Entry of Order , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 11/26/2004 | 78 | Petitioners/Plaintiffs' MOTION for Award of Attorney Fees, Costs and Expenses by all plaintiffs, filed. Motion Docket Date 12/16/2004. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Order)(rpinales, ) (Entered: 11/30/2004) |
| 11/26/2004 | 79 | MEMORANDUM in support of re:Plaintiffs' 78 MOTION for Award of Attorney Fees and costs by all plaintiffs, filed. (rpinales, ) (Entered: 11/30/2004) |
| 12/01/2004 | 81 | Mail Returned Undeliverable as to Mary A. Kennedy, Lawyers Committee for Civil Rights re: 75 Order, , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/01/2004 | 83 | Mail Returned Undeliverable as to Mary A Kennedy re: 76 Order on Motion for Entry of Order , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/01/2004 | 84 | Mail Returned Undeliverable as to Mary A Kennedy re: 77 Order on Motion for Miscellaneous Relief , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/02/2004 | 80 | Mail Returned Undeliverable as to Mary Kennedy, Lawyers Committee for Civil Rights re: 75 Order,, , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/02/2004 | | ***Motions terminated: 69 Motion for Miscellaneous Relief, Motion Docket Date. (rpinales, ) (Entered: 12/02/2004) |
| 12/09/2004 | 85 | DEFENDANTS'Opposition to PETITIONERS/PLAINTIFFS'78MOTION for AWARD OF |

| | | |
|---|---|---|
| | | Attorney Fees, Costs, and Expenses, filed by defendants. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 12/13/2004) |
| 12/14/2004 | 86 | Reply to Response to 78 MOTION for Attorney Fees filed by all plaintiffs. (Attachments: # 1 Exhibit)(Brodyaga, Elisabeth) (Entered: 12/14/2004) |
| 12/22/2004 | 87 | NOTICE OF APPEAL to US Court of Appeals re 51 Report and Recommendations,, 75 Order,, by all defendants., filed. (rpinales, ) Modified on 1/20/2005 (rpinales, ). (Entered: 01/11/2005) |
| 12/22/2004 | 88 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 87 Notice of Appeal. Fee status: not paid/gov, filed. (rpinales, ) (Entered: 01/20/2005) |