UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 2 7 2005

MICHAEL N. MILBY, CLERK OF COURT

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116   Instrument: 88   (1 pages)
Date: Jan 20, 2005
Control: 050122779
FAX number: 210-736-3958 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JAN 27 2005
MICHAEL N. MILBY, CLERK OF COURT