AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| | |
|---|---|
| 1. NAME: Alison Drucker c/o Nancy L. Masso | 2. PHONE NUMBER: 956/548-2554 |
| | 3. DATE: 1/27/05 |
| 4. MAILING ADDRESS: 600 E. Harrison, #201 | 5. CITY: Brownsville |
| | 6. STATE: TX |
| | 7. ZIP CODE: 78520 |
| 8. CASE NUMBER: B-96-116 | 9. JUDICIAL OFFICIAL: John Wm. Black |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 9/23/96 |
| | 11. TO: ~~11/15/96~~ 9/23/96 |
| 12. CASE NAME: Dominguez-Perez et al. v. Reno, et al. | LOCATION OF PROCEEDINGS |
| | 13. CITY: Brownsville |
| | 14. STATE: TX |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) |
|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) |
| [ ] OPENING STATEMENT (Plaintiff) | | |
| [ ] OPENING STATEMENT (Defendant) | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDINGS (Spcy) |
| [ ] CLOSING ARGUMENT (Defendant) | | |
| [ ] OPINION OF COURT | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Prelim Injunction Hrng 9/23/96 |
| [ ] SENTENCING | | ~~Prelim Injunction Hrng 11/15/96~~ |
| [ ] BAIL HEARING | | |

United States District Court
Southern District of Texas
FILED
JAN 28 2005
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |
| DAILY | [ ] | [ ] | NO. OF COPIES |
| HOURLY | [ ] | [ ] | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]

19. DATE: 1/27/05

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY