| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | |
|---|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | | |

| 1. NAME Alison Drucker/c/o Nancy L. Masso | 2. PHONE NUMBER 956/548-2554 | 3. DATE 1/27/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #201 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER B-96-116 | 9. JUDICIAL OFFICIAL John Wm. Black | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/15/96 | 11. TO 11/15/96 |
| 12. CASE NAME Dominguez-Perez et al v. Reno, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
[X] APPEAL    [ ] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL    [X] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDINGS (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Prelim Injunction Hrng | 11/15/96 |
| [ ] BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
JAN 2 8 2005
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |
| DAILY | [ ] | [ ] | NO. OF COPIES |
| HOURLY | [ ] | [ ] | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE [signature]

19. DATE 1/27/05

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY