| AO435<br>(Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| *Read Instructions on Back.* | **TRANSCRIPT ORDER** | |

| 1. NAME<br>Alison Drucker c/o Nancy L. Masso | 2. PHONE NUMBER<br>956/548-2554 | 3. DATE<br>1/27/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>600 E. Harrison #201 | 5. CITY<br>Brownsville | 6. STATE<br>TX | 7. ZIP CODE<br>78520 |

| 8. CASE NUMBER<br>B-96-116 | 9. JUDICIAL OFFICIAL<br>John Wm. Black | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM  8/24/98 | 11. TO  8/24/98 |
| 12. CASE NAME<br>Dominguez-Perez, et al. v. Reno, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY  **Brownsville** | 14. STATE  **TX** |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| [ ] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER (Specify) |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | United States District Court<br>Southern District of Texas<br>FILED |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | JAN 2 8 2005 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDINGS (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | Michael N. Milby |
| [ ] OPINION OF COURT | | | Clerk of Court |
| [ ] JURY INSTRUCTIONS | | [X] OTHER  (Specify) | |
| [ ] SENTENCING | | Motion to Compel Hearing | 8/24/98 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Free Copy<br>for the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE  1/27/05 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY<br><br>Trinity Transcribers | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | 1-28-05 | D.Ahumada | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY