| AO 435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |
| Read Instructions on Back. | | |

| 1. NAME Alison Drucker c/o Nancy L. Masso | 2. PHONE NUMBER 956/548-2554 | 3. DATE 1/27/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, Ste 201 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE |
| 8. CASE NUMBER B-96-116 | 9. JUDICIAL OFFICIAL Andrew S. Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/21/04 | 11. TO 9/21/04 |
| 12. CASE NAME Dominguez-Perez, et al. v. Reno, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

*BbMn*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | United States District Court Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Defendant) | | | JAN 28 2005 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | Michael N. Milby Clerk of Court |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 9/21/04 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signature]*

19. DATE 1/27/05

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE 1-28-05 | BY D Ahumada | |
|---|---|---|---|
| DEPOSIT PAID | | | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY