| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | | |

| 1. NAME Aliston Drucker c/o Nancy L. Masso | 2. PHONE NUMBER 956/548-2554 | 3. DATE 1/27/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, Ste 201 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER B-96-116 | 9. JUDICIAL OFFICIAL Andrew S. Hanen | DATES OF PROCEEDINGS 10. FROM 10/4/04 | 11. TO 10/4/04 |
| 12. CASE NAME Dominguez-Perez, et al. v. Reno, et al. | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
☒ APPEAL     ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL             ☐ IN FORMA PAUPERIS        ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Telephone Conf/Hearing | 10/4/04 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
JAN 28 2005
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]            ESTIMATE TOTAL
19. DATE 1/27/05                     PROCESSED BY
                                     PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY        COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 1-28-05 | D Ahumada | |
| DEPOSIT PAID | | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)  ORIGINAL- COURT COPY  YELLOW- TRANSCRIPTION COPY  GREEN- ORDER RECEIPT  PINK- ORDER COPY