39

1 | of those. But you know, and nothing is in place to fix that.
2 | You know, I just don't know. I'm having a real hard
3 | time understanding why we're all here to tell you the truth.
4 | **MR. MOLINA:** I understand the point, your Honor.
5 | **THE COURT:** Are you going to file responsive
6 | pleadings to this, or do you think -- can you -- let me ask you
7 | this. Turn off the machine for a second.
8 | **(This proceeding was adjourned at 10:16 p.m.)**

| | |
|---|---|
| 1 | CERTIFICATION |
| 2 | |
| 3 | I certify that the foregoing is a correct transcript from the |
| 4 | electronic sound recording of the proceedings in the above- |
| 5 | entitled matter. |
| 6 | |
| 7 | |
| 8 | *[signature]*       *February 22, 2005* |
| 9 | Transcriber      Date |
| 10 | CA-B-96-116 |
| 11 | 09/23/96 - 02/22/05 |

**TRINITY TRANSCRIPTION SERVICES**