```
                                                                    1

                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION

  _____
                                  )
  ANTELMA DOMINGUEZ-PEREZ, ET AL.  )
                                  ) CIVIL ACTION NO.
  VS.                              ) B-96-116
                                  )
  JANET RENO, ET AL.               )
                                  )
  _____)


                    TELEPHONIC CONFERENCE
            BEFORE THE HONORABLE ANDREW S. HANEN
                       OCTOBER 4, 2004

  APPEARANCES:

  For the Plaintiffs:      MS. LISA BRODYAGA
                           Refugio Del Rio Grande
                           17891 Landrum Park Road
                           San Benito, Texas  78586

  For the Defendants:      MR. ERNESTO MOLINO
                           Office of Immigration Litigation
                           Ben Franklin Station
                           P.O. Box 878
                           Washington, D.C.  20044
                              -- and --
                           MR. DAVID ARMENDARIZ
                           Texas Lawyers' Committee for
                           Civil Rights Under Law
                           118 Broadway, Suite 502
                           San Antonio, Texas  78212


  Transcribed by:          HEATHER HALL
                           Official Court Reporter
                           600 E. Harrison, Box 16
                           Brownsville, Texas  78520
                           (956)548-2510


     Proceedings recorded by mechanical stenography, transcript
  produced by computer.
```

ORIGINAL

```
 1              THE COURT:  This is Judge Hanen.
 2              MR. MOLINA:  Hello, Your Honor.  This is Ernesto Molina
 3   with David Armendariz for the government for the Texas Lawyers'
 4   Commission.
 5              THE COURT:  We're on the record.  Ms. Brodyaga is here
 6   with me.
 7        Mr. Molina, where are we as far as trying to reach some
 8   resolution?
 9              MR. MOLINA:  Well, Your Honor, I think we are just about
10   there.  I reviewed the proposed final order produced by
11   Ms. Brodyaga and ran it by my client.  Now, the real issue comes
12   down to this:  In the second numbered section of the final order
13   there is an i.e. phrase.  It says, "i.e., that such applications
14   are granted in the absence of clear evidence that the applicant
15   is ineligible for the underlying benefit sought, and are
16   scheduled as soon as pertinent checks of computer databases have
17   been conducted."
18        That's actually not the standard by which applications are
19   granted under the regulations.  Work authorization is granted as
20   a matter of discretion.  So if that -- those three or four lines
21   were removed, the rest of it actually reads -- I was looking for
22   it in the 59(e) motion.
23              THE COURT:  Okay.  We're looking at the bottom -- your
24   problem, Mr. Molina, is the bottom, kind of the last two lines
25   of page one going on to page two?
```

1    MR. MOLINA: If you're to go along to page two, Your
2 Honor -- yours is slightly different. You know, that
3 paragraph -- that order has three subparts listed.
4    THE COURT: Right. And I'm looking at second subpart.
5    MR. MOLINA: At the i.e. clause.
6    THE COURT: "... i.e., that such applications are
7 granted in the absence of clear evidence..."?
8    MR. MOLINA: That's correct.
9    THE COURT: Okay. That's the clause we're looking at?
10   MR. MOLINA: Right. That's correct because technically,
11 under the regulations, that's not the standard that's in the
12 regulations.
13   THE COURT: All right. Well, let me ask Ms. Brodyaga
14 and anyone else that wants to chime in: Why can't we have
15 something to the effect in that i.e. clause that such
16 applications are granted -- and I'm searching for language here,
17 but basically the thought being as any other applications are
18 granted? I mean, the idea here is that we have an equal
19 protection violation, and we want to get these people back where
20 they're treated just like everybody else. I mean, can't we come
21 up with language that does that?
22   MR. MOLINA: Your Honor, before they answer, if I can
23 respectfully suggest that that second section already kind of
24 incorporates precisely what you proposed.
25   THE COURT: Okay. So it's already done that?

1        MR. MOLINA:  It's already in that.  It's just that when
2   it tries to clarify the standard, that standard was just a
3   little inaccurate.  If that's stricken, the first part of that
4   clause, which says, "The applications for EADs based on any
5   applications..." -- et cetera, et cetera -- "... be adjudicated
6   in the same manner and same frame...," that seems to be what
7   you're suggesting.
8        THE COURT:  Right.  Well, do we need the i.e. clause?
9        MS. BRODYAGA:  That's fine with me, Judge.  I can accept
10  that.
11       THE COURT:  All right.  Any objection?
12       MR. MOLINA:  No objection here, Your Honor.
13       THE COURT:  All right.  Well, here's what I would like,
14  then, since it looks like we've resolved this.  Would -- who
15  drafted this?
16       MS. BRODYAGA:  I did.
17       THE COURT:  All right.  Ms. Brodyaga is going to redraft
18  it without the i.e. clause and send it to all counsel and get
19  everybody to sign off on it.  And bring me the original, and I
20  will sign it.  And will this resolve everything?
21       MS. BRODYAGA:  I believe it will.
22       MR. MOLINA:  Yes, Your Honor.  I believe this resolves
23  the 59(e) motion, and then the Court can enter judgement and the
24  parties can go on with whatever steps they deem are appropriate
25  after that.

```
 1        THE COURT:  Right.  Okay.  All right.  Well, counsel,
 2   thank you for working on this.
 3        And if you will try to do that, Ms. Brodyaga, as soon as you
 4   can just so we can wrap this up.
 5        MS. BRODYAGA:  Certainly.
 6        THE COURT:  I just hate having cases sit, and invariably
 7   the cases that sit are immigration cases, which isn't fair to
 8   the people that are sitting or waiting for us to do something.
 9   All right.
10        THE REPORTER:  I'm sorry.  If I could have one
11   clarification.  The other attorney that is there with him, is
12   that MacLean Muir?
13        MS. BRODYAGA:  No, that is --
14        THE CASE MANAGER:  It was David --
15        MS. BRODYAGA:  -- Armendariz --
16        THE CASE MANAGER:  Armendariz.
17        MS. BRODYAGA:  With the same organization as Lynn Coyle
18   and the others -- the Texas Lawyers' Comitee.
19        THE COURT:  All right.  Okay.  All right.  Ms. Brodyaga
20   is going to get that order to y'all.  Let's get it signed and
21   get it back to me.  And we'll do it posthaste.  Thank you,
22   Counsel.
23        MS. BRODYAGA:  Thank you, Judge.
24        THE COURT:  All right.
25        MR. MOLINA:  Bye.
```

```
 1         THE COURT:  Bye.
 2                      * * *
 3     (End of requested transcript.)
 4                      -oOo-
 5     I certify that the foregoing is a correct transcript from
 6  the record of proceedings in the above matter.
 7
 8  Date:  March 3, 2005
 9                                    _Heather Hall_____
10                                    Signature of Court Reporter
```