...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

April 1, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Antelma Dominguez-Perez, et al

VS Janet Reno, et al

CA B-96-116

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ____ Volume(s) of the record; ____ Volume(s) of the transcript;

[X] Supplemental record consisting of 1 volume(s) of docket entries and (1) volume of transcripts

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/ ____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[X] U.S. District Judge entering final order is ____ Andrew S. Hanen

[X] Court reporter assigned to this case is Gabriel Mendieta, ERO; Lucia Gomez, ERO; Barbara Barnard, Ct. Reporter; Heather Hall, Ct. Reporter

[ ] If criminal case, number and names of defendants: _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: /s/ Bertha A. Vasquez
Bertha A. Vasquez, Deputy Clerk

cc: Elisabeth Lisa Brodyaga     Allison Drucker
    Mary A. Kenney              Nancy Masso
    Ernesto H. Molina, Jr.      File
    Kenneth MacLean Muir