United States District Court
Southern District of Texas
FILED

JUN 2 3 2005

Michael N. Milby
Clerk of Court

B-96-114

-----------------
No. 05-40147
-----------------

ANTELMA ANTELMA DOMINGUEZ-PEREZ; MARIA GUADALUPE
SALINAS-GRIMALDO; PATRICIA BOONE-GOMEZ; ARMANDO BOONE-GOMEZ,
individually and on behalf of all others similarly situated

Respondents - Appellees

v.

JANET RENO, ATTORNEY GENERAL, in her official capacity
as Attorney General of United States; ET AL

Petitioner

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;
EDUARDO MONTOYA AGUIRRE, Acting Director of the Bureau of
Citizenship and Immigration Services; ALFONSO DE LEON,
Interim District Director of Bereau of Citizenship and
Immigration Services, Harlingen, Texas; JO ANNE B BARNHART,
COMMISSIONER OF SOCIAL SECURITY

Petitioners - Appellants

ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 14th day of June, 2005, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Claudia N. Farrington*
Claudia Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Claudia Farrington*
Deputy   6/14/05
New Orleans, Louisiana

No. 05-40147

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ANTELMA ANTELMA DOMINGUEZ-PEREZ, et al.,

Petitioners/Appellees,

v.

JANET RENO, Attorney General, et al.,

Respondents/Appellants.

U.S. COURT OF APPEALS
FILED
JUN 1 4 2005
CHARLES R. FULBRUGE III
CLERK

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

RESPONDENTS' UNOPPOSED MOTION
FOR VOLUNTARY DISMISSAL OF APPEAL

On December 22, 2004, Respondents filed a Notice of Appeal from the October 29, 2004 judgment of the United States District Court for the Southern District of Texas in Dominguez-Perez et al. v. Reno et al., No. CA B-96-116. Respondents hereby move to withdraw voluntarily the appeal in this matter, and request that the briefing schedule be canceled. On June 13, 2005, counsel for Respondents was advised by Lisa S. Brodyaga, counsel for Petitioners, that Petitioners do not oppose this motion to withdraw the instant appeal.

Accordingly, pursuant to Federal Rule of Appellate Procedure 42(b),

Respondents request that the Court dismiss the instant case.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    LINDA S. WENDTLAND
    Assistant Director

    */s/ Alison R. Drucker*
    ALISON R. DRUCKER
    Senior Litigation Counsel
    U. S. Department of Justice
    Civil Division
    P.O. Box 878, Franklin Station
    Washington, D.C. 20044-0878
    Telephone: (202) 616-4867

Dated: June 13, 2005    Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2005, one copy of **RESPONDENTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** in <u>Dominguez-Perez, et al. v. Reno, et al.</u>, No. 05-40147, was served on counsel for Petitioners by deposit in the Department of Justice mail system in sufficient time for Federal Express overnight delivery, addressed to:

>Lisa S. Brodyaga, Esq.
>17891 Landrum Park Road
>San Benito, TX  78586

ALISON R. DRUCKER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4867

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 14, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 05-40147 Dominguez-Perez v. Reno
      USDC No. 1:96-CV-116

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 10 ) Volumes    ( ) Envelopes    ( ) Boxes

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: *Claudia N. Farrington*
        Claudia Farrington, Deputy Clerk
        504-310-7706

cc: w/encl:
    Ms Alison Ruth Drucker
    Ms Lisa S Brodyaga

MDT-1