UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,<br>    **Petitioners/Plaintiffs,**<br><br>v.<br><br>**TOM RIDGE,** Secretary of Department<br>  of Homeland Security; **EDUARDO AGUIRRE,**<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>**ALFONSO DE LEON,** Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>**JO ANNE B. BARNHART,** Commissioner of the<br>  Social Security Administration,<br>    **Respondents/Defendants.** | CA No. B-96-116 |

**PETITIONERS' RENEWED AND AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES**

Petitioners/Plaintiffs (hereinafter Petitioners), by and through counsel, and pursuant to 28 U.S.C. § 2412(d) move this Court to order Respondents/Defendants (hereinafter Defendants) to pay Petitioners' attorneys' fees, costs and expenses incurred in prosecuting the above styled and numbered cause, and in support of such Motion would show the following [1]:

---

[1] Out of an abundance of caution, Plaintiffs are simultaneously filing the same motion with the Fifth Circuit Court of Appeals because EAJA does not specify which "court" shall award fees to a prevailing party. *Freeman v. Shalala*, 2 F.3d 552, 553 n.3 (5th Cir. 1993)(simultaneous filing of fee applications with the district court and the Fifth Circuit was "unconventional" but not "without jurisdiction"). The Fifth Circuit has held that depending on the circumstances, the appellate courts or the district court can

1.  Plaintiffs brought and prosecuted this action against Respondents pursuant to 28 U.S.C. §§ 1331, 1361, 2201, 2202 and 2241; 42 U.S.C. §§ 405(c)(8) and 405(g); and 5 U.S.C. § 701, et seq., as well as the Fifth Amendment of the U.S. Constitution.

2.  Petitioners are individuals, none of whose net worth has ever exceeded two million dollars.  Exhs. A, D, E, F, and G.

3.  This Court's Amended Final Order of October 29, 2004 constitutes a final judgment that is final and not appealable. Exh. B.  Although Respondents appealed to the Fifth Circuit, on June 14, 2005, they requested, and the Fifth Circuit granted, voluntary dismissal of their appeal of the district court's final judgment.  The same day, the Fifth Circuit entered judgment issued as the mandate.  Exh. C.  The Court's October 29, 2004, is therefore a judgment that is final and not appealable.

---

consider the request.  *U.S. v. 329.73 Acres of Land*, 704 F.2d 800, 810-11 (5th Cir. 1983)(en banc).  Because the appeal herein was dismissed before the Fifth Circuit had an opportunity to review the case, it appears that the district court should initially consider the application for fees. However, whether such consideration flows from a remand from the Fifth Circuit or as a result of the direct filing of the fees application with the district court is unclear. *Id.* (suggesting that in some circumstances, remand to the district court is the most appropriate method); *Freeman v. Shalala*, 2 F.3d at 553-54 (where simultaneous fee applications where filed in the district court and the court of appeals, the court of appeals did not decide where the application should be filed initially).

4. Petitioners prevailed in this action. The named petitioners secured individual relief as a result of this litigation. In addition, the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants in the Harlingen district office of the U.S. Citizenship and Immigration Services to apply and obtain employment authorization documents. This new policy, which remedies the prior illegal practices and policies challenged by Petitioners, is the basis for this Court's October 29, 2004, Amended Final Order.

5. Respondents were not substantially justified in this litigation, and no special circumstances make an award of attorneys' fees, costs and expenses unjust as to Respondents.

6. In prosecuting this action, counsel for the Petitioners have reasonably expended 616.1 hours of attorney time, and $5.00 in costs. Attorney Lisa Brodyaga reasonably expended 293.7 hours. Exh. D. Co-counsel Javier N. Maldonado has reasonably expended 58.2 hours of attorney time, Exh. E. Former co-counsel Lynn Coyle and Mary Kenney reasonably expended 154.2 hours and 110 hours, respectively, of attorney time. Exhs. F and G.

7. The appropriate rate at which attorneys' fees should be awarded for time expended by Petitioners' attorneys Lisa Brodyaga, Javier N. Maldonado, Lynn Coyle and Mary Kenney, is

$125 per hour, which is the current statutory maximum figure under 28 U.S.C. §2412(d), plus an increase in the statutory maximum hourly rate for each year after 1996 due to the cost of living.  Exh. H.

8.   Petitioners request that the attorneys' fees, costs and expenses they seek be awarded in their entirety against all Respondents, jointly and severally, pursuant to 28 U.S.C. §2412(d)(1)(A) and (d)(2)(A)(ii).

9.   In support of this Motion, Petitioners rely on the pleadings and supplemental papers on file herein, the accompanying declarations of Lisa Brodyaga, Javier N. Maldonado, Mary A. Kenney and Lynn Coyle with attached time and expense records, and the accompanying Memorandum in Support of Petitioners' Motion for Award of Attorneys' Fees, Costs and Expenses submitted together herewith.  Exhs. A through H.

In the event this Motion is contested or disputed by the Respondents in any way, Petitioners request a hearing at which to present live testimony and additional evidence in support of the award of attorneys' fees, costs and expenses they seek.

WHEREFORE, PREMISES CONSIDERED, Petitioners respectfully request that this Court enter an order directing the Respondents

herein to pay Petitioners the sums of $81,718.53 in attorneys' fees and $ 5.00 in costs and expenses incurred herein.

Date: July 8, 2005

Respectfully submitted,

                                                            /S/
                                        LISA S. BRODYAGA
                                        Fed. ID:   1178
                                        Texas Bar: 03052800
                                        REFUGIO DEL RIO GRANDE
                                        17891 Landrum Park Rd.
                                        San Benito, TX 78586
                                        Phone: (956) 421-3226
                                        Fax:   (956) 421-3423

                                        JAVIER N. MALDONADO
                                        (jmaldonado@txlawyerscommittee.org)
                                        S.D. Bar No. 20113
                                        Texas Bar No. 00794216
                                        DAVID ANTÓN ARMENDÁRIZ
                                        (darmendariz@txlawyerscommittee.org)
                                        S.D. Bar No. 37615
                                        Texas Bar No. 24031708
                                        TEXAS LAWYERS' COMMITTEE FOR CIVIL
                                            RIGHTS UNDER LAW
                                        118 Broadway, Ste. 502
                                        San Antonio, Texas 78205
                                        Phone: (210) 277-1603
                                        Fax: (210) 225-3958

                                        PLAINTIFFS' ATTORNEYS

**CERTIFICATE OF SERVICE**

I, Lisa S. Brodyaga, certify that on this 11th day of July, 2005, true and correct copies of this document, with Exhibits A through H, were sent via U.S. mail, first-class postage prepaid, to the following:

>Ernesto H. Molina, Jr., Attorney
>Office of Immigration Litigation
>Civil Division
>P.O. Box 878  Ben Franklin Station
>Washington, DC  20044
>
>Cheri L. Jones
>Special Assistant U.S Attorney
>Southern District of Texas
>Immigration and Naturalization Service
>P.O. Box 1711
>Harlingen, Texas   78551

                                                 s/
                                          LISA S. BRODYAGA