**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, §
et al., §
§
    **Petitioners,** §
§
   v. §    Case No. B-96-116
§
TOM RIDGE, Secretary of Department §
of Homeland Security; **EDUARDO** §
**AGUIRRE,** Acting Director of the Bureau §
Of Citizenship and Immigration Services; §
**ALFONSO DE LEON,** Interim District §
Director of Bureau of Citizenship and §
Immigration Services, Harlingen, Texas; §
**JO ANNE B. BARNHART,** Commissioner §
of Social Security Administration, §
§
    **Defendants.** §

### DECLARATION OF ANTELMA DOMINGUEZ PEREZ AND JOSE LUIS PEREZ

We, Antelma Dominguez Perez and Jose Luis Perez, hereby state as follows:

1. I, Antelma Dominguez Perez, am over the age of 18 years and am of sound mind and competent to testify to the matters stated in this declaration. I have personal knowledge of the statements in this declaration, and swear or affirm that they are are true, correct and complete to the best of my knowledge. I, Jose Luis Perez, am the husband of Antelma Dominguez Perez. I am also over the age of 18 years and am of sound mind and competent to testify to the matters stated in this declaration. I also have personal knowledge of the statements in this declaration, and swear or affirm that they are true, correct and complete to the best of my knowledge.

2. On July 1996, I, Antelma Dominguez Perez agreed to be a party as a named petitioner in <u>Antelma Dominguez Perez et al. v. Janet Reno</u>, Civil Action No. B-96-116, filed in the United States District Court for the Southern District of Texas, Brownsville Division.

3. On July 19, 1996, my net worth did not exceed $2,000,000.00.

4. In 1996, I, Antelma, was not employed at all. My husband, Jose, worked for part of the year but our total income did not exceed $20,000.00.

1

5. In July 1996, we did not own any real property.

6. In July 1996, we did not own a car under either of our names. That year, Jose used a bicycle to get to and from work, when he had a job. It was not until approximately 2000 when we bought a car, worth about $18,000. We gave approximately $1,000 down, and made monthly payments. It is now paid in full, but I believe its value now would be under $15,000.

7. In 1997, Antelma also was not employed. Jose worked most of the year, although he was out of work between May and the end of July, when he got a new job paying $7.00 an hour.

8. In 1999, Jose was still earning about $7.00 an hour, although he usually worked less than 40 hours a week. We wanted to buy a home, and needed greater income, so I also started working, part-time. That year, we bought a house in Harlingen, Texas, giving a down payment of $1,500. We have a 30-year mortgage, and pay about $600/month, most of which is still going to pay accrued interest.

9. In 2003, our combined income was about $13.000. I, Antelma, am still working part-time, as is Jose. Jose works as a school bus driver, but only when there are classes, and the number of hours he works per day depends on what activities the school has planned, and may vary from three to seven hours.

10. In July 1996, we did not have any bank accounts (checking or savings).

11. In July 1996, we did not have any securities, bonds, life insurance, business holdings, anticipated assets, or other assets to our names.

12. Based on my net worth in July 1996 and my standing as a prevailing party in this lawsuit, I, Antelma Dominguez, am requesting attorney's fees for my legal representatives.

I declare under penalty of perjury under the law of the United States of America that the foregoing was read to me and translated into Spanish by Attorney Lisa S. Brodyaga, and that it is true, correct and complete to the best of my knowledge. Executed on this 19th day of November, 2004, at Harlingen, Texas.

_Antelma Perez_
Antelma Dominguez Perez
Date: November 19, 2004

_/s/ Jose Perez_
Jose Perez
Date: November 19, 2004

### CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby affirm that I am competent in the English and Spanish languages, that I prepared the foregoing on the basis of the contemporaneous oral declarations of Antelma Dominguez Perez and her husband, Jose Perez, that I read the same to them and interpreted it into Spanish, that they did affirm the truth of its contents, and in witness thereof, did place their signatures, in my presence, this 19th day of November, 2004.

_/s/ Lisa S. Brodyaga_
Lisa S. Brodyaga
Date: November 19, 2004

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al., )<br>    Plaintiffs, )<br>                            )<br>v.                          )<br>                            )<br>JANET RENO, et. al.        )<br>    Defendants.             ) | C.A. No. B-96-116 |

DECLARATION OF GLADYS ELIZABETH MENDEZ-MUNOZ AND FAMILY

I, Gladys Elizabeth Mendez-Muñoz, hereby declare under penalty of perjury of the laws of the United States as follows:

I was born in Cd. Reynosa, Tamaulipas, on February 11, 1977. My father, Sacramento Mendez, is a native-born United States citizen. From what he has told me, I believe that he resided in the United States from his birth, on June 1, 1949, until approximately 1958, and again, from 1966 to 1989. After 1989, he was intermittently in the United States until 1995, when the entire family settled in Mission, Texas. I have four brothers and sisters, of whom I am the eldest. All were born in Mexico, as was my mother, and my three year old daughter, Leslie Joseline Mendez-Muñoz. When we last came over, my mother entered with her local crossing card. My father brought my daughter, and my youngest sister, Brenda, through the bridge. My daughter was only a few months old at the time, and Brenda was about seven, and no-one asked them any questions as to their citizenship. The rest of us came in through the river.

