# EXHIBIT C

---------------
No. 05-40147
---------------

ANTELMA ANTELMA DOMINGUEZ-PEREZ; MARIA GUADALUPE
SALINAS-GRIMALDO; PATRICIA BOONE-GOMEZ; ARMANDO BOONE-GOMEZ,
individually and on behalf of all others similarly situated

   Respondents - Appellees

v.

JANET RENO, ATTORNEY GENERAL, in her official capacity
as Attorney General of United States; ET AL

   Petitioner

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;
EDUARDO MONTOYA AGUIRRE, Acting Director of the Bureau of
Citizenship and Immigration Services; ALFONSO DE LEON,
Interim District Director of Bereau of Citizenship and
Immigration Services, Harlingen, Texas; JO ANNE B BARNHART,
COMMISSIONER OF SOCIAL SECURITY

   Petitioners - Appellants

ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 14th day of June, 2005, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Claudia N. Farrington*
Claudia Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4