# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., §<br>§<br>Petitioners/Plaintiffs, §<br>§<br>v. §<br>§<br>TOM RIDGE, Secretary of Department §<br>of Homeland Security; EDUARDO §<br>AGUIRRE, Acting Director of the Bureau §<br>of Citizenship and Immigration Services; §<br>ALFONSO DE LEON, Interim District §<br>Director of Bureau of Citizenship and §<br>Immigration Services, Harlingen, Texas; §<br>JO ANNE B. BARNHART, Commissioner §<br>of Social Security Administration, §<br>Respondents/Defendants. § | Case No. B-96-116 |

### DECLARATION OF MARY A. KENNEY

I, Mary A. Kenney, declare and say:

1. While employed with the Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee"), I was co-counsel in this litigation. I represented the Petitioners/Plaintiffs in this case in my capacity as an attorney with the Texas Lawyers' Committee, a non-profit law firm.

2. I am an attorney admitted to practice in the federal district courts for the Southern, Western, and Northern Districts of Texas, the Northern and Southern Districts of West Virginia, and the Fourth and Fifth Circuit Court of Appeals.

3. I have been practicing law since 1983 and have handled numerous cases in federal court, including acting as lead or co-counsel in six other cases filed as class actions in Texas and West Virginia.

4. My federal litigation experiences include the following cases:

   Cedillo-Perez, et al. v. Adams, et al., C.A. No. H-94-2461 (S.D.Tx. Houston);

1

Berhea, et al. v. Reno, et al., C.A. No. H-96-1093 (S.D.Tx. Houston);
Rodriguez, et al. v. Neeley, et al., C.A. No. MO-96-CA-085 (W.D.Tx. Midland);
Murillo, et al. v. Musegades, et al., C.A. No. EP-92-CA-319 (W.D.Tx. El Paso);
Cordero, et al. v. Trominksi, et al., C.A. No. M-92-87 (S.D.Tx. McAllen);
Boring, et al. v. Sullivan, et al., C.A. No. 2:91-0429 (S.D.W.Virginia);
Kennedy, et al. v. Sullivan, et al., C.A. No. 92:2303 and 92-2304 (4th Cir. 1992)

5. Attached hereto and incorporated herein as Exhibit G is my time log, which accurately reflects the reasonable time expended and costs and expenses incurred by myself on behalf of the plaintiffs in this case.

6. The time and expenses listed in Exhibit G include the time period from one month prior to the filing of this lawsuit through August, 1999. On July 22, 1999, the Court held the case in abeyance pending the parties' negotiation of a possible settlement. In July, 2001, I resigned from the Texas Lawyers' Committee and other attorneys took over the case. Through August, 1999, I devoted 110 hours to the development and litigation of this action.

7. The hours and expenses incurred in this case are reasonable and necessary for the type of services rendered. There was no unnecessary duplication of effort or expenses in the litigation activities involved in this action. The time reflected in the attached chronology is the minimum necessary for the development of this case through all stages, including the strategy required for successful presentation of the matter before this Court, discovery, and the preparation of motions, briefs, evidence and pleadings. Due to my experience in federal litigation, I did not spend unnecessary time on issues and evidence not relevant to this action. My records reflect a contemporaneous account of the time expended.

8. I am familiar with the financial situation of the named Petitioners in this case, and to the best of my knowledge and belief, none has a net worth of more than two (2) million dollars.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 29th day of June, 2005.

MARY A. KENNEY

2

**Dominguez-Perez v. Reno, CA No. B-96-116**

**Time Sheet for Mary A. Kenney**

| Date | Task | Time |
|---|---|---|
| 6/12/96 | T/C w L Brodyaga (LB) re claims | .2 |
| 7/15/96 | Review complaint | 1.5 |
| 7/22/96 | T/C w LB re filing of complaint | .2 |
| 7/25/96 | T/C w LB re service of summons | .1 |
| 7/24/96 | Fax to L Coyle (LC) final complaint | .1 |
| 7/30/96 | Service of Summons | .2 |
| 9/12/96 | Review ltr to Magistrate | .1 |
|  | T/C w LB re ltr to E Molina | .3 |
| 9/13/96 | Prepare & file proof of service | .3 |
| 9/17/96 | Review and edit Pltfs' discovery requests | .5 |
| 10/8/96 | Review ltr to E Molina | .1 |
| 10/12/96 | T/C w LB re discovery requests | .1 |
| 10/17/96 | Review Defs' motion to dismiss | .3 |
| 10/31/96 | Research re mtn to dismiss; fax case to LB | .5 |
| 11/07/96 | Review Pltfs' opposition to mtn to dismiss | .3 |
|  | Review Pltfs' amended petition | .2 |
|  | Review Pltfs' supplement to class cert mtn | .2 |
| 11/18/96 | T/C w LC re motion for default | .3 |
| 12/10/96 | Review Defs' opposition to class cert mtn | .5 |
| 12/17/96 | Research on class cert & other issues | 1.0 |

