# EXHIBIT H

## Calculating the Cost of Living Adjustment ("COLA").

Cost of living adjustments to Equal Access to Justice Act ("EAJA") fee awards, as provided by 28 U.S.C. § 2412(d)(2)(A)(ii), are determined by reference to the Consumer Price Index for All Urban Consumers ("CPI-U")[1] as of the particular year in which the legal services were rendered. See Perales v. Casillas, 950 F.2d 1066, 1076 (5th Cir.1992).

EAJA was enacted in October of 1981 and originally set a maximum statutory hourly rate for attorneys fees of $75.00. EAJA was amended in March of 1996 to increase the maximum statutory rate from $75.00 to $125.00 per hour. Therefore, fee awards of $75.00 per hour for services rendered prior to March of 1996 are adjusted against the CPI-U rate for October, 1981 (when EAJA was enacted), and fee awards of $125.00 per hour for services rendered after March of 1996 are adjusted against the CPI-U rate for March of 1996 (when EAJA was amended).

Thus, the formulas for determining the amount by which to adjust an EAJA fee award upward to reflect a cost of living increase are as follows:

Pre-March 1996 hours:
$75 x (CPI-U average for year when services provided)
(93.4, which is the October 1981 CPI-U)

Post-March 1996 hours:
$125 x (CPI-U average for year when services provided)
(155.7, which is the March 1996 CPI-U)

The EAJA fees that should be awarded in the instant case amount to $ 81,718.53 for 616.1 hours as summarized on the attached pages.

---

[1] The CPI-U index can be obtained from the web site of the U.S. Department of Labor, Bureau of Labor Statistics, at http://www.bls.gov/data/.

| Month | Brodyaga Hours | Maldonado Hours | Coyle Hours | Kenney Hours | Total Hours | CPI-U yearly avg. | COLA rate | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Jun-95 | | | | | | | | |
| Jul-95 | 0.6 | | | | | | | |
| Aug-95 | | | | | | | | |
| Nov-95 | | | | | | | | |
| 1995 Totals | 0.6 | | | | 0.6 | 152.4 | 122.38 | 73.43 |
| Apr-96 | 7.2 | | 31.25 | | | | | |
| Jun-96 | 2.8 | | | 0.2 | | | | |
| Jul-96 | 11 | | | 2.1 | | | | |
| Aug-96 | 3.5 | | | | | | | |
| Sep-96 | 15.7 | | 1.05 | 1.2 | | | | |
| Oct-96 | 18.2 | | 3 | 1 | | | | |
| Nov-96 | 23.2 | | 1.05 | 1 | | | | |
| Dec-96 | 14.5 | | 1 | 1.5 | | | | |
| 1996 Totals | 96.1 | | 37.35 | 7 | 140.45 | 156.4 | 125.56 | 17635.18 |
| Jan-97 | 27 | | 7 | 17.7 | | | | |
| Feb-97 | 26.3 | | 2.9 | 31.1 | | | | |
| Mar-97 | 11.5 | | 1.7 | 29.4 | | | | |
| Apr-97 | 13.4 | | 75.3 | 9.1 | | | | |
| May-97 | | | 0.4 | 0.6 | | | | |
| Nov-97 | 0.2 | | | | | | | |
| 1997 Totals | 78.4 | | 87.3 | 87.9 | 253.6 | 160.5 | 128.85 | 32677.26 |
| Jun-98 | | | | 1.5 | | | | |
| Jul-98 | 2.5 | | 4.3 | 0.8 | | | | |
| Aug-98 | 20.3 | | 12.5 | 9.5 | | | | |
| Sep-98 | 10.5 | | | 1.6 | | | | |
| Nov-98 | 4.4 | | 0.5 | 0.4 | | | | |
| Dec-98 | 14.3 | | 1.5 | 0.1 | | | | |
| 1998 Totals | 52 | | 18.8 | 13.9 | 84.7 | 163 | 130.86 | 11083.90 |
| Feb-99 | 0.2 | | 0.25 | | | | | |
| Mar-99 | 12.8 | | 0.5 | 0.9 | | | | |
| Apr-99 | 0.7 | | | 0.1 | | | | |
| Jun-99 | 3.6 | | | | | | | |
| Jul-99 | | | | 0.1 | | | | |
| Aug-99 | | | 0.1 | 0.1 | | | | |
| 1999 Totals | 17.3 | | 0.85 | 1.2 | 19.35 | 166.6 | 133.75 | 2588.08 |
| Feb-00 | 1.2 | | | | | | | |
| 2000 Totals | 1.2 | | | | 1.2 | 172.2 | 138.25 | 165.90 |
| Jan-02 | | 0.5 | | | | | | |
| Apr-02 | 2.7 | | 0.6 | | | | | |
| May-02 | | 0.5 | 2.5 | | | | | |
| Jun-02 | 1.4 | | 2.7 | | | | | |
| Jul-02 | 1 | | 1 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2002 Totals** | 5.1 | 1 | 6.8 | | 12.9 | 179.9 | 144.43 | 1863.13 |
| Mar-03 | | 0.4 | | | | | | |
| Apr-03 | 0.8 | 0.9 | | | | | | |
| May-03 | | 0.2 | | | | | | |
| Jun-03 | | 0.2 | 0.3 | | | | | |
| Jul-03 | 2.9 | 0.5 | 2.8 | | | | | |
| **2003 Totals** | 3.7 | 2.2 | 3.1 | | 9 | 184 | 147.72 | 1329.48 |
| Aug-04 | 0.6 | | | | | | | |
| Sep-04 | 3.5 | 6 | | | | | | |
| Oct-04 | 6.3 | 1.1 | | | | | | |
| Nov-04 | 28.9 | 32.9 | | | | | | |
| Dec-04 | | 6.2 | | | | | | |
| **2004 Totals** | 39.3 | 46.2 | | | 85.5 | 188.5 | 151.33 | 12938.95 |
| Jan-05 | | 1 | | | | | | |
| Jun-05 | | 6.8 | | | | | | |
| Jul-05 | | 1 | | | | | | |
| **2005 Totals** | | 8.8 | | | 8.8 | 192.96 | 154.91 | 1363.24 |
| **Final Totals** | 293.7 | 58.2 | 154.2 | 110 | 616.1 | | | 81718.53 |