UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., <br>     **Petitioners/Plaintiffs,** <br><br> v. <br><br> **TOM RIDGE,** Secretary of Department <br>   of Homeland Security; **EDUARDO AGUIRRE,** <br>   Acting Director of the Bureau of <br>   Citizenship and Immigration Services; <br> **ALFONSO DE LEON,** Interim District Director <br>   of Bureau of Citizenship and Immigration <br>   Services, Harlingen, Texas, and <br> **JO ANNE B. BARNHART,** Commissioner of the <br>   Social Security Administration, <br>     **Respondents/Defendants.** | CA No. B-96-116 |

**ORDER GRANTING**
**PETITIONERS' RENEWED AND AMENDED MOTION FOR AWARD OF ATTORNEYS'**
**FEES, COSTS AND EXPENSES**

Before the Court is the motion of Petitioners/Plaintiffs (hereinafter Petitioners), pursuant to 28 U.S.C. § 2412(d), requesting that this Court order Respondents/Defendants (hereinafter Defendants) to pay Petitioners' attorneys' fees, costs and expenses incurred in prosecuting the above styled and numbered cause. On consideration of same, and any opposition thereto filed by Defendants, the Court makes the following findings of fact, and issues the following Order:

1.   Plaintiffs brought and prosecuted this action against Respondents pursuant to 28 U.S.C. §§ 1331, 1361, 2201, 2202 and 2241; 42 U.S.C. §§ 405(c)(8) and 405(g); and 5 U.S.C. § 701, et seq., as well as the Fifth Amendment of the U.S. Constitution.

2.   Petitioners are individuals, none of whose net worth has ever exceeded two million dollars.  Exhs. A, D, E, F, and G.

3.   This Court's Amended Final Order of October 29, 2004 constitutes a final judgment that is final and not appealable. Exh. B.  Although Respondents appealed to the Fifth Circuit, on June 14, 2005, they requested, and the Fifth Circuit granted, voluntary dismissal of their appeal of the district court's final judgment.  The same day, the Fifth Circuit entered judgment issued as the mandate.  Exh. C.  The Court's October 29, 2004, is therefore a judgment that is final and not appealable.

4.   Petitioners prevailed in this action.  The named petitioners secured individual relief as a result of this litigation.  In addition, the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants in the Harlingen district office of the U.S. Citizenship and Immigration Services to apply and obtain employment authorization documents.  This new policy, which remedies the prior illegal

practices and policies challenged by Petitioners, is the basis for this Court's October 29, 2004, Amended Final Order.

5. Respondents were not substantially justified in this litigation, and no special circumstances make an award of attorneys' fees, costs and expenses unjust as to Respondents.

6. In prosecuting this action, counsel for the Petitioners have reasonably expended 616.1 hours of attorney time, and $5.00 in costs.  Attorney Lisa Brodyaga reasonably expended 293.7 hours.  Exh. D.  Co-counsel Javier N. Maldonado has reasonably expended 58.2 hours of attorney time, Exh. E.  Former co-counsel Lynn Coyle and Mary Kenney reasonably expended 154.2 hours and 110 hours, respectively, of attorney time.  Exhs. F and G.

7. The appropriate rate at which attorneys' fees should be awarded for time expended by Petitioners' attorneys Lisa Brodyaga, Javier N. Maldonado, Lynn Coyle and Mary Kenney, is $125 per hour, which is the current statutory maximum figure under 28 U.S.C. §2412(d), plus an increase in the statutory maximum hourly rate for each year after 1996 due to the cost of living.  Exh. H.

8. It is appropriate that the attorneys' fees, costs and expenses they seek be awarded in their entirety against all

Respondents, jointly and severally, pursuant to 28 U.S.C. §2412(d)(1)(A) and (d)(2)(A)(ii).

9. In reaching these conclusions, the Court has relied on the pleadings and supplemental papers on file herein, the accompanying declarations of Lisa Brodyaga, Javier N. Maldonado, Mary A. Kenney and Lynn Coyle with attached time and expense records, and the accompanying Memorandum in Support of Petitioners' Motion for Award of Attorneys' Fees, Costs and Expenses submitted together herewith. Exhs. A through H.

IT IS THEREFORE ORDERED that the Defendants herein to pay Petitioners the sums of $81,718.53 in attorneys' fees and $ 5.00 in costs and expenses incurred herein.

    DONE this _____ Day of _____, 2005
    at Brownsville, Texas.

                                            ANDREW S. HANEN
                                      UNITED STATES DISTRICT JUDGE