## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., | ) | |
|       **Petitioners/Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CA No. B-96-116 |
| | ) | |
| **TOM RIDGE,** Secretary of Department | ) | |
|   of Homeland Security; **EDUARDO AGUIRRE,** | ) | |
|   Acting Director of the Bureau of | ) | |
|   Citizenship and Immigration Services; | ) | |
| **ALFONSO DE LEON,** Interim District Director | ) | |
|   of Bureau of Citizenship and Immigration | ) | |
|   Services, Harlingen, Texas, and | ) | |
| **JO ANNE B. BARNHART,** Commissioner of the | ) | |
|   Social Security Administration, | ) | |
|       **Respondents/Defendants.** | ) | |

### CERTIFICATE OF CONSULTATION WITH RESPECT TO PETITIONERS' RENEWED AND AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES

Counsel for Plaintiffs/Appellees Antelma Dominguez Perez et al (hereinafter, "Plaintiffs"), herewith advise the Court that the parties are currently in negotiations with respect to their request for an order that Respondents/Defendants, (hereinafter, "Defendants"), pay reasonable attorneys fees, costs, and expenses in the instant case, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412.   There have been several contacts between the counsel, but those who are in a position to agree to an award are not currently available.   Therefore, the motion must be taken as opposed, at least for the time being.

Date: July 11, 2005

Respectfully submitted,

<u>     /S/                    </u>
LISA S. BRODYAGA
 Fed. ID:    1178
 Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
 17891 Landrum Park Rd.
San Benito, TX 78586
 Phone: (956) 421-3226
 Fax:   (956) 421-3423

 JAVIER N. MALDONADO
(jmaldonado@txlawyerscommittee.org)
S.D. Bar No. 20113
Texas Bar No. 00794216
DAVID ANTÓN ARMENDÁRIZ
(darmendariz@txlawyerscommittee.org)
 S.D. Bar No. 37615
 Texas Bar No. 24031708
 TEXAS LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
 118 Broadway, Ste. 502
 San Antonio, Texas 78205
 Phone: (210) 277-1603
 Fax: (210) 225-3958

 PLAINTIFFS' ATTORNEYS

## CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, certify that on this 11th day of July, 2005, true and correct copies of this document were sent via U.S. mail, first-class postage prepaid, to the following:

        Ernesto H. Molina, Jr., Attorney
        Office of Immigration Litigation
        Civil Division
        P.O. Box 878  Ben Franklin Station
        Washington, DC  20044

        Cheri L. Jones
        Special Assistant U.S Attorney
        Southern District of Texas
        Immigration and Naturalization Service
        P.O. Box 1711
        Harlingen, Texas   78551


                        s/
                        _____
                        LISA S. BRODYAGA