IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, <br><br> Plaintiffs, <br><br> v. <br><br> TOM RIDGE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. B-96-116 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Petitioners/Plaintiffs' Renewed Motion for Award of Attorneys Fees, Costs and Expenses, and the response thereto, it is hereby:

ORDERED, that Petitioners/Plaintiffs' Renewed Motion for Award of Attorneys Fees, Costs and Expenses is DENIED.

Done at Brownsville, Texas,

this _____ day of _____, 2005

HON. ANDREW S. HANSEN
U.S. District Court Judge