# Exhibit J

---

**DECLARATION OF LIONEL PEREZ**

Lionel Perez, under penalty of perjury pursuant to 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney licensed in the state of Texas.

2. I am aware of the work done by Plaintiffs' counsel, Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee") and Lisa Brodyaga, for the above captioned case, wherein the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants (for certificates of citizenship) within the Harlingen district office of the U.S. Citizenship Services to apply for and obtain employment authorization documents and social security cards.