# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al | § | |
| Petitioners, | § | Case No.: CA B-96-116 |
| Vs. | § | |
| JOHN ASHCROFT, et al., | § | |
| Respondents | § | |

## DECLARATION OF LIONEL PEREZ

Lionel Perez, under penalty of perjury pursuant to 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney licensed in the state of Texas.

2. I am aware of the work done by Plaintiffs' counsel, Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee") and Lisa Brodyaga, for the above captioned case, wherein the Court certified a class and granted injunctive relief by establishing a process for N-600 applicants (for certificates of citizenship) within the Harlingen district office of the U.S. Citizenship Services to apply for and obtain employment authorization documents and social security cards.

3. I am familiar with the complicated legal issues involved in this type of federal, civil rights, immigration-related litigation, which include jurisdictional, habeas corpus, and class action issues. I also familiar with the reasonable and reasonable and customary rates, charges and cots for providing legal services of this type.

4. Since I began doing this type of work, I have been charging clients an hourly rate, consistent with the local market hourly rate for such legal services, as follows:

    1996 - $175.00
    1997 - $175.00
    1998 - $200.00
    1999 - $200.00

2000 - $225.00
2001 - $225.00
2002 - $250.00
2003 - $250.00
2004 - $250.00

Signed: _____
LIONEL PEREZ

SUBSCRIBED AND SWORN before me this the 24th day of November, 2004, by LIONEL PEREZ.

_____
Notary Public, State of Texas

My Commission Expires: _____

SYLVIA EDNA DE LA ROSA
Notary Public, State of Texas
My Commission Expires 6-28-2008