# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § | |
|     Petitioners/Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-96-116 |
| § | |
| TOM RIDGE, Secretary of Department of § | |
| Homeland Security, et al., § | |
|     Respondents/Defendants. § | |

## ORDER

Pending is Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses [Docket No. 104]. A telephonic conference is hereby scheduled for Monday, August 29, 2005, at 1:30 p.m. to be initiated by Lisa Brodyaga. All counsel are to use land-based telephones. It is the Court's intention to discuss said motion and any opposition thereto.

Signed in Brownsville, Texas, this 23rd day of August, 2005.

Andrew S. Hanen
United States District Judge