UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,<br>    **Petitioners/Plaintiffs,**<br><br>v.<br><br>**TOM RIDGE,** Secretary of Department<br>  of Homeland Security; **EDUARDO AGUIRRE,**<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>**ALFONSO DE LEON,** Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>**JO ANNE B. BARNHART,** Commissioner of the<br>  Social Security Administration,<br>    **Respondents/Defendants.** | CA No. B-96-116 |

**PETITIONERS' UNOPPOSED MOTION TO CONTINUE HEARING
ON MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES**

Petitioners/Plaintiffs (hereinafter Petitioners), by and through counsel, hereby file the instant unopposed motion to continue the hearing, presently scheduled for August 29, 2005, on their opposed motion, pursuant to 28 U.S.C. § 2412(d), requesting that this Court order Respondents/Defendants (hereinafter Defendants) to pay Petitioners' attorneys' fees, costs and expenses incurred in prosecuting the above styled and numbered cause.  In support of same, Plaintiffs would respectfully show that lead counsel, Lisa Brodyaga, is scheduled for oral argument in New Orleans on August 31, 2005 in *Higareda-Adam v. Gonzales*, No. 04-60080, and has purchased a non-refundable ticket, leaving Harlingen on Monday, August 29, 2005, at 1:30 p.m.  *See,* attached.

The undersigned spoke with Ernest Molina, Jr., counsel for Defendants, on August 24, 2005. He stated that Defendants were not opposed to the instant motion.

Respectfully submitted,

/S/ _____

LISA S. BRODYAGA

Fed. ID:  1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone: (956) 421-3226
Fax:   (956) 421-3423

## CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, certify that on this 24th day of August, 2005, true and correct copies of this document, with attachments, were sent via U.S. mail, first-class postage prepaid, to:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878  Ben Franklin Station
Washington, DC  20044

s/
_____
LISA S. BRODYAGA

R E V I S E D 08/23/05
   MON & TUE: CHIEF JUDGE CAROLYN D. KING AND JUDGES RHESA H. BARKSDALE AND EDITH B. CLEMENT
   WED & THU: JUDGES RHESA H. BARKSDALE, EDITH B. CLEMENT AND KURT D. ENGELHARDT (USDJ-ELA)

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
NEW ORLEANS, LOUISIANA
WEST COURTROOM

The Court has scheduled the following cases for oral argument in Room 265 of the John Minor Wisdom United States Court of Appeals Building, 600 Camp Street, NEW ORLEANS, LOUISIANA on the days shown:

COUNSEL FOR EACH PARTY MUST PRESENT ARGUMENT UNLESS EXCUSED BY THE COURT. CASES MARKED * ARE LIMITED TO 20 MINUTES PER SIDE; CASES WITH NO * ARE LIMITED TO 30 MINUTES PER SIDE UNLESS PREVIOUSLY GRANTED ADDITIONAL TIME. "SIDE" REFERS TO PARTIES IN THEIR POSITION ON APPEAL. IF IN DOUBT, CONSULT THE CLERK'S OFFICE.

**MONDAY, AUGUST 29, 2005 - *COURT CONVENES AT 9:00 A.M.***

No. 04-11330.  Selden Atteberry, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants (Cons.w/No. 04-11387, Shirley Jeanette Holder, Etc. vs. Charles R. Norris, Et Al., Appellants; No. 04-11388., Dois Wayne Jackson, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants; No. 04-11390, Billie J. Huggins, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants; No. 04-11391, Carol Jean James vs. Charles R. Norris, Et Al., Appellants; No. 04-11392, Betty Miller, Etc., Et Al. vs. Nocona General Hospital Et Al., Appellants; No. 04-11394, Harry Don Reid, Etc. vs. Charles R. Norris, Et Al., Appellants; No. 04-11395, Barbara Gay Nichols Rector, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants; No. 04-11396, Harold Gene Vanderburg, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants; and, No. 04-11397, Charles Williams, Etc., Et Al. vs. Charles R. Norris, Et Al., Appellants).

**TUESDAY, AUGUST 30, 2005 - *COURT CONVENES AT 9:00 A.M.***

*No. 03-20944.  United States of America vs. Ricardo Angel Castillo, Appellant-Appellee.
*No. 04-60975.  International Brotherhood of Electrical Workers, AFL-CIO, Etc., Et Al. vs. MS Power & Light Co., Appellant.

