IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ,**<br>  et. al.<br>  **Plaintiffs,**<br><br>v.<br><br>**TOM RIDGE,** Secretary of Department<br>Of Homeland Security; **EDUARDO**<br>**AGUIRRE,** Acting Director of the Bureau<br>of Citizenship and Immigration<br>Services; **ALFONSO DE LEON,** Interim<br>District Director Of Bureau of Citizenship<br>and Immigration Services, Harlingen,<br>Texas; **JO ANNE B. BARNHART,**<br>Commissioner of Social Security<br>Administration,<br>  **Defendants** | No. CA B-96-116 |

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

Before the Court is Plaintiffs' unopposed motion to continue the hearing, presently scheduled for August 29, 2005, on their opposed motion requesting that this Court order Defendants to pay Petitioners' attorneys' fees, costs and expenses incurred in prosecuting the instant case. Good cause appearing therefor, it is

IT IS HEREBY ORDERED that said motion be, and hereby is GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' amended motion for attorneys' fees be, and hereby is, rescheduled until the _____ Day of _____, at _____ M.

Done this _____ day of August, 2005
in Brownsville, Texas

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE