IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
AUG 2 6 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-96-116 |
| | § | |
| TOM RIDGE, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ET AL. | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the court is Plaintiffs' unopposed motion to continue the hearing, presently scheduled for August 29, 2005, on their opposed motion requesting that this court order Defendants to pay Petitioners' attorneys' fees, costs and expenses incurred in prosecuting the instant case. Good cause appearing therefore,

IT IS HEREBY ORDERED that said motion be, and hereby is **GRANTED**.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' amended motion for attorneys' fees be, and hereby is, rescheduled until the **2nd** day of **September, 2005** at **9:00 a.m.** Attorneys may attend by land-based phone if prior arrangements are made with the Case Manager.

Signed this 26th day of August, 2005.

_____
Andrew S. Hanen
United States District Judge