# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 6 2005

MICHAEL N. MILBY, CLERK OF COURT

---

Case: 1:96-cv-00116   Instrument: 112   (1 pages)
Date: Aug 26, 2005
Control: 050843186
FAX number: 210-736-3958 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
    and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
    and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 6 2005
MICHAEL N. MILBY, CLERK OF COURT

*RTS* - NOT DELIVERABLE AS ADDRESSED