UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,<br>    **Petitioners/Plaintiffs,**<br><br>v.<br><br>**TOM RIDGE,** Secretary of Department<br>  of Homeland Security; **EDUARDO AGUIRRE,**<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>**ALFONSO DE LEON,** Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>**JO ANNE B. BARNHART,** Commissioner of the<br>  Social Security Administration,<br>    **Respondents/Defendants.** | CA No. B-96-116 |

## PETITIONERS' NOTICE OF FILING OF RETAINER AGREEMENT
## AND RELATED DECLARATIONS

Petitioners/Plaintiffs (hereinafter Petitioners), by and through counsel, herewith file the retainer agreement signed by lead Plaintiff Antelma Dominguez, and related declarations.

Respectfully submitted,

/S/
_____

LISA S. BRODYAGA
Fed. ID:   1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone: (956) 421-3226
Fax:   (956) 421-3423

```
JAVIER N. MALDONADO
(jmaldonado@txlawyerscommittee.org)
S.D. Bar No. 20113
Texas Bar No. 00794216
DAVID ANTÓN ARMENDÁRIZ
(darmendariz@txlawyerscommittee.org)
S.D. Bar No. 37615
Texas Bar No. 24031708
TEXAS LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS UNDER LAW
118 Broadway, Ste. 502
San Antonio, Texas 78205
Phone: (210) 277-1603
Fax: (210) 225-3958

PLAINTIFFS' ATTORNEYS
```

**CERTIFICATE OF SERVICE**

I, Lisa S. Brodyaga, certify that on this 9th day of September, 2005, true and correct copies of this document, with attachments, were sent via U.S. mail, first-class postage prepaid, to the following:

>Ernesto H. Molina, Jr., Attorney
>Office of Immigration Litigation
>Civil Division
>P.O. Box 878  Ben Franklin Station
>Washington, DC  20044

s/
_____
LISA S. BRODYAGA