# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § | |
|     Petitioners/Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-96-116 |
| § | |
| TOM RIDGE, Secretary of Department of § | |
| Homeland Security, et al., § | |
|     Respondents/Defendants. § | |

## ORDER

On November 26, 2004, Plaintiffs filed a Motion for Award of Attorneys' Fees, Costs and Expenses. [Docket No. 78] Plaintiffs filed a Renewed and Amended Motion for Attorneys' Fees, Costs, and Expenses on July 11, 2005. [Docket No. 104] In light of the fact that Plaintiffs have filed a renewed and amended motion, the Plaintiffs' original motion of November 26, 2004 [Docket No. 78], is hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 20th day of September, 2005.

                                                              Andrew S. Hanen
                                                        United States District Judge