# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

---

Case: 1:96-cv-00116   Instrument: 115   (1 pages)
Date: Sep 20, 2005
Control: 050928633
FAX number: 210-736-3958 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
   and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
   and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § | | |
| Petitioners/Plaintiffs, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. B-96-116 | |
| § | | |
| TOM RIDGE, Secretary of Department of § | | |
| Homeland Security, et al., § | | |
| Respondents/Defendants. § | | |

## ORDER

On November 26, 2004, Plaintiffs filed a Motion for Award of Attorneys' Fees, Costs and Expenses. [Docket No. 78] Plaintiffs filed a Renewed and Amended Motion for Attorneys' Fees, Costs, and Expenses on July 11, 2005. [Docket No. 104] In light of the fact that Plaintiffs have filed a renewed and amended motion, the Plaintiffs' original motion of November 26, 2004 [Docket No. 78], is hereby DENIED as moot.

Signed in Brownsville, Texas, this 20th day of September, 2005.

Andrew S. Hanen
United States District Judge



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE
$00.370
Hasler

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 0 4 2005
MICHAEL N. MILBY, CLERK OF COURT

*RTS* NOT DELIVERABLE AS ADDRESSED