# *United States Court of Appeals*
### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

August 25, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 05-40147 Dominguez-Perez v. Reno
USDC No.  1:96-CV-116

United States District Court
Southern District of Texas
FILED

OCT 1 8 2005

Michael N. Milby
Clerk of Court

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Claudia N. Farrington

Claudia Farrington, Deputy Clerk
504-310-7706

Mr David V Bernal
Mr Ernesto Horacio Molina Jr
Ms Lisa S Brodyaga
Mr Michael N Milby, Clerk

MOT-2

05-40147



Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520


--------------