IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
AUG 25 2005
CHARLES R. FULBRUGE III
CLERK

No. 05-40147

ANTELMA ANTELMA DOMINGUEZ-PEREZ; MARIA GUADALUPE
SALINAS-GRIMALDO; PATRICIA BOONE-GOMEZ; ARMANDO BOONE-GOMEZ,
individually and on behalf of all others similarly situated

Respondents - Appellees

v.

JANET RENO, ATTORNEY GENERAL, in her official capacity
as Attorney General of United States; ET AL

Petitioner

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;
EDUARDO MONTOYA AGUIRRE, Acting Director of the Bureau of
Citizenship and Immigration Services; ALFONSO DE LEON,
Interim District Director of Bereau of Citizenship and
Immigration Services, Harlingen, Texas; JO ANNE B BARNHART,
COMMISSIONER OF SOCIAL SECURITY

United States District Court
Southern District of Texas
FILED
OCT 18 2005
Michael N. Milby
Clerk of Court

Petitioners - Appellants

--------------------
Appeal from the United States District Court for the
Southern District of Texas, Brownsville
--------------------

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion of appellees for award of attorneys fees and costs under the EAJA is *remanded to the district court* —

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
by Claudia Farris
Deputy 8/25/05
New Orleans, Louisiana

MOT-21