UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § § § Petitioners/Plaintiffs, § § v. § § TOM RIDGE, Secretary of Department § of Homeland Security; EDUARDO § AGUIRRE, Acting Director of the Bureau § of Citizenship and Immigration Services; § ALFONSO DE LEON, Interim District § Director of Bureau of Citizenship and § Immigration Services, Harlingen, Texas; § JO ANNE B. BARNHART, Commissioner § of Social Security Administration, § § Respondents/Defendants. § | Case No. B-96-116 |

## NOTICE OF WITHDRAWAL

David Antón Armendáriz, counsel for Petitioners/Plaintiffs, hereby moves to withdraw his appearance in this lawsuit. The grounds are that Mr. Armendáriz is separating from his employment with the Lawyers' Committee for Civil Rights, one of the firms retained to represent the Petitioners/Plaintiffs. Petitioners/ Plaintiffs will continue to be represented by attorney in charge Ms. Elizabeth Lisa Brodyaga and Javier N. Maldonado of the Lawyers' Committee for Civil Rights.

Dated: October 7, 2005

Respectfully submitted,

_____
DAVID ANTÓN ARMENDÁRIZ
(darmendariz@txlawyerscommittee.org)

S.D. Bar No. 37615
Texas Bar No. 24031708
Javier N. Maldonado
S.D. Bar No. 20113
Texas Bar No. 00794216

TEXAS LAWYERS' COMMITTEE
FOR CIVIL RIGHTS UNDER LAW
118 Broadway, Ste. 502
San Antonio, TX 78205
phone: (210) 277-1603
fax:    (210) 225-3958

LISA S. BRODYAGA
Fed. ID:  1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone:  (956) 421-3226
Fax:    (956) 421-3423

PLAINTIFFS' ATTORNEYS

## CERTIFICATE OF SERVICE

I certify that on this the 7th day of October, 2005, a true and correct copy of this document was sent via postage pre-paid U.S. first class mail to the following:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC  20044

Cheri L. Jones
Special Assistant U.S Attorney
Southern District of Texas
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, Texas  78551

_____
David Antón Armendáriz

2