UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § § § Petitioners/Plaintiffs, § § v. § § TOM RIDGE, Secretary of Department § of Homeland Security; **EDUARDO** § **AGUIRRE**, Acting Director of the Bureau § of Citizenship and Immigration Services; § **ALFONSO DE LEON**, Interim District § Director of Bureau of Citizenship and § Immigration Services, Harlingen, Texas; § **JO ANNE B. BARNHART**, Commissioner § of Social Security Administration, § § Respondents/Defendants. § | Case No. B-96-116 |

## NOTICE OF SETTLEMENT OF ATTORNEY'S FEES REQUEST

The parties to the above-captioned matter hereby advise the Court that they have reached an out-of-court settlement in Plaintiffs' attorney's fees request. Upon finalizing the settlement terms, the parties will jointly move the Court to deny Plaintiffs' motion for attorney's fees as moot.

Dated: October 25, 2005

Respectfully submitted,

Javier N. Maldonado
S.D. Bar No. 20113
Texas Bar No. 00794216

TEXAS LAWYERS' COMMITTEE
FOR CIVIL RIGHTS UNDER LAW
118 Broadway, Ste. 502
San Antonio, TX 78205
phone: (210) 277-1603
fax:    (210) 225-3958

LISA S. BRODYAGA
Fed. ID:  1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone:  (956) 421-3226
Fax:    (956) 421-3423

PLAINTIFFS' ATTORNEYS


PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

*Ernesto H. Molina Jr. w/ permission*
ERNESTO H. MOLINA, Jr.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC  20044


DEFENDANTS' ATTORNEYS

2