# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § | |
|     Petitioners/Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-96-116 |
| § | |
| TOM RIDGE, Secretary of Department of § | |
| Homeland Security, et al., § | |
|     Respondents/Defendants. § | |

## ORDER

On October 31, 2005, Plaintiffs filed a Notice of Settlement of Attorney's Fees Request stating that an out-of-court settlement was reached and that "[u]pon finalizing the settlement terms, the parties will jointly move the Court to deny Plaintiffs' motion for attorney's fees as moot." [Docket No. 124] As of today, no such motion has been filed. The parties have until January 20, 2006, to file said motion of dismissal. If no motion is filed the Court will enter a dismissal order of its choice.

Signed in Brownsville, Texas, this 19th day of December, 2005.

_____
Andrew S. Hanen
United States District Judge