United States District Court
Southern District of Texas
FILED

JAN 2 0 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| TOM RIDGE, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT A MOTION OF DISMISSAL**

Defendants hereby move the Court for an extension of time for the parties to file a motion of dismissal in response to the Court's order dated December 19, 2005. The request is made for good cause, as set forth in the accompanying declaration of Ernesto H. Molina, Jr., counsel for the Defendants. Defendants hereby ask for a three-week extension of time, thereby making a motion for dismissal due by February 10, 2006. Plaintiffs do not oppose the motion.

WHEREFORE, it is requested that the Court grant the parties an extension of time to file a motion of dismissal until February 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 616-9344

Dated: January 19, 2006                    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) ) No. B-96-116 |
| v. | ) ) |
| TOM RIDGE, et al., | ) ) |
| Defendants. | ) ) |

### DECLARATION OF ERNESTO H. MOLINA, JR.

I, ERNESTO H. MOLINA, JR., declare that:

1. I am an attorney with the United States Department of Justice, Office of Immigration Litigation, and I represent the Defendants in this matter.

2. On July 11, 2005, Plaintiffs filed their amended Motion for Attorneys Fees, seeking attorneys fees under the Equal Access to Justice Act ("EAJA").

3. On July 21, 2005, Defendants filed their response in opposition to the EAJA motion.

4. On July 28, 2005, Plaintiffs filed their reply in response to the Defendants' opposition.

5. On September 2, 2005, the Court heard argument regarding the motion by telephonic conference.

6. While the Court had the motion under submission, the parties reached a tentative agreement, and Plaintiffs filed a notice of such tentative agreement with the Court on October 31, 2005.

5. Since then, the parties have finalized the agreement.

6. On December 5, 2005, after obtaining information necessary to make a direct deposit

2

to Javier Maldonado, counsel for plaintiffs, the Department of Homeland Security ("DHS") began the process for disbursement of the agreed sum.

7. On December 13, 2005, DHS requested one more document with respect to the disbursement of funds, and counsel for defendants provided that document.

8. To date, the requested funds have not been disbursed. At the behest of Mr. Maldonado, I began inquiries with DHS as to why the sum has not been paid.

9. According to DHS, all the necessary work was submitted to its office in Dallas, Texas, but it was unknown why the money had not been paid. DHS is taking steps to expedite the disbursement of funds.

10. To that end, an extension of three weeks is appropriate. Pursuant to the ordinary experience in these situations, a disbursement can be expected within two weeks of a request. Prudence suggests giving DHS one week in the interim to clarify why the disbursement has not been made.

11. On January 19, 2006, I contacted Mr. Maldonado to obtain plaintiffs' position regarding this motion. On behalf of plaintiffs, he expressed no opposition.

12. I DECLARE under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January 2006.

ERNESTO H. MOLINA, JR.

Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 19th day of January 2006, addressed to:

>Javier Maldonado
>118 Broadway Street, Suite 502
>San Antonio, TX 78205

_____
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel