IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § | |
| Petitioners/Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-96-116 |
| | § | |
| TOM RIDGE, Secretary of Department of | § | |
| Homeland Security, et al., | § | |
| Respondents/Defendants. | § | |

## ORDER

Defendants' Unopposed Motion for Extension of Time to Submit a Motion of Dismissal [Docket No. 127], is hereby **GRANTED**. The parties have until February 10, 2006, to file a joint motion for dismissal. If no motion is filed the Court will enter a dismissal order of its choice.

Signed in Brownsville, Texas, this 23rd day of January, 2006.

Andrew S. Hanen
United States District Judge