IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. B-96-116 |
| v. | ) ) | |
| TOM RIDGE, et al., | ) ) | |
| Defendants. | ) ) | |

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 1 0 2006

FILED_____
DOCKETED_____
      DATE      INITIAL

United States District Court
Southern District of Texas
FILED

FEB 1 4 2006

Michael N. Milby
Clerk of Court

**DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO SUBMIT A JOINT MOTION OF DISMISSAL**

Defendants hereby move the Court for an extension of time for the parties to file a motion of dismissal in response to the Court's order dated December 19, 2005, as amended by its order dated January 27, 2006. The request is made for good cause, as set forth in the accompanying declaration of Ernesto H. Molina, Jr., counsel for the Defendants. Defendants hereby ask for a three-week extension of time, thereby making a motion for dismissal due by March 3, 2006. Plaintiffs have not provided their final response to this motion.

WHEREFORE, it is requested that the Court grant the parties an extension of time to file a motion of dismissal until March 3, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

Dated: February 9, 2006

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-9344
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) ) No. B-96-116 |
| v. | ) ) |
| TOM RIDGE, et al., | ) ) |
| Defendants. | ) ) |

## DECLARATION OF ERNESTO H. MOLINA, JR.

I, ERNESTO H. MOLINA, JR., declare that:

1. I am an attorney with the United States Department of Justice, Office of Immigration Litigation, and I represent the Defendants in this matter.

2. On July 11, 2005, Plaintiffs filed their amended Motion for Attorneys Fees, seeking attorneys fees under the Equal Access to Justice Act ("EAJA").

3. On July 21, 2005, Defendants filed their response in opposition to the EAJA motion.

4. On July 28, 2005, Plaintiffs filed their reply in response to the Defendants' opposition.

5. On September 2, 2005, the Court heard argument regarding the motion by telephonic conference.

6. While the Court had the motion under submission, the parties reached a tentative agreement, and Plaintiffs filed a notice of such tentative agreement with the Court on October 31, 2005.

5. Since then, the parties have finalized the agreement.

6. On December 5, 2005, after obtaining information necessary to make a direct deposit to Javier Maldonado, counsel for plaintiffs, the Department of Homeland Security ("DHS")

2

began the process for disbursement of the agreed sum.

7. On December 13, 2005, DHS requested one more document with respect to the disbursement of funds, and counsel for defendants provided that document.

8. To date, the requested funds have not been disbursed. At the behest of Mr. Maldonado, I began inquiries with DHS as to why the sum has not been paid.

9. According to DHS, the obligation for payment was completed and submitted to the Dallas Financing Office on December 28, 2006.

10. On January 20, 2006, I submitted a motion for an extension of time to file a motion for dismissal, believing that, based on prior practice, such disbursements generally follow within a short period after the submission of the obligation of payment paperwork.

11. On January 27, 2006, the Court granted that motion, granting until February 10, 2006, to file the motion for dismissal.

12. Since requesting the extension, I have taken steps to expedite the disbursement, including several e-mail communications with the personnel at DHS ICE's headquarters to track and expedite the payment. When no answers were forthcoming, I sought the assistance of DHS ICE's Office of the Principal Legal Advisor to get information regarding the payment.

13. Today, I received an e-mail informing me that the Dallas Finance Center reports that it does not have everything necessary to make the payment, but no further information as to what further steps were necessary, though there was the suggestion that such information will be forthcoming shortly.

14. In light of the lack of progress in the payment, I have now contacted DHS's Office of the General Counsel – in particular, the attorney recently appointed to resolve attorney fee difficulties. I have asked her to take the steps necessary to issue the payment and that I was asking the Court for a second three-week extension.

15. On February 9, 2006, I contacted Mr. Maldonado to obtain plaintiffs' position regarding this motion. At the time, he was unable to provide a final position, and by the completion of this motion, plaintiffs' final position could not be ascertained.

16. I DECLARE under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February 2006.

ERNESTO H. MOLINA, JR.

Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 9th day of February 2006, addressed to:

> Javier Maldonado
> 118 Broadway Street, Suite 502
> San Antonio, TX 78205

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel