IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. B-96-116 |
| v. | ) |
| | ) |
| TOM RIDGE, Secretary of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Defendants' Second Motion for Extension of Time to Submit a Motion of Dismissal is hereby GRANTED. The parties have until March 3, 2006, to file a joint motion for dismissal. If no motion is filed the Court will enter a dismissal order of its choice.

Signed in Brownsville, Texas, this ___ day of February, 2006.

ANDREW S. HANEN
United States District Judge