IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) | |
| Plaintiffs, | ) ) | No. B-96-116 |
| v. | ) ) ) | |
| TOM RIDGE, et al., | ) ) | |
| Defendants. | ) | |

United States District Court
Southern District of Texas
FILED

FEB 2 4 2006

Michael N. Milby
Clerk of Court

**PARTIES' JOINT MOTION FOR DISMISSAL OF
PETITIONERS' RENEWED AND AMENDED MOTION FOR AWARD
OF ATTORNEYS' FEES, COSTS AND EXPENSES**

The Parties hereby move the Court to dismiss Petitioners' Renewed and Amended Motion for Award of Attorneys' Fees, Costs, and Expenses (Docket #104) as moot. The parties have reached an agreement with regard to the payment of attorneys' fees, costs, and expenses. The payment has been disbursed by the U.S. Department of Treasury. This motion is made pursuant to the Court's order requesting such motion dated December 19, 2005. A declaration from Ernesto H. Molina, Jr., counsel for the Defendants, is provided in support of this motion.

WHEREFORE, it is requested that the Court dismiss Petitioners' Renewed and Amended Motion for Award of Attorneys' Fees, Costs, and Expenses (Docket #104) as moot.

Respectfully submitted,

LISA BRODYAGA
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX 78586

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

/s/ JAVIER MALDONADO
JAVIER MALDONADO
Texas Lawyers' Committee
118 Broadway St., Suite 502
San Antonio, TX 78205
ATTORNEYS FOR PLAINTIFFS

/s/ ERNESTO H. MOLINA, JR.
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344
ATTORNEYS FOR DEFENDANTS

Dated: February 23, 2006