IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. B-96-116<br>)<br>) |
| TOM RIDGE, et al., | )<br>) |
| Defendants. | ) |

## DECLARATION OF ERNESTO H. MOLINA, JR.

I, ERNESTO H. MOLINA, JR., declare that:

1. I am an attorney with the United States Department of Justice, Office of Immigration Litigation, and I represent the Defendants in this matter.

2. On July 11, 2005, Plaintiffs filed their amended Motion for Attorneys Fees, seeking attorneys fees under the Equal Access to Justice Act ("EAJA").

3. On July 21, 2005, Defendants filed their response in opposition to the EAJA motion.

4. On July 28, 2005, Plaintiffs filed their reply in response to the Defendants' opposition.

5. On September 2, 2005, the Court heard argument regarding the motion by telephonic conference.

6. While the Court had the motion under submission, the parties reached a tentative agreement as to attorneys fees, costs, and expenses, and Plaintiffs filed a notice of such tentative agreement with the Court on October 31, 2005.

7. Since then, the parties have finalized the agreement, and arrangements for the disbursement were made.

8. On February 22, 2006, I spoke with Javier Madonado, counsel for plaintiffs, who

3

confirmed that the payment was received.

    9. On February 23, 2006, I provided a copy of this motion, declaration, and proposed order to Javier Maldonado for review by Plaintiffs' attorneys. Mr. Maldonado expressed Plaintiffs' intent to join the motion and authorized me to sign on his behalf.

    10.    I DECLARE under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of February 2006.

ERNESTO H. MOLINA, JR.
Attorney

4