IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. B-96-116 |
| v. ) | |
| ) | |
| TOM RIDGE, Secretary of Homeland ) | |
| Security, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of *Parties' Joint Motion for Dismissal of Petitioners' Renewed and Amended Motion for Award Of Attorneys' Fees, Costs and Expenses,* it hereby GRANTED. Further, it is

ORDERED, that *Petitioners' Renewed and Amended Motion for Award Of Attorneys' Fees, Costs and Expenses* (Docket #104) is hereby DISMISSED as moot; it is further

ORDERED, that, there being no further matter before the Court, the instant case shall be ADMINISTRATIVELY CLOSED.

Signed in Brownsville, Texas, this ___ day of February, 2006.

ANDREW S. HANEN
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 23rd day of February 2006, addressed to:

    Javier Maldonado
    118 Broadway Street, Suite 502
    San Antonio, TX 78205

                            ERNESTO H. MOLINA, JR.
                            Senior Litigation Counsel