# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § | |
|     Petitioners/Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-96-116 |
| § | |
| TOM RIDGE, Secretary of Department of § | |
| Homeland Security, et al., § | |
|     Respondents/Defendants. § | |

## ORDER

Upon consideration of the Parties' Joint Motion for Dismissal of Petitioners' Renewed and Amended Motion for Award of Attorneys' Fees, Costs and Expenses [Docket No. 130], it is hereby **GRANTED**. Petitioners' Renewed and Amended Motion for Award of Attorneys' Fees, Costs and Expenses [Docket No. 104] and Defendants' Motion for a Second Extension of Time to Submit a Joint Motion of Dismissal [Docket No. 129] are **DENIED as moot**. There being no further matter before the Court, this case shall be closed by the clerk.

Signed this 27th day of February, 2006.

_____
Andrew S. Hanen
United States District Judge