UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,        )<br>     **Petitioners/Plaintiffs,**           )<br>                                            )<br>v.                                          )<br>                                            )<br>**TOM RIDGE,** Secretary of Department       )<br>  of Homeland Security; **EDUARDO AGUIRRE,** )<br>  Acting Director of the Bureau of          )<br>  Citizenship and Immigration Services;     )<br>**ALFONSO DE LEON,** Interim District Director )<br>  of Bureau of Citizenship and Immigration )<br>  Services, Harlingen, Texas, and           )<br>**JO ANNE B. BARNHART,** Commissioner of the )<br>  Social Security Administration,           )<br>     **Respondents/Defendants.**            )<br>                                            ) | CA No. B-96-116 |

**ORDER TO SHOW CAUSE**

Before the Court is the motion of Plaintiffs to enforce the agreed Final Amended Order issued herein, [Dkt. 75]; to hold Defendant Alfonso De Leon in contempt; for damages, and for and evidentiary hearing with respect thereto.  Attached to said motion are Plaintiffs' Exhibits A through I, and Exhibit N in a related proceeding, *Garcia-Zavala v. Monzon et al,* CA M-04-408 (S.D.Tx., McAllen Division, Hon. Ricardo Hinojosa, Presiding), which Exhibits tend to show that Defendant De Leon has, in fact, violated the terms of the agreed Final Amended Order signed by the Parties, and by this Court, and entered on October 29, 2004.

IT IS THEREFORE ORDERED that a hearing be conducted at        m., on the       day of            , 2006, at which Defendant De Leon shall show cause, if cause there be, as to why he should not be held in contempt of this Court, and at which Plaintiffs may introduce further evidence of the alleged violations of this

Court's Order of October 29, 2004, and

IT IS FURTHER ORDERED that Plaintiffs' request for an evidentiary hearing with respect to their claim for damages shall be held in abeyance, pending the outcome of the show cause hearing.

DONE at Brownsville, Texas,

this _____ day of _____, 2006.

 

_____
HON. ANDREW S. HANEN,
JUDGE PRESIDING