## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., | ) |
| **Petitioners/Plaintiffs,** | ) |
| v. | ) CA No. B-96-116 |
| **TOM RIDGE,** et al, | ) |
| **Respondents/Defendants.** | ) |

_____ )

### EXHIBIT "E" IN SUPPORT OF
### PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
### DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
### AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "E" consists of documents relating to Rafaela Garza, showing that Defendants grant EADs to applicants for adjustment of status after becoming aware that the person is ineligible, (for lack of a required waiver), and even after the application has been denied, and a motion to reopen filed.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, 78212
Phone:  (210) 277-1603
Fax:    (210) 225-3958

### CERTIFICATE OF SERVICE

I certify that on May 8, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga
_____

A24 835 369

September 11, 1994

RAFAELA FUENTES DE GARZA
1851 DAN STREET
BROWNSVILLE, TEXAS 78520

Applicant:

Your application for adjustment of status to that of a permanent resident has been received.  Upon preliminary review of the application, you appear eligible to apply for adjustment of status to that of an alien lawfully admitted to the United States for permanent residence.  In order that we might better serve you, and that your application may be processed as expeditiously as possible, you have been scheduled to appear for an interview at this office on

TUESDAY, 10/18/94 8:00 A.M. YOUR INTERVIEW MAY BE VIDEO TAPED

Please note that applicants who have entered the United States with Form I-186 or Form I-586, "Nonresident Mexican Border Crossing Card," or Form I-94, "Arrival-Departure Record," should be prepared to surrender that document at the time of the interview.  Also, if you have been issued an Employment Authorization Card, Form I-688B, you need to bring it with you at the time of your interview.

At the time of your interview, you will need to bring in proof of support or employment, that is, income tax returns, pay stubs of all family members, or offers of employment.  If you are submitting an Affidavit of Support, Form I-134, you will also need to bring in proof of that person's employment.  Please bring this letter with you to the interview.  Petitioner must appear at interview.

Sincerely,

E. M. Trominski
District Director

EMT:jgs



**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service
*2102 Teege Avenue*
*Harlingen, Texas 78550-4667*

---

*Harlingen District Office*

DEC 1 7 1997

Rafaela Fuentes De Garza
6845 El Lago Drive
Brownsville, Texas 78521

Re: A24 835 369

## DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT

.

Upon consideration, it is ordered that your application for status as a permanent resident be denied for the following reasons:

Section 245(a) of the Immigration and Nationality Act, as amended, states:

> "The status of an alien who was inspected and admitted or paroled into the United States may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence, if (1) the alien makes an application for adjustment, (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application is filed."

Section 212(a) of the Act also states, except as otherwise provided in this Act, aliens who are inadmissible under the following paragraphs are ineligible to receive visas and ineligible to be admitted to the United States:

> (2)(A)(i), any alien convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of (1) a crime involving moral turpitude...

The record of the Service reflects that on October 18, 1994, you were interviewed at this office in connection with your pending application for permanent residence. You were advised that the record of the Service contained information which showed that on September 30, 1992, you were convicted of aiding and abetting a certain person to obtain evidence of United States citizenship, knowing that said person was not entitled, a felony, in violation of Section 1425 and 2, Title 18, United States Code.

Page 2
A24 835 369

The record in your case has been carefully reviewed . The facts in your case establish that you have been convicted of a crime involving moral turpitude which makes you ineligible to be admitted to the United States. Furthermore, in (Matter of G---)9 I & N Dec.38 it was held that in any proceedings under Section 245 of the Act, the burden is always upon the applicant to establish that his application merits favorable action.

Therefore, in accordance with the above cited reasons, you have failed to establish eligibility for the benefits sought. Your application from adjustment of status must be, and is hereby denied.

There is no appeal from the District Director.

You are granted thirty (30) days to depart the United States voluntarily without the institution of proceedings to enforce your departure.

The enclosed Form I-156 should be presented to an Immigration Officer upon your departure from the United States. Failure to depart timely will result in institution of removal proceedings.

Sincerely,

E. M. Trominski
District Director

EMT/LPD/OVG/RM/yb

P 473 152 049

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to Ketnela Fuentsede Chavez | |
| Street & Number 1245 El Lago Drive | |
| Post Office, State, & ZIP Code Brownsville TX 78521 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date DEXM DEC 17 1997 A24835 369 | |

PS Form 3800, April 1995

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

In re

RAFAELA FUENTES de GARZA
A24 835 369

MOTION TO RECONSIDER AND REOPEN ADJUSTMENT PROCEEDINGS

Comes Rafaela Fuentes de Garza, by and through the undersigned, and respectfully requests that the Service reconsider its denial of her application for adjustment of status, dated December 17, 1997, and reopen the proceedings, to allow the applicant to seek a waiver of the ground of admissibility created by the 1982 conviction, and in support thereof, would respectfully show as follows:

The decision of December 17, 1997, erroneously states that the conviction occurred in 1992, rather than 1982, as in fact occurred. Since "the activities for which the alien is inadmissible occurred more than fifteen years" ago, she is eligible for a waiver under 8 USC 1182(h)(1)(A). [1]   She is completely rehabilitated, and there would be no adverse impact to allowing her admission. [2] Alternatively, she would be eligible under 8 USC 1182(h)(1)(B), since her daughter is a United States citizen, and would be greatly impacted by the deportation of her mother.

