UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ANTELMA DOMINGUEZ-PEREZ**, et al.,    )
          **Petitioners/Plaintiffs,**    )
                                         )
v.                                       )    CA No. B-96-116
                                         )
**TOM RIDGE,** et al,                    )
          **Respondents/Defendants.**    )
_____)

**EXHIBIT "F" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO**

Exhibit "F" consists of documents relating to Jose Angel Garza.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, 78212
Phone:  (210) 277-1603
Fax:    (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on May 8, 2006, a copy of the foregoing, with
attachment, was mailed, first-class postage prepaid, to Ernesto
Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington,
D.C., 20044.

s/ Lisa S. Brodyaga
_____

OMB No. 1615-0000, Expires 06/30/08

**Department of Homeland Security**
U. S. Citizenship and Immigration Services

**ı ᴢ90B, Notice of Appeal to the**
**Administrative Appeals Office (AAO)**

---

Fee Stamp

In the Matter of: JOSE ANGEL GARZA-AGUILERA

File Number: 98-898-209

---

1. I am filing an appeal from the decision dated:

04/21/2006

---

**Person Filing Appeal**

Signature  ᴊᴀ͞ᴍ᷄ᴇ

Name  Jaime DIEZ

Address  PO BOX 3070

| Number | | Street |
|---|---|---|
| Brownsville | TX | 78523 |
| City | State | Zip Code |

Telephone No. ( 956 )544-3565

E-mail address, if any _____

Date 04/27/2006

2. Please check the one block that applies:

☐ I am not submitting a separate brief or evidence.

☒ I am submitting a separate brief and/or evidence with this form.

☐ I am sending a brief and/or evidence to the AAO within 30 days.

☐ I need _____ days to submit a brief and/or evidence to the AAO. *(May be granted only for good cause shown. Explain in a separate letter, and attach the letter to your form.)*

☒ I am an attorney or representative, and I represent:

Jose Angel GARZA-Aguilera

*Person and/or organization for whom you are appearing.*

Telephone No. ( 956 ) 544-3565

E-mail address, if any JAIME M.DIEZ@AOL.com

**You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not submit such a form before.**

---

3. Briefly, state the reason(s) for this appeal:

First, that the denial of his application for a Certificate of Citizenship violates the Harlingen District Policy and the Protective Order of issuing an EAD within 90 days of the filing of an application for employment authorization. The Harlingen District Office failure to issue him an EAD within this time resulted in Respondent inability to work and earn the necessary funds to pay for the requested DNA test.

Secondly, Respondent presented ample evidence at his interview that shows by the preponderance of the evidence that Respondent is the biological child of Wilfredo Garza, the source parent. First, at the interview the immigration officer who interviewed Respondent had an opportunity to meet in person the source parent and Respondent and therefore she was able to make a determination whether there were any physical differences or similarities in appearance between Respondent and his biological father. Unfortunately, the immigration officer that conducted his interview stopped working with immigration the following business day and therefore the immigration officer that took over his case and wrote the request for additional evidence was not the same officer who interviewed them. In addition, at his interview the source parent acknowledge under oath that he was the biological father of Respondent. Also, at this interview the birth certificate submitted at the interview further confirmed that he was the biological father of the applicant. Finally, at this time we submit for consideration the timely baptismal record, which shows that the applicant was baptized when he was less than one year old and at that time his father acknowledge him as his biological child.

Form I-290B (Rev. 06/30/05)N

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: JOSE ANGEL GARZA-AGUILERA | Date: 04/27/2006 |
| | File No. 98-898-209 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Jose Angel GARZA-Aguilera | ☐ Petitioner | ☒ Applicant |
| | ☐ Beneficiary | |

| Address: (Apt. No.) | (Number & Street) 1003 E. Jefferson | (City) Brownsville | (State) TX | (Zip Code) 78520 |

| Name: | ☐ Petitioner | ☐ Applicant |
| | ☐ Beneficiary | |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____ US Supreme Court _____ and am not under a court or administrative agency
Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE   ᒐ-ᒧᑫ | COMPLETE ADDRESS Jones & Crane PO BOX 3070 Brownsville, TX 78523 |
| NAME (Type or Print)   Jaime DIEZ | TELEPHONE NUMBER (956) 544-3565 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Jaime DIEZ
_____
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date 04/27/2006 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

United States Department of Justice
IMMIGRATION & NATURALIZATION SERVICE
Administrative Appeals Unit (AAU)
425 "I" Street NW- 3rd Floor
Washington, DC 20536

IN THE MATTER OF

| A98-898-209

JOSE ANGEL GARZA-AGUILERA

|

ON BEHALF OF APPLICANT:    Jaime M. Diez
Jones and Crane
PO BOX 3070
Brownsville, TX 78523

## APPEAL TO AAU FROM A DECISION
## DENYING A CERTIFICATE OF CITIZENSHIP

TO THE AAU UNIT:

COMES NOW, Jaime M. Diez, Attorney of Record for Jose Angel GARZA-Aguilera, an files this appeal. On April 21, 2006 the District Director denied his application for a Certificate of Citizenship that was filed on October 25, 2005. As the reason for its denial, the District Director ("DD") wrote that on January 27, 2006 the applicant was interviewed regarding his pending application.

> "You were then advised that before a decision could be made on your application, you would need to provide evidence that your father was physically present in the United States or its outlying possessions for a period of ten years, at least five of which were after he attained the of fourteen prior to your birth. You were also instructed to provide a DNA test to establish paternity. This was due to the fact that the registration of your birth certificate was delayed ten (10) years."

