# City of Brownsville, Texas

The Office of the City Secretary

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

## CERTIFICATE OF BIRTH

STATE OF TEXAS

1. PLACE OF BIRTH
a. COUNTY: Cameron
b. CITY OR TOWN (If outside corporate limits, write RURAL and give precinct no.): Brownsville, Texas
c. FULL NAME OF HOSPITAL OR INSTITUTION (If NOT in hospital or institution, give street address or location): 1908-Van Buren St.

2. USUAL RESIDENCE OF MOTHER (Where does mother live?)
a. STATE: Texas
b. COUNTY: Cameron
c. CITY OR TOWN (If outside corporate limits, write RURAL and give precinct no.): Brownsville, Texas
d. STREET ADDRESS (If rural, give location): 1908 - Van Buren St.

3. CHILD'S NAME (Type or print) a. (First): Juanita b. (Middle): c. (Last): Galvan

4. SEX: Female
5a. THIS BIRTH: Twin ☐ Single ☒ Triplet ☐
5b. IF TWIN OR TRIPLET (This child born): 1st ☐ 2nd ☐ 3rd ☐
6. LEGITIMATE? No
7. DATE OF BIRTH: February 12, 1951

FATHER OF CHILD

8. FULL NAME a. (First) b. (Middle) c. (Last)
9. COLOR OR RACE
10. AGE (At time of this birth) YEARS
11. BIRTHPLACE (State or foreign country)
12a. USUAL OCCUPATION
12b. KIND OF BUSINESS OR INDUSTRY

MOTHER OF CHILD

13. FULL MAIDEN NAME a. (First): Guadalupe b. (Middle): c. (Last): Galvan
14. COLOR OR RACE: White
15. AGE (At time of this birth): 25 YEARS
16. BIRTHPLACE (State or foreign country): Vurel Ranch, Texas
17a. USUAL OCCUPATION: Housewife
17b. KIND OF BUSINESS OR INDUSTRY: Own Home

18. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)
a. How many children are now living? 2
b. How many children were born alive but are now dead? none
c. How many OTHER children were stillborn (born dead after 20 weeks pregnancy)? none

19a. INFORMANT: Belen H. Lopez
19b. ADDRESS: 726 Taylor St.

20. I hereby certify that I attended the birth of this child who was born alive ~~XXXXXX~~ on the date stated above at 6:20 A. M.

21a. ATTENDANT'S SIGNATURE: Belen H. Lopez
21b. ATTENDANT AT BIRTH: M. D. ☐ MIDWIFE ☒ OTHER (Specify)
21c. ATTENDANT'S ADDRESS: 726 Taylor St.
21d. DATE SIGNED: February 15, 1951

22a. REGISTRAR'S FILE NO.: 51-195
22b. DATE REC'D BY LOCAL REGISTRAR: 2/15/51
22c. REGISTRAR'S SIGNATURE: J. W. Sloss

MILITARY SERVICE RECORD OF FATHER

S140202

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED [illegible]

Inelda T. Garcia
City Secretary/Local Registrar

STATE OF TEXAS

CITY OF BROWNSVILLE, TEXAS INCORPORATED FEBRUARY 7, 1853

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY

American Bank Note Company

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# City of Brownsville, Texas

## The Office of the City Secretary

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO.

