# EXHIBIT 6

**Jose Angel GARZA**
**A98-898-209**

**JONES AND CRANE**
ATTORNEYS AT LAW
3020 Central Blvd, Wellington Plaza
P.O. DRAWER 3070
BROWNSVILLE, TEXAS 78523

**JAIME DIEZ**
*Board Certified-Immigration & Nationality Law*
*Texas Board of Legal Specialization*
E-mail JaimeMDiez@aol.com

TELEPHONE (956) 544-3565
FAX        (956) 550-0006

March 6, 2006

Mr. Alfonso de Leon
1717 Zoy Street
Harlingen, Texas 78550

## REF:  REQUEST TO RESCHEDULE EAD APPOINTMENT BECAUSE APPLICANT HAS A PENDING N-600

NAME:            Jose Angel GARZA
ALIEN:           A98-898-209

Dear Mr. De Leon:

On October 25, 2005 the above named applied for Employment Authorization. However, as to this date 90 days have gone by and he has not been scheduled an appointment.

Before hand, thank you for your help in this matter.

Jaime M. Diez
Attorney At Law

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-765, Application for**
**Employment Authorization**

Do Not Write in This Block.

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 ____ | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)*    until _____ (Date)
_____ (Date).

Subject to the following conditions: _____
☐ Application Denied
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:  ☒ Permission to accept employment.
  ☐ Replacement *(of lost employment authorization document)*.
  ☐ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

| 1. Name (Family Name in CAPS) (First)          (Middle) | 11. Have you ever before applied for employment authorization from USCIS? |
|---|---|
| ~~CRIOLLOS GALVAN~~ Patricia | ☐ Yes (If yes, complete below)   ☒ No |
| 2. Other Names Used (Include Maiden Name) | Which USCIS Office?          Date(s) |

3. Address in the United States (Number and Street)          (Apt. Number)
Privada Calzada del Valle #600

| (Town or City)     (State/Country)     (ZIP Code) | Results (Granted or Denied - attach all documentation) |
|---|---|
| Garza Garcia     NL | |

4. Country of Citizenship/Nationality
Mexican

12. Date of Last Entry into the U.S. (Month/Day/Year)
10/19/2002
13. Place of Last Entry into the U.S
Brownsville

5. Place of Birth (Town or City)     (State/Province)     (Country)
Monterrey          Mexico

14. Manner of Last Entry (Visitor, Student, etc.)
Brownsville

| 6. Date of Birth          7. Gender | 15. Current Immigration Status (Visitor, Student, etc.) |
|---|---|
| 03/16/1960          ☒ Male   ☐ Female | Brownsville |

8. Marital Status  ☐ Married  ☒ Single
  ☐ Widowed  ☐ Divorced

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

9. Social Security Number (Include all Numbers you have ever used) (if any)
_ _ -

Eligibility under 8 CFR 274a.12

10. Alien Registration Number (A-Number) or I-94 Number (if any)

( C ) ( 9 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| JOSE AGRZA | ( )550-0006 | 10/19/2005 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Jaime DIEZ | Jones & Crane, PO BOX 3070, Brownsville, TX 78523 | | 10/19/2005 |

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 01/31/05)N  Prior editions may be used until 09/30/05)

# EXHIBIT 7

**Jose Angel GARZA**
**A98-898-209**

# JONES AND CRANE

ATTORNEYS AT LAW
1025 North Texas, Palm Plaza Suite 8
P.O. DRAWER 1045
WESLACO, TEXAS 78596

**JAIME M. DIEZ**

*Board Certified-Immigration & Nationality Law*
*Texas Board of Legal Specialization*

TELEPHONE
(956)968-5468
(956)383-6433
FAX (956)969-0118
E-mail jaimemdiez@aol.com

April 25, 2006

Mr. Alfonso de Leon
District Director
United States Department of Homeland Security
Bureau of Citizenship & Immigration Services
Harlingen District Office
Harlingen, Texas 78550

## RE: REQUEST FOR STATUS ON PENDING N-600

ALIEN:    JOSE GARZA AGUILERA
ALIEN NO: A98-898-209

Dear Mr. De Leon:

On February 16, 2006 we received a letter from your office requesting additional documents. In this regard, I would like to inform you that we have done the following:

1. School Records- We are submitting to you at this time a copy of the source parent school records from Port Isabel from 1960 and 1961.

