```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

**ANTELMA DOMINGUEZ-PEREZ**, et al.,          )
    **Petitioners/Plaintiffs,**                  )
                                                  )
v.                                             )   CA No. B-96-116
                                                  )
**TOM RIDGE,** et al,                          )
    **Respondents/Defendants.**                  )
                                                  )

```
                     EXHIBIT "G" IN SUPPORT OF
    PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
        DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
         AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO
```

Exhibit "G" consists of documents relating to Wilfredo Garza.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:   (956) 421-3226
FAX:     (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, 78212
Phone:   (210) 277-1603
Fax:     (210) 225-3958

                        CERTIFICATE OF SERVICE

I certify that on May 8, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga



**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

Office of the Interim Director

1717 Zoy Street
Harlingen, TX 78552

Wilfredo Garza Aguilera
c/o Jaime Diez, Atty.
P. O. BOX 3070
Brownsville, Texas  78523

**File Number**
A98 898 226

**Date**
April 21, 2006

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 1717 ZOY STREET  HARLINGEN, TEXAS 78552   ROOM NO.    FLOOR NO. |
|---|---|
| DATE AND HOUR | May 23, 2006  AT  1:25 P.M |
| ASK FOR | DAO: R.P. |
| REASON FOR APPOINTMENT | N-600: CERTIFICATE ISSUANCE |
| BRING WITH YOU | THIS LETTER, I-94, PASSPORT OR ALIEN RESIDENT CARD (IF ANY). |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

If you are unable to do so, state your reason, sign Below and return this letter to this office at once.

B.T.

| I am unable to keep the appointment because: | |
|---|---|
| Signature | Date |

Very truly yours,

District Director

FORM G-56
(REV. 5-1-83)Y

**JONES AND CRANE**
ATTORNEYS AT LAW
3020 Central Blvd, Wellington Plaza
P.O. DRAWER 3070
BROWNSVILLE, TEXAS 78523

**JAIME DIEZ**
Board Certified-Immigration & Nationality Law
Texas Board of Legal Specialization
E-mail JaimeMDiez@aol.com

TELEPHONE (956) 544-3565
FAX         (956) 550-0006

March 6, 2006

Mr. Alfonso de Leon
1717 Zoy Street
Harlingen, Texas 78550

REF: REQUEST TO RESCHEDULE EAD APPOINTMENT BECAUSE APPLICANT HAS A PENDING N-600
NAME:      Wilfredo GARZA
ALIEN:     A98-898-226

Dear Mr. De Leon:

On November 18, 2005 the above named applied for Employment Authorization. However, as to this date 90 days have gone by and he has not been scheduled an appointment.

Before hand, thank you for your help in this matter.

Jaime M. Diez
Attorney At Law



U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552

**U.S. Citizenship and Immigration Services**

Refer to File A98 898 226
DATE    2/16/06

WILFREDO GARZA AGUILERA
C/O JONES & CRANE
PO BOX 3070
BROWNSVILLE, TX 78523

Examination of the (enclosed) application _____ N600 _____
Shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked ☒ in red, in this letter the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents, and forms. We will then complete processing of your application.

- [☒] Unless you furnish the requested information or document(s) checked ☒, it will be necessary to recommend that your application for certificate of citizenship be denied for lack of prosecution.
- [ ] The application form you have submitted is obsolete. Complete and return the enclosed new application.
- [ ] Send money order or check for $ _____ made payable to the Department Homeland Security, Citizenship and Immigration Services. Do not send cash or postage stamps.
- [ ] TWO IDENTICAL COLOR PHOTOGRAPHS, FRONTAL VIEW, 2 BY 2 INCH, ON WHITE BACKGROUND.
- [ ] LONG FORM BIRTH OR BAPTISMAL CERTIFICATE OF ____
- [ ] MARRIAGE CERTIFICATE OF ____
- [ ] PROOF OF TERMINATION OF MARRIAGE BETWEEN ____
- [ ] DEATH CERTIFICATE OF ____
- [☒] FATHER'S SCHOOL RECORDS (UNITED STATES)
- [☒] SUBMIT FURTHER EVIDENCE TO SHOW THAT YOUR FATHER RESIDED IN AND WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR 10 YEARS BEFORE YOU WERE BORN, AT LEAST 5 YEARS OF WHICH WERE AFTER HIS/HER 14TH BIRTHDAY. (SEE FOOTNOTES BELOW)
- [ ] PROOF YOUR MOTHER WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR ONE CONTINUOUS YEAR PRIOR TO YOUR BIRTH
- [☒] BIOGRAPHICAL INFORMATION SHEET (ENCLOSED)
- [☒] OTHER: CERTIFIED SSA ITEMIZED STATEMENT OF EARNINGS.

