UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., ) | |
|     **Petitioners/Plaintiffs,** ) | |
| ) | |
| v. ) | CA No. B-96-116 |
| ) | |
| **TOM RIDGE,** et al, ) | |
|     **Respondents/Defendants.** ) | |
| ) | |

EXHIBIT "H" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "H" consists of documents relating to William Morales.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, 78212
Phone:  (210) 277-1603
Fax:    (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on May 8, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga

U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship and Immigration Services**

Refer to File A98 898 144

Date: APR 2 8 2006

William Morales
C/O Jones & Crane, Atty
P O Box 3070
Brownsville, TX 78523

Dear Mr. Morales

Reference is made to the Application for Employment Authorization, Form I-765, which you filed with the Service on August 15, 2005.

The reason for denial is indicated below:

☐ 1. You failed to establish economic necessity as required in 8 CFR 274a.12 (c)(14), (18) and 8 CFR 214.2(f).

☒ 2. You have failed to establish eligibility under 8 CFR 274a.12 (a) or (c). Your Application for a Certificate of Citizenship has been granted.

☐ 3. Your Application for Employment Authorization was automatically revoked with the denial of your application for certificate of citizenship on          .

Sincerely,

Alfonso R. De Leon
District Director



**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services



Office of the Interim Director

*1717 Zoy Street*
*Harlingen, TX 78552*

William Morales
c/o Jaime Diez, Atty.
P. O. BOX 3070
Brownsville, Texas 78523

**File Number**
A98 898 144

**Date**
April 5, 2006

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 1717 ZOY STREET HARLINGEN, TEXAS 78552 | ROOM NO. | FLOOR NO. |
|---|---|---|---|
| DATE AND HOUR | April 28, 2006 AT 1:55 P.M. | | |
| ASK FOR | DAO: S.T. | | |
| REASON FOR APPOINTMENT | N-600: CERTIFICATE ISSUANCE | | |
| BRING WITH YOU | THIS LETTER, I-94, PASSPORT OR ALIEN RESIDENT CARD (IF ANY). | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

If you are unable to do so, state your reason, sign Below and return this letter to this office at once.

B.T.

| I am unable to keep the appointment because: | |
|---|---|
| Siganture | Date |

Very truly yours,

District Director

FORM G-56
(REV. 5-1-83)Y

# THE UNITED STATES OF AMERICA

No. A98 898 144

## CERTIFICATE OF CITIZENSHIP

**ORIGINAL**



*Personal description of holder as of date of issuance of this certificate:* Sex MALE ; date of birth AUGUST 06, 1968 ; 
country of birth MEXICO ; complexion ***** ; color of eyes ***** ; color of hair ***** ;
height 5 feet 8 inches; visible distinctive marks *****  ***** 
Marital status MARRIED

*I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.*

William Morales Villarreal
(Complete and true signature of holder)



*Be it known that* WILLIAM MORALES VILLARREAL
RIO GRANDE, TEXAS
*having applied to the Commissioner of Immigration and Naturalization for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, and proof having been taken and the Commissioner having found that said applicant is now a citizen of the United States, became such on* AUGUST 06, 1968 *and is now in the United States:*

*Now, Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this* TWENTY-EIGHTH *day of* APRIL *TWO-THOUSAND AND SIX* *and the seal of the Department of Justice affixed pursuant to statute.*

[Signature]
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

FORM N-560 REV 11-1-87