UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,          )
        **Petitioners/Plaintiffs,**          )
                                           )
v.                                  )   CA No. B-96-116
                                           )
TOM RIDGE, et al,          )
        **Respondents/Defendants.**          )
_____)

EXHIBIT "K" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "K" consists of documents relating to Luis Fernando Martinez. Tnese documents show that Defendants gave him an EAD, after his application for adjustment of status was denied, based on a pending motion to reopen.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, 78212
Phone:  (210) 277-1603
Fax:    (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on May 8, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga

U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship
and Immigration
Services**

⌐JUL 2 4 2004

Blanca Maricela Mendoza de Martinez
11 Belinda Circle
Brownsville, TX 78521

Refer to File: A78 944 772

### *DECISION*

Upon Consideration, it is ordered that your Petition for Alien Relative filed on April 24, 2001 be denied for the following reasons:

On May 18, 2004 you were notified that the Service intends to deny the Form I-130, Petition for Alien Relative that you submitted on behalf of Luis Fernando Martinez-Gonzalez, which accorded immediate relative status as the spouse of a United States Citizen for issuance of immigrant visa.

It was explained to you that in order to continue processing your petition, additional documentation is needed. This documentation is necessary for the accurate adjudication of your petition. You were informed that you could submit, within thirty (30) days from the date of that notice, to answer in writing under oath setting forth reasons why the denial of your petition should not be made.

**Title 8, Code of Federal Regulations, Part 103.2 establishes the regulations governing the submission and adjudication of applications and petitions before this Service. Specifically, as applicable here, 8 CFR 103.2(b)(13) states in pertinent part:**

> Applications, petitions, and other documents. (b) Evidence and processing. (13) Effect of failure to respond to a request for evidence or appearance. If all requested initial evidence and requested

A78 944 772                                                                      Page 2

  additional evidence is not submitted by the required date, the application or petition shall be
  considered abandoned and, accordingly, shall be denied. ...

Your failure to respond is deemed to be an abandonment of your petition. For this reason, your petition
is hereby denied Pursuant to Title 8, C.F.R, Part 103.2.

If you desire to appeal this decision, you may do so.  Your notice of appeal must be filed within 30
days from the date of this notice.  If no appeal is filed within the time allowed, this decision is
final. Appeal in your case, may be made to the Board of Immigration Appeals on the enclosed
Form EOIR-29.

If an appeal is desired, the notice of appeal shall be executed and filed with this office together
with a fee of $110. A brief or other written statement in support of your appeal may be submitted
with the notice of appeal.

Any question that you may have will be answered by the local Immigration Office nearest your
residency or at the address shown in the heading of this letter.

Sincerely,

Alfonso R. De Leon
District Director

ARD/DS/wck/07-07-04

**U.S. Department of Justice**
Immigration and Naturalization Service

**Important: See instructions on other side.**

In the Matter of:

File Number:

1. I am filing an appeal from the decision dated:

*July 24, 2004*

2. Please check the one block which applies:

☐ I am not submitting a separate brief or evidence.

☑ I am submitting a separate brief and/or evidence with this form.

☐ I am sending a brief and/or evidence to the AAU within 30 days

☐ I need _____ days to submit a brief and/or evidence to the AAU. *(May be granted only for good cause shown. Explain in a separate letter.)*

**Person Filing Appeal**

SIGNATURE *Blanca Mtz.*

Name *Blanca Mtz.*

Address *11    Belinda Cr.*
     *Number        Street*

*Brownsville  Tx.  78521*
*City        State    ZIP Code*

Date *Agosto - 9 - 2004*

☐ I am an attorney or representative, and I represent:
     **SELF**

*Person and/or organization for whom you are appearing*

**You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not submit such a form before.**

3. Briefly, state the reason(s) for this appeal:

This letter is to let you know that i am sending proof of my birth certificate also my children and my husband birth certificate and the baptism record, and also the form with my biographic information Form ., I will appreciate everyhting you can do  to RE_ OPEN MY CASE  I am sending the amount of $ 110.00 for the appeal, I will be watting for you decision If more information is needed please contact me anytime (956) 838 2395.

