```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,      )
     Petitioners/Plaintiffs,          )
                     v.               )   CA No. B-96-116
                                      )
TOM RIDGE, et al,                     )
     Respondents/Defendants.          )
```

EXHIBIT "N" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "N" are more documents relating to Jose Angel Garza, showing that on May 1, 2006, he appealed the denial of his N-600, and filed a new I-765, application for Employment Authorization Document, and that he received the EAD on June 1, 2006.

Respectfully submitted,

```
s/ Lisa S. Brodyaga              Javier Maldonado, Attorney at Law
REFUGIO DEL RIO GRANDE, INC.     601 Howard St.
17891 Landrum Park Road          San Antonio, TX 78212
San Benito, TX 78586             Phone:  (210) 277-1603
Phone:  (956) 421-3226           Fax:    (210) 225-3958
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178
```

CERTIFICATE OF SERVICE

I certify that on June 5, 2006, a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

Office of the District Director

1717 Zoy Street
Harlingen, TX 78552

A #   A98 898 209
MAY 23, 2006

JOSE GARZA AGUILERA
1003 E. JEFFERSON
BROWNSVILLE, TEXAS  78520

Applicant: JOSE GARZA AGUILERA

Your application for employment authorization has been received.  **THIS LETTER IS NOT VALID AS PROOF OF EMPLOYMENT.**

Please appear at:  **U.S. IMMIGRATION & NATURALIZATION SERVICE
1717 ZOY ST.,   HARLINGEN, TEXAS  78552**

on   THURSDAY JUNE 1  , 2006  at   9:15 A. M.

regarding your application for employment authorization.

**PLEASE BRING THIS LETTER AND PERSONAL PHOTO IDENTIFICATION WITH YOU.**

Sincerely,

Alfonso R. De Leon
District Director

JAIME DIEZ, JONES & CRANE

## JONES AND CRANE
ATTORNEYS AT LAW
3020 Central Blvd, Wellington Plaza
P.O. DRAWER 3070
BROWNSVILLE, TEXAS 78523

**JAIME DIEZ**
Board Certified-Immigration & Nationality Law
Texas Board of Legal Specialization
E-mail JaimeMDiez@aol.com

TELEPHONE (956) 544-3565
FAX            (956) 550-0006

May 1, 2006

Mr. Alfonso de Leon
1717 Zoy Street
Harlingen, Texas 78550

**REF: REQUEST TO FOR AN EAD**
    NAME: Jose Angel GARZA-Aguilera
    ALIEN: A98-898-209

Dear Mr. De Leon:

On November 18, 2005 the above named applied for Employment Authorization. However, as to this date he has not received an EAD. On April 21, 2006 his N-600 Application for a Certificate of Citizenship was denied. In this regard, on May 1, 2006 we filed and paid for an appeal on this decision. Therefore, at this time we are requesting once again that he be issued an EAD while his case is spending.

As you may be aware the reason his N-600 was denied was due to the fact that he did not provided a requested DNA paternity test. In this respect, my client needs to be able to work in order to incur the cost of this test.

Before hand, thank you for your help in this matter.

Jaime M. Diez
Attorney At Law

5/12/06  WE ARE ENCLOSING A NEW FEE WITH THIS REQUEST.

OMB No. 1615-0040; Expires 04/30/05
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-765, Application for Employment Authorization**

Do Not Write in This Block.

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended (Circle One) until _____ (Date)
   Subject to the following conditions: _____ (Date)
☐ Application Denied
   ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
[X] Permission to accept employment.
☐ Replacement (of lost employment authorization document).
☐ Renewal of my permission to accept employment (attach previous employment authorization document).

1. Name (Family Name in CAPS) (First) (Middle)
   GARZA-AGUILERA Jose Angel

2. Other Names Used (Include Maiden Name)

3. Address in the United States (Number and Street) (Apt. Number)
   1003 E. Jefferson
   (Town or City) (State/Country) (ZIP Code)
   Brownsville   TX   78520

4. Country of Citizenship/Nationality
   Mexican

5. Place of Birth (Town or City) (State/Province) (Country)
   Matamoros   Mexico

6. Date of Birth: 11/01/1974
7. Gender: [X] Male ☐ Female
8. Marital Status: [X] Married ☐ Single ☐ Widowed ☐ Divorced

9. Social Security Number (include all Numbers you have ever used) (if any)
   ___ - ___ - ___

10. Alien Registration Number (A-Number) or I-94 Number (if any)
    98-898-209

11. Have you ever before applied for employment authorization from USCIS?
    ☐ Yes (If yes, complete below)   [X] No
    Which USCIS Office?   Date(s)
    Results (Granted or Denied - attach all documentation)

12. Date of Last Entry into the U.S. (Month/Day/Year)
    10/19/2002

13. Place of Last Entry into the U.S.
    Brownsville

14. Manner of Last Entry (Visitor, Student, etc.)
    Brownsville

15. Current Immigration Status (Visitor, Student, etc.)
    Pending N-600

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions. (For example, (a)(8), (c)(17)(iii), etc.).

