# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § | |
|    Petitioners/Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-96-116 |
| | § | |
| TOM RIDGE, Secretary of Department of | § | |
| Homeland Security, et al., | § | |
|    Respondents/Defendants. | § | |

## ORDER

On May 8, 2006, Plaintiffs filed Plaintiffs' Opposed Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, for Damages, and for Evidentiary Hearing with Respect Thereto. [Docket No. 132] As of today, Defendants have not responded. Plaintiffs' motion will be granted and Defendant Alfonso De Leon will be held in contempt if he has not responded to Plaintiffs' motion and shown cause why the Court should not hold him in contempt by June 30, 2006.

Signed this 5th day of June, 2006.

                                                                Andrew S. Hanen
                                                    United States District Judge