```
                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

ANTELMA DOMINGUEZ-PEREZ, et al.,            )
    Petitioners/Plaintiffs,                 )
                    v.                   )   CA No. B-96-116
                                          )
TOM RIDGE, et al,                            )
    Respondents/Defendants.                 )

```
                  EXHIBIT "P" IN SUPPORT OF
   PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
      DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
       AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO
```

Exhibit "P" are documents relating to Jorge De Villiers. These documents demonstrate that if Defendants do not consider an application for adjustment of status to be "properly filed," they return the application, and check, without processing it. They also show that once Defendants have made such a determination, even erroneously, it is all but impossible to persuade them to accept the fee, and file the application.

Respectfully submitted,

s/ Lisa S. Brodyaga                 Javier Maldonado, Attorney at Law
REFUGIO DEL RIO GRANDE, INC.        601 Howard St.
17891 Landrum Park Road             San Antonio, TX 78212
San Benito, TX 78586                Phone:  (210) 277-1603
Phone:  (956) 421-3226              Fax:    (210) 225-3958
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

```
                    CERTIFICATE OF SERVICE
```

I certify that on June 15, 2006, a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga

## LAW OFFICES OF LISA S. BRODYAGA
17891 Landrum Park Rd.
San Benito, Texas 78586
(956) 421-3226
FAX: 421-3423

June 1, 2006

Alfonso De Leon, District Director
U.S.C.I.S.
1717 Zoy St.
Harlingen, TX 78552
By fax: 389-7603

Re: Jorge De Villiers
    A17 299 797

Dear Mr. De Leon:

Mr. De Villiers' adjustment package, based on an I-130 by a naturalized U.S. citizen spouse, was rejected twice by Chicago CIS, allegedly because they were unable to ascertain the "priority date." As an immediate relative, however, no such previous "priority date" is required.

Therefore, on May 15, 2006, I submitted it to you, with a request that it be processed locally. By cover letter dated May 24, 2006, I was informed that you "cannot accept the package at this time," and that the file had been requested for review.

It is my hope that the file has been received, and that you are now ready to accept the filing. I sincerely hope that it will not be necessary to resort to litigation, just to get the adjustment package filed! Copies of the relevant documents are attached.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

Encl/ As stated.

cc: Cheri Jones, Attorney
    by fax: 389-7604

5/15/06

Re: Jorge
#17 299 797

Mr. De Leon:

This package has now been returned twice — allegedly because they could not ascertain the priority date. But the petitioner is a US citizen. She is petitioning her husband, who has a legal entry.

Please process locally.

Thanks.

Fisal Budyaga
17841 Landrum Pk Rd
San Benito, Tx
78586

956 421-3226



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

Office of the District Director

1717 Zoy Street
Harlingen, TX 78552

JORGE DE VILLIERS
C/O LISA S. BRODYAGA, ATTY
17891 LANDRUM PARK ROAD
SAN BENITO, TX. 78586

Date: May 24, 2006
File No: A17299797
Form No.: I485 PACKET

PLEASE COMPLY WITH THE FOLLOWING "X" INSTRUCTIONS:

☒ 1. The attached application/petition and its supporting documents are attached; along with Money Order/Personal check #     CHK #4978 $755
☐ 2. Please complete the blocks checked in red on your enclosed Fingerprint Card.
☐ 3. Form N-400 must be submitted directly to: USCIS, P.O. Box 851204, Mesquite, TX 75185-1204.
☐ 4. Furnish the required fee of: $
☐ 5. The application you submitted is obsolete; resubmit the enclosed revised form.
☐ 6. Furnish two (2) color photographs with white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in FRONTAL VIEW of face. Using soft pencil or felt pen, print name and alien registration receipt number, if known in the back of each photo.
☐ 7. Required to submit three (3) identical unglazed photographs of yourself taken within 30 days of the date of this application. They must be 2x2 inches in size and the distance from the top of head to point of chin should be approximately 1- 1/4 inches; must not be pasted on a card or mounted in any other way; must be of thin paper, have a light background, and FRONTAL VIEW. Snapshots, group, or full-length portraits or machine-made photographs will not be accepted. Photographs which have been tinted or otherwise colored are not acceptable. They may be in natural color.
