
United States District Court
Southern District of Texas
FILED

JUN 3 0 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | No. B-96-116 ) ) |
| TOM RIDGE, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF JUNE 5, 2006 AND REQUEST FOR DISCHARGE OF THE ORDER TO SHOW CAUSE

Defendants, through undersigned counsel, hereby respectfully submit their response to the Court's Order to Show Cause dated June 5, 2006. The failure to file a timely response to *Plaintiffs' Opposed Motion to Enforce Agreed Order, To Hold Defendant Alfonso De Leon in Contempt for Damages and for Evidentiary Hearing with Respect Thereto* ("Motion to Enforce") was due solely to excusable neglect.

As set forth in the accompanying Declaration of Ernesto H. Molina, Jr., while the certificate of service accompanying the Motion to Enforce indicated that plaintiffs served counsel for defendants by mail, that copy never arrived in a timely fashion and still has not arrived. Accordingly, counsel was without notice

of its filing.

Further, while this Court is part of the CM/ECF system, the attorney who receives electronic notification of filings, Assistant United States Attorney Nancy Masso, was out of the office from mid-April 2006 through mid-May 2006 on sick leave and did not see the electronic notification, nor was she expecting it. It was only upon receiving notification of the Court's order dated June 5, 2006, that Ms. Masso realized that a filing had taken place and immediately notified undersigned counsel.

Since then, appropriate steps have been taken to avoid future difficulties. In particular, undersigned counsel has registered with the CM/ECF system for the United States District Court for the Southern District of Texas.

Thus, the failure to respond was due solely to excusable neglect.

///

///

///

///

///

///

///

**WHEREFORE,** defendants request that the Court deem the order to show cause satisfied and that it discharge the order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

_____
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344

Dated: June 28, 2006                    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, )<br>    et al, )<br>  )<br>        Plaintiffs, )<br>  )<br>v. )<br>  )<br>TOM RIDGE, et al., )<br>  )<br>        Defendants. ) | No. B-96-116 |

**DECLARATION OF ERNESTO H. MOLINA, JR.,
COUNSEL FOR THE DEFENDANTS**

I, ERNESTO H. MOLINA, JR., hereby declare that:

1. I have been a member of the State Bar of California since December 1995.

2. I have been employed with the United States Department of Justice's Office of Immigration Litigation for the past ten years, serving as Senior Litigation Counsel since November 2000.

3. I am the attorney assign to handle the above-captioned case on behalf of the defendants.

4. Starting in April 2006, I began a series of discussions with Ms. Lisa Brodyaga ("Ms. Brodyaga"), counsel for plaintiffs, trying to address plaintiffs'

concerns regarding the United States Citizen and Immigration Services' ("CIS") compliance with the Court's injunction in the instant case. I was aware of certain correspondence between Ms. Brodyaga and CIS's Office of the District Counsel starting in late March 2006.

5. On April 20, 2006, Ms. Brodyaga issued an ultimatum, demanding resolution of the questions by April 28, 2006. See Motion to Enforce, Plaintiffs Exhibit D at 2. Ms. Brodyaga expressed concern regarding CIS's "stop-time" rule regarding applications which were not "properly filed" or in which a Request for Further Evidence ("RFE") had been issued. Id.

6. At that juncture, I interceded in the communications and provided Ms. Brodyaga with a timely response on April 28, 2006. See Motion to Enforce, Plaintiffs' Exhibit D at 6. In the letter, I provided a detailed explanation of the defendants' position vis-a-vis the stop-time rule and its application to the issuance of temporary employment authorization documents ("EADs"). Id. at 6-8. Moreover, I addressed the particular case of Ramiro Acosta, whose case did not fall within the explanation provided for the stop-time rule, informing her that, notwithstanding the fact that Ramiro Acosta's case was not one governed by the injunction, the District Director had determined to provide timely adjudications in cases such as his. Id. at 8-9. I encouraged Ms. Brodyaga to continue the discussions, primarily with the intent of learning whether she was satisfied with

the explanation or whether further negotiations would be necessary. Id. at 9. Moreover, I specifically asked Ms. Brodyaga for the "growing list" of cases that she asserted were not receiving timely issuance of temporary EADs to provide any further appropriate redress of the problem. Id.

7. On April 28, 2006, Ms. Brodyaga sent a reply, suggesting that I failed to address the cases of two individuals whom she had mentioned in her letter dated March 29, 2006, but that I had purportedly failed to address in my letter. See Motion to Enforce, Petitioner's Exhibit D at 4. She gave the government until May 3, 2006, to respond.

8. On May 3, 2006, I provided my response to Ms. Brodyaga's demand. See Motion to Enforce, Petitioner's Exhibit D at 10. I informed Ms. Brodyaga that, while the letter did not mention Jose Garza and Wilfredo Garza by name, the letter addressed the application of the stop-time rule, which was the basis of her complaint as to those individuals. Id. The letter went on to discuss the particular details of their cases. Id. at 10-11.

9. After sending the letter to Ms. Brodyaga, I received no further contact from her. I was expecting such contact, since she had alluded to a "growing number" of cases in which temporary EADs were not being issued in a timely manner, yet she had brought only three cases to my attention. See Motion to Enforce, Plaintiffs' Exhibit D at 9. Moreover, Ms. Brodyaga had not informed me

that plaintiffs would be filing anything with the Court, despite past suggestions that she might. Similarly, Ms. Brodyaga never specifically conferred with me as to whether the government opposed the Motion to Enforce.

10. On May 8, 2006, plaintiffs filed the Motion to Enforce. According to its certificate of service, Ms. Brodyaga provided service by mail.

11. The Motion to Enforce did not reach counsel for the defendants in a timely manner. Indeed, to date, the Motion to Enforce has still not arrived, albeit two subsequent filings (Plaintiffs' Exhibits O and P) arrived on June 20, 2006.

12. Moreover, Assistant United States Attorney Nancy Masso ("Ms. Masso"), who does receive electronic notification through the CM/ECF system, was out of the office from mid April through mid-May on sick leave. Upon her return to the office, in the process of wading through her accumulated work, she did not notice the filing.

13. On June 5, 2006, Ms. Masso did receive notification of the Court's June 5, 2006 Order to Show Cause. Upon receiving notification, Ms. Masso notified me immediately. Through the PACER system, I downloaded the Motion to Enforce and its Exhibits A through N.

14. In order to avoid this difficulty in the future, I have since registered for the CM/ECF system with the Electronic Registration Office of the United States District Court for the Southern District of Texas. I have not received my e-mail

notification as to my password yet, but I anticipate its arrival shortly.

15. Accordingly, I offer my apologies to the Court, as it was not my intent to miss the filing deadline. Since the failure to file was a matter of excusable neglect, I request that the Court excuse missing of the deadline, deem the Order to Show Cause against defendants satisfied, and discharge it.

Executed this 28th day of June 2006.

*[signature]*

ERNESTO H. MOLINA, JR.
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 28th day of June 2006, addressed to:

Ms. Lisa Brodyaga, Esquire
17891 Landrum Park Road
San Benito, TX 78586

_____
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel