IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) | |
| Plaintiffs, | ) ) ) | No. B-96-116 |
| v. | ) ) ) | **ORDER** |
| TOM RIDGE, et al., | ) ) ) | (Proposed) |
| Defendants. | ) | |

Upon consideration of *Defendants' Response to the Court's Order of June 5, 2006 and Request for Discharge of the Order to Show Cause,* it is hereby ORDERED that the Court's Order to Show Cause issued on June 5, 2006, is hereby deemed satisfied and discharged..

Signed in Brownsville, Texas, this ___ day of June/July, 2006.

_____
ANDREW S. HANEN
United States District Judge