IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) ) No. B-96-116 |
| v. | ) ) |
| TOM RIDGE, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' EXHIBIT B**

Attached is Defendants' Exhibit B, consisting of documents relating to Olivia Lopez de Palomares.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 616-9344
Attorneys for Defendants

DAVID V. BERNAL
Assistant Director

Dated: June 28, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 28th day of June, addressed to: Lisa Brodyaga, Law Offices of Lisa S. Brodyaga, 17891 Landrum Park Rd., San Benito, Texas 78586

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
1717 Zoy Street
Harlingen, TX 78552

Office of the District Director

FILE NUMBER: 98354385 AND386

DATE: ~~JANUARY 3, 2005~~ JUN 2 1 2005

SAN JUANA LOPEZ DE ALMAGUER
211 W. AUDREY, APT 201
PHARR, TX 78577

Examination of the (enclosed) application _____ N-600 _____
shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked ☒, in red in this letter, the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents and forms. We will then complete the processing of your application.

☒ Unless you furnish the requested information or document(s) checked ☒, it will be necessary to recommend to the District Director that your application for certificate of citizenship be denied for lack of prosecution.
☐ The application that you have submitted is obsolete. Complete and return the enclosed new application.
☐ Send money order or check for $_____ made payable to U.S. Citizenship and Immigration Services. Do not send cash or postage stamps.
☐ PLEASE PROVIDE THE ORIGINAL AND ONE COPY OF ALL LISTED ITEMS BELOW OR ON THE REVERSE OF THIS FORM AT THE TIME OF YOUR NEXT INTERVIEW.
☒ PLEASE PROVIDE ONE COPY OF ALL LISTED ITEMS BELOW OR ON THE REVERSE OF THIS FORM BY MAIL TO THE ADDRESS LISTED AT THE TOP OF THIS FORM, NO LATER THAN ~~MAY 3, 2005~~ OCT 2 1 2005

☐ INCOME TAX RETURNS FROM ____ TO ____.
☐ BIOGRAPHIC DATA SHEET FOR THE SOURCE PARENT.
☒ PROOF THAT YOUR MOTHER/FATHER WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR A TOTAL OF 10 YEARS PRIOR TO YOUR BIRTH, AT LEAST FIVE OF WHICH WERE AFTER HIS/HER 14TH BIRTHDAY.
☐ PROOF THAT YOUR MOTHER/FATHER WAS PHYSICALLY PRESENT IN THE UNITED STATES FOR A TOTAL OF 5 YEARS, AT LEAST 2 OF WHICH WERE AFTER HIS/HER 14TH BIRTHDAY.
☐ PROOF THAT A RELATIONSHIP WAS ESTABLISHED BETWEEN YOU AND YOUR UNITED STATES CITIZEN FATHER PRIOR TO YOUR 21ST BIRTHDAY.
☐ DNA TEST ESTABLISHING THE RELATIONSHIP BETWEEN YOU AND YOUR U.S. CITIZEN FATHER.
☐ OTHER

Department of Justice  
Immigration and Naturalization Service

OMB No. 1115-0163; Expires - 04/30/05

## Application for Employment Authorization

**Do Not Write in This Block.**

| Remarks | Action Stamp | Fee Stamp |
|---|---|---|
| A# 98 354 386 | APPROVED DEC 1 2004 | |

Applicant is filing under §274a.12 _____

☒ Application Approved. Employment (Authorized/Extended) *(Circle One)* until _____ (Date). 1/3/06 (Date). 1/2/06

Subject to the following conditions: _____

☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c)
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☒ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*.
☐ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

1. Name (Family Name in CAPS) (First) (Middle)  
LOPEZ DE PALOMARES  Oralia

2. Other Names Used (Include Maiden Name)  
Lopez-Bernal/Palomares

3. Address in the United States (Number and Street) (Apt. Number)  
211 W. Audrey , 168  
(Town or City) (State/Country) (ZIP Code)  
Pharr   TEXAS   78577

4. Country of Citizenship/Nationality  
Mexico

5. Place of Birth (Town or City) (State/Province) (Country)  
Reynosa   Tamps.   Mexico

6. Date of Birth: 05/24/1962   7. Sex: ☐ Male ☒ Female

8. Marital Status: ☒ Married ☐ Widowed ☐ Single ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used) (if any)  
n/a

10. Alien Registration Number (A-Number) or I-94 Number (if any)  
n/a  A 98 354 386

11. Have you ever before applied for employment authorization from INS?  
☐ Yes (If yes, complete below)  ☒ No  
Which INS Office?   Date(s)  
Results (Granted or Denied - attach all documentation)

12. Date of Last Entry into the U.S. (Month/Day/Year)  
11/29/2002

13. Place of Last Entry into the U.S.  
Hidalgo, Texas

14. Manner of Last Entry (Visitor, Student, etc.)  
Visitor

15. Current Immigration Status (Visitor, Student, etc.)  
Pending N-600

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc).  
Eligibility under 8 CFR 274a.12  
( c ) ( 14 ) ( )

### Certification.

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature: *Oralia Palomares*   Telephone Number: (956) 783-9546   Date: 11/29/2004

**Signature of Person Preparing Form,** Above: I declare that this document was prepared by me at the request of the applicant and is based on all information... have any knowledge.

Print Name: Selina Martinez   Address: JONES & CRAN... Texas Blvd, Wesl...   Signature: *Selina Martin*   Date: 11/29/2004

| | Submitted | Relocated | Completed |
|---|---|---|---|
| | Rec'd | Sent | Approved | Denied | Returned |

Form I-765 (Rev. 5/09/02)Y