IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) ) No. B-96-116 |
| v. | ) ) |
| TOM RIDGE, et al., | ) ) |
| Defendants. | ) |

### DEFENDANTS' EXHIBIT C

Attached is Defendants' Exhibit C, consisting of documents relating to Rafaela Fuentes de Garza.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

Dated: June 28, 2006

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express overnight delivery, this 28th day of June, addressed to: Lisa Brodyaga, Law Offices of Lisa S. Brodyaga, 17891 Landrum Park Rd., San Benito, Texas 78586

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel

```
CIMEAD     PAGE 0001   IMMIGRATION AND NATURALIZATION SERVICE           06/21/06
COMMAND:                        CENTRAL INDEX SYSTEM                    11:56:35
                       EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) DATA

A#: 024835369  NAME: FUENTES DE GARZA          ,RAFAELA            DOB: 02061942

FARES #: HLGA052030010      SSN #: 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     COB: MEXIC    COA: B2
WORK STATION ID: A    OPERATOR ID: HLGA        OFFICER ID: HLG2553

                          ACTION   DENY          START     EXPIRATION PROVISION OF LAW
SEQ#-------TYPE-------    --DATE-- CODE OFF    --DATE--   ---DATE---  --8CFR 274A.12--
  01 EXTENSION            04212005      HLG    04212005    04202006    (C) (09) ( )
  02 CORRECTION/SPOILED   09092002      HLG    08272001    08262002    (C) (09) ( )
  03 INITIAL ISSUANCE     08272001      HLG    08272001    08262002    (C) (09) ( )
  04 EXTENSION            08282000      HLG    08282000    08272001    (C) (09) ( )
  05 EXTENSION            08101999      HLG    08281999    08272000    (C) (09) ( )
  06 EXTENSION            08281998      HLG    08281998    08271999    (C) (09) ( )
  07 EXTENSION            11261996      HLG    11261996    11251997    (C) (09) ( )
  08 REPLACEMENT          11021995      HLG    07061994    01061995    (C) (09) ( )


     *** END OF EADS DISPLAY ***
  CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP   PF6 MAIN MENU
```