IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) |
| TOM RIDGE, et al., | ) **ORDER** ) (Proposed) ) |
| Defendants. | ) ) |

Upon consideration of *Plaintiffs' Opposed Motion to Enforce Agreed Order, To Hold Defendant Alfonso De Leon in Contempt for Damages and for Evidentiary Hearing with Respect Thereto* ("*Motion to Enforce*"), and the defendants' opposition thereto, the *Motion to Enforce* is hereby DENIED.

Signed in Brownsville, Texas, this ___ day of June/July, 2006.

_____
ANDREW S. HANEN
United States District Judge