UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., <br> Petitioners/Plaintiffs, <br> v. <br><br> TOM RIDGE, et al, <br> Respondents/Defendants. | ) <br> ) <br> ) CA No. B-96-116 <br> ) <br> ) <br> ) |

EXHIBIT "Q" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "Q" is a "rejection notice" relating to an I-485 application. It shows that such applications are returned, with the fee, if CIS considers that something essential to the application is lacking.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone: (956) 421-3226
FAX: (956) 4213423
Texas Bar No: 03052800
Federal ID: 1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, TX 78212
Phone: (210) 277-1603
Fax: (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on July 1, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

| Receipt Number | Case Type: |
|---|---|
| MSC-06-217-15888 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: | Priority Date: | Applicant |
|---|---|---|
| May 04, 2006 | | DE VILLIERS, JORGE |

| Notice Date: | Page 1 OF 1 | |
|---|---|---|
| May 09, 2006 | | |

LISA BRODYAGA
17891 LANDRUM PARK ROAD
SAN BENITO TX 78586

**NOTICE TYPE: Rejection Notice**

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X   The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

   Your application package was submitted with a single remittance and one or more of the applications/petitions were unacceptable in the package for the reason(s) specified on the related Notice(s) of Action (Form I-797). Please correct the flawed application(s)/petition(s), and resubmit the application package with the appropriate fees and supporting documents to the address listed on the bottom of this notice.

X   Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

   The following documents may be provided:

   Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

   Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing concurrently; or

   A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

   Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the United States Citizenship and Immigration Services website at www.USCIS.gov for further information.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



5182832        0003308478

Form I-797C (Rev. 01/31/05) N