UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,      )
    Petitioners/Plaintiffs,            )
                      v.                   )   CA No. B-96-116
                                      )
TOM RIDGE, et al,                     )
    Respondents/Defendants.            )

EXHIBIT "R" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "R" consists of documents relating to Maria Sanchez de Maldonado. Her I-485 and I-765 were filed October 27, 2005. Her I-765 was approved on December 22, 2005, and she was sent an appointment letter on her I-485 for March 3, 2006.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone: (956) 421-3226
FAX:   (956) 4213423
Texas Bar No: 03052800
Federal ID:   1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, TX 78212
Phone: (210) 277-1603
Fax:   (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on July 5, 2006, a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>MSC-06-025-17976 | CASE TYPE I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|
| RECEIPT DATE<br>October 27, 2005 | PRIORITY DATE | APPLICANT A96 661 001<br>SANCHEZ DE MALDONADO, MARIA M. |
| NOTICE DATE<br>February 3, 2006 | PAGE<br>1 of 1 | |

LISA BRODYAGA
17891 LANDRUM PARK ROAD
SAN BENITO TX 78586

**Notice Type:** Approval Notice
Class: C09
Valid from 12/22/2005 to 12/21/2006
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| | |
|---|---|
| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE: December 28, 2005 |
| CASE TYPE: FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#: A 096 661 001 |
| APPLICATION NUMBER: MSC0602517972 | RECEIVED DATE: October 21, 2005 | PRIORITY DATE: October 21, 2005 | PAGE: 1 of 1 |

MARIA MAGDALENA SANCHEZ DE MALDONADO
c/o LISA BRODYAGA
17891 LANDRUM PARK ROAD
SAN BENITO TX 78586

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. **Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))**

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
    - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
    - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW** - If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| | |
|---|---|
| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1717 ZOY STREET<br>NONE<br>HARLINGEN TX 78552 | ON: Friday, March 03, 2006<br>AT: 01:25 PM |
| 2 | REPRESENTATIVE COPY |

Form I-797C (Rev. 01/31/05) N