UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,      )
    Petitioners/Plaintiffs,      )
                v.      )      CA No. B-96-116
                        )
TOM RIDGE, et al,      )
    Respondents/Defendants.      )

EXHIBIT "S" IN SUPPORT OF
PLAINTIFFS' OPPOSED MOTION TO ENFORCE AGREED ORDER, TO HOLD
DEFENDANT ALFONSO DE LEON IN CONTEMPT, FOR DAMAGES,
AND FOR EVIDENTIARY HEARING WITH RESPECT THERETO

Exhibit "S" consists of documents relating to Maria Guadalupe Gonzalez-Calderoni, and her brother, Eliseo Gonzalez-Calderoni. They show that Defendant De Leon *does* return N-600s which he considers not to be properly filed, without processing the fee.

The Gonzalez siblings submitted N-600s on May 30, 2006. They were returned, with money orders, by cover letter dated May 31, 2006, instructing them to come to the Harlingen office so that they could "assist" them with their case. They went, and were instructed to re-file, with copies of the Appeals Unit decision denying their prior applications. Shortly thereafter, they obtained counsel. On July 6, 2006, counsel re-filed the applications, with the requested decisions, and CIS accepted the fees.

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:   1178

Javier Maldonado, Attorney at Law
601 Howard St.
San Antonio, TX 78212
Phone:  (210) 277-1603

Fax:    (210) 225-3958

CERTIFICATE OF SERVICE

I certify that on July 6, 2006, a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Ernesto Molina, Attorney, P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044.

s/ Lisa S. Brodyaga



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

---

Office of the District Director
*1717 Zoy Street*
*Harlingen, TX 78552*

MARIA GONZALEZ
314 RIO GRANDE DR.
MISSION, TEXAS  78572

Date:    MAY 31,  2006
File No:    N/A
Form No.: N-600

PLEASE COMPLY WITH THE FOLLOWING "X" INSTRUCTIONS:

☒ 1.  The attached application/petition and its supporting documents are attached; along with Money
        Order/Personal check #        B-910500038195; $255.00
☐ 2.  Please complete the blocks checked in red on your enclosed Fingerprint Card.
☐ 3.  Form N-400 must be submitted directly to: USCIS, P.O. Box 851204, Mesquite, TX 75185-1204.
☐ 4.  Furnish the required fee of:  $
☐ 5.  The application you submitted is obsolete; resubmit the enclosed revised form.
☐ 6.  Furnish two (2) color photographs with white background, photos must be glossy, unretouched, and
        not mounted.  Dimension of the facial image should be about 1 inch from the chin to top of hair or
        head, shown in FRONTAL VIEW of face.  Using soft pencil or felt pen, print name and alien
        registration receipt number, if known in the back of each photo.
☐ 7.  Required to submit three  (3) identical unglazed photographs of yourself taken within 30 days of the
        date of this application.  They must be 2x2 inches in size and the distance from the top of head to point
        of chin should be approximately 1- 1/4 inches; must not be pasted on a card or mounted in any other
        way; must be of thin paper, have a light background, and FRONTAL VIEW.  Snapshots, group, or
        full-length portraits or machine-made photographs will not be accepted.  Photographs which have been
        tinted or otherwise colored are not acceptable. They may be in natural color.
☐ 8.  Form I-90, Application to replace Alien Registration Card, must be submitted directly to:  USCIS,
        P.O. Box 54870, Los Angeles, CA 90054-0870.
☐ 9.  Form I-130, Petition for Alien Relative, must be submitted directly to: Texas Service Center, P. O.
        Box 850919, Mesquite, Texas 75185-0919, except when submitted with an Adjustments of Status
        package.
☒ 10.  Other: PLEASE COME TO THE HARLINGEN OFFICE SO THAT WE MAY  ASSIST YOU
             CONCERNING YOUR CASE.

Alfonso R. De Leon/
District Director Services

Department of Homeland Security
U.S. Citizenship and Immigration Service

Print clearly or type your answers, using

**Part 1. Information About You** *person applying for the Certific applying for a Certificate of Ci about your child).*

**A. Current legal name**
Family Name *(Last Name)*

| GONZALEZ CALDERONI |

Given Name *(First Name)*          Full Middle Name *(If applicable)*

| MARIA |          | GUADALUPE |

**B. Name exactly as it appears on your Permanent Resident Card** *(If applicable).*
Family Name *(Last Name)*

| |

Given Name *(First Name)*          Full Middle Name *(If applicable)*

| |          | |

**C. Other names used since birth**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name *(If applicable)* |
|---|---|---|
| GONZALEZ DE PAZ | MARIA | GUADALUPE |

