

U.S. Department of Justice

Civil Division

ARD:mac  
39-74-1305

Telephone: (202) 616-4867

Washington, D.C. 20530

United States Courts
Southern District of Texas
FILED

JUL 3 1 2006

Michael N. Milby, Clerk

JUL 2 6 2006

Honorable Michael N. Milby, Clerk  
United States District Court  
Southern District of Texas  
Post Office Box 61010  
Houston, Texas 77208

    Re:    Antelma Dominguez-Perez, et al. v. Tom Ridge, Secretary of Department of Homeland Security, et al., Civil Action No. B-96-116

Dear Mr. Milby:

    At this time, I would like to withdraw my entry of appearance from this case. Please retain the entries of appearance of the other government counsel.

Sincerely yours,

ALISON R. DRUCKER  
Senior Litigation Counsel  
Office of Immigration Litigation  
Civil Division  
P. O. Box 878, Ben Franklin Station  
Washington, D. C. 20044

cc: Opposing Counsel