UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., ) | |
| ) | |
| v.  ) | CA No. B-96-116 |
| ) | |
| **TOM RIDGE,** Secretary of Department ) | |
| of Homeland Security; **EDUARDO AGUIRRE,** ) | |
| Acting Director of the Bureau of ) | |
| Citizenship and Immigration Services; ) | |
| **ALFONSO DE LEON,** Interim District Director ) | |
| of Bureau of Citizenship and Immigration ) | |
| Services, Harlingen, Texas, and ) | |
| **JO ANNE B. BARNHART,** Commissioner of the ) | |
| Social Security Administration. ) | |
| ) | |

**PLAINTIFFS' NOTICE TO THE COURT THAT NOTWITHSTANDING DEFENDANTS' REPRESENTATIONS TO THE COURT, THEY HAVE NOT ADJUDICATED THE I-765 APPLICATION FOR EMPLOYMENT AUTHORIZATION OF RAMIRO ACOSTA**

**AND**

**REQUEST FOR HEARING ON PENDING MOTION**

Ramiro Acosta applied for an EAD on December 2, 2005. (Plaintiff's Exhibit C, at p.7). To date, it has not been adjudicated, and Defendants have refused to issue a temporary EAD. In their Opposition to Plaintiffs' Motion to Enforce, Defendants represented to the Court as follows, [Doc. 154, pp.22-23], copy attached:

> As plaintiffs were informed by letter dated April 28, 2006, despite the unclear circumstances of Acosta's particular case, the District Director agreed to provide timely, appropriate responses to an I-765 application based on a pending appeal from the denial of an N-600 comparable to that of a person with a pending N-600 application. Since the date of the district director's agreement to do so, ninety days have not expired. Thus, there is no violation.

Apparently, this agreement by the District Director was as hollow

as the other aspects of his protestations of compliance with the agreed Amended Order herein.  It has now been 281 days since Mr. Acosta filed his fee-paid I-765, and 133 days since the District Director "agreed to provide timely, appropriate responses to an I-765 application based on a pending appeal from the denial of an N-600 comparable to that of a person with a pending N-600 application."  So far, the District Director has done nothing except cash the $180 check submitted with the application.

Furthermore, Defendant De Leon is scheduled to retire on or about October 2, 2006.  If the matter is not resolved prior to that date, it is unclear whether Plaintiffs will be able to enforce the Order, or whether they will have to start all over again.  Therefore, they request a prompt hearing on the instant motion.

Respectfully submitted,

s/ Lisa S. Brodyaga                 Javier Maldonado, Attorney at Law
REFUGIO DEL RIO GRANDE, INC.        601 Howard St.
17891 Landrum Park Road             San Antonio, 78212
San Benito, TX 78586                Phone:   (210) 277-1603
Phone: (956) 421-3226               Fax:     (210) 225-3958
FAX:     (956) 4213423
Texas Bar No:   03052800
Federal ID:      1178

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with Exhibit T, was mailed, first-class postage prepaid, to Ernesto Molina, Jr., at P.O. Box 878, Ben Franklin Station, Wash, D.C., 20044, on September 9, 2006.

s/ Lisa S. Brodyaga