IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § | |
| | § | |
| VS. | § | CIVIL NO. B-96-116 |
| | § | |
| TOM RIDGE, Secretary of Department | § | |
| of Homeland Security; EDUARDO AGUIRRE, | § | |
| Acting Director of the Bureau of | § | |
| Citizenship and Immigration Services | § | |
| ALFONSO DE LEON, Interim District Director | § | |
| of Bureau of Citizenship and Immigration | § | |
| Services, Harlingen, Texas, and | § | |
| JO ANNE B. BARNHART, Commissioner of | § | |
| Social Security Administration. | § | |

## ORDER

Plaintiffs' Request for Hearing on Pending Motions [Doc. No. 160] is hereby **GRANTED**. A hearing concerning all pending matters is hereby scheduled for September 21st, 11:00 a.m.

Signed on this 12th day of September, 2006.

_____
Andrew S. Hanen
United States District Judge