UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al.,<br>    **Petitioners/Plaintiffs,**<br><br>v.<br><br>**TOM RIDGE,** Secretary of Department<br>  of Homeland Security; **EDUARDO AGUIRRE,**<br>  Acting Director of the Bureau of<br>  Citizenship and Immigration Services;<br>**ALFONSO DE LEON,** Interim District Director<br>  of Bureau of Citizenship and Immigration<br>  Services, Harlingen, Texas, and<br>**JO ANNE B. BARNHART,** Commissioner of the<br>  Social Security Administration,<br>    **Respondents/Defendants.** | CA No. B-96-116 |

**PETITIONERS' MOTION TO RESCHEDULE MOTIONS HEARING**

Petitioners/Plaintiffs (hereinafter Petitioners), by and through counsel, hereby file the instant motion to reschedule the hearing, presently scheduled for September 21, 2006. In support of same, Plaintiffs would respectfully show that lead counsel, Lisa Brodyaga, is scheduled to be a panelist at the University of Texas Immigration Law Conference on the evening of September 20th, so if the hearing is not rescheduled, she will have to forego participating in the conference. *See,* attached.

Counsel called Ernest Molina, Jr., counsel for Defendants, on the morning of September 13, 2006, at 202-616-9344. However, she was informed, by means of a Department of Justice recording, that the number was "not valid." She checked his most recent case at the Fifth Circuit on PACER, and that was the number shown there.

Therefore, she sent him a fax at 202-616-4975.  *See*, attached. She also called his "Team Leader," David Bernal, at 202-616-4859. He was not in, so she left a message.  As of filing the instant motion, she had not heard from either Mr. Molina or Mr. Bernal.

The undersigned would be available the afternoon of September 19th, the morning of September 20th, any morning during the week of September 25th, or the afternoon of September 28th.

Respectfully submitted,

/S/ _____

LISA S. BRODYAGA

Fed. ID:   1178
Texas Bar: 03052800
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
Phone: (956) 421-3226
Fax:   (956) 421-3423

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September, 2006, a copy of this document, with attachments, was sent by FAX, to 202-616-4975, and by U.S. mail, first-class postage prepaid, to:

Ernesto H. Molina, Jr., Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878  Ben Franklin Station
Washington, DC  20044

s/
_____
LISA S. BRODYAGA