# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
## San Benito, Texas 78586
## (956) 421-3226
## FAX: 421-3423
## September 13, 2006

Ernesto Molina, Jr.
Office of Immigration Litigation
By fax (202) 616-4975

Re: Dominguez-Perez et al v. Ridge et al,
    No. B-96-116

Dear Mr. Molina:

I tried to call you this morning about rescheduling the hearing, currently set for September 21st. However, I was informed (by recording) that the number 202-616-9344 was "not valid." I checked your most recent case on PACER, and that was the number shown there, so I am at a loss as to how to call you.

Unfortunately, I am scheduled to be on a panel at the University of Texas Immigration Law Conference on the evening of September 20th, (see attached), so if I cannot get the hearing rescheduled, I will have to forego participating in the conference.

If you are in your office, please call me immediately.

Sincerely,

*Lisa S. Brodyaga*

Lisa S. Brodyaga,
Attorney


Case 1:96-cv-00116    Document 162-2    Filed in TXSD on 09/13/2006    Page 2 of 4
THE UNIVERSITY OF TEXAS SCHOOL OF LAW

30TH ANNUAL

# CONFERENCE ON IMMIGRATION AND NATIONALITY LAW

Earn up to 18.00 Hours of Credit Including 1.00 Hour of Ethics Credit
Specialization Credit Expected for Immigration and Nationality Law



September 20*, 21-22, 2006
El Tropicano Hotel • San Antonio, Texas

*Special Wednesday Evening Sessions—Fundamentals of Immigration Law
and Dealing with Immigration Consequences of Crime—Included with Registration

• • • • • • • • • • • •  WWW.UTCLE.ORG • 512-475-6700  • • • • • • • • • • •

# 30TH ANNUAL CONFERENCE ON IMMIGRATION AND NATIONALITY LAW

September 20*, 21-22, 2006 • El Tropicano Hotel • San Antonio, Texas

Earn up to 18.00 Hours of Credit including 1.00 Hour of Ethics Credit

## WEDNESDAY EVENING—SEPT. 20, 2006

**4:00 p.m.** Registration Opens

**5:00 p.m.** 2.00 hr

**Fundamentals of Immigration Law: Grounds of Inadmissibility and Deportability, Removal Proceedings, and Relief**

This overview session reviews the most common grounds of inadmissibility and deportability, and examines the basic procedures in removal hearings including bond hearings. It will also discuss relief from removal such as cancellation of removal for permanent and nonpermanent residents, adjustment of status in proceedings, and waivers.

    Barbara Hines, Austin
    Lee J. Teran, San Antonio

**7:00 p.m.** Break
Includes light dinner—please RSVP on registration form.

**7:15 p.m.** 2.00 hr

**Dealing with the Immigration Consequences of Crimes**

The panel will examine the immigration consequences of offenses such as domestic violence, theft, burglary, firearms and controlled substance offenses. Issues involving the renewal of green cards and naturalization for LPRs with criminal records, and topics relating to pre- and post-conviction relief will also be discussed.

    Brian K. Bates, Houston
    Lisa S. Brodyaga, San Benito
    Felipe Millan, El Paso

**9:15 p.m.** Adjourn

## THURSDAY MORNING—SEPT. 21, 2006

**Presiding Officer: Vanna Slaughter, Dallas**

**8:00 a.m.** Registration Opens
Includes continental breakfast.

**8:20 a.m.** Welcoming Remarks

**8:30 a.m.** .75 hr

**A Nation of Immigrants, Nonimmigrants, Citizens, and Undocumented Persons**

Family-based and employment-based immigration.
    Paul Parsons, Austin

**9:15 a.m.** .75 hr

**Family-Based Immigration: Eligibility of Spouses, Parents, Children, and Other Relatives of U.S. Citizens and Permanent Residents**

This session reviews the basics: tips on filling out forms, definitions of qualifying relatives, fees, document requirements, and other things that the statutes and regulations don't teach you.

