UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., <br>     **Petitioners/Plaintiffs,** <br> <br> v. <br> <br> **TOM RIDGE,** Secretary of Department <br>   of Homeland Security; **EDUARDO AGUIRRE,** <br>   Acting Director of the Bureau of <br>   Citizenship and Immigration Services; <br> **ALFONSO DE LEON,** Interim District Director <br>   of Bureau of Citizenship and Immigration <br>   Services, Harlingen, Texas, and <br> **JO ANNE B. BARNHART,** Commissioner of the <br>   Social Security Administration, <br>     **Respondents/Defendants.** | ) <br> ) <br> ) <br> ) CA No. B-96-116 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER RESCHEDULING MOTIONS HEARING**

Before the Court is Plaintiffs' motion to reschedule the hearing currently set for September 21, 2006. Good cause appearing therefor, it is hereby ordered by said motion be GRANTED.

IT IS FURTHER ORDERED that the hearing be conducted on the \_\_\_\_\_ day of September, 2006, at _____ m.

DONE AT BROWNSVILE, TEXAS,

this \_\_\_\_\_ day of September, 2006.

                                                        ANDREW S. HANEN
                                       UNITED STATES DISTRICT JUDGE