# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., § § | |
| VS. § § | CIVIL NO. B-96-116 |
| TOM RIDGE, Secretary of Department § of Homeland Security; EDUARDO AGUIRRE, § Acting Director of the Bureau of § Citizenship and Immigration Services § ALFONSO DE LEON, Interim District Director § of Bureau of Citizenship and Immigration § Services, Harlingen, Texas, and § JO ANNE B. BARNHART, Commissioner of § Social Security Administration. § | |

## ORDER

Plaintiffs' Motion to Reschedule Motions Hearing [Doc. No. 162] is hereby **GRANTED**.

A hearing concerning all pending matters is hereby scheduled for September 19th, 1:30 p.m.

Signed on this 13th day of September, 2006.

Andrew S. Hanen
United States District Judge