# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., | § | |
| | § | |
| VS. | § | CIVIL NO. B-96-116 |
| | § | |
| TOM RIDGE, Secretary of Department | § | |
| of Homeland Security; EDUARDO AGUIRRE, | § | |
| Acting Director of the Bureau of | § | |
| Citizenship and Immigration Services | § | |
| ALFONSO DE LEON, Interim District Director | § | |
| of Bureau of Citizenship and Immigration | § | |
| Services, Harlingen, Texas, and | § | |
| JO ANNE B. BARNHART, Commissioner of | § | |
| Social Security Administration. | § | |

## ORDER

Defendant's Request to Reschedule Motions Hearing is hereby **GRANTED**.  A hearing

concerning all pending matters is hereby scheduled for September 26th, 9:30 a.m.

Signed on this 14th day of September, 2006.

Andrew S. Hanen
United States District Judge