IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| TOM RIDGE, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' EXHIBIT D

Attached is Defendants' Exhibit D, consisting of the Declaration of Alfonso R. De Leon, District Director, United States Citizenship and Immigration Services, Harlingen, Texas.

                                                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division
                                                  ERNESTO H. MOLINA, JR.
                                                  Senior Litigation Counsel
DAVID V. BERNAL                     U.S. Department of Justice
Assistant Director                    Civil Division
                                                  Office of Immigration Litigation
                                                  P.O. Box 878, Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  Telephone:   (202) 616-9344
Dated: June 28, 2006                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile transmission to: Lisa Brodyaga, Law Offices of Lisa S. Brodyaga, 956-421-3423.

                                                    ERNESTO H. MOLINA, JR.
                                                  Senior Litigation Counsel