

U.S. Department of Justice

Civil Division

DEK:ARDrucker
39-74-1305

(202) 616-4867

Washington, D.C. 20530

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 2 9 2006

Michael N. Milby, Clerk of Court
United States District Court for the
 Southern District of Texas
P.O. Box 61010
Houston, TX 77208

MICHAEL N. MILBY, CLERK OF COURT

Re: <u>Dominguez-Perez, et al. v. Tom Ridge, et al.</u>, Civil No. B-96-116

Dear Mr. Milby:

    Please remove my appearance, as soon as possible, from this case. The attorneys from the Office of Immigration Litigation who are representing the government in this matter are Ernesto H. Molina, Jr., and David V. Bernal.

    Thank you very much.

Sincerely,

ALISON R. DRUCKER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044

Cc: Elizabeth Brodyaga, Esq.
P.O. Box 3566
Harlingen, TX 78551