UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANTELMA DOMINGUEZ-PEREZ**, et al., ) | |
| ) | |
| v.   ) | CA No. B-96-116 |
| ) | |
| **TOM RIDGE,** Secretary of Department ) | |
|   of Homeland Security; **EDUARDO AGUIRRE,** ) | |
|   Acting Director of the Bureau of ) | |
|   Citizenship and Immigration Services; ) | |
| **ALFONSO DE LEON,** Interim District Director ) | |
|   of Bureau of Citizenship and Immigration ) | |
|   Services, Harlingen, Texas, and ) | |
| **JO ANNE B. BARNHART,** Commissioner of the ) | |
|   Social Security Administration. ) | |
| ) | |

**PLAINTIFFS' SUBMISSION OF AGREED ORDER**

Pursuant to this Court's Order of September 26, 2006, Plaintiffs submit herewith an Order, addressing statistics to be provided by Defendants, which Order has been approved by Defendants counsel.

In addition to the information included, Plaintiffs initially requested that Defendants state the type of evidence that was requested by a given I-72, request for evidence, ("RFE"). The purpose of this request was to enable the parties, and the Court, to meaningfully evaluate the statistics, by ascertaining the extent to which RFEs were being sent which requested evidence normally established in large part through testimony or affidavits, (*e.g.,* the *bona fides* of a marriage, in the case of an I-485, and the time a source parent had been physically present in the United States, in the case of an N-600). Based on Defendants' representation that all the remaining information requested could be compiled from statistics kept in the normal course of business, whereas a manual survey of each file would be required to ascertain the nature of the evidence requested, Plaintiffs agreed to postpone said request until the initial statistics were provided, and then, if

appropriate, return to Court for an Order mandating that more detailed information be provided.

Respectfully submitted,

| | |
|---|---|
| s/ Lisa S. Brodyaga | Javier Maldonado, Attorney at Law |
| REFUGIO DEL RIO GRANDE, INC. | 601 Howard St. |
| 17891 Landrum Park Road | San Antonio, 78212 |
| San Benito, TX 78586 | Phone: (210) 277-1603 |
| Phone: (956) 421-3226 | Fax: (210) 225-3958 |
| FAX: (956) 4213423 | |
| Texas Bar No: 03052800 | |
| Federal ID: 1178 | |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attached Order, was electronically served on Ernesto Molina, Jr., on October 13, 2006.

s/ Lisa S. Brodyaga
_____