IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern ... Texas

OCT 1 6 2006

Michael N. ......, ... of Court
By Deputy Clerk ........

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al.<br>    Plaintiffs,<br><br>v.<br><br>TOM RIDGE, Secretary of Department Of Homeland Security; **EDUARDO AGUIRRE**, Acting Director of the Bureau of Citizenship and Immigration Services; **ALFONSO DE LEON**, Interim District Director Of Bureau of Citizenship and Immigration Services, Harlingen, Texas; **JO ANNE B. BARNHART**, Commissioner of Social Security Administration,<br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. CA B-96-116<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Before the Court is Plaintiffs' Opposed Motion to Enforce Agreed Order, and Defendants' Opposition thereto. A hearing on said motion was conducted on September 26, 2006, at which the Court considered the pleadings and evidence submitted by the Parties, and the Court was advised that, effective October 1, 2006, Defendants anticipated changing the process for adjudicating applications for employment authorization documents based on pending applications for both adjustment of status and Certificates of Citizenship.

At present, the Court finds that the evidence in support of Plaintiffs' allegations lacks depth. Plaintiffs requested an opportunity to conduct discovery, to further document their claims, and to determine how the proposed changes in procedure will affect Defendants' compliance. In lieu thereof, the Court ordered Defendants to compile certain data, file it with the Court, and serve it on opposing counsel, as follows:

IT IS THEREFORE ORDERED that:

I. On or before January 15, 2007, Defendants shall file, and serve on opposing counsel, a report containing the following information:

A. With respect to all applications for adjustment of status, ("I-485s"), within the jurisdiction of the Harlingen, Texas district of the Bureau of Citizenship and Immigration Services, ("CIS"), which, as of December 31, 2006, had either not been adjudicated, or with respect to which a motion to reopen or reconsider was pending:

    1. The date of filing;
    2. Whether a Request for Evidence ("RFE"), was issued with respect to said I-485, and if so:
        a. the date of issuance,
        b. whether the applicant responded to the RFE, and if so, when,
    3. The status of the I-485;
    4. Whether any I-765s, applications for an Employment Authorization Document, ("EAD"), were filed in connection with said I-485, and if so:
        a. The date[s] of filing of the I-765[s];
        b. Whether any interim EADs, as described in 8 C.F.R. §274a.13(d) were requested, and if so, when;
        c. Whether any interim EADs were issued, and if so, when; and
        d. Whether the I-765 application[s] have been adjudicated, and if so, the date[s], and result[s];

B. With respect to all applications for Certificates of Citizenship, ("N-600s"), filed with the Harlingen CIS office, which, as of December 31, 2006, had either not been adjudicated, or with respect to which a motion to reopen or reconsider was pending:

    1. The date of filing;
    2. Whether an RFE was issued with respect to said N-600, and if so:
        a. the date of issuance,
        b. whether the applicant responded to the RFE, and if so, when,
    3. The status of the N-600 application;

    4. Whether any I-765s were filed in conjunction with said N-600, and if so:
        a. The date of filing of the I-765[s];
        b. Whether any interim EADs, as described in 8 C.F.R. §274a.13(d) were requested, and if so, when;
        c. Whether any interim EADs were issued, and if so, when; and
        d. Whether the I-765 application has been adjudicated, and if so, the date, and result;

II. On or before April 16, 2007, Defendants shall file, and serve on opposing counsel, a report containing the following information:

A. With respect to all applications for adjustment of status, ("I-485s"), within the jurisdiction of the Harlingen, Texas district of the Bureau of Citizenship and Immigration Services, ("CIS"), which, as of April 1, 2007, had either not been adjudicated, or with respect to which a motion to reopen or reconsider was pending:

    1. The date of filing;
    2. Whether an RFE was issued with respect to said I-485, and if so:
        a. the date of issuance,
        b. whether the applicant responded to the RFE, and if so, when,
    3. The status of the I-485 application;
    4. Whether any I-765s were filed in connection with said I-485, and if so:
        a. The date[s] of filing of the I-765[s];
        b. Whether any interim EADs, as described in 8 C.F.R. §274a.13(d) were requested, and if so, when;
        c. Whether any interim EADs were issued, and if so, when; and
        d. Whether the I-765 application[s] had been adjudicated, and if so, the date[s], and result[s];

B. With respect to all applications for Certificates of Citizenship, ("N-600s"], filed with the Harlingen CIS office, which, as of December 31, 2006, had either not been adjudicated, or with respect to which a motion to reopen or reconsider was pending:

    1. The date of filing;

  2. Whether an RFE was issued with respect to said application, and if so:
   a. the evidence requested,
   b. whether the applicant responded to the RFE, and if so, when,
3. The status of the N-600 application;
4. Whether any I-765s were filed in connection with said N-600, and if so:
   a. The date of filing of the I-765;
   b. Whether any interim EADs, as described in 8 C.F.R. §274a.13(d) were requested, and if so, when;
   c. Whether any interim EADs were issued, and if so, when; and
   d. Whether the I-765 application[s] have been adjudicated, and if so, the date[s], and result[s];

IT IS SO ORDERED.

Done this 16th day of October, 2006, at Brownsville, Texas

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE