# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

OCT 3 1 2006

**MICHAEL N. MILBY, CLERK OF COURT**

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio TX 78212-3817

Case: 1:96-cv-00116   Instrument: 168   (4 pages)   aty
Date: Oct 16, 2006
Control: 061018550
FAX number: 210-736-3958 fax   (5 Total pages including cover sheet)
Notice: The attached order has been entered.

The United States District Court for the Southern District of Texas proposes to amend its rules to require electronic filing in civil and criminal cases, effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/ or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Floris
San Antonio TX 78212-3817