IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| TOM RIDGE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' REPORT IN RESPONSE TO
THE COURT'S ORDER DATED OCTOBER 16, 2006**

Pursuant to the Court's order dated October 16, 2006, the Defendants hereby provide the reports regarding adjustment of status ("I-485") and certificate of citizenship ("N-600") for the period of January 1, 2007, through and including March 31, 2007. Attached are two spreadsheets. Attachment A is the report regarding N-600 cases filed in the U.S. Citizenship and Immigration Services, Harlingen District Office. Attachment B is the report regarding I-485 cases handled by the National Benefits Center ("NBC").

It bears mentioning that the alien registration numbers of the applicants as well as receipt numbers have been omitted from the report because of the requirements of the Privacy Act.

In order to better understand the spreadsheets, the following legend is provided:

| | |
|---|---|
| I-485 | An adjustment of status application |
| N-600 | A certificate of citizenship application |
| I-765 | An application for employment authorization documentation |
| RFE | A request for further evidence |
| I | Initial |
| R | Reset/Resent (A notation that the RFE was either resent or a further inquiry was necessary) |
| N | None |
| PG or OC | Potential grant or out of adjudicator's control (an application is a potential grant awaiting some further step, e.g., a final approval or security clearance) |
| G | Grant |
| C | Continued |
| PD | Potential denial |
| EAD | Employment authorization document |

It bears mentioning that the NBC does not issue interim EADs and that such responsibility falls to the district office of the United States Citizen and Immigration Services.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General
        Civil Division

        DAVID V. BERNAL
        Assistant Director

        _S/ Ernesto H. Molina, Jr._____
        ERNESTO H. MOLINA, JR.
        Senior Litigation Counsel
        U.S. Department of Justice
        Civil Division
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, D.C. 20044
        Telephone:   (202) 616-9344

Dated: April 16, 2007        Attorneys for Defendants