| Filing Date | N-600 | I-765 | N-600K | DATE OF INTERVIEW | RFE ISSUED (I/R/N) | | | DATE ISSUED | APPLICANT RESPONDED (Y/N) | | DATE APPLICANT RESPONDED | STATUS OF N-600 (G/C/D) | | | | DATE N-600 ADJ | I-765 FILED (Y/N) | | DATE FILED | INTERIM EAD REQTD (Y/N) | | DATE INTERIM EAD REQTD | INTERIM EAD ISSUED (Y/N) | | DATE INTERIM ISSUED | I-765 ADJ (Y/N) | | DATE I-765 ADJ | I-765 RESULT (G/C/D) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | R | N | | Y | N | | PG | G | C | PD | D | | Y | N | | Y | N | | Y | N | | Y | N | | G | C | D |
| 02/07/2004 | 1 | | | 01/22/2007 | | | | | | | | | | | | 1 | 01/22/2007 | 1 | | | | | | | | | | | | | | |
| 02/24/2001 | 1 | | | 06/21/2001 | | 1 | | 12/05/2006 | | 1 | | | | 1 | | 1 | 03/02/2007 | 1 | | | | | | | | | | | | | | |
| 07/23/2001 | 1 | | | 05/13/2005 | 1 | | | 05/13/2005 | 1 | | 06/03/2005 | | | 1 | | | | 1 | | | | | | | | | | | | | | |
| 02/07/2002 | 1 | | | 12/15/2006 | 1 | | | 12/15/2006 | 1 | | 01/19/2007 | | | 1 | | | | 1 | | | | | | | | | | | | | | |
| 06/13/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 06/29/2000 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 03/24/2004 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/11/2005 | 1 | | | 03/20/2007 | | | | | | | | | 1 | | | | 03/20/2007 | 1 | | | | | | | | | | | | | | |
| 10/21/2005 | 1 | | | 01/27/2006 | 1 | | | 01/27/2006 | 1 | | 08/14/2006 | 1 | | | | | | 1 | | | | | | | | | | | | | | |
| 11/02/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/25/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/28/2005 | 1 | | | 01/27/2006 | 1 | | | 01/27/2006 | 1 | | 03/10/2006 | | | 1 | | | 03/06/2007 | 1 | | | | | | | | | | | | | | |
| 10/26/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/26/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/04/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/15/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/15/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/21/2005 | 1 | | | 02/27/2006 | 1 | | | 02/27/2006 | 1 | | 02/27/2006 | | | | 1 | | | 1 | | 03/16/2007 | | 1 | | | | | | | | | | |
| 03/16/2007 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/21/2005 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/06/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/12/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/01/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/06/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/20/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/20/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/20/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/20/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/08/2005 | 1 | | | 04/13/2006 | | | 1 | | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | |
| 12/08/2005 | 1 | | | 04/20/2006 | | | 1 | | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | |
| 12/08/2005 | 1 | | | 04/18/2006 | | | 1 | | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | |
| 12/16/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2005 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/23/2005 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/23/2005 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2006 | 1 | | | | | | | | | | | | |
| 01/10/2006 | 1 | | | | | | | | | | | | |
| 01/06/2006 | 1 | 02/23/2007 | | 1 | | | | | 1 | | 1 | | |
| 01/11/2006 | 1 | 03/21/2006 | 1 | 03/21/2006 | 1 | 07/10/2006 | | | 1 | 1 | 02/07/2007 | 1 | |
