IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al.<br>    Plaintiffs, | § § § § | |
| VS. | § | CIVIL NO. B-96cv116 |
| TOM RIDGE, et. al.<br>    Defendants. | § § § § | |

## ORDER

On January 15, 2007 and then again on April 16, 2007, Defendants filed Defendants' Report in Response to the Court's Order Dated October 16, 2006 [Doc. Nos. 170, 171]. The Court hereby schedules a hearing to address the pending motion, Plaintiffs' Opposed Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, For Damages, and For Evidentiary Hearing With Respect Thereto [Doc. No. 132], for June 25, 2007, 11:00 a.m.

Signed this 7th day of June 2007.

Andrew S. Hanen
United States District Judge