IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| MICHAEL CHERTOFF, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE HEARING SCHEDULED FOR JUNE 25, 2007**

Defendants, through undersigned counsel, hereby move the Court to continue the hearing presently scheduled for June 25, 2007, at 11:00 am. Plaintiffs, through their counsel, express no opposition to the motion for a continuance. Attached is a declaration executed by Ernesto H. Molina, Jr., counsel for defendants, explaining the reasons for the continuance.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID V. BERNAL
Assistant Director

Dated: June 12, 2007

/s/ Ernesto H. Molina, Jr.
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344
Attorneys for Defendants