IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| MICHAEL CHERTOFF, et al., | ) ) ) |
| Defendants. | ) |

**DECLARATION OF ERNESTO H. MOLINA, JR. IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE HEARING SCHEDULED FOR JUNE 25, 2007**

I, ERNESTO H. MOLINA, JR., declare that:

1. I am Senior Litigation Counsel with the Office of Immigration Litigation, and I am the attorney assigned responsibility for handling this case.

2. On arriving in my Office on Friday, June 8, 2007, I found an electronic notice from the Court's ECF system indicating that the Court had scheduled a hearing in the instant case for Monday, June 25, 2007.

3. Because of a previously scheduled trip out of the country, I will not be back in the United States until 11pm on Sunday, June 24, 2007.

4. As a consequence, I have investigated the possibility of taking an early flight to arrive at the Court by the desired time. It was not possible to schedule a

1

flight that would arrive in Brownsville, Texas with sufficient certainly to assure my presence on behalf of defendants.

5. On June 12, 2007, I contacted Lisa Brodyaga, counsel for plaintiffs. She expressed no opposition to this motion for a continuance.

6. For purposes of rescheduling the hearing, I should be available from June 26 through June 29, 2007. I will not be available the week of July 2 through July 6, 2007. After that, I will be available on July 9 and July 10, 2007, but due to other hearings, will not be available the rest of the week. I will then be generally available beginning July 16, 2007.

7. Ms. Brodyaga has provided her available dates as well. Ms. Brodyaga expressed that she would be available on July 9, 10, 16 or 17, 2007.

8. I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2007.

    /s/   Ernesto H. Molina, Jr.
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-9344