IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ,<br>　　et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TOM RIDGE, et al.,<br><br>　　　　Defendants. | No. B-96-116<br><br>**ORDER**<br>(Proposed) |

Upon consideration of **Defendants' Unopposed Motion to Continue the Hearing Scheduled for June 25, 2007**, is hereby GRANTED.  Accordingly, the hearing presently scheduled for June 25, 2007, is hereby continued until _____, 2007, at _____ AM/PM in Courtroom _____ before Judge Andrew S. Hanen.

Signed in Brownsville, Texas, this \_\_\_ day of June, 2007.

_____
ANDREW S. HANEN
United States District Judge