IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et. al. <br> Plaintiffs, | § § § § | |
| VS. | § | CIVIL NO. B-96-116 |
| TOM RIDGE, et. al. <br> Defendants. | § § § § | |

## ORDER

The Court hereby considers Defendants' Unopposed Motion to Continue the Hearing Scheduled for June 25, 2007. [Doc. No. 173]. This Motion represents to the Court that the parties have conferred and agreed upon mutually convenient dates for the hearing. The Court **GRANTS** the motion and re-schedules the hearing to address the pending motion, Plaintiffs' Opposed Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, For Damages, and For Evidentiary Hearing With Respect Thereto [Doc. No. 132], and to discuss Defendants' Reports in Response to the Court's Order Dated October 16, 2006 [Doc. Nos. 170, 171] for July 9, 2007, 1:30 p.m.

Signed this 13th day of June 2007.

_____
Andrew S. Hanen
United States District Judge