IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. B-96-116 ) ) |
| TOM RIDGE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENTAL REPORT IN RESPONSE TO
THE COURT'S ORDER DATED OCTOBER 16, 2006**

Pursuant to the Court's order dated October 16, 2006, the Defendants hereby provide the reports regarding adjustment of status ("I-485") adjudicated by the the U.S. Citizenship and Immigration Services, Harlingen District Office. See Attachment C. This report covers the period from January 1, 2007, through March 31, 2007. The report was inadvertently omitted from the report of statistics in the defendants' report filed on April 16, 2007, and is provided here pursuant to defendants' obligation to supplement the earlier production. Courtesy copies are being provided to chambers and counsel for the plaintiffs by Federal Express overnight delivery.

It bears mentioning that the alien registration numbers of the applicants as well as receipt numbers have been omitted from the report because of the requirements of the Privacy Act.

In order to better understand the spreadsheets, the following legend is provided:

| I-485 | An adjustment of status application |
|---|---|
| N-600 | A certificate of citizenship application |
| I-765 | An application for employment authorization documentation |

| RFE | A request for further evidence |
|---|---|
| I | Initial |
| R | Reset/Resent (A notation that the RFE was either resent or a further inquiry was necessary) |
| N | None |
| PG or OC | Potential grant or out of adjudicator's control (an application is a potential grant awaiting some further step, e.g., a final approval or security clearance) |
| G | Grant |
| C | Continued |
| PD | Potential denial |
| EAD | Employment authorization document |

                                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General
                                                Civil Division

                                                DAVID V. BERNAL
                                                Assistant Director

                                                 S/ Ernesto H. Molina, Jr.
                                                ERNESTO H. MOLINA, JR.
                                                Senior Litigation Counsel
                                                U.S. Department of Justice
                                                Civil Division
                                                Office of Immigration Litigation
                                                P.O. Box 878, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone:    (202) 616-9344
Dated: June 25, 2007                      Attorneys for Defendants