UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al<br>　　　Petitioners/Plaintiffs | |
| v. | No. CA B-96-116 |
| TOM RIDGE, et al<br>　　　Respondents/Defendants. | |

### ORDER GRANTING MOTION TO ENFORCE AGREED ORDER

Before the Court is Petitioners' Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, and for Damages. On consideration of same, the Respondents' reply, and the evidence adduced with respect thereto, and it appearing to the Court that the legitimate needs of the parties can be accommodated in a fair and just manner which is consistent with the Agreed Order, the Court enters the following ORDER:

**WHERE EITHER OF THE FOLLOWING SETS OF CONDITIONS EXIST:**

**SCENARIO A:**

1) An application for employment authorization, (Form I-765), has been filed by a class member herein, which application has not been granted prior to the initial interview on the underlying N-600, and

2) The Examining Officer has continued the case, based on an anticipated recommendation that the N-600 be granted, or

3) At the time of the initial interview, the Examining Officer has continued the case because of a request for further evidence in support of the underlying N-600, the response to which will not be due until at least 90 days after the filing of the I-765.

**SCENARIO B:**

1) The case does not fall under Scenario A, and

2) An application for employment authorization, (Form I-765), has been filed by a class member herein, and the underlying N-600 application either has not been adjudicated, or if initially denied and an appeal has been taken, said appeal has not been adjudicated prior to the expiration of 90 days after the filing of the I-765.

**For those cases that fall under Scenario A:**

**IT IS HEREBY ORDERED that:**

At the time of the initial interview, the Examining Officer shall either grant the I-765 application, or arrange for an interim employment authorization document, ("EAD"), valid for at least four months, to be promptly issued to the applicant, and

**For those cases that fall under Scenario B:**

**IT IS HEREBY ORDERED that:**

No later than 90 days after the filing of the I-765, the Examining Officer shall either grant the I-765 application, or arrange for an interim employment authorization document, ("EAD"), valid for at least four months, to be promptly issued to the applicant.

DONE this _____ day of _____, 2007
at Brownsville, Texas.

_____
ANDREW S. HANEN,
United States District Judge