

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

600 E HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL: (956) 548-2591
FAX: (956) 548-2612

August 23, 2007

United States District Court
Southern District of Texas
FILED

AUG 2 3 2007

Michael N. Milby
Clerk of Court

*Via-Electronic Mail*
Ms. Elisabeth Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Rd.
San Benito, Texas 78586

*Via-Electronic-Mail*
Mr. Ernesto H. Molina, Jr.
United State Department of Justice
Office of Immigration Litigation
Ben Franklin Station
P.O. Box 878
Washington, D.C. 20044

Re:   Civil Action No. B-96-116; *Antelma Dominguez-Perez, et al. vs. Tom Ridge, et al.*

Dear Counsel:

In our last hearing, counsel expressed a basic agreement on most of the disputed issues. Nevertheless, when instructed to reduce that expression to writing, counsel were unable to arrive at one agreed document—despite the fact that a review of both drafts reveals a great deal of agreement and overlap.

With that in mind, the Court intends to enter an Order to resolve the pending matter.

Given the past professionalism displayed by counsel and the Court's confidence that this matter can and will be resolved to the satisfaction of both sides, this Court has elected to give both counsel a preview of the Order the Court will enter on September 14, 2007. The purpose of this preview is not to prod counsel into a flurry of objections, but to allow counsel to make short

constructive and pragmatic suggestions to the draft that benefits both sides. Since the Court will enter this Order on September 14, 2007, counsel may provide the Court with input by September 7, 2007. Of course, copies should be sent to opposing counsel.

    As stated above, this is not an invitation for objections, arguments of counsel, reiteration of past positions or grievances. Obviously, neither side is ordered to file anything, but merely given an opportunity to provide input to ensure that the implementation of the Court's decision is clear, effective, and workable.

                                             Yours truly,

                                             Andrew S. Hanen

ASH:am

cc:    District Clerk's Office

       (Attached Order)