UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTELMA DOMINGUEZ-PEREZ, et al., ) | |
|     Petitioners/Plaintiffs, ) | |
|               v. ) | CA No. B-96-116 |
| ) | |
| TOM RIDGE, et al, ) | |
|     Respondents/Defendants. ) | |

NOTICE OF APPEAL

Petitioners/Plaintiffs, through counsel, and pursuant to 28 U.S.C. §1291, hereby file the instant notice of appeal from the final Order, dated September 14, 2007, disposing of Petitioners/Plaintiffs' "Opposed Motion to Enforce Agreed Order, To Hold Defendant Alfonso De Leon In Contempt, etc," in which the Court purports to "finally resolve the pending controversy," but declines to address the question of whether Defendants can lawfully impose a "tolling" provision on Petitioners/Plaintiffs' applications for employment authorization documents because a determination of that issue would allegedly constitute an "advisory opinion."

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No:  03052800
Federal ID:    1178

CERTIFICATE OF SERVICE

I certify that on September 22, 2007, the foregoing was electronically served on Ernesto Molina, Attorney, counsel for Respondents/Defendants.

s/ Lisa S. Brodyaga