**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Antelma Dominguez-Perez | § | |
| | § | |
| | § | CASE NUMBER: B-96-CV-116 |
| v. | § | District Judge: Andrew S. Hanen |
| | § | Court Reporter(s): Gabriel Mendieta, ERO; |
| | | Heather Hall, Court Reporter; Barbara |
| | | Barnard, Court Reporter |
| Tom Ridge, et al. | § | |

**NOTICE TO THE CIRCUIT OF AN APPEAL**

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.  Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

Michael N. Milby, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Antelma Dominguez-Perez      §
                §
                §  CASE NUMBER: B-96-CV-116
v.               §  District Judge: Andrew S. Hanen
                §  Court Reporter(s): Gabriel Mendieta, ERO;
                  Heather Hall, Court Reporter; Barbara
                  Barnard, Court Reporter

Tom Ridge, et al.         §

## TRANSCRIPT ORDER INSTRUCTIONS TO APPELLANT

Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 10 days of the filing of the notice of appeal.

Please review the instructions on the attached DKT 13 Transcript Order Form. Prepare a separate DKT 13 for each reporter from whom transcripts are ordered. All transcripts from tape recorded proceedings may be ordered on one form. Specify exact dates of proceedings to be transcribed on the appropriate reporter or tape order.

If transcript is unnecessary or already on file in the Clerk's office, prepare a DKT 13 and mark the appropriate box to indicate this information.

The appellant must contact the court reporter within 10 days of the filing of the notice of appeal to arrange for the preparation of transcripts.

Court Reporting Services
P.O. Box 61010
Houston, TX  77208

Electronic Court Reporting 713-250-5404
Court Reporters 713-250-5499

US District Court               409-766-3530
600 E Harrison Street
Brownsville, TX 78520-7114
956-548-2500

US District Court
1133 North Shoreline Blvd, Room 208
Corpus Christi, TX 78401
361-888-3142

US District Court
PO Box 2300
Galveston, TX 77553

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Antelma Dominguez-Perez | § |
| | § |
| | § CASE NUMBER: B-96-CV-116 |
| v. | § District Judge: Andrew S. Hanen |
| | § Court Reporter(s): Gabriel Mendieta, ERO; Heather Hall, Court Reporter; Barbara Barnard, Court Reporter |
| Tom Ridge, et al. | § |

US District Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040
956-790-1733

US District Court
1701 W. Business Hwy 83, Suite 1011
McAllen, TX 78501
956-618-8065

US District Court
PO Box 1638
Victoria, TX 78476
361-788-5000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Antelma Dominguez-Perez | § |
| | § |
| | § CASE NUMBER: B-96-CV-116 |
| v. | § District Judge: Andrew S. Hanen |
| | § Court Reporter(s): Gabriel Mendieta, ERO; |
| | Heather Hall, Court Reporter; Barbara |
| | Barnard, Court Reporter |
| Tom Ridge, et al. | § |

## NOTICE TO THE CIRCUIT OF AN APPEAL

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached. Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTELMA DOMINGUEZ-PEREZ, et al.,      )
        Petitioners/Plaintiffs,      )
                        v.           )      CA No. B-96-116
                                     )
TOM RIDGE, et al,                    )
        Respondents/Defendants.      )

NOTICE OF APPEAL

Petitioners/Plaintiffs, through counsel, and pursuant to 28 U.S.C. §1291, hereby file the instant notice of appeal from the final Order, dated September 14, 2007, disposing of Petitioners/Plaintiffs' "Opposed Motion to Enforce Agreed Order, To Hold Defendant Alfonso De Leon In Contempt, etc," in which the Court purports to "finally resolve the pending controversy," but declines to address the question of whether Defendants can lawfully impose a "tolling" provision on Petitioners/Plaintiffs' applications for employment authorization documents because a determination of that issue would allegedly constitute an "advisory opinion."

Respectfully submitted,

s/ Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, TX 78586
Phone:  (956) 421-3226
FAX:    (956) 4213423
Texas Bar No: 03052800
Federal ID:   1178

CERTIFICATE OF SERVICE

I certify that on September 22, 2007, the foregoing was electronically served on Ernesto Molina, Attorney, counsel for Respondents/Defendants.

s/ Lisa S. Brodyaga

APPEAL, OPEN

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:96-cv-00116
# Internal Use Only

Dominguez-Perez, et al v. Reno, et al
Assigned to: Judge Andrew S. Hanen
Demand: $0
Related Case Case: 1:07-cv-00145
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/18/1996
Date Terminated: 10/28/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Antelma Antelma Dominguez-Perez**     represented by  **David Anton Armendariz**
Joseph B De Mott & Asoc LLP
800 Dolorosa
Ste 100
San Antonio, TX 78207
210-354-1844
Fax: 210-212-2116
Email: davida@demottusa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth Lisa S Brodyaga**
Attorney at Law
17891 Landrum Park Rd
San Benito, TX 78586
956-421-3226
Fax: 956-421-3423
Email: lisabrodyaga@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javier N Maldonado**
Attorney at Law
601 Howard
San Antonio, TX 78212
210-277-1603
Fax: 210-225-3958 fax
Email: jmaldonado.law@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary A Kenney**

Lawyers Committee for Civil Rights
2311 N Flores
San Antonio, TX 78212-3817
210-736-1503
Fax: 210-736-3958 fax
*TERMINATED: 09/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Guadalupe Salinas-Grimaldo**          represented by    **Elisabeth Lisa S Brodyaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Boone-Gomez**          represented by    **Elisabeth Lisa S Brodyaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Armando Boone-Gomez**          represented by    **Elisabeth Lisa S Brodyaga**
*individually and on behalf of all others*                      (See above for address)
*similarly situated;*                                            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary A Kenney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Attorney General Janet Reno**          represented by    **Ernesto H Molina, Jr**
*in her official capacity as Attorney*                          US Dept of Justice
*General of United States*                                      Office of Immigration Litigation
*TERMINATED: 12/22/2004*                                        Ben Franklin Station

P O Box 878
Washington, DC 20044
202-616-9344
Fax: 202-616-4975
Email: ernesto.h.molina@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth MacLean Muir**
Immigration & Naturalization
P O Box 1711
Harlingen, TX 78551
956-389-7047
*TERMINATED: 09/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doris Meissner**                    represented by   **Ernesto H Molina, Jr**
*in her official capacity as*                          (See above for address)
*Commissioner of the immigation and*                   *LEAD ATTORNEY*
*Naturalization Service (INS)*                          *ATTORNEY TO BE NOTICED*
*TERMINATED: 12/22/2004*

                                                       **Kenneth MacLean Muir**
                                                       (See above for address)
                                                       *TERMINATED: 09/18/1998*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Dist.Dir.,INS E M Trominski**       represented by   **Ernesto H Molina, Jr**
*in his official capacity as District*                 (See above for address)
*Director of Immigration and*                          *LEAD ATTORNEY*
*Naturalization Service District Office in*            *ATTORNEY TO BE NOTICED*
*Harlingen, Texas*
*TERMINATED: 12/22/2004*
                                                       **Kenneth MacLean Muir**
                                                       (See above for address)
                                                       *TERMINATED: 09/18/1998*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Shirley S Chater**                  represented by   **Ernesto H Molina, Jr**
*in her official capacity as*                          (See above for address)
*Commissioner of Social Security*                      *LEAD ATTORNEY*
*TERMINATED: 12/22/2004*                               *ATTORNEY TO BE NOTICED*

