| | | |
|---|---|---|
| DCECF_LiveDB@txs.uscourts.gov<br>09/22/2007 05:44 PM | To | DC_Notices@txs.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:96-cv-00116 Dominguez-Perez, et al v. Reno, et al Notice of Appeal |

*Brownsville*

U.S. COURT OF APPEALS RECEIVED SEP 22 2007 NEW ORLEANS, LA

**07-40934**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
Southern District of Texas
FILED
SEP 28 2007
Michael N. Milby
Clerk of Court

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered by Brodyaga, Elisabeth on 9/22/2007 at 5:44 PM CDT and filed on 9/22/2007

**Case Name:** Dominguez-Perez, et al v. Reno, et al
**Case Number:** 1:96-cv-116
**Filer:** Maria Guadalupe Salinas-Grimaldo
**WARNING: CASE CLOSED on 10/28/2004**
**Document Number:** 184

**Docket Text:**
NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: [183] Order on Motion to Enforce,,,, by Maria Guadalupe Salinas-Grimaldo (Filing fee $ 455, receipt number 3057160), filed.(Brodyaga, Elisabeth)


**1:96-cv-116 Notice has been electronically mailed to:**

David Anton Armendariz     davida@demottusa.com

Elisabeth Lisa S Brodyaga     lisabrodyaga@aol.com

Javier N Maldonado     jmaldonado.law@gmail.com

Nancy Lynn Masso     nancy.masso@usdoj.gov

Ernesto H Molina , Jr     ernesto.h.molina@usdoj.gov

**1:96-cv-116 Notice has not been electronically mailed to:**

Allison Drucker
DOJ Office of Immigration Litigation
Ben Franklin Station
P. O. Box 878
Washington, DC 20044

Mary A Kenney
Lawyers Committee for Civil Rights
2311 N Flores
San Antonio, TX 78212-3817

U.S. Court of Appeals
600 Camp Street, Room 102
New Orleans, LA 70130

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=9/22/2007] [FileNumber=5655418-0
] [a8fe336e81eccdb30c3db6242fb324239e9766dea3352fedb5156f0ad6735fecbdf
1816fc818fda37c947967ca6f72d56dc3a3a19ae26b991a516c3d4d7e09fe]]