

**U.S. Department of Justice**

Civil Division

DEK:ARDrucker
39-74-1305

(202) 616-4867

_Washington, D.C. 20530_



SEP 27 2007

OCT 0 2 2007

Michael N. Milby, Clerk of Court
United States District Court for the
  Southern District of Texas
P.O. Box 61010
Houston, TX 77208

Re: <u>Dominguez-Perez, et al. v. Tom Ridge, et al.</u>, Civil No. B-96-116

Dear Mr. Milby:

Please remove my appearance, as soon as possible, from this case. The attorneys from the Office of Immigration Litigation who are representing the government in this matter are Ernesto H. Molina, Jr., and David V. Bernal.

Thank you very much.

Sincerely,

ALISON R. DRUCKER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044

Cc: Elizabeth Brodyaga, Esq.
P.O. Box 3566
Harlingen, TX 78551