**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

Michael N. Milby                                              600 E. Harrison Street - #101
Clerk                                                                Brownsville, Texas 78521

October 31, 2007

Ms. Elisabeth Lisa S Brodyaga
Attorney at Law
17891 Landrum Park Rd
San Benito, TX 78586

Ms. Allison Drucker
Mr. Ernesto H Molina, Jr
US Dept of Justice Office of Immigration Litigation
Ben Franklin Station
P O Box 878
Washington, DC 20044

IN RE:        Antelma Rodriguez Perez, et al vs. Tom Ridge, et al
District Court Case No.:        1:96CV116
Circuit Court Case No:        07-40934

Dear Counsel:

  Enclosed is a CD containing the electronic record for the above Notice of Appeal.  Prepare your brief regarding this appeal using this copy of the paginated record.

                                                    Very truly yours,

                                                    Michael N. Milby, Clerk


                                                    By:   /s/ Balvina Campos
                                                                Deputy Clerk

/bc
Enclosure