

**U.S. Department of Justice**

Civil Division

DEK:ARDrucker
39-74-1305

(202) 616-4867

*Washington, D.C. 20530*

NOV 15 2007

United States Courts
Southern District of Texas
FILED

NOV 21 2007

Michael N. Milby, Clerk of Court

Michael N. Milby, Clerk of Court
United States District Court for the
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

Re: Dominguez-Perez, et al. v. Tom Ridge, et al., Civil No. B-96-116

Dear Mr. Milby:

Please remove my appearance, as soon as possible, from this case. The attorneys from the Office of Immigration Litigation who are representing the government in this matter are Ernesto H. Molina, Jr., and David V. Bernal.

Thank you very much.

Sincerely,

ALISON R. DRUCKER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044

Cc: Elizabeth Brodyaga, Esq.
P.O. Box 3566
Harlingen, TX 78551




# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Allison Drucker
DOJ Office of Immigration Litigation Ben Franklin Station
P. O. Box 878
Washington DC 20044

---

Case: 1:96-cv-00116 Instrument: 191 (1 pages) aty
Date: Oct 31, 2007
Control: 071041200
FAX number: 202-616-4948 (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Michael N. Milby
Clerk

600 E. Harrison Street - #101
Brownsville, Texas 78521

October 31, 2007

Ms. Elisabeth Lisa S Brodyaga
Attorney at Law
17891 Landrum Park Rd
San Benito, TX 78586

Ms. Allison Drucker
Mr. Ernesto H Molina, Jr
US Dept of Justice Office of Immigration Litigation
Ben Franklin Station
P O Box 878
Washington, DC 20044

IN RE: Antelma Rodriguez Perez, et al vs. Tom Ridge, et al
District Court Case No.: 1:96CV116
Circuit Court Case No: 07-40934

Dear Counsel:

Enclosed is a CD containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

Very truly yours,

Michael N. Milby, Clerk

By: /s/ Balvina Campos
Deputy Clerk

/bc
Enclosure