Until a year ago, my siblings and I were in school, and my mother stayed at home to take care of my daughter, and my U.S. citizen niece. My father was supporting the family, as we tried to collect enough money to file the various applications required to regularize our status. My four siblings and I were preparing to

file N-600 applications for Certificates of Citizenship. My mother, and my daughter, were planning to file applications for adjustment of status. However, just over a year ago, my father was arrested, and has remained in jail awaiting trial until very recently. As a result, we were very limited financially. My brother Felix, who was born in 1978, and I, had to drop out of school, to try to find ways of supporting the family. In April of 1998, we were able to file the applications for N-600's for myself and my siblings, because my father had already given the attorney the money to do so, but we were unable to do anything for my mother, and my daughter, because of lack of funds.

Since my father was arrested, we have barely survived. My mother has prepared meals for local construction workers, which I go out and sell, and my brother finds work cutting lawns and doing odd jobs. We barely make enough that way to feed ourselves, but it is the best we can do, since we do not have, and cannot obtain, either Social Security numbers, or permits from INS to be employed. We have been offered a number of jobs, which we have not been able to accept, for lack of documents. For example, my brother Felix was offered a job in the oil fields, for which he would have been paid $1,000 every two weeks, for a week of work, and a week off. He was not able to accept the job, simply because he had no work permit, and no Social Security card. I have also been informally offered jobs, in restaurants, and WalMart, which I was also unable to accept, also for lack of documents.

Shortly after we filed our N-600 applications, a neighbor reported us to INS, supposedly because there were too many of us living in our small house. Immigration Officers came by, and we showed them the documents which our attorney had given us, demonstrating that the five of us had applied for Certificates of Citizenship, and they left, apparently satisfied. However, some other Officers returned, about a week later, and told us that those papers were

not any good, and that if we did not come to the Border Patrol Station they would pick us up and throw us into Mexico. So we made an appointment, and went to the Border Patrol Station. There we again showed them the papers we had, demonstrating that the five of us had applied for Certificates of Citizenship, but they again told us that this wasn't any good, and put us under removal proceedings. We went to Immigration Court this morning, and, with INS' consent, the Judge administratively closed the proceedings, until our claims to U.S. citizenship have been adjudicated by INS.

We recently received word that our father's case has been resolved, and that if we paid a $75 fine, he will be released. However, we did not have the money to do so, until the attorney gave us back some of the money he had given her to pay for our applications. His release will help some, but will not be enough to completely resolve our difficulties. In order to obtain immigrant visas for my daughter, and mother, we will need to demonstrate a combined income of 125% of the poverty level for a family of nine, (my parents, five siblings, my daughter and my niece), which is currently set at $37,362 per year. There is absolutely no way in which my father will be able to get a job earning that much by himself. If my brothers and I are not able to be employed, there is no way we will be able to meet this requirement.

Once our citizenship applications are adjudicated, our cases will be returned to the Immigration Court. If we are not able at that time to demonstrate sufficient income to adjust the status of my mother and daughter, they will be forced to leave the United States. Given the new laws regarding exclusion for those who have been in the United States illegally after April 1, 1997, it will be extremely difficult to obtain immigrant visas for them if they are forced to go back to Mexico.

We therefore beg the Court to order INS to issue us work permits,

and the Social Security Administration to give us Social Security cards, so that we may be lawfully employed in the United States, while our cases are being resolved.

The above was read to me and translated into Spanish by Attorney Lisa S. Brodyaga, and is true and correct to the best of my knowledge and belief.

*Gladys Elizabeth Mendez Muñoz*
Gladys Elizabeth Mendez-Muñoz
September 29, 1998

We, the siblings and mother of Gladys Elizabeth Mendez-Muñoz, also declare under penalty of perjury that the foregoing has been read and translated to us by Attorney Lisa S. Brodyaga, and that it is true and correct to the best of our knowledge and belief.

*Leticia Mendez*
Leticia Muñoz de Mendez (mother)

*Felix Mendez*
Felix Sacramento Mendez-Muñoz (brother)

4

_____
Ruben Roberto Mendez-Muñoz (brother)


_____
Lizette Catalina Mendez-Muñoz (sister)


_____
Brenda Natalie Mendez-Muñoz (sister)


CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, that I prepared the foregoing on the basis of the contemporaneous statements of the Declarants, and information from my files relating to them, that I read and translated the above to them in the Spanish language, and that they did affirm the truth of its contents, and in witness thereof, did affix their signatures in my presence this 29th day of September, 1998, at Harlingen, Texas.


_____

5