1

| Date | Description | Hours |
|---|---|---|
| 1/07/97 | Review Defs' 2nd mtn to dismiss | 1.0 |
| 1/20/97 | Edits to opposition to 2nd mtn to dismiss | 3.0 |
| 1/22/97 | Work on opposition to 2nd mtn to dismiss | 2.0 |
| 1/23/97 | Fax research to LB | .2 |
| 1/29/97 | Comparison issues in Defs' mtns to dismiss | 1.0 |
| | Plan follow-up brief and begin research | 6.0 |
| 1/30/97 | Continue research | 4.0 |
| 1/31/97 | T/C w LB re motion to dismiss | .5 |
| 2/3/97 | Research for supplement to def 2nd mtn to dismiss | 7.0 |
| 2/4/97 | Initial draft supplement | 6.0 |
| 2/5/97 | Continue draft | 9.0 |
| 2/6/97 | Complete draft and edit | 8.0 |
| 2/13/97 | Review Def 1st response to document request | .5 |
| | T/C w LB re defs' discovery responses | .4 |
| 2/15/97 | Review def. 2nd response to document request | .2 |
| 3/2/97 | T/C w LC re objections to Defs' hrg motion | .1 |
| 3/7/97 | Review evidence with re to class cert supp | 3.0 |
| | Research class cert issues for supplement | 2.0 |
| 3/8/97 | Continue research on class cert | 5.0 |
| 3/9/97 | Begin drafting class cert supplement | 6.0 |
| 3/10/97 | Continue drafting | 5.0 |
| 3/12/97 | Complete draft | 3.0 |
| | Memo to LB and LC on class cert | .3 |

2

| Date | Description | Hours |
|---|---|---|
| 3/13/97 | T/C w LC re class cert | .1 |
| 3/16/97 | Ltr fr LB | .1 |
| 3/18/97 | Draft mtn for leave to file class cert supp | 1.0 |
| 3/22/97 | Review def. Discovery requests | .5 |
| 3/25/97 | Final draft mtn and supplemental class cert brief | 3.0 |
| 3/26/97 | Review def. Supplemental response to pl doc request | .3 |
| 4/1/97 | T/C w LC re Defs' discovery responses | .3 |
| 4/2/97 | Research re def discovery requests | 2.0 |
| 4/2/97 | Work on discovery responses | 2.0 |
| 4/3/97 | Review def response to discovery | .5 |
| 4/4/97 | T/C w LB re Pltfs' discovery responses | .5 |
| | T/C w LC re Pltfs' discovery responses | .5 |
| 4/11/97 | T/C w LB re Pltfs' discovery responses | .3 |
| 4/17/97 | Review pl answers to req for admissions | 1.0 |
| 4/22/97 | T/C w E Molina re discovery | .1 |
| | T/C w LC re discovery | .1 |
| 4/28/97 | F/u w/client re discovery requests | .1 |
| | Fax info to LB and LC re discovery | .1 |
| | T/C w LC re Pltfs' discovery responses | .1 |
| | Review Pltfs' answers to def 1st interrogatories and doc request | 1.0 |
| 4/29/97 | T/C w LC re discovery responses | .5 |
| 5/19/97 | T/C w LC re discovery responses | .2 |
| 5/20/97 | T/C w client re admission | .2 |

3

| Date | Description | Hours |
|---|---|---|
| 5/22/97 | T/C w LC re Pltfs' discovery responses | .2 |
| 6/10/98 | Memo fr LC re motion to compel | .5 |
| 6/20/98 | Edits to mtn to compel | 1.0 |
| 7/16/98 | T/C w LB and LC re motion to compel | .3 |
| 7/18/98 | T/C w LC re motion to compel | .1 |
| 7/20/98 | T/C w LC re motion to compel | .2 |
| 7/21/98 | T/C w LC re next steps on discovery | .2 |
| 8/18/98 | T/C w LC re motion to compel | .5 |
| 8/21/98 | Travel and attendance to hearing on motion to compel | 9.0 |
| 9/1/98 | Edit draft proposed Mag Rpt and Recc. | 1.0 |
| 9/4/98 | Edit draft proposed R & R | .5 |
| 9/8/98 | Review mtn dismiss certain pl. | .1 |
| 11/16/98 | Review Mag R & R | .2 |
| 11/30/98 | Review def objections | .2 |
| 12/10/98 | Email fr LB re filing of Exhbs M & N | .1 |
| 3/12/99 | Review def mtn to alter or amend jdmt | .2 |
| 3/13/99 | Emails w/LB re Defs' motion | .1 |
| 3/22/99 | Review provisional opp to mtn to alter or amend | .1 |
| | T/C w LB re Pltfs' response to 59(e) motion | .1 |
| 3/28/99 | Emails w/LB re supplement to 59(e) response | .3 |
| 3/29/99 | Fax info to LC | .1 |
| 4/01/99 | Review def reply to pl provisional opp | .1 |
| 7/22/99 | Review court order | .1 |

4

| | | |
|---|---|---|
| 8/17/99 | T/C w LC re settlement | .1 |
| | **TOTAL** | **110.0** |