**WEDNESDAY, AUGUST 31, 2005 - *COURT CONVENES AT 9:00 A.M.***

*No. 04-41077.  United States of America vs. Nolon Lee Patterson, Appellant.
*No. 04-60080.  Luis Gerardo Higareda Adam, Petitioner vs. Alberto R. Gonzales, Etc.

**THURSDAY, SEPTEMBER, 1, 2005 - COURT CONVENES AT 9:00 A.M.**

*No. 04-50250.  United States of America vs. Mace McGrew, aka Mace Lee McGrew, Appellant.
*No. 04-20933.  Lois Albert, Appellant vs. Life Insurance Company of North America.
*No. 04-41243.  PSKS Inc., Etc., Et Al. vs. Leegin Creative Leather Products Inc., Appellant.

CHARLES R. FULBRUGE III
CLERK OF COURT
NEW ORLEANS, LA 07/22/05 - 06

**IMPORTANT NOTES**

1. All oral arguments are recorded FOR THE COURT'S EXCLUSIVE USE. PERSONAL RECORDERS ARE NOT PERMITTED IN THE COURTROOM. With advance approval however, counsel may contract for an official court reporter to be present and transcribe the argument.

2. Upon request, the clerk will telephone counsel when an opinion is issued.

3. *THE COURTHOUSE OPENS AT 8:00 A.M. PLEASE DO NOT ARRIVE BEFORE THEN.* COUNSEL PRESENTING ORAL ARGUMENT MUST REPORT TO THE CLERK'S OFFICE IN PERSON BEFORE 8:30 A.M. ON THE DAY OF ARGUMENT. AS AN EXCEPTION, COUNSEL IN MONDAY'S THROUGH WEDNESDAY'S 4TH & 5TH CASES (IF A 4TH OR 5TH CASE EXISTS) MAY REPORT BY TELEPHONE BETWEEN 8:00 AND 8:30 A.M., BUT MUST REPORT TO THE CLERK'S OFFICE IN PERSON AND BE PRESENT IN THE COURTROOM BY 10:00 A.M. THE CLERK'S OFFICE IS LOCATED IN ROOM 114, 600 CAMP

Continental Airlines eTicket

| | |
|---|---|
| Subj: | **eTicket Itinerary and Receipt for Confirmation UPSXK4** |
| Date: | 7/28/2005 5:38:06 AM Central Standard Time |
| From: | eTicket@coair.com |
| To: | LISABRODYAGA@AOL.COM |

*Sent from the Internet (Details)*



Print your boarding pass
at continental.com
24 hours before your flight

Issue Date: July 28, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: **UPSXK4**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 29AUG05 | CO* 2695 X | HARLINGEN TEX | 1:30PM | HOUSTON BUSH INTL | 2:48PM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Mon | 29AUG05 | CO 323 X | HOUSTON BUSH INTL | 3:30PM | NEW ORLEANS | 4:45PM | 737-800 | |
| Wed | 31AUG05 | CO 622 L | NEW ORLEANS | 3:30PM | HOUSTON BUSH INTL | 4:44PM | 737-900 | |
| Wed | 31AUG05 | CO* 2213 L | HOUSTON BUSH INTL | 5:55PM | HARLINGEN TEX | 7:03PM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |

| Traveler (1) | eTicket Number | Frequent Flyer | Seat(s) |
|---|---|---|---|
| **BRODYAGA / LISAS** | 0052158068518 | CO-PN070037 | 1A/22A/22F/18A |

**Fare:** 185.11  **Combined Tax:** 44.19  **Per Person Total:** 229.30  **eTicket Total:** 229.30 USD

**Combined Tax/Fee Detail:** Tax: 13.89, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger Facility Charge: 7.50

**Method of Payment:** MASTERCARD XXXXXXXXXXXX3353

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

*Seats listed in flight order and subject to change*

---

### eTicket Travel Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938
- If flight segments are not flown in order, your reservation may be cancelled
- There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

### Check In Online the Day Before You Fly

With continental.com Check-in, you can print your own boarding pass up to 24 hours before your flight. You can review or change your seats, confirm Elite upgrades, plus get everything you need to go straight to the gate. For more information, go to continental.com.

Monday, August 01, 2005 America Online: LisaBrodyaga