---

[1]   It should be noted that an application for admission is considered to be a "continuing" one, and therefore her eligibility for the waiver is measured at this point in time, rather than the date of the filing of the application for adjustment. See, *Matter of Alarcon*, 20 I&N Dec. 557, 562 (BIA 1992) ("An application for admission to the United States is a continuing application, and admissibility is determined on the basis of the facts and the law at the time the application is finally considered.").

[2]   Notably, the Service granted voluntary departure, demonstrating an awareness that she has been a person of good moral character for at least the past five years.

Ms. Fuentes was unrepresented during the adjustment proceedings, and was never advised of the need for, or the availability of, a waiver of the pertinent ground of excludability. She was also instructed to obtain "evidence of compliance or termination of probation" from said conviction, which evidence does not exist, since she was not placed on probation, but was given a brief jail sentence. It is unknown to what extent the failure to provide such evidence influenced the decision of the Service to deny the application, rather than advise her of the possibility of a waiver.

It is therefore urged that the prior decision be reconsidered, and that proceedings be reopened, so that Ms. Fuentes may seek a waiver of the ground of excludability caused by her 1982 conviction. Said application, on Form I-601, is filed simultaneously.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(956) 421-3226

January 8, 1998

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

In re

RAFAELA FUENTES DE GARZA
A24 835 369

SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF
PENDING MOTION TO RECONSIDER AND REOPEN

Comes Rafaela Fuentes de Garza, by and through the undersigned, and respectfully files the instant supplemental points and authorities in support of her pending motion to reconsider and reopen, filed January 8, 1998.

First, as previously noted, the offense which formed the basis of the denial occurred in 1982 (not 1992 as erroneously stated in the denial letter), more than fifteen years ago. And although the I-485 was incorrectly prepared, Ms. Fuentes readily acknowledged her offense at her interview, (see Part 3, Question 3 "Claims falsely reg. daughter's birth"). Moreover, in addition to the Petitioner, Ms. Fuentes' adult, U.S. citizen daughter, she has a fourteen year old U.S. citizen son, Julio, who resides with her and is dependent upon her for support. A supplemental I-601 is submitted herewith, signed by him, and incorporating his information. Also included are an updated medical exam, and fingerprints.

In order to support her son, and herself, Ms. Fuentes needs employment authorization. 8 CFR 274a.12(c)(9) provides for such authorization during any "administrative appeal" of the denial of an application for adjustment of status. Since the only "administrative appeal" permitted where such an application is denied by the INS District Director is a motion to reopen and/or reconsider, we consider that she falls within the intent of the regulation. We would also request that the motion be promptly

adjudicated.  If it is denied, we would further request the prompt issuance of a Notice to Appear before the Immigration Judge, so that she may renew her application in that forum.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

Encl/  As stated

U.S. Department of Justice
Immigration and Naturalization Service
Case 1:06-... Document 137    Filed in TXSD on 05/08/2006    Page 9 of 27
Application for Waiver of Grounds of Excludability
OMB No. 1115-0048

**DO NOT WRITE IN THIS BLOCK**

☐ 212 (a) (1)  ☐ 212 (a) (10)  ☐ 212 (a) (3)  ☐ 212 (a) (12)  ☐ 212 (a) (6)  ☐ 212 (a) (19)  ☐ 212 (a) (9)  ☐ 212 (a) (23)

Fee Stamp

98 JAN -8 PM 3: 45

**A. Information about applicant**

1. Family Name (Surname in CAPS)  (First)  (Middle)
FUENTES de Garza, Rafaela

2. Address (Number and Street)  (Apartment Number)
6845 El Lago Dr.

3. Town or City)  (State/Country)  (ZIP/Postal Code)
Brownsville Tx 78521

4. Date of Birth (Month/Day/Year)  5. I&NS File Number
2/4/42  A- 24 835 369

7. Country of Birth
Reynosa Tamps Mx

8. 9. Visa applied for at:
Harlingen, TX

10. (Applicant was declared inadmissible to the United States for the following reason. (List acts, convictions, or physical or mental conditions. If applicant has active or suspected tuberculosis, the reverse of this page must be fully completed.)