*"Further review of your Service file shows that sufficient evidence of your father's physical presence in the U.S. was submitted with your application. However, to date no evidence of paternity has been established. You have failed to establish by a preponderance of the evidence that Wilfredo Garza is, in fact, your biological father... Your application is hereby denied for failure to establish a biological relationship between yourself and Wilfredo Garza.*

Procedural History-

- On October 25, 2005 Respondent properly filed and fee paid an N-600, Application for a Certificate of Citizenship, with all of its supporting documents (<u>Attached as Exhibit 1</u>) and Form I-765, Application for Employment Authorization (Attached as Exhibit 2). However, his Form I-765 was improperly returned and refiled and accepted then on November 21, 2005.

- On January 27, 2006 Respondent appeared for his interview with the Harlingen District Office (<u>Attached as Exhibit 3</u>). At this interview, Respondent and his father (source parent) appeared for the interview. At said interview, the source parent acknowledged that he was the biological father of Respondent. In addition, as you can see from the Source Parent Driver's License and Respondent Picture they both appeared to be related. (<u>Attached as Exhibit 4</u>) This interview was conducted by Officer Cindy Canales. After the interview was conducted she did not requested any additional documents or information.

- On February 16, 2006, three weeks after the interview, Respondent received a letter requesting additional evidence, which included a DNA Paternity Test. (<u>Attached as Exhibit 5</u>).

- On March 6th, 2006 Respondent requested an appointment for the issuance of his EAD since the application had been pending for more than 90 days. (<u>Attached as Exhibit 6</u>). However, Respondent Attorney was told that they could not issue him an EAD because the application was not a "complete application" and the 90 days could not begin to accrue until the application was "complete". Respondent counsel does not understand what was really meant by a "complete application" since the application filed was complete and had all the necessary documents. Afterwards, additional efforts were

made to secure an EAD so that Respondent could work and earn enough money to pay for the requested DNA paternity test.

- On April 25, 2006 Respondent submitted additional documents to the DD. Among them, he submitted a Baptismal Record given to him by his mother on April 24th, 2006. This Baptismal Record shows that Respondent was born on November 1, 1974, baptized on August 17, 1975 and was the child of Wilfredo GARZA (Source Parent) (Attached as Exhibit 7)

Therefore, Respondent wishes to appeal this decision on two grounds:

First, that the denial of his application for a Certificate of Citizenship violates the Harlingen District Policy and the Protective Order (Attach as Exhibit 8) of issuing an EAD within 90 days of the filing of an application for employment authorization. The Harlingen District Office failure to issue him an EAD within this time resulted in Respondent inability to work and earn the necessary funds to pay for the requested DNA test. A DNA test cost approximately $600 dollars.

Secondly, that there was ample evidence presented at the time of Respondent interview that shows by the preponderance of the evidence that Respondent was the biological child of Wilfredo Garza, the source parent. First, at the interview the immigration officer who interviewed Respondent had an opportunity to meet in person the source parent and Respondent and therefore she was able to make a determination whether there were any physical differences or similarities in appearance between Respondent and his biological father. Unfortunately, the immigration officer that conducted his interview stopped working with immigration the following business day

and therefore the immigration officer that took over his case and wrote the request for additional evidence was not the same officer who interviewed them. In addition, at his interview the source parent acknowledge under oath that he was the biological father of Respondent. Also, at this interview the birth certificate submitted at the interview further confirmed that he was the biological father of the applicant. Finally, at this time we submit for consideration the timely baptismal record, which shows that the applicant was baptized when he was less than one year old and at that time his father acknowledge him as his biological child. (Attached Exhibit 9)

THEREFORE, since the DD concedes that sufficient evidence of his father's physical presence in the U.S. was submitted with his application, Petitioner moves the AAU to reconsider the DD decision denying Respondent Application for a Certificate of Citizenship and order the DD to issue him a Certificate of Citizenship since there is ample evidence in record (without the need for a DNA paternity test) to show by a preponderance of the evidence that the source parent is the biological father of respondent.

Respectfully submitted on April 27, 2006.

Jaime M. Diez
Attorney for Petitioner

**U.S. Department of Homeland Security**
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship
and Immigration
Services**

Refer to File A98 898 209

Date: APR 2 1 2006

Jose Angel Garza Aguilera
c/o Jones and Crane
P.O. Box 3070
Brownsville, TX 78523

Dear Mr. Garza:

DECISION

Upon consideration, it is ordered that your Form N-600, Application for Certificate of Citizenship, which was filed on October 25, 2005, pursuant to Section 301(a)(7) of the former Immigration and Nationality Act, be denied for the following reasons:

**Section 301(a)(7) of the Immigration and Nationality Act, as amended, provides in part:**

> The following shall be nationals and citizens of the United States at birth: . . . a person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than ten years, at least five of which were after attaining the age of fourteen years . . .

8 CFR 341.2(c) states that the burden of proof shall be on the claimant to establish his or her claimed citizenship by a preponderance of the evidence.

The record of the Service reflects that on October 25, 2005, you filed an application for a certificate of citizenship. You claim to have been born of parents one of whom is an alien and the other a citizen of the United States and to have acquired citizenship through your father, a United States citizen at the time of your birth.

On January 27, 2006, you were accorded an interview in connection with your pending application. You were advised that before a decision could be made on your application, you would need to provide evidence that your father was physically present in the United States or its outlying possessions for a period or periods totaling not less than ten years, at least five of which were after he attained the age of fourteen prior to your birth. You were also instructed to provide a DNA test to establish paternity. This was due to the fact that the registration of your birth certificate was delayed ten (10) years.

Page 2

Refer to File A 98 898 209

Further review of your Service file shows that sufficient evidence of your father's physical presence in the United States was submitted with your application. However, to date, no evidence of paternity has been submitted. You have failed to establish by a preponderance of the evidence that Wilfredo Garza is, in fact, your biological father. Accordingly, the following decision is made.

Your application is hereby denied for failure to establish the biological relationship between yourself and Wilfredo Garza. No further action will be taken by this Service on your application.