Texas Department of Health Resources — Bureau of Vital Statistics

| Field | Entry |
|---|---|
| 1. PLACE OF BIRTH a. COUNTY | Cameron |
| b. CITY OR TOWN (If outside city limits, give precinct no.) | Brownsville, Texas |
| c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address) | Mercy Hospital |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? | YES X NO |
| 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) a. STATE | Texas |
| b. COUNTY | Cameron |
| c. CITY OR TOWN (If outside city limits, give precinct no.) | Port Isabel |
| ZIP-CODE | |
| d. STREET ADDRESS (If rural, give location) | P. O. Box 651 |
| e. IS RESIDENCE INSIDE CITY LIMITS? | YES X NO |
| f. IS RESIDENCE ON A FARM? | YES NO X |
| CHILD 3. NAME (Type or Print) (a) First (b) Middle (c) Last | Mary Virginia Freeze |
| 4. DATE OF BIRTH | September 7, 1962 |
| 5. SEX | Female |
| 6a. THIS BIRTH | SINGLE X TWIN TRIPLET |
| 6b. IF TWIN OR TRIPLET, WAS CHILD BORN | 1st 2nd 3rd |
| FATHER 7. NAME (a) First (b) Middle (c) Last | Eddie Odell Freeze |
| 8. COLOR OR RACE | White |
| 9. AGE (At time of this birth) | 44 YEARS |
| 10. BIRTHPLACE (State or foreign country) | Texas |
| 11a. USUAL OCCUPATION | Captain |
| 11b. KIND OF BUSINESS OR INDUSTRY | Shrimp Boat |
| MOTHER 12. MAIDEN NAME (a) First (b) Middle (c) Last | Guadalupe Galvan |
| 13. COLOR OR RACE | White |
| 14. AGE (At time of this birth) | 38 YEARS |
| 15. BIRTHPLACE (State or foreign country) | Texas |
| 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) a. How many OTHER children are now living? | 3 |
| b. How many OTHER children were born alive but are now dead? | 1 |
| c. How many children were born dead (fetal deaths after 20 weeks pregnancy)? | 0 |
| 17. INFORMANT | X her mark, MRs. O. Freeze |
| 18. I hereby certify that this child was born alive on the date stated above at | 10:29 A. m. |
| 19a. ATTENDANT'S SIGNATURE | J. B. Miller |
| 19b. ATTENDANT AT BIRTH | M.D. X D.O. MIDWIFE OTHER |
| 19c. ATTENDANT'S ADDRESS | Brownsville, Texas |
| 19d. DATE SIGNED | September 8, 1962 |
| 20a. REGISTRAR'S FILE NO. | 62-1558 |
| 20b. DATE REC'D BY LOCAL REGISTRAR | June 19, 1968 |
| 20c. REGISTRAR'S SIGNATURE | W. D. Carroll |

S140203

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code

ISSUED APR 11 20[illegible]

Inelda T. Garcia
City Secretary/Local Registrar




DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
CERTIFICATE OF BIRTH

1585932

PLACE OF BIRTH
STATE OF TEXAS
COUNTY OF Cameron
CITY OR PRECINCT NO. Bradley Ranch ... Southmost Road

Guadalupe Galvan

DATE OF BIRTH December 1, 1923

FATHER

FULL NAME Manuel Galvan
RESIDENCE AT TIME OF THIS BIRTH Bradley Ranch
COLOR OR RACE White
AGE AT TIME OF THIS BIRTH 50
BIRTHPLACE (STATE OR COUNTRY) Texas
TRADE, PROFESSION OR KIND OF WORK DONE Laborer

MOTHER

MAIDEN NAME Felicitas Marjalz
RESIDENCE AT TIME OF THIS BIRTH Bradley Ranch
COLOR OR RACE White
BIRTHPLACE (STATE OR COUNTRY) Matamoros, Tamps., Mexico
TRADE, PROFESSION OR KIND OF WORK DONE Housewife
INDUSTRY OR BUSINESS IN WHICH ENGAGED Own Home

I HEREBY CERTIFY TO THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT 12 midnight ON THE DATE STATED ABOVE.

ADDRESS Matamoros, Tamps., Mexico

AFFIDAVIT

TEXAS DEPARTMENT OF HEALTH
FILED MAY 1951

STATE OF TEXAS
COUNTY OF Cameron

BEFORE ME ON THIS DAY APPEARED Felicitas Galvan
KNOWN TO ME TO BE THE PERSON WHO SIGNED THE CERTIFICATE ATTACHED HERETO, WHO ON OATH ... THAT THE FACTS STATED IN THE FOREGOING BIRTH CERTIFICATE OF Guadalupe Galvan ARE TRUE AND CORRECT TO THE BEST OF HER KNOWLEDGE AND BELIEF, AND THAT SHE WAS ACQUAINTED WITH THE FACTS AT THE TIME OF THE EVENT.