2. Evidence that the father has been physically present in the U.S. In this regard, we would like to inform you that we have submitted ample testimony by the source parent and documentary evidence has been presented that shows by the preponderance of the evidence that the source parent has always lived and worked in the U.S. and therefore the applicant is acquired citizenship at birth through his USC dad. In addition, on April 24, 2006 the applicant mother appeared at your office regarding this applicant's brother application (Name- Juan Francisco GARZA-Aguilera A77-446-092) and testified that she met her husband (source parent) in Brownsville. That her husband always worked and lived in the U.S. That while they were married, although she lived in Mexico with her children, her husband was working and living in the U.S. Sometimes he would work in the Valley but other times he was up north working. That at the most he would spend at the most twenty days of each year in the U.S. seeing them. In this respect, if you wish to also

question. The mother in this case regarding her spouse (source parent) presence in the U.S. please let us know.

3.  Certified SSA earnings and DNA test- At this time we have requested a certified copy of the social security earnings. However, we still have not received them. In addition, we will be hiring a company to do a DNA. However, at this time we are submitting a copy of the applicant's baptismal record that shows that the applicant's father is Wilfredo Garza

4.  Finally, we are also enclosing a copy of the source parent Baptismal Record, which shows that he was born on August 15, 1946 in Brownsville, Texas. This document was filed with the Church before he was one year old.

Before hand, thank you for your help in this matter.

Very truly yours,

Jaime M. Diez
Attorney at Law

**PUPIL'S REPORT CARD**

**Port Isabel Elementary School**

School _Point Isabel Elem._  Grade _2_

School Year: 1960-1961

Last Name: Garza

First Name: Wilfredo

Middle Name:

| SUBJECTS | FIRST SEMESTER | | | | SECOND SEMESTER | | | | YEAR |
|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | Av. | 1st | 2nd | 3rd | Av. | Av. |
| Language | D | F | | | | | | | |
| Reading | D | F | | | | | | | |
| Spelling | F | F | | | | | | | |
| Writing | B | C | | | | | | | |
| Gov'ment | | | | | | | | | |
| History | | | | | | | | | |
| Geography | | | | | | | | | |
| Health | | | | | | | | | |
| Music Singing | C | B | | | | | | | |
| Drawing | B | B | | | | | | | |
| Arithmetic | D | C | | | | | | | |
| Science | D | C | | | | | | | |

A = 90-100
B = 80-89
C = 70-79
D = 60-69
E = Failure

Insuf./elient membership   Withdrawn Feb 8/61

Port Isabel Press Print

## ATTENDANCE AND PERSONAL TRAITS

| | FIRST SEMESTER | | | | SECOND SEMESTER | | | |
|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | Total | 1st | 2nd | 3rd | Total |
| Days Present | 5 | 18½ | 21½ | | 5½ | | | |
| Days Absent | 0 | 4½ | 5½ | | 9½ | | | |
| Times Tardy | | | | | 0 | | | |
| Self Reliance | | S | S | | | | | |
| Study Habits | | U | S | | | | | |
| Cooperation | | S | S | | | | | |
| Promptness | | S | S | | | | | |
| Neatness | | S | S | | | | | |
| Initiative | | S | S | | | | | |
| Conduct | | S | S | | | | | |

### SIGNATURE OF PARENT OR GUARDIAN

First Semester

*Eddie O. Freeze*

Second Semester

### TO PARENTS

Please sign this Report Card and return it promptly to the school. Low marks indicate that an interview with the teacher is advisable. Parents are cordially invited to visit the school and discuss pupil's progress with the teacher and the principal.

Promoted to ............
Retained in ............

Grade ........ Date ........

............ Teacher

*L. D. Wooldridge*

............ Principal

FORM NO. 3874

NAME: Garza Wilfred

# Pupil's Cumulative Record — Elementary School

| | | (Last Name) | (First) | (Middle) |

NAME OF
PUPIL — Garza Wilfred
FATHER — Garza, Wilfredo
MOTHER — Greeze, Ondal
LEGAL GUARDIAN — Greeze, Lupe