**PLEASE PROVIDE THE REQUESTED DOCUMENTS BY MAIL TO THE ADDRESS AT THE TOP OF THIS NOTICE NO LATER THAN 60 DAYS FROM THE DATE OF THIS NOTICE.**

FOOTNOTES

EVIDENCE: may consist of birth certificates, baptismal certificates, marriage certificates, handbooks, school records, insurance policies, receipts, licenses, letters, post cards, employment records, listings in city directories, membership in organizations, police records, census records, leases, deeds and any other records showing your presence in the United States during the required period.

DOCUMENTS: Any documentation in foreign language must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. If you want any original document returned to you, and if the law does not prohibit the making of copies, a photostatic copy of the document must accompany the original document.

Form N-14
(Rev. 12-31-82) Y



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

```
DHS
HARLINGEN, TX
11/18/2005                12:40
GARZA AGUILERA WILFREDO
A98 698 226
N-600Y,              $255.00
TAX TL               $0.00
TOTAL                $255.00
CHECK                $255.00
ITEM                 1
                     CLERK 8
004986               #01B
```

Office of the District Director     1717 Zoy Street
                                       Harlingen, TX 78552

WILFREDO GARZA AGUILERA
C/O JONES & CRANE                    Date: NOVEMBER 18, 2005
P O BOX 3070                           File No: A
BROWNSVILLE, TX 78523          Form No.: N-600

PLEASE COMPLY WITH THE FOLLOWING "X" INSTRUCTIONS:

☒ 1. The attached application/petition and its supporting documents are attached; along with the Order/Personal check #   1407 ; $180
☐ 2. Please complete the blocks checked in red on your enclosed Fingerprint Card.
☐ 3. The fingerprints you submitted are unclassifiable. Furnish new set; card enclosed..
☐ 4. Furnish the required fee of: $
☐ 5. The application you submitted is obsolete; resubmit the enclosed revised form.
☐ 6. Furnish two (2) color photographs with white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in FRONTAL VIEW of face. Using soft pencil or felt pen, print name and alien registration receipt number, if known in the back of each photo.
☐ 7. Required to submit three (3) identical unglazed photographs of yourself taken within 30 days of the date of this application. They must be 2x2 inches in size and the distance from the top of head to point of chin should be approximately 1- 1/4 inches; must not be pasted on a card or mounted in any other way; must be of thin paper, have a light background, and FRONTAL VIEW. Snapshots, group, or full-length portraits or machine-made photographs will not be accepted. Photographs which have been tinted or otherwise colored are not acceptable. They may be in natural color.
☐ 8. Form I-90, Application to replace Alien Registration Card, must be submitted in person so that we may fingerprint you.
☐ 9. Form I-130, Petition for Alien Relative, must be submitted directly to: Texas Service Center, P. O. Box 850919, Mesquite, Texas 75185-0919, except when submitted with an Adjustments of Status package.
☒ 10. Other: RETURNING I-765 APPLICATION - IT IS NOT NECESSARY AT THIS TIME BECAUSE N-600 HAS NOT BEEN APPROVED YET

*[signature]*

for Alfonso R. De Leon/
District Director Services

OB No. 1615-0040; Expires 04/30/05

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-765, Application for Employment Authorization**

Do Not Write in This Block.

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended *(Circle One)* until _____ (Date)
_____ (Date)
Subject to the following conditions: _____
☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f).

I am applying for:
[X] Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document)*

1. Name (Family Name in CAPS) (First)    (Middle)
GARZA-AGUILERA Wilfredo

2. Other Names Used (Include Maiden Name)

3. Address in the United States (Number and Street)    (Apt. Number)
1003 E Jefferson St
(Town or City)    (State/Country)    (ZIP Code)
Brownsville    TX    78520

4. Country of Citizenship/Nationality
Mexico

5. Place of Birth (Town or City)    (State/Province)    (Country)
Matamoros        Mexico

6. Date of Birth    7. Gender
01/02/1971    [X] Male  ☐ Female

8. Marital Status  ☐ Married  [X] Single  ☐ Widowed  ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used) (if any)
___-___-___

10. Alien Registration Number (A-Number) or I-94 Number (if any)
JD 21392

11. Have you ever before applied for employment authorization from USCIS?
☐ Yes (If yes, complete below)    [X] No
Which USCIS Office?    Date(s)

Results (Granted or Denied - attach all documentation)

12. Date of Last Entry into the U.S. (Month/Day/Year)

13. Place of Last Entry into the U.S.
Brownsville

14. Manner of Last Entry (Visitor, Student, etc.)

15. Current Immigration Status (Visitor, Student, etc.)
Pending N-600

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.)

Eligibility under 8 CFR 274a.12

( C ) ( 14 ) ( )

**Certification.**

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature _____    Telephone Number ( )    Date 11/14/2005

Signature of Person Preparing Form, If Other Than Above: I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Jaime DIEZ | Jones & Crane, PO BOX 3070, Brownsville, TX 78523 | Jaime Diez | 11/13/2005 |

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 01/31/05)N Prior editions may be used until 09/30/05

ROBERT B CRANE - 140011803 Page 9