*Luis F Martinez*

Form I290B(Rev. 01/04/91)N

U.S. Dej  tment of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship
and Immigration
Services**

JUL 2 4 2004

Luis Fernando Martinez Gonzalez
11 Belinda Circle
Brownsville, TX 78521

Refer to File: A78 944 772

### DECISION

Upon consideration, it is ordered that your Application to Register Permanent Residence or Adjust Status, which was filed on April 24, 2001 be denied for the following reason(s):

In accordance with Section 245a, allows for the filing for adjustment of status if a visa is immediately available. The Petition for Alien Relative, Form I-130, which was filed on April 24, 2001 in your behalf, was denied.

Accordingly, your application for adjustment of status to that of a permanent resident is denied.

You are advised that your Authorization for Parole of an Alien into the United States, Form I-512, and your Employment Authorization Document are hereby terminated. Any entry into the United States or employment taken by you after receipt of this notice will be considered unauthorized.

There is no appeal to this decision. However, under Section 103.5 you have the right to file a Motion to Reconsider or Motion to Re-open with proper fee of $110.00 within thirty (30) days of this decision.

Sincerely,

Alfonso R. De Leon
District Director

ARD/DS/wck/07-07-04

US Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

# MOTION TO REOPEN

Dear Sirs,

I am formally requesting for you to reconsider the denial of my case and ask that this motion to reopen my case be granted.

I did receive the notice to send the additional requested information but due to personal problems I neglected to do so. I realize now that my failure to send these forms has caused the denial of my case. I have all the required documentation ready and am sending it at this time.

It is of utmost importance for me to receive Permanent Resident status. I have three small children who depend on my economically. My wife does not work because she tends to our smallest son who is three years old. I am also the emotional and spiritual head of my family and they look to me for guidance. My family would suffer dearly if I where to be send back to Mexico.

I have been a law abiding resident of the United States. I have never had any problems with the law. I have always respected the laws of this country and have taught my family to do so as well.

I ask once again for you to reconsider your decision and accept this motion to reopen my case. Thank you for your time and understanding.

*Luis F. Martinez*
Luis Fernando Martinez

Sworn and subscribed before me this 10th day of August 2004.

*Jenie Cesne*
Notary Public

U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship
and Immigration
Services**

Refer to File A78 944 772

Date: April 21, 2006

Luis F. Martinez Gonzalez
C/o: Lisa S. Brodyaga
17891 Landrum Park Road
San Benito, Texas 78586

Dear Mr. Martinez Gonzalez:

MOTION TO REOPEN PROCEEDINGS UNDER THE IMMIGRATION AND
NATIONALITY ACT

IN BEHALF OF SUBJECT: Lisa S. Brodyaga

DISCUSSION: The subject is a native and citizen of Mexico who was born on January
21, 1973, in Xicotencatl, Tamaulipas, Mexico. The subject entered the United States on
or about April 01, 2001, as a visitor.

On April 24, 2001, the subject filed Form I-485, Application to Register Permanent
Resident or Adjust Status, under the Immigration and Nationality Act, as amended. Said
application was denied on July 24, 2004, due to not having a visa immediately available
since the visa petition filed on his behalf had been denied.

On August 11, 2004, the subject filed a Motion to Reopen. The facts in this case have
been carefully reviewed. It is concluded that the motion to reopen filed by the subject

Refer to File A78 944 772

will be granted. In view of these facts, it is determined that the subject's case should be reopened.

ORDER:    IT IS ORDERED that, pursuant to the authority contained in Section 103.5 of the Immigration and Nationality Act, as amended, the Motion to Reopen be granted and the application be reopened pursuant to the Immigration and Nationality Act, as amended. Please see attached Form I72 and comply as indicated.

Sincerely,

Alfonso R. De Leon
District Director



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

# EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME    MARTINEZ GONZALEZ, LUIS F

A# 078-944-772
CARD # MSC0525312367
Birthdate            Category      Sex
01/31/          C09                M
Country of Birth
Mexico
Terms and Conditions
None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 07/25/05   EXPIRES 07/24/06