    Eligibility under 8 CFR 274a.12
    ( C ) ( 14 ) (   )

**Certification.**

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| Jose A. Garza [signature] | ( ) | 05/01/2006 |

Signature of Person Preparing Form, If Other Than Above: I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Jaime DIEZ | Jones & Crane, PO BOX 3070, Brownsville, TX 78523 | [signature] | 03/19/2006 |

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 01/31/05)N Prior editions may be used until 09/30/05

| U.S. Department of Justice | Notice of Entry of Appearance |
|---|---|
| Immigration and Naturalization Service | as Attorney or Representative |

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: JOSE ANGEL GARZA-AGUILERA

Date: 04/27/2006

File No. 98-898-209

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Jose Angel GARZA-Aguilera
[ ] Petitioner  [X] Applicant
[ ] Beneficiary

Address: (Apt. No.) (Number & Street) 1003 E. Jefferson (City) Brownsville (State) TX (Zip Code) 78520

Name:
[ ] Petitioner  [ ] Applicant
[ ] Beneficiary

Address: (Apt. No.) (Number & Street) (City) (State) (Zip Code)

Check Applicable Item(s) below

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia _____ US Supreme Court _____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

[ ] 4. Others (Explain Fully.)

SIGNATURE: [signature]

COMPLETE ADDRESS
Jones & Crane
PO BOX 3070
Brownsville, TX 78523

NAME (Type or Print): Jaime DIEZ

TELEPHONE NUMBER: (956) 544-3565

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Jaime DIEZ
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Name of Person Consenting | Signature of Person Consenting | Date
--- | --- | ---
 | Jose A. Garza-Aguilera [signature] | 04/27/2006

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

U.S. Department of Homeland Security
1717 Zoy Street
Harlingen, TX 78552



**U.S. Citizenship and Immigration Services**

Refer to File A98 898 209

Date: APR 21 2006

Jose Angel Garza Aguilera
c/o Jones and Crane
P.O. Box 3070
Brownsville, Texas 78523

Dear Mr. Garza:

Reference is made to the Application for Employment Authorization, Form I-765, which you filed with the Service on November 21, 2005.

The reason for denial is indicated below:

☐ 1. You failed to establish economic necessity as required in 8 CFR 274a.12 (c)(14), (18) and 8 CFR 214.2(f).

☒ 2. You have failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ 3. Your Application for Employment Authorization was automatically revoked with the denial of your application for certificate of citizenship on _____.

Sincerely,

Alfonso R. De Leon
District Director

OMB No. 1615-0000; Expires 06/30/08
**I-290B, Notice of Appeal to the Administrative Appeals Office (AAO)**

Department of Homeland Security
U.S. Citizenship and Immigration Services

Fee Stamp

In the Matter of: JOSE ANGEL GARZA-AGUILERA     File Number: 98-898-209

1. I am filing an appeal from the decision dated:

   04/21/2006

2. Please check the one block that applies:

   [ ] I am not submitting a separate brief or evidence.

   [X] I am submitting a separate brief and/or evidence with this form.

   [ ] I am sending a brief and/or evidence to the AAO within 30 days.

   [ ] I need _____ days to submit a brief and/or evidence to the AAO. (May be granted only for good cause shown. Explain in a separate letter, and attach the letter to your form.)

**Person Filing Appeal**

Signature: Jamie [signature]

Name: Jaime DIEZ

Address: PO BOX 3070
Number    Street

Brownsville    TX    78523
City    State    Zip Code

Telephone No. (956) 544-3565
E-mail address, if any _____
Date 04/27/2006

[X] I am an attorney or representative, and I represent:

Jose Angel GARZA-Aguilera
*Person and/or organization for whom you are appearing.*

Telephone No. (956) 544-3565
E-mail address, if any JAIMEMDIEZ@AOL.com

You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not submit such a form before.

Briefly state the reason(s) for this appeal:
... Certificate of Citizenship violates the Harlingen District Policy and the Protective Order
... authorization. The Harlingen District Office failure
... the requested

---

JONES & CRANE ATTORNEYS
MISCELLANEOUS FEES
P.O. DRAWER 1045
WESLACO, TX 78599
956-664-9274                                                      3078
                                                                  88-2141/1149

PAY TO THE ORDER OF _____                DATE 4-28-06

Three Hundred and eighty five 00/100                    $ 385 —

FIRST NATIONAL BANK                                     DOLLARS

FOR _____                                               [signature] Jaime

⑈003078⑈ ⑆114921415⑆

```
                DHS
            HARLINGEN, TX

       05/01/2006          06:59

         GARZA AGUILERA JOSE ANG
         I-290BT          $385.00
         -----------------------
         TAX TL             $0.00
         -----------------------
         TOTAL            $385.00
         CHECK            $385.00

         ITEM#                  1

                   CLERK 6
```

564-6942