☐ 8. Form I-90, Application to replace Alien Registration Card, must be submitted directly to: USCIS, P.O. Box 54870, Los Angeles, CA 90054-0870.
☐ 9. Form I-130, Petition for Alien Relative, must be submitted directly to: Texas Service Center, P. O. Box 850919, Mesquite, Texas 75185-0919, except when submitted with an Adjustments of Status package.
☒ 10. Other: WE CANNOT ACCEPT THE PACKAGE AT THIS TIME. FILE HAS BEEN REQUESTED FOR REVIEW.

Alfonso R. De Leon/sl
District Director Services

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| ReceiptNumber<br>MSC-06-217-15888 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
| Received Date:<br>May 04, 2006 | Priority Date: | Applicant<br>DE VILLIERS, JORGE |
| Notice Date:<br>May 09, 2006 | Page 1 OF 1 | |
| LISA BRODYAGA<br>17891 LANDRUM PARK ROAD<br>SAN BENITO TX 78586 | **NOTICE TYPE: Rejection Notice** | |

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

Your application package was submitted with a single remittance and one or more of the applications/petitions were unacceptable in the package for the reason(s) specified on the related Notice(s) of Action (Form I-797). Please correct the flawed application(s)/petition(s), and resubmit the application package with the appropriate fees and supporting documents to the address listed on the bottom of this notice.

X    Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

The following documents may be provided:

Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing concurrently; or

A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the United States Citizenship and Immigration Services website at www.USCIS.gov for further information.

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



5182832        0003308478

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| ReceiptNumber MSC-06-217-15888 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|
| Received Date: May 04, 2006 | Priority Date: | Applicant DE VILLIERS, JORGE |
| Notice Date: May 09, 2006 | Page 1 OF 1 | |
| LISA BRODYAGA 17891 LANDRUM PARK ROAD SAN BENITO TX 78586 | **NOTICE TYPE: Rejection Notice** |

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

Your application package was submitted with a single remittance and one or more of the applications/petitions were unacceptable in the package for the reason(s) specified on the related Notice(s) of Action (Form I-797). Please correct the flawed application(s)/petition(s), and resubmit the application package with the appropriate fees and supporting documents to the address listed on the bottom of this notice.

X    Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

---

LISA S. BRODYAGA
ATTORNEY AT LAW
17891 LANDRUM PARK RD.
SAN BENITO, TX 78586                                    4978

DATE 4/14/06

PAY TO THE ORDER OF  USCIS                              $ 755

Seven Hundred Fifty Five  DOLLARS

TEXAS STATE BANK
A Bank for Texas.

FOR I-485 + biometrics  A17299797    Lisa S. Brodyaga

⑆004978⑆ ⑈114909043⑈ ⑆4306892⑆

---

If you need additional assistance, please contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the United States Citizenship and Immigration Services website at www.USCIS.gov for further information.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283

5182832       0003308478



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number | Case Type: |
| --- | --- |
| MSC-06-217-15890 | I-130 - Petition for Alien Relative |

| Received Date: | Priority Date: | Petitioner: | A070411864 |
| --- | --- | --- | --- |
| May 04, 2006 | | | DE VILLIERS, MARIA |

| Notice Date: | Page 1 OF 1 | Beneficiary: | A017299797 |
| --- | --- | --- | --- |
| May 09, 2006 | | | DE VILLIERS, JORGE |

LISA BRODYAGA
17891 LANDRUM PARK ROAD
SAN BENITO TX 78586

**NOTICE TYPE: Rejection Notice**

---

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X   The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

   The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

X   The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

   Your application package was submitted with a single remittance and one or more of the applications/petitions were unacceptable in the package for the reason(s) specified on the related Notice(s) of Action (Form I-797). Please correct the flawed application(s)/petition(s), and resubmit the application package with the appropriate fees and supporting documents to the address listed on the bottom of this notice.

If you need additional assistance, please contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the United States Citizenship and Immigration Services website at www.USCIS.gov for further information.