**D. U.S. Social Security #** *(If applicable)*          **E. Date of Birth** *(mm/dd/yyyy)*

| NONE |          | 12/15/1945 |

**F. Country of Birth**          **G. Country of Prior Nationality**

| MEXICO |          | MEXICO |

**H. Gender**          **I. Height**

Male ☐   Female ☒          | 5'2" |

**A.**

**B.** ... a certificate of citizenship on behalf of ...ICAL child.

**C.** ☐ I am a U.S. citizen parent applying for a certificate of citizenship on behalf of my minor (less than 18 years) **ADOPTED child.**

**D.** ☐ Other *(Please explain fully)* _____

| Date |
| Resubmitted |
| Date |
| Date |
| Reloc Sent |
| Date |
| Date |
| Reloc Rec'd |
| Date |
| Date |
| **Remarks** |

**Action Block**

**To Be Completed by**
☐ *Attorney or Representative*, if any.
Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

**SSP PARTNERS**
4433 Baldwin Blvd. - 78408
P.O. BOX 9036
Corpus Christi, Texas 78469

**INTERNATIONAL MONEY ORDER**          79-1555/912

B-910500038195

**US Dollars & Cents**

$****255.00

S/N: 910500038195 - Op: LUEVANO - Loc: 9105

Pay to the Order of: U.S. Citizenship & Immigration Services

***************** 05/17/2006 ■ Two Hundred Fifty-five Dollars And Zero Cents

NOT VALID FOR OVER $255.00

Payable Through:
North American Banking Company
MN

Maria Guadalupe Gonzalez C.
PURCHASER SIGNATURE

314 Rio Grande Dr. Mission, Tx 78572
PURCHASER ADDRESS

MEMO

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑆091215558⑆98910500038195⑈

May 05, 2006

U.S. Citizenship and
Immigration Services
1717 Zoy Street
Harlingen TX 78550

I am Maria Guadalupe Gonzalez Calderoni, and I am sending a new application for Citizenship (Form N-600) with new evidences that I did not submit in the last application.

Sincerely,

Maria Guadalupe Gonzalez Calderoni
314 Rio Grande Drive
Mission TX 78572

May 24, 2006.

In Reference to: Maria Guadalupe Gonzalez Calderoni

This package contains the following documents:

1. Letter of Maria Guadalupe Gonzalez Calderoni stating that she is sending a new application
2. Form N-600 Application for Certificate of Citizenship
3. Attested Record of Birth Certificate of Guillermina Calderoni
4. Standard Certificate of Birth of Guillermina Calderoni
5. Certificate of Baptism of Guillermina dated on August 1, 1920 (Guillermina was 3 months old)
6. Actualized Certificate of Baptism of Guillermina dated on September 20, 2004
7. Three Affidavits recognizing the physical presence of Guillermina from 1920-1938. (Guillermina was from 1 to 18 years old)
8. Current address of Villa Maria School with an e-mail address, where you can contact Sister Mary Celestine Pulido to verify the evidences
9. Copy of religious stamps dated on 1929-1935 (Guillermina was from 9 15 years old)
10. Letter of Sister Mary Celestine Pulido of Villa Maria of the Incarnate Word High School, stating that Guillermina was a border student from 1935-1938 (Guillermina was from 15 to 18 years old)
11. Letter of Incarnate Word Academy signed by Sister Mary Celestine Pulido confirming that Guillermina attended school form 1926 to 1931 (Guillermina was from 6 to 11 years old)
12. Copy of the grades of Guillermina from 1926 to 1931. (Guillermina was attending elementary school so she was from 6 to 11 years old)
13. Copy of the Comulative Record of Guillermina when she was at Villa Maria Highs School being a border student from 1935-1938 (Guillermina was from 15 to 18 years old)
14. Diploma of Villa Maria of the Incarnate Word High School stating that Guillermina completed satisfactorily her High School
15. Affidavit recognizing the physical presence in the United States of Guillermina   from 1938-1942, signed by a Goddaughter of the Parents of Guillermina (Guillermina was from 18 to 22 years old)
16. Afidavit recognizing the physical presence in the United States of Guillermina signed by Maria Dolores Resendez, stating that Guillermina was from 1938 to 1942. (Guillermina was from 18 to 22 years old)
17. Translation and Certificate of Marriage of Guillermina in 1942 at Mexico when she was 22 years old.
18. Certificate of Birth Maria del Carmen Gonzalez born in October 22, 1956. Daughter of Guillermina in Mcallen, TX.(Guillermina was 36 years old)



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

---

Office of the District Director                    *1717 Zoy Street*
                                                   *Harlingen, TX 78552*

---

ELISEO GONZALEZ                        Date:     MAY 31, 2006
314 RIO GRANDE DR.                     File No:  N/A
MISSION, TEXAS 78572                   Form No.: N-600


PLEASE COMPLY WITH THE FOLLOWING "X" INSTRUCTIONS:

☒ 1.  The attached application/petition and its supporting documents are attached; along with Money
       Order/Personal check #     B-910500038196; $255.00
☐ 2.  Please complete the blocks checked in red on your enclosed Fingerprint Card.
☐ 3.  Form N-400 must be submitted directly to: USCIS, P.O. Box 851204, Mesquite, TX 75185-1204.
☐ 4.  Furnish the required fee of: S
☐ 5.  The application you submitted is obsolete; resubmit the enclosed revised form.
☐ 6.  Furnish two (2) color photographs with white background, photos must be glossy, unretouched, and
       not mounted.  Dimension of the facial image should be about 1 inch from the chin to top of hair or
       head, shown in FRONTAL VIEW of face.  Using soft pencil or felt pen, print name and alien
       registration receipt number, if known in the back of each photo.
☐ 7.  Required to submit three (3) identical unglazed photographs of yourself taken within 30 days of the
       date of this application.  They must be 2x2 inches in size and the distance from the top of head to point
       of chin should be approximately 1- 1/4 inches; must not be pasted on a card or mounted in any other
       way; must be of thin paper, have a light background, and FRONTAL VIEW. Snapshots, group, or
       full-length portraits or machine-made photographs will not be accepted.  Photographs which have been
       tinted or otherwise colored are not acceptable. They may be in natural color.
☐ 8.  Form I-90, Application to replace Alien Registration Card, must be submitted directly to:  USCIS,
       P.O. Box 54870, Los Angeles, CA 90054-0870.
☐ 9.  Form I-130, Petition for Alien Relative, must be submitted directly to: Texas Service Center, P. O.
       Box 850919, Mesquite, Texas 75185-0919, except when submitted with an Adjustments of Status
       package.
☒ 10. Other: PLEASE COME TO THE HARLINGEN OFFICE SO THAT WE MAY ASSIST YOU
       CONCERNING YOUR CASE.


Alfonso R. De Leon/
District Director Services

**Department of Homeland Security**
U.S. Citizenship and Immigration Service

Print clearly or type your answers, usin

## Part 1. Information About You
*person applying for the Certifi*
*applying for a Certificate of C*
*about your child).*

**A. Current legal name**
Family Name *(Last Name)*

| GONZALEZ  CALDERONI |

Given Name *(First Name)*    Full Middle Name *(If applicable)*

| ELISEO | ADOLFO |

**B. Name exactly as it appears on your Permanent Resident Card** *(If applicable)*

Family Name *(Last Name)*

| N/A |

Given Name *(First Name)*    Full Middle Name *(If applicable)*

**C. Other names used since birth**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name *(If applicable)* |
|---|---|---|
| | | |
| | | |

**D. U.S. Social Security #** *(If applicable)*    **E. Date of Birth** *(mm/dd/yyyy)*

| N/A | 08/11/1943 |

**F. Country of Birth**    **G. Country of Prior Nationality**

| MEXICO | MEXICO |

**H. Gender**    **I. Height**

Male ☒   Female ☐    5' 10"

## Part 2. Information About Your Eligibility. *(Check only one).*

...for a certificate of citizenship on behalf of
LOGICAL child.

...for a certificate of citizenship on behalf of
ADOPTED child.

**D.** ☐ **Other** *(Please explain fully)* _____

| Date | |
|---|---|
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |
| Remarks | |

**Action Block**

**To Be Completed by**

☒ *Attorney or Representative*, if any.

Fill in box if G-28 is attached to
represent the applicant.

ATTY State License #
TX 03052800

Form N-600 (Rev. 03/25/05) N (Prior editions may be used until 09/30/05)

SSP PARTNERS

B-910500038196
US Dollars & Cents

$****255.00

Pay to the U.S. Citizenship & Immigration Service
Order of: ******** 05/17/2006 Two Hundred Fifty-five Dollars And Zero Cents
NOT VALID FOR OVER $255.00

Eliseo Gonzalez Calderoni
PURCHASER SIGNATURE
314 Rio Grande Dr. Mission, TX
PURCHASER ADDRESS  78572

⑈091215558⑈989⑈05000 38196⑈

```
              DHS

         HARLINGEN, TX

  07/06/2006          09:31

    MARIA GONZALEZ CALDERON
    A98 354 251
  N-6004              $255.00
  SUB TTL             $255.00
  --------------------------
  TAX TL                $0.00
  --------------------------
  TOTAL               $255.00
  M.O.                $255.00

  ITEM#                     1

         CLERK 7
    007579             H01E
```

```
              DHS

         HARLINGEN, TX

  07/06/2006          09:26

    ELISEO GONZALEZ GONZALE
    A98 354 260
  I-7654              $180.00
  N-6004              $255.00
  SUB TTL             $435.00
  --------------------------
  TAX TL                $0.00
  --------------------------
  TOTAL               $435.00
  M.O.                $255.00
  CHECK               $180.00

  ITEM#                     2

         CLERK 7
    007578             H01E
```