    Michelle L. Saenz-Rodriguez, Dallas

**10:00 a.m.** Break

**10:15 a.m.** 1.75 hr

**Adjustment of Status Versus Consular Processing, and Waivers in Both Contexts**

This session will examine the advantages and disadvantages of adjustment of status and consular processing; eligibility for adjustment of status and eligibility; and procedures for seeking waivers of inadmissibility based on unlawful presence prior removals (I-212s). Misrepresentations and crimes will also be reviewed.

    Richard S. Fischer, Nacogdoches
    J Joseph Reina, Dallas

### LUNCH PRESENTATION

**12:00 p.m.** Pick Up Box Lunch
Included in conference registration fee.

**12:15 p.m.** .75 hr

**The Perfect Storm for Immigration Reform**

The President, Congress, and the public all have to "get real" in order for true reform to be enacted.

    Daniel M. Kowalski, Austin

## THURSDAY AFTERNOON

**Presiding Officer: Paul Parsons, Austin**

**1:15 p.m.** .75 hr

**Naturalization and Citizenship 101—Should You Go There? Can You Go There?**

A review of substantive eligibility issues concerning lawful acquisition of permanent residence status, residence and physical presence and abandonment of status, good moral character requirements, denaturalization, and procedural issues for judicial review of adverse determinations.

    A. Wiley Blakeway, San Antonio
    Harry J. Joe, Dallas

**2:00 p.m.** 1.00 hr

**Detention and Bonds: The Who, What, When, Where, Why, and How**

This panel will focus on the practical aspects of being detained, seeking bond, bond hearings, and generally what you need to know and do to spring your client from the hands of ICE.

    Simon M. Azar-Farr, San Antonio
    Jodi Goodwin, Harlingen

**3:00 p.m.** Break

**3:15 p.m.** 1.00 hr

**Special Remedies: Violence Against Women Act, Child Status Protection Act, Victims of Crime or Torture**

Immigrant workers—especially women and children—are the frequent victims of domestic violence and other crimes which go unreported. The Violence Against Women Act (VAWA) and the Victims of Trafficking and Violence Prevention Act (VTVPA) are statutes which provide immigration remedies to non-citizens who have been victims of domestic violence and other violent crimes. This session will cover updates on VAWA self petitioning, the VAWA 2005 amendments, VAWA cancellation of removal, the U Visa, and the T Visa.

    Magali S. Candler, Houston
    Vanna Slaughter, Dallas

**4:15 p.m.** 1.00 hr ethics

**Counsel to Co-Conspirator: Drawing Lines, Crossing Lines, and Recognizing Risks of Criminal Liability in Immigration Practice**

This session brings together a leading practitioner, prosecutor, and former prosecutors to discuss the risks, pitfalls, and boundaries faced by lawyers handling immigration law matters. Includes discussion of current case law developments, pending criminal actions, and areas of particular concern to prosecutors and immigration practitioners.

    *U.S. Attorney:* Edward F. Gallagher III, Houston
    *Defense Lawyers:* Paul E. Coggins, Dallas
    Feroz F. Merchant, Houston
    *Immigration Practitioner:* Peter D. Williamson, Houston

**5:15 p.m.** Adjourn

## FRIDAY MORNING—SEPT. 22, 2006

**Presiding Officer:**
**T. Douglas Stump, Oklahoma City, OK**

**8:00 a.m.** .50 hr

**Birthright Citizenship**

The principle of birthright citizenship has been the organizing theme of U.S. citizenship law since the ratification of the Fourteenth Amendment; however, the historic integrity of this rule has recently been called into question. This talk examines the history and judicial treatment surrounding birthright citizenship while also evaluating proposed legislative and constitutional revisions.

    Gary E. Endelman, Houston

TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/13/2006 08:44
NAME    : REFUGIO DEL RIO GRAN
FAX     : 9564212423
TEL     : 9564212226
SER. #  : BROE2J(2449(
```

```
ATE   IME           09/13  08:43
AX   ./NAME         12026164975
JRA  ON             00:01:17
AGE  )              03
ESL                 OK
ODE                 STANDARD
                    ECM
```