| 01/11/2006 | 1 | 03/21/2006 | 1 | 03/21/2006 | 1 | 07/10/2006 | | | 1 | 1 | 02/07/2007 | 1 | |
| 01/05/2006 | 1 | 03/30/2006 | 1 | 03/30/2006 | 1 | 11/04/2006 | | 1 | | | | 1 | |
| 01/09/2006 | 1 | | | | | | | | | | | | |
| 01/09/2006 | 1 | | | | | | | | | | | | |
| 01/09/2006 | 1 | | | | | | | | | | | | |
| 01/26/2006 | 1 | 03/19/2007 | | 1 | | | | 1 | | | 03/19/2007 | 1 | |
| 02/08/2006 | 1 | 05/05/2006 | 1 | 05/05/2006 | 1 | 06/12/2006 | | | | 1 | 01/09/2007 | 1 | |
| 01/31/2006 | 1 | 03/20/2007 | | 1 | | | | | 1 | | 03/20/2007 | 1 | |
| 02/10/2006 | 1 | | | | | | | | | | | | |
| 02/07/2006 | 1 | 05/05/2006 | 1 | 05/05/2006 | 1 | 07/11/2006 | | | | 1 | 03/01/2007 | 1 | |
| 02/15/2006 | 1 | | | | | | | | | | | | |
| 02/21/2006 | 1 | | | | | | | | | | | | |
| 02/06/2006 | | 1 | | | 1 | | | | 1 | | 03/20/2007 | 1 | |
| 02/23/2006 | 1 | | | | | | | | | | | | |
| 03/07/2006 | 1 | 05/22/2006 | 1 | 05/22/2006 | | 1 | | | 1 | | | 1 | |
| 03/02/2006 | 1 | 04/28/2006 | 1 | 04/28/2006 | 1 | 05/25/2006 | | 1 | | | | 1 | |
| 03/07/2006 | 1 | 05/22/2006 | 1 | 05/22/2006 | | 1 | | | 1 | | | 1 | |
| 03/07/2006 | 1 | 05/22/2006 | 1 | 05/22/2006 | | 1 | | | 1 | | | 1 | |
| 03/06/2006 | 1 | | | | | | | | | | | | |
| 03/06/2006 | 1 | | | | | | | | | | | | |
| 02/24/2006 | 1 | | | | | | | | | | | | |
| 02/27/2006 | 1 | | | | | | | | | | | | |
| 03/09/2006 | 1 | | | | | | | | | | | | |
| 03/02/2006 | 1 | 04/28/2006 | 1 | 04/28/2006 | 1 | 05/19/2006 | | | 1 | | | 1 | |
| 03/07/2006 | 1 | 02/14/2007 | | 1 | | | | | 1 | | | 1 | |
| 03/14/2006 | 1 | | | | | | | | | | | | |
| 03/23/2006 | 1 | 01/18/2007 | 1 | 06/16/2006 | 1 | 11/1/06 | 1 | | | | 01/18/2007 | 1 | |
| 06/30/2005 | 1 | | | | | | | | | | | | |
| 03/01/2006 | 1 | | | | | | | | | | | | |
| 12/09/2002 | 1 | 08/01/2006 | 1 | 08/01/2006 | | 1 | | | | 1 | 03/01/2007 | 1 | |
| 03/31/2006 | 1 | | | | | | | | | | | | |
| 03/31/2006 | 1 | 06/16/2006 | 1 | 06/16/2006 | 1 | 07/13/2006 | | | | 1 | 02/07/2007 | 1 | |
| 03/23/2006 | | 1 | | | | | | | | | | | |
| 03/23/2006 | | 1 | | | | | | | | | | | |
| 03/23/2006 | | 1 | | | | | | | | | | | |
| 03/30/2006 | 1 | 07/26/2006 | 1 | 07/26/2006 | 1 | 11/06/2006 | | 1 | | | | 1 | |
| 03/31/2006 | 1 | 06/16/2006 | 1 | 06/16/2006 | 1 | 08/10/2006 | | | | 1 | 01/23/2007 | 1 | |
| 03/10/2006 | 1 | 10/24/2006 | | 1 | | | | | 1 | | | 1 | |
| 03/27/2006 | 1 | 10/24/2006 | | 1 | | | 1 | | | | | 1 | |
| 04/04/2006 | 1 | | | | | | | | | | | | |
| 04/06/2006 | 1 | 06/29/2006 | 1 | 06/29/2006 | 1 | 09/23/2006 | | 1 | | | | 1 | |
| 03/29/2006 | 1 | | | | | | | | | | | | |

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 | C17 | C18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/03/2006 | 1 | | | | | | | | | | | | | | | | |
| 03/23/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/03/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/19/2006 | 1 | | 11/22/2006 | 1 | | | | | 1 | | 1 | | | | | | |
| 04/27/2006 | 1 | | 07/06/2006 | 1 | | | | | 1 | | 1 | 11/15/2006 | 1 | | 1 | 03/05/2007 | 1 |
| 04/19/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/13/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/20/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/20/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/27/2006 | 1 | | | | | | | | | | | | | | | | |
| 04/14/2006 | | 1 | | | | | | | | | | | | | | | |
| 04/14/2006 | | 1 | | | | | | | | | | | | | | | |