                                                       **Kenneth MacLean Muir**
                                                       (See above for address)
                                                       *TERMINATED: 09/18/1998*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Ridge**
*Secretary of Department of Homeland Security*

represented by  **Allison Drucker**
DOJ Office of Immigration Litigation
Ben Franklin Station
P. O. Box 878
Washington, DC 20044
202-616-4867
Fax: 202-616-4948
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Lynn Masso**
Office of U S Attorney
600 E Harrison
Ste 201
Brownsville, TX 78520
956-548-2554
Fax: 956-548-2549 fax
Email: nancy.masso@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto H Molina, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eduardo Aguirre**
*Acting Director of the Bureau of Citizenship and Immigration Services*

represented by  **Ernesto H Molina, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alfonso De Leon**
*Interim District Director of Bureau of Citizenship and Immigration Services, Harlingen, Texas*

represented by  **Allison Drucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto H Molina, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jo Anne Barnhart**
*Commissioner of Social Security Administration*

represented by  **Allison Drucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto H Molina, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/1996 | 1 | PETITION for writ of habeas corpus; and Complaint for Declaratory and Injunctive Relief filed FILING FEE $ 5.00 RECEIPT # 109277 (mgarza) (Entered: 07/19/1996) |
| 07/18/1996 | | SUMMONS issued for Janet Reno, Doris Meissner, E M Trominski, Shirley S Chater (mgarza) (Entered: 07/19/1996) |
| 08/05/1996 | 2 | RETURN OF SERVICE executed as to E M Trominski 7/23/96 filed Answer due on 8/8/96 for E M Trominski (mgarza) Modified on 08/07/1996 (Entered: 08/07/1996) |
| 08/05/1996 | 3 | RETURN OF SERVICE executed as to Janet Reno 7/23/96 filed Answer due on 8/12/96 for Janet Reno (mgarza) (Entered: 08/07/1996) |
| 09/04/1996 | 4 | Petitioners' Exhibit "A" in Support of Petition for Writ of Habeas Corpus and other relief, filed. (mgarza) (Entered: 09/09/1996) |
| 09/18/1996 | 5 | RETURN OF SERVICE executed as to Shirley S Chater 8/5/96 filed Answer due on 8/25/96 for Shirley S Chater (mgarza) (Entered: 09/24/1996) |
| 09/18/1996 | 6 | RETURN OF SERVICE executed as to U.S. Atty 8/20/96 filed Answer due on 9/9/96 for U. S. Attorney. (mgarza) (Entered: 09/24/1996) |
| 09/23/1996 | 7 | Motion hearing re: Preliminary Injunction held Ct Reporter: Gabriel Mendieta, ERO before U. S. Magistrate Judge John Wm. Black. Counsel present for hearing: Liza Brodyaga and Thelma Garcia for pltfs; Ernesto Molina for dts. Arguments of counsel. Hearing not concluded and is re-scheduled for November l5,1996 at 10:00 a.m. Ms. Brodyaga is allowed to amend her complaint without written request. (mgarza) (Entered: 09/24/1996) |
| 09/23/1996 | 8 | NOTICE of preliminary injunction hearing set for November 15, 1996 at 10:00 a.m. before U. S. Magistrate Judge John Wm. Black , filed (mgarza) (Entered: 09/24/1996) |
| 10/18/1996 | 9 | MOTION to dismiss for mootness and for lack of standing with memorandum in support by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/7/96 [9-1] motion , filed. (mgarza) (Entered: 10/21/1996) |
| 10/24/1996 | 10 | Opposed MOTION For class certification with incorporated points and authorities by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/13/96 [10-1] motion , filed. (mgarza) (Entered: 10/29/1996) |
| | | |

| 11/07/1996 | 11 | First AMENDED Petition for Writ of Habeas Corpus, and complaint for Declaratory and Injunctive Relief by Antelma Dominguez-Perez , amending , filed. (mgarza) (Entered: 11/12/1996) |
|---|---|---|
| 11/07/1996 | 12 | OPPOSITION to [9-1] motion to dismiss for mootness and for lack of standing with memorandum in support by Antelma Dominguez-Perez , filed. (mgarza) (Entered: 11/12/1996) |
| 11/07/1996 | 13 | SUPPLEMENTAL Points and Authorities in Support of Plaintiffs' Motion For Class Certification by Antelma Dominguez-Perez , filed. (mgarza) (Entered: 11/12/1996) |
| 11/07/1996 | 14 | Opposed MOTION to hold in abeyance the Court's Determination of Plaintiffs' Motion For Class Certification pending Determination of Defendants' Motion to Dismiss and Motion to Hold Discovery in abeyance by Shirley S Chater Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Docket Date 11/27/96 [14-1] motion , filed. (mgarza) (Entered: 11/12/1996) |
| 11/15/1996 | 15 | MOTION for entry of default as to E M Trominski , and for sanctions by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 12/5/96 [15-1] motion, 12/5/96 [15-2] motion , filed. (mgarza) (Entered: 11/19/1996) |
| 11/15/1996 | 16 | Preliminary Injunction Hearing held before John Wm. Black, U. S. Magistrate. Attorneys Lisa Brodyaga, Ernesto Molina and Kenneth Muir appeared. Defendants to respond to class certification Motion by December 10, 1996. INS is reviewing regulations to determine whether or not existing regulations would permit the issuance of temporary work permits to those whose applications for certificates of citizenship are pending. In the event that a hearing of preliminary injunctive relief is necessary, it will be held in January 1997. The court denied defendants request to stay discovery. The Court indicted its view that the addition of new parties rendered the government's Motion to Dismiss moot. (mgarza) (Entered: 11/19/1996) |
| 12/03/1996 | 17 | MOTION For clarification of time limits regarding the pleadings , and to extend time to file a responsive pleading or motion by Janet Reno Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Date 12/23/96 [17-1] motion, 12/23/96 [17-2] motion , filed. (mgarza) (Entered: 12/10/1996) |
| 12/04/1996 | 18 | RESPONSE by Janet Reno to [15-1] motion for entry of default as to E M Trominski, [15-2] motion for sanctions, [10-1] motion For class certification with incorporated points and authorities , filed. (mgarza) (Entered: 12/10/1996) |
| 12/06/1996 | 19 | REPLY to [17-1] motion For clarification of time limits regarding the pleadings, [17-2] motion to extend time to file a responsive pleading or motion by Armando Boone-Gomez , filed. (mgarza) (Entered: 12/10/1996) |
| 12/08/1996 | 24 | NOTICE of Filing of Plaintiffs' Exhibit "J" by Antelma Dominguez- |