212(a)(2)(A)(i) conviction
of a crime involving
Moral turpitude
(More than 15 years ago)

11. Applicant was previously in the United States, as follows:

| City & State | From (Date) | To (Date) | I&NS Status |
|---|---|---|---|
| Brownsville, Tx | ≈ 6/91 | to present | |
| I-485 pending since 6/16/94 | | | |

12. Social Security Number
638.42.5995

**B. Information about relative, through whom applicant claims eligibility for a waiver**

1. Family Name (Surname in CAPS)  (First)  (Middle)
Garza, Claudia Melba

2. Address (Number and Street)  (Apartment Number)
6852 El Lago Dr

3. Town or City)  (State/Country)  (ZIP/Postal Code)
Brownsville Tx 78521

4. Relationship to applicant  5. I&NS Status
Daughter  USC

**C. Information about applicant's other relatives in the U.S.**
(List only U.S. citizens and permanent residents)

1. Family Name (Surname in CAPS)  (First)  (Middle)
Fuentes, Amparo

2. Address (Number and Street)  (Apartment Number)
unk. Oklahoma City

3. Town or City)  (State/Country)  (ZIP/Postal Code)
Oklahoma

4. Relationship to applicant  5. I&NS Status
Sister  USC

1. Family Name (Surname in CAPS)  (First)  (Middle)
Fuentes, Pedro

2. Address (Number and Street)  (Apartment Number)
unk Oklahoma City

3. Town or City)  (State/Country)  (ZIP/Postal Code)
Oklahoma

4. Relationship to applicant  5. I&NS Status
Brother  USC

1. Family Name (Surname in CAPS)  (First)  (Middle)
Fuentes, Hilda

2. Address (Number and Street)  (Apartment Number)
unk. Oklahoma City

3. Town or City)  (State/Country)  (ZIP/Postal Code)
Oklahoma

4. Relationship to applicant  5. I&NS Status
Sister  USC

Signature (of applicant or petitioning relative)
Rafaela Garza
Relationship to applicant  Date
1/8/98

Signature (of person preparing application, if not the applicant or petitioning relative) I declare that this document was prepared by me at the request of the applicant, or petitioning relative, and is based on all information of which I have any knowledge.

Signature
Lisa Brodyaga

Address  Date
402 E. Harrison 2nd Fl.
Harlingen Tx  1/8/98

| Initial receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Received | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-601 (04-24-85)N
Page 1

U.S. Department of Justice
Immigration and Naturalization Ser

*Supplemental*
Application for Waiver of Grou   , Excludability

OMB No. 1115-0048

| DO NOT WRITE IN THIS BLOCK | |
| --- | --- |
| ☐ 212 (a) (1)  ☐ 212 (a) (10) | Fee Stamp |
| ☐ 212 (a) (3)  ☐ 212 (a) (12) | |
| ☐ 212 (a) (6)  ☐ 212 (a) (19) | |
| ☐ 212 (a) (9)  ☐ 212 (a) (23) | |

**A. Information about applicant -**

1. Family Name (Surname in CAPS)   (First)   (Middle)
FUENTES de GARZA, Rafaela

2. Address (Number and Street)   (Apartment Number)
6895 El Lago Dr.

3. (Town or City)   (State/Country)   (ZIP/Postal Code)
Brownsville Tx 78521

4. Date of Birth (Month/Day/Year)   5. I&N File Number
2/6/42   A-24 835 369

6. City of Birth   7. Country of Birth
Mastamoros   MX

8. Date of visa application   9. Visa applied for at:
6/16/94   Harlingen Tx

10. Applicant was declared inadmissible to the United States for the following reasons: (List acts, convictions, or physical or mental conditions. If applicant has active or suspected tuberculosis, the reverse of this page must be fully completed.)

212(a)(2)(A)(i)

more Than 15 yrs ago

11. Applicant was previously in the United States, as follows:
City & State   From (Date)   To (Date)   I&NS Status

12. Social Security Number

**B. Information about relative, through whom applicant claims eligibility for a waiver -**

1. Family Name (Surname in CAPS)   (First)   (Middle)
GARZA, Julio

2. Address (Number and Street)   (Apartment Number)

3. (Town or City)   (State/Country)   (ZIP/Postal Code)

4. Relationship to applicant   5. I&NS Status
Son   USC

**C. Information about applicant's other relatives in the U.S.**
(List only U.S. citizens and permanent residents)

1. Family Name (Surname in CAPS)   (First)   (Middle)
Other family members

2. Address (Number and Street)   (Apartment Number)
already listed

3. (Town or City)   (State/Country)   (ZIP/Postal Code)