If you desire to appeal this decision, you may do so. Your notice of appeal must be filed within 30 days from the date of this notice. If no appeal is filed within the time allowed, this decision is final. Appeal in your case may be made to the Associate Commissioner for Examinations on the enclosed Form I-290B.

If an appeal is desired, the Notice of Appeal shall be executed and filed with this office, together with the required fee of $385. A brief or other written statement in support of your appeal may be submitted with the Notice of Appeal.

Any questions which you may have will be answered by the local immigration office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Alfonso R. De Leon
District Director

Enclosed I-290B

U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



## U.S. Citizenship and Immigration Services

Refer to File A98 898 209

Date: APR 2 1 2006

Jose Angel Garza Aguilera
c/o Jones and Crane
P.O. Box 3070
Brownsville, Texas 78523

Dear Mr. Garza:

Reference is made to the Application for Employment Authorization, Form I-765, which you filed with the Service on November 21, 2005.

The reason for denial is indicated below:

☐ 1. You failed to establish economic necessity as required in 8 CFR 274a.12 (c)(14), (18) and 8 CFR 214.2(f).

☒ 2. You have failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ 3. Your Application for Employment Authorization was automatically revoked with the denial of your application for certificate of citizenship on          .

Sincerely,

Alfonso R. De Leon
District Director

# EXHIBIT 1

**Jose Angel GARZA**
**A98-898-209**

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter by typewritten notations. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

OCTOBER 26, 2005

JAIME DIEZ, ATTY.
JONES & CRANE
P.O. BOX 3070
BROWNSVILLE, TX 78523 ·

RE: A98 898 209
JOSE ANGEL GARZA AGUILERA

WE HAVE CORRECTED DATE OF BIRTH ON YOUR N-600 APPLICATION FILED ON 10-25-05 ON BEHALF OF THE ABOVE NAMED APPLICANT.

ATTACHED YOU WILL FIND RECEIPT. THANK YOU.