SIGNED [signature]

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 24th DAY OF April 1951.

(SEAL) NOTARY PUBLIC IN AND FOR Cameron COUNTY, TEXAS

AFFIDAVIT

STATE OF TEXAS
COUNTY OF Cameron

BEFORE ME ON THIS DAY APPEARED Adelberto Oliveria
KNOWN TO ME TO BE THE PERSON WHO SIGNED THIS AFFIDAVIT, WHO ON OATH DEPOSES AND SAYS THAT THE FACTS STATED IN THE FOREGOING BIRTH CERTIFICATE OF Guadalupe Galvan ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, AND THAT HE IS ACQUAINTED WITH THE FACTS AND THAT HE IS ... RELATED TO THE INDIVIDUAL BY BLOOD OR MARRIAGE.

SIGNED Adelberto Oliveria

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 24th DAY OF April 1951.

(SEAL) NOTARY PUBLIC IN AND FOR Cameron COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF Cameron

THE BIRTH CERTIFICATE OF Guadalupe Galvan
ATTACHED HERETO, WAS SUBMITTED TO THIS COURT, AS PROVIDED FOR IN H. B. No. 914, ... AND IT IS THE ORDER OF THIS COURT THAT THIS RECORD BE ACCEPTED BY THE STATE REGISTRAR FOR FILING WITH THE BUREAU OF VITAL STATISTICS.

SIGNED [signature]

April 24th, 1951. ... OF Cameron COUNTY

STATE OF TEXAS
COUNTY OF TRAVIS

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT PHOTOGRAPHIC COPY OF THE ORIGINAL CERTIFICATE FILED IN THE BUREAU OF VITAL STATISTICS, TEXAS DEPARTMENT OF HEALTH, AUSTIN, TEXAS.

ISSUED
February 1, 1962

[signature] W. Carroll

ESTADOS UNIDOS MEXICANOS

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, Y COMO OFICIAL 3o. DEL REGISTRO CIVIL CERTIFICO QUE EN LA OFICIALIA 3era. DEL REGISTRO CIVIL EN ESTACION RAMIREZ, MATAMOROS OBRA ASENTADA UNA ACTA DE MATRIMONIO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE MATRIMONIO

OFICIALIA No. 3 LIBRO No. 2 ACTA No. 350 FOJA No. 150

FECHA DEL REGISTRO: 09/10/1967 LUGAR: ESTACION RAMIREZ, MATAMOROS, TAMAULIPAS

CRIP DE EL: ===== CRIP DE ELLA: =====

NOMBRE DEL CONTRAYENTE: WILFREDO GARZA GALVAN NACIONALIDAD: MEXICANA
LUGAR DE NACIMIENTO: BROWNSVILLE, . TEXAS, ESTADOS UNIDOS EDAD: 21 AÑOS

NOMBRE DE LA CONTRAYENTE: MA. LUISA AGUILERA SANCHEZ NACIONALIDAD: MEXICANA
LUGAR DE NACIMIENTO: SANTA BARBARA . TAMAULIPAS, MEXICO EDAD: 18 AÑOS

PADRE DEL CONTRAYENTE: LEOPOLDO GARZA NACIONALIDAD: =====
MADRE DEL CONTRAYENTE: GUADALUPE GALVAN NACIONALIDAD: =====

PADRE DE LA CONTRAYENTE: ANGEL AGUILERA NACIONALIDAD: =====
MADRE DE LA CONTRAYENTE: AGUSTINA SANCHEZ NACIONALIDAD: =====

TESTIGO: MANUEL GALVAN NACIONALIDAD: ===== EDAD: 50 AÑOS
TESTIGO: REYNALDO IZAGUIRRE NACIONALIDAD: ===== EDAD: 40 AÑOS
TESTIGO: JUAN GARCIA CASTORENA NACIONALIDAD: ===== EDAD: 26 AÑOS
TESTIGO: ========== NACIONALIDAD: ===== EDAD: ==

NOMBRE(S) DE LA(S) PERSONAS QUE DA(N) SU CONSENTIMIENTO POR MINORIA DE EDAD DE LO(S) CONTRAYENTE(S).
==========

AUTORIZACION DE LA SECRETARIA DE GOBERNACION EN EL CASO DE CONTRAYENTE(S) EXTRANJERO(S).
==========

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE: SOCIEDAD CONYUGAL

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES:
==========

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS. EN ESTACION RAMIREZ, MATAMOROS A LOS 28 DIAS DEL MES DE ENERO DEL 2004. DOY FE.