COMMENTS ON HOME AND FAMILY

**RECORD OF ATTENDANCE, SCHOLARSHIP, AND RESIDENCE**

Previous Record:

| School Year | Semester Date of Ending Entrance | Grade | Days Absent Tardy | | Language Arts | | | | | | Social Studies | | | | Home and Vocations | | | Creative and Recreative Arts | | | Mathematics and Science | | | Other Studies or Traits | | | | Note on Transportation | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Language | Spanish | Literature | Reading | Spelling | Writing | Citizenship | Government | History | Geography | Agriculture | Homemaking | Shop Work | Physical Ed. | Health | Music | Art or Drawing | Arithmetic | Gen. Math. | Science | Effort | Study Habits | Promoted or Retained to | Date and Reason Withdrawn | Name of Teacher | School or Building | County, Parish, or City |

Comments on Behavior and Social Adjustment

Birthplace, Country or U.S. State

Occupation of Parents or Guardian

Age at Entrance ... Years ... Mos.

School Last Attended

# PORT ISABEL SCHOOL HEALTH RECORD

Name Garza, Wilfredo

Parent or
Guardian

| | | Sex M | Citizenship |
|---|---|---|---|
| Birthdate | | | |
| Occupation | | Pho. No. | |
| | | Address | |

Eye Examination

Immunization Record

BᵗT 11/29/60

Physical Defects

Remarks

| Grade | Height And Weight Record | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Sept. | Height | | | | | | | | |
| | Weight | | | | | | | | |
| Jan. | Height | | | | | | | | |
| | Weight | | | | | | | | |
| May | Height | | | | | | | | |
| | Weight | | | | | | | | |



. e Gray-Votaw-Rogers

# GENERAL ACHIEVEMENT TESTS

**FORM T**

## PRIMARY
### TEST
#### FOR GRADES 1—3

By
*HOB GRAY*
The University of Texas

*DAVID F. VOTAW*
Southwest Texas State Teachers College

*J. LLOYD ROGERS*
Southwest Texas State Teachers College

N.. _Wilfredo Garza_ . Grade _First_ Boy or Girl? _Boy_

e _March 3, 1966_ . What is your age? _12.8_

When is your next birthday? _8/18/66_

Name of your town or district: _Port Isabel, Texas_

Name of your building: _Port Isabel Elem_

## INDIVIDUAL EDUCATIONAL CHART
*( Also the Means for a Class May Be Charted on This Page )*



| TEST | SCORE |
|------|-------|
| 1. Reading: Comprehension | |
| 2. Reading: Vocabulary | |
| 3. Spelling | |
| 4. Arithmetic Reasoning | |
| 5. Arithmetic Computation | |
| | 5. } |

*Total Average* ...........

*Educational Grade* ...........

*Educational Age* ...........

1. The educational grade and age scales on this Profile Chart indicate the norms for this test.
2. The short vertical lines are probable errors of the estimated true scores.
3. The scale of scores for all of the tests has been equated. Thus uniform achievement will be indicated for a child if the line connecting his five score-points is approximately horizontal.
4. See directions in the manual for plotting the educational profile.
5. Age and grade values above the score 56 and below the score 9 are extrapolated.

DIRECTIONS printed in the manual must be followed in administering this test if the results are to be compared with the norms.

Copyright © 1950 by

## THE STECK COMPANY
*PUBLISHERS* — *AUSTIN, TEXAS*
All rights reserved. Printed and bound in the U.S.A.

# PARROQUIA DE SAN ANTONIO DE PADUA

### DIOCESIS DE MATAMOROS

## Constancia Simple de Bautismo

Nombre  José Angel Garza Aguilera

fué bautizad __o__ el  17 de Agosto de 1975

Hij __o__ de  Sr. Wilfredo Garza

y de  Sra. Ma. Luisa Aguilera

Fueron sus padrinos  Sr. Angel Pérez

Sra. odilia Garza

Nació en  Matamoros, Tam. El 01 de Noviembre de 1974

Bautizó  Sr. Pbro. p. Jesús Vega

Notas Marginales  Ninguna

_____ado en el Libro No.  IV    Foja  154    Partida  992

H. Matamoros, Tam., a  24  de  Abril  de  2006

El Párroco

J.JESUS LOPEZ GUERRERO,PBRO.

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

Print the Name, Social Security Number (SSN), and date of birth below.