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



5182832          0003308478

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 01/31/07
**I-130, Petition for Alien Relative**

### DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY

| Section of Law/Visa Category | Action Stamp | Fee Stamp |
|---|---|---|
| ☐ 201(b) Spouse - IR-1/CR-1 | | |
| ☐ 201(b) Child - IR-2/CR-2 | | |
| ☐ 201(b) Parent - IR-5 | | |
| ☐ 203(a)(1) Unm. S or D - F1-1 | | |
| ☐ 203(a)(2)(A) Spouse - F2-1 | | |
| ☐ 203(a)(2)(A) Child - F2-2 | | |
| ☐ 203(a)(2)(B) Unm. S or D - F2-4 | | |
| ☐ 203(a)(3) Married S or D - F3-1 | | |
| ☐ 203(a)(4) Brother/Sister - F4-1 | | |

Petition was filed on: _____ (priority date)
☐ Personal Interview    ☐ Previously Forwarded
☐ Pet.  ☐ Ben. "A" File Reviewed    ☐ I-485 Filed Simultaneously
☐ Field Investigation    ☐ 204(g) Resolved
☐ 203(a)(2)(A) Resolved    ☐ 203(g) Resolved

Remarks:

**A. Relationship** You are the petitioner. Your relative is the beneficiary.

1. I am filing this petition for my:
☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. Are you related by adoption?
☐ Yes  ☒ No

3. Did you gain permanent residence through adoption?
☐ Yes  ☒ No

**B. Information about you**

1. Name (Family name in CAPS) (First) (Middle)
DeVILLIERS, Maria Elena

2. Address (Number and Street) (Apt.No.)
601 Hibiscus #17
(Town or City) (State/Country) (Zip/Postal Code)
McAllen, Tx 78501

3. Place of Birth (Town or City) (State/Country)
Mexico, DF    Mexico

4. Date of Birth (mm/dd/yyyy): 03/12/1950
5. Gender: ☐ Male ☒ Female
6. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced

7. Other Names Used (including maiden name)
Maria Elena Gutierrez Pedroza

8. Date and Place of Present Marriage (if married)
02/04/1971 Mexico City Mexico

9. U.S. Social Security Number (if any): 460 95 9098
10. Alien Registration Number: A70 411 864

11. Name(s) of Prior Husband(s)/Wife(s): None
12. Date(s) Marriage(s) Ended:

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one):
☐ Birth in the U.S.
☒ Naturalization. Give certificate number and date and place of issuance.
22040290 Brownsville Tx 7/1/96
☐ Parents. Have you obtained a certificate of citizenship in your own name?
☐ Yes. Give certificate number, date and place of issuance.  ☐ No

14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for or adjustment to lawful permanent residence and class of admission.
N/A

14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?
☐ Yes  ☒ No

**C. Information about your relative**

1. Name (Family name in CAPS) (First) (Middle)
DeVilliers, Jorge Nolan

2. Address (Number and Street) (Apt. No.)
601 Hibiscus #17
(Town or City) (State/Country) (Zip/Postal Code)
McAllen, Tx 78501

3. Place of Birth (Town or City) (State/Country)
Habana, Cuba

4. Date of Birth (mm/dd/yyyy): 09/26/1947
5. Gender: ☒ Male ☐ Female
6. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced

7. Other Names Used (including maiden name)
Jorge Nolan DeVilliers Y Hurtado de Mendoza

8. Date and Place of Present Marriage (if married)
02/04/1971 Mexico City Mexico

9. U.S. Social Security Number (if any): 042420624
10. Alien Registration Number: 17 299 797

11. Name(s) of Prior Husband(s)/Wife(s): Diana Valdez
12. Date(s) Marriage(s) Ended: 03/1969

13. Has your relative ever been in the U.S.? ☒ Yes ☐ No

14. If your relative is currently in the U.S., complete the following:
He or she arrived as a: LPR
(visitor, student, stowaway, without inspection, etc.)
Arrival/Departure Record (I-94): |||| ▬ ||||||
Date arrived (mm/dd/yyyy): 04/03/2006
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95: N/A

15. Name and address of present employer (if any)
Self-employed
Date this employment began (mm/dd/yyyy): 1982

16. Has your relative ever been under immigration proceedings?
☒ No  ☐ Yes  Where _____ When _____
☐ Removal  ☐ Exclusion/Deportation  ☐ Recission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: App'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 10/26/05)Y