| 04/14/2006 | | 1 | | | | | | | | | | | | | | | |
| 04/14/2006 | | 1 | | | | | | | | | | | | | | | |
| 05/30/2006 | | 1 | 07/19/2006 | 1 | | 07/19/2006 | 1 | 08/16/2006 | 1 | | 01/22/2007 | 1 | | | | | |
| 05/26/2006 | | 1 | 07/19/2006 | 1 | | | | | 1 | | 1 | | | | | | |
| 05/10/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/04/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/17/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/16/2006 | 1 | | 08/01/2006 | 1 | | 08/01/2006 | 1 | 10/05/2006 | | 1 | 02/21/2007 | | | | | | |
| 05/16/2006 | | 1 | | | | | | | | 1 | 05/16/2006 | | | 1 | 10/23/2006 | 1 | |
| 05/17/2006 | 1 | | 03/28/2007 | 1 | | | | | 1 | | 03/28/2007 | 1 | | | | | |
| 05/12/2006 | 1 | | 07/18/2006 | 1 | | 07/18/2006 | 1 | 08/02/2006 | 1 | | 01/23/2007 | 1 | | | | | |
| 05/30/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/25/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/05/2006 | 1 | | 07/17/2006 | 1 | | 07/17/2006 | 1 | 08/24/2006 | | 1 | | 1 | | | | | |
| 05/17/2006 | 1 | | 02/02/2007 | | | | | | 1 | | 02/02/2007 | 1 | | | | | |
| 05/17/2006 | 1 | | 02/02/2007 | | | | | | 1 | | 02/02/2007 | 1 | | | | | |
| 05/15/2006 | 1 | | 01/22/2007 | | | | | | 1 | | 01/22/2007 | 1 | | | | | |
| 06/05/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/24/2006 | 1 | | | | | | | | | | | | | | | | |
| 11/28/2005 | 1 | | 08/01/2006 | 1 | | 08/01/2006 | 1 | 09/05/2006 | | 1 | 03/01/2007 | 1 | | | | | |
| 06/15/2006 | 1 | | 03/02/2007 | | | | | | 1 | | 03/02/2007 | 1 | | | | | |
| 06/16/2006 | 1 | | 09/25/2006 | 1 | | | | | 1 | | 1 | | | | | | |
| 06/08/2006 | 1 | | | | | | | | | | | | | | | | |
| 06/05/2006 | 1 | | | | | | | | | | | | | | | | |
| 06/14/2006 | 1 | | 09/20/2006 | 1 | | | | | 1 | | 1 | | | | | | |
| 05/18/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/18/2006 | 1 | | | | | | | | | | | | | | | | |
| 06/01/2006 | 1 | | | | | | | | | | | | | | | | |
| 05/15/2006 | 1 | | | | | | | | | | | | | | | | |
| 08/14/2002 | 1 | | | | | | | | | | | | | | | | |
| 12/06/2002 | 1 | | | | | | | | | | | | | | | | |
| 06/19/2006 | 1 | | | | 1 | | | | | 1 | 01/26/2007 | 1 | | | | | |
| 06/08/2006 | 1 | | 01/24/2007 | 1 | | 01/24/2007 | | | 1 | | | 1 | | | | | |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 | Col15 | Col16 | Col17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2006 | 1 | | | | | | | | | | | | | | | |
| 07/07/2006 | 1 | 02/02/2007 | | | | | 1 | | 02/02/2007 | 1 | | | | | | |
| 07/06/2006 | 1 | 08/30/2006 | | 1 | | | | 1 | 03/08/2007 | 1 | | | | | | |
| 07/06/2006 | 1 | 02/02/2007 | | | | | 1 | | 02/02/2007 | 1 | | | | | | |
| 07/07/2006 | 1 | | | | | | | | | | | | | | | |
| 07/07/2006 | 1 | 02/02/2007 | | | | | 1 | | 02/02/2007 | 1 | | | | | | |
| 07/07/2006 | 1 | | | | | | | | | | | | | | | |
| 07/17/2006 | 1 | | | | | | | | | | | | | | | |
| 07/17/2006 | 1 | | | | | | | | | | | | | | | |
| 07/14/2006 | 1 | 09/06/2006 | | 1 | | | 1 | | 01/23/2007 | 1 | | | | | | |
| 07/05/2006 | 1 | | | | | | | | | | | | | | | |
| 07/03/2006 | 1 | 01/31/2007 | | 1 | | | | 1 | | 1 | | | | | | |
| 06/27/2006 | 1 | | | | | | | | | | | | | | | |
| 07/05/2006 | 1 | 11/03/2006 | | 1 | | | | 1 | | 1 | 07/05/2006 | | | | | |
| 07/05/2006 | | 1 | | | | | | | | | | | 1 | 11/03/2006 | 1 | |
| 06/30/2006 | 1 | | | | | | | | | | | | | | | |
| 06/20/2006 | 1 | 09/08/2006 | | 1 | | | | 1 | | 1 | | | | | | |
| 06/14/2006 | 1 | | | | | | | | | | | | | | | |