| | | |
|---|---|---|
| | | Perez , filed (mgarza) (Entered: 12/30/1996) |
| 12/10/1996 | 20 | Oppostion to [10-1] motion For class certification with incorporated points and authorities by Janet Reno , filed. (mgarza) (Entered: 12/17/1996) |
| 12/10/1996 | 21 | MEMORANDUM by Janet Reno in support of [20-1] opposition to Motion For Certification of class, filed. (mgarza) (Entered: 12/17/1996) |
| 12/12/1996 | 22 | ORDER granting [17-1] motion For clarification of time limits regarding the pleadings granting [17-2] motion to extend time to file a responsive pleading or motion , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (mgarza) (Entered: 12/17/1996) |
| 12/18/1996 | 23 | NOTICE of filing of Plaintiffs' Exhibits "C" through "I", by Antelma Dominguez-Perez , filed (mgarza) (Entered: 12/30/1996) |
| 12/23/1996 | 25 | MOTION to extend time to file a responsive pleading or motion by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Docket Date 1/12/97 [25-1] motion , filed. (mgarza) (Entered: 12/30/1996) |
| 01/02/1997 | 26 | RESPONSE by Antelma Dominguez-Perez to [25-1] motion to extend time to file a responsive pleading or motion , filed. (mgarza) (Entered: 01/02/1997) |
| 01/02/1997 | 27 | ORDER granting [25-1] motion to extend time to file a responsive pleading or motion , entered; Parties given an additional two weeks to file its response thereby making such response due on 1/6/97. Parties notified. signed by Magistrate Judge John W. Black ) (mgarza) (Entered: 01/07/1997) |
| 01/07/1997 | 28 | MOTION to dismiss for lack of jurisdiction and for failure to state a claim by Janet Reno Mary A Kenney for plaintiff Antelma Dominguez-Perez, Motion Docket Date 1/27/97 [28-1] motion , filed. (mgarza) (Entered: 01/07/1997) |
| 01/07/1997 | 29 | Points and Authorities in Support of Defendants' Motion to Dismiss for lack of Jurisdiction and For Failure to State a Claim, filed. (mgarza) (Entered: 01/07/1997) |
| 01/10/1997 | 30 | MOTION for entry of default as to E M Trominski , and for sanctions by Antelma Dominguez-Perez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 1/30/97 [30-1] motion, 1/30/97 [30-2] motion , filed. (mgarza) (Entered: 01/14/1997) |
| 01/21/1997 | 31 | Opposed MOTION for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno Kenneth MacLean Muir for defendant Janet Reno, Motion Docket Date 2/10/97 [31-1] motion , filed. (mgarza) (Entered: 02/11/1997) |
| 01/24/1997 | 32 | OPPOSITION by Armando Boone-Gomez to Defendants' [31-1] motion for leave to file Motion to Dismiss for lack of jurisdiction and for failure |

| | | |
|---|---|---|
| | | to state a claim out of time and renewed call for entry of default, and Rule ll Sanctions , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 33 | OPPOSITION to [30-1] motion for entry of default as to E M Trominski, [30-2] motion for sanctions by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 34 | OBJECTION to Defendants' [31-1] motion for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time by Armando Boone-Gomez , filed. (mgarza) (Entered: 02/11/1997) |
| 02/03/1997 | 35 | Opposed MOTION for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdictionand failure to state a claim and request for default and Rule ll Sanctions by Armando Boone-Gomez Elisabeth "Liza" S Brodyaga for plaintiff Antelma Dominguez-Perez, Motion Docket Date 2/23/97 [35-1] motion , filed. (mgarza) (Entered: 02/11/1997) |
| 02/10/1997 | 36 | SUPPLEMENT to [32-1] Response to Defendants' Motion to dismiss by Armando Boone-Gomez , filed. (mgarza) (Entered: 02/11/1997) |
| 02/11/1997 | 37 | Corrected SUPPLEMENT to [32-1] Response to Deft's Motion to Dismiss by Plaintiffs , filed. (mgarza) (Entered: 02/11/1997) |
| 02/24/1997 | 38 | OBJECTION to [35-1] motion for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdictionand failure to state a claim and request for default and Rule ll Sanctions by E M Trominski , filed. (mgarza) (Entered: 03/05/1997) |
| 03/06/1997 | 39 | REPLY to [38-1] Defendants' Opposition to Plaintiffs' (opposed) Request for Hearing, by Armando Boone-Gomez , filed. (mgarza) (Entered: 03/07/1997) |
| 03/18/1997 | 40 | NOTICE of Filing of Plaintiffs' Exhibit "M", by Antelma Dominguez-Perez , filed (mgarza) (Entered: 03/20/1997) |
| 04/01/1997 | 41 | MOTION for leave to file supplement to their motion for class certification by Antelma Dominguez-Perez, Motion Docket Date 4/21/97 [41-1] motion , filed. (ogutierrez) (Entered: 04/08/1997) |
| 04/01/1997 | 42 | SUPPLEMENT to [17-1] motion For clarification of time limits regarding the pleadings by Antelma Dominguez-Perez , filed. (ogutierrez) (Entered: 07/22/1998) |
| 06/16/1998 | | CASE REFERRED to Magistrate Judge John W. Black (fmremp) (Entered: 06/16/1998) |
| 07/22/1998 | 43 | MOTION to compel by Antelma Dominguez-Perez, Motion Docket Date 8/11/98 [43-1] motion , filed. (fmremp) (Entered: 07/23/1998) |
| 07/28/1998 | 44 | ORDER Motion hearing set for 1:30 8/6/98 for [43-1] motion to compel , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (fmremp) (Entered: 07/29/1998) |
| 08/05/1998 | 45 | ORDER Motion hearing set for 2:00 8/21/98 for [43-1] motion to |

| | | |
|---|---|---|
| | | compel , terminated deadlines , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 08/05/1998) |
| 08/21/1998 | 46 | Minute entry: Regarding hearing before Judg John William Black on motion to compel. Attorneys Lisa Brodyaga, Mary Kenney and Ernesto Molina appeared. Motion hearing reset for 2:00 8/24/98 for [43-1] motion to compel , terminated deadlines Ct Reporter: ERO (ogutierrez) (Entered: 08/25/1998) |
| 08/21/1998 | 47 | ORDER granting [41-1] motion for leave to file supplement to their motion for class certification , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 08/25/1998) |
| 08/24/1998 | 48 | Minute entry: Regarding hearing b/Magistrate John William Black granting [43-1] motion to compel. Lisa Brodyaga and Lynn Coyle f/pltfs and Ernesto Molina f/ U S Govt. Hearing held; testimony of witness. Hearing adjourned at 3pm. (ogutierrez) (Entered: 08/25/1998) |
| 08/25/1998 | | Deadline updated; granting [43-1] motion to compel, granting [41-1] motion for leave to file supplement to their motion for class certification, mooting [35-1] motion for hearing on Defts' Motion to File Out of time, Motion to dismiss for lack of jurisdictionand failure to state a claim and request for default and Rule ll Sanctions mooting [31-1] motion for leave to file Motion to Dismiss for lack of jurisdiction and for failure to state a claim out of time mooting [30-1] motion for entry of default as to E M Trominski mooting [30-2] motion for sanctions mooting [15-1] motion for entry of default as to E M Trominski mooting [15-2] motion for sanctions (ogutierrez) (Entered: 08/25/1998) |
| 09/10/1998 | 49 | MOTION to dismiss by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/30/98 [49-1] motion , filed. (fmremp) (Entered: 09/10/1998) |
| 09/18/1998 | 50 | NOTICE of attorney substitution for Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno ; terminated attorney Kenneth MacLean Muir for Janet Reno, attorney Kenneth MacLean Muir for Doris Meissner, attorney Kenneth MacLean Muir for E M Trominski, attorney Kenneth MacLean Muir for Shirley S Chater and added Ernesto H Molina Jr. (ogutierrez) Modified on 09/21/1998 (Entered: 09/21/1998) |
| 11/10/1998 | 51 | REPORT AND RECOMMENDATIONS of Magistrate Judge John W. Black Re: [49-1] motion to dismiss, [10-1] motion For class certification with incorporated points and , entered. Parties ntfd. Motion no longer referred Objections to R and R due by 11/20/98 (fmremp) (Entered: 11/12/1998) |
| 11/10/1998 | | REVIEW deadline set for 11/20/98 (fmremp) (Entered: 11/12/1998) |
| 11/27/1998 | 52 | OBJECTION by Janet Reno to [51-1] report and recommendations , filed (ogutierrez) (Entered: 11/30/1998) |
| 12/09/1998 | 53 | NOTICE of intent to respond to objections filed by respondents to report |