4. Relationship to applicant   5. I&NS Status

1. Family Name (Surname in CAPS)   (First)   (Middle)

2. Address (Number and Street)   (Apartment Number)

3. (Town or City)   (State/Country)   (ZIP/Postal Code)

4. Relationship to applicant   5. I&NS Status

1. Family Name (Surname in CAPS)   (First)   (Middle)

2. Address (Number and Street)   (Apartment Number)

3. (Town or City)   (State/Country)   (ZIP/Postal Code)

4. Relationship to applicant   5. I&NS Status

Additional Information and Instructions

Julio C Garza   6/1/98

Signature and Title of Requesting Officer

Address   Date

**This office will maintain only a folder relating to the applicant pursuant to A.M. 2712.01**

Form I-601A (04-24-85)N
Page 3



```
                    I N S
              DISTRICT OFFICE
              HARLINGEN, TX.

            01/08/98

            **0040**
            FUENTES DE GARZA #
            RAFAELA #
            A24835369 #
            CHECK 2887 #
            MOTION TO REOPEN
                          110.00
            I-601          95.00
            SUBTTL        205.00
            CHECK       205.00

                   2  ITEMS

            9050 001      8:32
            THANK YOU
```

**U. S. Department of Justice**
**Immigration and Naturalization Service**

OMB # 1115-0163
**Application for Employment Authorization**

| Do Not Write In This Block | | |
|---|---|---|
| Remarks | Action Stamp | Fee Stamp |
| A# | | ░░.27 ░░ 1:05 |
| Applicant is filing under 274a.12 | | ░░░░░ HLG |

☐ Application Approved. Employment Authorized / Extended  (Circle One) _____ (Date).
    Subject to the following conditions: _____ until _____ (Date).
☐ Application Denied.
    ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
    ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:   ☐ Permission to accept employment
                     ☐ Replacement (of lost employment authorization document).
                     ☒ Renewal of my permission to accept employment (attach previous employment authorization document).

**1. Name (Family Name in CAPS)   (First)   (Middle)**
FUENTES de Garza, Rafaela

**2. Other Names Used (Include Maiden Name)**
Rafaela Fuentes Mora

**3. Address in the United States (Number and Street)   (Apt. Number)**
6845 El Lago Dr
(Town or City)   (State/Country)   (ZIP Code)
Brownsville, Tx 78521

**4. Country of Citizenship/Nationality**
Mexico

**5. Place of Birth (Town or City)   (State/Province)   (Country)**
Matamoros, Tamps Mx

**6. Date of Birth (Month/Day/Year)**
6/2/42
**7. Sex**  ☐ Male  ☒ Female

**8. Marital Status**  ☐ Married  ☐ Single
                       ☐ Widowed  ☐ Divorced

**9. Social Security Number (Include all Numbers you have ever used)**
638 42 5795

**10. Alien Registration Number (A-Number) or I-94 Number (if any)**
A24 835 369

**11. Have you ever before applied for employment authorization from INS?**
☒ Yes  (If yes, complete below)   ☐ No
Which INS Office?   Date(s)
Harlingen
Result (Granted or Denied , attach all documentation)
Granted to 11/25/97

**12. Date of Last Entry into the U.S. (Month/Day/Year)**
≤ 11/15/97

**13. Place of Last Entry into the U.S.**
Brownsville

**14. Manner of Last Entry (Visitor, Student, etc.)**
Advance Parole

**15. Current Immigration Status (Visitor, Student, etc.)**
Advance Parole I-485 pending

**16.** Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the Instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12
( C ) ( 9 ) ( )

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| Rafaela Fuentes de Garza by JSB | JSB | 6/8/98 |

**Signature of Person Preparing Form If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Lisa S. Brodyaga | Lisa Brodyaga Attorney At Law Refugio Del Rio Grande P.O. Box 3565 Harlingen, Tx 78551 | JSB | 6/8/98 |

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 04-25-95) N Page 7



**U.S. DEPARTMENT OF JSTICE**
Immigration and Naturalization Service
2102 Teege Avenue
Harlingen, Texas 78550

03                                                      A #    24835369

JULY 27, 1998

RAFAELA FUENTES DE GARZA


Applicant: RAFAELA FUENTES DE GARZA


You application for employment authorization has been received. **THIS LETTER IS NOT VALID AS PROOF OF EMPLOYMENT.**

Please appear at: **U.S. IMMIGRATION & NATURALIZATION SERVICE
1709 ZOY STREET, HARLINGEN, TX  78550**


on                    FRIDAY, AUGUST 28  1998 at        9:30 A.M.

regarding your application for employment authorization.