MCCASTILLO, I.I.O.
1717 ZOY STREET
HARLINGEN, TX 78552

```
                    DHS

                 HARLIN    TX

           10/25/2005        09:38

             JOSE ANGEL GARZA
             A98 898 209
             N-600H          $240.00
             SUB TTL         $240.00
           -------------------------
             TAX TL            $0.00
           -------------------------
             TOTAL           $240.00
             CHECK           $240.00

             ITEMH               1

                    CLERK /
             011352            #02

    vhou
    cat
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB NO. 1115-0018; Expires 07/31/05

# N-600, Application for Certificate of Citizenship

Print clearly or type your answers, using CAPITAL letters in black ink. Failure to print clearly may delay processing of your application.

**Part 1. Information About You.** *(Provide information about yourself, if you are a person applying for the Certificate of Citizenship. If you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child, provide information about your child.)*

**If your child has an "A" Number, write it here:**

A 098 - 898 - 209

**A.** Current legal name
Family Name *(Last Name)*

GARZA

Given Name *(First Name)*          Full Middle Name *(If applicable)*

JOSE          ANGEL

**B.** Name exactly as it appears on your Permanent Resident Card *(If applicable).*
Family Name *(Last Name)*

GARZA

Given Name *(First Name)*          Full Middle Name *(If applicable)*

JOSE          ANGEL

**C.** Other names used since birth

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name *(If applicable)* |
|---|---|---|
| | | |
| | | |

**D.** U.S. Social Security # *(If applicable)*

- -

**E.** Date of Birth *(mm/dd/yyyy)*

11/01/1964 1974

**F.** Country of Birth

MEXICO

**G.** Country of Prior Nationality

MEXICAN

**H.** Gender    Male [X]    Female [ ]

**I.** Height

5' 7"

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date Resubmitted | |
| Date 011552 10/25/05   09:38 N-600 | $240.00 |
| Date Reloc Sent | |
| Date | |
| Date Reloc Rec'd | |
| Date | |
| Date | |

Remarks

Action Block

05 OCT 24  PH 2:44
HARLINGEN, TX
RECEIVED

To Be Completed by
[X] **Attorney or Representative**, if any.
Fill in box if G-28 is attached to represent the applicant.

ATTY State License #
Texas

**Part 2. Information About Your Eligibility.** *(Check only one).*

**A.** I am claiming U.S. citizenship through:

[X]  A U.S. citizen father or a U.S. citizen mother.

[ ]  Both U.S. citizen parents.

[ ]

[ ]

**B.** [ ]

**C.** [ ]

**D.** [ ]

for a certificate of citizenship on behalf of GICAL child.

for a certificate of citizenship on behalf of PTED child.

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05)



OMB NO. 1115-0018, Expires 07/31/05

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-600, Application for Certificate of Citizenship

Print clearly or type your answers, using CAPITAL letters in black ink. Failure to print clearly may delay processing of your application.

**Part 1. Information About You.** *(Provide information about yourself, if you are a person applying for the Certificate of Citizenship. If you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child, provide information about your child).*

| If your child has an "A" Number, write it here: |
|---|
| A _____ - _____ - _____ |

A. Current legal name
Family Name *(Last Name)*

GARZA

Given Name *(First Name)*

JOSE

Full Middle Name *(If applicable)*

ANGEL

B. Name exactly as it appears on your Permanent Resident Card *(If applicable).*
Family Name *(Last Name)*

GARZA

Given Name *(First Name)*

JOSE

Full Middle Name *(If applicable)*

ANGEL

C. Other names used since birth
Family Name *(Last Name)*    Given Name *(First Name)*    Middle Name *(If applicable)*

D. U.S. Social Security # *(If applicable)*

___ - ___ - ___

E. Date of Birth *(mm/dd/yyyy)*

11/01/1964

F. Country of Birth

MEXICO

G. Country of Prior Nationality

MEXICAN

H. Gender

Male [X]    Female [ ]

I. Height

5' 7"

| For USCIS Use Only | |
|---|---|
| Returned | Receipt |
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |
| Remarks | |

**Part 2. Information About Your Eligibility.** *(Check only one).*

A. I am claiming U.S. citizenship through:

[X]    A U.S. citizen father or a U.S. citizen mother.

[ ]    Both U.S. citizen parents.

[ ]    A U.S. citizen adoptive parent(s).

[ ]    An alien parent(s) who naturalized.

B. [ ]    I am a U.S. citizen parent applying for a certificate of citizenship on behalf of my minor (under 18 years) BIOLOGICAL child.

C. [ ]    I am a U.S. citizen parent applying for a certificate of citizenship on behalf of my minor (less than 18 years) ADOPTED child.

D. [ ]    Other *(Please explain fully)* _____

| Action Block |
|---|
|  |

| To Be Completed by |
|---|
| [X] *Attorney or Representative,* if any. |
| Fill in box if G-28 is attached to represent the applicant. |
| ATTY State License # |
| Texas |

**Part 3.  Additional Information About You.** *(Provide additional information about yourself, if you are the person applying for the Certificate of Citizenship.  If you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child, provide the additional information about your minor child).*

A. **Home Address** -Street Number and Name *(Do not write a P.O. Box in this space)*                   Apartment Number

1003 EAST JEFFERSON

| City | County | State/Province | Country | Zip/Postal Code |
|------|--------|----------------|---------|-----------------|
| BROWNSVILLE | | TX | USA | 78520 |

B. **Mailing Address** - Street Number and Name *(If different from home address)*                   Apartment Number

JONES & CRANE, PO BOX 3070

| City | County | State/Province | Country | Zip/Postal Code |
|------|--------|----------------|---------|-----------------|
| BROWNSVILLE | | TEXAS | USA | 78523 |

C. **Daytime Phone Number** *(If any)*          Evening Phone Number *(If any)*          E-Mail Address *(If any)*

( 956  ) 544-3565          ( 956  ) 550-0006

D. **Marital Status**

[X] Single, Never Married      [ ] Married      [ ] Divorced      [ ] Widowed

[ ] Marriage Annulled or Other *(Explain)*

E. **Information about entry into the United States and current immigration status**

  1. I arrived in the following manner::