SELLO DEL REGISTRO CIVIL

Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 3a DE MATAMOROS

ALFREDO LUCERO QUINTANILLA
OFICIAL 3o. DEL REGISTRO CIVIL

0258411

28/1-21 L-LVM I-LVM

COSTO $43.00

**JONES & CRANE**
*Attorneys at Law*
862 W. Price Road
Brownsville, TX 78520

Tel 956 793-8848 Fax 956 969-0118
JaimeMDiez@aol.com

November 14, 2005

Mr. Alfonso de Leon
District Director
BCIS Examinations
1709 Zoy Street
Harlingen, Texas 78550

REF: ELIGIBILITY FOR A CERTIFICATE OF CITIZENSHIP
NAME: JOSE GARZA-AGUILERA
FILE NO:
DOB: [illegible]

Dear Mr. De Leon:

Please find enclosed Form G-28, Notice of Appearance as Attorney of Record for the above named applicant. In this respect, I have also enclosed Form N-600, Application for a Certificate of Citizenship, and Form I-765, Application for Employment Authorization.

Mr. Garza, who was born in Mexico on October 24, 1974, acquired U.S. Citizenship through his USC father, whose name is Wilfredo Garza. Mr. Garza, the Source Parent was born on August 15, 1946, in Brownsville, Texas has lived all of his life in the United States. In this respect, Mr. Garza was 28 years old when his son was born.

In this case, since the applicant was born on October 24, 1974the pertinent law is the Act of 1952. Under this Act, a child born outside of the United States of one citizen parent and one alien parent, acquired United States citizenship only if the citizen parent had been present in the United States or its outlying possession for a period or period totaling the 10 years, five of which were after attaining the age of fourteen, prior to the birth of the applicant.

In support of respondent's application for a certificate of Citizenship I have enclosed a consistent and credible affidavit by the source parent in which he attests that he has always lived in the United States. In this respect, as required under the regulations, if BCIS has any questions regarding the facts in this affidavit, the Source Parent is willing and available to answer any question regarding his time in the United States and will appear to your office when requested. In addition, I have enclosed the source parent social security earnings as further evidence that the source parent has always lived in the United States. Finally, I have also enclosed a copy of the source parents birth certificates of his other brother's and sisters. As you can see, all of his siblings were also born in the United States.

In this regard, we believe that the affidavit and the other evidence we are submitting establishes by the preponderance of the evidence that the source parent was in the U.S. from birth (thas is from 1946) through the applicant's birth. Therefore, respondent's meets the statutory requirements for a certificate of citizenship because he has established by a preponderance of the evidence that his USC father was physically present in the U.S. for at least ten years prior to his birth, five of them after the age of fourteen, as required by law.

If we can provide you with any other information, please let us know. Otherwise, we look forward to a hearing on this case.


Jaime Diez
Attorney at Law

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE**

In re
WILFREDO GARZA

## DECLARATION OF RESPONDENT

I, WILFREDO GARZA declare under penalty of perjury of thc laws of the United States as follows:

My name is WILFREDO GARZA and I presently reside at 1722 Comal Cove, San Antonio, Texas 78264. My telephone number is (210) 626-3103. I am the father of At Jose Angel, who was born on November 1, 1974, when I was approximately 28 years old.