Name _Wilfredo GARZA_     Social Security Number _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_

Other Name(s) Used (Include Maiden Name) _____     Date of Birth (Mo/Day/Yr) _8-15-1946_

2. What kind of information do you need?

☐ **Detailed Earnings Information** (If you check this block, tell us below why you need this information.)     For the period(s)/year(s): _1963 - 1979_

_____

☐ **Certified Total Earnings For Each Year.** (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement)     For the year(s): _____

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . A. $ _45.50_

Do you want us to certify the information?     ☒ Yes     ☐ No

If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B. $ _$15.00_

ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . C. $ _60.50_

- You can pay by CREDIT CARD by completing and returning the form on page 4, or
- Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payble to "Social Security Administration"
- DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here (Do not print) > _Wilfredo Garza_     Date _4-10-06_

Daytime Phone Number _____
(Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

Name _Jones & Crane_     Address _P.O. Box 3070_

City, State & Zip Code _Brownsville TX 78523_

6. Mail Completed Form(s) To:     **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland 21290-3003

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland 21290-0300



# Certificate of Baptism

## Our Lady of Guadalupe Church
1200 EAST LINCOLN STREET
BROWNSVILLE, TEXAS 78521

### This is to Certify

That _Wilfredo Garza_

Child of _Leopoldo Garza_

and _Guadalupe Galvan_

born in _Brownsville, Texas_

on the _15_ day of _August_ _1946_

was **Baptized**

on the _27_ day of _June_ _1947_

According to the Rite of the Roman Catholic Church

by the Rev. _A Martinez OMI_

the Sponsors being _Mariano Anguiano_

_Estela Davila_

as appears from the Baptismal Register of this Church.

Dated _4-24-06_

_Father Francisco Acosto_

Pastor

_By Sr. Mary Bannister_

NO. 314 F.J. REMEY CO., Inc MINEOLA, NY



U.S. ...rtment of Homeland Security
1717 Zoy Street
Harlingen, TX 78552

## U.S. Citizenship and Immigration Services

Refer to File A98 898 209

DATE   **2/16/06**

JOSE ANGEL GARZA AGUILERA
C/O JONES & CRANE
PO BOX 3070
BROWNSVILLE, TX 78523

Examination of the (enclosed) application _____   **N600** _____

Shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked ☒ in red , in this letter the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents, and forms. We will then complete processing of your application.

☒   Unless you furnish the requested information or document (s) checked ☒ , it will be necessary to recommend that your application for certificate of citizenship be denied for lack of prosecution.

☐   The application form you have submitted is obsolete. Complete and return the enclosed new application.

☐   Send money order or check for $ _____ made payable to the Department Homeland Security, Citizenship and Immigration Services. Do not send cash or postage stamps.

☐   TWO IDENTICAL COLOR PHOTOGRAPHS, FRONTAL VIEW, 2 BY 2 INCH, ON WHITE BACKGROUND.

☐   LONG FORM BIRTH OR BAPTISMAL CERTIFICATE OF _____

☐   MARRIAGE CERTIFICATE OF _____

☐   PROOF OF TERMINATION OF MARRIAGE BETWEEN _____

☐   DEATH CERTIFICATE OF _____

☒   FATHER'S SCHOOL RECORDS (UNITED STATES)

☒   SUBMIT FURTHER EVIDENCE TO SHOW THAT YOUR <u>FATHER</u> RESIDED IN AND WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR 10 YEARS BEFORE YOU WERE BORN, AT LEAST 5 YEARS OF WHICH WERE AFTER HIS/HER <u>14TH</u> BIRTHDAY. (SEE FOOTNOTES BELOW)

☐   PROOF YOUR MOTHER WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR ONE CONTINUOUS YEAR PRIOR TO YOUR BIRTH

☒   BIOGRAPHICAL INFORMATION SHEET (ENCLOSED)

☒   OTHER :CERTIFIED SSA ITEMIZED STATEMENT OF EARNINGS, DNA PATERNITY TEST

**PLEASE PROVIDE THE REQUESTED DOCUMENTS BY MAIL TO THE ADDRESS AT THE TOP OF THIS NOTICE NO LATER THAN 60 DAYS FROM THE DATE OF THIS NOTICE.**

FOOTNOTES

EVIDENCE: may consist of birth certificates, baptismal certificates, marriage certificates, bankbooks, school records, insurance policies, receipts, licenses, letters, post cards, employment records, listings in city directories, membership in organizations, police records, census records, leases, deeds and any other records showing your presence in the United States during the required period.

DOCUMENTS: Any documentation a foreign language must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. If you want any original document returned to you, and if the law does not prohibit the making of copies, a photostatic copy of the document must accompany the original document.