| 06/13/2006 | 1 | 08/22/2006 | | 1 | | | | 1 | | 1 | | | | | | |
| 08/02/2005 | 1 | | | | | | | | | | | | | | | |
| 07/18/2006 | 1 | | | | | | | | | | | | | | | |
| 07/17/2006 | 1 | 10/27/2006 | | 1 | | | | 1 | | 1 | | | | | | |
| 07/17/2006 | 1 | | | 1 | | | 1 | | 01/18/2007 | 1 | 11/15/2006 | 1 | | 1 | | 1 |
| 07/27/2006 | 1 | 10/10/2006 | 1 | | 10/10/2006 | 1 | 10/26/2006 | | 1 | 01/23/2007 | 1 | | | | | |
| 07/27/2006 | 1 | 10/10/2006 | 1 | | 10/10/2006 | 1 | 10/26/2006 | | 1 | 01/23/2007 | 1 | | | | | |
| 02/14/2002 | 1 | | | | | | | | | | | | | | | |
| 07/25/2006 | 1 | | | | | | | | | | | | | | | |
| 07/21/2006 | 1 | | | | | | | | | | | | | | | |
| 07/26/2006 | 1 | 09/11/2006 | 1 | | 09/11/2006 | 1 | 10/26/2006 | | 1 | | 1 | | | | | |
| 08/01/2006 | 1 | | | | | | | | | | | | | | | |
| 05/19/2006 | 1 | | | | | | | | | | | | | | | |
| 07/24/2006 | 1 | | | | | | | | | | | | | | | |
| 07/31/2006 | 1 | 09/11/2006 | 1 | | 09/11/2006 | 1 | 11/15/2006 | 1 | | | 1 | | | | | |
| 06/02/2006 | | 1 | 08/23/2006 | 1 | | 08/23/2006 | 1 | 09/07/2006 | 1 | | | 1 | | | | |
| 06/21/2006 | | 1 | 09/20/2006 | | 1 | | | | | 1 | | 1 | | | | |
| 06/08/2006 | | 1 | 11/21/2006 | 1 | 1 | 02/26/2007 | 1 | 03/28/2007 | 1 | | | 1 | | | | |
| 06/02/2006 | | 1 | 08/23/2006 | 1 | | 08/23/2006 | 1 | 09/07/2006 | 1 | | | 1 | | | | |
| 07/07/2006 | | 1 | 08/30/2006 | 1 | | 08/30/2006 | 1 | 09/28/2006 | | 1 | 03/01/2007 | 1 | | | | |
| 07/07/2006 | | 1 | 08/30/2006 | 1 | | 08/30/2006 | 1 | 09/28/2006 | | 1 | 03/01/2007 | 1 | | | | |
| 07/26/2006 | | 1 | 09/11/2006 | | 1 | | | | 1 | | 01/22/2007 | 1 | | | | |
| 07/26/2006 | | 1 | 09/11/2006 | | 1 | | | | 1 | | 01/22/2007 | 1 | | | | |
| 07/26/2006 | | 1 | 09/11/2006 | | 1 | | | | 1 | | 01/22/2007 | 1 | | | | |
| 07/27/2006 | 1 | 10/03/2006 | 1 | | 10/03/2006 | | 1 | | 1 | 02/07/2007 | 1 | | | | | |
| 07/28/2006 | 1 | | | | | | | | | | | | | | | |
| 07/28/2006 | 1 | | | | | | | | | | | | | | | |
| 08/07/2006 | 1 | 10/23/2006 | | 1 | | | | 1 | | | 1 | | | | | |

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/2006 | 1 | | 10/23/2006 | | 1 | | | | | | | | 1 | | |
| 08/07/2006 | 1 | | 10/24/2006 | 1 | | 10/24/2006 | 1 | 01/04/2007 | | 1 | | | 1 | | |
| 08/02/2006 | 1 | | 10/23/2006 | | 1 | | | | | | 1 | 03/02/2007 | 1 | | |
| 08/03/2006 | 1 | | 10/23/2006 | | 1 | 10/23/2006 | | | | 1 | | | 1 | | |
| 08/02/2006 | 1 | | 02/02/2007 | | | | | | 1 | | | 02/02/2007 | 1 | | |
| 07/27/2006 | 1 | | 10/10/2006 | | 1 | | | | 1 | | | 03/01/2007 | 1 | | |
| 08/04/2006 | 1 | | 10/23/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/04/2006 | 1 | | 10/23/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/01/2006 | 1 | | 10/23/2006 | 1 | | 10/23/2006 | 1 | 01/19/2007 | | 1 | | | 1 | | |
| 08/14/2006 | 1 | | 10/23/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/11/2006 | 1 | | 10/30/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/11/2006 | 1 | | 10/30/2006 | | | | | | | | 1 | | 1 | | |
| 08/07/2006 | 1 | | 10/23/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/02/2006 | 1 | | 10/23/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/15/2006 | 1 | | 03/15/2007 | | 1 | | | | | | 1 | | 1 | | |
| 08/16/2006 | 1 | | 10/30/2006 | 1 | | 10/30/2006 | | | | 1 | | | 1 | | |
| 08/09/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/09/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/07/2006 | 1 | | 10/24/2006 | 1 | | 10/24/2006 | | | | 1 | | | 1 | | |