| | | |
|---|---|---|
| | | and recommendation, filed (ogutierrez) (Entered: 12/09/1998) |
| 12/10/1998 | 54 | NOTICE of filing Exhibit "M" in support of Report & Recommendation by Antelma Dominguez-Perez , filed (ogutierrez) (Entered: 12/10/1998) |
| 12/10/1998 | 55 | NOTICE of filing Exhibit "N" in support of Report and Recommendation by Antelma Dominguez-Perez , filed (ogutierrez) (Entered: 12/10/1998) |
| 12/21/1998 | 56 | RESPONSE by Antelma Dominguez-Perez to [52-1] objection , filed. (fmremp) (Entered: 12/29/1998) |
| 02/26/1999 | 57 | ORDER denying [49-1] motion to dismiss denying [28-1] motion to dismiss for lack of jurisdiction and for failure to state a claim mooting [14-1] motion to hold in abeyance the Court's Determination of Plaintiffs' Motion For Class Certification pending Determination of Defendants' Motion Dismiss and Motion to Hold Discovery in abeyance granting [10-1] motion For class certification with incorporated points and authorities granting [11-1] amended complaint granting [1-1] petition , entered; Parties notified. ( signed by Judge Filemon B. Vela ) (fmremp) (Entered: 02/26/1999) |
| 02/26/1999 | | Case closed (ogutierrez) (Entered: 07/22/1999) |
| 03/12/1999 | 58 | MOTION to alter judgment , to amend by E M Trominski, Doris Meissner, Janet Reno, Motion Docket Date 4/1/99 [58-1] motion, 4/1/99 [58-2] motion , filed. (ogutierrez) (Entered: 03/15/1999) |
| 03/25/1999 | 59 | RESPONSE by Antelma Dominguez-Perez in opposition to [58-1] motion to alter judgment, [58-2] motion to amend , filed (ogutierrez) (Entered: 03/25/1999) |
| 03/29/1999 | 60 | SUPPLEMENT to [59-1] opposition response to [58-1] motion to alter judgment, and to [58-2] motion to amend by Antelma Dominguez-Perez , filed. Exhibit "O" in support attached. (ogutierrez) (Entered: 03/29/1999) |
| 04/02/1999 | 61 | REPLY by E M Trominski, Doris Meissner, Janet Reno to response to [58-1] motion to alter judgment, [58-2] motion to amend , filed (ogutierrez) (Entered: 04/06/1999) |
| 06/07/1999 | 62 | JOINT MOTION to hold the Court's decision on Deft's motion to alter/amend jgmt by Shirley S Chater, E M Trominski, Doris Meissner, Janet Reno, Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez , filed (fmremp) (Entered: 06/10/1999) |
| 07/21/1999 | 63 | ORDER granting [62-1] joint motion to hold the Court's decision on Deft's motion to alter/amend jgmt, dismissing [58-1] motion to alter judgment, dismissing [58-2] motion to amend , entered Said Motion may be reurged in the event that a settlement is not reached.; Parties notified. ( signed by Judge Filemon B. Vela ) (ogutierrez) (Entered: 07/22/1999) |
| 02/20/2003 | 64 | NOTICE of Advisory to the Court by Antelma Dominguez-Perez , filed (ogutierrez) (Entered: 02/24/2003) |
| | | |

| 07/21/2003 | 65 | MOTION to lift order holding case in abeyance by Antelma Dominguez-Perez, Motion Docket Date 8/10/03 [65-1] motion , filed. (ogutierrez) (Entered: 07/22/2003) |
| 07/21/2003 | 66 | MOTION to enter amended final order by Antelma Dominguez-Perez, Motion Docket Date 8/10/03 [66-1] motion , filed. (ogutierrez) (Entered: 07/22/2003) |
| 07/22/2003 | | This file has been requested from Archives in Fort Worth as of this date. (ogutierrez) (Entered: 07/22/2003) |
| 08/05/2003 | | Motion(s) no longer referred: [66-1] motion to enter amended final order, [65-1] motion to lift order holding case in abeyance (ogutierrez) (Entered: 08/05/2003) |
| 08/05/2003 | | CASE NO LONGER REFERRED TO Magistrate Judge John W. Black (ogutierrez) (Entered: 08/05/2003) |
| 08/05/2003 | | Case reopened (lalaniz) (Entered: 04/20/2004) |
| 04/21/2004 | | In accordance with General Order 2004-2, this case will be transferred to the Hon. Judge Andrew S. Hanen (rpinales) (Entered: 04/21/2004) |
| 08/19/2004 | 67 | ORDERED, that each party shall file with the court by September 3, 2004, a letter listing any and all motions, issues and/or pleadings which need to the court's attention. If no such letters are received or if all letters indicate no pending matters, the court intends to close this file. If either side wishes to reply to the letter filed by its opposition, they may do so by letter if filed by September 17, 2004. R , entered; Parties notified. ( signed by Judge Andrew S. Hanen ) (dahumada) (Entered: 08/19/2004) |
| 08/24/2004 | 68 | MOTION to lift order holding case in abeyance by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/13/04 [68-1] motion , filed. (dahumada) (Entered: 08/24/2004) |
| 08/24/2004 | 69 | MOTION to enter amended final order by Armando Boone-Gomez, Patricia Boone-Gomez, Maria Guadalupe Salinas-Grimaldo, Antelma Dominguez-Perez, Motion Docket Date 9/13/04 [69-1] motion , filed. (dahumada) (Entered: 08/24/2004) |
| 09/03/2004 | 70 | RESPONSE to Order dated August, 19, 2004, filed by Shirley S Chater. (mperez, ) (Entered: 09/05/2004) |
| 09/16/2004 | 71 | NOTICE of Hearing: Motion Hearing set for 9/21/2004 09:30 AM before Judge Andrew S. Hanen., filed. (dahumada, ) (Entered: 09/16/2004) |
| 09/21/2004 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held telephonically in chambers on 9/21/2004. Appearances: Lisa Brodyaga appeared in person for Plaintiffs; Javier Maldonaldo appeared telephonically for Plaintiffs; Ernesto Molina appeared telephonically for Defendants. (Court Reporter-Barbara Barnard). Discussion had. Court orders all counsel to get together and agree on an order. Telephonic conference is set for 10/4/04 @ 10:00 a.m. |

| | | |
|---|---|---|
| | | Plaintiff's Motion to Lift Stay 68DENIED. Motion Docket Date. (isoto, ) (Entered: 09/21/2004) |
| 09/21/2004 | ● | ***Set/Reset Hearings: Telephone Conference set for 10/4/2004 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen. (isoto, ) (Entered: 09/21/2004) |
| 09/23/2004 | ● 72 | NOTICE of attorney substitution. Attorney David Anton Armendariz, Javier N Maldonado, Elisabeth Lisa S Brodyaga added on behalf of Antelma Antelma Dominguez-Perez. Attorney Mary A Kenney terminated, filed. (dahumada, ) (Entered: 09/23/2004) |
| 09/27/2004 | ● 73 | Mail Returned Undeliverable as to Antelma Antelma Dominguez-Perez, Armando Boone-Gomez, Patricia Boone-Gomez, filed. (dahumada, ) (Entered: 09/28/2004) |
| 10/04/2004 | ● | Minute Entry for proceedings held before Judge Andrew S. Hanen. TELEPHONE CONFERENCE held on 10/4/2004. Discussion had. Parties in agreement. Ms. Brodyaga to submit order which is to be signed by all parties for the Court's consideration. Appearances:David Armendariz w/Committee for Civil Rights. Elisabeth Lisa S Brodyaga, Ernesto H Molina, Jr.(Court Reporter: Heather Hall), filed.(isoto, ) (Entered: 10/04/2004) |
| 10/26/2004 | ● 74 | NOTICE of Filing Agreed Order by all parties, filed. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 10/26/2004) |
| 10/28/2004 | ● 75 | ORDER, IT IS THEREFORE ORDERED that, subject to the above limitations: Defendants' Motions to Dismiss (28-1, 49-1) be DENIED; Plaintiffs' Motion for Class Certification (10-1) be GRANTED; Plaintiffs Petition for Writ of Habeas Corpus be GRANTED; and Plaintiffs' Complaint for Declaratory and Injunctive Relief be GRANTED. It follows that Defendants' Motion to Hold in Abeyance the Court's Determination of Plaintiffs' Motion for Class Certification (14-1) is rendered MOOT. This Amended Final Order supersedes the Court's Final Order dated February 26, 1999.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 10/29/2004) |
| 10/28/2004 | ● 76 | ORDER mooting 66 Motion for Entry of Order.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 10/29/2004) |
| 11/04/2004 | ● 77 | ORDER denied as moot 69 Motion to Enter Amended Final Order. (Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 11/04/2004) |
| 11/22/2004 | ● 82 | Mail Returned Undeliverable as to Mary A. Kennedy re: 76 Order on Motion for Entry of Order , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 11/26/2004 | ● 78 | Petitioners/Plaintiffs' MOTION for Award of Attorney Fees, Costs and Expenses by all plaintiffs, filed. Motion Docket Date 12/16/2004. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Order)(rpinales, ) (Entered: 11/30/2004) |
| | | |