**PLEASE BRING THIS LETTER AND PERSONAL PHOTO IDENTIFICATION WITH YOU.**

Sincerely,



E.M. Trominski
District Director

LISA BRODYAGA

**U. S. Department of Justice**
Immigration and Naturalization Service

OMB # 1115-0163
Application for Employment Authorization

**Do Not Write In This Block**

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under 274a.12

☐ Application Approved.  Employment Authorized / Extended  (Circle One) until _____ (Date).
_____ (Date).

Subject to the following conditions: _____

☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:  ☐ Permission to accept employment
  ☐ Replacement (of lost employment authorization document).
  ☒ Renewal of my permission to accept employment (attach previous employment authorization document).

1. Name (Family Name in CAPS)  (First)  (Middle)
FUENTES de GARZA, Rafaela

2. Other Names Used (Include Maiden Name)
Rafaela Fuentes - Flora

3. Address in the United States (Number and Street)  (Apt. Number)
6845 El Lago St.
(Town or City)  (State/Country)  (ZIP Code)
Brownsville, Tx  78521

4. Country of Citizenship/Nationality
Mex

5. Place of Birth (Town or City)  (State/Province)  (Country)
Matamoros  Tamps  Mx

6. Date of Birth (Month/Day/Year)  7. Sex
6/2/42  ☐ Male  ☒ Female

8. Marital Status  ☐ Married  ☐ Single
  ☐ Widowed  ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used)
638425993

10. Alien Registration Number (A-Number) or I-94 Number (if any)
A24 835 369

11. Have you ever before applied for employment authorization from INS?
☒ Yes  (If yes, complete below)  ☐ No
Which INS Office?  Date(s)
Hrlg. granted  1998 A98
Results (Granted or Denied - attach all documentation)
valid until  8/27/98

12. Date of Last Entry into the U.S. (Month/Day/Year)
= 11/15/97

13. Place of Last Entry into U.S.
Brownsville

14. Manner of Last Entry (Visitor, Student, etc.)
Advance parole

15. Current Immigration Status (Visitor, Student, etc.)
Advance parole for I-485

16. Go to Part 2 of the instructions, Eligibility Categories.  In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12

( C ) ( 9 ) ( )

**Certification**

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.  I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature
Rafaela Fuentes de Garza by JB

Telephone Number

Date
7/2/99

**Signature of Person Preparing Form If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name  Address  Signature  Date
Lisa Br___  JB  7/2/99
Attorney A___
Refugio ___
P.O. Box 3566
Harlingen, Tx 78551

| Initial Receipt | Resubmitted | Relocated | | Completed | | | |
|---|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned | |

Form I-765 (Rev. 04-25-95) N Page 7

**U. S. Department of Justice**
Immigration and Naturalization Service

OMB # 1115-0163
Application for Employment Authorization

| Do Not Write In This Block | | |
|---|---|---|
| Remarks | Action Stamp | Fee Stamp |
| A# | | |
| Applicant is filing under 274a.12 | | |

☐ Application Approved. Employment Authorized / Extended  (Circle One) _____ (Date).
   until _____ (Date).
   Subject to the following conditions: _____
☐ Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:   ☐ Permission to accept employment
                     ☐ Replacement (of lost employment authorization document).
                     ☒ Renewal of my permission to accept employment (attach previous employment authorization document).

1. Name (Family Name in CAPS)        (First)           (Middle)
   FUENTES de GARZA Rafaela
2. Other Names Used (Include Maiden Name)
   Rafaela Fuentes-Flora
3. Address in the United States (Number and Street)    (Apt. Number)
   6845 El Lago Dr.
   (Town or City)           (State/Country)    (ZIP Code)
   Brownsville    TX    78521
4. Country of Citizenship/Nationality
   Mexico
5. Place of Birth (Town or City)  (State/Province)    (Country)
   Matamoros, Tamps    MX
6. Date of Birth (Month/Day/Year)        7. Sex
   6/2/42                    ☐ Male  ☒ Female
8. Marital Status   ☐ Married      ☐ Single
   ☐ Widowed    ☐ Divorced
9. Social Security Number (Include all Numbers you have ever used)
   658 42 5995
10. Alien Registration Number (A-Number) or I-94 Number (if any)
    A 24 835 569

11. Have you ever before applied for employment authorization from INS?
    ☒ Yes  (If yes, complete below)    ☐ No
    Which INS Office?              Date(s)
    Hlg    granted
    Results (Granted or Denied - attach all documentation)
    expires 8/29/00
12. Date of Last Entry into the U.S. (Month/Day/Year)
    11/15/97
13. Place of Last Entry into the U.S.
    Brownsville TX
14. Manner of Last Entry (Visitor, Student, etc.)
    Advance parole
15. Current Immigration Status (Visitor, Student, etc.)
    Advance parole for I-485
16. Go to Part 2 of the Instructions, Eligibility Categories.  In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
    Eligibility under 8 CFR 274a.12
    ( C ) ( 9 ) (   )