   Port of Entry *(City/State)*          Date of Entry *(mm/dd/yyyy)*          Exact Name Used at Time of Entry:

  2. I used the following travel document to enter:

   [ ] Passport

   Passport Number          Country Issuing Passport          Date Passport Issued *(mm/dd/yyyy)*

   [X] Other *(Please Specify Name of Document and Dates of Issuance)*

  3. I entered as:

   [ ] An immigrant (lawful permanent resident) using an immigrant visa

   [ ] A nonimmigrant

   [ ] A refugee

   [X] Other *(Explain)* _____

  4. I obtained lawful permanent resident status through adjustment of status *(If applicable)*:

   Date you became a Permanent Resident *(mm/dd/yyyy)*          USCIS (or former INS) Office where granted adjustment of status

F. **Have you previously applied for a certificate of citizenship or U.S. passport?**     [X] No     [ ] Yes *(Attach Explanation)*

**Part 3.  Additional Information About You.** *(Provide additional information about yourself, if you are the person applying for the Certificate of Citizenship  If you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child, provide the additional information about your minor child).  Continued.*

G.  Were you adopted?   [X] No        [ ] Yes *(Please complete the following information)*:

Date of Adoption *(mm/dd/yyyy)*

Place of Final Adoption *(City/State or Country)*

| | |
|---|---|

Date Legal Custody Began *(mm/dd/yyyy)*

Date Physical Custody Began *(mm/dd/yyyy)*

| | |
|---|---|

H.  Did you have to be re-adopted in the United States?     [ ] No    [ ] Yes *(Please complete the following information)*:

Date of Final Adoption *(mm/dd/yyyy)*

Place of Final Adoption *(City/State)*

| | |
|---|---|

Date Legal Custody Began *(mm/dd/yyyy)*

Date Physical Custody Began *(mm/dd/yyyy)*

| | |
|---|---|

I.  Were your parents married to each other when you were born (or adopted)?     [ ] No    [X] Yes

J.  Have you been absent from the United States since you first arrived? *(Only for persons born before October 10, 1952, who are claiming U.S. citizenship at time of birth; otherwise, do not complete this section.)*     [X] No    [ ] Yes

If yes, complete the following information about all absences, beginning with your most recent trip.  If you need more space, use a separate sheet of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Place of Entry Upon Return to the United States |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Part 4.  Information About U.S. Citizen Father (or Adoptive Father).** *(Complete this section if you are claiming citizenship through a U.S. citizen father.  If you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below.)*

A.  Current legal name of U.S. citizen father.

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| GARZA | WILFREDO | |

B.  Date of Birth *(mm/dd/yyyy)*

C.  Country of Birth

D.  Country of Nationality

| | | |
|---|---|---|
| 08/15/1946 | MEXICO | MEXICAN |

E.  Home Address - Street Number and Name *(If deceased, so state and enter date of death)*          Apartment Number

1722 COMAL COVE

| City | County | State/Province | Country | Zip/Postal Code |
|---|---|---|---|---|
| SAN ANTONIO | | TEXAS | USA | 78264 |

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05) Page 3

**Part 4.  Information About U.S. Citizen Father (or Adoptive Father).** *(Complete this section if you are claiming citizenship through a U.S. citizen father.  If you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below.)* **Continued.**

**F.  U.S. citizen by:**

[X] Birth in the United States

[ ] Birth abroad to U.S. citizen parent(s)

[ ] Acquisition after birth through naturalization of alien parent(s)

[ ] Naturalization

| Date of Naturalization *(mm/dd/yyyy)* | Place of Naturalization *(Name of Court and City/State or USCIS or Former INS Office Location)* |
|---|---|
| | |

| Certificate of Naturalization Number | Former "A" Number *(If known)* |
|---|---|
| | |

**G.  Has your father ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?**

[X] No     [ ] Yes *(Provide full explanation on a separate sheet(s) of paper.)*

**H.  Dates of Residence and/or Physical Presence in the United States** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

Provide the dates your U.S. citizen father resided in or was physically present in the United States.  If you need more space, use a separate sheet(s) of paper.

| From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* |
|---|---|
| 08/15/1946 | 10/18/2005 |
| | |
| | |

**H.  Marital History**

1. How many times has your U.S. citizen father been married (including annulled marriages)? [ ]

2. Information about U.S. citizen father's current spouse:

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth | Country of Nationality |
|---|---|---|
| | | |

| Home Address - Street Number and Name | Apartment Number |
|---|---|
| | |

| City | County | State or Province | Country | Zip/Postal Code |
|---|---|---|---|---|
| | | | | |

| Date of Marriage *(mm/dd/yyyy)* | Place of Marriage *(City/State or Country)* |
|---|---|
| | |

Spouse's Immigration Status:

[ ] U.S. Citizen     [ ] Lawful Permanent Resident     [ ] Other *(Explain)* _____

3. Is your U.S. citizen father's current spouse also your mother?     [ ] No     [ ] Yes

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05) Page 4

**Part 5.  Information About Your U.S. Citizen Mother (or Adoptive Mother).** *(Complete this section if you are claiming citizenship through a U.S. citizen mother (or adoptive mother). If you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below).*

A.  Current legal name of U.S. citizen mother.

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
|  |  |  |

| B.  Date of Birth *(mm/dd/yyyy)* | C.  Country of Birth | D.  Country of Nationality |
|---|---|---|
|  |  |  |

E.  Home Address - Street Number and Name *(If deceased, so state and enter date of death)*                Apartment Number

| City | County | State/Province | Country | Zip/Postal Code |
|---|---|---|---|---|
|  |  |  |  |  |

F.  U.S. citizen by:

☐  Birth in the United States

☐  Birth abroad to U.S. citizen parent(s)

☐  Acquisition after birth through naturalization of alien parent(s)

☐  Naturalization

| Date of Naturalization *(mm/dd/yyyy)* | Place of Naturalization *(Name of Court and City/State or USCIS or Former INS Office Location)* |
|---|---|
|  |  |

| Certificate of Naturalization Number | Former "A" Number *(If known)* |