I would like to attest that I was born on August 15th, 1946 in Brownsville, Texas. My mother's name was Guadalupe Galvan and my father's name was Leopoldo GARZA. Both of my parents were born in Texas. My parents, had six children all of them were born in Texas. Their names were Maria Felicitas Garza, who was born on May 4, 1941 in Brownsville, Texas; then, it was me, Wilfredo Garza; after I was born, I had a sister named Juanita Galvan, who was born February 12, 1951 in Brownsville, Texas; then it was Mary Virginia Freez, who was born on September 7, 1962 in Port Isabel; we had a sister Maria who was born before my sister Mary, whose name was Maria, and she died when she was young, she was also born in Brownsville; Finally, we had another sister that was born at birth in Brownsville.

When I was a child I went to school in Port Isabel. I think I went all the way to fourth or fifth grade. However, I am not really sure. After I finished school, when I was approximately 15-years old I began working as maintenance for some apartments in Port Isabel. I worked for these apartments for approximately two years. After I left my work at these apartments I began to work in the island doing construction. I worked in construction in the island for approximately four years. During this time I was working for DNF, who constructed some of the hotels in the island. When I was approximately 22 years I move to the Sabinal, Texas, in the County of Uvalde, where I worked for approximately 2 years putting fertilizers in the properties. The name of the Company that I worked for was Coap. After I worked at the Sabinal, Texas, I was approximately 24 years old, I began to work near Port Isabel, at Laguna Vista, for approximately 1 year building some above ground water tanks. After that I worked in Corpus Christi and Houston fixing roofs. I believe I did this for approximately 3 years.

On September 10, 1967 I married Jose Angel mother, Ma Luisa Aguilera in Matamoros, Mexico. As you can see in my marriage certificate at the time I married my wife I was living in Brownsville, as I had done through out all of my life. After, my wife and I got married my wife remained in Mexico and I returned to the United States to keep on working. During all of these years I always lived and worked in the United States. I would only come by to see them whenever I could. As a matter of fact, I have never lived or worked in Mexico.

When my son Jose Angel was approximately three years old I divorced his mother and I got married to another lady. At that time I began to work for the City of Port Isabel, and thereafter I returned to the construction in the island. Then, when I was thirty nine years old I was declared disabled because I broke my arm and my waist. Since then, I have not been able to work. I have had four operations and two operations in my waist.

x Wilfredo Garza
Wilfredo Garza

**SUBSCRIBED AND SWORN BEFORE ME**, on this the 7th, day of October, 2005.

MARIA C. MONTERO
MY COMMISSION EXPIRES
July 27, 2006

# EXHIBIT 2

**Jose Angel GARZA**
**A98-898-209**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

Office of the District Director

*1717 Zoy Street*
*Harlingen, TX 78552*

WILFREDO GARZA AGUILERA
C/O JONES & CRANE
P O BOX 3070
BROWNSVILLE, TX 78523

Date:NOVEMBER 18, 2005
File No: A
Form No.:N-600

PLEASE COMPLY WITH THE FOLLOWING "X" INSTRUCTIONS:

☒ 1. The attached application/petition and its supporting documents are attached; along with Money Order/Personal check # 1407 ; $180

☐ 2. Please complete the blocks checked in red on your enclosed Fingerprint Card.

☐ 3. The fingerprints you submitted are unclassifiable. Furnish new set; card enclosed..

☐ 4. Furnish the required fee of: $

☐ 5. The application you submitted is obsolete; resubmit the enclosed revised form.

☐ 6. Furnish two (2) color photographs with white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in FRONTAL VIEW of face. Using soft pencil or felt pen, print name and alien registration receipt number, if known in the back of each photo.

☐ 7. Required to submit three (3) identical unglazed photographs of yourself taken within 30 days of the date of this application. They must be 2x2 inches in size and the distance from the top of head to point of chin should be approximately 1- 1/4 inches; must not be pasted on a card or mounted in any other way; must be of thin paper, have a light background, and FRONTAL VIEW._Snapshots, group, or full-length portraits or machine-made photographs will not be accepted. Photographs which have been tinted or otherwise colored are not acceptable. They may be in natural color.

☐ 8. Form I-90, Application to replace Alien Registration Card, must be submitted in person so that we may fingerprint you.

☐ 9. Form I-130, Petition for Alien Relative, must be submitted directly to: Texas Service Center, P. O. Box 850919, Mesquite, Texas 75185-0919, except when submitted with an Adjustments of Status package.