Form N-14
(Rev 12-31-82) Y

# EXHIBIT 8

**Jose Angel GARZA**
**A98-898-209**

United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ,                    )
    et. al.                                )
    Plaintiffs,                            )
                                           )
v.                                          )
                                           )
TOM RIDGE, Secretary of Department          )
Of Homeland Security; EDUARDO               )
AGUIRRE, Acting Director of the Bureau      )    No. CA B-96-116
of Citizenship and Immigration              )
Services; ALFONSO DE LEON, Interim          )
District Director Of Bureau of Citizenship  )
and Immigration Services, Harlingen,        )
Texas; JO ANNE B. BARNHART,                 )
Commissioner of Social Security             )
Administration,                             )
    Defendants                             )

### AMENDED FINAL ORDER

The Court, having reviewed the Report and Recommendation filed by Magistrate Judge John Wm. Black on November 10, 1998, and having conducted a de novo review of this case is of the opinion that the Report and Recommendation should be ADOPTED subject to the following considerations: (1) in order to obtain employment authorization documents, ("EADs"), applicants for Certificates of Citizenship must file separate applications, on the Form I-765, and either pay the prescribed fee, or request that the fee be waived in the same manner as other applicants for such documents; (2) applications for EADs based on pending applications for Certificates of Citizenship be adjudicated in the same manner and in the same time frame as applications for EADs filed by aliens who have applied for adjustment of status under Section 245 of the Act, [8 U.S.C. §1255]; (3) any problems with fraudulent applications can be adequately addressed by defendants in the same manner as such

problems are addressed with respect to those whose applications for EADs are based on other claims for immigration benefits, without the need for Court intervention on a case-by-case basis; (4) EADs are not to be construed as permanent but merely temporary work authorizations pending the final adjudication of plaintiffs' N-600 Applications.

The Court recognizes that the defendants did briefly state other reasons for the disparate treatment, but finds that such reasons do not warrant a different result.

IT IS THEREFORE ORDERED that, subject to the above limitations:
   Defendants' Motions to Dismiss [28-1, 49-1] be DENIED;
   Plaintiffs' Motion for Class Certification [10-1] be GRANTED;
   Plaintiffs Petition for Writ of Habeas Corpus be GRANTED; and
   Plaintiffs' Complaint for Declaratory and Injunctive Relief be
      GRANTED.

It follows that Defendants' Motion to Hold in Abeyance the Court's Determination of Plaintiffs' Motion for Class Certification [14-1] is rendered MOOT. This Amended Final Order supersedes the Court's Final Order dated February 26, 1999.

Done this __25th__ day of __October__ 2004 in Brownsville, Texas


                                 _____
                              THE HONORABLE ANDREW S. HANEN
                                 UNITED STATES DISTRICT JUDGE


APPROVED ON BEHALF OF PLAINTIFFS,
ANTELMA DOMINGUEZ-PEREZ, et al,
By:

2

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)          Texas Bar: 03052800
                              Federal ID: 1178
Dated: October 26, 2004, and

Javier Maldonado, Attorney          (Signed with permission by
LAWYERS COMMITTEE FOR CIVIL          Lisa S. Brodyaga, Esq.)
RIGHTS UNDER LAW OF TEXAS
118 Broadway St., Ste. 310
San Antonio, Texas 78205
(210) 277-1603
(210) 225-3958
Dated: October 26, 2004

APPROVED ON BEHALF OF DEFENDANTS
TOM RIDGE, Secretary of Department of Homeland Security, et al,
By:

Ernesto H. Molina, Jr.          (Signed with permission by
OFFICE OF IMMIGRATION LITIGATION     Lisa S. Brodyaga, Esq.)
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-9344
(202) 616-4975 (fax)
Dated: October 26, 2004.

3

## SUMMARY TRANSLATION OF BIRH CERTIFICATE OF THE APPLICANT

NAME                          JOSE ANGEL GARZA-AGUILERA

DATE OF BIRTH:                11-01-1974

DATE OF REGISTRATION:         11-05-1984

ISSUED BY:         MATAMOROS, TAMAULIPAS, MEXICO

SEX:               MALE

NAME OF FATHER:               WILFREDO GARZA-GALVAN
      NATIONALITY             USC
NAME OF MOTHER:               MARIA LUISA AGUILERA-SANCHEZ
      NATIONALITY             MEXICAN


I, JAIME DIEZ, HEREBY CERTIFY THAT 1 AM COMPETENT TO TRANSLATE THE ABOVE DOCUMENT FROM SPANISH INTO ENGLISH AND THAT THIS DOCUMENT IS A TRUE SUMMARY TRANSLATION.