| 08/14/2006 | 1 | | 11/21/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/11/2006 | 1 | | 10/24/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/11/2006 | 1 | | 10/24/2006 | | 1 | | | | 1 | | | 01/18/2007 | 1 | | |
| 08/10/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/16/2006 | 1 | | | | | | | | | | | | | | |
| 08/22/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/15/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/08/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/16/2006 | 1 | | 01/08/2007 | | 1 | | | | | 1 | | 01/18/2007 | 1 | | |
| 08/16/2006 | 1 | | 01/08/2007 | | 1 | | | | | 1 | | 01/18/2007 | 1 | | |
| 08/15/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/14/2006 | 1 | | 10/24/2006 | 1 | | 01/24/2007 | | | | 1 | | | 1 | | |
| 08/15/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/15/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/15/2006 | 1 | 1 | 10/24/2006 | | | | | | | 1 | | | 1 | | |
| 08/24/2006 | 1 | | | | | | | | | | | | | | |
| 07/26/2006 | 1 | | 10/26/2006 | 1 | | 10/26/2006 | 1 | 11/17/2006 | | 1 | | | 1 | | |
| 08/16/2006 | 1 | | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/04/2005 | 1 | | | | | | | | | | | | | | |
| 08/12/2005 | | 1 | 10/23/2006 | | | | | | | | 1 | 10/23/2006 | | 1 | 10/23/2006 | 1 |
| 08/15/2006 | | 1 | 10/24/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/18/2006 | | 1 | 11/22/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/18/2006 | | 1 | 11/22/2006 | | 1 | | | | | | 1 | | 1 | | |
| 08/29/2006 | | 1 | 10/27/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/29/2006 | | 1 | 10/27/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/29/2006 | | 1 | 10/27/2006 | | 1 | | | | | 1 | | | 1 | | |
| 08/31/2006 | 1 | | 11/15/2006 | 1 | | 12/15/2006 | | 1 | | | 1 | | 1 | | |

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/23/2006 | 1 | | 11/15/2006 | | 1 | | | | | | | | | | 1 | | | | | | |
| 08/23/2006 | 1 | | 11/15/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/23/2006 | 1 | | 11/15/2006 | 1 | | 11/15/2006 | | | | | | 1 | | | 1 | | | | | | |
| 08/23/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 08/17/2006 | 1 | | 10/27/2006 | 1 | | 10/27/2006 | | | | | | 1 | | | 1 | | | | | | |
| 08/17/2006 | 1 | | 10/27/2006 | 1 | | 10/27/2006 | | | | | | 1 | | | 1 | | | | | | |
| 08/21/2006 | 1 | | 11/15/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/22/2006 | 1 | | 11/15/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/22/2006 | 1 | | 11/15/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/18/2006 | 1 | | 11/15/2006 | 1 | | 11/15/2006 | | | | | | 1 | | | 1 | | | | | | |
| 08/17/2006 | 1 | | 10/27/2006 | 1 | | 10/27/2006 | | | | | | 1 | | | 1 | | | | | | |
| 08/21/2006 | 1 | | 11/15/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/26/1991 | 1 | | | | | | | | | | | | | | | | | | | | |
| 08/23/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 09/08/2006 | 1 | | 10/31/2006 | | 1 | 11/27/2006 | 1 | | 12/21/2006 | 1 | | | | | 1 | | | | | | |
| 08/25/2006 | 1 | | 10/30/2006 | 1 | | | | | | | | 1 | | | 1 | | | | | | |
| 09/08/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 08/28/2006 | 1 | | 10/27/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/28/2006 | 1 | | 10/27/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 08/28/2006 | 1 | | 10/27/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 09/06/2006 | 1 | | 02/01/2007 | | 1 | | | | | | 1 | | 02/22/2007 | | 1 | | | | | | |