| 11/26/2004 | 79 | MEMORANDUM in support of re:Plaintiffs' 78 MOTION for Award of Attorney Fees and costs by all plaintiffs, filed.(rpinales, ) (Entered: 11/30/2004) |
|---|---|---|
| 12/01/2004 | 81 | Mail Returned Undeliverable as to Mary A. Kennedy, Lawyers Committee for Civil Rights re: 75 Order, , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/01/2004 | 83 | Mail Returned Undeliverable as to Mary A Kennedy re: 76 Order on Motion for Entry of Order , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/01/2004 | 84 | Mail Returned Undeliverable as to Mary A Kennedy re: 77 Order on Motion for Miscellaneous Relief , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/02/2004 | 80 | Mail Returned Undeliverable as to Mary Kennedy, Lawyers Committee for Civil Rights re: 75 Order,, , filed. (bvasquez, ) (Entered: 12/02/2004) |
| 12/09/2004 | 85 | DEFENDANTS'Opposition to PETITIONERS/PLAINTIFFS'78MOTION for AWARD OF Attorney Fees, Costs, and Expenses, filed by defendants. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 12/13/2004) |
| 12/14/2004 | 86 | Reply to Response to 78 MOTION for Attorney Fees filed by all plaintiffs. (Attachments: # 1 Exhibit)(Brodyaga, Elisabeth) (Entered: 12/14/2004) |
| 12/22/2004 | 87 | NOTICE OF APPEAL to US Court of Appeals re 51 Report and Recommendations,, 75 Order,, by all defendants., filed. (rpinales, ) Modified on 1/20/2005 (rpinales, ). (Entered: 01/11/2005) |
| 12/22/2004 | 88 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 87 Notice of Appeal. Fee status: not paid/gov, filed.(rpinales, ) (Entered: 01/20/2005) |
| 01/21/2005 | | Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 87 Notice of Appeal ; consisting of 4 Volumes of the Record, filed.(rpinales, ) (Entered: 01/21/2005) |
| 01/21/2005 | 89 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 87 Notice of Appeal. Fee status: not paid/gov, filed. (Attachments: # 1 Docket Sheet)(rpinales, ) (Entered: 01/21/2005) |
| 01/27/2005 | 90 | Mail Returned Undeliverable as to Mary A Kenney instrument 88 , filed. (sfedele, ) (Entered: 01/27/2005) |
| 01/28/2005 | 91 | TRANSCRIPT ORDER FORM Order a Transcript of Prelim Injunction Hearing held on 9/23/96 before Judge John Wm. Black. , filed. (bvasquez, ) (Entered: 02/01/2005) |
| 01/28/2005 | 92 | TRANSCRIPT ORDER FORM Order a Transcript of: Prelim Injunction Hearing held on 11/15/96 before Judge John W. Black. , filed. (bvasquez, ) (Entered: 02/01/2005) |
| 01/28/2005 | 93 | TRANSCRIPT ORDER FORM by Tom Ridge, Jo Anne Barnhart. |

| | | ORDER A TRANSCRIPT OF Motion to Compel Hearing held on 8/24/98 before Judge John Wm. Black. , filed.(bvasquez, ) (Entered: 02/01/2005) |
|---|---|---|
| 01/28/2005 | 94 | TRANSCRIPT ORDER FORM by Tom Ridge, Jo Anne Barnhart. ORDER A TRANSCRIPT OF Motion Hearing held on 09/21/04 before Judge Andrew S. Hanen. Court Reporter: Barbara Barnard, filed. (bvasquez, ) (Entered: 02/01/2005) |
| 01/28/2005 | 95 | TRANSCRIPT ORDER FORM by Tom Ridge, Jo Anne Barnhart. ORDER A TRANSCRIPT OF Telephone Conf. Hearing held on 10/04/04 before Judge Andrew S. Hanen. Court Reporter: Barbara Barnard, filed.(bvasquez, ) (Entered: 02/01/2005) |
| 03/01/2005 | 96 | TRANSCRIPT of Hearing held on 09/23/1996 before Judge John William Black. , filed. (rpinales, ) (Entered: 03/01/2005) |
| 03/01/2005 | 97 | TRANSCRIPT of Hearing held on November 15, 1996 before Judge John William Black. , filed. (rpinales, ) (Entered: 03/01/2005) |
| 03/03/2005 | 98 | TRANSCRIPT of Telephonic Conference held on 10/04/2004 before Judge Andrew S. Hanen. Court Reporter: Heather Hall , filed. (rpinales, ) (Entered: 03/04/2005) |
| 03/07/2005 | 99 | TRANSCRIPT of Motion Hearing held on 09/21/04 before Judge Andrew S Hanen. Court Reporter: Barbara Barnard , filed. (bvasquez, ) (Entered: 03/08/2005) |
| 03/10/2005 | 100 | TRANSCRIPT of Hearing held on 08/24/98 before Judge U.S. Magistrate John Wm Black filed. (bvasquez) Modified on 3/14/2005 (rnieto). (Entered: 03/10/2005) |
| 04/01/2005 | 101 | Supplemental Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 87 Notice of Appeal; consisting of 1 Volume of Docket Entries and 1 Volume of Transcripts (USCA No. 05-40147), filed. (Attachments: # 1 Civil Docket Sheet) (bvasquez, ) (Entered: 04/01/2005) |
| 04/14/2005 | 102 | Mail Returned Undeliverable as to Mary A Kenney re: 101 Supplemental ROA Sent to USCA, filed. (dkelly, ) (Entered: 04/15/2005) |
| 06/23/2005 | 103 | JUDGMENT of USCA for the Fifth Circuit (certified copy) dated 06/14/05; Pursuant to appellant's motion this appeal is dismissed this 14th day of June, 2005, re 87 Notice of Appeal (USCA No. 05-40147), filed. (rpinales, ) (Entered: 06/24/2005) |
| 07/11/2005 | 104 | Amended MOTION for Attorney Fees by all plaintiffs, filed. Motion Docket Date 8/1/2005. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 # 5 Exhibit # 6 # 7 # 8 Exhibit # 9 Proposed Order)(Brodyaga, Elisabeth) (Entered: 07/11/2005) |
| 07/11/2005 | 105 | CERTIFICATE of Conference re 104 Amended MOTION for Attorney Fees by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 07/11/2005) |