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.  I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature                                    Telephone Number         Date
Rafaela Fuentes by JBS                                                7/13/00

**Signature of Person Preparing Form If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name          Address                          Signature              Date
Lisa Brodyaga, Attorney                                                     7/13/00
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 04-25-95) N Page 7

**U.S. DEPARTMENT OF JSTICE**

Immigration and Naturalization Service
2102 Teege Avenue
Harlingen, Texas 78550

02                                                    A #    24835369

JULY 17, 2000

RAFAELA FUENTES DE GARZA
6845 EL LAGO DR.
BROWNSVILLE, TX  78521


Applicant: RAFAELA FUENTES DE GARZA


You application for employment authorization has been received.  **THIS LETTER IS NOT VALID AS PROOF OF EMPLOYMENT.**

Please appear at:  **U.S. IMMIGRATION & NATURALIZATION SERVICE
1709 ZOY STREET, HARLINGEN, TX  78550**


on          MONDAY, AUGUST 28,  2000 at     1:30 P.M.

regarding your application for employment authorization.

**PLEASE BRING THIS LETTER AND PERSONAL PHOTO IDENTIFICATION WITH YOU.**

Sincerely,



E.M. Trominski
District Director

LISA BRODYAGA/jmc

U. S. Department of Justice
Immigration and Naturalization Service

OMB # 1115-0163

**Application for Employment Authorization**

| Do Not Write in This Block | | |
|---|---|---|
| Remarks | Action Stamp | 01 MAY 16 PM 2: 20 Stamp |
| A# | | INFORMATION HLG |
| Applicant is filing under 274a.12 _____ | | |

☐ Application Approved. Employment Authorized / Extended (Circle One) _____ (Date).
  until _____ (Date).
  Subject to the following conditions: _____
☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:  ☐ Permission to accept employment
  ☐ Replacement (of lost employment authorization document).
  ☒ Renewal of my permission to accept employment (attach previous employment authorization document).

1. Name (Family Name in CAPS) (First) (Middle)
FUENTES de CHICA, Rafaela

2. Other Names Used (Include Maiden Name)
fuentes - Mza

3. Address in the United States (Number and Street) (Apt Number)
685 El Lago #5
(Town or City) (State/Country) (ZIP Code)
Brownsville Tx 78521

4. Country of Citizenship/Nationality
Mexico

5. Place of Birth (Town or City) (State/Province) (Country)
Matamoros Tamps X

6. Date of Birth (Month/Day/Year) 6/2/47    7. Sex  ☐ Male  ☒ Female

8. Marital Status  ☐ Married  ☐ Single  ☐ Widowed  ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used)
658 42 5973

10. Alien Registration Number (A-Number) or I-94 Number (if any)
A24 855 569

11. Have you ever before applied for employment authorization from INS?
☒ Yes (If yes, complete below)    ☐ No
Which INS Office?    Date(s)
HLG excuted
Results (Granted or Denied - attach all documentation)
9x Rtns   5/7/01

12. Date of Last Entry into the U.S. (Month/Day/Year)
8 11 1967

13. Place of Last Entry into the U.S.
Brownsville

14. Manner of Last Entry (Visitor, Student, etc.)
Advance Parole

15. Current Immigration Status (Visitor, Student, etc.)
I-485 Pending

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
Eligibility under 8 CFR 274a.12
( C ) ( 9 ) ( )

### Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature
Rafaela Fuentes Mza

Telephone Number

Date
5/15/01

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name
Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
7891 Landrum Park Road
San Benito, Texas 78586

Address

Signature

Date
5/15/01

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 10/13/98)N Page 7

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
### San Benito, Texas 78586
### (956) 421-3226
### FAX: 421-3423
June 8, 2001

INS
2102 Teege and/or 1709 Zoy                    HAND DELIVERED
Harlingen, TX 78550

Re:  Rafaela Fuentes de Garza
     A24 835 369

Gentlepersons:

On December 17, 1997, you denied Ms. Fuentes' application for
adjustment of status, on grounds which were amenable to a waiver,
but without giving her the opportunity to request such a waiver.
Therefore, on January 8, 1998, I filed a fee-paid motion to
reconsider and to reopen, along with a fee-paid I-601.  Copies
attached. Thereafter, we requested, and received, renewals of her
EAD, under 8 CFR 274a.12(c)(9), allowing employment authorization
during an "administrative appeal" of the denial of adjustment of
status.  Since such motions are the only form of "administrative
appeal" authorized by the regulations, we argued, and INS agreed,
that she was eligible to renew her EAD under that provision.
However, we never received any reply to the underlying motion.