|---|---|
|  |  |

G.  Has your mother ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?

☐  No        ☐  Yes *(Provide full explanation on a separate sheet(s) of paper.)*

H.  **Dates of Residence and/or Physical Presence in the United States** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

Provide the dates your U.S. citizen mother resided in or was physically present in the United States. If you need more space, use a separate sheet(s) of paper.

| From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* |
|---|---|
|  |  |
|  |  |
|  |  |

H.  **Marital History**

1.  How many times has your U.S. citizen mother been married (including annulled marriages)?

2.  Information about U.S. citizen mother's **current** spouse:

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
|  |  |  |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth | Country of Nationality |
|---|---|---|
|  |  |  |

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05) Page 5

**Part 5. Information About Your U.S. Citizen Mother (or Adoptive Mother).** *(Complete this section if you are claiming citizenship through a U.S. citizen mother (or adoptive mother). If you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about **yourself** below).* **Continued.**

2. Information about U.S. citizen mother's **current spouse:** *(Continued.)*

Home Address - Street Number and Name

Apartment Number

| City | County | State or Province | Country | Zip/Postal Code |
|---|---|---|---|---|

Date of Marriage *(mm/dd/yyyy)*

Place of Marriage *(City/State or Country)*

Spouse's Immigration Status:

☐ U.S. Citizen    ☐ Lawful Permanent Resident    ☐ Other *(Explain)* _____

3. Is your U.S. citizen mother's current spouse also your father?    ☐ No    ☐ Yes

**Part 6. Information About Military Service of U. S. Citizen Parent(s).** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

1. Has your U. S. citizen parent(s) served in the armed forces?    ☐ No    ☐ Yes

2. If "Yes," which parent?    ☐ U.S. Citizen Father    ☐ U.S. Citizen Mother

3. Dates of Service. *(If time of service fulfills any of required physical presence, submit evidence of service.)*

| From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* | From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* |
|---|---|---|---|

4. Type of discharge.    ☐ Honorable    ☐ Other than Honorable    ☐ Dishonorable

### Part 7. Signature.

I certify, under penalty of perjury under the laws of the United States, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records, or my minor child's records, that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

| Applicant's Signature | Printed Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *JoSE A GRZA* | JOSE ANGEL GARZA | 10/19/2005 |

### Part 8. Signature of Person Preparing This Form, If Other Than Applicant.

I declare that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above-named person in response to the questions contained on this form.

| Preparer's Signature | Preparer's Printed Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| ⟨signature⟩ | JAIME DIEZ | 10/19/2005 |

| Name of Business/Organization *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|
| JONES & CRANE | ( 956 ) 544-3565 |

Preparer's Address - Street Number and Name

PO BOX 3070

| City | County | State | Zip Code |
|---|---|---|---|
| BROWNSVILLE | | TX | 78523 |

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05 Page 6

**NOTE:** Do not complete the following parts unless a USCIS officer instructs you to do so at the interview.

## Part 9. Affidavit.

I, the (applicant, parent or legal guardian)_____ do swear or affirm, under penalty of perjury laws of the United States, that I know and understand the contents of this application signed by me, and the attached supplementary pages number (_____) to (_____) inclusive, that the same are true and correct to the best of my knowledge, and that corrections number (_____) to (_____) were made by me or at my request.

Signature of parent, guardian or applicant

Date *(mm/dd/yyyy)*

Subscribed and sworn or affirmed before me upon examination of the applicant (parent, guardian) on _____ at

Signature of Interviewing Officer

Title

## Part 10. Officer Report and Recommendation on Application for Certificate of Citizenship.

On the basis of the documents, records and the testimony of persons examined, and the identification upon personal appearance of the underage beneficiary, I find that all the facts and conclusions set forth under oath in this application are ☐ true and correct; that the applicant did ☐ derive or acquire U.S. citizenship on _____ *(mm/dd/yyyy)*, through *(mark "X" in appropriate section of law or, if section of law not reflected, insert applicable section of law in "Other" block)*: ☐ section 301 of the INA     ☐ section 309 of the INA ☐ section 320 of the INA     ☐ section 321 of the INA     ☐ Other and that (s)he ☐ *has* ☐ *has not* been expatriated since that time. I recommend that this application be ☐ *granted* ☐ *denied* and that ☐ *A or* ☐ *AA* Certificate of Citizenship be issued in the name of_____

District Adjudication Officer's Name and Title

District Adjudication Officer's Signature

I do ☐ concur in recommendation of the application.

District Director or Officer-in-Charge Signature

Date *(mm/dd/yyyy)*

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: N-600 APPLICATION FOR CERTIFICATE CITIZENSHIP | Date: 10/19/2005 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Jose A GARZA | ☐ Petitioner ☐ Beneficiary | ☒ Applicant |
| Address: (Apt. No.)    (Number & Street) 1003 East Jefferson | (City) Brownsville | (State) TX | (Zip Code) 78520 |
| Name: | ☐ Petitioner ☐ Beneficiary | ☐ Applicant |
| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____ US Supreme Court _____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with:

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Jones & Crane PO BOX 3070 Brownsville, TX 78523 |
| NAME (Type or Print) Jaime DIEZ | TELEPHONE NUMBER (956) 544-3565 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Jaime DIEZ

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting JOSE A GARZA | Date 10/19/2005 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ

Form G-28 (09/26/00)Y

## JONES & CRANE

*Attorneys at Law*
862 W. Price Road
Brownsville, TX 78520