☒ 10. Other: RETURNING I-765 APPLICATION - IT IS NOT NECESSARY AT THIS TIME BECAUSE N-600 HAS NOT BEEN APPROVED YET — This refusal is in violation of District Court order permitting EAD while application is pending!

[signature]

for Alfonso R. De Leon/
District Director Services

**JONES AND CRANE**
ATTORNEYS AT LAW
3020 Central Blvd, Wellington Plaza
P.O. DRAWER 3070
BROWNSVILLE, TEXAS 78523

**JAIME DIEZ**
*Board Certified-Immigration & Nationality Law*
*Texas Board of Legal Specialization*
E-mail JaimeMDiez@aol.com

TELEPHONE (956) 544-3565
FAX (956) 550-0006

March 6, 2006

Mr. Alfonso de Leon
1717 Zoy Street
Harlingen, Texas 78550

**REF: REQUEST TO RESCHEDULE EAD APPOINTMENT BECAUSE APPLICANT HAS A PENDING N-600**
NAME: Jose Angel GARZA
ALIEN: A98-898-209

Dear Mr. De Leon:

On October 25, 2005 the above named applied for Employment Authorization. However, as to this date 90 days have gone by and he has not been scheduled an appointment.

Before hand, thank you for your help in this matter.

Jaime M. Diez
Attorney At Law

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0040; Expires 04/30/05

# I-765, Application for Employment Authorization

Do Not Write in This Block.

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* until ________ (Date).
________ (Date).

Subject to the following conditions:

☐ Application Denied.

☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
[X] Permission to accept employment.
☐ Replacement *(of lost employment authorization document).*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle)
~~CRIOLLOS-GALVAN Patricio~~

2. Other Names Used (Include Maiden Name)

3. Address in the United States (Number and Street) (Apt. Number)
Privada Calzada del Valle #600
(Town or City) (State/Country) (ZIP Code)
Garza Garcia NL

4. Country of Citizenship/Nationality
Mexican

5. Place of Birth (Town or City) (State/Province) (Country)
Monterrey Mexico

6. Date of Birth
03/16/1960

7. Gender
[X] Male ☐ Female

8. Marital Status
☐ Married [X] Single
☐ Widowed ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used) (if any)
\- -

10. Alien Registration Number (A-Number) or I-94 Number (if any)

11. Have you ever before applied for employment authorization from USCIS?
☐ Yes (If yes, complete below) [X] No
Which USCIS Office? Date(s)

Results (Granted or Denied - attach all documentation)

12. Date of Last Entry into the U.S. (Month/Day/Year)
10/19/2002

13. Place of Last Entry into the U.S.
Brownsville

14. Manner of Last Entry (Visitor, Student, etc.)
Brownsville

15. Current Immigration Status (Visitor, Student, etc.)
Brownsville

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12

( c ) ( 9 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| JoSE GARZA | ( )550-0006 | 10/19/2005 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Jaime DIEZ | Jones & Crane, PO BOX 3070,Brownsville, TX 78523 | [signature] | 10/19/2005 |

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

# EXHIBIT 3

**Jose Angel GARZA**
**A98-898-209**

**UNTED STATES DEPARTMENT C. HOMELAND SECURITY**

**CITIZENSHIP & IMMIGRATION SERVICES**

[ ]

File: A98 898 209

Date: November 28, 2005

Jose Angel Garza
c/o Jaime Diez, Atty.
P. O.BOX 3070
[Brownsville, Texas 78523 ]

**CC: Applicant**

Please appear at 3:10 P.M. on January 27, 2006.
at 1717 ZOY ST
HARLINGEN, TEXAS 78552

for an interview on the application(s) filed by you for Certificate(s) of Citizenship in behalf of yourself.

If you cannot appear at that time, please notify this office by return mail, using the reverse side of this letter.

**WHEN YOU APPEAR, PLEASE BRING WITH YOU THE ITEMS CHECKED BELOW**

***THIS INTERVIEW MAY BE VIDEOTAPED BY THE SERVICE***

☒ This Letter.