JAIME M. DIEZ
JONES & CRANE, ATTORNEYS
PO BOX 3070
BROWNSVILLE, TX 7853
956-544-3565




EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DE
REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN H.
MATAMOROS SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL
VICENTE MARTINEZ GUAJARDO QUE CONTIENE LOS SIGUIENTES DATOS :

# ACTA DE NACIMIENTO

OFICIALIA : 2          LIBRO No. 21          ACTA No. 4071          CRIP : 280220284040651

CURP : = = = = =                                    FECHA DE REGISTRO : 05/11/1984

LUGAR DEL REGISTRO :          H. MATAMOROS, TAMAULIPAS

NOMBRE :                                                                      SEXO :

JOSE ANGEL GARZA AGUILERA                                               MASCULINO

FECHA DE NACIMIENTO :          HORA DE NACIMIENTO :          COMPARECIO :          PRESENTADO :

01/11/1974                          08:00·                          MADRE                   VIVO

LUGAR DE NACIMIENTO :

HEROICA MATAMOROS, TAMAULIPAS.

CERTIFICADO NACIMIENTO :          = = = = =

NOMBRE DEL PADRE :                                    NACIONALIDAD :          EDAD :

WILFREDO GARZA GALVAN                               NORTEAMERICANA          38 AÑOS

NOMBRE DE LA MADRE :                                  NACIONALIDAD :          EDAD :

MARIA LUISA AGUILERA SANCHEZ                         MEXICANA                35 AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO
DE TAMAULIPAS, EN H. MATAMOROS A LOS 17 DIAS DEL MES DE JUNIO DEL 2004. DOY FE.

SELLO DEL
REGISTRO CIVIL

6722

Gobierno del Estado de Tamaulipas

### SUMMARY TRANSLATION OF BATISMAL CERTIFICATE

**NAME CHURCH   PARROQUIA DE SAN ANTONIO DE PADUA
                                MATAMOROS**

| | |
|---|---|
| NAME: | JOSE ANGEL GARZA-AGUILERA |
| DATE OF BAPTISMAL: | 08-17-1975 |
| DATE OF BIRTH: | NOVEMBER 1, 1974 |
| PLACE OF BIRTH: | MATAMOROS, TAMP |
| NAME OF FATHER: | WILFREDO GARZA |
| NAME OF MOTHER: | MA LUISA AGUILERA |
| GOD-PARENTS | ANGEL PEREZ |
| | ODILIA GARZA |

I, JAIME DIEZ, HEREBY CERTIFY THAT I AM COMPETENT TO TRANSLATE
THE ABOVE DOCUMENT FROM SPANISH INTO ENGLISH AND THAT THIS
DOCUMENT IS A TRUE SUMMARY TRANSLATION.

JAIME M. DIEZ
JONES & CRANE, ATTORNEYS
PO BOX 3070
BROWNSVILLE, TX 7853
956-544-3565

# PARROQUIA DE SAN ANTONIO DE PADUA

### DIOCESIS DE MATAMOROS

## Constancia Simple de Bautismo

*Nombre* José Angel Garza Aguilera

*fué bautizad* o *el* 17 de Agosto de 1975

*Hij* o *de* Sr. Wilfredo Garza

*y de* Sra. Ma. Luisa Aguilera

*Fueron sus padrinos* Sr. Angel Pérez
Sra. odilia Garza

*Nació en* Matamoros, Tam. El 01 de Noviembre de 1974

*Bautizó* Sr. Pbro. n. Jesús Vega

*Notas Marginales* Ninguna

Anotado en el *Libro No.* IV *Foja* 154 *Partida* 992

H. Matamoros, Tam., a 24 de Abril de 2006

El Párroco
J. JESUS LOPEZ GUERRERO, PBRO.