| 09/05/2006 | 1 | | 11/22/2006 | 1 | | 1 | 11/22/2006 | 1 | 01/22/2007 | | 1 | | 03/06/2007 | | 1 | | | | | | |
| 09/01/2006 | 1 | | 11/22/2006 | 1 | | 11/22/2006 | | | | | 1 | | | | 1 | | | | | | |
| 09/05/2006 | 1 | | 11/22/2006 | | 1 | 11/22/2006 | | | | | 1 | | | | 1 | | | | | | |
| 09/14/2006 | 1 | | 11/21/2006 | 1 | | 11/21/2006 | 1 | | 01/30/2007 | | 1 | | | | 1 | | | | | | |
| 09/14/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 07/17/2006 | 1 | | 01/09/2007 | | 1 | | | | | | 1 | | 02/02/2007 | | 1 | | | | | | |
| 09/20/2006 | 1 | | 11/21/2006 | 1 | | 11/21/2006 | | | | | | 1 | | | 1 | | | | | | |
| 09/19/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 09/19/2006 | 1 | | 11/21/2006 | 1 | | 11/21/2006 | | | | | | 1 | | | 1 | | | | | | |
| 09/08/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 09/08/2006 | 1 | | 11/21/2006 | | 1 | | | | | | | 1 | 1 | 03/02/2007 | | 1 | | | | | | |
| 08/30/2006 | | 1 | 11/15/2006 | | 1 | | | 1 | | | | 1 | | | 1 | | | | | | |
| 08/30/2006 | | 1 | 11/15/2006 | | 1 | | | 1 | | | | 1 | | | 1 | | | | | | |
| 09/11/2006 | | 1 | 11/22/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 09/13/2006 | | 1 | 11/21/2006 | 1 | | 11/21/2006 | | | | | | 1 | | | 1 | | | | | | |
| 09/13/2006 | | 1 | 11/21/2006 | 1 | | 11/21/2006 | | | 1 | | | | | | 1 | | | | | | |
| 09/25/2006 | 1 | | 12/11/2006 | 1 | | 12/11/2006 | 1 | | 01/07/2007 | | 1 | | | | 1 | | | | | | |
| 09/25/2006 | 1 | | 12/11/2006 | | 1 | | | | | | | | 1 | 01/23/2007 | | 1 | | | | | | |
| 09/25/2006 | 1 | | 12/11/2006 | | 1 | | | | | | | | 1 | 01/23/2007 | | 1 | | | | | | |
| 09/26/2006 | 1 | | 12/11/2006 | | 1 | | | | 1 | | | | | | 1 | | | | | | |
| 09/26/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 09/25/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 09/18/2006 | 1 | | 12/11/2006 | | 1 | | | | | | 1 | | 03/28/2007 | | 1 | | | | | | |
| 09/19/2006 | 1 | | 01/24/2007 | | 1 | | | | | | | 1 | | | 1 | | | | | | |
| 09/20/2006 | 1 | | 12/11/2006 | | 1 | | | | | | | 1 | | | 1 | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/2006 | 1 | | 11/30/2006 | 1 | | 11/30/2006 | 1 | 02/22/2007 | | | 1 | | | 1 | | | | |
| 09/25/2006 | 1 | | 11/30/2006 | 1 | | 11/30/2006 | 1 | | | | 1 | | | 1 | | | | |
| 09/13/2006 | 1 | | 11/30/2006* | | 1 | | | | | | 1 | | | 1 | | | | |
| 09/18/2006 | 1 | | 11/30/2006 | 1 | | 11/30/2006 | 1 | 12/05/2006 | | | 1 | | | 1 | | | | |
| 09/18/2006 | 1 | | 11/30/2006 | | 1 | | | | | 1 | | 01/04/2007 | | 1 | | | | |
| 09/14/2006 | 1 | | 11/30/2006 | | 1 | | | | | 1 | | 01/04/2007 | | 1 | | | | |
| 09/14/2006 | 1 | | 12/11/2006* | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/22/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/18/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/13/2006 | 1 | | 12/13/2006 | 1 | | 12/13/2006 | 1 | 01/04/2007 | | 1 | | 03/02/2007 | | 1 | | | | |
| 09/25/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/14/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/14/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/14/2006 | 1 | | 12/13/2006 | | 1 | | | | | 1 | | 01/19/2007 | | 1 | | | | |
| 09/14/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/26/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/27/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/26/2006 | 1 | | 12/13/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 10/03/2006 | 1 | | 12/19/2006 | | 1 | | | | | 1 | | | | 1 | | | | |