| 07/11/2005 | 106 | BRIEF In Support re: 104 Amended MOTION for Attorney Fees by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 07/11/2005) |
| 07/21/2005 | 107 | RESPONSE in Opposition to 104 Amended MOTION for Attorney Fees, filed by Tom Ridge, Eduardo Aguirre, Alfonso De Leon, Jo Anne Barnhart. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 07/21/2005) |
| 07/28/2005 | 108 | RESPONSE in Opposition to 78 MOTION for Attorney Fees, 104 Amended MOTION for Attorney Fees, filed by Antelma Antelma Dominguez-Perez. (Attachments: # 1 Exhibit I# 2 Exhibit J)(Armendariz, David) (Entered: 07/28/2005) |
| 07/28/2005 | 109 | RESPONSE in Opposition to 78 MOTION for Attorney Fees, 104 Amended MOTION for Attorney Fees, filed by Antelma Antelma Dominguez-Perez. (Armendariz, David) (Entered: 07/28/2005) |
| 08/23/2005 | 110 | ORDER Setting Hearing on Motion 104 Amended MOTION for Attorney Fees: Motion Hearing set for 8/29/2005 at 01:30 PM in by telephone before Judge Andrew S. Hanen.( Signed by Judge Andrew S. Hanen ) Parties notified.(mperez, ) (Entered: 08/23/2005) |
| 08/24/2005 | 111 | Unopposed MOTION to Continue Hearing on Motion for Attorneys' Fees by all plaintiffs, filed. Motion Docket Date 9/13/2005. (Attachments: # 1 Proposed Order)(Brodyaga, Elisabeth) (Entered: 08/24/2005) |
| 08/26/2005 | 112 | ORDER granting 111 Motion to Continue. IT IS HEREBY ORDERED that said motion be, and is hereby GRANTED. IT IS FURTHER ORDERED that the hearing on Plaintiff's amended motion for attorneys' fees be, and hereby is, rescheduled until the 2nd day of September, 2005 at 9:00 a.m. Attorneys may attend by land-based phone if prior arrangments are made with the Case Manager. .( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 08/26/2005) |
| 09/02/2005 |  | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 9/2/2005. Appearances: Elisabeth Lisa S Brodyaga,Atty; Javier N Maldonado,Atty f/Plaintiff; Ernesto H Molina,Atty f/Govt participated by phone.(Court Reporter: Barbara Barnard);(Law Clerk: Jeffrey Benton). DE#104 Motion for Attorney Fees by all plaintiffs discussed. Ms. Brodyaga is to produce whatever agreements exist regarding the plaintiff's in this case, whether it's an attorney's fee agreement or a contract of employment by 09/09/05. Then both sides have until 09/23/05 to address the fees incurred, are these really incurred, and then the substantial justification argument. Mr. Maldonado's argument of class counsel. Both sides can respond to each other's briefs. Responses due by 09/30/05., filed.(csustaeta, ) (Entered: 09/03/2005) |
| 09/06/2005 | 113 | Mail Returned Undeliverable as to Mary A Kenney re: 112 Order on Motion to Continue, filed. (mharrison, ) (Entered: 09/06/2005) |
| 09/09/2005 | 114 | *Notice of Filing of Retainer Agreement and Related Declarations* by all plaintiffs, filed. (Attachments: # 1 Exhibit)(Brodyaga, Elisabeth) |

| | | |
|---|---|---|
| | | (Entered: 09/09/2005) |
| 09/20/2005 | 🌐 115 | ORDER denying as moot 78 Motion for Attorney Fees. In light of the fact that Plaintiff's have filed a renewed and amended motion, the Plaintiffs' original motion of November 26, 2004, Dkt. No. 78, is hereby DENIED as moot..( Signed by Judge Andrew S. Hanen ) Parties notified. (bvasquez, ) (Entered: 09/20/2005) |
| 09/23/2005 | 🌐 116 | SUPPLEMENT Memorandum to 107 Response in Opposition to Motion for Award of Attorneys Fees, Costs and Expenses by Eduardo Aguirre, Alfonso De Leon, Jo Anne Barnhart, filed.(mperez, ) (Entered: 09/23/2005) |
| 09/23/2005 | 🌐 117 | Supplemental BRIEF in support re: 104 Amended MOTION for Attorney Fees by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 09/23/2005) |
| 09/29/2005 | 🌐 118 | Supplemental BRIEF in Reply to Defendants' Supplemental Memorandum re: 104 Amended MOTION for Attorney Fees by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 09/29/2005) |
| 09/30/2005 | 🌐 119 | RESPONSE to 117 Supplemental Brief, filed by Tom Ridge, Eduardo Aguirre, Alfonso De Leon, Jo Anne Barnhart. (mperez, ) (Entered: 09/30/2005) |
| 10/04/2005 | 🌐 120 | Mail Returned Undeliverable as to Mary A Kenney re: 115 Order on Motion for Attorney Fees, , filed. (ncavazos, ) (Entered: 10/04/2005) |
| 10/18/2005 | 🌐 121 | Fifth Circuit Court of Appeals LETTER Order (USCA No. 05-40147), filed.(mperez, ) (Entered: 10/19/2005) |
| 10/18/2005 | 🌐 122 | ORDER of USCA for the Fifth Circuit (certified copy) dated 10/18/05 re: 87 Notice of Appeal. (USCA No. 05-40147). Remanded to District Court, filed.(mperez, ) (Entered: 10/19/2005) |
| 10/25/2005 | 🌐 123 | NOTICE of Withdrawal by Antelma Antelma Dominguez-Perez, Maria Guadalupe Salinas-Grimaldo, Patricia Boone-Gomez, Armando Boone-Gomez, filed. (mperez, ) (Entered: 10/25/2005) |
| 10/31/2005 | 🌐 124 | NOTICE of Settlement of Attorney's Fees Request, filed. (dahumada, ) (Entered: 10/31/2005) |
| 12/19/2005 | 🌐 125 | ORDER. On October 31, 2005, Plaintiffs filed a Notice of Settlement of Attorney's Fees Request stating that an out-of-court settlement was reached and that "[u]pon finalizing the settlement terms, the parties will jointly move the Court to deny Plaintiffs' motion for attorney's fees as moot.", Dkt. No. [24]. As of today, no such motion has been filed. The parties have until January 20, 2006, to file said motion of dismissal. If no motion is filed the Court will enter a dismissal order of its choice.. ( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 12/19/2005) |
| 12/28/2005 | 🌐 126 | Mail Returned Undeliverable as to attorney Mary A Kenney re: 125 Order,, , filed. (bdaniel, ) (Entered: 12/28/2005) |
| | | |