On May 16, 2001, I again filed to renew her EAD, and was informed
by the Contact Representative in Harlingen that the file had been
sent to Central Records. I was told that it would be requested, and
that we would receive a decision on her application to renew her
EAD.  To date, however, I have heard nothing on that issue either.

It would therefore be greatly appreciated if you would renew her
EAD, adjudicate the motion to reopen, the I-601, and, grant her
underlying application for adjustment of status.

Thank you for your prompt consideration.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

Encl/  As stated.

## LAW OFFICES OF LISA S. BRODYAGA
### 17891 Landrum Park Rd.
### San Benito, Texas 78586
### (956) 421-3226
### FAX: 421-3423
December 20, 2001

INS
2102 Teege
Harlingen, TX 78550

Re:  Rafaela Fuentes De La Garza
     A24 835 369

Gentlepersons:

We are still awaiting a response to our correspondence of June 8,
2001 (copy attached), and previously.  It would be greatly
appreciated if we could get some movement on this case, either
favorable, or otherwise, so that, if necessary, we can renew her
application for adjustment before an Immigration Judge.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law



**U.S. Department of Justice**

Immigration and Naturalization Service

---

*2102 Teege Avenue*
*Harlingen, Texas 78550*

03
              A #   <u>A24 835 369</u>
              <u>AUG. 20, 2002</u>

RAFAELA FUENTES DE GARZA


Applicant: RAFAELA FUENTES DE GARZA


Your application for employment authorization has been received. **THIS LETTER IS NOT VALID AS PROOF OF EMPLOYMENT.**

<u>Please appear at</u>:  **U.S. IMMIGRATION & NATURALIZATION SERVICE**
                   **2102 TEEGE AVE.  HARLINGEN, TEXAS  78550**


on  <u>MONDAY, SEPTEMBER 9</u> , 2002   at   <u>1;30 PM</u>

regarding your application for employment authorization.

**PLEASE BRING THIS LETTER AND PERSONAL PHOTO IDENTIFICATION WITH YOU.**



Sincerely,


E.M. Trominski
District Director

LISA BRODYAGER



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

---

Office of the District Director          *1717 Zoy Street*
                                         *Harlingen, TX 78552*

01                                                   A #     24835369
                                                     APRIL 5, 2005

RAFAELA FUENTES DE GARZA
6845 EL LAGO DR.
BROWNSVILLE, TX  78521

Applicant: RAFAELA FUENTES DE GARZA

Your application for employment authorization has been received.  **THIS LETTER IS NOT VALID AS PROOF OF EMPLOYMENT.**

Please appear at:  **U.S. IMMIGRATION & NATURALIZATION SERVICE
                    1717 ZOY ST.,   HARLINGEN, TEXAS  78552**

on  THURSDAY, APRIL 21 ,  2005  at      9:00 AM

regarding your application for employment authorization.

**PLEASE BRING THIS LETTER AND PERSONAL PHOTO IDENTIFICATION WITH YOU.**

Sincerely,

Alfonso R. De Leon
District Director

LISA BRODYAGA/AT



U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552

# U.S. Citizenship and Immigration Services

Refer to File A24 835 369

Rafaela Fuentes de Garza
C/O Lisa S. Brodyga, Attorney
17891 Landrum Park Road
San Benito, Texas 78586

## MOTION TO REOPEN PROCEEDINGS UNDER THE IMMIGRATION AND NATIONALITY ACT

IN BEHALF OF SUBJECT:  Represented by Attorney Lisa S. Brodyaga

DISCUSSION: The subject is a native and citizen of Mexico who was born on February 06, 1942, in H. Matamoros, Tamaulipas, Mexico. The subject entered the United States on or about February 1994 as a visitor via Brownsville port of entry and presented a Mexican passport number A TAM-03090 issued on February 28, 1991, with a B-1/B-2 nonimmigrant visa number 465848 issued on March 01, 1991, at the Consulate of the United States of America in H. Matamoros, Tamaulipas, Mexico.

On June 16, 1994, the applicant filed Form I-485, Application to Register Permanent Residence or Adjust Status under the Immigration and Nationality Act, as Amended. Said application was denied on December 17, 1991, for being inadmissible in accordance with Section 212(a)(2)(A)(i) of the INA, for having been convicted of a crime involving moral turpitude, to wit: aiding and abetting a certain person to obtain evidence of United States citizenship, knowing that said person was not entitled. The denial read September 30, 1992 as the date of conviction.