Tel 956 793-8848                                                  Fax 956 969-0118

JaimeMDiez@aol.com

November 14, 2005

Mr. Alfonso de Leon
District Director
BCIS Examinations
1709 Zoy Street
Harlingen, Texas 78550

REF:   ELIGIBILITY FOR A CERTIFICATE OF CITIZENSHIP
      NAME:     JOSE GARZA-AGUILERA
      FILE NO:
      DOB:      10-24-2005

Dear Mr. De Leon:

Please find enclosed Form G-28, Notice of Appearance as Attorney of Record for the above named applicant. In this respect, I have also enclosed Form N-600, Application for a Certificate of Citizenship, and Form I-765, Application for Employment Authorization.

Mr. Garza, who was born in Mexico on October 24, 1974, acquired U.S. Citizenship through his USC father, whose name is Wilfredo Garza. Mr. Garza, the Source Parent was born on August 15, 1946, in Brownsville, Texas has lived all of his life in the United States. In this respect, Mr. Garza was 28 years old when his son was born.

In this case, since the applicant was born on October 24, 1974 the pertinent law is the Act of 1952. Under this Act, a child born outside of the United States of one citizen parent and one alien parent, acquired United States citizenship only if the citizen parent had been present in the United States or its outlying possession for a period or period totaling the 10 years, five of which were after attaining the age of fourteen, prior to the birth of the applicant.

In support of respondent's application for a certificate of Citizenship I have enclosed a consistent and credible affidavit by the source parent in which he attests that he has always lived in the United States. In this respect, as required under the regulations, if BCIS has any questions regarding the facts in this affidavit, the Source Parent is willing and available to answer any question regarding his time in the United States and will appear to your office when requested. In addition, I have enclosed the source parent social security earnings as further evidence that the source parent has always lived in the United States. Finally, I have also enclosed a copy of the source parents birth certificates of his other brother's and sisters. As you can see, all of his siblings were also born in the United States.

In this regard, we believe that the affidavit and the other evidence we are submitting establishes by the preponderance of the evidence that the source parent was in the U.S. from birth (thas is from 1946) through the applicant's birth. Therefore, respondent's meets the statutory requirements for a certificate of citizenship because he has established by a preponderance of the evidence that his USC father was physically present in the U.S. for at least ten years prior to his birth, five of them after the age of fourteen, as required by law.

If we can provide you with any other information, please let us know. Otherwise, we look forward to a hearing on this case.


Jaime Diez
Attorney at Law



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL
REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN H.
MATAMOROS SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL
VICENTE MARTINEZ GUAJARDO QUE CONTIENE LOS SIGUIENTES DATOS :



# ACTA DE NACIMIENTO

OFICIALIA : 2          LIBRO No. 21          ACTA No. 4071          CRIP : 280220284040651

CURP : = = = = =                              FECHA DE REGISTRO : 05/11/1984

LUGAR DEL REGISTRO :    H. MATAMOROS, TAMAULIPAS

NOMBRE :                                                                          SEXO :

JOSE ANGEL GARZA AGUILERA                                                         MASCULINO

FECHA DE NACIMIENTO :      HORA DE NACIMIENTO :       COMPARECIO :               PRESENTADO

01/11/1974                 08:00                      MADRE                      VIVO

LUGAR DE NACIMIENTO :

HEROICA MATAMOROS, TAMAULIPAS.

CERTIFICADO NACIMIENTO :        = = = = =

NOMBRE DEL PADRE :                                   NACIONALIDAD :             EDAD :

WILFREDO GARZA GALVAN                                NORTEAMERICANA             38 AÑOS

NOMBRE DE LA MADRE :                                 NACIONALIDAD :             EDAD :

MARIA LUISA AGUILERA SANCHEZ                         MEXICANA                   35 AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO
DE TAMAULIPAS, EN H. MATAMOROS A LOS 17 DIAS DEL MES DE JUNIO DEL 2004. DOY FE.

SELLO DEL
REGISTRO CIVIL



6722

Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 2a. DE H. MATAMOROS

# AFFIDAVIT OF RESPONDENT USC FATHER (WILFREDO GARZA) (SOURCE PARENT)

**Where he states that he has always lived in the United States. In fact, all of his family is from the United States.**

Wilfredo Garza (SOURCE PARENT)
      DOB- 8-15-1946        Place Birth- Cameron County, Texas
          Father-      Leopoldo GARZA    Place Birth- Texas
          Mother-     Guadalupe GALVAN Place Birth-Texas

# SOCIAL SECURITY EARNINGS
# OF RESPONDENT USC FATHER
# (WILFREDO GARZA) (SOURCE PARENT)

Social Security Earnings for Respondent USC Father that shows earning from 1963 through 1986..

Wilfredo Garza (SOURCE PARENT)
        DOB- 8-15-1946              Place Birth- Cameron County, Texas
            Father-        Leopoldo GARZA     Place Birth- Texas
            Mother-        Guadalupe GALVAN Place Birth-Texas





# STATE OF TEXAS

## TEXAS DEPARTMENT OF HEALTH
### BUREAU OF VITAL STATISTICS

STATE OF TEXAS      DELAYED CERTIFICATE OF BIRTH  31  CERTIFICATE NO. 132549

| | | | |
|---|---|---|---|
| **REGISTRANT** (Person whose birth is being registered) | 1. NAME (a) First **Maria** | (b) Middle **Felicitas** | (c) Last **Garza** | 2. DATE OF BIRTH **5/4/1941** |
| | 3. COLOR OR RACE **White** | 4. SEX **Female** | 5a. CITY OR TOWN OF BIRTH (if outside city limits) **El Jardin, (Ranch)** | 5b. COUNTY OF BIRTH **Cameron** COUNTY, TEXAS |
| **FATHER** | 6. FULL NAME (a) First **Leopoldo** | (b) Middle | (c) Last **Garza** | 7. STATE OR COUNTRY OF FATHER'S BIRTH **Texas** |
| **MOTHER** | 8. MAIDEN NAME (a) First **Guadalupe** | (b) Middle | (c) Last **Galvan** | 9. STATE OR COUNTRY OF MOTHER'S BIRTH **Texas** |

| | | | |
|---|---|---|---|
| **AFFIDAVIT** [Seal] | I hereby declare upon oath that the above statements are true to the best of my knowledge and belief. Subscribed and sworn to before me on 12-14-66 19 | 10. SIGNATURE OF REGISTRANT *Maria Felicitas Garza* | 11. PRESENT ADDRESS OF REGISTRANT (Street Address, City and State) **403 E. St. Frances St.** |