☒ Original of each document for which you have already submitted a photocopy with your application.

☒ Any other papers which have a bearing on the case. If return of original is desired, bring original and photocopy.

☒ Passport and any other document relating to your entry into the United States.

☒ Alien Registration Card, if any.

☐

**THE FOLLOWING PERSON(S) SHOULD ALSO APPEAR AT THE INTERVIEW:**

☒ Your father ☐ Your mother ☐ Both parents ☐ Either parent

☐ Your husband ☐ Child(ren) in whose behalf application was filed

☐ A witness (preferably an older close relative) who lives in this area and is acquainted both with you and with the person through whom you claim citizenship.

NOTE: Every witness who appears in your behalf, including a parent or husband to whom a Certificate of Naturalization or Citizenship has been issued, must bring that Certificate with him.

Very Truly Yours,

Alfonso R. De Leon
Dirstrict Director Services

bt

# EXHIBIT 4

**Jose Angel GARZA**
**A98-898-209**

# Jose Angel GARZA A98-898-209

# Source Parent Wilfredo Garza





# EXHIBIT 5

**Jose Angel GARZA**
**A98-898-209**



**U.S. . artment of Homeland Security**
1717 Zoy Street
Harlingen, TX 78552

# U.S. Citizenship and Immigration Services

Refer to File A98 898 209
DATE **2/16/06**

JOSE ANGEL GARZA AGUILERA
C/O JONES & CRANE
PO BOX 3070
BROWNSVILLE, TX 78523

Examination of the (enclosed) application ____________ **N600** ____________
Shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked ☒ in red , in this letter the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents, and forms. We will then complete processing of your application.

☒ Unless you furnish the requested information or document (s) checked ☒ , it will be necessary to recommend that your application for certificate of citizenship be denied for lack of prosecution.

☐ The application form you have submitted is obsolete. Complete and return the enclosed new application.

☐ Send money order or check for $ __________ made payable to the Department Homeland Security, Citizenship and Immigration Services. Do not send cash or postage stamps.

☐ TWO IDENTICAL COLOR PHOTOGRAPHS, FRONTAL VIEW, 2 BY 2 INCH, ON WHITE BACKGROUND.

☐ LONG FORM BIRTH OR BAPTISMAL CERTIFICATE OF ____

☐ MARRIAGE CERTIFICATE OF ____

☐ PROOF OF TERMINATION OF MARRIAGE BETWEEN ____

☐ DEATH CERTIFICATE OF ____

☒ FATHER'S SCHOOL RECORDS (UNITED STATES)

☒ SUBMIT FURTHER EVIDENCE TO SHOW THAT YOUR FATHER RESIDED IN AND WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR 10 YEARS BEFORE YOU WERE BORN, AT LEAST 5 YEARS OF WHICH WERE AFTER HIS/HER 14TH BIRTHDAY. (SEE FOOTNOTES BELOW)

☐ PROOF YOUR MOTHER WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR ONE CONTINUOUS YEAR PRIOR TO YOUR BIRTH

☒ BIOGRAPHICAL INFORMATION SHEET (ENCLOSED)

☒ OTHER :CERTIFIED SSA ITEMIZED STATEMENT OF EARNINGS, DNA PATERNITY TEST

**PLEASE PROVIDE THE REQUESTED DOCUMENTS BY MAIL TO THE ADDRESS AT THE TOP OF THIS NOTICE NO LATER THAN 60 DAYS FROM THE DATE OF THIS NOTICE.**

FOOTNOTES

EVIDENCE: may consist of birth certificates, baptismal certificates, marriage certificates, bankbooks, school records, insurance policies, receipts, licenses, letters, post cards, employment records, listings in city directories, membership in organizations, police records, census records, leases, deeds and any other records showing your presence in the United States during the required period.

DOCUMENTS: Any documentation a foreign language must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. If you want any original document returned to you, and if the law does not prohibit the making of copies, a photostatic copy of the document must accompany the original document.

Form N-14
(Rev.12-31-82) Y