# EXHIBIT 9

**Jose Angel GARZA**
**A98-898-209**

## SUMMARY TRANSLATION OF BIRH CERTIFICATE OF THE APPLICANT

NAME                              JOSE ANGEL GARZA-AGUILERA

DATE OF BIRTH:                    11-01-1974

DATE OF REGISTRATION:             11-05-1984

ISSUED BY:          MATAMOROS, TAMAULIPAS, MEXICO

SEX:          MALE

NAME OF FATHER:          WILFREDO GARZA-GALVAN
     NATIONALITY          USC
NAME OF MOTHER:          MARIA LUISA AGUILERA-SANCHEZ
     NATIONALITY          MEXICAN


I, JAIME DIEZ, HEREBY CERTIFY THAT I AM COMPETENT TO TRANSLATE THE ABOVE DOCUMENT FROM SPANISH INTO ENGLISH AND THAT THIS DOCUMENT IS A TRUE SUMMARY TRANSLATION.


JAIME M. DIEZ
JONES & CRANE, ATTORNEYS
PO BOX 3070
BROWNSVILLE, TX 7853
956-544-3565



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL
REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN H.
MATAMOROS SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL
VICENTE MARTINEZ GUAJARDO QUE CONTIENE LOS SIGUIENTES DATOS :



# ACTA DE NACIMIENTO

OFICIALIA : 2     LIBRO No. 21     ACTA No. 4071     CRIP : 280220284040651

CURP : = = = = =         FECHA DE REGISTRO : 05/11/1984

LUGAR DEL REGISTRO :   H. MATAMOROS, TAMAULIPAS

NOMBRE :            SEXO :

JOSE ANGEL GARZA AGUILERA        MASCULINO

FECHA DE NACIMIENTO :    HORA DE NACIMIENTO :    COMPARECIO :    PRESENTADO :

01/11/1974        08:00        MADRE        VIVO

LUGAR DE NACIMIENTO :

HEROICA MATAMOROS, TAMAULIPAS.

CERTIFICADO NACIMIENTO :     = = = = =

NOMBRE DEL PADRE :          NACIONALIDAD :    EDAD :

WILFREDO GARZA GALVAN        NORTEAMERICANA    38 AÑOS

NOMBRE DE LA MADRE :          NACIONALIDAD :    EDAD :

MARIA LUISA AGUILERA SANCHEZ       MEXICANA    35 AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO
DE TAMAULIPAS, EN H. MATAMOROS A LOS 17 DIAS DEL MES DE JUNIO DEL 2004. DOY FE.

SELLO DEL
REGISTRO CIVIL



6722

Gobierno del Estado de Tamaulipas
Secretaría General
OFICIALIA 2a. DE H. MATAMOROS

## SUMMARY TRANSLATION OF BATISMAL CERTIFICATE

**NAME CHURCH    PARROQUIA DE SAN ANTONIO DE PADUA
MATAMOROS**

NAME:                    JOSE ANGEL GARZA-AGUILERA
DATE OF BAPTISMAL:       08-17-1975

DATE OF BIRTH:           NOVEMBER 1, 1974
PLACE OF BIRTH:          MATAMOROS, TAMP

NAME OF FATHER:          WILFREDO GARZA

NAME OF MOTHER:          MA LUISA AGUILERA

GOD-PARENTS              ANGEL PEREZ
                         ODILIA GARZA

I, JAIME DIEZ, HEREBY CERTIFY THAT I AM COMPETENT TO TRANSLATE
THE ABOVE DOCUMENT FROM SPANISH INTO ENGLISH AND THAT THIS
DOCUMENT IS A TRUE SUMMARY TRANSLATION.

JAIME M. DIEZ
JONES & CRANE, ATTORNEYS
PO BOX 3070
BROWNSVILLE, TX 7853
956-544-3565

# PARROQUIA DE SAN ANTONIO DE PADUA

DIOCESIS DE MATAMOROS

## Constancia Simple de Bautismo

*Nombre* José Angel Garza Aguilera

*fué bautizad* o *el* 17 de Agosto de 1975

*Hij* o *de* Sr. Wilfredo Garza

*y de* Sra. Ma. Luisa Aguilera

*Fueron sus padrinos* Sr. Angel Pérez
Sra. Odilia Garza

*Nació en* Matamoros, Tam. El 01 de Noviembre de 1974

*Bautizó* Sr. Pbro. D. Jesús Vega

*Notas Marginales* Ninguna

Asentado en el *Libro No.* IV *Foja* 154 *Partida* 992

H. Matamoros, Tam., a 24 *de* Abril *de* 2006

El Párroco
J. JESÚS LOPEZ GUERRERO, PBRO.