| 10/03/2006 | 1 | | 12/19/2006 | | 1 | | | | | 1 | | | | 1 | | | | |
| 10/03/2006 | 1 | | 12/19/2006 | | 1 | | | | | 1 | | | | 1 | | | | |
| 10/02/2006 | 1 | | 12/18/2006* | | 1 | | | | | 1 | | | | 1 | | | | |
| 10/02/2006 | 1 | | 12/18/2006* | | 1 | | | | | 1 | | | | 1 | | | | |
| 09/25/2006 | | 1 | 11/30/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 09/25/2006 | | 1 | 11/30/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 06/07/2006 | 1 | | 11/30/2006 | | 1 | | | | | 1 | | 01/04/2007 | | 1 | | | | |
| 10/03/2006 | 1 | | 12/18/2006* | 1 | | 12/18/2006 | 1 | | | | | 1 | 02/06/2007 | | 1 | | | |
| 10/04/2006 | 1 | | 12/18/2006 | | 1 | | | | | 1 | | 01/11/2007 | | 1 | | | | |
| 10/03/2006 | 1 | | 12/18/2006 | | 1 | | | | | 1 | | 01/09/2007 | | 1 | | | | |
| 10/05/2006 | 1 | | 02/21/2007 | | | | | | | | | 1 | 02/21/2007 | | 1 | | | | |
| 10/12/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 07/21/2005 | 1 | | | | | | | | | | | | | | | | | |
| 10/04/2006 | 1 | | 12/18/2006 | | 1 | | | | | 1 | | 01/09/2007 | | 1 | | | | |
| 10/04/2006 | 1 | | 12/18/2006 | | 1 | | | | | 1 | | 01/11/2007 | | 1 | | | | |
| 10/06/2006 | 1 | | | | | | | | | | | | | | | | | |
| 10/05/2006 | 1 | | 12/18/2006 | 1 | | 12/18/2006 | | | | | 1 | | | 1 | | | | |
| 10/13/2006 | 1 | | 11/24/2006 | 1 | | 11/24/2006 | | | | | 1 | | | 1 | 10/13/06 | | | | |
| 10/13/2006 | | 1 | | | | | | | | | | | | | | | | |
| 10/16/2006 | 1 | | 12/13/2006 | 1 | | 12/13/2006 | 1 | 01/19/2007 | | | 1 | | | 1 | | | | |
| 04/03/2006 | 1 | | | | | | | | | | | | | | | | | |
| 10/18/2006 | 1 | | 12/13/2006 | 1 | 1 | 12/13/2006 | 1 | 03/22/2007 | | | 1 | | | 1 | | | | |
| 10/18/2006 | | 1 | 12/13/2006 | | | | | | | | | | 1 | 10/18/2006 | 1 | | 1 | 02/20/2007 | 1 |
| 10/17/2006 | | 1 | 12/19/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 10/17/2006 | | 1 | 12/19/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 10/17/2006 | | 1 | 12/19/2006 | | 1 | | | | 1 | | | | | 1 | | | | |
| 10/06/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | | | | 1 | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2006 | 1 | | 12/18/2006 | | 1 | | | | 1 | | 01/09/2007 | 1 | |
| 10/11/2006 | 1 | | 12/18/2006 | | 1 | | | | 1 | | 01/09/2007 | 1 | |
| 10/11/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/11/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/10/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | 01/18/2007 | 1 | |
| 10/10/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | 01/18/2007 | 1 | |
| 10/10/2006 | 1 | | 12/19/2006 | 1 | | 12/19/2006 | | | | 1 | | 1 | |
| 10/11/2006 | 1 | | 01/08/2007 | 1 | | 01/08/2007 | 1 | 03/08/2007 | | 1 | | 1 | |
| 10/06/2006 | 1 | | 01/08/2007 | | 1 | | | | 1 | | | 1 | |
| 10/06/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/11/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/11/2006 | 1 | | 01/08/2007 | 1 | | 01/08/2007 | 1 | 01/22/2007 | | 1 | | 03/01/2007 | 1 |
| 10/11/2006 | 1 | | 01/08/2007 | | 1 | | | | 1 | | | 1 | |
| 10/11/2006 | 1 | | | | | | | | | | | | |
| 10/20/2006 | 1 | | 12/19/2006* | 1 | | 12/19/2006 | | | | 1 | | 1 | |
| 10/23/2006 | 1 | | 12/19/2006* | 1 | | 12/20/2006 | 1 | 02/07/2007 | | 1 | | 1 | |
| 10/13/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | 02/06/2007 | 1 | |
| 10/12/2006 | 1 | | 12/19/2006 | 1 | 1 | 12/19/2006 | | | 1 | | | 1 | |