| 01/20/2006 | 🔵 127 | UNOPPOSED MOTION for Extension of Time to Submit a Motion of Dismissal by Tom Ridge, Eduardo Aguirre, Alfonso De Leon, Jo Anne Barnhart, filed. Motion Docket Date 2/9/2006. (mperez, ) (Entered: 01/20/2006) |
| 01/23/2006 | 🔵 128 | ORDER granting 127 Motion for Extension of Time to Submit a Motion of Dismissal [Docket No. 127]. The parties have until February 10, 2006, to file a joint motion for dismissal. If no motion is filed the Court will enter a dismissal order of its choice.( Signed by Judge Andrew S. Hanen ) Parties notified.(mperez, ) (Entered: 01/23/2006) |
| 02/14/2006 | 🔵 129 | Defendants' MOTION for a Second Extension of Time to Submit a Joint Motion of Dismissal by defendants, filed. Motion Docket Date 3/6/2006. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 02/14/2006) |
| 02/24/2006 | 🔵 130 | Parties' Joint MOTION for Dismissal of Petitioners' Renewed and Amended Motion for Award of Attorneys' Fees, Costs and Expenses by all parties, filed. Motion Docket Date 3/16/2006. (Attachments: # 1 Declaration of Ernesto Molina, Jr.# 2 Proposed Order)(bvasquez, ) (Entered: 02/24/2006) |
| 02/27/2006 | 🔵 131 | ORDER. Upon consideration of the Parties' Joint Motion for Dismissal of Petitioners' Renewal and Amended Motion for Award of Attorneys' Fees, Costs and Expenses, Dkt. No. 130, it is hereby GRANTED. Petitioner's Renewed and Amended Motion for Award of Attorneys' Fees, Costs and Expenses, Dkt. No. 104 and Defendants' Motion for a Second Extension of Time to Submit a Joint Motion of Dismissal, Dkt. No. 129 are DENIED as moot. There being no further matter before the Court, this case shall be closed by the clerk. .( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 02/27/2006) |
| 05/08/2006 | 🔵 132 | Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order,, by all plaintiffs, filed. Motion Docket Date 5/30/2006. (Attachments: # 1 Proposed Order)(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 133 | *Plaintiffs' Exhibit "A"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 134 | *Plaintiffs' Exhibit "B"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 135 | *Plaintiffs' Exhibit "C"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 136 | *Plaintiffs' Exhibit "D"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 137 | *Plaintiffs' Exhibit "E"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 🔵 138 | *Plaintiffs' Exh. "F" (Part I)* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |

| | | |
|---|---|---|
| 05/08/2006 | 139 | *Plaintiffs' Exhibit "F" (Part II)* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 140 | *Plaintiffs' Exhibit "F" (Part III)* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 141 | *Plaintiffs' Exhibit "G"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 142 | *Plaintiffs' Exhibit "H"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 143 | *Plaintiffs' Exhibit "I"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 144 | *Plaintiffs' Exhibit "J"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/08/2006 | 145 | *Plaintiffs' Exhibit "K"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/08/2006) |
| 05/11/2006 | 146 | *Plaintiffs' Exhibit "L"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 05/11/2006) |
| 06/01/2006 | 147 | *Exhibit "M"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 06/01/2006) |
| 06/05/2006 | 148 | *Exhibit "N" In Support of Motion to Enforce, Etc.* by all plaintiffs, filed. (Brodyaga, Elisabeth) (Entered: 06/05/2006) |
| 06/05/2006 | 149 | ORDER. On May 8, 2006, Plaintiffs filed Plaintiffs' Opposed Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, for Damages, and for Evidentiary Hearing with Respect Thereto. Dkt. No. 132. As of today, Defendants have not responded. Plaintiffs' motion will be granted and Defendant Alfonso De Leon will be held in contempt if he has not responded to Plaintiffs' motion and shown cause why the Court should not hold him in contempt by June 30, 2006. .( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 06/05/2006) |
| 06/15/2006 | 150 | *Exhibit "O" In Support of Motion to Enforce* by all plaintiffs, filed. (Brodyaga, Elisabeth) (Entered: 06/15/2006) |
| 06/15/2006 | 151 | *Exhibit "P" In Support of Motion to Enforce* by all plaintiffs, filed. (Brodyaga, Elisabeth) (Entered: 06/15/2006) |
| 06/28/2006 | 152 | *Plaintiffs' Exhibit "P"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 06/28/2006) |
| 06/30/2006 | 153 | Defendant's RESPONSE to the Court's Order of June 5, 2006 and Request for Discharge of the Order to Show Cause 149 Order filed by all defendants. (Attachments: # 1 Proposed Order)(dahumada, ) (Entered: 06/30/2006) |
| 06/30/2006 | 154 | Defendant's Opposition to Plaintiff's Opposed Motion to Enforce Agreed |

| | | |
|---|---|---|
| | | Order, To Hold Defendant Alfonso De Leon In Contempt for Damages and For Evidentiary Hearing with Respect Thereto and Incorporated Memorandum of Law ] Opposed MOTION to Enforce Agreed Amended Final Order as to 132, filed. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(dahumada, ) (Entered: 06/30/2006) |
| 07/02/2006 | ● 155 | *Plaintiffs' Exhibit "Q"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 07/02/2006) |
| 07/04/2006 | ● 156 | *Plaintiffs' Exhibit "R"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 07/04/2006) |
| 07/04/2006 | ● 157 | REPLY in Support of 132 Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order,,, filed by all plaintiffs. (Brodyaga, Elisabeth) (Entered: 07/04/2006) |
| 07/06/2006 | ● 158 | *Plaintiffs' Exhibit "S"* by all plaintiffs, filed.(Brodyaga, Elisabeth) (Entered: 07/06/2006) |
| 07/31/2006 | ● 159 | Letter from Alison R Drucker re: withdrawing entry of appearance , filed. (sbyrum, ) (Entered: 07/31/2006) |
| 09/09/2006 | ● 160 | *Notice of Non-Adjudication of Acosta's I-765* by all plaintiffs, filed. (Attachments: # 1 Exhibit)(Brodyaga, Elisabeth) (Entered: 09/09/2006) |
| 09/12/2006 | ● 161 | ORDER Setting Hearing on Motion 132 Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order: Motion Hearing set for 9/21/2006 at 11:00 AM in Courtroom 6 before Judge Andrew S. Hanen. ( Signed by Judge Andrew S. Hanen ) Parties notified.(mperez, ) (Entered: 09/12/2006) |
| 09/13/2006 | ● 162 | MOTION to Continue Hearing by all plaintiffs, filed. Motion Docket Date 10/3/2006. (Attachments: # 1 Exhibit # 2)(Brodyaga, Elisabeth) (Entered: 09/13/2006) |
| 09/13/2006 | ● 163 | ORDER granting 162 Motion to Continue Motions Hearing. A hearing concerning all pending matters is hereby scheduled for September 19th, 1:30 p.m.( Signed by Judge Andrew S. Hanen ) Parties notified. (mperez, ) (Entered: 09/13/2006) |
| 09/14/2006 | ● 164 | ORDER; Defendant's Request to Reschedule Motions Hearing is hereby GRANTED. A hearing concerning all pending matters is hereby scheduled for September 26th, 9:30 a.m. Motion Hearing set for 9/26/2006 at 09:30 AM in Courtroom 6 before Judge Andrew S. Hanen. ( Signed by Judge Andrew S. Hanen ) Parties notified.(bcampos, ) (Entered: 09/14/2006) |
| 09/25/2006 | ● 165 | NOTICE *of Filing of Defendants' Exhibit D* re: 132 Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order,, by all defendants, filed. (Attachments: # 1 Affidavit regarding Acosta's I-765) (Molina, Ernesto) (Entered: 09/25/2006) |
| 09/26/2006 | ● | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 9/26/2006. Appearances: E.Brodyaga,Atty |