On January 09, 1998, the applicant filed a Motion to Reconsider on the basis that the decision erroneously states the conviction occurred in 1992, rather than 1982. The Motion to Reconsider also states that the inadmissible activity occurred over fifteen (15) years ago, and that the applicant is eligible for a waiver.

Review of the file indicates that the conviction did indeed occur on October 05, 1982, over fifteen (15) years ago and the applicant is eligible for a waiver of inadmissibility pursuant to Section 212(a)(h)(1)(A)(i), and 212(a)(h)(1)(B), in as far that the activities which the alien is inadmissible occurred more than fifteen (15) years ago. The admission to the United States of such alien would not be contrary to the national welfare, safety, or security of the United States, and the alien has been rehabilitated; (B), or in the case of an immigrant who is the spouse, parent, son, or daughter of a citizen of the United States or alien lawfully admitted for permanent residence if it is established to the satisfaction of the Attorney General that the alien's denial of admission would result in extreme hardship to the United States citizen or lawful resident spouse, parent, son, or daughter of such alien.

The facts in this case have been carefully reviewed. It is concluded that the Motion to Reconsider filed by the applicant will be granted. In view of these facts, it is determined that the subject's case should be reopened.

ORDER:    IT IS ORDERED that, pursuant to the authority contained in Section 103.5 of the Immigration and Nationality Act, as Amended, the Motion to Considered be granted and the application be reopened. You are scheduled to appear for an interview on December 14, 2005, at 10:45 a.m. please bring with you the requested items on the attached I-72.

Sincerely,


Alfonso R. De Leon
District Director

OMB No. 1615-0040; Expires 04/30/05

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-765, Application for Employment Authorization**

**Do Not Write in This Block.**

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)*     until _____ (Date).

Subject to the following conditions: _____ (Date).

☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☐ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*.
☒ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

**1. Name** (Family Name in CAPS) (First) (Middle)
FUENTES de GARZA, Rafaela

**2. Other Names Used** (Include Maiden Name)
FUENTES - MORA

**3. Address in the United States** (Number and Street) (Apt. Number)
6845 El Lago Drive
(Town or City) (State/Country) (ZIP Code)
Brownsville, Texas. 78521

**4. Country of Citizenship/Nationality**
Mexico

**5. Place of Birth** (Town or City) (State/Province) (Country)
Matamoros Tamps Mexico

**6. Date of Birth**
06/02/1942
**7. Gender**
☐ Male ☒ Female

**8. Marital Status**
☒ Married ☐ Single
☐ Widowed ☐ Divorced

**9. Social Security Number** (Include all Numbers you have ever used) (if any)
638 42 3995

**10. Alien Registration Number (A-Number) or I-94 Number** (if any)
A24 835 369

**11. Have you ever before applied for employment authorization from USCIS?**
☒ Yes (If yes, complete below)   ☐ No

Which USCIS Office? Date(s)
Hlg - granted

Results (Granted or Denied - attach all documentation)
expires 04/20/2006

**12. Date of Last Entry into the U.S.** (Month/Day/Year)
= 1994

**13. Place of Last Entry into the U.S.**
Brownsville, Tx

**14. Manner of Last Entry** (Visitor, Student, etc.)
Visitor

**15. Current Immigration Status** (Visitor, Student, etc.)
I-485 pending

**16.** Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12.

( C ) ( 9 ) (     )

**Certification.**

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| X Rafaela Fuentes Mora | (956) 639 3603 | 03/30/2006 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | | Date |
|---|---|---|---|---|
| Lisa Brodyaga, Attorney REFUGIO DEL RIO GRANDE 17891 Landrum Park Road San Benito, Texas 78586 | | | | 03/30/2006 |

| | Initial Receipt | Resubmitted | Relocated | | Completed | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |

Form I-765 (Rev. 01/31/05)N Prior editions may be used until 09/30/05)



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797 Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|---|
| | | MSC0618718580 | | 4/7/2006 |
| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| I765 | | | A024835369 | 2 |
| | | TCR | SERVICE CENTER | PAGE |
| | | | MSC | 1 of 1 |

RAFAELA FUENTES DE GARZA
c/o LISA  BRODYAGA

17891 LANDRUM PARK RD
SAN BENITO, TX 78586



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS BROWNSVILLE | 04/21/2006 |
| 943 NORTH EXPRESSWAY 77 | 9:00 AM |
| SOUTHWIND SHOPPING CNTR, SUITE 23 | |
| BROWNSVILLE, TX 78520 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon      ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the orginal with your request to USCIS BROWNSVILLE, 943 NORTH EXPRESSWAY 77, SOUTHWIND SHOPPING CNTR, SUITE 23, BROWNSVILLE, TX 78520

APPLICATION NUMBER I

I765   -  MSC0618718580



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N