| | | 12. SIGNATURE OF NOTARY PUBLIC *Mrs. A. W. Price* | 13. NOTARY PUBLIC COMMISSION EXPIRES **June 1st, 1967** 19 |

**DO NOT WRITE BELOW THIS LINE**

| | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
|---|---|---|---|---|
| **SUPPORTING DOCUMENT 1.** | Cert. of Baptismal Record, Our Lady of Guadalupe Church | Pastor, Brownsville, Texas | 1-3-1967 | 12-16-1945 |
| | DATE OF BIRTH **5-4-1941** | PLACE OF BIRTH **Cameron County, Tex.** | FULL NAME OF MOTHER **Guadalupe Galvan** | NAME OF FATHER **Leopoldo Garza** |
| **SUPPORTING DOCUMENT 2.** | TYPE OF DOCUMENT Cert. of School Record, Cameron County Schools | BY WHOM ISSUED AND SIGNED County Supt. of Schools, Brownsville, Texas | DATE ISSUED 12-14-1966 | DATE ORIGINAL ENTRY 3-31-1948 |
| | DATE OF BIRTH **5-4-1941** | PLACE OF BIRTH **Cameron County, Tex.** | FULL NAME OF MOTHER **Guadalupe Galvan** | NAME OF FATHER **Leopoldo Garza** |
| **SUPPORTING DOCUMENT 3.** | TYPE OF DOCUMENT Aff't of Aunt Josefa G. Hernandez, 2043 E. Polk St., Brownsville, Tex. | BY WHOM ISSUED AND SIGNED Ms. A. W. Price, N.P., Cameron County, Texas | DATE Rec'd 1-4-1967 | DATE ORIGINAL ENTRY 12-14-1966 |
| | DATE OF BIRTH **5-4-1941** | PLACE OF BIRTH **Cameron County, Tex.** | FULL NAME OF MOTHER **Guadalupe Galven** | NAME OF FATHER **Leopoldo Garza** |
| **SUPPORTING DOCUMENT 4.** | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
| | DATE OF BIRTH | PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER |

| **QUALIFYING INFORMATION** | |
|---|---|

| **STATE REGISTRAR'S CERTIFICATION** | I hereby certify that the documentary evidence, abstracted above, has been reviewed and that it substantiates the facts as set forth regarding the registrant. [Rule 51a,Article 4477, Revised Civil Statutes of Texas] |
|---|---|
| | STATE REGISTRAR *M Carroll*    EVIDENCE REVIEWED BY *Addie S. Lawrence*    DATE FILED **January 5, 1967** |

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Rule 54a Article 4477, Revised Civil Statutes of Texas.

ISSUED MAY 1 5 1989

*J. L. Howze*
J. L. HOWZE   STATE REGISTRAR

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.


**CERTIFICATION OF VITAL RECORD**



# BIRTH CERTIFICATE OF RESPONDENT USC FATHER (WILFREDO GARZA) (SOURCE PARENT)

### Brother and Sisters
### All of them were born in Texas

1- Maria Felicitas Garza
   DOB- 5-4-1941      Place Birth- Cameron County, Texas
   Father-           Leopoldo GARZA     Place Birth- Texas
   Mother-           Guadalupe GALVAN Place Birth-Texas

2. Wilfredo Garza (SOURCE PARENT)
   DOB- 8-15-1946             Place Birth- Cameron County, Texas
   Father-           Leopoldo GARZA     Place Birth- Texas
   Mother-           Guadalupe GALVAN Place Birth-Texas

3. Juanita GALVAN
   DOB- 8-15-1951     Place Birth- Brownsville, Texas
   Father-
   Mother-           Guadalupe GALVAN Place Birth-Texas (Vurel Ranch)

4. Maria Virginia FREEZE
   DOB- 8-15-1962     Place Birth- Port Isabel
   Father-           Eddie Odell FREEZE Place Birth-Texas
   Mother-           Guadalupe GALVAN Place Birth-Texas

   When Maria Virginia was born in Port Isabel, Texas the source parent was 16 years old.

# BIRTH CERTIFICATE OF RESPONDENT USC FATHER (WILFREDO GARZA) (SOURCE PARENT) MOTHER

### Guadalupe Galvan was also born in Texas and also both of his parents were born in Texas

1. Guadalupe GALVAN
   DOB- 12-1-1923     Place Birth- Cameron County, Texas
   Father-           Ismael GALVAN      Place Birth- Texas
   Mother-           Felicitas NARVAIZ   Place Birth-Texas

### All of them were born in Texas



# City of Brownsville, Texas

The Office of the City Secretary

TEXAS DEPARTMENT OF HEALTH
## BUREAU OF VITAL STATISTICS
STANDARD CERTIFICATE OF BIRTH

1. PLACE OF BIRTH
STATE OF TEXAS
COUNTY OF __Cameron__

CITY OR PRECINCT No. __Brownsville, Texas__

Mercy Hospital
GIVE STREET AND NUMBER OR NAME OF INSTITUTION

2. FULL NAME OF CHILD __Wilfredo Garza__

RESIDENCE OF THE MOTHER STREET AND No. __Rt. 1. Box 206__   CITY __Brownsville__   COUNTY __Cameron__   STATE __Texas__

3. SEX __Male__

FOR PLURAL BIRTHS ONLY
4. TWIN, TRIPLET, OTHER
5. NUMBER, IN ORDER OF BIRTH

6. LEGITIMATE? __Yes__

7. DATE OF BIRTH __August 15, 1946__

FATHER

8. FULL NAME __Leopoldo Garza__

SOCIAL SECURITY NUMBER

9. POST-OFFICE ADDRESS __Brownsville, Texas__

10. COLOR OR RACE __White__

11. AGE AT LAST BIRTHDAY (YEARS)

MOTHER

14. FULL MAIDEN NAME __Guadalupe Galvan__

SOCIAL SECURITY NUMBER

15. POST-OFFICE ADDRESS __Same__

16. COLOR OR RACE __White__

17. AGE AT LAST BIRTHDAY __24__ (YEARS)

12. BIRTHPLACE (STATE OR COUNTRY) __Brownsville, Texas__

13A. TRADE, PROFESSION OR KIND OF WORK DONE __Laborer__

13B. INDUSTRY OR BUSINESS IN WHICH ENGAGED—

18. BIRTHPLACE (STATE OR COUNTRY) __Brownsville, Texas__

19A. TRADE, PROFESSION OR KIND OF WORK DONE __Housewife__

19B. INDUSTRY OR BUSINESS ENGAGED __Own home__

20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH __4__

21. NUMBER OF CHILDREN BORN TO THIS MOTHER AND NOW LIVING __2__

SIGNATURE OF INFORMANT __Mrs. L. Garza__

ADDRESS OF INFORMANT __Rt. 1, Box 206, Brownsville, Tex__

22. MEDICAL ATTENDANCE
I HEREBY CERTIFY THAT I ATTENDED THE BIRTH OF THIS CHILD   BORN ALIVE / STILLBORN   AT __11:41 P.__ N. ON THE ABOVE DATE

AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS __Ag No 3 1%__

DATE __August 18, 1946__   SIGNATURE __S. J. Merrill__   M. D. RES.   POST-OFFICE ADDRESS __Brownsville, Tex__

23. FILE NUMBER __46-598__   FILE DATE __8/20, 1946__   SIGNATURE OF LOCAL REGISTRAR __J. W. Sloss__   POST-OFFICE ADDRESS __Brownsville, Tex.__

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code

Vol. 14 Pg. 59
ISSUED  01-30-2004

Inelda T. Garcia
City Secretary/Local Registrar

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



CERTIFICATION OF BIRTH

# CITY OF BROWNSVILLE

CERT. NO. 085397-46

NAME WILFREDO GARZA

DATE OF BIRTH 08-15-1946 SEX MALE

PLACE OF BIRTH CAMERON COUNTY, TEXAS

F. NAME LEOPOLDO GARZA

M. NAME GUADALUPE GALVAN

DATE FILED 09-06-46        DATE ISSUED 08-04-98

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS AS RECORDED IN THIS OFFICE, OR HAS BEEN PROVIDED TO THIS OFFICE BY THE TEXAS DEPARTMENT OF HEALTH, BUREAU OF VITAL STATISTICS, FROM A DOCUMENT IN ITS CUSTODY.

Deputy

W18917

Melissa Dennany Morales
City Secretary/Local Registrar
Office of the City Secretary
City of Brownsville, Texas