| 10/13/2006 | 1 | | 01/24/2007 | | 1 | | | | | 1 | | 1 | |
| 10/13/2006 | 1 | | 12/19/2006 | 1 | | 12/19/2006 | 1 | 01/29/2007 | 1 | | | 1 | |
| 10/16/2006 | 1 | | 12/19/2006 | 1 | | 12/19/2006 | | | | 1 | | 1 | |
| 10/24/2006 | 1 | | 12/19/2006 | 1 | | 12/19/2006 | | | | 1 | | 1 | |
| 10/16/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | 01/18/2007 | 1 | |
| 10/12/2006 | 1 | | 12/19/2006 | 1 | | 01/26/2007 | 1 | 02/02/2007 | | 1 | | 1 | |
| 10/19/2006 | 1 | | 12/18/2006 | | 1 | | | | 1 | | 01/11/2007 | 1 | |
| 10/19/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/19/2006 | 1 | | 01/16/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 10/16/2006 | 1 | | | | | | | | | | | | |
| 10/30/2006 | 1 | | 12/19/2006 | | 1 | | | | | 1 | | 1 | |
| 10/30/2006 | 1 | | 12/19/2006 | | 1 | | | | | 1 | | 1 | |
| 10/24/2006 | 1 | | 01/16/2007 | | 1 | | | | | | 1 | 02/05/2007 | 1 |
| 10/24/2006 | 1 | | 12/19/2006 | | 1 | | | | 1 | | 02/06/2007 | 1 | |
| 11/01/2006 | 1 | | 01/24/2007 | | 1 | | | | 1 | | 03/01/2007 | 1 | |
| 10/23/2006 | 1 | | 01/16/2007 | | | 1 | 02/22/2007 | | | 1 | | 1 | |
| 10/23/2006 | 1 | | 01/16/2007 | | | 1 | 02/22/2007 | | | 1 | | 1 | |
| 11/01/2006 | 1 | | 04/05/2007 | | 1 | | | | 1 | | | 1 | |
| 10/30/2006 | 1 | | 01/08/2007 | | 1 | | | | 1 | | | 1 | |
| 10/30/2006 | 1 | | 01/19/2007 | 1 | | 01/19/2007 | 1 | 02/28/2007 | | 1 | | 1 | |
| 10/27/2006 | 1 | | 01/09/2007 | 1 | | 01/09/2007 | | | | 1 | | 1 | |
| 10/27/2006 | 1 | | 01/09/2007 | | 1 | | | | | | 1 | 02/05/2007 | 1 |
| 10/25/2006 | 1 | | 01/09/2007 | | 1 | | | | 1 | | 02/05/2007 | 1 | |
| 11/03/2006 | | 1 | 01/09/2007 | | 1 | | | | 1 | | | 1 | |
| 11/03/2006 | | 1 | 01/09/2007 | | 1 | | | | 1 | | | 1 | |

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2006 | | 1 | 01/09/2007 | | 1 | | | | | | | | | | | | | | | | |
| 10/24/2006 | 1 | | 01/16/2007 | | 1 | 02/22/2007 | | | | 1 | | | | 1 | | | | | | | |
| 10/28/2006 | 1 | | 01/08/2007 | | 1 | | | | | 1 | | 01/18/2007 | | 1 | | | | | | | |
| 11/02/2006 | | 1 | 01/09/2007 | | 1 | | | | | 1 | | 03/22/2007 | | 1 | | | | | | | |
| 11/02/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 10/25/2006 | 1 | | 03/29/2007 | 1 | | 03/29/2007 | | | | | 1 | | | 1 | | | | | | | |
| 11/02/2006 | | 1 | 01/09/2007 | | 1 | | | | | 1 | | 03/22/2007 | | 1 | | | | | | | |
| 11/02/2006 | | 1 | 01/09/2007 | | 1 | | | | | 1 | | 03/22/2007 | | 1 | | | | | | | |
| 10/27/2006 | 1 | 1 | 01/08/2007 | 1 | | 01/08/2007 | | | | | 1 | 03/23/2007 | 1 | | 10/27/2006 | | 1 | | 1 | 03/23/2007 | 1 |
| 03/23/2006 | 1 | | 07/26/2006 | 1 | | 07/26/2006 | 1 | 11/06/2006 | | 1 | | | | 1 | | | | | | | |
| 12/15/2004 | 1 | | 04/22/2005 | 1 | | 04/22/2005 | 1 | 08/11/2005 | | | 1 | | | 1 | | | | | | | |
| 12/15/2004 | 1 | | 04/22/2005 | 1 | | 04/22/2006 | 1 | 08/11/2005 | | | 1 | | | 1 | | | | | | | |
| 08/15/2006 | 1 | | 11/15/2006 | 1 | | 11/15/2006 | | | | 1 | | | | 1 | | | | | | | |
| 11/02/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 11/02/2006 | 1 | | 01/19/2007 | | 1 | | | | | | 1 | | | 1 | | | | | | | |
| 11/02/2006 | 1 | | 01/19/2007 | | 1 | | | | | | 1 | | | 1 | | | | | | | |
| 11/02/2006 | 1 | | 01/19/2007 | | 1 | | | | | | 1 | | | 1 | | | | | | | |
| 11/13/2006 | 1 | | 02/01/2007 | 1 | | 02/01/2007 | | | | 1 | | | | 1 | | | | | | | |
| 11/03/2006 | 1 | | | | | | | | | | | | | | | | | | | | |
| 11/13/2006 | 1 | | 01/19/2007 | 1 | | 01/19/2007 | | | | 1 | | | | 1 | | | | | | | |