| | | |
|---|---|---|
| | | f/Plaintiff; E.Molina,Atty f/Deft;(Court Reporter: B.Barnard). Case discussed. 1. Attorneys fees will be held in abeyance w/o objections. 2. Complying with the agreement and the Courts orders. Plaintiffs Attorney to produce an Order reviewed by Defendants Attorney and then submit to court. Order to be submitted to Court by Plaintiffs Attorney to list 01/15/07: Status from Oct.06 thur Dec. 06- Statistical break down of the applications from both groups and their status(granted, pending, denied) and whether there were requests for further information. Which would include both the underlying application and the application for employment authorization. Applications being shipped to Kentucky. Harlingen Office only. 04/16/06: same as 01/15/07 but from the first quarter of 2007. Court adjourned. , filed.(csustaeta, ) (Entered: 09/26/2006) |
| 09/29/2006 | 🔘 166 | Letter from U.S. Dept of Justice re: Attorney Appearance, filed. (ledwards, ) (Entered: 10/02/2006) |
| 10/13/2006 | 🔘 167 | *Submission of Agreed Order* by all plaintiffs, filed. (Attachments: # 1 Proposed Order)(Brodyaga, Elisabeth) (Entered: 10/13/2006) |
| 10/16/2006 | 🔘 168 | ORDER, It is there ORDERED that: On or before January 15, 2007, Defendants shall file, and serve on opposing counsel, a report containing the following information. On or before April 16, 2007, Defendants shall file and serve on opposing counsel, a report containing the following information. Please see attached order:( Signed by Judge Andrew S. Hanen ) Parties notified.(dahumada, ) (Entered: 10/16/2006) |
| 10/31/2006 | 🔘 169 | Mail Returned Undeliverable as to attorney Mary A Kenney re: 168 Order, , filed. (bjam, ) (Entered: 11/02/2006) |
| 01/15/2007 | 🔘 170 | RESPONSE to 168 Order, *Defendants' Report in Response to the Court's Order dated October 16, 2006*, filed by all defendants. (Attachments: # 1 Exhibit Harlingen N-600 Statistics# 2 Exhibit Harlingen I-485 statistics# 3 Exhibit NBC I-485 statistics)(Molina, Ernesto) (Entered: 01/15/2007) |
| 04/16/2007 | 🔘 171 | Second RESPONSE to 168 Order, *Defendants' Report in Response to the Court's Order dated October 16, 2006*, filed by all defendants. (Attachments: # 1 Exhibit N600 statistics, F07, 2Q# 2 Exhibit NBC I485 statistics, F07, 2Q)(Molina, Ernesto) (Entered: 04/16/2007) |
| 06/07/2007 | 🔘 172 | ORDER Setting Hearing on Motion 132 Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order,, : Motion Hearing set for 6/25/2007 at 11:00 AM in Courtroom 6 before Judge Andrew S. Hanen. ( Signed by Judge Andrew S. Hanen ) Parties notified.(bcampos, ) (Entered: 06/07/2007) |
| 06/12/2007 | 🔘 173 | Unopposed MOTION for Continuance of Hearing Scheduled for Monday, June 25, 2007 by all defendants, filed. Motion Docket Date 7/2/2007. (Attachments: # 1 Affidavit Declaration of Ernesto H. Molina, Jr.# 2 Proposed Order Proposed Order)(Molina, Ernesto) (Entered: 06/12/2007) |
| 06/13/2007 | 🔘 174 | ORDER granting 173 Motion to Continue. The Court GRANTS the |

| | | |
|---|---|---|
| | | motion and re-schedules the hearing to address the pending motion, Plaintiffs' Opposed Motion to Enforce Agreed Order, to Hold Defendant Alfonso De Leon in Contempt, for Damages, and for Evidentiary Hearing with Respect Thereto, Doc. No. 132, and to discuss Defendants' Reports in Response to the Court's Order dated October 16, 2006, Doc. Nos. 170, 171 for July 9, 2007, 1:30 p.m..( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 06/13/2007) |
| 06/13/2007 | ● | ***Set Deadlines as to 132 Plaintiff's Opposed MOTION to Enforce Agreed ORder, To HOld Defendant Alfonso De Leon in Contempt, for Damages, and for Evidentiary Hearing with Respect Thereto. Motion Hearing set for 7/9/2007 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen (bvasquez, ) (Entered: 06/13/2007) |
| 06/25/2007 | ● 175 | Supplemental RESPONSE to 168 Order, *Defendants' Supplemental Report in Response to the Court's Order dated October 16, 2006*, filed by all defendants. (Attachments: # 1 Exhibit I-485 Statistics For Harlingen Adjudications)(Molina, Ernesto) (Entered: 06/25/2007) |
| 07/09/2007 | ● | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 7/9/2007. ppearances: Elisabeth Lisa S Brodyaga, Atty f/Plaintiff; Ernesto H Molina, Jr.,Atty f/Defendant;(Court Reporter: B.Barnard). Docket Number 132 - Plaintiffs' Opposed Motion to Enforce Agreed Order and Docket Number 170,171 Defendants Reports in Response to Courts Order dated October 16, 2006 discussed. Parties will jointly file an Order that fullfills the goals of both parties by 07/31/07., filed.(csustaeta, ) (Entered: 07/10/2007) |
| 07/31/2007 | ● 176 | NOTICE *OF FILING PROPOSED ORDER* by all plaintiffs, filed. (Attachments: # 1 Proposed Order)(Brodyaga, Elisabeth) (Entered: 07/31/2007) |
| 07/31/2007 | ● 177 | NOTICE *of Filing of Defendants Submission of a Proposed Order Pursuant to the Court's Order of July 9, 2007* re: 132 Opposed MOTION to Enforce Agreed Amended Final Order as to 75 Order,, by all defendants, filed. (Attachments: # 1 Proposed Order)(Molina, Ernesto) (Entered: 07/31/2007) |
| 07/31/2007 | ● 178 | REPLY to 177 Notice (Other), Notice (Other), filed by all plaintiffs. (Brodyaga, Elisabeth) (Entered: 07/31/2007) |
| 08/23/2007 | ● 179 | Letter from Judge Andrew Hanen to Counsel re: proposed order to be entered by the court, filed. (Attachments: # 1 Proposed Order) (bcampos, ) (Entered: 08/24/2007) |
| 09/07/2007 | ● 180 | RESPONSE to 179 Letter *Regarding Proposed Order*, filed by all plaintiffs. (Brodyaga, Elisabeth) (Entered: 09/07/2007) |
| 09/07/2007 | ● 181 | RESPONSE to 179 Letter, 180 Response *to the Court's Letter dated August 23, 2007*, filed by all defendants. (Molina, Ernesto) (Entered: 09/07/2007) |
| 09/07/2007 | ● 182 | REPLY to 179 Letter *to Defendants' Comments*, filed by all plaintiffs. |

| | | (Brodyaga, Elisabeth) (Entered: 09/07/2007) |
|---|---|---|
| 09/14/2007 | 🔘 183 | ORDER denying 132 Motion to Enforce. After reviewing both parties submissions, the Court issues the following order to finally resolve the pending controversy. All further remedies sought by Plaintiffs in their motion other than that described below are hereby denied. While plaintiffs urge the Court to address this issue to avoid potential future litigation, the Court will not offer an advisory opinion with respect to this issue, but will wait until an actual case or controversy raises this issue. John Doe #1 v Veneman, 380 F.3d 807, 814 (5th Cir.2004) (quoting Preiser v. Newkirk, 422 U.S. 395, 401 (1975). Thus, the foregoing language should not be read as this Court either sustaining or rejecting the contention that Defendants have the authority to effectuate a tolling rule in these circumstances. Further, this Order does not, in and of itself, foreclose Citizenship and Immigration Services from taking any action or changing its procedures, provided that it affords employment authorization documents to N-600 applicants who file 1-765 applications on an equal basis as that afforded to I-485 applicants with I-765 applications as provided in the Amended Order.( Signed by Judge Andrew S. Hanen ) Parties notified.(jtabares, ) (Entered: 09/17/2007) |
| 09/22/2007 | 🔘 184 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 183 Order on Motion to Enforce,,,, by Maria Guadalupe Salinas-Grimaldo (Filing fee $ 455, receipt number 3057160), filed.(Brodyaga, Elisabeth) (Entered: 09/22/2007) |